United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10990-SK
Leslie Klein  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Feb 24, 2023      Form ID: 309E2      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |
| 41437341 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 41437340 | + | California Bank & Trust, Po Box 711510, Santee, CA 92072-1510 |
| 41437346 | + | Ericka and Joseph Vago, c/o Brian Procel, Procel Law, 401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401-1456 |
| 41437348 | + | Franklin H. Menlo Irrevocable Trust, c/o Willkie Farr & Gallagher LLP, Attn: Alex M. Weingarten, Esq., 2029 Century Park East, Suite 3400, Los Angeles, CA 90067-3020 |
| 41437349 | + | Jeffrey Siegel, Successor Trustee, of the Hubert Scott Trust, c/o Oldman, Cooley, Sallus, 16133 Ventura Blvd., Penthouse Suit, Encino, CA 91436-2403 |
| 41437350 | + | Leslie Klein & Associates, Inc., c/o Parker Milliken, 555 Flower Street, Los Angeles, CA 90071-2300 |
| 41437352 | + | Oldman, Cooley, and Sallus, 16133 Ventura Blvd., Penthouse Suit, Encino, CA 91436-2447 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: michael.berger@bankruptcypower.com | Feb 25 2023 00:53:00 | Michael Jay Berger, 9454 Wilshire Blvd 6th Fl, Beverly Hills, CA 90212-2929 |
| tr | | Email/Text: mark@sharflaw.com | Feb 25 2023 00:54:00 | Mark M Sharf (TR), 6080 Center Drive #600, Los Angeles, CA 90045 |
| smg | | Email/Text: itcdbg@edd.ca.gov | Feb 25 2023 00:54:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 25 2023 00:54:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2023 00:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: bankruptcy@ttc.lacounty.gov | Feb 25 2023 00:54:00 | L.A. County Tax Collector, Bankruptcy Unit, P.O. Box 54110, Los Angeles, CA 90051-0110 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Feb 25 2023 00:54:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Feb 25 2023 00:54:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41437338 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 25 2023 00:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 41437339 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2023 00:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 41437345 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 25 2023 00:52:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

Case 2:23-bk-10990-SK    Doc 12    Filed 02/26/23    Entered 02/26/23 21:19:46    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: 309E2 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 41437347 | | Email/Text: ECF@fayservicing.com | Feb 25 2023 00:54:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 41437342 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:51:47 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 41437343 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:51:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 41437344 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 25 2023 00:51:47 | Chase Mortgage, BK Department, Mail Code LA4 5555 700 Kansas Ln, Monroe, LA 71203 |
| 41437351 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 25 2023 00:54:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 41437353 | + | Email/Text: bkteam@selenefinance.com | Feb 25 2023 00:54:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 41437354 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 25 2023 00:54:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 41437355 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 25 2023 00:54:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Mark M Sharf (TR)
mark@sharflaw.com    C188@ecfcbis.com;sharf1000@gmail.com

Michael Jay Berger
on behalf of Debtor Leslie Klein michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Noreen A Madoyan
on behalf of U.S. Trustee United States Trustee (LA) Noreen.Madoyan@usdoj.gov

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Feb 24, 2023 Form ID: 309E2 Total Noticed: 27

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leslie Klein** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6944 <br> EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter    **11**    **2/22/23** |
| Case number: | **2:23-bk-10990-SK** | |

<u>Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)</u>

### Notice of Chapter 11 Bankruptcy Case                                                     12/22

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Leslie Klein | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 322 N. June Street <br> Los Angeles, CA 90001 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael Jay Berger <br> 9454 Wilshire Blvd 6th Fl <br> Beverly Hills, CA 90212–2929 | Contact phone 310–271–6223 <br><br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Mark M Sharf (TR) <br> 6080 Center Drive #600 <br> Los Angeles, CA 90045 | Contact phone 818–961–7170 <br><br> Email: mark@sharflaw.com |

10/LL2

**For more information, see pages 2 and 3>**

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)    **Notice of Chapter 11 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855-460-9641<br><br>Dated: 2/24/23 |
| **7.** **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend.<br><br>Creditors may attend, but are not required to do so. | **March 13, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location:<br>**TELEPHONIC MEETING,<br>CONFERENCE LINE:1-866-816-0394,<br>PARTICIPANT CODE:5282999** |
| **8.** **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 11 for more information):**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: 5/12/23.** | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/3/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/21/23** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| **9.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |

**For more information, see pages 1 and 3>**

| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. You will be sent another another notice informing you of that date. |
|---|---|
| | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |
| 13. Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see pages 1 and 2>**