UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:                                                                                              CASE NO.: 23-10990
                                                                                                         CHAPTER 13
**Leslie Klein,**
  **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

Robertson, Anschutz, Schneid & Crane LLP
Authorized Agent for Secured Creditor
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: 470-321-7112

By: /s/Theron S. Covey
    Theron S. Covey
    Email: tcovey@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LESLIE KLEIN
322 N. JUNE STREET
LOS ANGELES, CA 90001

And via electronic mail to:

MICHAEL JAY BERGER
9454 WILSHIRE BLVD 6TH FL
BEVERLY HILLS, CA 90212-2929

MARK M SHARF (TR)
6080 CENTER DRIVE #600
LOS ANGELES, CA 90045

UNITED STATES TRUSTEE (LA)
915 WILSHIRE BLVD, SUITE 1850
LOS ANGELES, CA 90017

By: /s/ Brianna Carr