MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:   (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

*Proposed* Counsel for Debtor and Debtor-in-Possession,
Leslie Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>Leslie Klein,<br><br>Debtor and Debtor-in-Possession. | ) CASE NO.: 2:23-bk-10990-SK<br>)<br>) Chapter 11 (Subchapter V)<br>)<br>) **DECLARATION OF PETER GARZA**<br>) **REGARDING SERVICE OF THE**<br>) **ORDER SETTING CONFERENCE ON**<br>) **STATUS OF SUBCHAPTER V CASE;**<br>) **ET AL [DOCKET NO. 6]**<br>)<br>) Subchapter V Status Conference Date:<br>)<br>) Date:    March 22, 2023<br>) Time:    9:00 a.m.<br>) Place:   Courtroom 1575<br>)             Roybal Federal Building<br>)             255 E. Temple Street<br>)             Los Angeles, CA 90012<br>)<br>) |

# DECLARATION OF PETER GARZA

I, Peter Garza, declare as follows:

1. I am currently employed by Law Offices of Michael Jay Berger. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2. On February 27, 2023, I served by United States mail, the Order Setting Conference on Status of Subchapter V Trustee Case, et al; [Docket no. 6], attached hereto as Exhibit 1 for Leslie Klein on the following parties:

**UNITED STATES TRUSTEE:**
Ron Maroko
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

**SUBCHAPTER V TRUSTEE:**
Mark Scharf
6080 Center Drive, Suite 600
Los Angeles, CA 90045-1540

**CREDITORS:**
Wilmington Savings Fund Society, FSB, d/b/a
Robertson, Anschutz, Schneid, Crane & Pa
350 10th Avenue, Suite 1000
San Diego, CA 92101-8705

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

California Bank & Trust
Po Box 711510
Santee, CA 92072

2

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING CONFERENCE ON STATUS OF SUBCHAPTER V CASE; ET AL. [DOCKET NO. 6]

| | |
|---|---|
| 1 | JPMorgan Chase Bank NA |
|   | Bankruptcy Mail Intake Team |
|   | Mail Code LA4 5555 |
| 2 | 700 Kansas Lane, Floor 01 |
|   | Monroe, LA 71203-4774 |
| 3 | |
|   | Citibank |
| 4 | Attn: Bankruptcy |
|   | P.O. Box 790034 |
|   | St Louis, MO 63179 |
| 5 | |
|   | Ericka and Joseph Vago |
| 6 | c/o Brian Procel |
|   | Procel Law |
| 7 | 401 Wilshire Blvd., 12th Floor |
|   | Santa Monica, CA 90401 |
| 8 | |
|   | Fay Servicing Llc |
|   | Po Box 814609 |
| 9 | Dallas, TX 75381-4609 |
| 10 | |
|   | Franklin H. Menlo Irrevocable Trust |
|   | c/o Willkie Farr & Gallagher LLP |
| 11 | Attn: Alex M. Weingarten, Esq. |
|   | 2029 Century Park East, Suite 3400 |
| 12 | Los Angeles, CA 90067 |
| 13 | Jeffrey Siegel, Successor Trustee |
|   | of the Hubert Scott Trust |
| 14 | c/o Oldman, Cooley, Sallus |
|   | 16133 Ventura Blvd., Penthouse Suit |
|   | Encino, CA 91436-2408 |
| 15 | |
|   | Leslie Klein & Associates, Inc. |
| 16 | c/o Parker Milliken |
|   | 555 Flower Street |
| 17 | Los Angeles, CA 90071 |
| 18 | Mrc/united Wholesale M |
|   | Attn: Bankruptcy |
| 19 | P. O. Box 619098 |
|   | Dallas, TX 75261 |
| 20 | |
|   | Selene Finance |
|   | Attn: Bankruptcy |
| 21 | Po Box 8619 |
|   | Philadelphia, PA 19101-8619 |
| 22 | |
|   | Shellpoint Mortgage Servicing |
| 23 | Attn: Bankruptcy |
|   | Po Box 10826 |
| 24 | Greenville, SC 29603-0826 |
| 25 | Toyota Financial Services |
|   | Attn: Bankruptcy |
|   | Po Box 259001 |
| 26 | Plano, TX 75025-9001 |
| 27 | Leslie Klein |
|   | 322 N. June Street |
| 28 | Los Angeles, CA 90004-1042 |

3

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING CONFERENCE ON STATUS OF
SUBCHAPTER V CASE; ET AL [DOCKET NO. 6]

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

Chora Young & Manasserian LLP
650 Sierra Madre Villa Ave., Suite 304
Pasadena, CA 91107

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February 2023, at Beverly Hills, California.

By: *[signature]* Peter Garza

---

4

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING CONFERENCE ON STATUS OF SUBCHAPTER V CASE; ET AL [DOCKET NO. 6]

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

FILED & ENTERED

FEB 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may      DEPUTY CLERK

In re:

Leslie Klein

Debtor(s).

Case No.: 2:23-bk-10990-SK

CHAPTER 11

**ORDER:**

(1) *SETTING CONFERENCE ON STATUS OF SUBCHAPTER V CASE;*

(2) *REQUIRING DEBTOR TO APPEAR AT STATUS CONFERENCE AND FILE REPORT ON STATUS OF SUBCHAPTER V CASE, OR FACE POSSIBLE (A) CONVERSION OF CASE TO CHAPTER 7 OR (B) DISMISSAL OF CASE;*

(3) *REQUIRING SUBCHAPTER V TRUSTEE TO APPEAR AT STATUS CONFERENCE;*

(4) *ESTABLISHING PROCEDURE FOR MOTION FOR ORDER CONFIRMING SUBCHAPTER V PLAN; AND,*

(5) *SETTING DATE FOR 11 U.S.C. § 1111(b) ELECTION*

<u>Subchapter V Status Conference Date</u>

Date: March 22, 2023
Time: 9:00 a.m.
Place: Courtroom 1575
Roybal Federal Building
255 E. Temple Street,
Los Angeles, CA 90012

-1-

## Subchapter V Status Conference

On February 22, 2023, Leslie Klein (Debtor) filed a voluntary chapter 11 petition and indicated that it is a "debtor as defined in 11 U.S.C. § 1182(1)," its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it "chooses to proceed under Subchapter V of Chapter 11." Docket #1. Under 11 U.S.C. § 1183, a Subchapter V Trustee was or shall be appointed. And, pursuant to 11 U.S.C. § 1188 and to expedite the disposition of the Subchapter V Case, the Court makes the following Order:

### I. REQUIRING DEBTOR TO APPEAR AT STATUS CONFERENCE AND TO FILE A STATUS REPORT: CONTENTS, FILING, SERVICE

The Debtor must appear at a status conference on **March 22, 2023, at 9:00 a.m.** (Status Conference).

No later than 14 days before the Status Conference, the Debtor must file a report on the status of this Subchapter V Case (Status Report) which includes a proof of service demonstrating that the Debtor served the Status Report on the United States Trustee, the Subchapter V Trustee, all secured creditors, and the holders of the twenty (20) largest unsecured claims (collectively the Parties). The Status Report must be supported by admissible evidence in the form of declarations and supporting documents and must:

   A. **Estimate the Time for Filing a Plan and Motion to Confirm the Plan.** Provide an estimate of when the Debtor will file: (1) a plan of reorganization (Plan) within the time frame of 11 U.S.C. § 1189; and (2) a motion for order confirming the Plan (Confirmation Motion). Pursuant to 11 U.S.C. § 1189(b), the Debtor may seek an extension of the Plan filing deadline (Deadline) only "if the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." Any request for an extension of the Deadline must be sought by motion filed with the Court and served on the Parties not later than the Deadline and must be supported by a declaration, signed under penalty of perjury, setting forth the circumstances that Debtor contends establish the need for an extension;

   B. **Disclosure Statement.** Pursuant to Bankruptcy Code § 1181(b), unless the Court orders otherwise for cause, the Debtor need not file a separate disclosure statement describing the Plan. Pursuant to Bankruptcy Code § 1190(1), however, in lieu of a disclosure statement, the Plan must contain: (1) a brief history of the business operations of the Debtor; (2) a liquidation analysis; and (3) projections regarding the Debtor's ability to make payments under the Plan. **In addition, the Debtor must include in the Plan such additional information as may be necessary under the circumstances of the Case to permit the Parties to ascertain whether the Plan satisfies all applicable plan confirmation requirements.**

C. **Objections to Claims.** State whether a deadline should be set for hearings on objections to claims and, if so, what that deadline should be;

D. **Debtor's Duties.** Disclose whether the Debtor has performed all of its duties under FRBP Interim Rule 2015(b) and 11 U.S.C. §§ 521, 1184 and 1187; and reasons for non-compliance, if any;

E. **Pre-Confirmation Payments.** Disclose whether the Debtor has transmitted preconfirmation payments and funds to the Subchapter V Trustee as is allowed under 11 U.S.C. § 1194;

F. **Post-Petition Operations and Litigation.** Describe concisely the post-petition operations of the Debtor (including authority to use cash collateral), litigation in which the Debtor is involved, and the status of the Debtor's efforts to reorganize; and

G. **Professionals and Fee Budget.** Disclose whether the Debtor has hired, or shall hire, any professionals and, if so, whether the professional's employment has been approved by the Court.

## II. TRUSTEE'S APPEARANCE

Pursuant to 11 U.S.C. § 1183(b), the Subchapter V Trustee must appear at the Status Conference and report on the status of this Subchapter V Case.

## III. STATUS CONFERENCE

Pursuant to FRBP Interim Rule 3017.2, during the Status Conference, the Court may: (1) set a deadline for hearings to be held on objections to claims; (2) set a deadline for entry of an order approving the Confirmation Motion; and (3) set a hearing on an order to show cause why this Subchapter V Case should not be converted to a case under chapter 7 or dismissed if these deadlines are not met by the Debtor.

If the Debtor does not timely file and serve a Status Report and appear at the Status Conference, then at the Status Conference, the Court may order: (1) the conversion of the Subchapter V Case to one under chapter 7; or (2) the dismissal of the Subchapter V Case pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 1112(b).

## IV. PLAN CONFIRMATION PROCEDURE

A. **Form of Plan.** All Subchapter V debtors must: (1) use Official Form 425A; and (2) request an order confirming the Plan under 11 U.S.C. § 1191 by motion.

-3-

**B. Notice of Dates and Deadlines.** Notice of: (1) the hearing on the Confirmation Motion; (2) the deadline for filing and serving objections to the Confirmation Motion; and (3) the deadline for voting on the Plan, must be filed and served in accordance with F.R.B.P. 2002(b)-(d), (f)(11), (g)-(k), (p) and 3017-3020.

**C. Confirmation Motion.** The Confirmation Motion must meet at least the following criteria:

**(1) Evidence.** The Confirmation Motion must be supported by evidence establishing that the Plan is confirmable under 11 U.S.C. § 1191; evidence must admissible under the Federal Rules of Evidence and in compliance with LBR 9013-1(c)(3) and 9013-1(i).

**(2) Service.** At least 21 days before the confirmation hearing, the Confirmation Motion must be served on the United States Trustee, the Subchapter V Trustee, and all creditors and equity security holders who have filed and served on the Debtor a preliminary objection to confirmation and/or voted to reject the Plan; and

**(3) Notice of Hearing.** The Debtor must serve a notice of the confirmation hearing that contains, among other information, notice that any party opposing the Confirmation Motion must file and serve its written opposition at least 14 days before the confirmation hearing date, and the opposition must be supported by admissible evidence.

**D. Plan Requirements.** Unless the Debtor has reason to believe that the Plan cannot be confirmed consensually, or the Court has instructed otherwise, the Debtor shall draft the Plan to contain provisions concerning the scope and timing of the discharge, modification of the Plan, the treatment of the Debtor's post-petition earnings and income and the post-confirmation duties of the Subchapter V Trustee as if the Plan will be confirmed consensually pursuant to Bankruptcy Code §1191(a), but the Debtor must also include in the Plan a separate section that explains: (1) how provisions of the Plan will be different if the Plan is confirmed nonconsensually under Bankruptcy Code § 1191(b); and (2) what the Subchapter V Trustee's compensation arrangements will be if the Subchapter V Trustee is required to serve as the post-confirmation disbursing agent under the Plan.

//

//

//

//

-4-

## V. 11 U.S.C. § 1111(b) Election

The deadline for any secured creditor to elect treatment under 11 U.S.C. § 1111(b) shall be the last date to file objections to the Plan.

IT IS FINALLY ORDERED that failure by the Debtor to comply with any provision of this order may be deemed consent to dismissal of this case or conversion to a case under chapter 7.

###

Date: February 24, 2023

Sandra R. Klein
United States Bankruptcy Judge

-5-

| In re: | | CHAPTER: 11 |
|---|---|---|
| Leslie Klein | | CASE NUMBER: 2:23-bk-10990-SK |
| | Debtor(s). | |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (specify): **DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING CONFERENCE ON STATUS OF SUBCHAPTER V CASE; ET AL [DOCKET NO. 6]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **02/28/23**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Counsel for Debtor: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund Society: Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
**United States Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**SubChapter V Trustee: Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Interested Party: Paul P Young**    paul@cym.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **02/28/23**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Honorable Sandra R. Klein**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1582 / Courtroom 1575**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/28/23 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California