| Attorney or Party without Attorney:<br>John P. Ward, Esq. (SBN 274895)<br>ATTLESEY \| WARD<br>111 Pacifica, Suite 140<br>Irvine, CA 92618<br>  Telephone No: 714-508-4949<br>  Attorney For: Movant | Ref. No. or File No.:<br>2022-0051 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | | |
| Plaintiff: In re: Leslie Klein<br>Defendant: | | |
| PROOF OF SERVICE | Hearing Date:    Time:    Dept/Div: | Case Number:<br>2:23-bk-10990-SK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations) (UNLAWFUL DETAINER)

3. a. Party served:    Leslie Klein
   b. Person served:   Party in item 3.a.

4. Address where the party was served:   322 N June St, Los Angeles, CA 90004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 08 2023 (2) at: 06:10 PM

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $159.63

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

03/09/2023
(Date)                                                                (Signature)



PROOF OF SERVICE

8511037
(11885209)