| Attorney or Party without Attorney:<br>John P. Ward, Esq. (SBN 274895)<br>ATTLESEY \| WARD<br>111 Pacifica, Suite 140<br>Irvine, CA 92618<br>  *Telephone No:* 714-508-4949<br>  *Attorney For:* Movant | *Ref. No. or File No.:*<br>2022-0051 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION | | |
| *Plaintiff:* In re: Leslie Klein<br>*Defendant:* | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-bk-10990-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(I) (with supporting declarations) (UNLAWFUL DETAINER)

3. a. Party served:   Bay Area Development Co.
   b. Person served:  Leslie Klein, Agent for Service of Process

4. Address where the party was served:   322 N June St, Los Angeles, CA 90004

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 08 2023 (2) at: 06:10 PM

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)            d. *The Fee* for Service was: $47.37
   b. FIRST LEGAL
     600 W. Santa Ana Blvd., Ste. 101
     SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

03/09/2023
(Date)                                                                       (Signature)



PROOF OF SERVICE

8511044
(11885210)