# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:  | Case No. 2:23-bk-10990 SK

Klein, Leslie

Debtor(s)

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark Sharf*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The Subchapter V election was voluntarily withdrawn on March 8, 2023 with no plan confirmed and no plan payments made to the trustee. No compensation has been awarded to the trustee. Funds have not yet been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date this case was redesignated as a non-Subchapter V case. I request that I be discharged from any further duties as a Subchapter V trustee.


Date: 3/9/2023         By: /s/ Mark Sharf
                           Mark Sharf, Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR C**