MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Counsel for Debtor and Debtor-in-Possession,
Leslie Klein

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br>       Debtor and Debtor-in-Possession. | ) CASE NO.: 2:23-bk-10990-SK<br>)<br>) Chapter 11<br>)<br>) **DECLARATION OF PETER GARZA**<br>) **REGARDING SERVICE OF THE**<br>) **ORDER SETTING STATUS**<br>) **CONFERENCE; ET AL [DOCKET**<br>) **NO. 40]**<br>)<br>) <u>Status Conference Date:</u><br>)<br>) Date:    April 12, 2023<br>) Time:    9:00 a.m.<br>) Place:    Courtroom 1575<br>)            Roybal Federal Building<br>)            255 E. Temple Street<br>)            Los Angeles, CA 90012<br>)<br>)<br>)<br>) |

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL
[DOCKET NO. 40]

# DECLARATION OF PETER GARZA

I, Peter Garza, declare as follows:

1.  I am currently employed by Law Offices of Michael Jay Berger.  I am over the age of 18 and not a party to the within action.  My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2.  On March 13, 2023, I served by United States mail, the Order Setting Status Conference, et al; [Docket no. 40], attached hereto as Exhibit 1 for Leslie Klein on the following parties:

**UNITED STATES TRUSTEE**:
Ron Maroko
915 Wilshire Blvd., Suite 1850
Los Angeles, CA  90017-3560

**CREDITORS**:
Wilmington Savings Fund Society, FSB, d/b/a
Robertson, Anschutz, Schneid, Crane & Pa
350 10th Avenue, Suite 1000
San Diego, CA  92101-8705

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave., Ste. 182
Valley Village, CA 91607-1615

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
PO Box 673033
Dallas, TX  75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL
[DOCKET NO. 40]

1

2

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

3

4

California Bank & Trust
Po Box 711510
Santee, CA 92072

5

6

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
Mail Code LA4 5555
700 Kansas Lane, Floor 01
Monroe, LA 71203-4774

7

8

Chase Doe
143 S. Highland Drive
Los Angeles, CA  90036-3028

9

10

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

11

12

Ericka and Joseph Vago
c/o Brian Procel
Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

13

14

15

Erika and Joseph Vago
124 N. Highland Ave
Sherman Oaks, CA 91423

16

17

Fay Servicing Llc
Po Box 814609
Dallas, TX  75381-4609

18

19

20

Fiore Racobs and Powers
c/o Palm Springs Country Club HOA
Attn: Erin A Maloney
6820 Indiana Ave., Suite 140
Riverside, CA 92506-4261

21

22

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los Angeles, CA 90067

23

24

25

Gestetner Charitable Remainder Trust
c/o Andor Gestetner
1425 55th Street
Brooklyn, NY  11219

26

27

JP Morgan Chase NA
s/b/m/t Chase Bank USA, NA
c/o National Bankruptcy Services, LLC
PO Box 9013
Addison, Texas 75001-9013

28

3

**DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL**

**[DOCKET NO. 40]**

Jacob Rummitz
315 N Martel Avenue
Los Angeles, CA  90036-2515

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

Los Angeles County Treasurer and Tax
Attn: Bankruptcy Unit
PO Box 54110
Los Angeles, CA  90054-0110

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Oldman, Cooley and Sallus
16133 Ventura Blvd., Penthouse Suite
Encino, CA  91436-2447

Sandra Layton
161 N Poinsettia Place
Los Angeles, CA  90036-2805

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0826

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025-9001

Toyota Lease Trust
c/o Toyota Motor Credit Corp
PO Box 9013
Addison, Texas 75001-9013

Leslie Klein
322 N. June Street
Los Angeles, CA  90004-1042

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL
[DOCKET NO. 40]

1  Fay Servicing Llc
   Attn: Bankruptcy Dept
   Po Box 809441
2  Chicago, IL 60680

3  Chora Young & Manasserian LLP
   650 Sierra Madre Villa Ave., Suite 304
4  Pasadena, CA  91107

5

6

7          I declare under penalty of perjury that the foregoing is true and correct.  Executed

8  this 13th day of March 2023, at Beverly Hills, California.

9

10                                                 By:   _____
                                                         Peter Garza
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL
[DOCKET NO. 40]**

# EXHIBIT 1



FILED & ENTERED

MAR 10 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

Leslie Klein

Debtor(s).

Case No.: 2:23-bk-10990-SK

CHAPTER 11

**ORDER:**

**(1) SETTING STATUS CONFERENCE;**

**(2) REQUIRING DEBTOR TO APPEAR AND FILE REPORT RE: STATUS OF REORGANIZATION AND TO FILE UPDATED STATUS REPORTS;**

**(3) REQUIRING DEBTOR'S COUNSEL TO APPEAR AT ALL HEARINGS IN THE CASE:**

**(4) GIVING NOTICE OF PROBABLE USE OF COURT-APPOINTED EXPERT FOR CONTESTED VALUATION REQUESTS;**

**(5) MANDATING USE OF SPECIFIC FORMS BY NON-INDIVIDUAL AND INDIVIDUAL DEBTORS; and**

**(6) ESTABLISHING PROCEDURE FOR MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT AND MOTION FOR ORDER CONFIRMING PLAN**

**(7) RE: DUTY OF CARE REGARDING SCHEDULES AND STATEMENTS FILED BY THE DEBTOR**

Chapter 11 Status Conference Date

Date:    April 12, 2023
Time:    9:00 a.m.
Place:   Courtroom 1575
         Roybal Federal Building
         255 E. Temple Street,
         **Los Angeles, CA 90012**

-1-

**READ THIS ORDER CAREFULLY. FAILURE TO COMPLY WITH ITS TERMS MAY RESULT IN THE CONVERSION OR DISMISSAL OF THE BANKRUPTCY CASE, OR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE. ADDITIONALLY, FAILURE TO ABIDE BY ORDERS OF THE COURT DURING THE PENDENCY OF THE CASE MAY ALSO RESULT IN THE CONVERSION OR DIMISSAL OF THE BANKRUPTCY CASE, OR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE.**

On February 22, 2023, **Leslie Klein** (Debtor) filed a Chapter 11 Subchapter V voluntary individual petition, on March 8, 2023, the debtor filed an Addendum to the voluntary petition (docket entry no. 33) filing under chapter 11 bankruptcy case (Case). Pursuant to 11 U.S.C. § 105(d) and to expedite the disposition of the Case, the Court orders the following:

## I. STATUS REPORT

The Debtor shall file with the Court, deliver a Judge's copy to chambers, and serve the United States Trustee, all secured creditors, the holders of the twenty (20) largest unsecured claims and all official committees by **March 29, 2023**, a report regarding the status of this reorganization case (Status Report). Failure to timely file and serve the Status Report may result in the imposition of monetary sanctions or dismissal of the case without further notice. The Status Report must be supported by admissible evidence in the form of declarations and supporting documents and must:

A. Provide an estimate of when the Debtor plans to file and serve a motion for order approving adequacy of disclosure statement (Disclosure Statement Motion) and a motion for order confirming Chapter 11 Plan (Confirmation Motion);

B. Propose a deadline for filing proofs of claims.  If the Debtor does not believe that a deadline for filing proofs of claims should be set during the initial status conference in the Case, the Debtor must explain why;

C. Disclose whether Debtor has performed all of its duties under 11 U.S.C. §§ 521, 1106 and 1107 and if not, why;

D. Describe concisely the post-petition operations of the Debtor (including authority to use cash collateral), litigation in which the Debtor is involved and the status of the Debtor's efforts to reorganize;

E. If Debtor's proposed counsel is not filing documents electronically via CM/ECF, explain why not; and

F. Disclose whether Debtor has hired any professionals and, if so, whether the professionals' employment has been approved by the Court.  If such employment has not been approved, then explain why, and provide a budget of estimated fees and expenses to be incurred by the professionals employed at the expense of the estate.

## II. STATUS CONFERENCE

A status conference (Status Conference) will be held on **April 12, 2023, at 9:00 a.m. in Courtroom 1575, Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012.**

If Debtor does not timely file and serve a Status Report and appear at the Status Conference, the Court may order:

A. The appointment of a trustee pursuant to 11 U.S.C. § 1104(a);

B. The conversion of the Case to one under Chapter 7 pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 1112(b); or

Case 2:23-bk-10990-SK    Doc 40    Filed 03/10/23    Entered 03/10/23 08:25:02    Desc
Main Document    Page 4 of 8

C. The dismissal of the Case pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. §

1112(b) without further notice.

If Debtor timely files and serves a Status Report, including serving a Judge's copy, and

appears at the Status Conference, the Court will ordinarily:

A. Set deadlines for filing proofs of claim and hearings on objections to claims.

B. Set deadlines for filing the Disclosure Statement and Chapter 11 Plan and

deadlines for filing the Disclosure Statement Motion.

C. Set a hearing on a Disclosure Statement Motion.

D. If the deadlines set by the Court are not met, the Court may issue an order to

show cause why the Case should not be converted or dismissed.

### III.  UPDATED STATUS REPORTS

Debtor must file and serve an updated Status Report (USR) on the United States

Trustee, all secured creditors, the holders of the twenty (20) largest unsecured claims

and all official committees, and deliver a Judge's copy to chambers, at least 14 days

before each continued status conference.  Each USR must include detailed information

regarding all significant events that have occurred in the Case from the petition date

until the date the USR is filed.  Such information shall include:

A. The filing date, description, and disposition of all motions filed in the Case;

B. Updates regarding the status of any negotiations with creditors or other

parties;

C. The date the Court has set for filing a Disclosure Statement and Chapter 11

Plan, or if a Disclosure Statement and Plan have already been filed, the date

scheduled for approval of the Disclosure Statement Motion or Confirmation

Motion; and

D.  Any other information the Debtor believes will assist the Court in

understanding the progress of the Case.

Failure to timely file and serve a USR before each continued status conference, or to

appear at each continued status conference, may result in the imposition of monetary

sanctions or dismissal of the case without further notice.

## IV. COUNSEL OF RECORD MUST APPEAR AT ALL HEARINGS

Unless the Court waives appearances in a tentative ruling, Debtor's counsel of record

must appear at all hearings.  Counsel of record must not send "appearances attorneys"

to appear on his/her behalf at any hearing in this Case.

## V. VALUATION REQUESTS

If a request for a valuation of collateral under 11 U.S.C. § 506(a) and FRBP 3012 is

made, and more than one party intends to provide admissible evidence regarding value,

it is likely that the Court will also require the testimony of a court-appointed expert

pursuant to FRE 706(a).  Cost of the expert will be shared equally by the parties and

must be paid within 7 days of receipt of a bill from the expert.

## VI. MANDATING USE OF SPECIFIC FORMS BY NON-INDIVIDUAL AND INDIVIDUAL DEBTORS

A.  Non-Individual Debtors

Located on Judge Klein's website is a document entitled "Combined Disclosure

Statement and Plan of Reorganization" which contains an exemplar of a Disclosure

Statement and Plan in MS Word format.  Unless Judge Klein orders otherwise, in all

non-individual debtor cases, the proponent of any Plan must use this exemplar when

drafting its Disclosure Statement and Plan.

### B. Individual Debtors

For individual debtors, it is mandatory to use the LBR form motions and orders that are numbered in the F 2081-1 series.  The mandatory LBR form motions and orders are available on the court website.

## VII. DISCLOSURE STATEMENT AND PLAN CONFIRMATION PROCEDURE

A. Requests for orders approving disclosure statements under 11 U.S.C. § 1125 and for orders confirming a Plan of reorganization under 11 U.S.C. § 1129 must be made by motion within the meaning of Federal Rules of Bankruptcy Procedure 9013 and 9014.  All motions must be supported by evidence admissible under the Federal Rules of Evidence and in compliance with Local Bankruptcy Rule 9013-1(i).

B. After granting a Disclosure Statement Motion, the Court will:

1. Set a hearing on a Confirmation Motion.

2. Set a deadline for serving the approved disclosure statement and the notice of hearing on the Confirmation Motion.

3. Set a deadline for creditors and equity security holders to transmit ballots and preliminary objections to the Confirmation Motion to the proponent of the Plan and the proponent's attorney.

4. Notice of the following must be filed and served in accordance with Federal Rule of Bankruptcy Procedure 2002(b)-(d), (f)(11), (g)-(k), (p) and 3017-3020:

   a. The hearing on the Confirmation Motion.

   b. The deadline for filing and serving objections to the Confirmation Motion; and

   c. The deadline for voting on the Plan.

Case 2:23-bk-10990-SK   Doc 40   Filed 03/10/23   Entered 03/10/23 08:25:02   Desc
Main Document      Page 7 of 8

5. The ballot summary must be filed, served and a Judge's copy hand-delivered to chambers no later than 14 days before the confirmation hearing.

6. The Confirmation Motion must be served upon the U.S. Trustee, any committee appointed under 11 U.S.C. § 1102, any party that has timely filed and served a preliminary objection to confirmation by the balloting deadline, and any party that has voted against the proposed Plan. A Judge's copy must also be served as provided in Local Bankruptcy Rule 5005-2(d) and the Court Manual. The Confirmation Motion must meet at least the following criteria:

   a. The Confirmation Motion must be supported by evidence establishing that the Plan is confirmable under 11 U.S.C. § 1129.

   b. The Confirmation Motion must be served at least 36 days before the confirmation hearing on the United States Trustee, any official committee, and all creditors and equity security holders who have filed and served on the Plan proponent a preliminary objection to confirmation, and/or voted to reject the Plan; and

   c. The Plan proponent must serve with the Confirmation Motion a notice of the confirmation hearing date that contains, among other information, notice of requirement that any party opposing the Confirmation Motion must file and serve its written opposition at least 14 days before the confirmation hearing date, and the opposition must be supported by admissible evidence.

//

//

## VIII. DUTY OF CARE REGARDING SCHEDULES AND STATEMENTS

Whether the Debtor files its schedules and statements using the 100 series (for individual debtors) or the 200 series (for non-individual debtors), the forms are mandatory and must be executed under penalty of perjury.  Any disclaimers, reservations, caveats, general notes or exceptions that Debtor or their counsel may append to or include in such forms are ineffective to alter the duty of care or the level of detail required in connection with the preparation of these forms and do not create or preserve any rights that would not otherwise have existed in the absence of such language.

### ###

Date: March 10, 2023

Sandra R. Klein
United States Bankruptcy Judge

-8-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF PETER GARZA REGARDING SERVICE OF THE ORDER SETTING STATUS CONFERENCE; ET AL [DOCKET NO. 40]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _3/14/2023____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Proposed Counsel: Michael Jay Berger   michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Greg P Campbell   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Counsel for Wilmington Savings Fund: Theron S Covey   tcovey@raslg.com, sferry@raslg.com
Interested Party: Dane W Exnowski   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
U.S. Trustee: Michael Jones   michael.jones4@usdoj.gov
U.S. Trustee: Ron Maroko   ron.maroko@usdoj.gov
Counsel for Ajax Mortgage: Joshua L Scheer   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
Subchapter V Trustee: Mark M Sharf (TR)   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Interested Party: Michael L Wachtell   mwachtell@buchalter.com
U.S. Bank: John P. Ward   jward@attleseystorm.com, ezhang@attleseystorm.com
Interested Party: Paul P Young   paul@cym.law, jaclyn@cym.law

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _3/14/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/14/2023 | Yathida Nipha | /s/Yathida Nipha |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**