**CHORA YOUNG & MANASSERIAN LLP**
Paul P. Young (SBN 257571)
Joseph Chora (SBN 284700)
Armen Manasserian (SBN 288199)
650 Sierra Madre Villa Avenue, Suite 304
Pasadena, California 91107
Tel.: (626) 744-1838
Fax: (626) 744-3167
Email: paul@cym.law

Attorneys for Creditor
Franklin H. Menlo, co-trustee of
The Franklin Menlo Irrevocable
Trust established on March 1, 1983

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br>Debtor. | Case No.: 2:23-bk-10990-SK<br><br>**AMENDED NOTICE OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)**<br><br>Date:    May 3, 2023<br>Time:    8:30 a.m.<br>Crtrm.:   1575<br>Judge:   Hon. Sandra R. Klein |

/ / /

1

AMENDED NOTICE OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC
STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:**

**NOTICE IS HEREHY GIVEN** that the Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum) filed on April 5, 2023 (Doc. 65) by Creditor Franklin H. Menlo, co-trustee of the Franklin Menlo Irrevocable Trust Established March 1, 1983 will take place on May 3, 2023 at 8:30 a.m. in Courtroom 1575 of the above-referenced Courthouse Located at 255 E. Temple Street, Los Angeles, CA 90012.

Dated: April 6, 2023          **CHORA YOUNG & MANASSERIAN LLP**

By: _/s/ Paul P. Young_
    Paul P. Young
    Attorney for Creditor
    Franklin H. Menlo, Co-Trustee of the
    Franklin Menlo Irrevocable Trust
    established March 1, 1983

AMENDED NOTICE OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Sierra Madre Vila Ave., Ste. 304, Pasadena, CA 91107

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF HEARING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 6, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Berger: michael.berger@bankruptcypower.com; Ron Maroko: ron.maroko@usdoj.gov
Reem J Bello: rbello@goeforlaw.com; Greg Campbell: ch11ecf@aldridgepite.com
Theron Covey: tcovey@raslg.com; Dane Exnowski: dane.exnowski@mccalla.com
Robert Goe: kmurphy@goeforlaw.com; Michael Jones: michael.jones4@usdoj.gov
Joshua Scheer: jscheer@scheerlawgroup.com; Mark Sharf: mark@sharflaw.com
Alan Tippie: alan.tippie@gmlaw.com; United States Trustee: ustpregion16.la.ecf@usdoj.gov
Michael Wacthtell: mwachtell@buchalter.com; John Ward: jward@attleseystorm.com
Clarisse Young: youngshumaker@smcounsel.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2023 | Jaclyn Poon | /s/ Jaclyn Poon |
|---|---|---|
| Date | Printed Name | Signature |