**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ERICA VAGO ; AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 24, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 24, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Sandra R. Klein, USBC, 255 E. Temple Street, Ctrm 1575, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 24, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

3

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:23-bk-10990-SK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**   michael.jones4@usdoj.gov
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com
- **John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, jaclyn@cym.law

4

**In re Leslie Klein**
**2:23-bk-10990-SK**

**Debtor**
Leslie Klein
322 N June Street
Los Angeles, CA 90004-1042

United States Trustee (LA)
915 Wilshire Blvd, Ste. 1850
Los Angeles, CA 90017-3560

**Trustee**
Mark M Sharf (TR)
6080 Center Drive, Ste 600
Los Angeles, CA 90045-1540

**Debtor's Counsel**
Michael Jay Berger
9454 Wilshire Blvd, 6th Fl
Beverly Hills, CA 90212-2980

## **CREDITORS**

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave, Ste 182
Valley Village, CA 91607-1615

Bank of America
Attn: Bankruptcy
4909 Savarsee Circle
Tampa, FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

CCO Mortgage Corp
10561 Telegraph Rd
Glen Allen, VA 23059-4577

California Bank & Trust
PO Box 711510
Santee, CA 92072-1510

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Chase Doe
143 S Highland Drive
Los Angeles, CA 90036-3028

Chase Mortgage
BK Department / Mail Code LA4 5555
700 Kansas Lane
Monroe, LA 71203

Citibank
Attn: Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

Erica Vago and Joseph Vago
c/o Brian A Procel / Procel Law, PC
401 Wilshire Blvd, 12th Fl
Santa Monica, CA 90401-1456

Erica and Joseph Vago
~~124 N Highland Ave~~
~~Sherman Oaks, CA 91423~~
RTS 04-15-2023

Fay Servicing LLC
PO Box 814609
Dallas, TX 75381-4609

Fiore Racobs and Powers
Attn Erin A Maloney
6820 Indiana Avenue, Suite 140
Riverside, CA 92506-4261

First Amended Wendriger Family Trust
c/o Shumaker Mallory LLP
Clarisse Young Shumaker
280 S Beverly Dr, Suite 505
Beverly Hills, CA 90212-3908

Franklin H. Menlo Irrevocable Trust
c/o Wilkie Farr & Gallagher LLP
Attn: Alex M Weingarten, Esq.
2029 Century Park East, Ste 3400
Los Angeles, CA 90067-3020

Franklin H. Menlo, Trustee
Paul P Young
c/o Chora Young & Manasser
650 Sierra Madre Villa Ave, Ste 304
Pasadena, CA 91107-2071

Gestetner Charitable Remainder Trust
c/o Andor Gestatner
1425 55th Street
Brooklyn, NY 11219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services LLC
PO Box 9013
Addison, TX 75001-9013

Jacob Rummitz
315 N Martel Avenue
Los Angeles, Ca 90036-2515

| | | |
|---|---|---|
| Jeffrey Siegel, Successor Trustee<br>Of the Hubert Scott Trust<br>c/o Oldman, Cooley, Sallus<br>16133 Ventura Blvd, Penthouse Ste<br>Encino, CA 91436-2447 | Los Angeles County Treasurer/Tax<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071-2300 |
| MRS/United Wholesale M<br>Attn Bankruptcy<br>PO Box 619098<br>Dallas, TX 75261-9098 | Oldman, Cooley, and Sallus<br>16133 Ventura Blvd, Penthouse Ste<br>Encino, CA 91436-2447 | Sandra Layton<br>161 N Poinsettia Place<br>Los Angeles, CA 90036-2805 |
| Selene Finance<br>Attn Bankruptcy<br>PO Box 8619<br>Philadelphia, PA 19101-8619 | Shellpoint Mortgage Servicing<br>Attn Bankruptcy<br>PO Box 10826<br>Greenville, SC 29603-0826 | Toyota Financial Services<br>Attn: Bankruptcy<br>PO Box 259001<br>Plano, TX 75025-9001 |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, TX 75001-9013 | Wilmington Savings Fund Society, FSB<br>d/b/a Robertson, Anschutz, Schneid, Crane & Pa<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101-8705 | US Bank Trust, N.A., et al.<br>Fay Servicing LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |