Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Judgment Creditors Erica and Joseph Vago

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>     Debtor and Debtor in Possession, | Case No. 2:23-bk-10990-SK<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF BRIAN PROCEL IN SUPPORT OF MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE**<br><br>Date:    May 17, 2023<br>Time:    9:00 a.m.<br>Place:    Courtroom 1575<br>          U.S. Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

## **<u>DECLARATION OF BRIAN PROCEL</u>**

1.    I am Brian Procel, co-counsel for Creditors Erica and Joe Vago (collectively, the "Vagos") in this action.  I am competent to testify herein, have personal knowledge of the following facts and make this declaration in support thereof.

2.    I served as trial counsel for the Vagos in their lawsuit against debtor Leslie Klein ("Debtor") in Los Angeles Superior Court, *Vago v. Klein*.  On February 21, 2023, on behalf of the Vagos, I filed in *Vago v. Klein* an *ex parte* application to have a receiver appointed over Debtor, which was set to be heard on February 23, 2023. Also on February 21, 2023, I notified Debtor's trial counsel in *Vago v. Klein*, Jeffrey A. Slott, of the *ex parte* application and the hearing. He represented to me that he did not intend to file an opposition, and that Debtor might be appearing on his own behalf. A true and correct copy of my February 21, 2023 email confirming this conversation is attached hereto as **Exhibit 1**.

3.    Near midnight on February 22, 2023, nine hours before the receivership application was to be heard, I was emailed a copy of Debtor's Chapter 11 petition by Debtor's bankruptcy counsel, Eric Olson, with a message that included "IN LIGHT OF THE BK FILING, I URGE YOU TO WITHDRAW THIS APPLICATION" (original capitalization). A true and correct copy of Mr. Olson's February 21, 2023 email (without attachments) is attached hereto as **Exhibit 2**. When the court opened the following morning on February 23, 2023, I promptly notified the court that the Vagos' *ex parte* application was being withdrawn in light of the automatic stay.

4.    On February 1, 2023—three weeks before he filed the instant Chapter 11 petition—Debtor filed a notice of appeal from the $24.5 million judgment in *Vago v. Klein*, a true and correct copy of which is attached hereto as **Exhibit 3**. I have never seen any indication that Debtor filed or attempted to file a supersedeas bond to stay enforcement of the judgment pending appeal.

5.    The Court of Appeals' online case status platform for Debtor's appeal from the judgment in *Vago v. Klein* indicated that, as of April 4, 2023, "[a]ll proceedings before this court

1

have been stayed pending determination of the proceedings before the bankruptcy court." A true

and correct copy of that case status page is attached hereto as **Exhibit 4.**

6.        Nevertheless, on April 7, 2023, Debtor's bankruptcy counsel, Eric Olson, served

me with Appellant's Notice Designated Record on Appeal on behalf of Debtor, a true and correct

copy of which is attached hereto as **Exhibit 5**.

7.        On March 13, 2023, I telephonically attended the initial meeting of creditors in this

matter pursuant to 11 U.S.C. § 341, at which Debtor gave testimony. Debtor made a number of

admissions during his testimony. He admitted that he intended to liquidate various real properties

in the bankruptcy estate to fund his appeal of the judgment against him in *Vago v. Klein.* He

admitted that his plan of reorganization would be premised on winning his appeal in *Vago v.*

*Klein*, as well as apparently suing the Menlo family (who were actually *his* victims in yet another

fraudulent scheme of his) for upwards of $5 million. And he admitted that he has fallen behind on

the mortgages for certain rental properties by as much as two years, while at the same time

continuing to collect rents on the same properties.


I declare under penalty of perjury according to the laws of the United States that the

foregoing is true and correct and that this declaration was signed by me on April 20, 2023 in

Katmandu, Nepal.

_____

Brian Procel

2

# EXHIBIT 1

# EXHIBIT 1

Klein

brian procel <brian@procel-law.com>

Tue 2/21/2023 4:13 PM

To: Jeffrey Slott <jslott@aol.com>

Cc: Martin Pritikin <marty@procel-law.com>

Jeff:

Thanks for the call today.  This will confirm that you agreed to accept service of the ex parte papers and that you are aware the hearing was moved to Thursday at 8:30 am in Department 14.

You indicated that you do not intend to file an opposition and that Klein may appear on his own behalf.

Please let me know if I stated anything incorrectly.

-Brian


Procel Law, PC
401 Wilshire Boulevard
12th Floor
Santa Monica, California 90401
(424) 788-4538

EXHIBIT 1 TO BRIAN PROCEL DECLARATION                    Page 1 of 1

# EXHIBIT 2

# EXHIBIT 2

## EX PARTE HEARING VAGO V. KLEIN 2/23/23 8:30 IN D. 14

Eric Olson <eoesq@boldlaw.com>
Wed 2/22/2023 11:21 PM
To: brian procel <brian@procel-law.com>;Martin Pritikin <marty@procel-law.com>
Cc: Jeffrey A Slott <jslott@aol.com>

🔗 2 attachments (703 KB)
KLEIN – NOT OF STAY OF PROCEEDINGS.pdf; Klein – vago – opp ex parte(final).pdf;

External (eoesq@boldlaw.com)

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

COUNSEL - SEE ENCLOSED NOTICE OF STAY OF PROCEEDINGS AND OPPOSITION TO EX PARTE

IN LIGHT OF THE BK FILING, I URGE YOU TO WITHDRAW THIS APPLICATION.

I WILL APPEAR REMOTELY TOMORROW MORNING.

**Eric Olson**
**Baker, Olson, LeCroy & Danielian**
**100 W. Broadway #990**
**Glendale, CA 91210**
**t: 818 502 5600**
**c: 626 224 5619**
**eoesq@boldlaw.com**
**www.boldlaw.com**

EXHIBIT 2 TO BRIAN PROCEL DECLARATION                Page 1 of 1

# EXHIBIT 3

# EXHIBIT 3

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.: SBN 103807 | FOR COURT USE ONLY |
|---|---|
| NAME: Jeffrey A. Slott, Esq. | |
| FIRM NAME: Law Offices of Jeffrey A. Slott, APC | |
| STREET ADDRESS: 15760 Ventura Blvd. #700 | |
| CITY: Encino    STATE: CA    ZIP CODE: 91436 | |
| TELEPHONE NO.:(818) 995-1955    FAX NO.: (818) 995-0955 | |
| E-MAIL ADDRESS: jslott@aol.com | |
| ATTORNEY FOR (name): Leslie Klein and Les Klein & Associates, Inc. | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles | |
|---|---|
| STREET ADDRESS: 111 North Hill Street | |
| MAILING ADDRESS: same as above | |
| CITY AND ZIP CODE: Los Angeles 90012 | |
| BRANCH NAME: Stanley Mosk Courthouse | |

| PLAINTIFF/PETITIONER: Erica Vago and Joseph Vago |
|---|
| DEFENDANT/RESPONDENT: Leslie Klein and Les Klein & Associates, Inc. |

| [✓] NOTICE OF APPEAL   [ ] CROSS-APPEAL<br>(UNLIMITED CIVIL CASE) | CASE NUMBER:<br>20STCV25050 |
|---|---|

---

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal. A copy of this form must also be served on the other party or parties to this appeal. You may use an applicable Judicial Council form (such as APP-009 or APP-009E) for the proof of service. When this document has been completed and a copy served, the original may then be filed with the court with proof of service.**

---

1. NOTICE IS HEREBY GIVEN that (name): Leslie Klein and Les Klein & Associates, Inc.

   appeals from the following judgment or order in this case, which was entered on *(date):* December 2, 2022

   [✓] Judgment after jury trial

   [ ] Judgment after court trial

   [ ] Default judgment

   [ ] Judgment after an order granting a summary judgment motion

   [ ] Judgment of dismissal under Code of Civil Procedure, §§ 581d, 583.250, 583.360, or 583.430

   [ ] Judgment of dismissal after an order sustaining a demurrer

   [ ] An order after judgment under Code of Civil Procedure, § 904.1(a)(2)

   [ ] An order or judgment under Code of Civil Procedure, § 904.1(a)(3)–(13)

   [ ] Other *(describe and specify code section that authorizes this appeal):*

2. For cross-appeals only:

   a. Date notice of appeal was filed in original appeal:

   b. Date superior court clerk mailed notice of original appeal:

   c. Court of Appeal case number *(if known):*

Date: February 1, 2023

Jeffrey A Slott, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 1

| Form Approved for Optional Use<br>Judicial Council of California<br>APP-002 [Rev. January 1, 2017] | **NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)**<br>**(Appellate)** | Cal. Rules of Court, rule 8.100<br>www.courts.ca.gov |
|---|---|---|

EXHIBIT 3 TO BRIAN PROCEL DECLARATION                Page 1 of 2

**PROOF OF SERVICE**
*Erica Vago, et al. vs. Leslie Klein, et al.*
LASC Case No.: 20STCV25050

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 15760 Ventura Boulevard, Suite 1600, Encino, California 91436.

On **February 1, 2023** I served true copies of the following document described as **NOTICE OF APPEAL** on the interested parties in this action as follows:

Brian A. Procel, Esq.
Procel Law, PC
401 Wilshire Blvd., Floor 12
Santa Monica, CA 90401-1456
Phone: 424-788-4538
Email: brian@procel-law.com
**Attorneys for Plaintiffs, JOSEH VAGO and ERICA VAGO**

☐ **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**: I caused the document(s) listed to be sent from e-mail address jslott@aol.com to the person(s) at the e-mail address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 1, 2023** at Encino, California.

DEBBIE GONZALES

- 1 -

EXHIBIT 3 TO BRIAN PROCEL DECLARATION          Page 2 of 2
PROOF OF SERVICE

# EXHIBIT 4

# EXHIBIT 4



## Appellate Courts Case Information

CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

### 2nd Appellate District

Change court ▾

| Welcome |
| Search |
| E-mail |
| Calendar |
| Help |
| Opinions |

| Case Summary | Docket | Briefs | Scheduled Actions |
| Disposition | Parties and Attorneys | Trial Court | |

### Docket (Register of Actions)

**Vago et al. v. Klein et al. **MATTER STAYED****
**Division p**
**Case Number B327011**

| Date | Description | Notes |
|------|-------------|-------|
| 03/08/2023 | Notice of appeal lodged/received. | Feb. 1, 2023: Leslie Klein, et al. |
| 03/08/2023 | Default notice sent- appellant notified per rule 8.100(c). | No fee rcvd |
| 03/15/2023 | Filing fee. | $775 filing fee paid. |
| 03/24/2023 | Default notice sent; no case information statement filed, or statement incomplete. | Appellant (Feb. 1, 2023: Leslie Klein, et al. ) is in default for failure to file a Case Information Statement pursuant to California Rules of Court, Rule 8.100(g). |
| 03/28/2023 | Substitution of attorneys filed for: | Leslie Klein and Les Klein & Associates, Inc.<br><br>Jeffrey A. Slott substituted and replaced by Benedon & Serlin, LLP (Gerald M. Serlin & Mark Schaeffer). |
| 04/03/2023 | Civil case information statement filed. | Defendant and Appellant: Leslie Klein<br>Attorney: Gerald M. Serlin |
| 04/03/2023 | Filed document entitled: | Notice of Bankruptcy Case Filing |
| 04/04/2023 | Bankruptcy proceedings filed - matter stayed. | All proceedings before this court have been stayed pending determination of the proceedings before the bankruptcy court. Though you may not be directly involved with the bankruptcy proceedings, it is still your responsibility to keep this court advised of the status of the proceedings. All update letters must be served on opposing counsel and filed with this Court.<br><br>Appellant is directed to file status letters with this court beginning on October 2, 2023 and every 90 days thereafter. Failure to timely file these letters WILL be viewed as an abandonment of the appeal. |
| 04/07/2023 | Association of attorneys filed for: | Firm of E J Olson Law associated in as co-counsel of record for appellant. |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy          © 2023 Judicial Council of California

EXHIBIT 4 TO BRIAN PROCEL DECLARATION                    Page 1 of 1

# EXHIBIT 5

# EXHIBIT 5

APP-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | | FOR COURT USE ONLY |
|---|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER: 37630

NAME: Eric J. Olson
FIRM NAME: E J Olson Law
STREET ADDRESS: 100 West Broadway, Suite 990
CITY: Glendale          STATE: CA     ZIP CODE: 91210-1233
TELEPHONE NO.: (626) 224-5619          FAX NO.:
E-MAIL ADDRESS: eric@EJOlsonLaw.com
ATTORNEY FOR (name): Leslie Klein and Les Klein & Associates, Inc.

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: same as above
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: ERICA VAGO and JOSEPH VAGO
DEFENDANT/RESPONDENT: LESLIE KLEIN and LES KLEIN & ASSOCIATES, INC.
OTHER PARENT/PARTY:

| **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL<br>(UNLIMITED CIVIL CASE)** | SUPERIOR COURT CASE NUMBER:<br>20STCV25050 |
|---|---|
| RE: Appeal filed on (date): February 1, 2023 | COURT OF APPEAL CASE NUMBER (if known):<br>B327011 |

**Notice: Please read** *Information on Appeal Procedures for Unlimited Civil Cases* **(form APP-001-INFO) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

1. **RECORD OF THE DOCUMENTS FILED IN THE SUPERIOR COURT**

   I choose to use the following method of providing the Court of Appeal with a record of the documents filed in the superior court *(check a, b, c, or d, and fill in any required information):*

   a. ☒ A clerk's transcript under rule 8.122. *(You must check (1) or (2) and fill out the clerk's transcript section (item 4) on pages 2 and 3 of this form.)*

   (1) ☒ I will pay the superior court clerk for this transcript myself when I receive the clerk's estimate of the costs of this transcript. I understand that if I do not pay for this transcript, it will not be prepared and provided to the Court of Appeal.

   (2) ☐ I request that the clerk's transcript be provided to me at no cost because I cannot afford to pay this cost. I have submitted the following document with this notice designating the record *(check (a) or (b))*:

   (a) ☐ An order granting a waiver of court fees and costs under rules 3.50–3.58; or

   (b) ☐ An application for a waiver of court fees and costs under rules 3.50–3.58. *(Use Request to Waive Court Fees (form FW-001) to prepare and file this application.)*

   b. ☐ An appendix under rule 8.124.

   c. ☐ The original superior court file under rule 8.128. (NOTE: *Local rules in the Court of Appeal, First, Third, and Fourth Appellate Districts, permit parties to stipulate (agree) to use the original superior court file instead of a clerk's transcript; you may select this option if your appeal is in one of these districts and all the parties have stipulated to use the original superior court file instead of a clerk's transcript in this case. Attach a copy of this stipulation.*)

   d. ☐ An agreed statement under rule 8.134. *(You must complete item 2b(2) below and attach to your agreed statement copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.134(a).)*

2. **RECORD OF ORAL PROCEEDINGS IN THE SUPERIOR COURT**

   I choose to proceed *(you must check a or b below):*

   a. ☐ WITHOUT a record of the oral proceedings (what was said at the hearing or trial) in the superior court. I understand that without a record of the oral proceedings in the superior court, the Court of Appeal will not be able to consider what was said during those proceedings in deciding whether an error was made in the superior court proceedings.

Form Approved for Optional Use
Judicial Council of California
APP-003 [Rev. January 1, 2019]

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**
**(Unlimited Civil Case)**
EXHIBIT 5 TO BRIAN PROCEL DECLARATION

Cal. Rules of Court, rules 3.50,
8.121–8.124, 8.128, 8.130, 8.134, 8.137
www.courts.ca.gov

Page 1 of 9

APP-003

| CASE NAME: VAGO v. KLEIN | SUPERIOR COURT CASE NUMBER:<br>20STCV25050 |
| --- | --- |

2. b.  [x]  WITH the following record of the oral proceedings in the superior court *(you must check (1), (2), or (3) below)*:

(1)  [x]  A reporter's transcript under rule 8.130. *(You must fill out the reporter's transcript section (item 5) on pages 3 and 4 of this form.)* I have *(check all that apply)*:

(a)  [x]  Deposited with the superior court clerk the approximate cost of preparing the transcript by including the deposit with this notice as provided in rule 8.130(b)(1).

(b)  [ ]  Attached a copy of a Transcript Reimbursement Fund application filed under rule 8.130(c)(1).

(c)  [ ]  Attached the reporter's written waiver of a deposit under rule 8.130(b)(3)(A) for *(check either (i) or (ii))*:

(i)  [ ]  all of the designated proceedings.

(ii)  [ ]  part of the designated proceedings.

(d)  [ ]  Attached a certified transcript under rule 8.130(b)(3)(C).

(2)  [ ]  An agreed statement. *(Check and complete either (a) or (b) below.)*

(a)  [ ]  I have attached an agreed statement to this notice.

(b)  [ ]  All the parties have stipulated (agreed) in writing to try to agree on a statement. *(You must attach a copy of this stipulation to this notice.)* I understand that, within 40 days after I file the notice of appeal, I must file either the agreed statement or a notice indicating the parties were unable to agree on a statement and a new notice designating the record on appeal.

(3)  [ ]  A settled statement under rule 8.137. *(You must check (a), (b), or (c) below, and fill out the settled statement section (item 6) on page 4.)*

(a)  [ ]  The oral proceedings in the superior court were not reported by a court reporter.

(b)  [ ]  The oral proceedings in the superior court were reported by a court reporter, but I have an order waiving fees and costs.

(c)  [ ]  I am asking to use a settled statement for reasons other than those listed in (a) or (b). *(You must serve and file the motion required under rule 8.137(b) at the same time that you file this form. You may use form APP-025 to prepare the motion.)*

3. **RECORD OF AN ADMINISTRATIVE PROCEEDING TO BE TRANSMITTED TO THE COURT OF APPEAL**

[ ]  I request that the clerk transmit to the Court of Appeal under rule 8.123 the record of the following administrative proceeding that was admitted into evidence, refused, or lodged in the superior court *(give the title and date or dates of the administrative proceeding)*:

| Title of Administrative Proceeding | Date or Dates |
| --- | --- |
|  |  |

4. **NOTICE DESIGNATING CLERK'S TRANSCRIPT**

*(You must complete this section if you checked item 1a above indicating that you choose to use a clerk's transcript as the record of the documents filed in the superior court.)*

a.  **Required documents.** The clerk will automatically include the following items in the clerk's transcript, but you must provide the date each document was filed, or if that is not available, the date the document was signed.

| | Document Title and Description | Date of Filing |
| --- | --- | --- |
| (1) | Notice of appeal | 02/01/2023 |
| (2) | Notice designating record on appeal *(this document)* | 04/072023 |
| (3) | Judgment or order appealed from | 12/02/2022 |
| (4) | Notice of entry of judgment *(if any)* | 12/14/2022 |
| (5) | Notice of intention to move for new trial or motion to vacate the judgment, for judgment notwithstanding the verdict, or for reconsideration of an appealed order *(if any)* | |
| (6) | Ruling on one or more of the items listed in (5) | |
| (7) | Register of actions or docket *(if any)* | 04/072023 |

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**
**(Unlimited Civil Case)**
EXHIBIT 5 TO BRIAN PROCEL DECLARATION

APP-003

| CASE NAME: VAGO v. KLEIN | SUPERIOR COURT CASE NUMBER:<br>20STCV25050 |
|---|---|

4. **NOTICE DESIGNATING CLERK'S TRANSCRIPT**

    b. **Additional documents.** *(If you want any documents from the superior court proceeding in addition to the items listed in 4a. above to be included in the clerk's transcript, you must identify those documents here.)*

        [x] I request that the clerk include in the transcript the following documents that were filed in the superior court proceeding. *(You must identify each document you want included by its title and provide the date it was filed or, if that is not available, the date the document was signed.)*

| Document Title and Description | Date of Filing |
|---|---|
| (8) | [See Attachment 4.b] |
| (9) | |
| (10) | |
| (11) | |

        [x] See additional pages. *(Check here if you need more space to list additional documents. List these documents on a separate page or pages labeled "Attachment 4b," and start with number (12).)*

    c. **Exhibits to be included in clerk's transcript**

        [ ] I request that the clerk include in the transcript the following exhibits that were admitted in evidence, refused, or lodged in the superior court. *(For each exhibit, give the exhibit number, such as Plaintiff's #1 or Defendant's A, and a brief description of the exhibit. Indicate whether or not the court admitted the exhibit into evidence. If the superior court has returned a designated exhibit to a party, the party in possession of the exhibit must deliver it to the superior court clerk within 10 days after service of this notice designating the record. (Rule 8.122(a)(3).))*

| Exhibit Number | Description | Admitted (Yes/No) |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |

        [ ] See additional pages. *(Check here if you need more space to list additional exhibits. List these exhibits on a separate page or pages labeled "Attachment 4c," and start with number (5).)*

5. **NOTICE DESIGNATING REPORTER'S TRANSCRIPT**

    *You must complete both a and b in this section if you checked item 2b(1) above indicating that you choose to use a reporter's transcript as the record of the oral proceedings in the superior court. Please remember that you must pay for the cost of preparing the reporter's transcript.*

    a. **Format of the reporter's transcript**

        I request that the reporters provide *(check one):*

        (1) [x] My copy of the reporter's transcript in electronic format.

        (2) [ ] My copy of the reporter's transcript in paper format.

        (3) [ ] My copy of the reporter's transcript in electronic format and a second copy in paper format.

    *(Code Civ. Proc., § 271.)*

APP-003 [Rev. January 1, 2019]     **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**     Page 3 of 4
**(Unlimited Civil Case)**
EXHIBIT 5 TO BRIAN PROCEL DECLARATION     Page 3 of 9

APP-003

| CASE NAME: VAGO v. KLEIN | SUPERIOR COURT CASE NUMBER:<br>20STCV25050 |
|---|---|

5. b. **Proceedings**

I request that the following proceedings in the superior court be included in the reporter's transcript. *(You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings (for example, the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions), the name of the court reporter who recorded the proceedings (if known), and whether a certified transcript of the designated proceeding was previously prepared.)*

| | Date | Department | Full/Partial Day | Description | Reporter's Name | Prev. prepared? |
|---|---|---|---|---|---|---|
| (1) | 07/11/2022 | 14 | Partial | FSC; Hearing on Ex Parte App. | Heather Pitvorec CSR#10551 | ☒ Yes ☐ No |
| (2) | 07/25/2022 | 14 | Unknown | Jury Trial | Unknown | ☒ Yes ☐ No |
| (3) | 08/15/2022 | 14 | Partial | Final Status Conference | Ryan Wheeler CSR#13717 | ☒ Yes ☐ No |
| (4) | 08/31/2022 | 14 | Partial | Jury Trial (held/cont'd. to 09/01/22) | Kristy Hicks CSR#13634 | ☒ Yes ☐ No |

☒ See additional pages. *(Check here if you need more space to list additional proceedings. List these exhibits on a separate page or pages labeled "Attachment 5b," and start with number (5).)*

6. **NOTICE DESIGNATING PROCEEDINGS TO BE INCLUDED IN SETTLED STATEMENT**

*(You must complete this section if you checked item 2b(3) above indicating you choose to use a settled statement.)* I request that the following proceedings in the superior court be included in the settled statement. *(You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings (for example, the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions), the name of the court reporter who recorded the proceedings (if known), and whether a certified transcript of the designated proceeding was previously prepared.)*

| | Date | Department | Full/Partial Day | Description | Reporter's Name | Prev. prepared? |
|---|---|---|---|---|---|---|
| (1) | | | | | | ☐ Yes ☐ No |
| (2) | | | | | | ☐ Yes ☐ No |
| (3) | | | | | | ☐ Yes ☐ No |
| (4) | | | | | | ☐ Yes ☐ No |

☐ See additional pages. *(Check here if you need more space to list additional proceedings. List these proceedings on a separate page or pages labeled "Attachment 6," and start with number (5).)*

7. a. The proceedings designated in 5b or 6 ☒ include ☐ do not include all of the testimony in the superior court.

b. If the designated proceedings DO NOT include all of the testimony, state the points that you intend to raise on appeal. *(Rule 8.130(a)(2) and rule 8.137(d)(1) provide that your appeal will be limited to these points unless the Court of Appeal permits otherwise.)* Points are set forth: ☐ Below ☐ On a separate page labeled "Attachment 7."

Date: April 7, 2023

Eric J. Olson
_____
(TYPE OR PRINT NAME)

▶ */s/Eric J. Olson*
_____
(SIGNATURE OF APPELLANT OR ATTORNEY)

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL
(Unlimited Civil Case)**
EXHIBIT 5 TO BRIAN PROCEL DECLARATION

*Erica Vago et al. v. Leslie Klein et al.*
*(Los Angeles County Superior Court, Case No. 20STCV25050)*

**Attachment to 4.b. of Appellant's Notice Designating Record on Appeal**

| Tab | Document Title and Description | Date of Filing |
|-----|------------------------------|----------------|
| 8 | All Minute Orders | -- |
| 9 | Judgment on Special Verdict filed by Plaintiffs Joseph Vago and Erica Vago | 12/02/2023 |
| 10 | Notice of Stay of Proceedings (Bankruptcy) filed by Defendant Leslie Klein | 02/22/2023 |
| 11 | Notice of Filing of Notice of Appeal | 02/06/2023 |
| 12 | Notice of Appeal/Cross Appeal (with Proof of Service) filed by Defendants/Appellants Leslie Klein and Les Klein & Associates, Inc. | 02/01/2023 |
| 13 | Notice of Entry of Judgment filed by Plaintiffs Joseph Vago and Erica Vago | 12/14/2022 |
| 14 | Judgment on Special Verdict filed by Plaintiffs Joseph Vago and Erica Vago | 12/02/2022 |
| 15 | Notice of Rejection of Pleadings | 11/17/2022 |
| 16 | Response to Kleins' Objections re: Proposed Judgment on Special Verdict filed by Plaintiffs Joseph Vago and Erica Vago | 11/17/2022 |
| 17 | Court's Order for Motion for Prejudgment interest hearing held November 10, 2022 | 11/16/2022 |
| 18 | Objection to Proposed Judgment on Special Verdict to Proposed Judgment on Special Verdict filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 11/16/2022 |
| 19 | Reply In Support of Plaintiffs Motion for Award of Prejudgment Interest; Declaration of Brian Procel filed by Plaintiffs Joseph Vago and Erica Vago | 11/03/2022 |
| 20 | Opposition to Motion for Award of Prejudgment Interest filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 10/26/2022 |
| 21 | Motion re: Award of Prejudgment Interest; Declaration of Brian Procel filed by Plaintiffs Joseph Vago and Erica Vago | 10/18/2022 |
| 22 | Jury Instructions (Punitive Damages) | 09/26/2022 |
| 23 | Jury Instructions | 09/26/2022 |
| 24 | Special Verdict Joseph Vago (form Punitive Damages – Joseph Vago) | 09/16/2022 |
| 25 | Special Verdict (form punitive Damages - Erica Vago) | 09/16/2022 |
| 26 | Special Verdict as to Joseph Vago | 09/15/2022 |
| 27 | Special Verdict as to Erica Vago | 09/15/2022 |
| 28 | Jury Question | 09/14/2022 |
| 29 | Jury Question | 09/14/2022 |
| 30 | Exhibit List (Stipulated Joint Exhibit List filed by Plaintiffs Joseph Vago and Erica Vago | 09/14/2022 |

i

EXHIBIT 5 TO BRIAN PROCEL DECLARATION                    Page 5 of 9

| Tab | Document Title and Description | Date of Filing |
|---|---|---|
| 31 | Jury Question | 09/09/2022 |
| 32 | Jury Question | 09/09/2022 |
| 33 | Jury Question | 09/09/2022 |
| 34 | Jury Question | 09/08/2022 |
| 35 | Jury Question | 09/08/2022 |
| 36 | Jury Question | 09/08/2022 |
| 37 | Jury Question | 09/08/2022 |
| 38 | Jury Question | 09/08/2022 |
| 39 | Jury Question | 09/08/2022 |
| 40 | Jury Question | 09/08/2022 |
| 41 | Jury Question | 09/08/2022 |
| 42 | Motion in Limine No. 5 to Exclude "State of Mind" Evidence Offered by Klein filed by Plaintiffs Joseph Vago and Erica Vago | 08/31/2022 |
| 43 | Motion in Limine No. 4 to Admit Evidence of Prior Acts Under Evidence Code Sections 1101(b) and 1105 filed by Plaintiffs Joseph Vago and Erica Vago | 08/31/2022 |
| 44 | Trial Brief No. 1 Addressing Lack of Standing of Plaintiffs and Requirement of Probate of Estate of Robert Schweitzer, Deceased filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/30/2022 |
| 45 | Defendants' [Proposed] Jury Instructions filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/30/2022 |
| 46 | Plaintiffs' Consolidated Reply in Support of Motion in Limine Nos. 1-3; Declaration of Brian Procel filed by Plaintiffs Joseph Vago and Erica Vago | 08/29/2022 |
| 47 | Request for Dismissal filed by Plaintiffs Joseph Vago and Erica Vago | 08/25/2022 |
| 48 | Opposition to Motion in Limine No. 1 filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/25/2022 |
| 49 | Opposition to Motion in Limine No. 2 filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/25/2022 |
| 50 | Opposition to Motion in Limine No. 3 filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/25/2022 |
| 51 | Notice of Ruling filed by Plaintiffs Joseph Vago and Erica Vago | 08/17/2022 |
| 52 | Joint Exhibit List filed by Plaintiffs Joseph Vago and Erica Vago | 08/12/2022 |
| 53 | Joint Witness List filed by Plaintiffs Joseph Vago and Erica Vago | 08/12/2022 |
| 54 | Exhibit List filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 08/12/2022 |
| 55 | Notice of Motion in Limine No. 1 filed by Plaintiffs Joseph Vago and Erica Vago | 08/10/2022 |

EXHIBIT 5 TO BRIAN PROCEL DECLARATION                    Page 6 of 9

| Tab | Document Title and Description | Date of Filing |
|-----|-------------------------------|----------------|
| 56 | Notice of Motion in Limine No. 2 filed by Plaintiffs Joseph Vago and Erica Vago | 08/10/2022 |
| 57 | Motion in Limine No. 3 to Exclude Undisclosed Witnesses and Documents filed by Plaintiffs Joseph Vago and Erica Vago | 08/10/2022 |
| 58 | Witness List filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 07/27/2022 |
| 59 | Notice of Ruling filed by Plaintiffs Joseph Vago and Erica Vago | 07/14/2022 |
| 60 | Opposition to Klein's Ex Parte Application to Continue Trial; Declaration of Brian Procel filed by Plaintiffs Joseph Vago and Erica Vago | 07/11/2022 |
| 61 | Court's Order for Motion to Intervene and Notice of Related Case | 07/06/2022 |
| 62 | Exhibit List filed by Plaintiffs Joseph Vago and Erica Vago | 07/06/2022 |
| 63 | Motion in Limine No. 2 to Exclude Evidence that Schweitzer Concealed Money in His Divorce filed by Plaintiffs Joseph Vago and Erica Vago | 07/06/2022 |
| 64 | Motion in Limine No. 1 to Exclude Evidence that Plaintiffs are Not Entitled to the Money at Issue filed by Plaintiffs Joseph Vago and Erica Vago | 07/06/2022 |
| 65 | Declaration re Notice of Ex Parte Application of Defendants to Continue Trial Date and Extend Motion Cut-Off Date filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 07/06/2022 |
| 66 | Ex Parte Application for an Order (1) Continuing the Trial and (2) Extending the Motion Cutoff Date; Memorandum of Points and Authorities; Declaration of Jeffrey A. Slott In Support Thereof filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 07/06/2022 |
| 67 | Objection of Defendants Leslie Klein and Les Klein and Associates, Inc. to Notice to Produce Documents at Trial filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 07/05/2022 |
| 68 | Notice of Related Case filed by Non-Party Harry Baldinger | 06/03/2022 |
| 69 | Request for Dismissal filed by Plaintiff Joseph Vago and Erica Vago | 06/01/2022 |
| 70 | Court's Order for Motion for Sanctions hearing held May 24, 2022 | 05/25/2022 |
| 71 | Notice of Lodging (of [Proposed] Complaint in Intervention) filed by Non-Party Harry Baldinger | 05/20/2022 |
| 72 | Notice Re: Continuance of Hearing and Order | 05/17/2022 |
| 73 | Notice of Advanced Hearing filed by Defendant Kenneth Kolev Klein | 05/12/2022 |
| 74 | Notice Re: Continuance of Hearing and Order | 05/04/2022 |
| 75 | Notice of Ruling filed by Defendant Kenneth Kolev Klein | 04/26/2022 |
| 76 | Notice of Ruling filed by Plaintiffs Joseph Vago and Erica Vago | 01/24/2022 |
| 77 | Court's Order for Motions to Compel hearing held on November 2, 2021 | 11/04/2021 |
| 78 | Notice of Continuance of Motion to Quash filed by Plaintiffs Joseph Vago and Erica Vago | 07/14/2021 |

EXHIBIT 5 TO BRIAN PROCEL DECLARATION    Page 7 of 9

| Tab | Document Title and Description | Date of Filing |
|-----|-------------------------------|----------------|
| 79 | Answer filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 05/10/2021 |
| 80 | Answer filed by Defendant Kenneth Kolev Klein | 05/05/2021 |
| 81 | Third Amended Complaint filed by Plaintiffs Joseph Vago and Erica Vago | 04/08/2021 |
| 82 | Court Order for Demurrer and Motion to Strike hearing held on March 24, 2021 | 03/29/2021 |
| 83 | Defendants Reply in Support of Demurrer filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 03/17/2021 |
| 84 | Opposition to Leslie Klein and Les Klein and Associates' Demurrer (03/24/2021) filed by Plaintiffs Joseph Vago and Erica Vago | 03/11/2021 |
| 85 | Joinder to Motion to Demurrer and Motion to Strike filed by Defendant Kenneth Kolev Klein | 02/08/2021 |
| 86 | Demurrer with Motion to Strike (CCP 430.10) filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 02/08/2021 |
| 87 | Declaration of Demurring or Moving Party Regarding Meet and Confer filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 02/08/2021 |
| 88 | Demurrer with Motion to Strike (CCP 430.10) filed by Defendants Leslie Klein and Les Klein & Associates, Inc. | 02/08/2021 |
| 89 | Second Amended Complaint filed by Plaintiffs Joseph Vago and Erica Vago | 01/07/2021 |
| 90 | Request for Dismissal filed by Plaintiffs Joseph Vago and Erica Vago | 11/17/2020 |
| 91 | Answer filed by Defendants Kenneth Kolev Klein and Law Office of Kenneth Klein, P.C. | 09/29/2020 |
| 92 | First Amended Complaint filed by Plaintiffs Joseph Vago and Erica Vago | 07/09/2020 |
| 93 | Complaint filed by Plaintiffs Joseph Vago and Erica Vago | 07/01/2020 |

*Erica Vago et al. v. Leslie Klein et al.*
**(Los Angeles County Superior Court, Case No. 20STCV25050)**

**Attachment to 5.b. of Appellant's Notice Designating Record on Appeal**

| No. | Date | Dept. | Full/Partial Day | Description | Reporter's Name/CSR # | Previously Prepared? |
|-----|------|-------|------------------|-------------|----------------------|---------------------|
| (5) | 08/29/2022 | 14 | Partial | Jury Trial (held) | Kristy Hicks CSR#13634 | Yes |
| (6) | 09/01/2022 | 14 | Partial | Jury Trial (held/cont'd. to 09/02/22) | Kristy Hicks CSR#13634 | No |
| (7) | 09/02/2022 | 14 | Partial | Jury Trial (held/cont'd. to 09/06/22) | Kristy Hicks CSR#13634 | No |
| (8) | 09/06/2022 | 14 | Full | Jury Trial (held/cont'd. to 09/07/22) | Kristy Hicks CSR#13634 AM/ Ronald Cook CSR#13928 PM | No |
| (9) | 09/07/2022 | 14 | Unknown | Jury Trial (held/cont'd. to 09/08/22) | Kristy Hicks CSR#13634 | No |
| (10) | 09/08/2022 | 14 | Full | Jury Trial (held/cont'd. to 09/09/22) | Kristy Hicks CSR#13634 | Yes |
| (11) | 09/09/2022 | 14 | Unknown | Jury Trial (held/cont'd. to 09/12/22) | Ronald Cook CSR#13928 | No |
| (12) | 09/12/2022 | 14 | Unknown | Jury Trial (held/cont'd. to 09/13/22) | Kristy Hicks CSR#13634 | No |
| (13) | 09/13/2022 | 14 | Unknown | Jury Trial (held/cont'd. to 09/14/22) | Ronald Cook CSR#13928 | No |
| (14) | 09/14/2022 | 14 | Full | Jury Trial (held/cont'd. to 09/15/22) | Kristy Hicks CSR#13634 | No |
| (15) | 09/15/2022 | 14 | Full | Jury Trial (held/cont'd. to 09/16/22 | Kristy Hicks CSR#13634 | No |
| (16) | 09/16/2022 | 14 | Unknown | Jury Trial (held) | Kristy Hicks CSR#13634 | No |
| (17) | 11/10/2022 | 14 | Partial | Hearing on Motion | Jennifer Craig CSR#11094 | No |

i

EXHIBIT 5 TO BRIAN PROCEL DECLARATION                    Page 9 of 9

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF BRIAN PROCEL IN SUPPORT OF MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 24, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 24, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 24, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Sandra R. Klein, USBC, 255 E. Temple Street, Ctrm 1575, Los Angeles, CA 90012

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 24, 2023 | Susan C. Stein | /s/Susan C. Stein |
|----------------|----------------|-------------------|
| *Date* | *Printed Name* | *Signature* |

2

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:23-bk-10990-SK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**    michael.jones4@usdoj.gov
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law

3

**In re Leslie Klein**
**2:23-bk-10990-SK**

**Debtor**
Leslie Klein
322 N June Street
Los Angeles, CA 90004-1042

United States Trustee (LA)
915 Wilshire Blvd, Ste. 1850
Los Angeles, CA 90017-3560

**Trustee**
Mark M Sharf (TR)
6080 Center Drive, Ste 600
Los Angeles, CA 90045-1540

**Debtor's Counsel**
Michael Jay Berger
9454 Wilshire Blvd, 6th Fl
Beverly Hills, CA 90212-2980

## CREDITORS

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave, Ste 182
Valley Village, CA 91607-1615

Bank of America
Attn: Bankruptcy
4909 Savarsee Circle
Tampa, FL 33634-2413

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

CCO Mortgage Corp
10561 Telegraph Rd
Glen Allen, VA 23059-4577

California Bank & Trust
PO Box 711510
Santee, CA 92072-1510

JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Chase Doe
143 S Highland Drive
Los Angeles, CA 90036-3028

Chase Mortgage
BK Department / Mail Code LA4 5555
700 Kansas Lane
Monroe, LA 71203

Citibank
Attn: Bankruptcy
PO Box 790034
St Louis, MO 63179-0034

Erica Vago and Joseph Vago
c/o Brian A Procel / Procel Law, PC
401 Wilshire Blvd, 12th Fl
Santa Monica, CA 90401-1456

Erica and Joseph Vago
~~124 N Highland Ave~~
~~Sherman Oaks, CA 91423~~
RTS 04-15-2023

Fay Servicing LLC
PO Box 814609
Dallas, TX 75381-4609

Fiore Racobs and Powers
Attn Erin A Maloney
6820 Indiana Avenue, Suite 140
Riverside, CA 92506-4261

First Amended Wendriger Family Trust
c/o Shumaker Mallory LLP
Clarisse Young Shumaker
280 S Beverly Dr, Suite 505
Beverly Hills, CA 90212-3908

Franklin H. Menlo Irrevocable Trust
c/o Wilkie Farr & Gallagher LLP
Attn: Alex M Weingarten, Esq.
2029 Century Park East, Ste 3400
Los Angeles, CA 90067-3020

Franklin H. Menlo, Trustee
Paul P Young
c/o Chora Young & Manasser
650 Sierra Madre Villa Ave, Ste 304
Pasadena, CA 91107-2071

Gestetner Charitable Remainder Trust
c/o Andor Gestatner
1425 55th Street
Brooklyn, NY 11219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services LLC
PO Box 9013
Addison, TX 75001-9013

Jacob Rummitz
315 N Martel Avenue
Los Angeles, Ca 90036-2515

Jeffrey Siegel, Successor Trustee
Of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd, Penthouse Ste
Encino, CA 91436-2447

Los Angeles County Treasurer/Tax
Attn Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0110

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071-2300

MRS/United Wholesale M
Attn Bankruptcy
PO Box 619098
Dallas, TX 75261-9098

Oldman, Cooley, and Sallus
16133 Ventura Blvd, Penthouse Ste
Encino, CA 91436-2447

Sandra Layton
161 N Poinsettia Place
Los Angeles, CA 90036-2805

Selene Finance
Attn Bankruptcy
PO Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
Attn Bankruptcy
PO Box 10826
Greenville, SC 29603-0826

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, TX 75001-9013

Wilmington Savings Fund Society, FSB
d/b/a Robertson, Anschutz, Schneid, Crane
& Pa
350 10th Avenue, Suite 1000
San Diego, CA 92101-8705

US Bank Trust, N.A., et al.
Fay Servicing LLC
PO Box 814609
Dallas, TX 75381-4609