| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Alan G. Tippie (CA Bar No. 89587)<br>alan.tippie@gmlaw.com<br>GREENSPOON MARDER<br>1875 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |
|---|---|

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Alan G. Tippie_____,__89587_____,__alan.tippie@gmlaw.com_____
         *Name*                              *Bar ID Number*              *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _1875 Century Park East, Suite 1900, Los Angeles, California 90067_____
New Telephone Number_____New Facsimile Number _____
New E-Mail Address_____

_____

Notice of Change of Address or Law Firm

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
    ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
    ❏ I am, or
    ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated:_4/28/23_____     _____
                                                               Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

# **ATTACHMENT**

| Case Number | Case Name |
| --- | --- |
| 2:21-bk-18339-BR | Direct Discount Lighting, LLC |
| 2:23-bk-10990-SK | Leslie Klein |
| 6:20-bk-13005-WJ | TTBGM, Inc. |
| 6:22-bk-14008-WJ | CBGM LLC |
| 6:22-ap-01094-WJ | Trilogy at La Quinta Maintenance Association v. Stratospheric Holdings 4, LLC |
| 6:23-ap-01009-WJ | Key Management LLC v. Richard Cushman |
| 6:23-ap-01018-WJ | Larry D. Simons, Chapter 7 Trustee v. Cushman, et al. |
| 8:19-bk-13858-SC | Bruce Elieff |
| 8:19-ap-01205-SC | Elieff, et al. v. Kurtin |
| 8:20-ap-01046-SC | Ehrenberg (TR) v. Bernice et al. |
| 8:21-ap-01092-SC | Ehrenberg, solely in his capacity as Chapter 7 Trustee v. Elieff et al. |
| 9:23-bk-10174-RC | Jonathan Alan Stein |