PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LESLIE KLEIN,**<br><br>                    Debtor. | Case No.: 2:23-bk-10990-SK<br>Chapter 11<br><br>LIMITED OPPOSITION TO JUDGEMENT CREDITOR VAGO'S MOTION TO DISMISS; DECLARATION IN SUPPORT<br><br>Date:    May 17, 2023<br>Time:   9:00 am<br>CTRM: 1575 |

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:

       The United States Trustee respectfully submits this limited opposition to Judgment Creditors Erica and Joseph Vago's ("Vago") motion to dismiss this case under 11 U.S.C § 1112 (Doc 79), which is being heard at the above date and time. Vago presents a number of pertinent facts to the Court for consideration, including facts that support their belief that "Debtor has repeatedly abused the bankruptcy process." The United States Trustee supports Vago's request that cause has been shown for section 1112 relief, Vago suggests that of the remedies available to the Court under section 1112, that dismissal is in the best interest of creditors. However, the United States Trustee believes, as discussed herein, that the appointment of a chapter 11 trustee would better serve the interests of all creditors, would more efficiently locate and liquidate assets to all creditors, and is the best remedy under the circumstances.

/ / /

## APPOINTMENT OF A CHAPTER 11 TRUSTEE IS THE
## APPROPRIATE REMEDY

11 U.S.C. § 1112(b)(1) states: "Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate."

Vago claims that pre-petition, Leslie Klein ("Debtor") had Vago invest her inheritance in life insurance policies.  Debtor is a licensed attorney, who scheduled three similar life insurance policies in his amended schedules.  At the 341 meeting of creditors, Debtor described how the estate has a $1,000,000 interest in a $5,000,000 life insurance policy of another.  Upon death of the person, Klein would receive $1,000,000; the family of the deceased $500,000; and the "investors" $3,500,000.  These investors would pay the insurance premiums related to the policies.  Some of the investors included Debtor and Debtor's family members. As described in the Vago motion, she wired to Debtor's client trust account over $12.4 million for the investment and delivered to Debtor another $6.5 million to be sent to charities of Vago's choice.  According to the motion, the Vago funds were to be invested the life insurance policy on Ann Radow.  Ultimately, as described in the motion, a judgment was entered, on September 15, 2022, which included findings of concealment, financial elder abuse, and breach of fiduciary duty.  That judgment is on appeal.  As noted in the motion, "Debtor stymied their further efforts to locate additional assets or seize those assets."  As it relates to the remedy sought by this motion, this pre-petition conduct both with the investment, the state court trial, and the post-judgment action, suggests that a chapter 11 trustee is the best remedy – since all Debtor's assets are property of the estate, which a trustee would have tools available under the Bankruptcy Code to recover for the benefit of all creditors.  Dismissal would divest this Court of jurisdiction over these assets and may increase the likelihood that these assets could be concealed or dissipated, even during the short time period before a receiver could be appointed by a state court judge.

The appointment of a chapter 11 trustee allows this creditor to achieve its goals,

1  without limiting other creditors, known and unknown, to partake in the recovery of assets.  Vago

2  states that they want to have a third party, not yet appointed, to "unravel his web of financial

3  chicanery more quickly and efficiently than even a chapter 11 trustee"; to "enjoin foreclosure of

4  Debtor's assets"; to liquidate assets; to promptly dispose of the appeal; and to allow it to complete a

5  judgment creditor examination.  As the case is currently under the jurisdiction of the bankruptcy

6  court and cause has been shown, the appointment of a chapter 11 trustee accomplishes all of those

7  goals, plus benefits all of the creditors.  Furthermore, the Bankruptcy Code permits a trustee to

8  employ special counsel under 11 U.S.C. § 327(e), to assist in these efforts.

9          In this bankruptcy case, Vago has noted that Debtor's February 2023 monthly operating

10  report ("MOR") had a negative balance as supporting that Debtor did not have sufficient income to

11  support a chapter 11 reorganization and that the case was filed in bad faith.  That February MOR

12  showed that the month ending cash balance was negative $72.  However, based upon the March

13  MOR, filed on April 26, 2023 (Doc 91)[1] and the amended Schedule A/B, filed on March 31, 2023

14  (Doc 62), the need to discover the whereabouts of all estate assets would mitigate in favor of

15  appointing a chapter 11 trustee.  Debtor's amended Schedule A/B disclosed that Debtor has two

16  financial accounts: the Bank of America account ending in 9401 (a redacted copy of the bank

17  statement for that account was attached to the February MOR), with a $4,000.00 Schedule A/B

18  value, and the newly disclosed Morgan Stanley stock account, with an $11,190.00 disclosed

19  Schedule A/B value.[2] For the most part, the post-petition Bank of America bank statements attached

20  to the March MOR can be reconciled to the pre-petition Bank of America statement attached to the

21  February MOR.  There does not appear to be any balances of or information about the Morgan

22  Stanley account reported in the either the February or March MOR.  However, it appears that

23  Debtor prepetition bought over $1.2 million of United States Treasury bills, with a maturity date of

24

25  [1] A true copy of the March MOR is attached hereto as Exhibit 1.

26  [2] The initial schedules file on March 8, 2023, only disclosed the Bank of America account. A true
copy of amended Schedule A/B, filed on March 31, 2023, is attached hereto as Exhibit 2. A second
27  amended Schedule A/B was filed on April 10, 2023 (Doc 70).  It does not appear to modify the
March 31, 2023 Schedule A/B amendment.
28

1   March 28, 2023.[3]  The proceeds of the mature treasury bills were not reported in the March MOR.

2   In addition, Debtor provided a Morgan Stanley statement showing the sale of Treasury bills and a

3   net settlement amount on March 7, 2023, of $105,721.60.[4]  Those proceeds do not appear on the

4   March MOR and there does not appear to have been an order authorizing the sale of this estate

5   asset.

6                                         **<u>CONCLUSION</u>**

7          The United States Trustee concurs that cause has been shown and requests that directing the

8   appointment of a chapter 11 trustee is the most appropriate remedy under the circumstances.

9

10  DATED:  May 2, 2023                              PETER C. ANDERSON
                                                     UNITED STATES TRUSTEE
11

12                                                   ____/s/ Ron Maroko_____
                                                     By:    RON MAROKO
13                                                          Trial Attorney

14

15

16

17

18

19

20

21

22

23

24  [3] It appears that the Treasury bills were bought through a margin loan.  The status of the proceeds of
    the matured Treasury bills and the margin loan is not clear.  The Treasury bills were not reflected
25  on the Schedule A/B and the margin loan is not disclosed in the schedules either.  Debtor only
    disclosed a net number of the investment account.  A true copy of page 5 of 8 of Debtor's Morgan
26  Stanley statement for the period ending February 28, 2023, is attached hereto as Exhibit 3.

27
    [4] A true copy of the Debtor's Morgan Stanley transaction statement, with a settlement date of March
28  7, 2023 is attached hereto as Exhibit 4.

# DECLARATION OF RON MAROKO

DECLARATION OF RON MAROKO

# DECLARATION OF RON MAROKO

I, Ron Maroko, declare that:

1. I am employed as an attorney with the Office of the United States Trustee as a trial attorney. I am over the age of 18, have personal knowledge of the facts set forth herein and if called to testify thereon as a witness, would be competent to so testify.

2. True copies of the following documents, retrieved from lexis.com, are attached hereto and incorporated herein by reference. The Pacer header is reflected on each page.

Exhibit 1: March 2023 monthly operating report filed in debtor Leslie Klein's bankruptcy case (Doc 91), 2:23-bk-10990-SK.

Exhibit 2: Amended Schedules filed on 3/31/2023 in debtor Leslie Klein's bankruptcy case (Doc 62), 2:23-bk-10990-SK. I did not include the Statement of Affairs or proof of service filed with the amended Schedules.

3. Attached hereto and incorporated herein by reference are copies of debtor Leslie Klein's Morgan Stanley account 4-523, received from debtor's counsel's office on 3/30/2023. Exhibit 3 is page 5 of 8 of the Client Statement for the period 2/1/2023 through 2/28/2023. Exhibit 4 is transaction settlement report for 3/7/2023. I made the redactions on those documents.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 2nd day of May, 2023, at Los Angeles, California.

_/s/ Ron Maroko_____
Ron Maroko

# EXHIBIT "1"

EXHIBIT "1"

# UNITED STATES BANKRUPTCY COURT

## CENTRAL  DISTRICT OF  CALIFORNIA

## LOS ANGELES

| | | |
|---|---|---|
| In Re. Leslie Klein | § | Case No.  23-10990 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report                                Chapter 11

Reporting Period Ended: 03/31/2023          Petition Date: 02/22/2023

Months Pending: 1                            Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ○          Cash Basis ●

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Michael Jay Berger                           Michael Jay Berger
Signature of Responsible Party                  Printed Name of Responsible Party

04/26/2023
Date

                                                9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212
                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

| Debtor's Name  Leslie Klein | | Case No.  23-10990 |
|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $0 | |
| b.   Total receipts (net of transfers between accounts) | $14,400 | $14,400 |
| c.   Total disbursements (net of transfers between accounts) | $100 | $100 |
| d.   Cash balance end of month (a+b+c) | $14,300 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $100 | $100 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory     (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 | |
| d   Total current assets | $0 | |
| e.   Total assets | $0 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $0 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $0 | |
| k.   Prepetition secured debt | $0 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $0 | |
| n.   Total liabilities (debt) (j+k+l+m) | $0 | |
| o.   Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                                                Case No.  23-10990

| Part 5:  Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Michael Jay Berger | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                                                 Case No.  23-10990

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxvii | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name Leslie Klein                                    Case No. 23-10990

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

-010-

Debtor's Name  Leslie Klein                                                                Case No.  23-10990

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                        Case No.  23-10990

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                                                 Case No.  23-10990

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | $0 | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ○   No ○   N/A ◉

i. Do you have:    Worker's compensation insurance?   Yes ○   No ◉

   If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

   Casualty/property insurance?   Yes ◉   No ○

   If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

   General liability insurance?   Yes ○   No ◉

   If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                                        Case No. 23-10990

| | **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $14,400 |
| d. | Total income in the reporting period (a+b+c) | $14,400 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $100 |
| i. | Total expenses in the reporting period (e+f+g+h) | $100 |
| j. | Difference between total income and total expenses (d-i) | $14,300 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Leslie Klein                                          Leslie Klein
_____                    _____
Signature of Responsible Party                   Printed Name of Responsible Party

Debtor                                                      04/26/2023
_____                    _____
Title                                                          Date

UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                          Case No.  23-10990



UST Form 11-MOR (12/01/2021)

Debtor's Name  Leslie Klein                                                Case No.  23-10990

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Leslie Klein                                          Case No.  23-10990



PageThree



PageFour

UST Form 11-MOR (12/01/2021)



## BANK OF AMERICA 

Switch to paperless at bankofamerica.com

P.O. Box 15284
Wilmington, DE 19850

AH 0424 0   526 854      07138 #@01 AV 0.471

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES, CA 90004-1042

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

*General*

# Your Adv Plus Banking

for March 15, 2023 to April 11, 2023

**LESLIE KLEIN**

Account number: ●●●● ●●●● 8530

## Account summary

| | |
|---|---|
| Beginning balance on March 15, 2023 | $2,269.81 |
| Deposits and other additions | 9,860.00 |
| Withdrawals and other subtractions | -5,000.00 |
| Checks | -100.00 |
| Service fees | -0.00 |
| **Ending balance on April 11, 2023** | **$7,029.81** |

---

## How can we help?

Get the help you need with the search bar in the Mobile Banking app.
Made smarter with Erica.[1]

## Try the feature in our app

Or visit us at bofa.com/MobileBanking to download the app today.

[1] The mobile feature, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply. Your chat may be recorded and monitored for quality assurance.



SSM-11-22-0392A | 5197438

---

PULL: B  CYCLE: 7  SPEC: O  DELIVERY: P  TYPE:    IMAGE: A  BC: CA1

LESLIE KLEIN  |  Account # ████████530  |  March 15, 2023 to April 11, 2023

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

 Bank of America, N.A. Member FDIC and     **Equal Housing Lender**



# BANK OF AMERICA

**LESLIE KLEIN** | Account # ████████ 8530 | **March 15, 2023 to April 11, 2023**

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 03/30/23 | Agent Assisted transfer from CHK 9404 Confirmation// m21mu05ew | | 3,000.00 |
| 04/03/23 | SSA TREAS 310 DES:XXSOC SEC ID:XXXXXXXXXA SSA INDN:LESLIE KLEIN | CO | 6,860.00 |
| | ID:9101036669 PPD | | |

**Total deposits and other additions**      **$9,860.00**

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 03/30/23 | Agent Assisted transfer to CHK 8543 Confirmation// 5z9y5klwu | -1,000.00 |
| 03/30/23 | Agent Assisted transfer to CHK 8572 Confirmation# 1aa1aojfh | -2,000.00 |
| 03/30/23 | Agent Assisted transfer to CHK 8608 Confirmation# 138eru27d | -2,000.00 |

**Total withdrawals and other subtractions**      **-$5,000.00**

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 03/30/23 | 104 | -100.00 |

**Total checks**      **-$100.00**
**Total # of checks**      1

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



# Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.     SSM-08-22-0187 A | 4956677

This page intentionally left blank

*P JINSFTA*
*3/31/2023*

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES, CA 90004-1042

▯ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Adv Plus Banking

for March 17, 2023 to April 13, 2023

**LESLIE KLEIN**

Account number: ▮▮▮▮ 8543

## Account summary

| | |
|---|---|
| Beginning balance on March 17, 2023 | $2,269.75 |
| Deposits and other additions | 1,000.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 13, 2023** | **$3,269.75** |

## How can we help?

Get the help you need with the search bar in the Mobile Banking app.
Made smarter with Erica®[1]

## Try the feature in our app

Or visit us at bofa.com/MobileBanking to download the app today.



[1] The mobile feature, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select IOS and Android devices. Message and data rates may apply. Your chat may be recorded and monitored for quality assurance. SSM-11-22-0392.E | 5197438

**BANK OF AMERICA** 🇺🇸

LESLIE KLEIN  |  Account ▇▇▇▇ 8543  |  March 17, 2023 to April 13, 2023

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 03/30/23 | Agent Assisted transfer from CHK 8530 Confirmation# 5z9y5klwu | 1,000.00 |
| **Total deposits and other additions** | | **$1,000.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## 🔒 Important information about a trending payment scam

- We will **never** call and ask you to send money using Zelle® to yourself or anyone else.
- We will **never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.                SSM-08-22-0187.B | 4956677

This page intentionally left blank

*MY LAND*

*3/31/2023*

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

### Customer service information

📞 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES, CA  90004-1042

## Your Adv Plus Banking

for March 3, 2023 to March 23, 2023

**LESLIE KLEIN**

Account number: ██████ 8572

## Account summary

| | |
|---|---|
| Beginning balance on March 3, 2023 | $0.00 |
| Deposits and other additions | 2,269.75 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 23, 2023** | **$2,269.75** |

*DEPOSIT 3/30      2000*

*4269.75*

*MARCH 31*



## New! Scan & pay an easier way

Securely pay people in a snap when you scan their unique
**Zelle® QR code** without manually entering contact information.

**Download the app and start sending money today.**

Rick Coswell

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.
[2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2811.B | 4336404

PHIL:B CYCLE-14  SPEC-0  DELIVERY-P  TYPE-  IMAGE-A  BC-CAB

-025-

# BANK OF AMERICA

LESLIE KLEIN | Account ██████ 0 8572 | March 3, 2023 to March 23, 2023

**Monthly maintenance fees for your Bank of America Advantage Plus Banking® account will now post on a later date.**

We are changing the day the monthly fee is posted to your account due to recent system updates. For statement cycles starting on or after December 1, 2022, if the requirements to avoid the monthly fee during a statement cycle are not met, the fee will now be posted on the first business day of the following monthly statement cycle.

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/23 | Agent Assisted transfer from CHK 9401 Confirmation# 1687120795 | 2,269.75 |
| **Total deposits and other additions** | | **$2,269.75** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## How can we help?

Get the help you need with the search bar in the Mobile Banking app.
Made smarter with Erica®!

## Try the feature in our app

Or visit us at bofa.com/MobileBanking to download the app today.

¹ The mobile feature, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply. Your chat may be recorded and monitored for quality assurance.     SSM-11-22-0392.E | 5197438

This page intentionally left blank

This page intentionally left blank

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.800.432.1000

   En Español: 1.800.688.6086

💻 bankofamerica.com

✉️ Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES, CA  90004-1042

*Martel*

## Your Adv Plus Banking

for March 3, 2023 to March 8, 2023

**LESLIE KLEIN**

Account number: ▓▓▓▓▓ 8608

## Account summary

| | |
|---|---|
| Beginning balance on March 3, 2023 | $0.00 |
| Deposits and other additions | 2,269.75 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on March 8, 2023** | **$2,269.75** |



## New! Scan & pay an easier way

Securely pay people in a snap when you scan their unique
**Zelle®** QR code without manually entering contact information.

**Download the app and start sending money today.**

[1] Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[2] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2811.B / 4336404

-029-



# BANK OF AMERICA

**LESLIE KLEIN** | Account ████████8608 | **March 3, 2023 to March 8, 2023**

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/23 | Agent Assisted transfer from CHK 9401 Confirmation# 2987122942 | 2,269.75 |
| **Total deposits and other additions** | | **$2,269.75** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030A | 5197654




*MHR AL*
*3/31/2023*



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

🖳 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES, CA  90004-1042

## Your Adv Plus Banking

for March 9, 2023 to April 5, 2023

**LESLIE KLEIN**

Account number: ⬛⬛⬛⬛8608

## Account summary

| | |
|---|---|
| Beginning balance on March 9, 2023 | $2,269.75 |
| Deposits and other additions | 3,500.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 5, 2023** | **$5,769.75** |

## How can we help?

Get the help you need with the search bar in the Mobile Banking app.
Made smarter with Erica®.[1]

### Try the feature in our app

Or visit us at bofa.com/MobileBanking to download the app today.

[1] The mobile feature, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply. Your chat may be recorded and monitored for quality assurance. SSM-11-22-0392.E | 5197438



PULL: B  CYCLE: 3  SPEC: 0  DELIVERY: P  TYPE:    IMAGE: A  BC: CA1

# BANK OF AMERICA

**LESLIE KLEIN**  |  Account ⬛⬛⬛⬛⬛ 8608  |  March 9, 2023 to April 5, 2023

**Monthly maintenance fees for your Bank of America Advantage Plus Banking® account will now post on a later date.**

We are changing the day the monthly fee is posted to your account due to recent system updates. For statement cycles starting on or after December 1, 2022, if the requirements to avoid the monthly fee during a statement cycle are not met, the fee will now be posted on the first business day of the following monthly statement cycle.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/30/23 | Agent Assisted transfer from CHK 8530 Confirmation# 138eru27d | 2,000.00 |
| 03/30/23 | Agent Assisted transfer from CHK 9404 Confirmation# an4chnca7 | 1,500.00 |
| **Total deposits and other additions** | | **$3,500.00** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.

- **We will never** contact you via phone or text to ask for a security code.

- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-08-22-0187.B | 4956677

LESLIE KLEIN   |   Account # 8608   |   March 9, 2023 to April 5, 2023

This page intentionally left blank

# EXHIBIT "2"

EXHIBIT "2"

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**michael.berger@bankruptcypower.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>          **Leslie Klein**<br><br><br><br><br><br>                                          Debtor(s) | CASE NO.: **2:23-bk-10990-SK**<br><br>CHAPTER: **11**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B         ☐ Schedule C         ☐ Schedule D         ☐ Schedule E/F         ☐ Schedule G

☐ Schedule H         ☐ Schedule I         ☐ Schedule J         ☐ Schedule J-2         ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)         ☐ Statement of Intentions         ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:   3/29/2023                    _Leslie Klein_ (signature)

                                     **Leslie Klein**
                                     Debtor 1 Signature

                                     _____
                                     Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Leslie Klein** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-10990-SK** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

| | | |
|---|---|---|
| **322 N. June Street** | | |
| Street address, if available, or other description | | |

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| | | |
|---|---|---|
| **Los Angeles** | **CA** | **90004-0000** |
| City | State | ZIP Code |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,900,000.00** | **$2,450,000.00** |

**Who has an interest in the property?** Check one

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**50% is held in by Debtor and 50% held by his Erika's irrevocable marital deduction trust**

| | |
|---|---|
| **Los Angeles** | |
| County | |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor's principal residence; paid in full. The property is held in the marital deduction trust. The Debtor's current spouse, Barbara Klein, has a life estate interest in the residence.**

Debtor 1    Leslie Klein                                                    Case number *(if known)*    2:23-bk-10990-SK

**If you own or have more than one, list here:**

1.2

315 N. Martel Avenue
_____
Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| ☐ Duplex or multi-unit building | |
| ☐ Condominium or cooperative | |

Los Angeles        CA      90036-0000
_____
City              State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**   **Current value of the portion you own?**
$2,500,000.00            $2,500,000.00

**Who has an interest in the property?** Check one

Los Angeles
_____
County

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property.  Debtor collects $5,500/month.**

---

**If you own or have more than one, list here:**

1.3

143 S. Highland Drive
_____
Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ■ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| ☐ Duplex or multi-unit building | |
| ☐ Condominium or cooperative | |

Los Angeles        CA      90036-0000
_____
City              State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**   **Current value of the portion you own?**
$2,200,000.00            $2,200,000.00

**Who has an interest in the property?** Check one

Los Angeles
_____
County

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property. Debtor collects $4,000 per month in rental income.**

Debtor 1    Leslie Klein                                                                              Case number (if known)    2:23-bk-10990-SK

**If you own or have more than one, list here:**

1.4

**161 N. Poinsettia Place**

Street address, if available, or other description

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Los Angeles**    **CA**    **90036-0000**

City    State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,000,000.00** | **$2,000,000.00** |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Los Angeles**

County

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property. Debtor collects $3,000 per month rental income.**

---

**If you own or have more than one, list here:**

1.5

**2560-B Whitewater Club Drive**

Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Palm Springs**    **CA**    **92262-0000**

City    State    ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350,000.00** | **$350,000.00** |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Riverside**

County

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

**A condo with 2 bedrooms and 2 bathrooms; vacation home.**

---

Official Form 106A/B                          Schedule A/B: Property                          page 3

-037-

**If you own or have more than one, list here:**

1.6

**3752 Ocean Drive**

Street address, if available, or other description

| What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put |
|---|---|
| ■ Single-family home | the amount of any secured claims on *Schedule D:* |
| ☐ Duplex or multi-unit building | *Creditors Who Have Claims Secured by Property.* |
| ☐ Condominium or cooperative | |

**Oxnard        CA      93035-0000**

City            State      ZIP Code

| ☐ Manufactured or mobile home | |
|---|---|
| ☐ Land | Current value of the | Current value of the |
| ☐ Investment property | entire property? | portion you own? |
| ☐ Timeshare | **$2,400,000.00** | **$2,400,000.00** |
| ☐ Other | |

**Describe the nature of your ownership interest**
**(such as fee simple, tenancy by the entireties, or**
**a life estate), if known.**

**Who has an interest in the property?** Check one

■ Debtor 1 only
**100%**

**Ventura**

County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐  **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local
property identification number:

**Single family home; vacation home.**

---

**If you own or have more than one, list here:**

1.7

**Leonardo Plaza Hotel Jerusalem**
**Suite 1323**

Street address, if available, or other description

| What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put |
|---|---|
| ☐ Single-family home | the amount of any secured claims on *Schedule D:* |
| ☐ Duplex or multi-unit building | *Creditors Who Have Claims Secured by Property.* |
| ☐ Condominium or cooperative | |

**Jerusalem**

City            State      ZIP Code

| ☐ Manufactured or mobile home | |
|---|---|
| ☐ Land | Current value of the | Current value of the |
| ■ Investment property | entire property? | portion you own? |
| ☐ Timeshare | **$450,000.00** | **$225,000.00** |
| ☐ Other    **Unit in a hotel** | |

**Describe the nature of your ownership interest**
**(such as fee simple, tenancy by the entireties, or**
**a life estate), if known.**

**Who has an interest in the property?** Check one

**50% by Debtor and 50% by deceased**
**wife's irrevocable trust**

■ Debtor 1 only

**Israel**

County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐  **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local
property identification number:

**Debtor owns a unit in the Leanoardo Plaza Hotel. Vacation home.**

---

Debtor 1    Leslie Klein                                     Case number (if known)    2:23-bk-10990-SK

**If you own or have more than one, list here:**

1.8

Dan Boutique Hotel Jerusalem
Suite 505

Street address, if available, or other description

Jerusalem

City                  State        ZIP Code

Israel

County

| What is the property? Check all that apply | |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☑ | Other    Unit in a hotel |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $100,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

50% by Debtor and 50% by deceased spouse's irrevocable trust

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Debtor owns a unit in the Leanoardo Plaza Hotel. Vacation home.

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>

$12,225,000.00

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

3.1    Make:    **Lexus**
Model:    **LS500**
Year:    **2021**
Approximate mileage:    **n/a**
Other information:

Leased vehicle. Monthly payment is $1,319.00.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

3.2    Make:    **Lexus**
Model:    **LS**
Year:    **2021**
Approximate mileage:    **n/a**
Other information:

Leased vehicle. Debtor's spouse drives this vehicle. Monthly payment is $500.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

Official Form 106A/B                    Schedule A/B: Property                    page 5

| Debtor 1 | **Leslie Klein** | | | Case number *(if known)* | **2:23-bk-10990-SK** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

| 5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=> | **$0.00** |

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Debtor's residence: Debtor's residence: Couches, coffee tables, dining room table with chairs, mattresses with bedframes, wall mirrors, desk with chairs, lamps, rugs, dressers, kitchen table, patio furniture,  cabinets, refrigerators, and other household goods and furnishings | $8,000.00 |
| 2560-B Whitewater Club Drive, Palm Spring vacation home: living room sofa, table, chairs, dining room table and chairs, TV, phone, kitchen appliances, china, beds and side tables, mirrors, paintings, and miscellaneous household goods and furnishings. | $5,000.00 |
| 3752 Ocean Drive, Oxnard CA vacation home: living room sofa, table, chairs, dining room table and chairs, TV, phone, kitchen appliances, china, beds and side tables, mirrors, paintings, and miscellaneous household goods and furnishings. | $5,000.00 |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| TVs, phones, computers | $3,000.00 |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| Books and art objects | $4,000.00 |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

Official Form 106A/B                     Schedule A/B: Property                                         page 6

Debtor 1    **Leslie Klein**    Case number *(if known)*    **2:23-bk-10990-SK**

| | |
|---|---:|
| Sports and Hoby equipment | $2,000.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| Debtor's residence: Clothes and shoes | $2,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| Debtor's residence: Furs, diamond ring, gold necklace, diamond earrings,  gold rings and costume jewelry | $20,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................

| |
|---:|
| $49,000.00 |

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes......................    Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account ending in 9401 | Bank of America | $4,000.00 |
| 17.2. | Stock account ending in 4523 | Morgan Stanley | $11,190.00 |

Official Form 106A/B    Schedule A/B: Property    page 7

-041-

| Debtor 1 | Leslie Klein | | Case number (if known) | 2:23-bk-10990-SK |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Debtor has a 100% ownership interest in Bay Area Development, Co.   Bay Area Development, Co. filed  a chapter 11 bankruptcy petition on 9/12/2022, Case No.: 2:22-bk-15031-SK.  On December 6, 2022, Bay Area entered into a stipulation with its secured creditor Scott Capital Management Fund 1, LLC and OUST to dismiss the case.  The order dismissing the case with a 180 day bar (due to pending RFS motion) was entered on 12/6/2022.  The real property owned by Bay Area Development, Co. went into foreclosure.  The company currently does not own any assets. | 100%    % | $0.00 |
| Debtor has a membership interest in Life Capital Group, LLC, which is an investment company. The LLC buys insurance policies on other people's lives and upon passing, the LLC collects the funds and makes a distribution to its members. | 5% membership interest    % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
    Type of account:    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No

Official Form 106A/B    Schedule A/B: Property    page 8

Debtor 1    **Leslie Klein**                                                    Case number *(if known)*    **2:23-bk-10990-SK**

■ Yes.  Give specific information about them...

| | |
|---|---|
| **Klein Living Trust dated April 8, 1990. The Settlors of the Trust are Leslie Klein and Erika Noemi Klein, husband and wife. Erika Klein passed away several years ago, and pursuant to the trust provision,Erika Klein's interest in the assets is now in an irrevocable trust ("Marital Deduction Trust").  The assets of the trust are listed on Schedule A/B, item #1 for each property that is part of the Trust.** | $0.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| **Isaac Kirzner. Debtor entered into an agreement with Isaac Kirzner whereby he paid the insurance premiums for Mr. Kirzner, and upon Mr. Kirzner's passing, the Debtor would receive $1 Million. The current Trustee is Sol Majer.** | $1,000,000.00 |
| **Judith Bittman.  Debtor entered into an agreement with Judith Bittman whereby he paid the insurance premiums for Ms. Bittmanm  and upon Ms. Bittman's passing, the Debtor would receive $1 Million. The current Trustee is Sol Majer.** | $1,000,000.00 |
| **Debtor intends to file a complaint against Frank Menlo for unpaid trustee fees in the amount of $3,000,000.00 - $4,000,000.00. Debtor is unlikely to collect due to the ongoing litigation with Mr. Menlo.** | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No

Official Form 106A/B                        Schedule A/B: Property                        page 9

Debtor 1    **Leslie Klein**                                    Case number *(if known)*    **2:23-bk-10990-SK**

☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| **$2,015,190.00** |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| **$0.00** |
|---|

Official Form 106A/B                    Schedule A/B: Property                    page 10

Debtor 1    **Leslie Klein**                                          Case number *(if known)*    **2:23-bk-10990-SK**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** .................................................................................................            **$12,225,000.00**

56.  **Part 2: Total vehicles, line 5**                                                    **$0.00**

57.  **Part 3: Total personal and household items, line 15**                    **$49,000.00**

58.  **Part 4: Total financial assets, line 36**                                 **$2,015,190.00**

59.  **Part 5: Total business-related property, line 45**                         **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**                **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +               **$0.00**

62.  **Total personal property.** Add lines 56 through 61...          **$2,064,190.00**      Copy personal property total        **$2,064,190.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                                              **$14,289,190.00**

Official Form 106A/B                              Schedule A/B: Property                                        page 11

-045-

EXHIBIT "3"

EXHIBIT "3"

# Morgan Stanley

PRIVATE WEALTH MANAGEMENT

Page 5 of 8

## Account Detail | For the Period February 1-28, 2023

Active Assets Account  4-523

LESLIE KLEIN

Brokerage Account

CLIENT STATEMENT

### HOLDINGS

**Investment Objectives (in order of priority):** Speculation, Capital Appreciation, Aggressive Income, Income
Inform us if your investment objectives, as defined in the Expanded Disclosures, change.

This section reflects positions purchased/sold on a trade date basis. "Market Value" and "Unrealized Gain/(loss)" may not reflect the value that could be obtained in the market. Your actual investment return may differ from the unrealized gain/(loss) displayed. Fixed income securities are sorted by maturity or pre-refunding date, and alphabetically within date. Estimated Annual Income a) is calculated on a pre-tax basis, b) does not include any reduction for applicable non-US withholding taxes, c) may include return of principal or capital gains which could overstate such estimates, and d) for holdings that have a defined maturity date within the next 12 months, is reflected only through maturity date. Actual Income or yield may be lower or higher than the estimates. Current Yield reflects the income generated by an investment, and is calculated by dividing the total estimated annual income by the current market value of the entire position. It does not reflect changes in its price. Structured Investments, identified on the Position Description Details line as "Asset Class: Struct Inv," may appear in various statement product categories. When displayed, the accrued interest, annual income and current yield for those with a contingent income feature (e.g., Range Accrual Notes or Contingent Income Notes) are estimates and assume specified accrual conditions are met during the relevant period and payment in full of all contingent interest. For Floating Rate Securities, the accrued interest, annual income and current yield are estimates based on the current floating coupon rate and may not reflect historic rates within the accrual period. For more information on how we price securities, go to www.morganstanley.com/wealth/disclosures/disclosures.asp.

### CASH, BANK DEPOSIT PROGRAM AND MONEY MARKET FUNDS

Cash, Bank Deposit Program, and Money Market Funds are generally displayed on a settlement date basis. You have the right to instruct us to liquidate your bank deposit balance(s) or shares of any money market fund balance(s) at any time and have the proceeds of such liquidation remitted to you. Estimated Annual Income, Accrued Interest, and APY% will only be displayed for fully settled positions.

| Description | Percentage of Holdings | Market Value | 7-Day Current Yield % | Est Ann Income | APY % |
|---|---|---|---|---|---|
| **CASH, BDP, AND MMFs** | | | | | |
| MARGIN LOAN | N/A | $1,212,359.40) | | — | |
| | | $(1,212,359.40) | | | |
| Total Cash, BDP, MMFs | | $0.00 | | | |
| Total Cash, BDP, MMFs (Debit) | | $(1,212,359.40) | | | |

### GOVERNMENT SECURITIES

#### TREASURY SECURITIES

| Security Description | Trade Date | Face Value | Orig Unit Cost / Adj Unit Cost | Unit Price | Market Value | Orig Total Cost / Adj Total Cost | Unrealized Gain/(Loss) | Est Ann Income / Accrued Interest | Current Yield % |
|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY BILL Zero Coupon, Matures 03/28/2023, CUSIP 912796F26 Issued 11/29/22, 1227700 Held On Margin, Asset Class: FI & Pref | 1/25/23 | 1,227,700.000 | $99.250 $99.250 | $99.662 | $1,223,549.61 | $1,218,489.60 $1,218,489.60 | $5,060.01 ST | — | — |

-046-



# EXHIBIT "4"

# EXHIBIT "4"

# Morgan Stanley



0001006 01 AB   0.504 01  TR 00006 MSCNPYA2

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES CA 90004-1042

**Your Account Number:** ▮▮▮▮-523
Account Type - Margin, Active Assets

**Your Financial Advisor**
ESW GROUP

**Your Branch**
444 SOUTH FLOWER ST, 34TH FL
LOS ANGELES, CA 90071
Telephone: (213) 486-8811



*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page.*

| Trade Date | Settlement Date | Quantity | Price | | Settlement Amount |
|---|---|---|---|---|---|
| 03/06/2023 | 03/07/2023 | 106,000 | $99.737354 | Principal | $105,721.60 |
| **Transaction Type: Sold** | | | | Net Amount | $105,721.60 |

**Description: UNITED STATES TREASURY BILL**
MATURES 03/28/2023 ZERO COUPON
ISSUE DATE 11/29/2022
Symbol / CUSIP / ISIN: - / 912796Z85 / -
Exchange / Execution Code: 8 / G

Yield to maturity (bond equivalent yield)   4.577%
Unsolicited trade

Morgan Stanley Smith Barney LLC. Member SIPC. The transaction(s) may have been executed with Morgan Stanley & Co. LLC, an
affiliate, which may receive compensation for any such services.

Page 1 of 2

001006 MSCNPYA2 001443

## CONDITIONS AND DISCLOSURES

### CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

| | |
|---|---|
| 1 | New York Stock Exchange |
| 3 | NASDAQ OMX PHLX |
| 4 | Chicago Stock Exchange |
| 5 | NYSE MKT LLC |
| 6 | Other Markets |
| 7 | Over the Counter |
| 8 | Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC. |

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6:    As agent for another we have sold to you or bought from you

7, C, E, G, N, OR S:  As principal we sold to you or bought from you for our own account

8 OR U:  Prospectus/Official Statement
A, B, C, X, Y, OR Z:  Primary and Secondary Unit Trust or listed and OTC when issued Securities
K:    Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**

| | |
|---|---|
| ELTR | Estimated Long Term Return |
| CR | Current Return |
| PV | Par Value |

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

### CHARGES AND FEES

**CHARGE:** Represents the markup/down from the wholesaler's or dealer's price.

**FSCF:** Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction.

**SUPPLEMENTAL TRANSACTION FEE:** Represents fee to offset additional expenses associated with processing certain transactions.

**PROCESSING FEE:** Represents processing charges for certain executed orders.

**CDSC:** Represents Contingent Deferred Sales Charge.

**DSC:** Represents Deferred Sales Charge.

### BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is generally required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC may be required to withhold taxes from the proceeds of sales at the current withholding rate.

### GROSS PROCEEDS

If the transaction being confirmed is a sale or redemption, this information may be furnished to the Internal Revenue Service.

### SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to demonstrate its authenticity. It is a unique security mark – a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

### CONDITIONS

**IT IS AGREED THAT**

All transactions are subject to the constitution, rules, regulations, by-laws, interpretations, customs and usages of, the Financial Industry Regulatory Authority, the various applicable exchanges, markets or clearing houses and all U.S. and non-U.S. governmental and self-regulatory organizations statutes, rules and regulations as currently in effect or as they may be hereinafter amended, revised or supplemented, including those of the Securities and Exchange Commission and the Federal Reserve Board.

Payment for securities purchased and delivery of securities sold must be received by Morgan Stanley Smith Barney LLC no later than the date of settlement (the "Settlement Date") indicated on the reverse side hereof. Payments and deliveries not received by Settlement Date may be subject to late fees, liquidation or close-out of the transaction and you will be liable for all costs, fees, expenses, liabilities, obligations, losses, claims, and damages, incurred by Morgan Stanley Smith Barney LLC or asserted against Morgan Stanley Smith Barney LLC by any third party, arising directly or indirectly from your failure to make payment or delivery by the Settlement Date.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

You must own all securities sold "long," and such securities must either be (i) on deposit in your account(s) or (ii) delivered to Morgan Stanley Smith Barney LLC by the Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon your written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon your written request.

Debt securities may be redeemed in whole or in part before maturity and such redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within three days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisor Rule; Disclosures for Municipal Entities and Obligated Persons: Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule). If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for our own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

# Morgan Stanley

#MS925 (10/17)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): LIMITED OPPOSITION TO JUDGEMENT CREDITOR VAGO'S MOTION TO DISMISS; DECLARATION IN SUPPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____5/2/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
Michael Jay Berger  (**Debtor's counsel**)   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
Theron S Covey    tcovey@raslg.com, sferry@raslg.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
Michael Jones    michael.jones4@usdoj.gov
Ron Maroko    ron.maroko@usdoj.gov
Krikor J Meshefejian    kjm@lnbyg.com
Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
Mark M Sharf (TR)    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
Alan G Tippie    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
Gary Tokumori    gtokumori@pmcos.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Michael L Wachtell    mwachtell@buchalter.com
John P. Ward    jward@attleseystorm.com, ezhang@attleseystorm.com
Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
Paul P Young    paul@cym.law, jaclyn@cym.law
Roye Zur    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

___    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
**None**

___    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge's copy temporarily suspended under General Order 20-02, as updated by General Order 23-01**

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/2/2023 | Ron Maroko | /s/ Ron Maroko |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**