**SHUMAKER MALLORY LLP**
Clarisse Young Shumaker (SBN 106505)
youngshumaker@smcounsel.com
Brett J. Wasserman (SBN 315058)
wasserman@smcounsel.com
280 S. Beverly Dr. Suite 505
Beverly Hills, CA 90212
**Mailing Address**
1 Ringbit Rd. W.
Rolling Hills, CA 90274
Telephone: (213) 793-2020
Facsimile: (213) 674-4268

Attorneys for Creditor ADI VENDRIGER

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>        Debtor and Debtor in Possession. | Case No. 2:23-bk-10990-SK<br><br>**RESPONSE TO MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE**<br><br>Date: May 17, 2023<br>Time: 9:00 am<br>Place: Courtroom 1575<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THIS COURT AND ALL PARTIES INTERSETED:**

**PLEASE TAKE NOTICE THAT:** Adi Vendriger, Co-Trustee and beneficiary of Creditor The First Amendment Trust Wendriger Family Dated May 7, 1990 believes that it would be in the best interest of the estate and all creditors if a chapter 11 trustee were appointed in this matter, rather than a dismissal of the case, based on the following:

1. Debtor Leslie Klein ("Klein") chose to seek the protections of the bankruptcy Court. He now is under the scrutiny of the Federal Bankruptcy Court, the U.S. Trustee and creditors. Klein is now required to disclose information to all interested parties in a centralized

proceeding and is subject to federal court sanctions and penalties should he continue his prior pattern and practice of refusing to provide information to creditors and/or ignoring court orders;

2. From the allegations in the motion to dismiss, Klein simply refuses to follow Court orders. Dismissing this bankruptcy case would just allow him to continue to ignore Court orders from various different judges to the detriment of all creditors.

3. Moving Creditor Erica Vago ("Vago") asserts that as a secured creditor, she has a security interest in all assets of the estate that are not already subject to liens. This asserted security interest is based on Vago's recording of abstracts and filing a notice of judgment lien with the California Secretary of State. Vago asserts that there are no assets left for general unsecured creditors, hence there is no need for a bankruptcy proceeding. With all due respect to Vago, upon increased scrutiny of the recorded abstracts and filed notice of judgment lien, the same may be subject to being set aside as a preference.

4. If moving Creditor Vago were deemed a general unsecured creditor, there would be assets in the estate to support the efforts of a chapter 11 trustee and to provide a pro rata payment to general unsecured creditors.

For the foregoing reasons, Creditor Adi Vendriger requests that this Court deny Vago's motion to dismiss and consider the appointment of a chapter 11 trustee

Dated: May 3, 2023                     SHUMAKER MALLORY, LLP

By: _____
CLARISSE YOUNG SHUMAKER
BRETT J. WASSERMAN
Attorneys for Creditor
ADI VENDRIGER, Co-Trustee

**RESPONSE TO MOTION FOR ORDER DISMISSING DEBTOR'S
CHAPTER 11 BANKRUPTCY CASE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1 Ringbit Rd. W., Rolling Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): RESPONSE TO MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/03/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   See attached.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/03/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Debtor
   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90001

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/03/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Honorable Sandra Klein
   United States Bankruptcy Court
   Edward R. Roybal Federal Building
   255 E. Temple Street, Suite 1582

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/03/2023 | Davida J. Goldman | *Davida J. Goldman* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

ATTACHMENT I

**Proof Of Service Of Document**
**In re LESLIE KLEIN Case No.: 2:23-bk-10990-SK**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (CONTINUED):**

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**    michael.jones4@usdoj.gov
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

2. **TO BE SERVED BY UNITED STATES MAIL (CONTINUED):**

| United States Trustee | Trustee |
|---|---|
| Ron Maroko | Mark M Sharf (TR) |
| 915 Wilshire Blvd., Ste. 1850 | 6080 Center Drive, Ste. 600 |
| Los Angeles, CA 90017 | Los Angeles, CA 90045 |

**RESPONSE TO MOTION FOR ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE**

**ATTACHMENT 1  May 3, 2023**