1 | MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
2 | 9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
3 | T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com
4 |
5 | *Proposed* Counsel for Debtor
Leslie Klein

6 | **UNITED STATES BANKRUPTCY COURT**

7 | **CENTRAL DISTRICT OF CALIFORNIA**

8 | **LOS ANGELES DIVISION**

9 | **In re**

10 | Case No.: 2:23-bk-10990-SK

Chapter 11

11 |

12 | **LESLIE KLEIN,**

**DEBTOR'S STATUS CONFERENCE REPORT NO.: 2; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**

13 |

14 | **Debtor.**

15 | Date:        May 17, 2023
Time:        9:00 A.M.
Courtroom: 1575
16 |               255 East Temple Street,
Los Angeles, CA 90012
17 |

18 | (Hearing to be held remotely via ZoomGov).

19 |

20 |

21 |

22 | **TO THE HONORABLE SANDRA R. KLEIN, JUDGE OF THE UNITED**

23 | **STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND**

24 | **TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

25 |        On behalf of Leslie Klein ("Debtor"), debtor and debtor-in-possession herein, the

26 | Law Offices of Michael Jay Berger ("Debtors' Counsel") hereby submits the following

27 | Status Conference Report No. 2 ("Status Report"), as follows:

28 | ///

///

## UPDATE SINCE THE APRIL 12, 2023 STATUS CONFERENCE HEARING:

On April 5, 2023, Creditor Frankin Menlo filed a Motion for Relief from Stay – Non-Bankruptcy Forum [docket no.: 65]. On April 19, 2023, Debtor filed his Opposition to Menlo's Motion for Relief from Stay [docket no.: 76]. On April 25, 2023, Franklin Menlo filed a Voluntary Dismissal of Motion for Relief from Stay – Non-Bankruptcy Forum [docket no.: 83].

On April 5, 2023, Debtor filed a Supplemental Declarations of Michael Jay Berger and Leslie Klein in Support of Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel [docket no.: 66, relating to Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel docket no.: 24].

On April 11, 2023, Creditors Joseph and Erica Vago filed their Notice of Motion and Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant to 11 U.S.C. § 522(q); Declaration of Erica Vago and Request for Judicial Notice in Support of Same [docket no.: 71] ("Motion to Disallow Homestead"). On May 3, 2023, Debtor filed his Opposition to the Motion to Disallow Homestead, concurrently with this Status Report. The hearing on the Motion to Disallow Homestead is scheduled for May 17, 2023 at 9:00 a.m., to be heard concurrently with this Status Conference.

On April 18, 2023, Debtor filed his Notice of Continued Status Conference and Continued Hearing on Debtors Application to Employ General Bankruptcy Counsel [docket no.: 75].

On April 24, 2023, Creditors Joseph and Erica Vago filed their Notice of Motion and Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case; Memorandum of Points and Authorities; Declaration of Eric Vago; and Request for Judicial Notice in Support of Same [docket no.: 79], and Declaration of Brian Procel in Support of Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case [docket no.: 80] (the "Vagos' Motion to Dismiss"). On May 2, 2023, the U.S. Trustee filed a Limited Opposition to the

Vagos' Motion to Dismiss [docket no.: 98]. On May 3, 2023, Debtor filed his Opposition to the Vagos' Motion to Dismiss, concurrently with this Status Report. The hearing on the Motion to Disallow Homestead is scheduled for May 17, 2023 at 9:00 a.m., to be heard concurrently with this Status Conference.

On April 25, 2023, Creditor Frankin Menlo filed a Second Motion for Relief from Stay – Non-Bankruptcy Forum [docket no.: 84]. On May 3, 2023, Debtor filed his Opposition to the Menlo Motion for Relief, concurrently with this Status Report. The hearing on the Menlo Motion for Relief is scheduled for May 17, 2023 at 8:30 a.m.

On April 26, 2023, Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee filed a Notice of Motion and Motion for Relief from the Automatic Stay with Supporting Declarations as to Debtor's Real Property located at 161 North Poinsettia Place, Los Angeles, CA 90036 [docket no.: 86]. On May 3, 2023, Debtor filed his Opposition to the Ajax Motion for Relief, concurrently with this Status Report. The hearing on the Ajax Motion for Relief is scheduled for May 17, 2023 at 8:30 a.m.

On April 26, 2023, Movant Life Capital Group, LLC filed a Motion for Relief from Stay – Non-Bankruptcy Forum regarding Debtor's 50% ownership interest in Life Capital Group, LLC [docket no.: 88]. On May 3, 2023, Debtor filed his Opposition to the Life Capital Group Motion for Relief, concurrently with this Status Report. The hearing on the Life Capital Group LLC Motion for Relief is scheduled for May 17, 2023 at 8:30 a.m.

On April 26, 2023, Movant Life Capital Group, LLC filed a Motion for an Order Authorizing and Directing Life Capital Group, LLC to Pay Funds to Chapter 11 Bankruptcy Estate; Memorandum of Points and Authorities; Declaration of Jonathan Polter in Support Thereof [docket no.: 90] ("Motion Directing Payment to Debtor"). On May 3, 2023, Debtor filed his Response to Life Capital Group LLC's Motion Directing Payment to Debtor, concurrently with this Status Report. The hearing on Life Capital

1    Group, LLC's Motion Directing Payment to Debtor is scheduled for May 17, 2023 at

2    9:00 a.m., to be heard concurrently with this Status Conference.

3

4                                          LAW OFFICES OF MICHAEL JAY BERGER

5

6

7    Dated: May 3, 2023            By:          /s/ Michael Jay Berger
                                                Michael Jay Berger
8                                               *Proposed* Counsel for Leslie Klein

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S STATUS CONFERENCE REPORT NO.: 2;
DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1.      I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      On April 5, 2023, Creditor Frankin Menlo filed a Motion for Relief from Stay – Non-Bankruptcy Forum [docket no.: 65]. On April 19, 2023, Debtor filed his Opposition to Menlo's Motion for Relief from Stay [docket no.: 76]. On April 25, 2023, Franklin Menlo filed a Voluntary Dismissal of Motion for Relief from Stay – Non-Bankruptcy Forum [docket no.: 83].

3.      On April 5, 2023, Debtor filed a Supplemental Declarations of Michael Jay Berger and Leslie Klein in Support of Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel [docket no.: 66, relating to Debtor's Application to Employ Michael Jay Berger as General Bankruptcy Counsel docket no.: 24].

4.      On April 11, 2023, Creditors Joseph and Erica Vago filed their Notice of Motion and Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant to 11 U.S.C. § 522(q); Declaration of Erica Vago and Request for Judicial Notice in Support of Same [docket no.: 71] ("Motion to Disallow Homestead"). On May 3, 2023, Debtor filed his Opposition to the Motion to Disallow Homestead, concurrently with this Status Report. The hearing on the Motion to Disallow Homestead is scheduled for May 17, 2023 at 9:00 a.m., to be heard concurrently with this Status Conference.

5.      On April 18, 2023, Debtor filed his Notice of Continued Status Conference and Continued Hearing on Debtors Application to Employ General Bankruptcy Counsel [docket no.: 75].

6.      On April 24, 2023, Creditors Joseph and Erica Vago filed their Notice of Motion and Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case;

1  Memorandum of Points and Authorities; Declaration of Eric Vago; and Request for
2  Judicial Notice in Support of Same [docket no.: 79], and Declaration of Brian Procel in
3  Support of Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case [docket
4  no.: 80] (the "Vagos' Motion to Dismiss"). On May 2, 2023, the U.S. Trustee filed a
5  Limited Opposition to the Vagos' Motion to Dismiss [docket no.: 98]. On May 3, 2023,
6  Debtor filed his Opposition to the Vagos' Motion to Dismiss, concurrently with this
7  Status Report. The hearing on the Motion to Disallow Homestead is scheduled for May
8  17, 2023 at 9:00 a.m., to be heard concurrently with this Status Conference.

9       7.    On April 25, 2023, Creditor Frankin Menlo filed a Second Motion for
10  Relief from Stay – Non-Bankruptcy Forum [docket no.: 84]. On May 3, 2023, Debtor
11  filed his Opposition to the Menlo Motion for Relief, concurrently with this Status Report.
12  The hearing on the Menlo Motion for Relief is scheduled for May 17, 2023 at 8:30 a.m.

13       8.    On April 26, 2023, Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-
14  Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture
15  Trustee filed a Notice of Motion and Motion for Relief from the Automatic Stay with
16  Supporting Declarations  as to Debtor's Real Property located at 161 North Poinsettia
17  Place, Los Angeles, CA 90036 [docket no.: 86]. On May 3, 2023, Debtor filed his
18  Opposition to the Ajax Motion for Relief, concurrently with this Status Report. The
19  hearing on the Ajax Motion for Relief is scheduled for May 17, 2023 at 8:30 a.m.

20       9.    On April 26, 2023, Movant Life Capital Group, LLC filed a Motion for
21  Relief from Stay – Non-Bankruptcy Forum regarding Debtor's 50% ownership interest in
22  Life Capital Group, LLC  [docket no.: 88]. On May 3, 2023, Debtor filed his Opposition
23  to the Life Capital Group Motion for Relief, concurrently with this Status Report. The
24  hearing on the Life Capital Group LLC Motion for Relief is scheduled for May 17, 2023
25  at 8:30 a.m.

26       10.    On April 26, 2023, Movant Life Capital Group, LLC filed a Motion for an
27  Order Authorizing and Directing Life Capital Group, LLC to Pay Funds to Chapter 11
28  Bankruptcy Estate; Memorandum of Points and Authorities; Declaration of Jonathan
Polter in Support Thereof [docket no.: 90] ("Motion Directing Payment to Debtor"). On

1  May 3, 2023, Debtor filed his Response to Life Capital Group LLC's Motion Directing
2  Payment to Debtor, concurrently with this Status Report. The hearing on Life Capital
3  Group, LLC's Motion Directing Payment to Debtor is scheduled for May 17, 2023 at
4  9:00 a.m., to be heard concurrently with this Status Conference.
5
6     I declare under penalty of perjury that the foregoing is true and correct and that this
7  declaration is executed on May 3, 2023, at Los Angeles, California.
8
9
10                    /s/ Michael Jay Berger
11                    Michael Jay Berger
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEBTOR'S STATUS CONFERENCE REPORT NO.: 2;
DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS CONFERENCE REPORT NO.: 2; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _5/3/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __5/3/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/3/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/3/2023 | Peter Garza | /s/Peter Garza |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Goe Forsythe & Hodges: Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
**Goe Forsythe & Hodges Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**Interested Party: Alan G Tippie**    Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**    ch11ecf@aldridgepite.com,
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund: Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
**Interested Party: Dane W Exnowski**    dane.exnowski@mccalla.com,
bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**U.S. Trustee: Michael Jones**    michael.jones4@usdoj.gov
**U.S. Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**Counsel for Ajax Mortgage: Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
**Subchapter V Trustee: Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Interested Party: Michael L Wachtell**    mwachtell@buchalter.com
**U.S. Bank: John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
**Interested Party: Paul P Young**    paul@cym.law, jaclyn@cym.law
**Counsel for First Amendment Wendriger Family Trust dated May 7, 1990: Clarisse Young**
youngshumaker@smcounsel.com, levern@smcounsel.com
Interested Party: **Roye Zur**    rzur@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

2. **SERVED BY UNITED STATES MAIL**:

U.S. Trustee
Attn: Ron Maroko, Esq.
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Subchapter V Trustee
Mark M. Sharf
6080 Center Drive #600
Los Angeles, CA 90045

**SECURED CREDITORS:**

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Toyota Motor Credit Corp.
PO Box 9013
Addison, TX 75001 (Address from POC)

Ericka and Joseph Vago
c/o Brian Procel
Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401 (Address from POC)

Ericka and Joseph Vago
124 N. Highland Ave
Sherman Oaks, CA 91423

Fay Servicing LLC
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

U.S. Bank
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

Fiore Racobs & Powers
c/o Palm Springs Country Club HOA
6820 Indiana Ave., Ste 140
Riverside, CA 92506

Gestetner Charitable Remainder Trust
c/o Andor Gestetner
1425 55th Street
Brooklyn, NY 11219

Los Angeles County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0027 (Address from POC)

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Wilmington Savings Fund Society
c/o Selene Finance LP
3501 Olympus Blvd., Ste. 500
Dallas, TX 75019 (Address from POC)

U.S. Bank Trust National Bank
c/o Fay Servicing LLC
PO Box 814609
Dallas, TX 75381 (Address from POC)

U.S. Bank N.A.
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261 (Address from POC)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

JP Morgan Mortgage Acquisition
c/o NewRez LLC dba Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 (Address from POC)

Ajax Mortgage Loan Trust
c/o Gregory Funding LLC
PO Box 230579
Tigard, OR 97281 (Address from POC)

## 20 LARGEST UNSECURED CREDITORS AND INTERESTED PARTIES:

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave Ste. 182
Valley Village, CA 91607

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
PO Box 673033
Dallas, TX 75267 (Address from POC)

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

California Bank & Trust
Po Box 711510
Santee, CA 92072

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Doe

143 S. Highland Drive
Los Angeles, CA 90036

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los Angeles, CA 90067

Robert & Esther Mermelstein
c/o Baruch C. Cohen, Esq.
4929 Wilshire Blvd., Ste 940
Los Angeles, CA 90010 (Address from POC)

Franklin Menlo, Trustee
c/o Paul P. Young & Chora Young & Manasserian
650 Sierra Madre Villa Ave. Ste. 304
Pasadena, CA 91107 (Address from POC)

Jacob Rummitz
315 N. Martel Avenue
Los Angeles, CA 90036

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

First Amendment  Wendriger Faimly Trust Dated May
7, 1990
c/o Clarisse Young Shumaker, Esq.
280   S. Beverly Dr. Ste. 505
Beverly Hills, CA 90212

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071

Oldman, Cooley, and Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

Jeffry Siegel, Successor Trsutee
c/o Oldman, Cooley, Sallus
161133 Ventura Blvd., Penthouse Suite
Encino, CA 91436 (Address from POC)

Sandra Layton
161 N. Poinsettia Place
Los Angeles, CA 90036

Gestener Family Trust
Andor Gestetner
c/o  Michael I. Gottfried
10345 W. Olympic Blvd.,
Los Angeles, CA 90064 (Address from POC)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**