MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail:    michael.berger@bankruptcypower.com

*Proposed* Counsel for Debtor
Leslie Klein

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

LESLIE KLEIN,

          Debtor and Debtor in Possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:23-bk-10990-SK

Chapter 11

**DEBTOR'S RESPONSE TO LIFE
CAPITAL GROUP, LLC'S MOTION
FOR ORDER AUTHORIZING AND
DIRECTING LIFE CAPITAL GROUP,
LLC TO PAY FUNDS TO CHAPTER
11 BANKRUPTCY ESTATE;
DECLARATION OF LESLIE KLEIN
IN SUPPORT THEREOF**

Date:    May 17, 2023
Time:    9:00 a.m.
Place:    Courtroom 1575
          United States Bankruptcy Court
          255 East Temple Street
          Los Angeles, CA 90012

## TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES

## BANKRUPTCY JUDGE; MOVANT LIFE CAPITAL GROUP, LLC; THE OFFICE

## OF THE UNITED STATES TRUSTEE; AND OTHER CREDITORS AND

## PARTIES IN INTEREST:

Debtor Leslie Klein submits his Response to Life Capital Group, LLC's ("LCG")

Motion for Order Authorizing and Directing LCG to Pay Funds to Chapter 11 Bankruptcy

Estate as follows:

The Debtor filed his Bankruptcy petition on February 22, 2023. Debtor included in his Schedules A/B his ownership interest in LCG. Debtor also listed Gestetner Charitable Remainder Trust ("Gestetner") on his Schedule D. A true and correct copy of Debtor's Schedules A/B and D are attached to the Declaration of Leslie Klein as **Exhibit "1."** LCG also filed a Motion for Relief stating that third party creditor Gestetner asserts a competing interest in Debtor's ownership interest in LCG and thus Gestetner and LCG seek to arbitrate the issue with the Rabbinical Counsel of California ("RCC") which provides arbitration services to the orthodox Jewish community pursuant to Torah Law. Debtor is concurrently opposing that Motion for Relief on the basis that the RCC's own website indicates that the RCC determines issues based on Torah Law and not on Bankruptcy law or California state law. (See Debtor's Opposition to LCG's Motion for Relief). There must be a determination by this Court as to Debtor's claim of his ownership interest in the Movant, as the determination of the assets of the Debtor is a core proceeding to be determined by the Bankruptcy Court.

In the meantime, LCG has funds that it seeks to distribute to the Debtor, until there can be a determination as to whether the Debtor or Gestetner are entitled to these funds. Currently, under the existing agreement between the Debtor and LCG, the Debtor is entitled to receive these distributions. As such, Debtor proposes to open a separate Debtor-in-Possession bank account, to hold and segregate the distributions from LCG to the Debtor, until there is a final adjudication of the underlying dispute between the Debtor and Gestetner. Having the Debtor hold the funds in a segregated Debtor-in-Possession bank account is in the best interest of the creditors of the estate because until there is a determination otherwise, the LCG distributions are property of the estate and should be used to pay the Debtor's creditors. Debtor will earmark those funds and not use the funds until there is a determination as to who is entitled to the funds. The Bankruptcy Court, the U.S. Trustee and all creditors will have oversight as to the funds since the Debtor will file Monthly Operating Reports showing how much money is in each of the Debtor's accounts.

DEBTOR'S RESPONSE TO LIFE CAPITAL GROUP, LLC'S MOTION FOR ORDER AUTHORIZING AND DIRECTING
LIFE CAPITAL GROUP, LLC TO PAY FUNDS TO CHAPTER 11 BANKRUPTCY ESTATE;
DECLARATION OF LESLIE KLEIN IN SUPPORT THEREOF

1    If ultimately there is a determination that the Debtor was not entitled to the LCG

2    distributions, then Gestetner will not be prejudiced and Debtor will turn over the funds.

3          Wherefore, Debtor Leslie Klein respectfully requests that this Court issue an Order

4    requiring LCG to issue the Debtor's distributions to the Debtor, and for any other relief

5    deemed necessary and proper.

6

7    DATED:  May 3, 2023                              LAW OFFICES OF MICHAEL JAY BERGER

8

9

10                                      By: _____

11                                            Michael Jay Berger
                                              Counsel for Debtor,
12                                            Leslie Klein

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S RESPONSE TO LIFE CAPITAL GROUP, LLC'S MOTION FOR ORDER AUTHORIZING AND DIRECTING
LIFE CAPITAL GROUP, LLC TO PAY FUNDS TO CHAPTER 11 BANKRUPTCY ESTATE;
DECLARATION OF LESLIE KLEIN IN SUPPORT THEREOF

### DECLARATION OF LESLIE KLEIN

I, Leslie Klein, declare and state as follows:

1.      I am the Debtor and Debtor-in-Possession (the "Debtor"). I am over the age of 18. I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could and would competently testify about what I have written in this declaration.

2.      I filed my Bankruptcy petition on February 22, 2023. I included in my Schedules A/B my ownership interest in Life Capital Group, LLC ("LCG"). I also listed Gestetner Charitable Remainder Trust ("Gestetner") on my Schedule D. A true and correct copy of my Schedules A/B and D are attached hereto as **Exhibit "1."**

3.      LCG also filed a Motion for Relief stating that third party creditor Gestetner asserts a competing interest in Debtor's ownership interest in LCG and thus Gestetner and LCG seek to arbitrate the issue with the Rabbinical Counsel of California ("RCC") which provides arbitration services to the orthodox Jewish community pursuant to Torah Law, and not under Bankruptcy law of California state law. (See Debtor's Opposition to LCG's Motion to Relief).

4.      LCG has funds that it seeks to distribute to me, until there can be a determination as to whether Gestetner or I am entitled to these funds. Currently, under the existing agreement between LCG and myself, I am entitled to receive these distributions. As such, I propose to open a separate Debtor-in-Possession bank account, to hold and segregate the distributions from LCG to my estate, until there is a final adjudication of the underlying dispute between Gestetner and I.

5.      Having me hold the funds in a segregated Debtor-in-Possession bank account is in the best interest of the creditors of the estate because until there is a determination otherwise, the LCG distributions are property of the estate and should be used to pay my creditors. I will earmark those funds and not use the funds until there is a determination as to who is entitled to the funds. The Bankruptcy Court, the U.S. Trustee and all creditors

1 | will have oversight as to the funds since I will file Monthly Operating Reports showing

2 | how much money is in each of my accounts.

3 |      6.     If ultimately there is a determination that I was not entitled to the LCG

4 | distributions, then Gestetner will not be prejudiced and I will turn over the funds.

5 |      7.     Wherefore, I respectfully request that this Court issue an Order requiring

6 | LCG to issue my distributions to me, and for any other relief deemed necessary and

7 | proper.

8 |      I declare under penalty of perjury under the law of the United States of America

9 | that the foregoing is true and correct. Executed on May 3, 2023, in Los Angeles,

10 | California.

11

12 | By: _____

13 |           Leslie Klein

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S RESPONSE TO LIFE CAPITAL GROUP, LLC'S MOTION FOR ORDER AUTHORIZING AND DIRECTING
LIFE CAPITAL GROUP, LLC TO PAY FUNDS TO CHAPTER 11 BANKRUPTCY ESTATE;
DECLARATION OF LESLIE KLEIN IN SUPPORT THEREOF

# EXHIBIT 1

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Leslie Klein** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **2:23-bk-10990-SK** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1 1

| | | |
|---|---|---|
| **322 N. June Street** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Los Angeles    CA    90004-0000** | ☐ Manufactured or mobile home | |
| City    State    ZIP Code | ☐ Land | **Current value of the entire property?**    **Current value of the portion you own?** |
| | ☐ Investment property | **$4,900,000.00**    **$2,450,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **50% is held in by Debtor and 50% held by his Erika's irrevocable marital deduction trust** |
| **Los Angeles** | ☐ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ■ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **Debtor's principal residence; paid in full. The property is held in the marital deduction trust. The Debtor's current spouse, Barbara Klein, has a life estate interest in the residence.** | |

Debtor 1    **Leslie Klein**                                             Case number *(if known)*    **2:23-bk-10990-SK**

**1.2    If you own or have more than one, list here:**

**315 N. Martel Avenue**
<small>Street address, if available, or other description</small>

| What is the property? Check all that apply | |
| --- | --- |
| ■ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Los Angeles       CA       90036-0000**
<small>City              State     ZIP Code</small>

**Current value of the entire property?**    $2,500,000.00

**Current value of the portion you own?**    $2,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100%

**Who has an interest in the property? Check one**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**
<small>County</small>

☐ Check if this is community property *(see instructions)*

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property.  Debtor collects $5,500/month.**

---

**1.3    If you own or have more than one, list here:**

**143 S. Highland Drive**
<small>Street address, if available, or other description</small>

| What is the property? Check all that apply | |
| --- | --- |
| ■ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Los Angeles       CA       90036-0000**
<small>City              State     ZIP Code</small>

**Current value of the entire property?**    $2,200,000.00

**Current value of the portion you own?**    $2,200,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100%

**Who has an interest in the property? Check one**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Los Angeles**
<small>County</small>

☐ Check if this is community property *(see instructions)*

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property. Debtor collects $4,000 per month in rental income.**

---

Debtor 1    **Leslie Klein**                                                           Case number *(if known)* **2:23-bk-10990-SK**

---

**If you own or have more than one, list here:**

1.4

**161 N. Poinsettia Place**
Street address, if available, or other description

**Los Angeles**    **CA**    **90036-0000**
City                State        ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$2,000,000.00**                            **$2,000,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Single family residence; rental property. Debtor collects $3,000 per month rental income.**

---

**If you own or have more than one, list here:**

1.5

**2560-B Whitewater Club Drive**
Street address, if available, or other description

**Palm Springs**    **CA**    **92262-0000**
City                  State        ZIP Code

**Riverside**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
**$350,000.00**                              **$350,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**A condo with 2 bedrooms and 2 bathrooms; vacation home.**

---

Official Form 106A/B                    Schedule A/B: Property                    page 3

| Debtor 1 | Leslie Klein | | Case number *(if known)* | 2:23-bk-10990-SK |

**1.6**    If you own or have more than one, list here:

**3752 Ocean Drive**
Street address, if available, or other description

What is the property? Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Oxnard          CA      93035-0000**
City          State          ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| **$2,400,000.00** | **$2,400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Ventura**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Single family home; vacation home.**

---

**1.7**    If you own or have more than one, list here:

**Leonardo Plaza Hotel Jerusalem**
Street address, if available, or other description

What is the property? Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
■ Other    **Unit in a hotel**

**Jerusalem**
City          State          ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| **$500,000.00** | **$250,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**50% by Debtor and 50% by deceased wife's irrevocable trust**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Israel**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor owns a unit in the Leanoardo Plaza Hotel. Vacation home.**

---

Debtor 1    **Leslie Klein** _____    Case number (if known)    **2:23-bk-10990-SK**

**1.8**    If you own or have more than one, list here:

**Dan Boutique Hotel Jerusalem** _____
Street address, if available, or other description

| What is the property? Check all that apply | |
|---|---|
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ■ | Other    **Unit in a hotel** |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Jerusalem** _____
City         State      ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$200,000.00** | **$100,000.00** |

Who has an interest in the property? Check one

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**50% by Debtor and 50% by deceased spouse's irrevocable trust**

| | |
|---|---|
| ■ | Debtor 1 only |
| ☐ | Debtor 2 only |
| ☐ | Debtor 1 and Debtor 2 only |
| ☐ | At least one of the debtors and another |

**Israel** _____
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Debtor owns a unit in the Leanoardo Plaza Hotel. Vacation home.**

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................=>

| **$12,250,000.00** |
|---|

---

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

**3.**  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
| | |
|---|---|
| Make | **Lexus** |
| Model | **LS500** |
| Year | **2021** |
| Approximate mileage: | **n/a** |
| Other Information: | |

**Leased vehicle. Monthly payment is $1,319.00.**

Who has an interest in the property? Check one

| | |
|---|---|
| ■ | Debtor 1 only |
| ☐ | Debtor 2 only |
| ☐ | Debtor 1 and Debtor 2 only |
| ☐ | At least one of the debtors and another |

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

**3.2**
| | |
|---|---|
| Make | **Lexus** |
| Model | **LS** |
| Year | **2021** |
| Approximate mileage | **n/a** |
| Other information | |

**Leased vehicle. Debtor's spouses drives this vehicle. Monthly payment is $500.**

Who has an interest in the property? Check one

| | |
|---|---|
| ■ | Debtor 1 only |
| ☐ | Debtor 2 only |
| ☐ | Debtor 1 and Debtor 2 only |
| ☐ | At least one of the debtors and another |

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

---

| Debtor 1   Leslie Klein | Case number (if known)   2:23-bk-10990-SK |
|---|---|

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................=>    $0.00

**Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Debtor's residence: Debtor's residence: Couches, coffee tables, dining room table with chairs, mattresses with bedframes, wall mirrors, desk with chairs, lamps, rugs, dressers, kitchen table, patio furniture,  cabinets, refrigerators, and other household goods and furnishings | $8,000.00 |
|---|---|
| 2560-B Whitewater Club Drive, Palm Spring vacation home: living room sofa, table, chairs, dining room table and chairs, TV, phone, kitchen appliances, china, beds and side tables, mirrors, paintings, and miscellaneous household goods and furnishings. | $5,000.00 |
| 3752 Ocean Drive, Oxnard CA vacation home: living room sofa, table, chairs, dining room table and chairs, TV, phone, kitchen appliances, china, beds and side tables, mirrors, paintings, and miscellaneous household goods and furnishings. | $5,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe....

| TVs, phones, computers | $3,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....

| Books and art objects | $4,000.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

Debtor 1    **Leslie Klein**                                               Case number *(if known)*    **2:23-bk-10990-SK**

| | |
|---|---|
| **Sports and Hobby equipment** | $2,000.00 |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Debtor's residence: Clothes and shoes** | $2,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Debtor's residence: Furs, diamond ring, gold necklace, diamond earrings,  gold rings and costume jewelry** | $20,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................

| |
|---|
| $49,000.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

Institution name:

| | | |
|---|---|---|
| 17.1.  **Checking account ending in 9401** | **Bank of America** | $4,000.00 |

Debtor 1    **Leslie Klein**                                                   Case number *(if known)*    **2:23-bk-10990-SK**

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................
                        Name of entity:                                    % of ownership:

| | % of ownership: | |
|---|---|---|
| Debtor has a 100% ownership interest in Bay Area Development, Co.  Bay Area Development, Co. filed  a chapter 11 bankruptcy petition on 9/12/2022, Case No.: 2:22-bk-15031-SK.  On December 6, 2022, Bay Area entered into a stipulation with its secured creditor Scott Capital Management Fund 1, LLC and OUST to dismiss the case.  The order dismissing the case with a 180 day bar (due to pending RFS motion) was enterd on 12/6/2022.  The real property owned by Bay Area Development, Co. went into foreclosure.  The company currently does not own any assets. | 100%          % | $0.00 |
| Debtor has a membership interest in Life Capital Group, LLC, which is an investment company. The LLC buys insurance policies on other people's lives and upon passing, the LLC collects the funds and makes a distribution to its members. | 5% membershi p interest          % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                        Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No

Official Form 106A/B                        Schedule A/B: Property                                    page 8

Debtor 1   **Leslie Klein**                                                     Case number *(if known)*   **2:23-bk-10990-SK**

■ Yes.  Give specific information about them...

| | |
|---|---|
| Klein Living Trust dated April 8, 1990. The Settlors of the Trust are Leslie Klein and Erika Noemi Klein, husband and wife. Erika Klein passed away several years ago, and pursuant to the trust provision,Erika Klein's interest in the assets is now in an irrevocable trust ("Marital Deduction Trust").  The assets of the trust are listed on Schedule A/B, item #1 for each property that is part of the Trust. | $0.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples: Internet domain names, websites, proceeds from royalties and licensing agreements*
     ■ No
     ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
     *Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses*
     ■ No
     ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
     ■ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
     *Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement*
     ■ No
     ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
     *Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else*
     ☐ No
     ■ Yes.  Give specific information..

| | |
|---|---|
| Isaac Kirzner. Debtor entered into an agreement with Isaac Kirzner whereby he paid the insurance premiums for Mr. Kirzner, and upon Mr. Kirzner's passing, the Debtor would receive $1 Million. | $1,000,000.00 |

| | |
|---|---|
| Judith Bittman.  Debtor entered into an agreement with Judith Bittman whereby he paid the insurance premiums for Ms. Bittmanm  and upon Ms. Bittman's passing, the Debtor would receive $1 Million. | $1,000,000.00 |

31. **Interests in insurance policies**
     *Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance*
     ■ No
     ☐ Yes. Name the insurance company of each policy and list its value.
     Company name:                          Beneficiary:                          Surrender or refund value:

Debtor 1    __Leslie Klein__        Case number *(if known)*   __2:23-bk-10990-SK__

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

    ■ No
    ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................    | **$2,004,000.00** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    | **$0.00** |

Debtor 1    **Leslie Klein**                                                                 Case number *(if known)*   **2:23-bk-10990-SK**

| | |
|---|---|
| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ..................................................................... | | **$12,250,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$49,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$2,004,000.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54**  + | **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | **$2,053,000.00** | Copy personal property total        **$2,053,000.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$14,303,000.00** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Leslie Klein** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | | |
| Case number | **2:23-bk-10990-SK** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the value of collateral. | that supports this claim | portion If any |
| | | **$19,372.00** | **$2,400,000.00** | **$0.00** |

**2.1 CCO Mortgage Corp.**
Creditor's Name

**Attn: Bankruptcy**
**10561 Telegraph Rd**
**Glen Allen, VA 23059**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**3752 Ocean Drive Oxnard, CA 93035**
**Ventura County**
**Single family home; vacation home.**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Secured Line of Credit**

| Date debt was incurred | **Opened 05/05  Last Active 1/09/23** | Last 4 digits of account number | **1428** |
|---|---|---|---|

Debtor 1   **Leslie Klein**
First Name    Middle Name    Last Name                          Case number (if known)   **2:23-bk-10990-SK**

| 2.2 | **Chase Mortgage** | Describe the property that secures the claim: | **$138,719.00** | **$350,000.00** | **$0.00** |

Creditor's Name

**2560-B Whitewater Club Drive Palm Springs, CA 92262  Riverside County**
**A condo with 2 bedrooms and 2 bathrooms; vacation home.**

**BK Department**
**Mail Code LA4 5555  700 Kansas Ln**
**Monroe, LA 71203**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

**Opened 07/05  Last Active 8/23/22**

Date debt was incurred         Last 4 digits of account number    **2700**

---

| 2.3 | **Ericka and Joseph Vago** | Describe the property that secures the claim: | **$24,334,038.99** | **$0.00** | **$24,334,038.99** |

Creditor's Name
**c/o Brian Procel**
**Procel Law**
**401 Wilshire Blvd., 12th Floor**
**Santa Monica, CA 90401**
Number, Street, City, State & Zip Code

**Assets of the Debtor**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Notice of Judgment Lien**

Date debt was incurred   **July 2020**         Last 4 digits of account number   **5050**

Debtor 1    **Leslie Klein**
    First Name         Middle Name         Last Name

Case number (if known)    **2:23-bk-10990-SK**

---

| 2.4 | **Fay Servicing LLC** | Describe the property that secures the claim: | $712,265.00 | $2,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3752 Ocean Drive Oxnard, CA 93035**
**Ventura County**
**Single family home; vacation home.**

**Attn: Bankruptcy Dept**
**Po Box 809441**
**Chicago, IL 60680**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **1st Deed of Trust**

**Opened 10/13/04 Last Active 08/20**

Date debt was incurred    Last 4 digits of account number    **9505**

---

| 2.5 | **Fay Servicing LLC** | Describe the property that secures the claim: | $327,886.00 | $2,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**3752 Ocean Drive Oxnard, CA 93035**
**Ventura County**
**Single family home; vacation home.**

**Attn: Bankruptcy Dept**
**Po Box 809441**
**Chicago, IL 60680**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **2nd Deed of Trust**

**Opened 11/04 Last Active**

Date debt was incurred    **8/09/22**    Last 4 digits of account number    **9492**

---

Debtor 1   __Leslie Klein__                                              Case number (if known)   __2:23-bk-10990-SK__

    First Name       Middle Name       Last Name

| 2.6 | **Fiore Racobs & Powers** | Describe the property that secures the claim: | **$49,436.57** | **$350,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**c/o Palm Springs
Country Club HOA
6820 Indiana Ave., Ste
140**

| **2560-B Whitewater Club Drive Palm Springs, CA 92262  Riverside County** |
| **A condo with 2 bedrooms and 2 bathrooms; vacation home.** |

**6820 Indiana Ave., Ste
140
Riverside, CA 92506**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt? Check one.**

Nature of lien. Check all that apply.

☐ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

■ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)   __HOA Assessments__

Date debt was incurred   __2020 - 2023__        Last 4 digits of account number   __4460__

---

| 2.7 | **Gestetner Charitable Remainder Trus** | Describe the property that secures the claim: | **$2,000,000.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

Creditor's Name

| **Debtor has a membership interest in Life Capital Group, LLC, which is an investment company. The LLC buys insurance policies on other people's lives and upon passing, the LLC collects the funds and makes a distribution to its members.** |
| **5% m** |

**c/o Andor Gestetner
1425 55th Street
Brooklyn, NY 11219**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt? Check one.**

Nature of lien. Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

■ Other (including a right to offset)   __UCC Financing__

Date debt was incurred   __5/14/2021__        Last 4 digits of account number   __3629__

Debtor 1   **Leslie Klein**
_____     Case number (if known)   **2:23-bk-10990-SK**
First Name      Middle Name      Last Name

| 2.8 | **Los Angeles County Tax Collector** | | Describe the property that secures the claim: | **$15,000.00** | **$4,900,000.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- | --- |

Creditor's Name

**322 N. June Street Los Angeles, CA 90004  Los Angeles County**
**Debtor's principal residence; paid in full. The property is held in the marital deduction trust. The Debtor's current spouse, Barbara Klein, has a life estate interest in the res**

**Bankruptcy Unit**
**PO Box 54110**
**Los Angeles, CA**
**90054-0027**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred   **2022 - 2023**      Last 4 digits of account number   **3008**

| 2.9 | **Mrc/united Wholesale M** | | Describe the property that secures the claim: | **$954,432.00** | **$2,000,000.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- | --- |

Creditor's Name

**161 N. Poinsettia Place Los Angeles, CA 90036  Los Angeles County**
**Single family residence; rental property. Debtor collects $3,000 per month rental income.**

**Attn: Bankruptcy**
**P. O. Box 619098**
**Dallas, TX 75261**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

Date debt was incurred   **Opened 05/05  Last Active 11/17/22**      Last 4 digits of account number   **2120**

Debtor 1   **Leslie Klein**
    First Name     Middle Name        Last Name      Case number (if known)   **2:23-bk-10990-SK**

| | | | |
|---|---|---|---|
| **2.10** **Selene Finance** | Describe the property that secures the claim: | $1,755,385.00 | $2,500,000.00 | $0.00 |

**2.10**   **Selene Finance**
Creditor's Name

Describe the property that secures the claim:

**315 N. Martel Avenue Los Angeles, CA 90036  Los Angeles County Single family residence; rental property.  Debtor collects $5,500/month.**

**Attn: Bankruptcy**
**Po Box 8619**
**Philadelphia, PA 19101**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

**Opened 08/18  Last Active**
Date debt was incurred   **6/22/21**

Last 4 digits of account number   **8372**

---

**2.11**   **Shellpoint Mortgage Servicing**
Creditor's Name

Describe the property that secures the claim:   $1,213,516.00   $2,200,000.00   $0.00

**143 S. Highland Drive Los Angeles, CA 90036  Los Angeles County Single family residence; rental property. Debtor collects $4,000 per month in rental income.**

**Attn: Bankruptcy**
**Po Box 10826**
**Greenville, SC 29603**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

**Opened 04/19  Last Active**
Date debt was incurred   **12/27/22**

Last 4 digits of account number   **4516**

Debtor 1   **Leslie Klein**

First Name | Middle Name | Last Name

Case number (if known)   **2:23-bk-10990-SK**

| 2.1 2 | **Toyota Financial Services** | Describe the property that secures the claim: | $34,318.00 | $0.00 | $34,318.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2021 Lexus LS500 n/a miles Leased vehicle. Monthly payment is $1,319.00.**

**Attn: Bankruptcy**
**Po Box 259001**
**Plano, TX 75025**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred   **Opened 05/21  Last Active 3/18/22**

Last 4 digits of account number   **X788**

| 2.1 3 | **Toyota Financial Services** | Describe the property that secures the claim: | $10,488.00 | $0.00 | $10,488.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2021 Lexus LS n/a miles Leased vehicle. Debtor's spouses drives this vehicle. Monthly payment is $500.**

**Attn: Bankruptcy**
**Po Box 259001**
**Plano, TX 75025**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred   **Opened 06/21  Last Active 6/01/22**

Last 4 digits of account number   **Y582**

Add the dollar value of your entries in Column A on this page. Write that number here:   | $31,564,856.56 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   | $31,564,856.56 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Leslie Klein** | | | Case number (if known) | **2:23-bk-10990-SK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | |
|---|---|---|
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Andor Gestetner**<br>**c/o Law Offices of Jacob Unger**<br>**5404 Whitsett Ave Ste. 182**<br>**Valley Village, CA 91607** | On which line in Part 1 did you enter the creditor? __2.7__<br><br>Last 4 digits of account number ___ |
| [ ] | Name, Number, Street, City, State & Zip Code<br>**Ericka and Joseph Vago**<br>**124 N. Highland Ave**<br>**Sherman Oaks, CA 91423** | On which line in Part 1 did you enter the creditor? __2.3__<br><br>Last 4 digits of account number ___ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Leslie Klein** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

Case number   **2:23-bk-10990-SK**
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Bank of America** | Last 4 digits of account number   8296 | **$7,450.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** | | |
| | **4909 Savarese Circle** | When was the debt incurred?   **Opened 09/16  Last Active 02/23** | |
| | **Tampa, FL 33634** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Credit Card**

Debtor 1    Leslie Klein                                             Case number (if known)    2:23-bk-10990-SK

| 4.2 | **Bank of America** | Last 4 digits of account number | 6416 | $1,566.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Number Street City State Zip Code

When was the debt incurred?    **Opened 04/89  Last Active**
**02/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

| 4.3 | **Barclays Bank Delaware** | Last 4 digits of account number | 0647 | $8,896.00 |

Nonpriority Creditor's Name

Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Number Street City State Zip Code

When was the debt incurred?    **Opened 05/09  Last Active**
**1/11/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

| 4.4 | **California Bank & Trust** | Last 4 digits of account number | 9505 | $1,695.00 |

Nonpriority Creditor's Name

Po Box 711510
Santee, CA 92072

Number Street City State Zip Code

When was the debt incurred?    **Opened 02/83  Last Active**
**02/23**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

---

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S RESPONSE TO LIFE CAPITAL GROUP, LLC'S MOTION FOR ORDER AUTHORZING AND DIRECTING LIFE CAPITAL GROUP, LLC TO PAY FUNDS TO CHAPTER 11 BANKRUPTCY ESTATE, DECLARARTION OF LESLIE KLEIN IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _5/3/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __5/3/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/3/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 5/3/2023 | Peter Garza | /s/Peter Garza |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Goe Forsythe & Hodges: Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
**Goe Forsythe & Hodges Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**Interested Party: Alan G Tippie**   Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
**Debtor's Counsel: Michael Jay Berger**   michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**   ch11ecf@aldridgepite.com,
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund: Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
**Interested Party: Dane W Exnowski**   dane.exnowski@mccalla.com,
bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**U.S. Trustee: Michael Jones**   michael.jones4@usdoj.gov
**U.S. Trustee: Ron Maroko**   ron.maroko@usdoj.gov
**Counsel for Ajax Mortgage: Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
**Subchapter V Trustee: Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**Interested Party: Michael L Wachtell**   mwachtell@buchalter.com
**U.S. Bank: John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
**Interested Party: Paul P Young**   paul@cym.law, jaclyn@cym.law
**Counsel for First Amendment Wendriger Family Trust dated May 7, 1990: Clarisse Young**
youngshumaker@smcounsel.com, levern@smcounsel.com
Interested Party: **Roye Zur**   rzur@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com


2. **SERVED BY UNITED STATES MAIL**:

U.S. Trustee
Attn: Ron Maroko, Esq.
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Subchapter V Trustee
Mark M. Sharf
6080 Center Drive #600
Los Angeles, CA 90045

**SECURED CREDITORS:**

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Toyota Motor Credit Corp.
PO Box 9013
Addison, TX 75001 (Address from POC)

Ericka and Joseph Vago
c/o Brian Procel
Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401 (Address from POC)

Ericka and Joseph Vago
124 N. Highland Ave
Sherman Oaks, CA 91423

Fay Servicing LLC
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

U.S. Bank
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381

Fiore Racobs & Powers
c/o Palm Springs Country Club HOA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

6820 Indiana Ave., Ste 140
Riverside, CA 92506

Gestetner Charitable Remainder Trus
c/o Andor Gestetner
1425 55th Street
Brooklyn, NY 11219

Los Angeles County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0027 (Address from POC)

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Wilmington Savings Fund Society
c/o Selene Finance LP
3501 Olympus Blvd., Ste. 500
Dallas, TX 75019 (Address from POC)

U.S. Bank Trust National Bank
c/o Fay Servicing LLC
PO Box 814609
Dallas, TX 75381 (Address from POC)

U.S. Bank N.A.
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
PO Box 619096
Dallas, TX 75261 (Address from POC)

JP Morgan Mortgage Acquisition
c/o NewRez LLC dba Shellpoint Mortgage Servicing

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

PO Box 10826
Greenville, SC 29603 (Address from POC)

Ajax Mortgage Loan Trust
c/o Gregory Funding LLC
PO Box 230579
Tigard, OR 97281 (Address from POC)

## 20 LARGEST UNSECURED CREDITORS AND INTERESTED PARTIES:

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave Ste. 182
Valley Village, CA 91607

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
PO Box 673033
Dallas, TX 75267 (Address from POC)

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

California Bank & Trust
Po Box 711510
Santee, CA 92072

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Doe
143 S. Highland Drive
Los Angeles, CA 90036

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los Angeles, CA 90067

Robert & Esther Mermelstein
c/o Baruch C. Cohen, Esq.
4929 Wilshire Blvd., Ste 940
Los Angeles, CA 90010 (Address from POC)

Franklin Menlo, Trustee
c/o Paul P. Young & Chora Young & Manasserian
650 Sierra Madre Villa Ave. Ste. 304
Pasadena, CA 91107 (Address from POC)

Jacob Rummitz
315 N. Martel Avenue
Los Angeles, CA 90036

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071

Oldman, Cooley, and Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

Sandra Layton
161 N. Poinsettia Place
Los Angeles, CA 90036

First Amendment  Wendriger Faimly Trust Dated May
7, 1990
c/o Clarisse Young Shumaker, Esq.
280   S. Beverly Dr. Ste. 505
Beverly Hills, CA 90212

Jeffry Siegel, Successor Trsutee
c/o Oldman, Cooley, Sallus
161133 Ventura Blvd., Penthouse Suite
Encino, CA 91436 (Address from POC)

Gestener Family Trust
Andor Gestetner
c/o  Michael I. Gottfried
10345 W. Olympic Blvd.,
Los Angeles, CA 90064 (Address from POC)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE