MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

Attorney for Debtor-in-Possession
Leslie Klein

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

|  |  |
|---|---|
| In re: | ) CASE NO.: 2:23-bk-10990-SK |
|  | ) |
|  | ) Chapter 11 |
|  | ) |
|  | ) **NOTICE OF WITHDRAWAL OF** |
|  | ) **SUPPLEMENTAL MEMORANDUM OF** |
| Leslie Klein, | ) **POINTS AND AUTHORITIES IN** |
|  | ) **SUPPORT OF APPLICATION FOR** |
|  | ) **AUTHORITY TO EMPLOY MICHAEL** |
|  | ) **JAY BERGER AS GENERAL** |
| Debtor-in-Possession. | ) **BANKRUPTCY COUNSEL;** |
|  | ) **DECLARATIONS OF MICHAEL JAY** |
|  | ) **BERGER AND LESLIE KLEIN IN** |
|  | ) **SUPPORT THEREOF FILED BY** |
|  | ) **DEBTOR LESLIE KLEIN FILED ON** |
|  | ) **MAY 10, 2023 [DOCKET NO.: 125]** |
|  | ) |
|  | ) |

**TO THE HONORABLE SANDRA KLEIN, JUDGE OF THE UNITED STATES**

**BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, SUBCHAPTER V**

**TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:**

1    Counsel for Leslie Klein, (the "Debtor"), The Law Offices of Michael Jay Berger,

2  submits this Notice of Withdrawal of Supplemental Memorandum Of Points And Authorities

3  In Support Of Application For Authority To Employ Michael Jay Berger As General Bankruptcy

4  Counsel; Declarations Of Michael Jay Berger And Leslie Klein In Support Thereof Filed By

   Debtor Leslie Klein Filed On May 10, 2023 [Docket No.: 125]

5

6

7                                          LAW OFFICES OF MICHAEL JAY BERGER

8

9

10 Dated: 5/12/2023              By:    /s/Michael Jay Berger
                                        Michael Jay Berger
11                                      Attorney for Debtor-in-Possession
                                        Leslie Klein
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY MICHAEL JAY BERGER AS GENERAL BANKRUPTCY COUNSEL; DECLARATIONS OF MICHAEL JAY BERGER AND LESLIE KLEIN IN SUPPORT THEREOF FILED BY DEBTOR LESLIE KLEIN FILED ON MAY 10, 2023 [DOCKET NO.: 125]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _
___5/12/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/12/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/12/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Goe Forsythe & Hodges: Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
**Counsel for Erica Vago: Goe Forsythe & Hodges Robert P Goe**    kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com
**Interested Party: Alan G Tippie**    Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,
denise.walker@gmlaw.com
**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**    ch11ecf@aldridgepite.com,
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund: Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
**Interested Party: Dane W Exnowski**    dane.exnowski@mccalla.com,
bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**U.S. Trustee: Michael Jones**    michael.jones4@usdoj.gov
**U.S. Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**Counsel for Ajax Mortgage: Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
**Subchapter V Trustee: Mark M Sharf (TR)**    mark@sharflaw.com,
C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Interested Party: Michael L Wachtell**    mwachtell@buchalter.com
**U.S. Bank: John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
**Counsel for Franklin Menlo: Paul P Young**    paul@cym.law, jaclyn@cym.law
**Counsel for First Amendment Wendriger Family Trust dated May 7, 1990: Clarisse Young**
youngshumaker@smcounsel.com, lcvern@smcounsel.com
**Interested Party: Roye Zur**    rzur@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com
**Interested Party: Gary Tokumori**    gtokumori@pmcos.com
**Counsel for Life Capital Group: Krikor J Meshefejian**    kjm@lnbyg.com
**Counsel for Robert & Esther Mermelstein: Baruch C Cohen**    bcc@BaruchCohenEsq.com,
paralegal@baruchcohenesq.com
**Counsel for A. Gestetner Family Trust: Michael I. Gottfried**    mgottfried@elkinskalt.com,
**Counsel for Erica and Joseph Vago: Brandon J Iskander**    biskander@goeforlaw.com,
kmurphy@goeforlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**