| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>michael.berger@bankruptcypower.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for: Debtor, Leslie Klein*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: **2:23-bk-10990-SK** |
|---|---|
| | CHAPTER: **11** |
| **Leslie Klein** | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]** |
| | This motion is being made under <u>ONLY ONE</u> of the following notice procedures:<br><br>☐ **Hearing requested on emergency basis: LBR 9075-1(a); or**<br>☐ **Hearing requested on shortened notice: LBR 9075-1(b); or**<br>☒ **Hearing set on regular notice: LBR 9013-1(d):**<br><br>DATE: **June 28, 2023**<br>TIME: **9:00 a.m.**<br>COURTROOM: **1575**<br>ADDRESS: 255 E. Temple Street, Suite 1582<br>Los Angeles, CA 90012 |
| Debtor(s). | |

1. **PLEASE TAKE NOTICE THAT** the Debtor moves this court for an order authorizing the use of cash collateral
   ☒ on an interim basis through and including (*date*) **August, 2023** .
   ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as consent to the relief sought in the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge assigned to this bankruptcy case pursuant to LBR 5005-2(d) and the Court Manual.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                   Page 1                **F 2081-2.1.MOTION.CASH.COLLATERAL**

a. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a)**: The Debtor has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a hearing date on regular notice or other disposition of this Motion and the deadline for filing an opposition.

b. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** The Debtor has filed a separate application asking the court to set a hearing on shortened notice, entitled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this Motion.

c. ☒ **Hearing Set on Regular Notice: Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

d. ☐ **Other** (*specify*):

Date:  **May 16, 2023**

By: _____
Signature of Debtor or attorney for Debtor

Name:  **Michael Jay Berger**
_____
Printed name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                    Page 2        **F 2081-2.1.MOTION.CASH.COLLATERAL**

## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

1. Cash collateral is defined in 11 U.S.C. § 363 (Cash Collateral).

2. Pursuant to 11 U.S.C. § 363(c)(2), a debtor cannot use Cash Collateral without court approval or the consent of a creditor with an interest in the Cash Collateral.

3. The Debtor filed this Motion because he/she requires the use of what a creditor or lienholder may claim to be Cash Collateral.

4. The Debtor in this case filed a voluntary petition. The court has jurisdiction to grant the relief requested in this motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 363.

5. The Debtor believes that the use of Cash Collateral is necessary for the Debtor to continue the Debtor's operations and to reorganize.

6. The Debtor believes that adequate protection ☒ is ☐ is not required by law in this case. **To the extent that the Debtor believes that adequate protection is not required by law under the circumstances of this case, a Memorandum of Points and Authorities is attached hereto addressing that issue.**

7. Information about each real or personal property owned by the Debtor in which someone may claim a Cash Collateral interest and for which the Debtor seeks court permission to use Cash Collateral, and the Debtor's proposed budget with respect to each such property, is set forth below:

    **a. Collateral and budget #1 (check all that apply):**
       (1) The collateral (Collateral)

       ☒ Real Property

          Street address:   315 N. Martel Avenue
          Unit/suite no.:
          City, state, zip code:   Los Angeles, CA 90036
          Legal description or document recording number (*include county of recording*):
          WT 188 Tract 4929, APN # 5526-038-011, Los Angeles County

       ☐ Equipment (*manufacturer, type, and characteristics*):
          Serial number(s):
          Location:

       ☐ Vehicle (*year, manufacturer, type, and model*):
          Vehicle identification number:
          Location of vehicle:

       ☒ Rents or accounts receivable (*type, identifying information, and location*):Rental income collected on residential real property located at 315 Martel Avenue, Los Angeles, CA 90036

       ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

       ☐ Other personal property (*type, identifying information, and location*):

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                          Page 3          **F 2081-2.1.MOTION.CASH.COLLATERAL**

(2)  Value of Collateral:  $ 2,500,000.00_____ .
    ☒ Declaration of the Debtor as owner of the Collateral.
    ☐ Declaration of (*specify*)

(3)  Income/rent generated: $  5,500.00_____ per month.

(4) Liens:

| | | | |
|---|---|---|---|
| 1st Lien holder: | Wilmington Savings Fund Society, FSB* | Principal balance due: | $  1,368,000.00 |
| Monthly payment | $  10,854.67 | Monthly payment due date: | |
| Prepetition arrears | $  408,449.31 | Postpetition arrears | $ |

    * 1st Lienholder listed on Schedule D as "Selene Finance"

| | | | |
|---|---|---|---|
| 2nd Lien holder: | | Principal balance due: | $ |
| Monthly payment | $ | Monthly payment due date: | |
| Prepetition arrears: | $ | Postpetition arrears | $ |

| | | | |
|---|---|---|---|
| 3rd Lien holder: | | Principal balance due: | $ |
| Monthly payment | $ | Monthly payment due date: | |
| Prepetition arrears | $ | Postpetition arrears | $ |

    ☐ Additional liens (see additional attached page)

(5)  Equity in the Collateral:  $  728,285.21

(6)  <u>Adequate Protection</u>

The Debtor offers:
(a) ☒ the equity in the Collateral above each respective lien.
(b) ☒ the maintenance of the property.
(c) ☒ payments in the following amounts to the following creditors: $3,211.93 each month to Wilmington Savings Fund Society, FSB

(d) ☒ the use or sale of the Cash Collateral which will generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) other:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(7)  Proposed Monthly Budget ☒ covering period of  May 2023  through  August 2023  or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☒).

        INCOME:
            Rent:    $
            Sales:   $
            Other:  $
                    Total Income:    $ (See attached budget)

        EXPENSES:

| | |
|---|---|
| 1st Lien holder: | $ |
| 2nd Lien holder: | $ |
| 3rd Lien holder: | $ |
| 4th Lien holder: | $ |
| Property taxes: | $ |
| | ☐ included in first lien holder payment |
| Property insurance: | $ |
| | ☐ included in first lien holder payment |
| Maintenance: | $ |
| Cleaning: | $ |
| Pest control: | $ |
| Landscaping: | $ |
| Management: | $ |
| Electricity: | $ |
| Gas: | $ |
| Water: | $ |
| Trash disposal: | $ |
| Supplies: | $ |
| Advertising: | $ |
| Other: | $ |
| Other: | $ |
| Other: | $ |
| Other: | $ |

                Total Expenses:   $ (See attached budget)
                Net Income:      $ (See attached budget)

**b.  Collateral and budget #2 (check all that apply):**
   (1) The collateral (Collateral)

  ☒ Real Property

     Street address:  143 S. Highland Drive
     Unit/suite no.:
     City, state, zip code:  Los Angeles, CA 90036
     Legal description or document recording number (*include county of recording*):
     APN: 5513-014-024, Lot 630, Tract No. 8498, Los Angeles County
  ☐ Equipment (*manufacturer, type, and characteristics*):
     Serial number(s):
     Location:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                          Page 5     **F 2081-2.1.MOTION.CASH.COLLATERAL**

☐ Vehicle (*year, manufacturer, type, and model*):
    Vehicle identification number:
    Location of vehicle:

☒ Rents or accounts receivable (*type, identifying information, and location*): rental income from residential real property located at 143 S. Highland Drive, Los Angeles, CA 90036

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*type, identifying information, and location*):

(2)  Value of Collateral:  $ 2,200,000.00 . Basis of valuation:
    ☒ Declaration of the Debtor as owner of the Collateral.

(3)  Income/rent generated: $ 4,000.00 per month.

(4)  Liens:

| | | | |
|---|---|---|---|
| 1st Lien holder: | J.P. Morgan Mortgage Acquisition Corp.* | Principal balance due: | $ 1,242,393.64 |
| Monthly payment: | $ 10,708.79 | Monthly payment due date: | |
| Prepetition arrears: | $ 35,566.26 | Postpetition arrears | $ |
| | * 1st lienholder listed on Schedule D as "Shellpoint Mortgage Servicing" | | |
| 2nd Lien holder: | | Principal balance due: | $ |
| Monthly payment: | $ | Monthly payment due date: | |
| Prepetition arrears: | $ | Postpetition arrears | $ |
| 3rd Lien holder: | | Principal balance due: | $ |
| Monthly payment | $ | Monthly payment due date: | |
| Prepetition arrears | $ | Postpetition arrears | $ |

☐ Additional liens (see additional attached page)

(5)  Equity in the Collateral:  $ 922,041.00

(6)  <u>Adequate Protection</u>

The Debtor offers:
(a) ☒ the equity in the Collateral.
(b) ☒ the maintenance of the property as adequate protection.
(c) ☒ payments in the following amounts to the following creditors: $1,897.57 per month to J.P. Morgan Mortgage Acquisition Corp.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 6          **F 2081-2.1.MOTION.CASH.COLLATERAL**

(d) ☒ the use or sale of the Cash Collateral generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) other: The 143 S. Highland Drive property has been listed for sale. Debtor has filed an Application to Employ Jonathan Adams with Keller Williams as Broker for the purpose of selling this property [docket no. 115].

(7) Proposed Monthly Budget ☒ Covering Period of _May 2023_____ through _August 2023___ or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☒).

INCOME:
Rent:  $ _____
Sales:  $ _____
Other:  $ _____
Total Income:         $ (See attached budget)

EXPENSES:
1st Lien holder:  $ _____
2nd Lien holder:  $ _____
3rd Lien holder:  $ _____
4th Lien holder:  $ _____
Property taxes:  $ _____
        ☐ included in first lien holder payment
Property insurance:  $ _____
        ☐ included in first lien holder payment
Maintenance:  $ _____
Cleaning:  $ _____
Pest control:  $ _____
Landscaping:  $ _____
Management:  $ _____
Electricity:  $ _____
Gas:  $ _____
Water:  $ _____
Trash disposal:  $ _____
Supplies:  $ _____
Advertising:  $ _____
Other:  $ _____
Other:  $ _____
Other:  $ _____
Other:  $ _____

Total Expenses:   $ See attached budget
Net Income:   $ See attached budget

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                   Page 7      F 2081-2.1.MOTION.CASH.COLLATERAL

**c. Collateral and budget #3 (check all that apply):**

(1) Type of Collateral

☒ Real Property

Street address:  161 N. Poinsettia Place
Unit/suite no.:
City, state, zip code:   Los Angeles CA 90036
Legal description or document recording number (*include county of recording*):

☐ Equipment (*manufacturer, type, and characteristics*):
Serial number(s):
Location:

☐ Vehicle (*year, manufacturer, type, and model*):
Vehicle identification number:
Location of vehicle:

☒ Rents or accounts receivable (*type, identifying information, and location*): Rental income from residential property located at 161 N. Poinsettia Place, Los Angeles CA 90036

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*describe type, identifying information, and location*):

(2) Value of collateral:  $ 2,000,000.00         . Basis of valuation:
☒ Declaration of the Debtor as owner of the Collateral.

(3) Income/rent generated: $  3,000.00          per month.

(4) Liens:

| 1st Lien holder: | Ajax Mortgage Loan Trust 2021-D, by US Bank National Assoc.* | Principal balance due: | $  1,403,054.50 |
|---|---|---|---|
| Monthly payment | $  9,063.32 | Monthly payment due date: | |
| Prepetition arrears | $  201,842.04 | Postpetition arrears | $ |

*1st Lienholder listed on Schedule D as "Mrc/united Wholesale M"

| 2nd Lien holder: | Erica and Joseph Vago (Judgment lien) | Principal balance due: | $  $26,386,891.00 |
|---|---|---|---|
| Monthly payment | $ | Monthly payment due date: | |
| Prepetition arrears | $ | Postpetition arrears | $ |

| 3rd Lien holder: | | Principal balance due: | $ |
|---|---|---|---|
| Monthly payment | $ | Monthly payment due date: | |
| Prepetition arrears | $ | Postpetition arrears | $ |

☐ Additional liens (see additional attached page)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                     Page 8          **F 2081-2.1.MOTION.CASH.COLLATERAL**

(5)  Equity in the Collateral:  $  395,103.50

(6)  <u>Adequate Protection</u>

The Debtor offers:
(a) ☒ the equity in the Collateral.
(b) ☒ the maintenance of the property as adequate protection.
(c) ☒ payments in the following amounts to the following creditors: $1,918.35 per month to Ajax Mortgage Loan Trust 2021-D, by US Bank National Assoc.
(d) ☒ the use or sale of the Cash Collateral which will generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.
(e) other:


(7)  Proposed Monthly Budget ☒ Covering Period of  May 2023  through  August 2023  or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☒).

| INCOME: | | |
|---|---|---|
| Rent: | $ | |
| Sales: | $ | |
| Other: | $ | |
| | Total Income: | $ See attached budget |
| EXPENSES: | | |
| 1st Lien holder: | $ | |
| 2nd Lien holder: | $ | |
| 3rd Lien holder: | $ | |
| 4th Lien holder: | $ | |
| Property taxes: | $ | |
| | ☐ included in first lien holder payment | |
| Property insurance: | $ | |
| | ☐ included in first lien holder payment | |
| Maintenance: | $ | |
| Cleaning: | $ | |
| Pest control: | $ | |
| Landscaping: | $ | |
| Management: | $ | |
| Electricity: | $ | |
| Gas: | $ | |
| Water: | $ | |
| Trash disposal: | $ | |
| Supplies: | $ | |
| Advertising: | $ | |
| Other: | $ | |
| Other: | $ | |
| Other: | $ | |
| Other: | $ | |
| | Total Expenses: | $ See attached budget |
| | Net Income: | $ See attached budget |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                        Page 9        F 2081-2.1.MOTION.CASH.COLLATERAL

8. In addition to the expenses set forth in the proposed budget(s), the Debtor requests :

   a. ☒ to use Cash Collateral to pay quarterly fees to the United States trustee and to pay any required fees to the court;

   b. ☒ to deviate from the line item expenses in the proposed budget(s) by no more than ___10___ percent on both a line item and aggregate basis without the need to seek further order of the court;

   c. ☒ as some expenses, such as insurance, may not be required to be paid every month, to the extent that the amount allotted to a particular expense in a particular month is not used during that month, the Debtor requests permission to use that unused amount in subsequent months in payment of that particular expense for the duration of the period in which the Debtor is granted the use of Cash Collateral.

9. ☒ Other than as indicated herein, use of Cash Collateral is not intended to modify the rights of affected lienholders pursuant to the existing agreement between the lienholder(s) and the Debtor.

The Debtor requests that the court allow the use of the Cash Collateral pursuant to the terms of this Motion, the attached Memorandum of Points and Authorities (if any), and the proposed budget(s).

Date:  **May 16, 2023**

By: _____
Signature of Debtor or attorney for Debtor

Name:  **Michael Jay Berger**
Printed name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                          Page 10      **F 2081-2.1.MOTION.CASH.COLLATERAL**

## DECLARATION OF DEBTOR IN SUPPORT OF
## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

I, **Leslie Klein**, declare:

1. I am the Debtor in this bankruptcy case.
2. The facts asserted in this declaration are of my own personal knowledge.
3. I am the owner of the Collateral.
4. The use of Cash Collateral is necessary in this case because: I must be able to collect rents on the rental properties, and pay for their maintenance, tax, and insurance, in order to preserve the rental properties' value to the estate.

5. The value of the Collateral, the amounts of the claims secured by the respective liens thereon, and the equity in the Collateral, in Exhibits __1-3__ are true and correct.

6. To the extent that adequate protection is offered and/or required, I offer the forms of adequate protection indicated in the Motion.

7. The income and expenses listed in the proposed budget(s)are true and correct.

8. I propose to use Cash Collateral pursuant to the terms of the Motion, any Memorandum of Points and Authorities attached to the Motion, and the proposed budget(s).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| **May 16, 2023** | **Leslie Klein** | |
|---|---|---|
| Date | Printed Name | Signature |
| 5/16/2023 | LESLIE KLEIN | Leslie Klein |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                    Page 11        F 2081-2.1.MOTION.CASH.COLLATERAL

**EXHIBIT 1**

## 6 Month Projection Related To Cash Collateral Motion - Martel Ave. Property

| | May-23 | Jun-23 | Jul-23 | Aug-23 |
|---|---|---|---|---|
| **Martel Ave Income** | | | | |
| Martel Ave. Rental Income | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| **Martel Ave Expenses** | | | | |
| Adequate Protection Payment - Wilmington Savings Fund Society, FSB | $3,211.93 | $3,211.93 | $3,211.93 | $3,211.93 |
| Insurance | $266.10 | $266.10 | $266.10 | $266.10 |
| Property Tax | $1,821.97 | $1,821.97 | $1,821.97 | $1,821.97 |
| Property Maintenance | $200.00 | $200.00 | $200.00 | $200.00 |
| **Martel Ave Net Income** | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 2**

## 6 Month Projection Related To Cash Collateral Motion - Highland Drive Property

|  | May-23 | Jun-23 | Jul-23 | Aug-23 |
|---|---|---|---|---|
| **Highland Drive Income** |  |  |  |  |
| Highland Ave. | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| **Highland Drive Expenses** |  |  |  |  |
| Adequate Protection Payment - J.P. Morgan Mortgage Acquisition Corp. | $1,897.57 | $1,897.57 | $1,897.57 | $1,897.57 |
| Insurance | $325.22 | $325.22 | $325.22 | $325.22 |
| Property Tax | $1,577.21 | $1,577.21 | $1,577.21 | $1,577.21 |
| Property Maintenance | $200.00 | $200.00 | $200.00 | $200.00 |
| **Highland Drive Net Income** | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 3**

## 6 Month Projection Related To Cash Collateral Motion

| | May-23 | Jun-23 | Jul-23 | Aug-23 |
|---|---|---|---|---|
| **Poinsettia Place Income** | | | | |
| Poinsettia Place Rental Income | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| **Poinsettia Place Expenses** | | | | |
| Adequate Protection Payment -Ajax Mortgage Loan Trust 2021-D, by US Bank National Assoc. | $1,918.35 | $1,918.35 | $1,918.35 | $1,918.35 |
| Insurance | $116.00 | $116.00 | $116.00 | $116.00 |
| Property Tax | $765.65 | $765.65 | $765.65 | $765.65 |
| Property Maintenance | $200.00 | $200.00 | $200.00 | $200.00 |
| **Poinsettia Place Net Income** | $0.00 | $0.00 | $0.00 | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN
INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _
___5/16/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___5/16/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/16/2023_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Honorable Sandra Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/16/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Goe Forsythe & Hodges: Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
**Counsel for Erica Vago: Goe Forsythe & Hodges Robert P Goe**    kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com
**Interested Party: Alan G Tippie**    Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,
denise.walker@gmlaw.com
**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**    ch11ecf@aldridgepite.com,
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund: Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
**Interested Party: Dane W Exnowski**    dane.exnowski@mccalla.com,
bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**U.S. Trustee: Michael Jones**    michael.jones4@usdoj.gov
**U.S. Trustee: Ron Maroko**    ron.maroko@usdoj.gov
**Counsel for Ajax Mortgage: Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
**Subchapter V Trustee: Mark M Sharf (TR)**    mark@sharflaw.com,
C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Interested Party: Michael L Wachtell**    mwachtell@buchalter.com
**U.S. Bank: John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
**Counsel for Franklin Menlo: Paul P Young**    paul@cym.law, jaclyn@cym.law
**Counsel for First Amendment Wendriger Family Trust dated May 7, 1990: Clarisse Young**
youngshumaker@smcounsel.com, levern@smcounsel.com
**Interested Party: Roye Zur**    rzur@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com
**Interested Party: Gary Tokumori**    gtokumori@pmcos.com
**Counsel for Life Capital Group: Krikor J Meshefejian**    kjm@lnbyg.com
**Counsel for Robert & Esther Mermelstein: Baruch C Cohen**    bcc@BaruchCohenEsq.com,
paralegal@baruchcohenesq.com
**Counsel for A. Gestetner Family Trust: Michael I. Gottfried**    mgottfried@elkinskalt.com,
**Counsel for Erica and Joseph Vago: Brandon J Iskander**    biskander@goeforlaw.com,
kmurphy@goeforlaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

U.S. Trustee
Attn: Ron Maroko, Esq.
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

Subchapter V Trustee
Mark M. Sharf
6080 Center Drive #600
Los Angeles, CA 90045

**SECURED CREDITORS:**

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

Fay Servicing Llc
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

Toyota Motor Credit Corp.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

PO Box 9013
Addison, TX 75001 (Address from POC)

Ericka and Joseph Vago
c/o Brian Procel
Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401 (Address from POC)

Ericka and Joseph Vago
124 N. Highland Ave
Sherman Oaks, CA 91423

Fay Servicing LLC
Attn: Bankruptcy Dept
Po Box 809441
Chicago, IL 60680

U.S. Bank
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381

Fiore Racobs & Powers
c/o Palm Springs Country Club HOA
6820 Indiana Ave., Ste 140
Riverside, CA 92506

Gestetner Charitable Remainder Trus
c/o Andor Gestetner
1425 55th Street
Brooklyn, NY 11219

Los Angeles County Tax Collector
Bankruptcy Unit
PO Box 54110
Los Angeles, CA 90054-0027 (Address from POC)

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

Greenville, SC 29603

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025

## 20 LARGEST UNSECURED CREDITORS AND INTERESTED PARTIES:

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave Ste. 182
Valley Village, CA 91607

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
PO Box 673033
Dallas, TX 75267 (Address from POC)

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

California Bank & Trust
Po Box 711510
Santee, CA 92072

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chase Doe
143 S. Highland Drive
Los Angeles, CA 90036

Chase Mortgage
BK Department
Mail Code LA4 5555  700 Kansas Ln
Monroe, LA 71203

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los Angeles, CA 90067

Franklin Menlo, Trustee
c/o Paul P. Young & Chora Young & Manasserian
650 Sierra Madre Villa Ave. Ste. 304
Pasadena, CA 91107 (Address from POC)

Jacob Rummitz
315 N. Martel Avenue
Los Angeles, CA 90036

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071

Oldman, Cooley, and Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2408

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    F 9013-3.1.PROOF.SERVICE

Los Angeles, CA 90036

Sandra Layton
161 N. Poinsettia Place

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE