| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON<br>UNITED STATES TRUSTEE<br>MICHAEL JONES, SBN 271574<br>ASSISTANT UNITED STATES TRUSTEE<br>RON MAROKO, SBN 124770, TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, California 90017-5418<br>(213) 894-4520 telephone; (213) 894-2603 facsimile<br>ron.maroko@usdoj.gov<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* United States Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN,<br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion for order dismissing case (Doc 79) |
|---|---|

PLEASE TAKE NOTE that the order titled  Order directing the appointment of a chapter 11 trustee

was lodged on (*date*)  05/17/2023   and is attached.  This order relates to the motion which is docket number  79.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___05/17/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 SEE ATTACHED

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
 None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
 Judge's copy temporarily suspended under General Order 20-02, as updated by General Order 23-01

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/17/2023 | Ron Maroko | /s/ Ron Maroko |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 2   **F 9021-1.2.BK.NOTICE.LODGMENT**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
   Michael Jay Berger  (Debtor's counsel)   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
   Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
   Theron S Covey    tcovey@raslg.com, sferry@raslg.com
   Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
   Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
   Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
   Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
   Michael Jones    michael.jones4@usdoj.gov
   Ron Maroko    ron.maroko@usdoj.gov
   Steven M Mayer    smayer@mayerlawla.com
   Krikor J Meshefejian    kjm@lnbyg.com
   Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
   Mark M Sharf (TR)    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
   Nikko Salvatore Stevens    nicky@cym.law
   Alan G Tippie    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
   Gary Tokumori    gtokumori@pmcos.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Michael L Wachtell    mwachtell@buchalter.com
   John P. Ward    jward@attleseystorm.com, ezhang@attleseystorm.com
   Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
   Paul P Young    paul@cym.law, jaclyn@cym.law
   Roye Zur    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

   / / /

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F.9013-3.1.PROOF.OF.SERVICE**

# EXHIBIT "1"

# EXHIBIT "1"

PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770, TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No.: 2:23-bk-10990-SK<br>Chapter 11<br><br>ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br>Hearing Date: May 17, 2023<br>Time:        9:00 AM<br>Place:       Courtroom 1575 |

The Court heard judgment creditors Erica and Joseph Vago's ("Vago") motion for an order dismissing Leslie Klein's ("Debtor") chapter 11 case at the above date and time. Robert P. Goe appeared on behalf of movant Vago. Michael Jay Berger appeared on behalf of Debtors. Ron Maroko appeared on behalf of the United States Trustee. Other appearances were as noted in the record. The Court considered the motion, the responses to the motion, as well as argument from the parties present. For the reasons stated on the record, the Court found cause to grant the motion and determined that it was in the best interests of all creditors, under the circumstances of this case, that a chapter 11 trustee be appointed forthwith. Therefore, **GOOD CAUSE** appearing,

    **IT IS HEREBY ORDERED** that the United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     **IT IS FURTHER ORDERED** that the case management status conference in this Chapter 11 case is continued to August 9, 2023 at 8:30 AM in Courtroom 1575.

    **IT IS FURTHER ORDERED** that Debtor file his Monthly Operating Report for the month ending April 30, 2023 by May 21, 2023.

    **IT IS SO ORDERED**.

# # #

2