| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe – State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>**GOE FORSYTHE & HODGES LLP**<br>17701 Cowan Street, Bldg. D, Suite 210<br>Irvine, CA 92614<br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br>Email:        rgoe@goeforlaw.com<br>                    biskander@goeforlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Movant | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**MOTION TO DISALLOW DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)** |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING MOTION TO DISALLOW DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)</u> was lodged on (*date*) <u>May 17, 2023</u> and is attached.  This order relates to the motion which is docket number <u>71</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Wednesday, May 17, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11279711.doc** )
   A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Leslie Klein
- **Case Number**:  23-10990
- **Judge Initial**:  SK
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  71
- **On Date**:  05/17/2023 @ 01:55 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander - State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile: (949) 955-9437

Attorneys for Judgment Creditors Erica and Joseph Vago

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　Debtor, | Case No. 2:23-bk-10990-SK<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION TO DISALLOW DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)**<br><br>Date:　　May 17, 2023<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 1575<br>　　　　　U.S. Bankruptcy Court<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012 |

On May 17, 2023, at 10:00 a.m., the Court held a hearing regarding Erica and Joseph Vago's Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant to 11 U.S.C. § 522(q) [Docket No. 71] ("Motion"). Robert P. Goe of Goe Forsythe & Hodges LLP appeared on behalf of Movants Erica and Joseph Vago. Michael Jay Berger of the Law Offices of Michael Jay Berger appeared on behalf of Leslie Klein ("Debtor"). Other appearances were noted on the record.

1

1 | Based on the findings of facts and conclusions of law which were presented on the record at the hearing, the Court hereby ORDERS as follows:

    1. The Motion is granted.

    2. Pursuant to 11 U.S.C. § 522(q), the exemption asserted by the Debtor in the real property located at 322 N. June Street, Los Angeles, CA 90004 ("Property") is reduced to $189,050. All amounts claimed as an exemption in the Property in excess of $189,050 are disallowed.

    IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17701 Cowan Street, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 17, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 17, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Brian A. Procel  
PROCEL LAW PC  
401 Wilshire Blvd., 12th Floor  
Santa Monica, CA 90401

Nathan Talei  
Oldman, Sallus & Gold, L.L.P.  
16133 Ventura Blvd., PH-A  
Encino, CA 91436

Brett Wasserman  
Shumaker Mallory, LLP  
280 S. Beverly Dr., Ste. 505  
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 17, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Sandra R. Klein, USBC, 255 E. Temple Street, Ctrm 1575, Los Angeles, CA 90012
  (delivery suspended, as document under 25 pages)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 17, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**

**Mailing Information for Case 2:23-bk-10990-SK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jones**   michael.jones4@usdoj.gov
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Steven M Mayer**   smayer@mayerlawla.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Nikko Salvatore Stevens**   nicky@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com
- **John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, jaclyn@cym.law
- **Roye Zur**   rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 3                          **F 9021-1.2.BK.NOTICE.LODGMENT**