Robert P. Goe - State Bar No. 137019
Brandon J. Iskander - State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Judgment Creditors Erica and Joseph Vago

FILED & ENTERED

MAY 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

    Debtor,

Case No. 2:23-bk-10990-SK

Chapter 11 Proceeding

**ORDER GRANTING MOTION TO DISALLOW DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)**

Date:     May 17, 2023
Time:    9:00 a.m.
Place:    Courtroom 1575
          U.S. Bankruptcy Court
          255 E. Temple Street
          Los Angeles, CA 90012

On May 17, 2023, at 10:00 a.m., the Court held a hearing regarding Erica and Joseph Vago's (the Vagos) "Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant to 11 U.S.C. § 522(q)"(Motion).  Docket #71.  Leslie Klein (Klein) filed an "Opposition to Motion to Disallow Debtor's Claim of Homestead Exemption . . ." (Opposition).  Docket #106.  The Vagos filed a "Reply to Debtor's Opposition . . ." (Reply).  Docket #119.

      Appearances were noted on the record.

1

After considering the Motion, the Opposition, and the Reply, and based on the findings of facts and conclusions of law which were stated on the record at the hearing, the Court hereby ORDERS as follows:

1. The Motion is granted.

2. Pursuant to 11 U.S.C. § 522(q), the exemption asserted by the Debtor in the real property located at 322 N. June Street, Los Angeles, CA 90004 ("Property") is reduced to $189,050. All amounts claimed as an exemption in the Property in excess of $189,050 are disallowed.

IT IS SO ORDERED.

###

Date: May 17, 2023

Sandra R. Klein
United States Bankruptcy Judge