PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770, TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**FILED & ENTERED**

**MAY 17 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

              Debtor.

Case No.: 2:23-bk-10990-SK
Chapter 11

ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Hearing Date: May 17, 2023
Time:           9:00 AM
Place:          Courtroom 1575

The Court heard judgment creditors Erica and Joseph Vago's (the Vagos) "Motion for an Order Dismissing Leslie Klein's (Klein) Chapter 11 Case" at the above date and time. Docket #80. Appearances were as noted on the record.

     In response to the Motion, the U.S. Trustee (UST) filed a "Limited Opposition to Judgment Creditor Vago's Motion to Dismiss" (UST Opposition). Docket #98. Franklin H. Menlo, (Menlo) co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 (Menlo Trust) filed "The Menlo Trusts' Response to Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy" (Menlo Trust Response). Docket #99. Adi Vendriger, Co-Trustee and beneficiary of Creditor The First Amendment Trust Wendriger Family Dated May 7, 1990 (Wendriger Trust) filed "Response to Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case" (Wendriger Trust Response). Docket #100. Klein filed "Debtor's Opposition to Motion to Dismiss" (Klein Opposition). Docket #107. Creditors Robert & Esther Mermelstein (the Mermelsteins) filed a "Response of Robert & Esther Mermelstein to Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case" (Mermelstein Response). Docket #111. The Vagos filed an "Omnibus Reply in Support of Erica and Jospeh Vago's Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy

1

Case" (Reply). Docket #118. The Court considered the Motion, the UST Opposition, the Menlo Trust Response, the Wendriger Trust Response, the Klein Opposition, the Mermelstein Response, and the Reply, , as well as argument from the parties present. For the reasons stated on the record, the Court found cause to grant the motion and determined that it was in the best interests of all creditors, under the circumstances of this case, that a chapter 11 trustee be appointed forthwith. Therefore, **GOOD CAUSE** appearing,

**IT IS HEREBY ORDERED** that the United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

**IT IS FURTHER ORDERED** that the case management status conference in this Chapter 11 case is continued to August 9, 2023, at 8:30 AM in Courtroom 1575.

**IT IS FURTHER ORDERED** that Debtor shall file his Monthly Operating Report for the month ending April 30, 2023, by May 21, 2023.

**IT IS SO ORDERED**.

###

Date: May 17, 2023

Sandra R. Klein
United States Bankruptcy Judge

2