United States Bankruptcy Court
Central District of California

In re:  Case No. 23-10990-SK
Leslie Klein  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF amweingarten@venable.com lfcarter@venable.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Brandon J Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |

Case 2:23-bk-10990-SK    Doc 146    Filed 05/20/23    Entered 05/21/23 21:20:19    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young
    on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young
    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Mark M Sharf (TR)
    mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Michael Jones
    on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael Jay Berger
    on behalf of Plaintiff Leslie Klein michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Debtor Leslie Klein michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nicky@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nicky@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Steven M Mayer
    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Steven M Mayer
    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Theron S Covey
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 46

Robert P. Goe - State Bar No. 137019
Brandon J. Iskander - State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

**FILED & ENTERED**

MAY 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

Attorneys for Judgment Creditors Erica and Joseph Vago

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor, | Case No. 2:23-bk-10990-SK<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION TO DISALLOW DEBTOR'S CLAIM OF HOMESTEAD EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)**<br><br>Date:    May 17, 2023<br>Time:   9:00 a.m.<br>Place:   Courtroom 1575<br>            U.S. Bankruptcy Court<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On May 17, 2023, at 10:00 a.m., the Court held a hearing regarding Erica and Joseph Vago's (the Vagos) "Motion to Disallow Debtor's Claim of Homestead Exemption Pursuant to 11 U.S.C. § 522(q)"(Motion).  Docket #71.  Leslie Klein (Klein) filed an "Opposition to Motion to Disallow Debtor's Claim of Homestead Exemption . . ." (Opposition).  Docket #106.  The Vagos filed a "Reply to Debtor's Opposition . . ." (Reply).  Docket #119.

Appearances were noted on the record.

1

After considering the Motion, the Opposition, and the Reply, and based on the findings of facts and conclusions of law which were stated on the record at the hearing, the Court hereby ORDERS as follows:

1.    The Motion is granted.

2.    Pursuant to 11 U.S.C. § 522(q), the exemption asserted by the Debtor in the real property located at 322 N. June Street, Los Angeles, CA 90004 ("Property") is reduced to $189,050. All amounts claimed as an exemption in the Property in excess of $189,050 are disallowed.

IT IS SO ORDERED.

###

Date: May 17, 2023

Sandra R. Klein
United States Bankruptcy Judge

2