

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

## **TRANSCRIPT ORDER FORM**

CHAPTER 11.00

APPEAL? ☐ Yes ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Michael I. Gottfried          Attorney Bar# 146689

Law Firm: Elkins Kalt Weintraub Reuben Gartside LLP

Mailing Address: 10345 W. Olympic Blvd., Los Angeles, CA 90064

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): _____

Telephone: ( 310 ) 746-4400        E-mail: mgottfried@elkinskalt.com

Bankruptcy Case #: 2:23-bk-10990-SK        Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 5/17/2023    Time: 10:00 am

Debtor: Leslie Klein

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: S. Klein                    Courtroom #: LA 1575

**TRANSCRIBER:** Ben Hyatt            **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)  ☐ 3 Days        ☒ Entire Hearing
☐ 14 Days          ☐ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days                        ☐ Testimony of Witness _____
                                ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____Division:_____Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*