| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger, SBN 100291<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>E-Mail: michael.berger@bankruptcypower.com | |
| Attorney for: | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Leslie Klein<br><br><br><br><br>                                    Debtor(s). | CASE NO.:2:23-bk-10990-SK<br><br>ADVERSARY NO:<br>(if applicable)<br><br>CHAPTER: 11 |
|---|---|
| <br>        vs.<br><br><br><br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | <br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.    The name(s) of the party(ies) making this Substitution of Attorney (*specify*):  Leslie Klein

2.    The name, address, telephone number, and email address of the new attorney are (*specify*):

Eric Olson
EJOlsonLaw
100 W. Broadway, #990
Glendale, CA 91210
Tel: (626) 224-5619 or (818) 502-5600
E-Mail: eric@EJOlsonLaw.com

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

3.    New attorney hereby appears in the following matters: ☑ the bankruptcy case ☐ the adversary proceeding

4.    The new attorney is substituted as attorney of record in place instead of the present attorney (*Specify name of present attorney*):

Date: _____

_____
Signature of party
**Leslie Klein**
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: 5/22/2023

_____
Signature of present attorney

_____
Printed name of present attorney
**Michael Jay Berger**

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 5/22/23

_____
Signature of new attorney
**Eric Olson, Esq.**
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code
See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2014                                    Page 2                          F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th FL., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): SUBSTITUTION OF ATTORNEY will be served or
was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _
___5/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ____5/23/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _5/22/2023_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/23/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Goe Forsythe & Hodges: Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
**Counsel for Erica Vago: Goe Forsythe & Hodges Robert P Goe**   kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com
**Interested Party: Alan G Tippie**   Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,
denise.walker@gmlaw.com
**Debtor's Counsel: Michael Jay Berger**   michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Greg P Campbell**   ch11ecf@aldridgepite.com,
gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
**Counsel for Wilmington Savings Fund: Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
**Interested Party: Dane W Exnowski**   dane.exnowski@mccalla.com,
bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
**U.S. Trustee: Michael Jones**   michael.jones4@usdoj.gov
**U.S. Trustee: Ron Maroko**   ron.maroko@usdoj.gov
**Counsel for Ajax Mortgage: Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
**Subchapter V Trustee: Mark M Sharf (TR)**   mark@sharflaw.com,
C188@ecfcbis.com;sharf1000@gmail.com
**United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
**Interested Party: Michael L Wachtell**   mwachtell@buchalter.com
**U.S. Bank: John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
**Counsel for Franklin Menlo: Paul P Young**   paul@cym.law, jaclyn@cym.law
**Counsel for First Amendment Wendriger Family Trust dated May 7, 1990: Clarisse Young**
youngshumaker@smcounsel.com, levern@smcounsel.com
**Interested Party: Roye Zur**   rzur@elkinskalt.com,
cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com
**Interested Party: Gary Tokumori**   gtokumori@pmcos.com
**Counsel for Life Capital Group: Krikor J Meshefejian**   kjm@lnbyg.com
**Counsel for Robert & Esther Mermelstein: Baruch C Cohen**   bcc@BaruchCohenEsq.com,
paralegal@baruchcohenesq.com
**Counsel for A. Gestetner Family Trust: Michael I. Gottfried**   mgottfried@elkinskalt.com,
**Counsel for Erica and Joseph Vago: Brandon J Iskander**   biskander@goeforlaw.com,
kmurphy@goeforlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**