PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-5418
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

**FILED & ENTERED**

MAY 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LESLIE KLEIN,**<br><br>                    Debtor. | Case No.: 2:23-bk-10990-SK<br>Chapter 11<br><br>ORDER APPROVING APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br>Hearing Date:  NOT REQUIRED<br>Place:            Courtroom 1575 |

After a hearing on 5/17/23, the Court determined that there was cause to dismiss, convert, or appoint a Chapter 11 Trustee, and it was in the best interests of all creditors, under the circumstances of this case, that a Chapter 11 Trustee be appointed forthwith and entered an order directing the U.S. Trustee to appoint a Chapter 11 Trustee in this case. Docket #142.

//

//

//

//

//

//

//

//

//

The Court having considered the United States Trustee's Application For Order Approving Appointment Of Trustee And Fixing Bond ("Application"; Doc 154), and for good cause appearing,

IT IS HEREBY ORDERED that the Application is **GRANTED**.

IT IS FURTHER ORDERED that the appointment of the Bradley D. Sharp as Trustee by the United States Trustee is **APPROVED**.

IT IS SO ORDERED.

###

Date: May 24, 2023

Sandra R. Klein
United States Bankruptcy Judge