PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL JONES, State Bar No. 271574
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770, TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LESLIE KLEIN**,<br><br>　　　　　　　　Debtor. | Case No.: 2:23-bk-10990-SK<br>Chapter 11<br><br>NOTICE OF ACCEPTANCE OF APPOINTMENT BY CHAPTER 11 TRUSTEE |

Attached is the acceptance Bradley D. Sharp of his appointment as chapter 11 trustee in the above captioned case.

　　　　　　　　　　　　　　　　PETER C. ANDERSON
　　　　　　　　　　　　　　　　United States Trustee

　　　　　　　　　　　By:　　  /s Ron Maroko
　　　　　　　　　　　　　　　　Ron Maroko
　　　　　　　　　　　　　　　　ATTORNEY FOR THE UNITED STATES TRUSTEE

Bradley D. Sharp
Development Specialists, Inc.
333 South Grand Avenue
Suite 4100
Los Angeles, California  90071-1524
Telephone: (213) 617-2717
Facsimile: (213) 617-2718

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>      Debtor. | Case No: 2:23-bk-09990-SK<br><br>Chapter 11<br><br>ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE<br><br>[NO HEARING REQUIRED] |

 I, Bradley D. Sharp, proposed Chapter 11 Trustee hereby accept my appointment in the above-mentioned case.

May 23, 2023.

                       _____
                        BRADLEY D. SHARP