United States Bankruptcy Court

Central District of California

In re:                                                                                                                      Case No. 23-10990-SK

Leslie Klein                                                                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: May 24, 2023      Form ID: pdf042      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |
| aty | + Eric J Olson, EJOlson Law, 100 W Broadway #990, Glendale, CA 91210-1233 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie
     on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
     atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
     on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Baruch C Cohen
     on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
     on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Bradley D. Sharp (TR)
     bsharp@dsi.biz

Brandon J Iskander

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: May 24, 2023 | Form ID: pdf042 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Erica Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Brandon J Iskander | |
| | on behalf of Creditor Joseph Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Clarisse Young | |
| | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com |
| Dane W Exnowski | |
| | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Gary Tokumori | |
| | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| John P. Ward | |
| | on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| Joshua L Scheer | |
| | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Krikor J Meshefejian | |
| | on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | |
| | mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |
| Michael Jones | |
| | on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov |
| Michael I. Gottfried | |
| | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael Jay Berger | |
| | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | |
| | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com |
| Nikko Salvatore Stevens | |
| | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law |
| Nikko Salvatore Stevens | |
| | on behalf of Creditor Franklin Menlo nikko@cym.law |
| Paul P Young | |
| | on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law |
| Paul P Young | |
| | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law |
| Paul P Young | |
| | on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law |
| Reem J Bello | |
| | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 24, 2023 | Form ID: pdf042 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 46

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  MICHAEL JONES, State Bar No. 271574
    ASSISTANT UNITED STATES TRUSTEE
 3  RON MAROKO, State Bar No. 124770
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Boulevard, Suite 1850
 5  Los Angeles, California 90017-5418
    (213) 894-4520 telephone; (213) 894-2603 facsimile
 6  Email: ron.maroko@usdoj.gov
```

**FILED & ENTERED**

**MAY 24 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may        DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-10990-SK |
| | Chapter 11 |
| **LESLIE KLEIN,** | |
| | ORDER APPROVING APPOINTMENT OF |
| Debtor. | A CHAPTER 11 TRUSTEE |
| | |
| | Hearing Date: NOT REQUIRED |
| | Place:   Courtroom 1575 |

After a hearing on 5/17/23, the Court determined that there was cause to dismiss, convert, or appoint a Chapter 11 Trustee, and it was in the best interests of all creditors, under the circumstances of this case, that a Chapter 11 Trustee be appointed forthwith and entered an order directing the U.S. Trustee to appoint a Chapter 11 Trustee in this case.  Docket #142.

//

//

//

//

//

//

//

//

//

    The Court having considered the United States Trustee's Application For Order Approving Appointment Of Trustee And Fixing Bond ("Application"; Doc 154), and for good cause appearing,

    IT IS HEREBY ORDERED that the Application is **GRANTED**.

    IT IS FURTHER ORDERED that the appointment of the Bradley D. Sharp as Trustee by the United States Trustee is **APPROVED**.

IT IS SO ORDERED.

                                      ###

Date: May 24, 2023

Sandra R. Klein
United States Bankruptcy Judge