Bradley D. Sharp
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 631-5295
E-mail: bsharp@dsiconsulting.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> LESLIE KLEIN, <br><br> Debtor. | Case No.: 2:23-bk-10990-SK <br><br> Chapter 11 <br><br> **CHAPTER 11 TRUSTEE BOND OF BRADLEY D. SHARP (Bond No. 107808291) in the sum of $100,000.00, issued by Travelers Casualty and Surety Company of America)** <br><br> [NO HEARING SET] |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:349338.1 78512/001

Bond #107808291

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE  Central  DISTRICT OF  California

**BANKRUPTCY BOND**
Bradley D. Sharp of DSI as Chapter 11 Trustee

IN THE MATTER OF

Leslie Klein

Debtor

Proceeding No. 2:23-bk-10990-SK
Chapter No. 11  of U.S.C. Title 11

KNOW ALL BY THESE PRESENTS, That we, Bradley D. Sharp of DSI as Chapter 11 Trustee of Leslie Klein, as Principal, and Travelers Casualty and Surety Company of America, a corporation created and existing under the laws of the State of Connecticut, with an office located in Naperville, Illinois 60563 as Surety, are held and firmly bound unto the United States of America in the sum of One Hundred Thousand and NO/100-------- Dollars ($ 100,000.00 ), Dollars, in lawful money of the United States, to be paid to the said United States, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, jointly and severally, by these presents.

THE CONDITION OF THE OBLIGATION IS SUCH, That WHEREAS, under and in accordance with U.S.C. Title 11 and the Bankruptcy Rules, the above named Principal was appointed Trustee on the 23rd day of May 2023, by the United States Trustee or the United States Bankruptcy Court in the case pending in the said Court, wherein Bradley D. Sharp of DSI as Chapter 11 Trustee is the Debtor, and has accepted said trust with all the duties and obligations pertaining thereto.

NOW, THEREFORE, if the said Principal shall obey such orders as the Bankruptcy Court or any Bankruptcy Judge of such Court may make in relation to said trust, and shall faithfully and truly account for all the monies, assets, and effects of the estate of the said Debtor which shall come into his or her hands and possession, and shall in all respects faithfully perform all his or her official duties, then this obligation to be void; otherwise to remain in full force and effect.

The Surety may cancel this bond and thereby be relieved of all further liability hereunder by giving sixty (60) days written notice to the Clerk of the Bankruptcy Court and the United States Trustee for the District of California. Such cancellation shall not release Surety from any liability incurred prior to its effective date.

Signed and sealed, this 25th day of May, 2023.

Travelers Casualty and Surety Company of America

By _____
James E. McNichols, Attorney-in-Fact

State of Illinois
County of Will

On this 25th day of May, 2023 before me personally appeared James E. McNichols known to me to be the Attorney-in-Fact of Travelers Casualty and Surety Company of America, the corporation that executed the within instrument and acknowledged to me that such corporation executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this certificate first written above.

_____
(Notary Public)

Brenda K. Pichler

"OFFICIAL SEAL"
BRENDA K PICHLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/14/2026



**Travelers Casualty and Surety Company of America
Travelers Casualty and Surety Company
St. Paul Fire and Marine Insurance Company**

### POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **James E. McNichols** of **WESTCHESTER**, **Illinois**, their true and lawful Attorney-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **17th** day of **January, 2019**.

  

State of Connecticut
City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **17th** day of **January, 2019**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of **said Companies** by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.
My Commission expires the **30th** day of **June, 2021**

_____
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this **25th** day of **May, 2023**.

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney-in-Fact and the details of the bond to which this Power of Attorney is attached.*