| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Former Attorney for:* Leslie Klein | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 05 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** milano    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☐ **No Hearing: LBR 9013-1(o)(3)**<br>☒ **Hearing Information:**<br><br>DATE: May 17, 2023<br>TIME: 9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: **Michael Jay Berger** (General Counsel) effective on **2/22/2023.**

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL

    b.    General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.    ☐ The Motion is denied.

4.    ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5.    ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.    ☒ Other: The unearned pre-petition and post-petition retainers received by the Applicant will be kept in Applicant's client trust account until further order of this Court. At this time no draw down of the funds is authorized.

###

Date: June 5, 2023

*Sandra R. Klein*
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 2                    F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL