United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf042 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |
| aty | + | Eric J Olson, EJOlson Law, 100 W Broadway #990, Glendale, CA 91210-1233 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

**Name            Email Address**

Alan G Tippie
   on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
   atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
   on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Baruch C Cohen
   on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
   on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Bradley D. Sharp (TR)
   bsharp@dsi.biz

Brandon J Iskander

Case 2:23-bk-10990-SK    Doc 169    Filed 06/07/23    Entered 06/07/23 21:19:00    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf042 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | |
| | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brian A Procel | |
| | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | |
| | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | |
| | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Gary Tokumori | |
| | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | |
| | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey W Dulberg | |
| | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| John P. Ward | |
| | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| Joshua L Scheer | |
| | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Krikor J Meshefejian | |
| | on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | |
| | mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |
| Michael Jones | |
| | on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov |
| Michael I. Gottfried | |
| | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael Jay Berger | |
| | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | |
| | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com |
| Nikko Salvatore Stevens | |
| | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law |
| Nikko Salvatore Stevens | |
| | on behalf of Creditor Franklin Menlo nikko@cym.law |
| Paul P Young | |
| | on behalf of Creditor Franklin Menlo paul@cym.law jaclyn@cym.law |
| Paul P Young | |
| | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law |
| Paul P Young | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf042 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law |
| Reem J Bello | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 49

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com | **FILED & ENTERED**<br><br>**JUN 05 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** milano **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Former Attorney for:* Leslie Klein | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Leslie Klein, | CASE NO.: 2:23-bk-10990-SK |
|---|---|
| | CHAPTER: 11 |
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☐ No Hearing: LBR 9013-1(o)(3)<br>☒ Hearing Information:<br>DATE: May 17, 2023<br>TIME: 9:00 a.m.<br>COURTROOM: 1575<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |
| Debtor. | |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

a.    ☒    The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: **Michael Jay Berger** (General Counsel) effective on **2/22/2023.**

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 1                    **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**

    b.   General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.   ☐ The Motion is denied.

4.   ☐   Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5.   ☐   General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.   ☒   Other: The unearned pre-petition and post-petition retainers received by the Applicant will be kept in Applicant's client trust account until further order of this Court. At this time no draw down of the funds is authorized.

###

Date: June 5, 2023

*[Signature]*

Sandra R. Klein
United States Bankruptcy Judge

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.