Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp,
Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>        Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**[Relates to Docket Nos. 174 and 184]**<br><br>Date: July 12, 2023<br>Time: 8:30 a.m.<br>Place: Courtroom 1575<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

   Bradley D. Sharp (the "Trustee"), the duly appointed trustee for the chapter 11 estate of

Leslie Klein (the "Debtor"), and NewRez LLC dba Shellpoint Mortgage Servicing, as servicer for

J.P. Morgan Mortgage Acquisition Corp. ("Movant," and together with the Trustee, the "Parties"),

by and through their respective attorneys, agree and stipulate to the following:

### RECITALS

   A.  The Debtor commenced a voluntary chapter 11 case on February 22, 2023.  On

March 10, 2023, the Office of the United States Trustee (the "UST") filed a statement regarding the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

Debtor's failure to comply with various requirements under the Bankruptcy Code, Bankruptcy Rules, and certain notices and guidelines promulgated by the UST. [Docket No. 42].

B.      On May 23, 2023, the UST filed a notice appointing the Trustee as the chapter 11 trustee of the Debtor's chapter 11 case. [Docket No. 151].

C.      On May 24, 2023, the UST filed an application for an order approving the appointment of Mr. Sharp as the Trustee. [Docket No. 154].

D.      On May 24, 2023, the Court entered an order approving the appointment of Mr. Sharp as the Trustee. [Docket No. 155].

E.      On May 24, 2023, Mr. Sharp accepted his appointment as Trustee. [Docket No. 156].

F.      The Debtor owns real property located at 143 S. Highland, Los Angeles, California (the "Property") which is therefore an asset of the estate. [Docket No. 70 at Pt. 1.3]

G.      On June 14, 2023, Movant filed the Motion Seeking Relief from the Automatic Stay (the "Stay Motion") so that it can foreclose against the Property due to the Debtor's failure to make timely payments under the applicable loan documents. [Docket No. 174].

H.      On June 28, 2023, counsel for the Trustee filed the Chapter 11 Trustee's Response to the Motion for Relief from the Automatic Stay Under 11 U.S.C. §362 [Docket No. 184] (the "Response") where the Trustee seeks to continue the hearing on the Stay Motion so that he can engage a real estate broker to market and sell the Property.

I.      After filing the Response, the Trustee and Movant agreed that the Stay Motion be continued so that the Trustee can engage a real estate broker who can market and sell the Property. The proceeds of any sale would be used to pay off the valid claims asserted by Movant and the excess proceeds would be paid into the Debtor's estate for the Trustee to administer.

J.      The Parties recognize and agree that, in the interests of judicial economy, the hearing on the Stay Motion should be continued for a period of no less than four (4) months to allow the Trustee sufficient opportunity to market and sell the Property for the benefit of Movant and all other creditors of this estate, thereby potentially obviating the need for the Court to adjudicate the Stay Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

1    **NOW THEREFORE,** the Parties have conferred and stipulate as follows:

2                                            <u>**STIPULATION**</u>

3          1.        For the reasons set forth herein, the hearing on the Stay Motion shall be continued for

4    a period of no less than four (4) months from entry of an order approving this Stipulation.

5          2.        The Parties may extend the continuation of the hearing on the Stay Motion by filing a

6    stipulation with the Court and uploading a proposed order.

7          3.        If at the conclusion of the four (4) month continuation Movant no longer consents to

8    the continuation of the Stay Motion Movant may file a notice setting the Stay Motion for a new

9    hearing on regular notice.

10         **IN WITNESS WHEREOF**, counsel for the Trustee and Movant have executed this

11   Stipulation as of the dates set forth below.

12

13   Dated:    July 7, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

14

15                                            By: _____/s/ John W. Lucas_____
                                                  John W. Lucas

16                                            [Proposed Counsel] to Bradley D. Sharp,
                                              Chapter 11 Trustee

17   Dated:    July 7, 2023                    BONIAL & ASSOCIATES, P.C.

18

19                                            By: _____/s/ Kristen Martinez_____
                                                  Austin Nagel
20                                                Kirsten Martinez

21                                            Attorneys for Movant New Rez LLC dba
                                              Shellpoint Mortgage Servicing as servicer for
22                                            J.P. Morgan Mortgage Acquisition

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CA

DOCS_LA:349981.4

**NOW THEREFORE,** the Parties have conferred and stipulate as follows:

## STIPULATION

1.      For the reasons set forth herein, the hearing on the Stay Motion shall be continued for a period of no less than four (4) months from entry of an order approving this Stipulation.

2.      The Parties may extend the continuation of the hearing on the Stay Motion by filing a stipulation with the Court and uploading a proposed order.

3.      If at the conclusion of the four (4) month continuation Movant no longer consents to the continuation of the Stay Motion Movant may file a notice setting the Stay Motion for a new hearing on regular notice.

**IN WITNESS WHEREOF,** counsel for the Trustee and Movant have executed this Stipulation as of the dates set forth below.

Dated:  July _7_, 2023                   PACHULSKI STANG ZIEHL & JONES LLP

By   _____
John W. Lucas

[Proposed Counsel] to Bradley D. Sharp,
Chapter 11 Trustee

Dated:  July 7, 2023                   BONIAL & ASSOCIATES, P.C.

By   _____
Austin Nagel
Kirsten Martinez

Attorneys for Movant New Rez LLC dba Shellpoint
Mortgage Servicing as servicer for J.P. Morgan
Mortgage Acquisition

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **STIPULATION TO CONTINUE
HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 36**2
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**July 7, 2023**I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **July 7, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2023 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:349981.4 78512/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com; michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Eric J Olson**    eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com; lwageman@elkinskalt.com; 1648609420@filings.docketbird.com

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Nikko S. Stevens<br>CHORA YOUNG & MANASSERIAN LLP<br>650 Sierra Madre Villa Ave., Ste. 304<br>Pasadena, CA 91107 | Joshua L. Scheer<br>Scheer Law Group, LLP<br>85 Argonaut, Suite 202<br>Aliso Viejo, CA 92656 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349981.4 78512/001

Eric J. Olson
EJ Olson Law
301 E. Colorado Blvd., Ste. 520
Pasadena, CA 91101

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Brett Wasserman
Shumaker Mallory, LLP
280 S. Beverly Dr., Ste. 505
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349981.4 78512/001