| Attorney or Party Name, Address, Telephone & FAX Nos. | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (State Bar No. 181200)<br>John W. Lucas (State Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067-4003<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br>E-mail:jdulberg@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>[Proposed] Counsel to Bradley D. Sharp, Chapter 11<br>Trustee<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

</div>

| In re:<br><br>LESLIE KLEIN,<br><br><br><br>Debtor(s). | CASE NO.:  2:23-bk-10990-SK<br><br>CHAPTER:  11<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*):   6/20/2023    Movant(s) filed a motion or application (Motion) entitled:  Chapter 11 Trustee's Application to Employ Development Specialists, Inc. a Forensic Accountant Effective as of May 23, 2023; Declaration of Nicholas Troszak In Support Thereof [Docket No. 179].

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 6/20/2023    Movant(s), served a copy of ☐ the notice of motion or ☒the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than  17    days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no objection and request for hearing was timely filed.

8. No objection and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 7/13/2023

_/s/ John W. Lucas_
Signature

John W. Lucas
Printed name

Jeffrey N. Pomerantz (State Bar No. 143717)
Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
       jdulberg@pszjlaw.com
       jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re:<br><br>LESLIE KLEIN,<br><br><div align="center">Debtor.</div> | Case No.  Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**NOTICE OF FILING OF APPLICATION TO EMPLOY DEVELOPMENT SPECIALISTS, INC. AS FORENSIC ACCOUNTANT EFFECTIVE MAY 23, 2023**<br><br>[Relates to Docket No. 179]<br><br>[No Hearing Required] |
|---|---|

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case (the "Case") of Leslie Klein (the "Debtor" or "Klein"), has filed its application (the "Application") [Docket No. 179] to employ Development Specialists, Inc. as forensic accountant ("DSI"), effective as of May 23, 2023, to perform the following services that will include:

- analyzing the books and records of the Debtor to investigate the status and values of assets of the Estate;

- assisting in the identification of possible causes of action and support of any litigation brought by the Trustee;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

- reconstructing financial transactions of the Debtor;

- analyzing and liquidating claims against the Estate; and

- performing other accounting and consulting services as required by the Trustee.

**P**LEASE TAKE FURTHER NOTICE that subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee Guidelines, and this Court's rules, DSI requests that its customary hourly rates in effect from time to time be utilized to reimburse DSI according to its customary reimbursement policies. The professionals presently designated to represent the Trustee and their current standard hourly rates are:

| | |
|---|---|
| Eric Held, *Senior Managing Director* | $600 per hour |
| Nicholas Troszak, *Managing Director* | $600 per hour |
| Spencer Ferrero, *Director* | $450 per hour |
| Rowen Dizon, *Associate* | $275 per hour |

**PLEASE TAKE FURTHER NOTICE** that DSI has not received any retainer in connection with this case and it is contemplated that DSI may seek interim compensation during the case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. DSI understands that its compensation in the case is subject to the prior approval of the Court. No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 2014-1(b), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served upon proposed counsel to the Trustee and the United States Trustee, no later than fourteen days from the date of service of this notice. A copy of the Application may be obtained by contacting Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 13th Floor,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

Los Angeles, CA 90067, Telephone: (310) 277-6910, Facsimile (310) 201-0760, email:

bdassa@pszjlaw.com.

Dated:        June 20, 2023                        PACHULSKI STANG ZIEHL & JONES  LLP

                                                    By        /s/ *Jeffrey W. Dulberg*
                                                              Jeffrey W. Dulberg

                                                              [Proposed] Counsel to Bradley D. Sharp,
                                                              Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF FILING OF APPLICATION TO EMPLOY DEVELOPMENT SPECIALISTS, INC. AS FORENSIC ACCOUNTANT EFFECTIVE MAY 23, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 20, 2023 | Nancy H. Brown | /s/ Nancy H. Brown |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349683.4 78512/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nikko S. Stevens
CHORA YOUNG & MANASSERIAN LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

Joshua L. Scheer
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656

Eric J Olson
EJOlson Law
100 W Broadway #990
Glendale, CA 91210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:349683.4 78512/001

**F 9013-3.1.PROOF.SERVICE**

Jeffrey N. Pomerantz (State Bar No. 143717)
Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jpomerantz@pszjlaw.com
         jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No.: 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY DEVELOPMENT SPECIALISTS, INC. AS FORENSIC ACCOUNTANT EFFECTIVE MAY 23, 2023; DECLARATION OF NICHOLAS TROSZAK IN SUPPORT THEREOF** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)] |

Bradley D. Sharp, the duly appointed chapter 11 trustee (the "Trustee" or "Applicant") of the bankruptcy estate (the "Estate") of Leslie Klein (the "Debtor"), hereby seeks authority to employ Development Specialists, Inc. ("DSI") as his forensic accountant, effective May 23, 2023. The Trustee serves as both the President and Chief Executive Officer of DSI.

This Application is brought pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), Federal Rule of Bankruptcy Procedure 2014, and Local Bankruptcy Rule 2014-1. In support of the Application, the Trustee respectfully represents as follows:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# I.
# BACKGROUND

On February 22, 2023, the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code.

On April 24, 2023, creditors Erica and Joseph Vago filed a *Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case* (the "Motion to Dismiss") [Docket No. 79].

On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court ruled that the appointment of a chapter 11 trustee, and not dismissal of the case, was in the best interests of the estate.

On May 23, 2023, the UST filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as chapter 11 Trustee (the "Trustee").

On May 24, 2023, the UST Filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No. 155]. On that same day, the Trustee accepted his appointment [Docket No. 156].

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

# II.
# RELIEF REQUESTED

The Trustee seeks to retain DSI as his forensic accountants on the terms and conditions as set forth in the Application. The professional services that DSI will render to the Trustee may include, but are not limited to, the following:

    a.    analyzing the books and records of the Debtor to investigate the status and values of assets of the Estate;

    b.    assisting in the identification of possible causes of action and support of any litigation brought by the Trustee;

    c.    reconstructing financial transactions of the Debtor;

    d.    analyzing and liquidating claims against the Estate; and

    e.    performing other accounting and consulting services as required by the Trustee.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Trustee is informed and believes DSI's professionals have on many occasions performed similar services to the ones required in this case for numerous debtors, trustees, receivers, examiners and creditors' committees in other non-related cases under receivership, bankruptcy and other insolvency proceedings in the State of California and elsewhere. In addition, DSI's professionals have experience working on cases with similar fact scenarios in which they were presented with issues and performed analyses similar to the work at hand in this case. Therefore, the Trustee believes that DSI is well qualified to assist with regard to the above-referenced matters. The employment of DSI as forensic accountants for the Trustee would be economical and in the best interest of the Estate and its creditors, and will greatly assist the Trustee in carrying out his duties in an efficient and effective matter.

The resumes of the professionals anticipated to have primary responsibility for this Estate are attached as **Exhibit "A"** to the Declaration of Nicholas R. Troszak (the "Troszak Declaration").

### III.
### DISINTERESTEDNESS

Based on the Troszak Declaration, DSI is disinterested with respect to the Debtor, creditors of the Estate, or any other party in interest, as that term is defined in 11 U.S.C. § 101(14).

DSI has no connection or relationship with any bankruptcy judge.  Additionally, except with respect to certain other bankruptcy engagements where a DSI consultant acts as a trustee of a debtor, or engagements where DSI provides consulting services to a trustee of a debtor, DSI has no connection or relationship with the Office of the United States Trustee or any person employed in the Office of the United States Trustee.

### IV.
### COMPENSATION

DSI has not received, and shall not receive, a retainer from the Trustee for its services.  DSI has no agreement to share any compensation to be awarded in these cases with any other person. The Trustee shall review and make final adjustments of all compensation and expenses requested by DSI before this court and as permitted under 11 U.S.C. §§ 330 and 331.

The Trustee is informed and believes that DSI's hourly rates are comparable to other firms in the Central District of California area offering comparable services.  DSI adjusts its billing rates

annually based on the normal increases DSI charges all of its clients.  The normal hourly rates currently in effect for DSI personnel who are likely to work on this matter are reflected on **Exhibit "B"** attached to the Troszak Declaration. Various levels of professionals and paraprofessionals will be utilized to ensure that billing rates are in line with the level of responsibility and specialization of tasks.

Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or otherwise ordered by the Court. Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule 9013-1(f) and must be filed with the Court and served upon the Trustee, his proposed counsel, and the United States Trustee no later than fourteen (14) days from the date of service of notice of the filing of the Application.

Notice of filing of this Application was provided to the Office of the United States Trustee and all parties who filed and served a request for special notice as of the date of service of the Notice.

Due to the nature of the services to be performed and the qualifications of DSI, the Trustee believes that it is appropriate and in the best interest of the Estate and that the Court approve DSI's employment effective May 23, 2023.

Dated:  June 19, 2023          Respectfully submitted,

Bradley D. Sharp
Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# DECLARATION OF NICHOLAS R. TROSZAK

I, Nicholas R. Troszak, declare:

1.     I am a Managing Director at Development Specialists, Inc. ("DSI" or the "Firm").  I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to these facts, except where matters are stated on information and belief, and as to these facts, I am informed and believe that they are true.

2.     I make this declaration in support of the application (the "Application") filed by Bradley D. Sharp, Chapter 11 Trustee (the "Trustee") of the estate of Leslie Klein ("Klein" or the "Debtor"), to employ DSI as his forensic accountant, effective May 23, 2023.

3.     The name, address, telephone number, and facsimile number of the Firm are as follows:

> Development Specialists, Inc.
> 333 South Grand Avenue
> Suite 4100
> Los Angeles, CA 90071
> Telephone:  (213) 617-2717
> Facsimile:  (213) 617-2718

4.     The professional services that DSI will render to the Trustee may include, but are not limited to, the following:

> a.     analyzing the books and records of the Debtor to investigate the status and values of assets of the Estate;
>
> b.     assisting in the identification of possible causes of action and support of any litigation brought by the Trustee;
>
> c.     reconstructing financial transactions of the Debtor;
>
> d.     analyzing and liquidating claims against the Estate; and
>
> e.     performing other accounting and consulting services as required by the Trustee.

5.     In connection with the proposed retention of DSI as forensic accountant in this case, DSI has been provided a list of the Debtor's creditors and other persons identified as parties in interest in the Debtor's bankruptcy case (the "Conflicts Search List").  Under my supervision, DSI has processed the Debtor's names, and the names of the creditors and other potentially interested parties through DSI's conflicts check system and has reviewed the results of that processing.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6.      Based on the process referred to in paragraph 5 above, to the best of my knowledge, information and belief, I am informed and believe that:

a.      DSI has no previous contact or ties with the Debtor;

b.      DSI does not provide services to any party on the Conflicts Search List;

c.      DSI is not a creditor, an equity security holder, or an insider of the Debtor;

d.      DSI is not and was not an investment banker for any outstanding security of the Debtor;

e.      DSI was not, within three years before the Petition Date, an investment banker for a security of the Debtor, or an accountant or consultant to such an investment banker in connection with the offer, sale or issuance of any security of the Debtor;

f.      DSI is not and was not, within two years before the Petition Date, a director, officer, or employee of the Debtor or of an investment banker of the Debtor;

g.      DSI does not have an interest materially adverse to the interest of the Debtor or of any class of creditors or equity security holders by reason of any direct or indirect relationship with, connection with, or interest in, the Debtor or any investment banker, or for any other reason;

h.      Except with respect to certain other bankruptcy engagements where a DSI consultant acts as a trustee of a debtor or as a consultant to a trustee of a debtor, DSI has no connection with the United States Trustee or persons employed in the Office of the United States Trustee; and

i.      DSI was not owed any sums by the Debtor for services rendered and costs advanced on behalf of the Debtor prior to the Petition Date.

7.      I am unaware of DSI currently providing  consulting services or any other services to those parties listed on the Conflicts Search List, or other creditors or parties-in-interest in the Debtor's bankruptcy cases unrelated to any matter involving this bankruptcy case.  However, Levene Neale Bender Yoo & Golubchik LLP, who represents Life Capital Group, LLC, an interested party of the Debtor, has represented other individuals at DSI, as receiver in an unrelated matter and as assignees, in unrelated assignment for the benefit of creditors matters.  To the best of my knowledge, none of those prior and current engagements or other dealings makes DSI an interested person under the bankruptcy laws.  If DSI subsequently identifies a creditor or other party-in-interest of the

Debtor's bankruptcy Estate that DSI has or is providing consulting services to in connection with this bankruptcy matter, such information will be promptly disclosed in writing to the Court and to the Office of the United States Trustee.

8. DSI serves as a fiduciary, accountants and financial advisors in other unrelated bankruptcy cases in which the Trustee is or may be involved. Such connections do not give DSI an adverse interest to the Debtor and do not affect DSI's "disinterestedness" as required by section 327 of the Bankruptcy Code.

9. DSI is currently employed in unrelated cases, including bankruptcy cases, as expert witnesses and/or consultants for which other counsel associated with this case may be involved. I believe that such connections do not give DSI an adverse interest to the Debtor and do not affect DSI's "disinterestedness" as required by Bankruptcy Code section 327.

10. Resumes of the DSI professionals expected to have primary responsibility for this case are attached as **Exhibit "A"**.

11. The hourly rates of DSI professionals likely to work on this case are set forth in detail on **Exhibit "B"** attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on June 19, 2023 at Camarillo, California.

Nicholas R. Troszak
Managing Director
Development Specialists, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# Exhibit A

**DSI** Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

## Eric J. Held, Senior Managing Director

Mr. Eric Held has 20 years of investment banking, private equity and turnaround consulting experience and has been with DSI's Los Angeles office since 2009. During his tenure with DSI, Mr. Held has been involved in a number of significant bankruptcy proceedings, general assignments for the benefit of creditors, and engagements as expert witness and financial advisor to fiduciaries, investment firms, creditors and other clients across a broad range of industries.

### Notable Assignments at DSI and Predecessor Firms
- Expert Witness (Cramdown Interest Rate) – In re Capitol Station 65, LLC
- Expert Witness (Corporate Governance) – D. Stephen Sorensen vs. New Koosharem Corporation
- Financial Advisor – Beverly Hills Bancorp
- Financial Advisor – Direct Lending Investments, LLC
- Financial Advisor – Gryphon Investors
- Financial Advisor – Namco Capital Group, Inc.
- Financial Advisor – Variant Holding Company
- Financial Advisor – Woodbridge Group of Companies, LLC

### Employment History
Prior to joining DSI, Mr. Held consulted on numerous capital raising, corporate advisory and turnaround engagements. Such transactions include serving as a financial advisor to the unsecured creditors committee in the Chapter 11 bankruptcy of Advantage Rent-A-Car and advising Dana Corporation and Dura Automotive Systems on their Chapter 11 reorganizations.

Prior to that, Mr. Held was an Associate at GESD Capital Partners, a $250 million private equity firm focused on investing in middle-market consumer, manufacturing and business services companies. While there, he pursued new acquisition opportunities and assisted in the successful turnarounds of portfolio companies. Mr. Held was also an Associate in the investment banking division of Citigroup Global Markets, where he advised private equity firms and consumer clients, closing on over $10 billion in M&A transactions and capital market offerings.

### Education
Master of Business Administration, Strategic Management and Entrepreneurship, The University of Chicago Booth School of Business (2008)

Bachelor of Science, Business Administration, California Polytechnic State University, San Luis Obispo (2000)

### Certifications
Certified Insolvency and Restructuring Advisor
Certified Fraud Examiner

**DSI** Development Specialists, Inc.
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Nicholas R. Troszak, Managing Director

## Summary

Nick Troszak is a Managing Director in DSI's Los Angeles office with over 15 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Troszak has served in numerous bankruptcy and insolvency matters, including court appointments as accountant to the trustee, accountant to the liquidating estate manager, accountant to the debtor, and financial advisor to the official committee of unsecured creditors. He has advised trustees in operating Chapter 11 companies, developing cash-flow projections, budgeting, and managing other day-to-day accounting activities. His experience includes the investigation of alleged insider dealings, investigation and pursuit of preferences, fraudulent transfers and other causes of action, tracing of funds, financial data reconstruction, liquidation analyses, plan preparation, solvency analyses, claims resolution, and liquidation of assets. He has testified before a federal grand jury regarding the debtor conducting and operating an alleged Ponzi scheme. He has also testified in federal bankruptcy court as to the accuracy of the debtor's financial records and accounting procedures.

## Notable Assignments at DSI and Predecessor Firms

Cedar Funding, Inc., Death Row Records, Inc., EPD Investment Co., Ezri Namvar / Namco Capital Group, Inc., Fuhu, Inc., Galleria USA, Inc., Girardi Keese, Girls Gone Wild, Mike Tyson, Reed Slatkin, Roman Catholic Bishop of San Diego, Solyndra, LLC, State Fish Company, Woodbridge Group of Companies, LLC et al.

## Employment History

Prior to joining DSI in 2018, Mr. Troszak was an Associate Director at Berkeley Research Group, LLC. Previously, he was a Managing Consultant at LECG, LLC; and Staff Accountant with Neilson Elggren LLP.

## Education

Mr. Troszak received a Bachelor of Arts in Accounting from Michigan State University.

## Professional Licenses, Certifications and Affiliations

Mr. Troszak is a Certified Public Accountant, Certified in Financial Forensics, and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), and the Los Angeles Bankruptcy Forum (LABF). He was a member of the planning committee of the AIRA.

# DSI ® Development Specialists, Inc.

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

## Spencer G. Ferrero, Director

### Summary

Spencer Ferrero is a Director in DSI's Los Angeles office with over 14 years of experience providing services in bankruptcy, forensic/investigative accounting, and litigation support.

Mr. Ferrero has served as an accountant and financial advisor for chapter 11 trustees, chapter 7 trustees, debtors, creditor committees, examiners, liquidating trustees and receivers in several insolvency matters.  He has also been involved in several engagements in which he provided litigation support, consulting and investigative accounting services related to fraud, embezzlement, mismanagement, breach of contract, and other disputes.

### Notable Assignments at DSI and Predecessor Firms

Cedar Funding, Inc., EPD Investment Co., Estate Financial, Inc., Ezri Namvar and Namco Capital Group, Inc., Fuhu, Inc., Galleria USA, Inc., Reed Slatkin, Woodbridge Group of Companies, LLC et al., Girardi Keese

### Employment History

Prior to joining DSI, Mr. Ferrero was a Managing Consultant at Berkeley Research Group, LLC. Previously, he was a Senior Associate at LECG, LLC.

### Education

Mr. Ferrero received a Bachelor of Arts in Accounting from the University of Utah and a Masters of Accounting from the University of Utah.

### Professional Licenses, Certifications and Affiliations

Mr. Ferrero is a Certified Public Accountant, Certified in Financial Forensics, a Certified Fraud Examiner and a Certified Insolvency and Restructuring Advisor. His professional memberships include the American Institute of CPAs (AICPA), the American Bankruptcy Institute (ABI), the Association of Insolvency and Restructuring Advisors (AIRA), the Association of Certified Fraud Examiners (ACFE) and the Los Angeles Bankruptcy Forum (LABF).

**DSI** **Development Specialists, Inc.**

Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

# Rowen C. Dizon, Associate

Rowen Dizon is an Associate in DSI's Los Angeles office with over 20 years' of experience providing administrative support to Chapter 7 and 11 Trustees.

Mr. Dizon is directly involved in the processing of all Chapter 7 and Chapter 11 banking, including deposits, transfers of funds, issuing checks, opening accounts and maintaining filing systems.  He is also involved with serving and filing Trustee's motions and notices, preparing and maintaining back-up for disbursements and deposits as well as various other tasks in bankruptcy and litigation support matters.

## Employment History
Prior to joining DSI, Mr. Dizon was a Case Analyst at Berkeley Research Group, LLC. Previously, he was a Case Analyst at LECG, LLC and Case Analyst with Neilson Elggren LLP.

## Education
Mr. Dizon attended Holy Angel University, Angeles City, Philippines.

# Exhibit B

**Development Specialists, Inc.**
**2023 Billing Rates**

| Professional | Position | Hourly Rate |
|---|---|---|
| Eric Held | Senior Managing Director | $600 |
| Nicholas Troszak | Managing Director | $600 |
| Spencer Ferrero | Director | $450 |
| Rowen Dizon | Associate | $275 |

DSI Hourly Rates by Position:

| | |
|---|---|
| Senior Managing Director | $585 - $775 |
| Managing Director | $475 - $600 |
| Director | $375 - $450 |
| Associate | $160 - $395 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY DEVELOPMENT SPECIALISTS, INC. AS FORENSIC ACCOUNTANT EFFECTIVE MAY 23, 2023; DECLARATION OF NICHOLAS TROSZAK IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 20, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 20, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 20, 2023 | Nancy H. Brown | /s/ *Nancy H. Brown* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349683.2 78512/001

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2.  SERVED BY UNITED STATES MAIL:**

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Eric J Olson
EJOlson Law
100 W Broadway #990
Glendale, CA 91210

Nikko S. Stevens
CHORA YOUNG & MANASSERIAN LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

Joshua L. Scheer
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:349683.2 78512/001

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* July 13, 2023 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* July 13, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/13/2023 | Ramon Sainz | /s/ Ramon Sianz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

American LegalNet, Inc.
www.FormsWorkFlow.com

**SERVICE INFORMATION FOR CASE NO. 2:23-bk-19090-SK**

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com, michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Eric J Olson**    eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerbarondess.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**    mark@sharflaw.com, C188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Nikko Salvatore Stevens**    nikko@cym.law, mandi@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com, Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com
- **John P. Ward**    jward@attleseystorm.com, ezhang@attleseystorm.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, jaclyn@cym.law
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com

2.    **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nikko S. Stevens
CHORA YOUNG & MANASSERIAN LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

Joshua L. Scheer
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.



Eric J. Olson
EJ Olson Law
301 E. Colorado Blvd., Ste. 520
Pasadena, CA 91101

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Brett Wasserman
Shumaker Mallory, LLP
280 S. Beverly Dr., Ste. 505
Beverly Hills, CA 90212

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*
DOCS_LA:350045.1 78512/001

Page 3

**F 9013-1.2.NO.REQUEST.HEARING.DEC**


American LegalNet, Inc.
www.FormsWorkFlow.com