# UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

Los Angeles Division

In Re. LESLIE KLEIN
§
§
§
§
Debtor(s)

Case No. 23-10990

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2023

Petition Date: 02/22/2023

Months Pending: 4

Industry Classification: [0] [0] [0] [0]

Reporting Method:    Accrual Basis ○    Cash Basis ⦿

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Bradley Sharp, Chapter 11 Trustee
Signature of Responsible Party

08/01/2023
Date

Bradley Sharp, Chapter 11 Trustee
Printed Name of Responsible Party

333 S Grand Ave Suite 4100
Los Angeles, CA 90071
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  LESLIE KLEIN                                                      Case No.  23-10990

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative | [1] |
| --- | --- | --- | --- |
| | | | [2] |
| a. Cash balance beginning of month | $38,112 | | |
| b. Total receipts (net of transfers between accounts) | $13,000 | $47,731 | |
| c. Total disbursements (net of transfers between accounts) | $0 | $1,361 | |
| d. Cash balance end of month (a+b+c) | $51,112 | | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 | |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $1,361 | |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
| --- | --- | --- |
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory     (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 | |
| d. Total current assets | $59,497 | [3] |
| e. Total assets | $14,333,497 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $31,564,857 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $97,928 | |
| n. Total liabilities (debt) (j+k+l+m) | $31,662,785 | |
| o. Ending equity/net worth (e-n) | $-17,329,288 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
| --- | --- | --- |
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
| --- | --- | --- |
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                                    2

Debtor's Name  LESLIE KLEIN                                    Case No.  23-10990

| Part 5:  Professional Fees and Expenses | | | | | | [4] |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Michael Berger | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name LESLIE KLEIN                                                          Case No. 23-10990

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  LESLIE KLEIN                                    Case No.  23-10990

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | | |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name  LESLIE KLEIN                                          Case No.  23-10990

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                      6

Debtor's Name LESLIE KLEIN                                     Case No.  23-10990

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  LESLIE KLEIN                                     Case No.  23-10990

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ● |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ● |

Debtor's Name  LESLIE KLEIN                                           Case No.  23-10990

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $13,000 |
| d. | Total income in the reporting period (a+b+c) | $13,000 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $13,000 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Bradley Sharp                                    Bradley Sharp
_____          _____
Signature of Responsible Party                    Printed Name of Responsible Party

Chapter 11 Trustee                                 08/01/2023
_____          _____
Title                                              Date

Debtor's Name LESLIE KLEIN                                      Case No.  23-10990



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  LESLIE KLEIN                                   Case No.  23-10990



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  LESLIE KLEIN                                      Case No.  23-10990



PageThree



PageFour

## Chapter 11 Trustee Comments and Disclaimers to the June 2023 Monthly Operating Report

The Trustee reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Trustee's or the estate's rights or an admission with respect to the Chapter 11 Case.

The Trustee is filing the MOR solely for the purpose of complying with the monthly operating requirements applicable in the Debtor's Chapter 11 case. The MOR is in a format acceptable to the U.S. Trustee for the Central District of California, Los Angeles Division (the "U.S. Trustee"). The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the estate.

In preparing the MOR, the Trustee relied on financial data derived from the limited books and records available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Trustee does not hereby undertake any obligation or commitment to update the MOR. There can be no assurance that the financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

[1]     As of the filing of this report, the Debtor has not filed the monthly operating report for April 2023.  The Trustee was appointed on May 24, 2023 and the Trustee or his representatives have reviewed the February 2023 and March 2023 monthly operating reports ("February 2023 MOR" and "March 2023 MOR") to identify the bank accounts used and gathered additional, but incomplete, information in order to prepare the May 2023 and June 2023 monthly operating report.  The Debtor remains responsible for completing and filing the April 2023 monthly operating report per the Court's order appointing a Chapter 11 Trustee (Doc 142).  The Trustee reserves the right to amend this and any subsequent monthly operating report upon receipt of any additional relevant information.

[2]     The Trustee considered transfers between bank accounts that were included in the February 2023 MOR and March 2023 MOR as a transfer between accounts and did not include these transfers as receipts or disbursements.  However, if a bank account was not previously included in the February 2023 MOR or March 2023 MOR, the Trustee considered transfers involving these accounts as receipts and disbursements, with one exception.  The Trustee considered the transfer of $36,300 to Bank of the West ("BotW") on May 22, 2023 as a transfer and not a disbursement in determining the total disbursements for calculating the quarterly fee.  This is because the Debtor indicated this transfer was to open new Debtor-In-Possession accounts.  These accounts were closed after the May 2023 operating report and the funds in the BotW accounts were subsequently transferred to the Trustee.  As of the date of the filing of the June 2023 MOR, the Trustee has not received the BotW bank statements or the supporting documents and is unable to verify certain data presented.

[3]     The Trustee also has brokerage account statements from the Morgan Stanley Brokerage account ending in -4523 for May 2023 but has not received statements for June 2023.  This account is included in the current assets of Part 2d at the May 31, 2023 balance amount.

[4]     On March 2, 2023 Michael Berger filed for approval of an order authorizing his employment as general bankruptcy counsel (Doc 24) which was approved June 5, 2023 (Doc 165).  Prior to the approval,

Mr. Berger was replaced as bankruptcy counsel by Eric Olson on May 23, 2023 (Doc 150).  The Debtor filed a substitution of attorney on July 24, 2023 (Doc 200), substituting Michael S. Kogan as attorney of record, replacing Eric Olson.

On June 20, 2023, the Trustee filed applications to employ Development Specialists, Inc. ("DSI") as forensic accountants (Doc 180) and Pachulski, Stang, Ziehl & Jones ("PSZJ") as bankruptcy counsel (Doc 177).  The order approving the employment of DSI was entered on July 26, 2023 (Doc 213) and a hearing to consider the employment of PSZJ is scheduled for August 9, 2023.

Bankruptcy Estate of Leslie Klein
June 2023 Assets

|  |  |  | Source |
|---|---|---|---|
| **Current Assets** | | | |
| Cash | | $ 51,111.61 | MOR Part 1d |
| Morgan Stanley Brokerage | | 8,385.24 | Brokerage Statement |
| **Total Current Assets** | | $ 59,496.85 | |
| | | | |
| **Other Assets** | | | |
| Real Estate | | | Schedule A/B Summary Page |
| 322 N. June St | $ 2,450,000.00 | | Schedule A/B Summary Page |
| 315 N. Martel Ave | 2,500,000.00 | | Schedule A/B Summary Page |
| 143 S. Highland Drive | 2,200,000.00 | | Schedule A/B Summary Page |
| 161 N. Poinsettia Place | 2,000,000.00 | | Schedule A/B Summary Page |
| 2560-B Whitewater Club Drive | 350,000.00 | | Schedule A/B Summary Page |
| 3752 Ocean Drive | 2,400,000.00 | | Schedule A/B Summary Page |
| Leonardo Plaza Hotel | 225,000.00 | | Schedule A/B Summary Page |
| Dan Boutique Hotel | 100,000.00 | | Schedule A/B Summary Page |
| Total Real Estate | | $ 12,225,000.00 | |
| | | | |
| Personal/Household Items | | 49,000.00 | Schedule A/B Summary Page |
| | | | |
| Financial/Other | | | |
| Issac Kirzner Insurance Policy Payout | $ 1,000,000.00 | | Schedule A/B Summary Page |
| Judith Bittman Insurance Policy Payout | 1,000,000.00 | | Schedule A/B Summary Page |
| Total Financial/Other | | $ 2,000,000.00 | |
| **Total Other Assets** | | $ 14,274,000.00 | |
| | | | |
| **Total Assets** | | $ 14,333,496.85 | |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein

Prepetition Liabilities

| | | | Source |
|---|---|---|---|
| **Prepetition Secured Debt** | | | |
| CCO Mortgage Corp. | $ | 19,372.00 | Schedule D |
| Chase Mortgage | | 138,719.00 | Schedule D |
| Ericka and Joseph Vago | | 24,334,038.99 | Schedule D |
| Fay Servicing | | 712,265.00 | Schedule D |
| Fay Servicing | | 327,886.00 | Schedule D |
| Fiore Racobs & Powers | | 49,436.57 | Schedule D |
| Gestetner Charitable Remainder Trust | | 2,000,000.00 | Schedule D |
| Los Angeles County Tax Collector | | 15,000.00 | Schedule D |
| Mrc/united Wholesale | | 954,432.00 | Schedule D |
| Selene Finance | | 1,755,385.00 | Schedule D |
| Shellpoint Mortgage Servicing | | 1,213,516.00 | Schedule D |
| Toyota Financial Services | | 34,318.00 | Schedule D |
| Toyota Financial Services | | 10,488.00 | Schedule D |
| | | | |
| **Total Prepetition Secured Debt** | | $ 31,564,856.56 | |
| | | | |
| **Total Prepetition Priority Debt** | | 0.00 | Schedule E |
| | | | |
| **Prepetition Unsecured Debt** | | | |
| Bank of America | $ | 7,450.00 | Schedule F |
| Bank of America | | 1,566.00 | Schedule F |
| Barclays Bank Delaware | | 8,896.00 | Schedule F |
| California Bank & Trust | | 1,695.00 | Schedule F |
| Chase Card Services | | 22,278.00 | Schedule F |
| Chase Card Services | | 22,095.00 | Schedule F |
| Chase Card Services | | 17,555.00 | Schedule F |
| Chase Card Services | | 15,112.00 | Schedule F |
| Citibank | | 1,281.00 | Schedule F |
| Franklin H. Menlo Irrevocable Trust | | Unknown | Schedule F |
| Jeffrey Siegel, Succerssor Trustee | | Unknown | Schedule F |
| | | | |
| **Total Prepetition Unsecured Debt** | $ | 97,928.00 | |
| | | | |
| **Total Liabilities** | | $ 31,662,784.56 | |

Note: The instructions to completing the MOR state that "[Prepetition debts]
should reflect the secured, priority, and general unsecured debts as disclosed on
the most recently filed bankruptcy schedules less any payments made on these
debts since the bankruptcy was filed" and thus do not reflect any proofs of claim
filed.

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein
Insurance Coverage Schedule

| Property Address 1 | Insurance Issuer | Policy No. | Policy Expiration Date | Notes |
| --- | --- | --- | --- | --- |
| 322 N. June Street | Mercury | CAHP 00001156913 | 06/01/23 | [1] |
| 315 N. Martel Avenue | Farmers | 921069136 | 09/20/23 | |
| 143 S. Highland Ave. | Farmers | 933575718 | 07/17/24 | |
| 161 N. Poinsettia Place | Safeco | 08513547 | 03/07/24 | |
| 2560-B Whitewater Club Drive | None | | None | [1] |
| 3752 Ocean Drive | Mercury | CAHP 0000757684 | 09/15/23 | |

[1] Insurance coverage for this property was obtained from Great American Insurance Group effective
7/11/23 (policy # 1134133 & 1134135) and valid until cancelled

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein

June 2023 Cash Activity

| | |
|---|---:|
| Cash 5/31/23 | $ 38,111.61 |
| Receipts | 13,000.00 |
| Intra-Debtor Transfers In | 2,552.86 |
| Intra-Debtor Transfers Out | (2,552.86) |
| Disbursements | 0.00 |
| | |
| Ending Cash | $ 51,111.61 |

| | |
|---|---:|
| **Unrestricted** | |
| Bank of America -8530 (General) | $0.00 |
| East-West Bank -8746 | 2,070.36 |
| **Restricted** | |
| Bank of America -8543 (Poinsettia) | $0.00 |
| Bank of America -8572 (Highland) | 0.00 |
| Bank of America -8608 (Martel) | 0.00 |
| Various Bank of the West Accounts | 36,300.00 |
| East-West Bank -8760 | 4,100.75 |
| East-West Bank -8753 | 5,539.75 |
| East-West Bank -8767 | 3,100.75 |
| **Total** | $ 51,111.61 |

Prepared by Development Specialists, Inc

Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein
May 2023 Cash Receipts and Disbursements

| Date | Account | Description | Receipt | Disbursement | Balance | Comments |
|------|---------|-------------|---------|--------------|---------|----------|
| 05/31/23 | Bank of America -8530 | Beginning Balance | | | 1,570.36 | Beginning Balance |
| 06/01/23 | Bank of America -8530 | Transfer from -9404 | 500.00 | | 2,070.36 | Receipt |
| 06/01/23 | Bank of America -8530 | Legal Order | | (2,070.36) | (0.00) | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | Bank of America -8543 | Beginning Balance | | | 100.75 | Beginning Balance |
| 06/01/23 | Bank of America -8543 | Legal Order | | (100.75) | - | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | Bank of America -8572 | Beginning Balance | | | 100.75 | Beginning Balance |
| 06/01/23 | Bank of America -8572 | Legal Order | | (100.75) | - | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | Bank of America -8608 | Beginning Balance | | | 39.75 | Beginning Balance |
| 06/01/23 | Bank of America -8608 | Legal Order | | (39.75) | - | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | East-West Bank -8746 | Beginning Balance | | | - | Beginning Balance |
| 06/22/23 | East-West Bank -8746 | Transfers from Legal Order | 2,311.61 | | 2,311.61 | Intra-Debtor Transfer |
| 06/23/23 | East-West Bank -8746 | Transfer to -8753 | | (39.75) | 2,271.86 | Intra-Debtor Transfer |
| 06/23/23 | East-West Bank -8746 | Transfer to -8767 | | (100.75) | 2,171.11 | Intra-Debtor Transfer |
| 06/23/23 | East-West Bank -8746 | Transfer to -8760 | | (100.75) | 2,070.36 | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | East-West Bank -8760 | Beginning Balance | | | - | Beginning Balance |
| 06/08/23 | East-West Bank -8760 | Rent | 4,000.00 | | 4,000.00 | Receipt |
| 06/23/23 | East-West Bank -8760 | Transfer from -8746 | 100.75 | | 4,100.75 | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | East-West Bank -8753 | Beginning Balance | | | - | Beginning Balance |
| 06/15/23 | East-West Bank -8753 | Rent | 5,500.00 | | 5,500.00 | Receipt |
| 06/23/23 | East-West Bank -8753 | Transfer from -8746 | 39.75 | | 5,539.75 | Intra-Debtor Transfer |
| | | | | | | |
| 05/31/23 | East-West Bank -8767 | Beginning Balance | | | - | Beginning Balance |
| 06/08/23 | East-West Bank -8767 | Rent | 3,000.00 | | 3,000.00 | Receipt |
| 06/23/23 | East-West Bank -8767 | Transfer from -8746 | 100.75 | | 3,100.75 | Intra-Debtor Transfer |

Month:                                          Jun-23

Bank Name                               Bank of America
Bank Account                                  -8530

**Starting Bank Balance**                    1,570.36

Receipts
                Transfer from -9404           500.00

**Total Receipts**                            500.00

Disbursements
                None                            0.00

**Total Disbursements**                         0.00


Transfers
                Transfer to -8746         (2,070.36)

**Total Transfers**                       (2,070.36)

**Ending Bank Balance**                           -


Note: As of this reconciliation, the Trustee has not yet received
supporting documents (deposit detail, check images, etc.) for this
account and is unable to verify certain data presented here.

| | | |
|---|---|---|
| Month: | | Jun-23 |
| | | |
| Bank Name | | Bank of America |
| Bank Account | | -8543 |
| | | |
| **Starting Bank Balance** | | 100.75 |
| | | |
| Receipts | | |
| | None | 0.00 |
| **Total Receipts** | | 0.00 |
| | | |
| Disbursements | | |
| | None | 0.00 |
| **Total Disbursements** | | 0.00 |
| | | |
| Transfers | | |
| | Transfer to -8746 | (100.75) |
| **Total Transfers** | | (100.75) |
| | | |
| **Ending Bank Balance** | | 0.00 |

Note: As of this reconciliation, the Trustee has not yet received
supporting documents (deposit detail, check images, etc.) for this
account and is unable to verify certain data presented here.

Month:                                          Jun-23

Bank Name                              Bank of America
Bank Account                                  -8572

**Starting Bank Balance**                    100.75

Receipts
           None                                 0.00
                                      _____
**Total Receipts**                             0.00

Disbursements
           None                                 0.00
                                      _____
**Total Disbursements**                        0.00


Transfers
           Transfer to -8746                (100.75)
                                      _____
**Total Transfers**                        (100.75)

**Ending Bank Balance**                        0.00


Note: As of this reconciliation, the Trustee has not yet received
supporting documents (deposit detail, check images, etc.) for this
account and is unable to verify certain data presented here.

Month:                                              Jun-23

Bank Name                                  Bank of America
Bank Account                                       -8608

**Starting Bank Balance**                          39.75

Receipts
    None                         0.00
                                             _____
**Total Receipts**                                  0.00

Disbursements
    None                         0.00
                                             _____
**Total Disbursements**                             0.00


Transfers
    Transfer to -8746                        (39.75)
                                             _____
**Total Transfers**                               (39.75)

**Ending Bank Balance**                             0.00

Note: As of this reconciliation, the Trustee has not yet received
supporting documents (deposit detail, check images, etc.) for this
account and is unable to verify certain data presented here.

| Month: | | Jun-23 |
|---|---|---|
| Bank Name | | East-West Bank |
| Bank Account | | -8746 |
| **Starting Bank Balance** | | 0.00 |
| Receipts | | |
| | None | 0.00 |
| **Total Receipts** | | 0.00 |
| Disbursements | | |
| | None | 0.00 |
| **Total Disbursements** | | 0.00 |
| Transfers | | |
| | Transfers from BoA | 2,311.61 |
| | Transfer to -8753 | (39.75) |
| | Transfer to -8767 | (100.75) |
| | Transfer to -8760 | (100.75) |
| **Total Transfers** | | 2,070.36 |
| **Ending Bank Balance** | | 2,070.36 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

| Month: | | Jun-23 |
|---|---|---|
| Bank Name | | East-West Bank |
| Bank Account | | -8760 |
| **Starting Bank Balance** | | 0.00 |
| Receipts | | |
| | Highland Rent | 4,000.00 |
| **Total Receipts** | | 4,000.00 |
| Disbursements | | |
| | None | 0.00 |
| **Total Disbursements** | | 0.00 |
| Transfers | | |
| | Transfer from -8746 | 100.75 |
| **Total Transfers** | | 100.75 |
| **Ending Bank Balance** | | 4,100.75 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Month:                                      Jun-23

Bank Name                                   East-West Bank
Bank Account                                -8753

**Starting Bank Balance**                   0.00

Receipts
                    Martel Rent             5,500.00
                                            _____
**Total Receipts**                          5,500.00

Disbursements
                    None                    0.00
                                            _____
**Total Disbursements**                     0.00


Transfers
                    Transfer from -8746     39.75
                                            _____
**Total Transfers**                         39.75

**Ending Bank Balance**                     5,539.75

| | | |
|---|---|---:|
| Month: | | Jun-23 |
| | | |
| Bank Name | | East-West Bank |
| Bank Account | | -8767 |
| | | |
| **Starting Bank Balance** | | 0.00 |
| | | |
| Receipts | | |
| | Poinsettia Rent | 3,000.00 |
| | | |
| **Total Receipts** | | 3,000.00 |
| | | |
| Disbursements | | |
| | None | 0.00 |
| | | |
| **Total Disbursements** | | 0.00 |
| | | |
| | | |
| Transfers | | |
| | Transfer from -8746 | 100.75 |
| | | |
| **Total Transfers** | | 100.75 |
| | | |
| **Ending Bank Balance** | | 3,100.75 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review



Account number: ██████ 8530

# Your Adv Plus Banking

**LESLIE KLEIN**

## Account summary

| | |
|---|---:|
| Beginning balance on May 12, 2023 | $4,545.98 |
| Deposits and other additions | 700.00 |
| Withdrawals and other subtractions | -5,245.98 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 12, 2023** | **$0.00** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 05/18/23 | Agent Assisted transfer from CHK 9404 Confirmation# 13dhj1m1m | 200.00 |
| 06/01/23 | Agent Assisted transfer from CHK 9404 Confirmation# y3ahwewvy | 500.00 |
| **Total deposits and other additions** | | **$700.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/12/23 | BKOFAMERICA ATM 05/12 #000002968 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 05/18/23 | Agent Assisted transfer to CHK 8608 Confirmation# 1lnuu8rp3 | -500.00 |
| 05/18/23 | Agent Assisted transfer to CHK 8572 Confirmation# 1iggtokrl | -500.00 |
| 05/18/23 | Agent Assisted transfer to CHK 8543 Confirmation# zm93ggade | -500.00 |

*continued on the next page*



Get up to

**$600** when you invest in a new Merrill account.

Discover new investing ideas today. Learn more at **Merrilledge.com/StatementOffer**.

🐂 Merrill Edge® Self-Directed

**Investing in securities involves risk, and there is always potential of losing money when you invest in securities.**
Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-02-23-0404.B | 5473095

LESLIE KLEIN   |   Account #          8530   |   May 12, 2023 to June 12, 2023

# Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 05/19/23 | Agent Assisted transfer to CHK 8543 Confirmation# hf717z9zv | -1,231.00 |
| 05/22/23 | Agent Assisted transfer to CHK 8572 Confirmation# 1377802459 | -100.00 |
| 05/22/23 | Agent Assisted transfer to CHK 8543 Confirmation# 0277808219 | -100.00 |
| 05/30/23 | CHECKCARD  0528 HIGHMEL INC LOS ANGELES  CA | -44.62 |
| 06/01/23 | Legal Order, LTS D060123000796 | -2,070.36 |
| **Total withdrawals and other subtractions** | | **-$5,245.98** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.



Account number: ███████ 8543

# Your Adv Plus Banking

**LESLIE KLEIN**

## Account summary

| | |
|---|---:|
| Beginning balance on May 12, 2023 | $6,269.75 |
| Deposits and other additions | 2,831.00 |
| Withdrawals and other subtractions | -9,100.75 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 12, 2023** | **$0.00** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 05/18/23 | Agent Assisted transfer from CHK 8530 Confirmation# zm93ggade | 500.00 |
| 05/19/23 | Agent Assisted transfer from CHK 8530 Confirmation# hf717z9zv | 1,231.00 |
| 05/19/23 | Agent Assisted transfer from CHK 9404 Confirmation# 147qwiqsb | 1,000.00 |
| 05/22/23 | Agent Assisted transfer from CHK 8530 Confirmation# 0277808219 | 100.00 |
| **Total deposits and other additions** | | **$2,831.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/22/23 | Agent Assisted transfer to CHK 8608 Confirmation# 4177792217 | -9,000.00 |
| 06/01/23 | Legal Order, LTS D060123000796 | -100.75 |
| **Total withdrawals and other subtractions** | | **-$9,100.75** |

LESLIE KLEIN   |   Account #          8530   |   March through May, 2023

This page intentionally left blank



Account number: ███ 8572

# Your Adv Plus Banking

**LESLIE KLEIN**

## Account summary

| | |
|---|---:|
| Beginning balance on May 12, 2023 | $8,269.75 |
| Deposits and other additions | 3,831.00 |
| Withdrawals and other subtractions | -12,100.75 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on June 12, 2023** | **$0.00** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 05/18/23 | Agent Assisted transfer from CHK 8530 Confirmation# 1iggtokrl | 500.00 |
| 05/19/23 | Agent Assisted transfer from CHK 9404 Confirmation# yt0zpjsgv | 2,031.00 |
| 05/19/23 | Agent Assisted transfer from CHK 8608 Confirmation# g621zhkf1 | 1,200.00 |
| 05/22/23 | Agent Assisted transfer from CHK 8530 Confirmation# 1377802459 | 100.00 |
| **Total deposits and other additions** | | **$3,831.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/22/23 | Agent Assisted transfer to CHK 8608 Confirmation# 0277789342 | -12,000.00 |
| 06/01/23 | Legal Order, LTS D060123000796 | -100.75 |
| **Total withdrawals and other subtractions** | | **-$12,100.75** |

LESLIE KLEIN   |   Account #  8530   |   March through June, 2023

This page intentionally left blank



Account number: ███████ 8608

# Your Adv Plus Banking

**LESLIE KLEIN**

## Account summary

| | |
|---|---:|
| Beginning balance on May 12, 2023 | $16,069.75 |
| Deposits and other additions | 21,500.00 |
| Withdrawals and other subtractions | -37,539.75 |
| Checks | -0.00 |
| Service fees | -30.00 |
| **Ending balance on June 12, 2023** | **$0.00** |

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 05/18/23 | Agent Assisted transfer from CHK 8530 Confirmation# 1lnuu8rp3 | 500.00 |
| 05/22/23 | Agent Assisted transfer from CHK 8572 Confirmation# 0277789342 | 12,000.00 |
| 05/22/23 | Agent Assisted transfer from CHK 8543 Confirmation# 4177792217 | 9,000.00 |
| **Total deposits and other additions** | | **$21,500.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 05/19/23 | Agent Assisted transfer to CHK 8572 Confirmation# g621zhkf1 | -1,200.00 |
| 05/22/23 | WIRE TYPE:WIRE OUT DATE:230522 TIME:1408 ET TRN:2023052200429552 SERVICE REF:010986 BNF:LESLIE KLEIN ID:079319836 BNF BK:BANK OF THE W EST ID:122242843 PMT DET:GAJMLWZGE | -36,300.00 |
| 06/01/23 | Legal Order, LTS D060123000796 | -39.75 |
| **Total withdrawals and other subtractions** | | **-$37,539.75** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---:|
| 05/22/23 | Wire Transfer Fee | -30.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

LESLIE KLEIN   |   Account #  8530   |   March through June 2023

This page intentionally left blank



Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: June 01, 2023
ENDING DATE: June 30, 2023
Total days in statement period: 30
█████8746
( 0 )

LESLIE KLEIN BANKRUPTCY ESTATE
CHAPTER 11
CASE #23-10990
333 S GRAND AVE STE 4100
LOS ANGELES CA  90071-1571

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | ████8746 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | ( 1 ) | 2,311.61 |
| Average balance | $706.20 | Total subtractions | ( 3 ) | 241.25 |
| | | Ending balance | | $2,070.36 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 06-21 | Deposit | 2,311.61 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-23 | Transfer Debit | TRANSFER INTO XXXXXX8753 AS REQUESTED. | 39.75 |
| 06-23 | Transfer Debit | TRANSFER INTO XXXXXX8767 AS REQUESTED. | 100.75 |
| 06-23 | Transfer Debit | TRANSFER INTO XXXXXX8760 AS REQUESTED. | 100.75 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 0.00 | 06-21 | 2,311.61 | 06-23 | 2,070.36 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Direct inquiries to:
888 761-3967



**EAST WEST BANK** / 50

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: May 31, 2023
ENDING DATE: June 30, 2023
Total days in statement period: 31

█████8753
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
CHAPTER 11
CASE #23-10990
MARTEL RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ████8753 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 2) | 5,539.75 |
| Average balance | $2,848.97 | Total subtractions ( 0) | .00 |
| | | Ending balance | $5,539.75 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 06-15 | Deposit | 5,500.00 |
| | 06-23 | Transfer Credit    TRANSFER FROM XXXXX8746 AS REQUESTED. | 39.75 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-15 | 5,500.00 | 06-23 | 5,539.75 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3738     rev 11-20

Direct inquiries to:
888 761-3967

 **EASTWEST BANK** / 5⟨

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: May 31, 2023
ENDING DATE: June 30, 2023
Total days in statement period: 31

████████8760

( 0 )

LESLIE KLEIN BANKRUPTCY ESTATE
CHAPTER 11
CASE #23-10990
HIGHLAND RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | ████████8760 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 2 ) | 4,100.75 |
| Average balance | $2,993.74 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $4,100.75 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 06-08 | Deposit | 4,000.00 |
| | 06-23 | Transfer Credit   TRANSFER FROM XXXXXX8746 AS REQUESTED. | 100.75 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-08 | 4,000.00 | 06-23 | 4,100.75 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Direct inquiries to:
888 761-3967

 **EASTWEST BANK** / 5○

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: May 31, 2023
ENDING DATE: June 30, 2023
Total days in statement period: 31
8767
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
CHAPTER 11
CASE #23-10990
POINSETTA RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 8767 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions ( 2 ) | 3,100.75 |
| Average balance | $2,251.81 | Total subtractions ( 0 ) | .00 |
| | | Ending balance | $3,100.75 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 06-08 | Deposit | 3,000.00 |
| | 06-23 | Transfer Credit    TRANSFER FROM XXXXXX8746 AS REQUESTED. | 100.75 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-08 | 3,000.00 | 06-23 | 3,100.75 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |