Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF REPLY TO UNITED STATES TRUSTEE'S OPPOSITION TO CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MAY 23, 2023**<br><br>[Relates to Docket Nos 177, 185 and 229]<br><br>Date: August 9, 2023<br>Time: 9:00 a.m.<br>Courtroom: 1575<br>Location: 255 E. Temple Street<br>           Los Angeles, CA 90012<br>Judge: Hon. Sandra R. Klein |

I, Bradley D. Sharp, declare and state as follows:

1. I am the duly appointed, authorized and acting chapter 11 trustee of the estate of Leslie Klein, the debtor herein (the "Debtor").

2. I make this declaration in support of my reply to the United States Trustee's (the "UST") opposition (the "Opposition") [Docket No. 185] to the Chapter 11 Trustee's Application to

DOCS_LA:350290.1 78512/001

Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective May 23, 2023 (the "Application") [Docket No. 177].

3. This case has already proved to be difficult and complex. I am administering an estate with an uncooperative Debtor, who (a) is a lawyer that owns his own law firm (with an IOLTA account that might have been used personally), (b) owns numerous real properties (in California and internationally), at least one of which was transferred in exchange for no apparent consideration, and (c) owns or has an interest in numerous different companies that invest in life insurance policies and other properties where the Debtor sits as a trustee over the policies that are subject to complex and protracted litigation. I was appointed approximately two months ago and my team and I have only scratched the surface of the Debtor's complicated and convoluted portfolios of assets and liabilities, not to mention just begun to disentangle the back-and-forth allegations made by various claimants. I require experienced counsel that can advise me through the complex maze the Debtor has created.

4. It is my understanding that Mr. Rechnitz and the Debtor co-own Life Capital Group, LLC ("LCG"). Prior to the petition date, the Debtor commenced an action against Mr. Rechnitz, individually and as a member of LCG. However, that action was dismissed as the dispute was sent to binding arbitration. In light of the automatic stay, the arbitration action is currently stayed. I now control the Debtor's interest in the action. It is entirely unclear whether or not I will need to take adverse action with respect to Mr. Rechnitz or LCG. Until that time arrives, it is premature to make a determination now concerning whether PSZJ should be precluded from representing me on matters related to Mr. Rechnitz as PSZJ's technical representation might have concluded at that point, thereby clearing up any disputed issue over whether PSZJ can be adverse to Mr. Rechnitz.

5. I must complete my investigation before I can determine whether to take adverse action against Mr. Rechnitz or LCG. My investigation of LCG and Mr. Rechnitz (and using PSZJ to conduct that investigation) is hardly an adverse action. If I determine that some type of formally adverse action must be taken against Mr. Rechnitz, I might decide to engage contingency counsel (as this currently unknown matter might require specialized non-bankruptcy expertise) or PSZJ's current administrative representation of Mr. Rechnitz will have concluded thereby eliminating any question

2

DOCS_LA:350290.1 78512/001

as to whether PSZJ can be adverse to Mr. Rechnitz.

6. I determined that the facts and circumstances of this case require sophisticated counsel that has experience advising trustees who have administered the bankruptcy estates of individuals or corporations that are subject to allegations of accounting irregularities and fraud.

7. I selected PSZJ after considering other options and with full knowledge of the rates that PSZJ would charge. I discussed my proposed selection of counsel with the UST's counsel prior to my selection of PSZJ.

8. I am saddled with the difficult task of administering an estate that was troubled from the petition date that apparently arises from years of protracted litigation with certain counterparties disputing the Debtor's role as a trustee of various life insurance policies. I determined that I need sophisticated counsel who can advise me on both the day-to-day matters that will arise in this case to the complex and esoteric matters that will require experience, innovation, and a proven track record to reach the goals of and fulfill the fiduciary duties of the Trustee.

9. I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 1st day of August, 2023, at Long Beach Township, New Jersey.

_____
Bradley D. Sharp

3

DOCS_LA:350290.1 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF REPLY TO UNITED STATES TRUSTEE'S OPPOSITION TO CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MAY 23, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 1, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 1, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 1, 2023 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349532.1 78512/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Simon Aron**  saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**  rb@lnbyg.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**  tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Kirsten Martinez**  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**  smayer@mayerlawla.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Eric J Olson**  eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Brian A Procel**  bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**  mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Nikko Salvatore Stevens**  nikko@cym.law, mandi@cym.law
- **Alan G Tippie**  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**  gtokumori@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**  mwachtell@buchalter.com
- **John P. Ward**  jward@attleseystorm.com, ezhang@attleseystorm.com
- **Alex M Weingarten**  aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, jaclyn@cym.law
- **Roye Zur**  rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nikko S. Stevens
CHORA YOUNG & MANASSERIAN LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

Joshua L. Scheer
Scheer Law Group, LLP
85 Argonaut, Suite 202
Aliso Viejo, CA 92656

Eric J. Olson
EJ Olson Law
301 E. Colorado Blvd., Ste. 520
Pasadena, CA 91101

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Brett Wasserman
Shumaker Mallory, LLP
280 S. Beverly Dr., Ste. 505
Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:349532.1 78512/001