| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Alex M. Weingarten (SBN 204410)<br>WILLKIE FARR & GALLAGHER LLP<br>2029 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Tel: (310) 855-3000<br>Fax: (310) 855-3099<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jeffrey Winter | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>LESLIE KLEIN<br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C § 362 |
|---|---|

PLEASE TAKE NOTE that the order titled <u>[PROPOSED] ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362</u>

was lodged on (*date*) <u>August 11, 2023</u> and is attached.  This order relates to the motion which is docket number <u>249</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Willkie Farr & Gallagher LLP, 2029 Century Park East, Suite 3400, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 11, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 11, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575, Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2023 | Arkisa Ward | /s/ Arkisa Ward |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Reem J Bello on behalf of Interested Party Reem J Bello
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Theron S Covey on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust
tcovey@raslg.com, sferry@raslg.com

Jeffrey W. Dulberg on behalf of Trustee Bradley D. Sharp
jdulberg@pszjlaw.com

Dane W Exnowski on behalf of Interested Party Courtesy NEF
dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Robert P Goe on behalf of Creditor Erica Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Creditor Joseph Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Interested Party Robert P Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Brandon J Iskander on behalf of Creditor Erica Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Creditor Joseph Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Michael S. Kogan on behalf of Debtor Leslie Klein
mkogan@koganlawfirm.com

John W. Lucas on behalf of Trustee Bradley D. Sharp
jlucas@pszjlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (LA)
kenneth.m.misken@usdoj.gov

Jeffrey P. Nolan on behalf of Trustee Bradley D. Sharp
jnolan@pszjlaw.com

Jeffrey N. Pomerantz on behalf of Trustee Bradley D. Sharp
jpomerantz@pszjlaw.com

Joshua L Scheer on behalf of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Mark M Sharf (TR)
mark@sharflaw.com,
C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Alan G Tippie on behalf of Interested Party Courtesy
Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Interested Party Courtesy
mwachtell@buchalter.com

John P. Ward on behalf of Creditor U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2
jward@attleseystorm.com, ezhang@attleseystorm.com

Clarisse Young on behalf of Interested Party Courtesy
youngshumaker@smcounsel.com, levern@smcounsel.com

Paul P. Young on behalf of Creditor Franklin Menlo
paul@cym.law, jaclyn@cym.law

Paul P. Young on behalf of Interested Party Courtesy
paul@cym.law, jaclyn@cym.law

**SERVED BY UNITED STATES MAIL:**

| | |
|---|---|
| Mark M Sharf<br>6080 Center Drive, Ste 600<br>Los Angeles, CA 90045-1540 | Erica Vago and Joseph Vago<br>c/o Brian A Procel / Procel Law, PC<br>401 Wilshire Blvd, 12th Fl<br>Santa Monica, CA 90401-1456 |
| Bradley D. Sharp<br>333 So. Grand Ave., Suite 4070<br>Los Angeles, CA 90071 | Erica and Joseph Vago<br>124 N Highland Ave<br>Sherman Oaks, CA 91423 |
| Andor Gestetner<br>c/o Law Offices of Jacob Unger<br>5404 Whitsett Ave, Ste 182<br>Valley Village, CA 91607- 1615 | Fay Servicing LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Fiore Racobs and Powers<br>Attn Erin A Maloney<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506-4261 |
| Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | First Amended Wendriger<br>Family Trust<br>c/o Shumaker Mallory LLP<br>Clarisse Young Shumaker<br>280 S Beverly Dr, Suite 505<br>Beverly Hills, CA 90212-3908 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Franklin H. Menlo Irrevocable Trust<br>c/o Wilkie Farr & Gallagher LLP<br>Attn: Alex M Weingarten, Esq.<br>2029 Century Park East, Ste 3400<br>Los Angeles, CA 90067-3020 |
| CCO Mortgage Corp<br>10561 Telegraph Rd<br>Glen Allen, VA 23059-4577 | |
| California Bank & Trust<br>PO Box 711510<br>Santee, CA 92072-1510 | Gestetner Charitable Remainder Trust<br>c/o Andor Gestatner<br>1425 55th Street<br>Brooklyn, NY 11219 |
| JPMorgan Chase Bank, N.A.<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Chase Doe<br>143 S Highland Drive<br>Los Angeles, CA 90036-3028 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services LLC<br>PO Box 9013<br>Addison, TX 75001-9013 |
| Chase Mortgage<br>BK Department / Mail Code LA4 5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Jacob Rummitz<br>315 N Martel Avenue<br>Los Angeles, Ca 90036-2515 |
| Citibank<br>Attn: Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 | |

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

| | |
|---|---|
| Jeffrey Siegel, Successor Trustee<br>Of the Hubert Scott Trust<br>c/o Oldman, Cooley, Sallus<br>16133 Ventura Blvd,<br>Penthouse Ste<br>Encino, CA 91436-2447 | Wilmington Savings Fund<br>Society, FSB<br>d/b/a Robertson, Anschutz,<br>Schneid, Crane & Partners<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101-8705 |
| Los Angeles County Treasurer/Tax<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | US Bank Trust, N.A., et al.<br>Fay Servicing LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 |
| Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071-2300 | MRC/United Wholesale M<br>Attn: Bankruptcy<br>PO BOX 619098<br>Dallas TX 75261 |
| MRS/United Wholesale M<br>Attn Bankruptcy<br>PO Box 619098<br>Dallas, TX 75261-9098 | Fiore Racobs & Powers<br>c/o Palm Springs Country Club HOA<br>6820 Indiana Ave, Ste 140<br>Riverside CA 92506 |
| Oldman, Cooley, and Sallus<br>16133 Ventura Blvd,<br>Penthouse Ste<br>Encino, CA 91436-2447 | Reem J Bello<br>Goe Forsythe & Hodges LLP<br>17701 Cowan, Bldg. D Suite 210<br>Irvine, CA 92614 |
| Sandra Layton<br>161 N Poinsettia Place<br>Los Angeles, CA 90036-2805 | Robert P Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan Street, Suite 210<br>Bldg D<br>Irvine CA 92614 |
| Selene Finance<br>Attn Bankruptcy<br>PO Box 8619<br>Philadelphia, PA 19101-8619 | Greg P Campbell<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive; Ste 725<br>San Diego, CA 92108 |
| Shellpoint Mortgage Servicing<br>Attn Bankruptcy<br>PO Box 10826<br>Greenville, SC 29603-0826 | Theron S Covey<br>350 10th Ave.<br>Suite 1000<br>San Diego, CA 92101 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>PO Box 259001<br>Plano, TX 75025-9001 | Dane W Exnowski<br>McCalla Raymer Leibert<br>Pierce, LLP<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA 90802 |
| Toyota Lease Trust<br>c/o Toyota Motor Credit<br>Corporation<br>PO Box 9013<br>Addison, TX 75001-9013 | Brandon J Iskander<br>Goe Forsythe & Hodges LLP<br>17701 Cowan; Building D<br>Suite 210<br>Irvine, CA 92614 |

PROOF OF SERVICE

| | |
|---|---|
| United States Trustee (LA)<br>915 Wilshire Blvd, Ste. 1850<br>Los Angeles, CA 90017-3560 | Leslie Klein, Debtor<br>322 N. June Street<br>Los Angeles, CA 90001 |
| Ron Maroko<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017 | Kenneth Misken<br>411 W. Fourth Street, #7160<br>Santa Ana, CA 92701 |
| Joshua L Scheer<br>85 Argonaut, Suite 202<br>Aliso Viejo, CA 92656 | Jeffrey W. Dulberg<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067 |
| Alan G Tippie<br>Greenspoon Marder LLP<br>333 South Grand Avenue<br>Suite 3400<br>Los Angeles, CA 90071 | John W. Lucas<br>Pachulski Stang Ziehl & Jones LLP<br>One Sansome Street, 34th Floor, Ste. 3430<br>San Francisco, CA 94104 |
| Michael L Wachtell<br>Buchalter, A Professional Corporation<br>1000 Wilshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90210 | Jeffrey P. Nolan<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067 |
| John P. Ward<br>Attlesey Storm, LLP<br>111 Pacifica, Suite 140<br>Irvine, CA 94618 | Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd, 13th Floor<br>Los Angeles, CA 90067 |
| Clarisse Young<br>Shumaker Mallory, LLP<br>333 S. Hope Street<br>35th Floor<br>Los Angeles, CA 90071 | Honorable Sandra R. Klein<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1582 / Courtroom 1575<br>Los Angeles, CA 90012 |
| U.S. Bank<br>c/o Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381 | |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | |
| Leslie Klein & Associates, Inc.<br>515 South Figueroa Street<br>8th Floor<br>Los Angeles, California 90071 | |
| Fay Servicing LLC<br>Attn: Bankruptcy Dept<br>PO BOX 809441<br>Chicago, IL 60680 | |