United States Bankruptcy Court
Central District of California

In re:                                                                                    Case No. 23-10990-SK
Leslie Klein                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                         User: admin                                  Page 1 of 4
Date Rcvd: Aug 11, 2023                      Form ID: pdf042                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2023                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2023 at the address(es) listed below:

**Name**                **Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
    on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Baruch C Cohen
    on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Creditor David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John P. Ward | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| Joshua L Scheer | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Kirsten Martinez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Krikor J Meshefejian | on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |

Case 2:23-bk-10990-SK    Doc 251    Filed 08/13/23    Entered 08/13/23 21:14:05    Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | |
| | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael Jay Berger | |
| | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | |
| | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | |
| | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com |
| Michael S Kogan | |
| | on behalf of Plaintiff Leslie Klein mkogan@koganlawfirm.com |
| Michael S Kogan | |
| | on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com |
| Michael S Kogan | |
| | on behalf of Debtor Leslie Klein mkogan@koganlawfirm.com |
| Michael S Kogan | |
| | on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com |
| Michael S Kogan | |
| | on behalf of Interested Party Kogan Law Firm  APC mkogan@koganlawfirm.com |
| Nikko Salvatore Stevens | |
| | on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law |
| Nikko Salvatore Stevens | |
| | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law |
| Nikko Salvatore Stevens | |
| | on behalf of Creditor Franklin Menlo nikko@cym.law  mandi@cym.law |
| Paul P Young | |
| | on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law |
| Paul P Young | |
| | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law |
| Paul P Young | |
| | on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law |
| Reem J Bello | |
| | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |
| | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | |
| | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | |
| | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | |
| | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 11, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Bender
    on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
    cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron
    on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com

Simon Aron
    on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com

Steven M Mayer
    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 70

**FILED & ENTERED**

AUG 11 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

Leslie Klein

Debtor(s).

Case No.: 2:23-bk-10990-SK

CHAPTER 11

**ORDER DENYING AS MOOT DEBTOR'S "MOTION IN INDVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]"**

**(Docket No. 134)**

Date:      June 28, 2023
Time:      9:00 AM
Courtroom: 1575

    The "Motion in Individual Chapter 11 Case for Order Authorizing Use of Cash Collateral [11 U.S.C. §363]" (Motion) came on for hearing on June 28, 2023, at 9:00 a.m. before Hon. Sandra Klein located in Courtroom 1575 of the United States Bankruptcy Court, 255 E. Temple St., Los Angeles, Ca 90012. On June 27, 2023, the court issued a tentative ruling: On 5/24/23, the Court entered an order appointing Bradley D. Sharp as the Chapter 11 Trustee (Trustee).  Docket #155.  The Trustee succeeds to all of the debtor's rights and property and the debtor is no longer in possession or control over any property of the estate.  Therefore, the debtor's motion to use cash collateral is denied as moot. <u>Appearances waived.</u>

-1-

        Hearings were not held on 6/28/23. If parties wished to have their matter heard by Judge Klein despite the tentative ruling, they were to contact her law clerk at (213) 894-0992 by 8:30 a.m. on 6/28/23 to obtain a continued hearing date. No party requested a continued hearing re the Motion.

        **IT IS HEREBY ORDERED** that the above-referenced Motion is DENIED AS MOOT.

###

Date: August 11, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

-2-