Alex M. Weingarten (SBN 204410)
AWeingarten@willkie.com
Logan M. Elliott (SBN 268105)
LElliott@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:   (310) 855-3000
Facsimile:    (310) 855-3099

Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>          Debtor. | CASE NO.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND RELATED DOCUMENTS FILED AUGUST 11, 2013 AS DOCKET NOS. 249 AND 250**<br><br>Date:        September 13, 2023<br>Time:       8:30 a.m.<br>Crt. Rm.:  1575 |

66344690

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY DKT NOS. 249 AND 250

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Creditor Jeffrey Winter ("Jeff"), as Co-Trustee of the Franklin Henry Menlo Irrevocable Trust Established March 1, 1983 (the "Trust"), hereby withdraws the: (1) Notice Of Motion And Motion For Order Granting Relief From Automatic Stay Pursuant To 11 U.S.C. § 362(d) (and related attachments) filed on August 11, 2023, *see* Dkt. No. 249; and (2) Notice Of Lodgement Of Order In Bankruptcy Case (and related attachments) filed on August 11, 2023, *see* Dkt. No. 250.

Dated: August 14, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Alex M. Weingarten*
　　Alex M. Weingarten
　　Logan M. Elliott
Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

66344690

1

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY DKT NOS. 249 AND 250

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Willkie Farr & Gallagher LLP, 2029 Century Park East, Suite 3400, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF WITHDRAWAL OF MOTION FOR ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 AND RELATED DOCUMENTS FILED AUGUST 11, 2023 AS DOCKET NOS. 249 AND 250
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/14/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/14/2023 | Arkisa Ward | /s/ Arkisa Ward |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Reem J Bello on behalf of Interested Party Reem J Bello
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Greg P Campbell on behalf of Interested Party Courtesy
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Theron S Covey on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust
tcovey@raslg.com, sferry@raslg.com

Jeffrey W. Dulberg on behalf of Trustee Bradley D. Sharp
jdulberg@pszjlaw.com

Dane W Exnowski on behalf of Interested Party Courtesy
dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Robert P Goe on behalf of Creditor Erica Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Creditor Joseph Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Interested Party Robert P Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Brandon J Iskander on behalf of Creditor Erica Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Creditor Joseph Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Michael S. Kogan on behalf of Debtor Leslie Klein
mkogan@koganlawfirm.com

John W. Lucas on behalf of Trustee Bradley D. Sharp
jlucas@pszjlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kenneth Misken on behalf of U.S. Trustee United States Trustee (LA)
kenneth.m.misken@usdoj.gov

Jeffrey P. Nolan on behalf of Trustee Bradley D. Sharp
jnolan@pszjlaw.com

Jeffrey N. Pomerantz on behalf of Trustee Bradley D. Sharp
jpomerantz@pszjlaw.com

Joshua L Scheer on behalf of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

1  Mark M Sharf (TR)
   mark@sharflaw.com,
2  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

3  Alan G Tippie on behalf of Interested Party Courtesy
   Alan.Tippie@gmlaw.com,
4  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
5

   United States Trustee (LA)
6  ustpregion16.la.ecf@usdoj.gov

7  Michael L Wachtell on behalf of Interested Party Courtesy
   mwachtell@buchalter.com
8

   John P. Ward on behalf of Creditor U.S. Bank, N.A., as Trustee
9  for Velocity Commercial Capital Loan Trust 2018-2
   jward@attleseystorm.com, ezhang@attleseystorm.com
10

   Clarisse Young on behalf of Interested Party Courtesy
11 youngshumaker@smcounsel.com, levern@smcounsel.com

12 Paul P. Young on behalf of Creditor Franklin Menlo
   paul@cym.law, jaclyn@cym.law
13

   Paul P. Young on behalf of Interested Party Courtesy
14 paul@cym.law, jaclyn@cym.law

15

16

17

18

19

20

21

22

23

24

25

26

27

28