Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
           jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee



FILED & ENTERED

AUG 22 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: | Case No.: 2:23-bk-10990-SK |
|---|---|
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO (A) EMPLOY COLDWELL BANKER REALTY AS REAL ESTATE BROKER AND (B) ENTER INTO EXCLUSIVE LISTING AGREEMENTS** |
| | [161 N. Poinsettia Place, Los Angeles, CA 90036; 143 S. Highland Avenue, Los Angeles, CA 90036; 315 N. Martel Avenue, Los Angeles, CA 90036] |
| | [Relates to Docket Nos. 234 and 235] |
| | [No Hearing Required] |

This Court, having considered the application (the "Application") of Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Leslie Klein (the "Debtor"), to (a) employ Coldwell Banker Realty as real estate broker (the "Broker") and (b) enter into exclusive listing agreements, and the statements of disinterestedness of Jessica Heredia, Steve Flores, and William Friedman filed in support thereof, and the Court finding that due and sufficient notice of the Application has been given, and based upon the record before the Court, it appears that the Broker does not hold or represent an interest

adverse to the Debtor or the estate (the "Estate"), that the Broker is "disinterested", that its employment is in the best interest of the Estate, there being no objections to or requests for hearing on the Application, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules, it is hereby:

**ORDERED** that the Chapter 11 Trustee is authorized to (a) employ Coldwell Banker Realty as real estate broker and (b) enter into the exclusive listing agreements attached respectively as Exhibits 1-3 to the Application, on the terms and conditions set forth therein; and

**ORDERED** that Coldwell Banker Realty shall be entitled to receive compensation in accordance with the terms of the listing agreements and shall not be required to file further application to the Court with respect to same.

.

# # #

Date: August 22, 2023

Sandra R. Klein
United States Bankruptcy Judge

2

DOCS_LA:350654.1 78512/001