Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee



**FILED & ENTERED**

AUG 22 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO (A) EMPLOY REAL BROKERAGE AND COLDWELL BANKER REALTY AS REAL ESTATE BROKERS AND (B) ENTER INTO EXCLUSIVE LISTING AGREEMENT**<br><br>[3752 Ocean Drive, Oxnard, California 93035]<br><br>[Relates to Docket Nos. 236 and 237]<br><br>[No Hearing Required] |

This Court, having considered the application (the "Application") of Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Leslie Klein (the "Debtor"), to (a) employ Real Brokerage and Coldwell Banker Realty as real estate brokers (together, the "Brokers") and (b) enter into exclusive listing agreement, and the statements of disinterestedness of Carolyn Triebold and William Friedman filed in support thereof, and the Court finding that due and sufficient notice of the Application has been given, and based upon the record before the Court, it appears that the Brokers do not hold or represent an

DOCS_LA:350651.1 78512/001

interest adverse to the Debtor or the estate (the "Estate"), that the Brokers are "disinterested", that their employment is in the best interest of the Estate, there being no objections to or requests for hearing on the Application, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules, it is hereby:

**ORDERED** that the Chapter 11 Trustee is authorized to (a) employ Real Brokerage and Coldwell Banker Realty as real estate brokers and (b) enter into the exclusive listing agreement attached as Exhibit 1 to the Application, on the terms and conditions set forth therein; and

**ORDERED** that Real Brokerage and Coldwell Banker Realty shall be entitled to receive compensation in accordance with the terms of the listing agreement and shall not be required to file further application to the Court with respect to same.

# # #

Date: August 22, 2023

Sandra R. Klein
United States Bankruptcy Judge

2

DOCS_LA:350651.1 78512/001