United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 22, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 24, 2023 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | |
| | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | |
| | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | |
| | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Baruch C Cohen | |
| | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |

| | |
|---|---|
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John P. Ward | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| Joshua L Scheer | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Kirsten Martinez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Krikor J Meshefejian | on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |

Case 2:23-bk-10990-SK    Doc 292    Filed 08/24/23    Entered 08/24/23 21:16:22    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael Jay Berger
    on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

Michael S Kogan
    on behalf of Plaintiff Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
    on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
    on behalf of Debtor Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Michael S Kogan
    on behalf of Interested Party Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, mandi@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  mandi@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

District/off: 0973-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 22, 2023 | Form ID: pdf042 | Total Noticed: 1

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Bender
    on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
    cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron
    on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com

Simon Aron
    on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com

Steven M Mayer
    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
    Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 72

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 22 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY francis     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

              Debtor.

Case No.: 2:23-bk-10990-SK

Chapter 11

**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF ERIC EVERETT HAWES AS LANDLORD/TENANT COUNSEL EFFECTIVE AS OF AUGUST 1, 2023**

[Relates to Docket Nos. 226 and 227]

[No Hearing Required]

      This Court, having considered the application (the "Application") of Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Leslie Klein (the "Debtor"), to employ the Law Office of Eric Everett Hawes the "Firm"), as landlord/tenant counsel to the Trustee, and the Declaration of Eric Everett Hawes (the "Hawes Declaration") filed in support thereof, and the Court finding that due and sufficient notice of the Application has been given, and based upon the record before the Court, it appears that the Firm does not hold or represent an interest adverse to the Debtor or the estate (the "Estate"), that the Firm is "disinterested", that its employment is in the best interest of the Estate, there being no

DOCS_LA:350543.1 78512/001

objections to or requests for hearing on the Application, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules, it is hereby:

**ORDERED** that the Trustee is authorized to employ the Law Office of Eric Everett Hawes as his landlord/tenant counsel herein, effective as of August 1, 2023, on the terms and conditions set forth in the Application and the Hawes Declaration.

# # #

Date: August 22, 2023

Sandra R. Klein
United States Bankruptcy Judge

2

DOCS_LA:350543.1 78512/001