United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 22, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

**Recip ID                    Recipient Name and Address**
db                        + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com |
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Baruch C Cohen | |

District/off: 0973-2                              User: admin                                    Page 2 of 4

Date Rcvd: Aug 22, 2023                          Form ID: pdf042                                 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com |
| Bradley D. Sharp (TR) | |
| | bsharp@dsi.biz |
| Brandon J Iskander | |
| | on behalf of Creditor Erica Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Brandon J Iskander | |
| | on behalf of Creditor Joseph Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com |
| Brett J. Wasserman | |
| | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | |
| | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com  rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Clarisse Young | |
| | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com |
| Dane W Exnowski | |
| | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | |
| | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | |
| | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Gary Tokumori | |
| | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | |
| | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | |
| | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | |
| | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | |
| | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | |
| | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John P. Ward | |
| | on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| John W Lucas | |
| | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com |
| Joshua L Scheer | |
| | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Kenneth Misken | |
| | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Kirsten Martinez | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Krikor J Meshefejian | |
| | on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | |
| | mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |

District/off: 0973-2                                  User: admin                                          Page 3 of 4
Date Rcvd: Aug 22, 2023                              Form ID: pdf042                                    Total Noticed: 1

Michael I. Gottfried
                      on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
                      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
                      on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
                      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
                      on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
                      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael Jay Berger
                      on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
                      yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
                      on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
                      yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
                      on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

Michael S Kogan
                      on behalf of Plaintiff Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
                      on behalf of Defendant Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
                      on behalf of Debtor Leslie Klein mkogan@koganlawfirm.com

Michael S Kogan
                      on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Michael S Kogan
                      on behalf of Interested Party Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
                      on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Nikko Salvatore Stevens
                      on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
                      nikko@cym.law, mandi@cym.law

Nikko Salvatore Stevens
                      on behalf of Creditor Franklin Menlo nikko@cym.law  mandi@cym.law

Paul P Young
                      on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
                      on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
                      paul@cym.law, jaclyn@cym.law

Paul P Young
                      on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
                      on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
                      on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
                      on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
                      on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
                      on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
                      on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Robert P Goe
                      on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
                      rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
                      on behalf of Creditor Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

District/off: 0973-2                          User: admin                                      Page 4 of 4
Date Rcvd: Aug 22, 2023                       Form ID: pdf042                                  Total Noticed: 1

Robert P Goe
          on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
          on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
          on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
          on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
          on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
          on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Bender
          on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko
          on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
          on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
          cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron
          on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com

Simon Aron
          on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com

Steven M Mayer
          on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
          on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
          on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
          Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com

United States Trustee (LA)
          ustpregion16.la.ecf@usdoj.gov


TOTAL: 72

1    Jeffrey W. Dulberg (State Bar No. 181200)
     John W. Lucas (State Bar No. 271038)
2    PACHULSKI STANG ZIEHL & JONES LLP
     10100 Santa Monica Blvd., 13th Floor
3    Los Angeles, CA 90067
     Telephone: 310/277-6910
4    Facsimile:  310/201-0760
     E-mail:  jdulberg@pszjlaw.com
5              jlucas@pszjlaw.com

6    [Proposed] Counsel to Bradley D. Sharp, Chapter 11
     Trustee

**FILED & ENTERED**

**AUG 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY francis    DEPUTY CLERK**

7

8                          UNITED STATES BANKRUPTCY COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                              LOS ANGELES DIVISION

11   In re:                                    Case No.: 2:23-bk-10990-SK

12   LESLIE KLEIN,

13                    Debtor.                   Chapter 11

14                                              **ORDER APPROVING CHAPTER 11
                                                TRUSTEE'S APPLICATION TO (A)
15                                              EMPLOY DESERT SANDS REALTY
                                                AND COLDWELL BANKER REALTY
16                                              AS REAL ESTATE BROKERS AND (B)
                                                ENTER INTO EXCLUSIVE LISTING
17                                              AGREEMENT**

18                                              [2560 N. Whitewater Club Drive, Unit B,
                                                Palm Springs, California 92262]
19
                                                [Relates to Docket Nos. 238 and 239]
20
                                                [No Hearing Required]
21

22        This Court, having considered the application (the "Application") of Bradley D. Sharp, the

23   duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned

24   bankruptcy case of Leslie Klein (the "Debtor"), to (a) employ Desert Sands Realty and Coldwell

25   Banker Realty as real estate brokers (together, the "Brokers") and (b) enter into exclusive listing

26   agreement, and the statements of disinterestedness of Steve Enlow and William Friedman filed in

27   support thereof, and the Court finding that due and sufficient notice of the Application has been

28   given, and based upon the record before the Court, it appears that the Brokers do not hold or

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:350655.1 78512/001

1   represent an interest adverse to the Debtor or the estate (the "Estate"), that the Brokers are

2   "disinterested", that their employment is in the best interest of the Estate, there being no objections

3   to or requests for hearing on the Application, and that no hearing on the Application is required

4   pursuant to the Local Bankruptcy Rules, it is hereby:

5       **ORDERED** that the Chapter 11 Trustee is authorized to (a) employ Desert Sands Realty

6   and Coldwell Banker Realty as real estate brokers and (b) enter into the exclusive listing agreement

7   attached as Exhibit 1 to the Application, on the terms and conditions set forth therein; and

8       **ORDERED** that Desert Sands Realty and Coldwell Banker Realty shall be entitled to

9   receive compensation in accordance with the terms of the listing agreement and shall not be

10  required to file further application to the Court with respect to same.

11

12  # # #

13

14

15

16

17

18

19

20

21

22

23  Date: August 22, 2023

24  Sandra R. Klein
United States Bankruptcy Judge

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:350655.1 78512/001