| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA State Bar No. 181200)<br>John Lucas (CA State Bar No. 271038)<br>Jeffrey P. Nolan (CA State Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:jdulberg@pszjlaw.com<br>         jlucas@pszjlaw.com<br>         jnolan@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* [Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br><br><br>                                                                                Debtor. | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion:    Motion of Chapter 11 Trustee, for Order Enforcing the Automatic Stay Against the Menlo Trust and Related Relief [Docket No. 303]

   b. Date of filing of motion: August 28, 2023

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:

      Numerous adversary proceedings now pending before this Court seek exceptions to the Debtor's discharge.  The complaints document the Debtor utilizing the Les Klein & Associates, Inc. (the "Law Firm") trust account to receive and divert trust funds into "one big pot" of commingled funds among the Debtor's numerous clients. Similarly, issues are implicated with the Debtor failing to segregate his personal funds or funds of the Law Firm.  Given the findings and allegations, the Trustee is concerned that commingled funds were utilized to pay the premiums of insurance policies and specifically that held in the name of one creditor, the Menlo Trust.

      The Menlo Trust is one victim among a myriad of victims.  Rather than respect the automatic stay in place as a matter of law, the Menlo Trust has imposed its will in a Superior Court proceeding to push itself ahead of other estate creditors in the exact manner the Bankruptcy Court repudiated when considering whether to dismiss this chapter 11 case.  In the Superior Court proceeding, the Menlo Trust trustees have urged the judge to issue an order on August 30, 2023, at 1:30 pm to distribute six million dollars ($6,000,000.00) of life insurance policy proceeds acquired pre-petition (using commingled funds) which

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    Page 1                                    **F 9075-1.1.APP.SHORT.NOTICE**

the Menlo Trust beneficiaries claim as their separate property and that legally, under 9th Circuit law, are presumptively property of the Debtor's estate. In exercising his statutory duties, the Trustee requested documents from the trustees of the Menlo Trust to document the separate nature of the life insurance policies. While professing to cooperate with the Trustee, the Menlo Trust has produced no policy-related documents to the Trustee.

Granting the Motion is necessary to protect the rights of all creditors of the Debtor's estate, to prevent piecemeal litigation in various non-bankruptcy courts, and to avoid the unnecessary depletion of estate resources.

b. Identify the parties affected by the relief requested in the motion:

Co-Trustees of the Franklin Henry Menlo Irrevocable Trust Established March 1, 1983
Leslie Klein

c. State the reasons necessitating a hearing on shortened time:

The Trustee requests to have the hearing on the Motion held on September 6, 2023 at 9:00 a.m., given the matters set for hearing on that date and time (including matters relating to the Menlo Trust), as follows:

(1) Debtor's Motion to Set Aside Default [Docket.No. 24; Menlo v. Klein Adversary Proceeding No. 23-01152];
(2) Status Conference – Menlo v. Klein Adversary Proceeding No. 23-01152
(3) Status Conference – Klein v. Vago Adversary Proceeding No. 23-01147
(4) Status Conference (lead case)
(5) Chapter 11 Trustee's Application To Employ Pachulski Stang Ziehl & Jones LLP As General Bankruptcy Counsel Effective May 23, 2023 [Docket No. 177]; and
(6) First and Final Application for Compensation and Reimbursement of Expenses of Michael Jay Berger [Docket No. 181]

In the interest of economy, and in order to avoid further confusion, the Trustee believes it is in the best interests of the estate to have the hearing on the Motion held on September 6, 2023 at the same time the above-listed matters are set to be heard.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: August 28, 2023

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Jeffrey P. Nolan*
Signature of individual Movant or attorney for Movant

Jeffrey P. Nolan
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9075-1.1.APP.SHORT.NOTICE**

**Declaration of Jeffrey P. Nolan in Support of Application For Order Setting Hearing On Shortened Notice on the Motion of Chapter 11 Trustee, for Order Enforcing The Automatic Stay Against The Menlo Trust and Related Relief**

I, Jeffrey P. Nolan, declare and state:

1. I am an attorney licensed to practice law in all the courts in the state of California and in this Court. I am of counsel to the firm Pachulski Stang Ziehl & Jones LLP, proposed counsel to Bradley D. Sharp, Chapter 11 Trustee of the estate of Debtor, Leslie Klein (the "Trustee"), in this chapter 11 case (the "Case"). If called upon, I can and will competently testify to the facts stated herein from my own personal knowledge, or from a review of the files regularly maintained by the personnel of my law firm. All capitalized terms not defined herein have the meaning ascribed to them in the Motion (defined below). I make this declaration in support of the foregoing *Application for Order Setting Hearing On Shortened Notice on the Motion of Chapter 11 Trustee, for Order Enforcing The Automatic Stay Against The Menlo Trust and Related Relief*.

2. The Trustee requests that the hearing on the Motion of Chapter 11 Trustee, for Order Enforcing the Automatic Stay Against the Menlo Trust and Related Relief (the "Motion") be held on September 6, 2023 at 9:00 a.m., given the matters set for hearing on that date and time (including matters relating to the Menlo Trust), as follows:

    (a) Debtor's Motion to Set Aside Default [Docket.No. 24; Menlo v. Klein Adversary Proceeding No. 23- 01152];
    (b) Status Conference – Menlo v. Klein Adversary Proceeding No. 23-01152
    (c) Status Conference – Klein v. Vago Adversary Proceeding No. 23-01147
    (d) Status Conference (lead case)
    (e) Chapter 11 Trustee's Application To Employ Pachulski Stang Ziehl & Jones LLP As General Bankruptcy Counsel Effective May 23, 2023 [Docket No. 177]; and
    (f) First and Final Application for Compensation and Reimbursement of Expenses of Michael Jay Berger [Docket No. 181]

In the interest of economy, and in order to avoid further confusion, the Trustee believes it is in the best interests of the estate to have the hearing on the Motion held on September 6, 2023 at the same time the above-listed matters are set to be heard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August, 2023 at Los Angeles, California.

                                            */s/ Jeffrey P. Nolan*
                                            Jeffrey P. Nolan

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    **F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **August 28, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 28, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 28, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2023 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 4                           **F 9075-1.1.APP.SHORT.NOTICE**

**In re Leslie Klein**
**23-10990-SK**

## SERVICE LIST

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com

- **John P. Ward**     jward@attleseystorm.com, ezhang@attleseystorm.com
- **Brett J. Wasserman**     wasserman@smcounsel.com
- **Alex M Weingarten**     aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**     youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**     paul@cym.law, jaclyn@cym.law
- **Roye Zur**     rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**3    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Federal Express
Honorable Sandra R. Klein
United States Bankruptcy Court/Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

Via Federal Express
The Honorable Anna Marie Luna
Superior Court of the State of CA
County of Los Angeles, Probate Dept 3
111 North Hill Street
Los Angeles, CA 90012

Via Federal Express
Donald L. Saltzman
A Professional Law Corporation
10537 Butterfield Road
Los Angeles, CA 90064

Via Federal Express
Attys for Co-Trustee Jeffrey Winter and Frank Menlo as Co-Trustee
Alex Weingarten, Esq.
Wilkie Farr & Gallagher LLP
2029 Century Park East
Los Angeles, CA 90067-2905