| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (CA State Bar No. 181200)<br>John Lucas (CA State Bar No. 271038)<br>Jeffrey P. Nolan (CA State Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>          jlucas@pszjlaw.com<br>          jnolan@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: [Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>AUG 29 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY may      DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br>                                                       Debtor. | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*): Bradley D. Sharp, Chapter 11 Trustee of the estate of Leslie Klein, Debtor

1. Movant filed the following motion together with supporting declaration and (if any) supporting documents:

    a. *Title of motion*: Motion of Chapter 11 Trustee, for Order Enforcing the Automatic Stay Against the Menlo Trust and Related Relief  [Docket No. 303]

    b. *Date of filing of motion:* August 28, 2023

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                         Page 1                           F 9075-1.1.ORDER.SHORT.NOTICE

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration:

   *Date of filing of Application*: August 28, 2023 [Docket No. 304]

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date:** 9/6/2023 | **Place:** |
   |---|---|
   | **Time:** 9:00 a.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
   | **Courtroom:** 1575 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   (A) *Deadlines:*           (B) *Persons/entities to be provided with telephonic notice:*

   Date:

   Time:

   ☐ See attached page

   (C) *Telephonic notice is also required upon* the United States trustee

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked    ☒ all of the methods checked

   (A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

   (B) *Deadlines:*           (C) *Persons/entities to be served with written notice and a copy of this order:*

   Date: 8/29/23             -- All required parties.

   Time: 5:00 p.m.

   ☐ See attached page

   (D) *Service is also required upon*:
   -- United States trustee *(electronic service is not permitted)*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: 8/29/23 | -- All required parties. |
| Time: 5:00 p.m. | |
| | ☐ See attached page |
| | (D) *Service is also required upon:* |
| | -- United States trustee *(no electronic service permitted)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: 8/31/23 | All required parties. |
| Time: 12:00 p.m. | |
| | (D) *Service is also required upon:* |
| | -- United States trustee (*electronic service is not permitted*) |

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☒ all of the methods checked

(A) ☐ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: 9/1/23 | -- All required parties. |
| Time: 4:00 p.m. | |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |

(7) ☒  Other requirements:

No further briefing will be allowed or considered.

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above:

☒ at least 2 days before the hearing.

☐ no later than:    Date:    Time:

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### 

Date: August 29, 2023

*[signature]*
Sandra R. Klein
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**