Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>            Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S RESPONSE TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Date:         September 13, 2023<br>Time:        8:30 am<br>Courtroom: 1575<br>Location:    255 E. Temple Street<br>                   Los Angeles, CA 90012<br>Judge:       Hon. Sandra R. Klein |

Bradley D. Sharp ("*Trustee*"), the duly appointed trustee for the chapter 11 estate of Leslie Klein (the "*Debtor*"), hereby files this response (the "*Response*") to the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 254] (the "*Winter Stay Relief Motion*") filed by the Jeffrey Winter, Co-Trustee of the Franklin Menlo Irrevocable Trust Established March 1, 1983 (the "*Movant*").  In support of the Response, the Trustee respectfully represents as follows:

**A.    Background**

The Debtor commenced a voluntary chapter 11 case on February 22, 2023.  On March 10, 2023, the Office of the United States Trustee (the "*UST*") filed a statement regarding the Debtor's

DOCS_SF:109418.1 78512/001

failure to comply with various requirements under the Bankruptcy Code, Bankruptcy Rules, and certain notices and guidelines promulgated by the UST. *See* [Docket No. 42].

On May 17, 2023, in response to certain motions to dismiss the Debtor's chapter 11 case filed certain creditors of the Debtor's estate, the Court entered an order directing the UST to appoint a chapter 11 trustee. *See* [Docket No. 142].

On May 23, 2023, the UST filed a notice appointing Bradley D. Sharp (the "***Trustee***") as the chapter 11 trustee of the Debtor's chapter 11 case. *See* [Docket No. 151]. On May 24, 2023, the UST filed an application for an order approving the appointment of Mr. Sharp as the Trustee. *See* [Docket No. 154]. On May 24, 2023, the Court entered an order approving the appointment of Mr. Sharp as the Trustee. *See* [Docket No. 155]. On May 24, 2023, Mr. Sharp accepted his appointment as Trustee. *See* [Docket No. 156].

Since the Trustee's appointment, he and his proposed forensic accounting firm and his proposed bankruptcy counsel have been communicating with the Debtor, the Debtor's creditors, and others, including the Menlo parties, that have engaged in business with the Debtor for the purpose of collecting information about property of the estate including claims the estate holds against others and claims that parties have asserted against the Debtor. The Trustee is in the beginning stages of the collection of information regarding property of the estate and the investigation into the various business and other arrangements between the Debtor and other parties.

To date, the Trustee has filed approximately ten (10) applications, pursuant to Bankruptcy Rule 2004, seeking information from various parties in an effort to better understand the affirmative claims of and claims against the Debtor's estate, and other assets of the Debtor that can be used to pay allowed claims against the estate.

**B.    The Menlo Trust Litigation**

As set forth in the Motion, which totals 257 pages, the Debtor has been engaged in years of litigation over approximately twenty-four trusts created for the benefit of the Menlo family where the Debtor served as a solo trustee. In this litigation, the Debtor is accused of embezzlement, co-mingling of assets, borrowing between trusts, taking loans against trust and cross-paying debts, among other actions. The Trustee has been trying to obtain information about the Menlo trusts to

2

DOCS_SF:109418.1 78512/001

determine whether the Debtor has any claims or other interests. The Trustee has tried to obtain this information consensually but has been unsuccessful. As a result, the Trustee recently filed a Bankruptcy Rule 2004 application, see [Docket No. 301] (the "**Menlo Rule 2004 Application**"), directed against the Franklin Henry Menlo Irrevocable Trust Established March 1, 1983 (the "**Menlo Trust**") as represented by Jeffrey Winter and Frank Menlo, Co-Trustees of the Menlo Trust.

On August 18, 2023, the Menlo Trust convinced the Superior Court (the court presiding over the Menlo Trust litigation), to issue an order to distribute, on August 30, 2023, $6,000,000 of the $30,000,000 in life insurance proceeds to the Menlo Trust, and similarly issued an order to show cause to the Debtor and the Trustee to provide writings to demonstrate the Debtor's interest in the life insurance policies (information that the Trustee does not have but has been trying to obtain from the Debtor and the Menlo parties).

Importantly, the Menlo Trust made these arguments to the Superior Court while the Winter Stay Relief Motion and *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 84] (the "**Frank Menlo Stay Relief Motion**") were pending and unresolved before this Court.[1] The Court continued the Frank Menlo Stay Relief Motion in response to the Trustee's objection wherein he argued that he does not have sufficient information to make an independent and informed decision with respect to such motion. *See* [Docket No. 196].

**C.    The Motion Should Be Continued**

With the filing of this objection, the Trustee is now opposing two stay relief motions filed by different parties regarding the Menlo Trust. The Trustee continues to seek information regarding the Menlo Trust as is evidenced by the Menlo Rule 2004 Application. The Winter Stay Relief Motion should be continued to sixty (60) days after the Menlo Trust produces the discovery the Trustee is seeking so that the Trustee can gather the information necessary for him to make an independent and informed decision regarding the Winter Stay Relief Motion. The Trustee should not be required to litigate two separate stay relief motions on different time-tables when they involve the same issues.

---

[1] The Trustee filed a motion to enforce the automatic stay in response to the Menlo Trust's conduct and the Superior Court's order. See [Docket No. 303], which is scheduled for a hearing on September 6, 2023.

3

**D.** **Conclusion**

For the reasons stated herein and at the hearing, the Trustee respectfully requests the Court to continue the Motion to a date that is sixty (60) days after the Menlo Trust produces the discovery to the Trustee.

Dated: August 30, 2023

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John W. Lucas*
    John W. Lucas

[Proposed] Counsel to Bradley D. Sharp, Chapter 11 Trustee

4

DOCS_SF:109418.1 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*):  **CHAPTER 11 TRUSTEE'S RESPONSE TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by lbr 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  **August 30, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

`☒     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2023 | Rolanda Mori | /s/ *Rolanda Mori* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**In re Leslie Klein**
**23-10990-SK**

## SERVICE LIST

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com
- **John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com

2

- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, jaclyn@cym.law
- **Roye Zur**  rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2.    SERVED BY UNITED STATES MAIL**

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Nikko S. Stevens
CHORA YOUNG & MANASSERIAN LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Donald L. Saltzman
A Professional Law Corporation
10537 Butterfield Road
Los Angeles, CA 90064

**3    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**

Via Federal Express
Honorable Sandra R. Klein
United States Bankruptcy Court/Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012