Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Logan M. Elliott (SBN 268105)
  LElliott@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:    (310) 855-3000
Facsimile:    (310) 855-3099

Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

　　　　Debtor.

CASE NO.:  2:23-bk-10990-SK

Chapter 11

**DECLARATION OF ALEX M. WEINGARTEN IN SUPPORT OF JEFFREY WINTER'S OPPOSITION TO MOTION OF CHAPTER 11 TRUSTEE, FOR ORDER ENFORCINGTHE AUTOMATIC STAY AGAINST THE MENLO TRUST AND RELATED RELIEF**

[*Filed concurrently with Opposition*]

Date:       September 6, 2023
Time:       9:00 a.m.
Crt. Rm.:   1575

66827109

DECLARATION OF ALEX WEINGARTEN ISO OPPOSITION

# DECLARATION OF ALEX M. WEINGARTEN

I, Alex M. Weingarten, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and am a partner of Willkie Farr & Gallagher LLP, attorneys of record for Petitioner Jeffrey Winter ("Jeff"), Co-Trustee of the twenty-four irrevocable trusts at issue in this action ("Menlo Trusts"). I have personal knowledge of the facts set forth herein, or know of such facts by reason of my inspection of the records maintained by Willkie Farr & Gallagher LLP in the ordinary course of business, and could and would competently testify thereto if asked to do so.

2. I make this declaration in support of Jeff's Opposition To Motion Of Chapter 11 Trustee, For Order Enforcing The Automatic Stay Against The Menlo Trust And Related Relief.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Reporter's Transcript of the hearing in Los Angeles Superior Court Case No. BP136769 on July 10, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Second Supplement To Petition For Instructions Regarding Distributions filed in Los Angeles Superior Court Case No. BP136769 on August 15, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Third Supplement To Petition For Instructions Regarding Distributions filed in Los Angeles Superior Court Case No. BP136769 on August 25, 2023.

6. On August 18, 2023, at 1:30 p.m., I attended a hearing in the matter of Los Angeles Superior Court Case No. BP136769 before Judge Ana Maria Luna in connection with the Petition For Instructions Regarding Distributions. At the hearing, Judge Luna authorized the sum of $6,000,000.00 to be released to my client, Jeff, Co-Trustee of the Trust, and Co-Trustee Franklin Menlo, one-fifth of the amount Co-Trustees requested to distribute in the Petition for Instructions (approximately $30,299,932.00). At the request of Jeffrey Nolan of Pachulski Stang Ziehl & Jones LLP, counsel for bankruptcy trustee Bradley D. Sharp ("Bankruptcy Trustee"), Judge Luna granted a stay on her order regarding the $6,000,000.00 in distributions until the next status conference in this matter on August 30, 2023 at 1:30 p.m. Attached hereto as **Exhibit 4** is

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

a true and correct copy of the Minute Order issued in Los Angeles Superior Court Case No. BP136769 on August 18, 2023 re the Petition for Instructions filed on July 28, 2023.

7. On August 30, 2023, at 1:30 p.m., I attended a hearing in the matter of Los Angeles Superior Court Case No. BP136769 before Judge Luna. Nolan was also present. I personally spoke with Nolan and reiterated to him that Jeff's plan – as explained to Judge Luna at prior hearings – was to do everything above board with respect to making distributions to the Trust beneficiaries (*i.e.*, to file the Petition for Instructions in tandem with the Motion for Relief from Stay) and always to respect the authority of the Bankruptcy Court. I further reiterated to Nolan that we had always explained to Judge Luna and to the Bankruptcy Trustee that the plan was to file a petition for instructions *in conjunction* with a motion for relief from stay and that no action would be taken on the insurance proceeds unless and until both the Superior Court and the Bankruptcy Court had blessed the proposed distributions. Nolan acknowledged that the Co-Trustees had previously explained that plan and that the recent filing by the Bankruptcy Trustee was based on a misunderstanding of the procedural posture of the Superior Court proceedings. At the hearing, I informed Judge Luna that the Bankruptcy Trustee filed a motion to enforce the stay on August 28, 2023, and that Jeff was willing to wait for that motion to be heard before seeking any distributions from the Superior Court. I did not urge Judge Luna to authorize any distributions at the hearing, and neither did my client. Judge Luna extended the stay on the August 18, 2023 interim order authorizing distributions until September 11, 2023 – *after* the hearing on the Bankruptcy Trustee's motion to enforce the stay currently set for September 6, 2023.

8. I am aware that the Bankruptcy Trustee's motion to enforce the automatic stay asserts that the Menlo Trusts failed to cooperate with the Bankruptcy Trustee's request for trust records. *See, e.g.*, Dkt. No. 303 at 7:10-18. Neither the Bankruptcy Trustee nor his counsel ever contacted Jeff, me, or my Firm for any reason, including to request documents or information pertaining to this matter. I raised this issue with Nolan and he acknowledged that no such effort to communicate with me, my Firm or my client had been made and again apologies for the miscommunication. I am informed that Donald Saltzman, counsel for the other Co-Trustee,

Frank Menlo, has been cooperating with the Bankruptcy Trustee's requests and recently began sending the documents and information requested.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on August 31, 2023, at Los Angeles, California.

*/s/ Alex M. Weingarten*
Alex M. Weingarten

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
WILLKIE FARR & GALLAGHER LLP, 2029 Century Park East, Suite 3400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ALEX M. WEINGARTEN IN SUPPORT OF JEFFREY WINTER'S OPPOSITION TO MOTION OF CHAPTER 11 TRUSTEE, FOR ORDER ENFORCING THE AUTOMATIC STAY AGAINST THE MENLO TRUST AND RELATED RELIEF
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   SEE ATTACHED LIST.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 08/31/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
   SEE ATTACHED LIST.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/31/2023 | Arkisa Ward | /s/ Arkisa Ward |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey tcovey@raslg.com, sferry@raslg.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan mkogan@koganlawfirm.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Ron Maroko ron.maroko@usdoj.gov
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer smayer@mayerlawla.com
- Krikor J Meshefejian kjm@lnbyg.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Jeffrey P Nolan jnolan@pszjlaw.com
- Eric J Olson eric@ejolsonlaw.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Mark M Sharf (TR) mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- Bradley D. Sharp (TR) bsharp@dsi.biz
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori gtokumori@pmcos.com

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell mwachtell@buchalter.com
- John P. Ward jward@attleseystorm.com, ezhang@attleseystorm.com
- Brett J. Wasserman wasserman@smcounsel.com
- Alex M Weingarten aweingarten@willkie.com, lcarter@willkie.com
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young paul@cym.law, jaclyn@cym.law
- Roye Zur rzur@elkinskalt.com, cavila@elkinskalt.com; lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**SERVED BY OVERNIGHT MAIL:**

Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

Honorable Ana Maria Luna
Superior Court of the State of CA
County of Los Angeles, Dept. 3
111 North Hill Street
Los Angeles, CA 90012

United States Trustee (LA)
915 Wilshire Blvd, Ste. 1850
Los Angeles, CA 90017-3560

Jeffrey P. Nolan
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

4

PROOF OF SERVICE