# EXHIBIT A

**From:** Don Saltzman <dlslawcorp@aol.com>
**Sent:** Tuesday, August 29, 2023 7:23 PM
**To:** Bradley Sharp <bsharp@dsiconsulting.com>; Jeffrey Dulberg <jdulberg@pszjlaw.com>; Jeffrey P. Nolan <jnolan@pszjlaw.com>; Paul Young <paul@cym.law>; Joseph Chora <joseph@cym.law>
**Cc:** Judge Ana Maria Luna <amluna@lacourt.org>; Matthew Busch <mbusch@willkie.com>
**Subject:** Excel spreadsheets showing sources of premium payments on all Menlo insurance policies



Dear Trustee and Counsel,

As part of our continuing voluntary document production to you, attached please find
a very comprehensive Excel spreadsheet prepared by our forensic accountants, Resolution

Economics. This spreadsheet details the exact Menlo sources of all premium payments on all
of the insurance policies involved in our case (many of which Klein has allowed to lapse).

You will note, among other things, that of the $7,763,836 in premiums that were paid,
the sources of $100,767 in payments were marked "unknown" because at times Klein
made transfers and payments that were difficult to decipher because of poor handwriting
by Klein or because of some other difficulty in reading that exact trust source of the
payment.

Please note: our forensic accountants did not have access to trust account information
for the non-Petitioner trusts. Accordingly, the attached chart does not reflect additional
premium payments that Klein may have taken from Menlo trusts that are not part of
this case. Some of those payments may be reflected in the "unknown" column. Les Klein
has claimed, with no support whatsoever, that he used $1 million from six additional Menlo
trusts to pay premiums in this case. We know that he took money from at least some (possibly
all) of these trusts, but do not believe his numbers to be
correct. Frank Menlo
is in the process of determining the correct amounts (if any) taken from these other
Menlo trusts. As I wrote to you previously, the co-trustees intend to present these
amounts to the Court and ask for Court approval to reimburse all such trusts any amounts
taken by Klein to pay premiums in this case. They will be repaid, using Menlo funds
to do so.

In my view, this spreadsheet by itself should remove all of your concerns with respect to the
source of premium payments in this case. All payments were made by Menlo sources, whether
or not Klein may have commingled funds in his Les Klein & Associates trust account. **There**

**has been no evidence in this case whatsoever that any premium was ever paid from any source
other than Menlo sources.  There is no evidence than any other person or entity is entitled to
any of the Menlo insurance proceeds.**

Please review the attached document and call me if you have any questions.  Upon review of this
document, together with the detailed damage analyses I sent you earlier this evening, you should be
comfortable in allowing distribution of part or all of the insurance proceeds to the beneficiaries
thereof, regardless of the bankruptcy stay (which does not apply to these non-Klein assets).

**At a minimum, it should alleviate any concerns you may have about Judge Luna's proposal to
presently distribute $6 million of the insurance proceeds to the co-trustees**.  Judge Luna
realizes that the Petitioners are victims of gross theft and compassionately is seeking to distribute
to them a non-controversial and non-prejudicial amount of their funds in order to make their lives
and holidays easier.  There would be no harm in the Bankruptcy Trustee and his attorneys
showing the same compassion, especially where it is abundantly clear that the funds have
no connection to Klein's bankruptcy case.

Because the hearing is upon us tomorrow and time does not permit a more formal pleading, Judge Luna has been copied on this e-mail.

I will continue to provide you with additional documents you requested, even though it is
debatable if you really need them.

Thank you,

Don

DONALD L. SALTZMAN
Professional Law Corporation
10537 Butterfield Road Los Angeles, CA 90064
Telephone:  310-617-3073
Facsimile:   310-836-8944
dlslawcorp@aol.com