Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp,
Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**SUBMISSION OF HOLOGRAPHIC SIGNATURE OF JOHN W. LUCAS REGARDING CHAPTER 11 TRUSTEE'S RESPONSE TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>[Relates to Docket No. 317]<br><br>Date:        September 13, 2023<br>Time:        8:30 am<br>Courtroom:  1575<br>Location:   255 E. Temple Street<br>                  Los Angeles, CA 90012<br>Judge:      Hon. Sandra R. Klein |

///

///

///

///

///

///

**D.  Conclusion**

For the reasons stated herein and at the hearing, the Trustee respectfully requests the Court to continue the Motion to a date that is sixty (60) days after the Menlo Trust produces the discovery to the Trustee.

Dated:  August 30, 2023           PACHULSKI STANG ZIEHL & JONES LLP

By _____
    John W. Lucas

    [Proposed] Counsel to Bradley D. Sharp,
    Chapter 11 Trustee

4

DOCS_SF109418.1 78512/001