

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER **11**

APPEAL? ☐ Yes ☒ No
APPEAL No. _____ (if known)

(File this form on the related case docket)

Ordering Party's Name: **Jeffrey W. Dulberg**     Attorney Bar# **181200**
Law Firm: **Pachulski Stang Ziehl & Jones LLP**
Mailing Address: **10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Beth Dassa**
Telephone: (**310**) **804-5528**     E-mail: **bdassa@pszjlaw.com**
Bankruptcy Case #: **23-10990**     Adversary Proceeding #/MP #: _____
Date of Hearing (complete a SEPARATE form for EACH hearing date): **Sept. 6, 2023**   Time: **9:00 a.m.**
Debtor: **Leslie Klein**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **S. Klein**     Courtroom #: **1575**
TRANSCRIBER: **eScribers**     ALTERNATE: **Ben Hyatt**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
| ☐ Ordinary (30 days)  ☐ 3 Days       ☒ Entire Hearing | |
| ☐ 14 Days            ☒ Daily (24 hours)   ☐ Ruling/Opinion of Judge only | |
| ☐ 7 Days             ☐ Testimony of Witness _____ | |
| | ☐ Other* _____ (name of witness) |

*Special Instructions: **Transcript is requested on an expedited basis**
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment*.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must docket this form; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:___)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*