Jeffrey W. Dulberg (State Bar No. 181200)
Jeffrey P. Nolan (State Bar No. 15823)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail: jdulberg@pszjlaw.com
jnolan@pszjlaw.com

[Proposed] Counsel to Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>      Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**DECLARATION OF JANICE G. WASHINGTON RE SERVICE OF ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE AUTHORIZING THE EXAMINATION OF AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC. PURSUANT TO FED. R. BANKR. P. 2004; AND SUBPOENA FOR RULE 2004 EXAMINATION OF AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.**<br><br>[Relates to Docket No. 347] |

I, Janice G. Washington, declare and state as follows:

1. I am a legal secretary at the Law Firm of Pachulski Stang Ziehl & Jones LLP, proposed counsel for Bradley D. Sharp, the duly appointed Chapter 11 trustee (the "Trustee") in the Chapter 11 case of Leslie Klein (the "Debtor"), in the above-captioned case.

2. I am over the age of eighteen years old and have personal knowledge of the facts set forth herein, and if called as a witness would and could competently testify thereto.

DOCS_LA:351204.1 78512/001

3.       On September 15, 2023, I caused to be served on **AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.** and other parties in interest, the following documents (the "Order and Rule 2004 Subpoena"):

(a)       A copy of the Order Granting Motion of Chapter 11 Trustee Authorizing the Examination of **AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.** pursuant to Fed. R. Bankr. P. 2004 [Docket No. 347]; and

(b)       A copy of the Subpoena for Rule 2004 Examination of **AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.** [Docket No. 260]

4.       The Order and Rule 2004 Subpoena were served upon the parties listed on the attached Service List and were served by placing true copies thereof in envelopes and then by sealing the envelopes and depositing them with first-class postage thereon fully prepaid, in the United States Mail at Los Angeles, California and served upon one of the parties on the attached Service List via Federal Express overnight service (*see attached Proof of Service*).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 15th day of September, 2023, at Los Angeles, California.

*/s/Janice G. Washington*
Janice G. Washington

2

DOCS_LA:351204.1 78512/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10100 Santa Monica Blvd., 13th Floor. Los Angeles, CA 90067

A true and correct copy of the foregoing documents entitled *Order Granting Motion of Chapter 11 Trustee Authorizing the Examination of* **AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.** *pursuant to Fed. R. Bankr. P. 2004* [Docket No. 347] and *Subpoena for Rule 2004 Examination of* **AXOS FINANCIAL, INC. D/B/A AXOS BANK, AXOS CLEARING LLC AND AXOS INVEST, INC.** [Docket No. 260] will be served or was served **(a)** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 15, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Axos Financial, Inc.
Headquarters
4350 La Jolla Village Drive, Suite 140
San Diego, CA 92122

Axos Financials, Inc.
Attn: Matthew Medina, Sr. Legal Operations Specialist
Corporate Office
4350 La Jolla Village Drive, Suite 140
San Diego, CA 92122

Agent
National Registered Agents, Inc.
330 N. Brand Blvd, Suite 700
Glendale, CA 91203

Agent
National Registered Agents, Inc. of NV
701 S. Carson St., Suite 200
Carson City, NV 89701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL VIA FEDERAL EXPRESS, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 15, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

DOCS_LA:351204.1 78512/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Via Federal Express Overnight Delivery*

| | |
|---|---|
| Axos Financial, Inc.<br>Headquarters<br>4350 La Jolla Village Drive, Suite 140<br>San Diego, CA 92122 | Axos Financials, Inc.<br>Attn: Matthew Medina, Sr. Legal Operations Specialist<br>Corporate Office<br>4350 La Jolla Village Drive, Suite 140<br>San Diego, CA 92122 |
| Agent<br>National Registered Agents, Inc.<br>330 N. Brand Blvd, Suite 700<br>Glendale, CA 91203 | Agent<br>National Registered Agents, Inc. of NV<br>701 S. Carson St., Suite 200<br>Carson City, NV 89701 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 15, 2023 | Janice G. Washington | */s/ Janice G. Washington* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DOCS_LA:351204.1 78512/001