Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Logan M. Elliott (SBN 268105)
  LElliott@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:    (310) 855-3000
Facsimile:    (310) 855-3099

Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER

Donald L. Saltzman (SBN 54483)
  DLSlawcorp@aol.com
**DONALD L. SALTZMAN, Professional Law Corporation**
10537 Butterfield Road
Los Angeles, CA 90064
Telephone: (310) 617-3073

Attorney for Creditor
CO-TRUSTEE FRANKLIN MENLO

# UNITED STATES BANKRUPTCY COURT FOR
# THE CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| In re: | CASE NO.: 2:23-bk-10990-SK |
|---|---|
|  | Chapter 11 |
| LESLIE KLEIN, | **JOINT STIPULATION TO RESTROACTIVELY LIFT AUTOMATIC STAY AS TO THE ENUMERATED ITEMS IN CERTAIN PRIOR ORDERS ENTERED *IN THE MATTER OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED MARCH 1, 1983* (LOS ANGELES SUPERIOR COURT CASE NO. BP136769)** |
| Debtor. | |

## JOINT STIPULATION

Jeffrey Winter and Franklin Menlo, interim Co-Trustees[1] ("**Interim Co-Trustees**") of the consolidated and related twenty-four Menlo trusts at issue *In The Matter of the Franklin Menlo Irrevocable Trust Established March 1, 1983,* Case No. BP136769 (the "**Menlo Trust**

---

[1] Interim Co-Trustees were appointed permanent successor trustees of the consolidated and related twenty-four Menlo trusts at issue on April 27, 2023 in the Menlo Trust Action. This Court's September 6, 2023 Order voiding all orders in the Menlo Trust Action entered after Klein filed bankruptcy reversed the appointment to the pre-bankruptcy status quo in which Jeffrey Winter and Franklin Menlo served as interim co-trustees. Dkt. No. 329. The Parties share the view that the Interim Co-Trustees' status should be reinstated.

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

**Action**") pending in the Los Angeles Superior Court (the "**Superior Court**"), and Bradley D. Sharp ("**Sharp**"), Chapter 11 Trustee in the above-captioned action (collectively, the "**Parties**"), hereby submit the following stipulation:

WHEREAS, on February 22, 2023 (the "**Petition Date**"), Leslie Klein ("**Klein**") commenced with a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court");

WHEREAS, the Superior Court entered various orders and made findings in the Menlo Trust Action after the Petition Date notwithstanding the automatic stay being in effect under section 362(a) of the Bankruptcy Code;

WHEREAS, on April 27, 2023, the Superior Court entered an order in the Menlo Trust Action on Franklin Menlo's Fifth Amended Petition for Removal of Klein that, *inter alia*: (1) removed Klein as trustee for all of the consolidated trust actions including the; and (2) appointed Jeffrey Winter and Franklin Menlo as successor co-trustees of the twenty-four Menlo trusts at issue in this action (the "**April 27, 2023 Order**"). A true and correct copy of the April 27, 2023 Order is attached hereto as **Exhibit 1**;

WHEREAS, on May 23, 2023, Sharp was appointed as Chapter 11 trustee in the above-captioned chapter 11 case;

WHEREAS, on August 30, 2023, the Superior Court set a hearing on the sentencing of Klein's contempt for October 31, 2023; and

WHEREAS, on September 6, 2023, the Bankruptcy Court entered an order confirming that all orders, judgments, decrees, and the like entered by the Superior Court in the Menlo Trust Action on or after February 22, 2023 are void (*See* Dkt. No. 329) (the "**Stay Enforcement Order**");

NOW, THEREFORE, the Parties stipulate and jointly agree as follows:

1.   Upon entry of an order of the Bankruptcy Court approving this Stipulation, the Bankruptcy Court's Stay Enforcement Order entered on September 6, 2023 no longer applies to and the automatic stay extant under section 362(a) of the Bankruptcy Code is retroactively lifted

for the limited purpose of reinstating the force and effect of the April 27, 2023 Order insofar as it relates to:

    a. "JTD 7 – Granted. Leslie Klein is removed as trustee for all of the consolidated trust actions herein. The court's order of 9/16/2022 removing Leslie Klein on an interim basis remains in full force and effect until the final order on removal is filed with and signed by the court."

    b. "JTD 8 – Denied as moot. The Court's order of 9/16/2022 removing Leslie Klein on an interim basis remains in full force and effect until the final order on removal is filed with and signed by the Court."

    c. "JTD 9 - Jeffrey Winter and Franklin Menlo are appointed as successor co-Trustees of the Trust, with all the powers previously vested in Leslie Klein as Trustee, as follows:

| Preconsolidation Case number | Menlo Trust Irrv. Beneficiary | Successor Co-Trustees Appointed |
|---|---|---|
| BP140010 | Abraham Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140013 | Samuel Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140011 | Esther Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140007 | Rachel Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140009 | Mordechai Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140008 | Deborah Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140012 | Zev Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140016 | Tanya Menlo | Jeffrey Winter and Franklin Menlo |
| BP136769 | Franklin H. Menlo | Jeffrey Winter and Franklin Menlo |
| BP140015 | Jonathan Menlo | Jeffrey Winter and Franklin Menlo |
| BP140004 | Yeshia Frankel | Jeffrey Winter and Franklin Menlo |
| BP140020 | Rochelle Lipschutz | Jeffrey Winter and Franklin Menlo |

| Preconsolidation Case number | Menlo Trust Irrv. Beneficiary | Successor Co-Trustees Appointed |
|---|---|---|
| BP139978 | Moishe Frankel | Jeffrey Winter and Franklin Menlo |
| BP140019 | Madelein Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP140003 | Faye Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP154676/ BP140018 | Avi(Zisha) Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP140017 | Dov Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP139977 | Asher Frankel | Jeffrey Winter and Franklin Menlo |
| BP140014 | Norine Winter | Jeffrey Winter and Franklin Menlo |
| BP139999 | Michael Winter | Jeffrey Winter and Franklin Menlo |
| BP140001 | Jeremy Winter | Jeffrey Winter and Franklin Menlo |
| BP140002 | Amanda Winter | Jeffrey Winter and Franklin Menlo |
| BP140005 | Jonathan Lifschutz | Jeffrey Winter and Franklin Menlo |
| BP140000 | Daniel Winter | Jeffrey Winter and Franklin Menlo |

2.  For the avoidance of doubt, no other provision of the April 27, 2023 Order is restored by this Stipulation.

3.  The Parties reserve their rights to seek further relief with respect to the Stay Enforcement Order and section 362(a) of the Bankruptcy Code or oppose any such relief as the case may be.

IT IS SO STIPULATED.

Dated: September 22, 2023

**WILLKIE FARR & GALLAGHER LLP**

By: _____
Alex M. Weingarten
Logan M. Elliott
Attorneys for Jeffrey Winter, Interim Co-Trustee of Creditor The Menlo Family Trust

Dated: September 22, 2023

**DONALD L. SALTZMAN, Professional Law Corporation**

By: /s/ Donald Saltzman
Donald L. Saltzman
Attorneys for Franklin Menlo, Interim Co-Trustee of Creditor The Menlo Family Trust

Dated: September 22, 2023

**PACHULSKI STANG ZEIL & JONES LLP**

By: _____
Jeffrey W. Dulberg
John W. Lucas
Jeffrey P. Nolan

Attorneys for Bradley D. Sharp, Chapter 11 Trustee

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

67348597

5

JOINT STIPULATION TO LIFT STAY AS TO PRIOR ORDERS ENTERED IN L.A.S.C. CASE NO. BP136769
DOCS_SF:109551.2 78512/001

| | | |
|---|---|---|
| 1 | Dated: September 22, 2023 | **DONALD L. SALTZMAN, Professional Law Corporation** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Donald L. Saltzman |
|   | | Attorneys for Franklin Menlo, Interim Co-Trustee of Creditor The Menlo Family Trust |
| 5 | | |
| 6 | | |
| 7 | Dated: September 22, 2023 | **PACHULSKI STANG ZEIL & JONES LLP** |
| 8 | | By: _____ |
|   | | Jeffrey W. Dulberg |
| 9 | | John W. Lucas |
|   | | Jeffrey P. Nolan |
| 10 | | |
| 11 | | Attorneys for Bradley D. Sharp, Chapter 11 Trustee |

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

# EXHIBIT 1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Probate Division**
**Stanley Mosk Dept. - 3**

**BP136769**
**In re: MENLO, FRANKLIN HENRY IRREVOCABLE TRUST - TRUST**

**April 27, 2023**
**1:30 PM**

Honorable Ana Maria Luna, Judge

Silvia Miramontes, Judicial Assistant                         Janet Murphy (#9650), Court Reporter

---

**NATURE OF PROCEEDINGS:** Fifth Amended Petition for Removal filed on 3/8/2019 by Franklin Menlo

The following parties are present for the aforementioned proceeding:

> Leslie Klein
> Franklin Menlo
> Jeffrey Winter
> Terence S. Nunan, Attorney
> Donald L. Saltzman, Attorney
> Michael L. Wachtell, Attorney
> Alex Weingarten, Attorney
> Eric Olson, Attorney via LACourtConnect
> Nathan Talei, Attorney via LACourtConnect
> Candice Rogers, Attorney via LACourtConnect

The matter is called for hearing.

Pursuant to the Court's announcement of its tentative statement of decision on 4/24/2023 and the Court's proposed statement of decision filed 4/27/2023, the Court now makes the following orders:

The Fifth Amended Petition for Removal filed on 3/8/2019 by Franklin Menlo is granted in part as follows:

JTD 1 – Denied with prejudice. No further accountings to be filed by Leslie Klein as to these consolidated trust matters.

JTD 2 – Denied with prejudice. No further accountings to be filed by Leslie Klein as to these consolidated trust matters.

JTD 3 – Denied with prejudice. No further accountings to be filed by Leslie Klein as to these consolidated trust matters.

JTD 4 – Granted. The Court orders Leslie Klein be surcharged in an amount that the Trust has suffered as damages as a result of Klein's self-dealing, wrongful actions, and personal profit that have affected the Trust and Klein be made to pay Probate Code 859 damages in an amount to be determined by the Court, for his intentional, willful, and malicious breaches of fiduciary duty.

Regarding First Account period from Trustee's acceptance as trustee as found in Referee's Report filed 4/24/23 through June 30, 2013 (True First Account Period), the Court grants total surcharge against Trustee, Leslie Klein, for cash misappropriation, plus loss or depreciation in the value of the trusts due to breaches of trust, plus unreasonable diminution in value of collective corpus of the Beneficiary Trusts, plus any interim prejudgment interest to be determined to have accrued after the close of the First accounting periods on June 30, 2013, are ordered in the stated amounts to the 24 Menlo Trusts in the chart below. Amount of Interim Prejudgment interest to be determined by the Trial court following noticed motion or evidentiary hearing. As to the True First Account, Probate Code § 859 damages are awarded to the Menlo Trust beneficiaries in the stated amounts in the chart below.

| Pre consolidation Case number | Menlo Trust Irrv. Beneficiary | True First Account Surcharge | Prob C. § 859 | Total |
|---|---|---|---|---|
| BP140010 | Abraham Deutsch | $0.00 | $0 | $0 |
| BP140013 | Samuel Deutsch | $0.00 | $0 | $0 |
| BP140011 | Esther Deutsch | $0.00 | $0 | $0 |
| BP140007 | Rachel Deutsch | $0.00 | $0 | $0 |
| BP140009 | Mordechai Deutsch | $696,646.00 | $535,525.00 | $1,232,171.00 |
| BP140008 | Deborah Deutsch | $1,516,890.00 | $1,516,890.00 | $3,033,780.00 |
| BP140012 | Zev Deutsch | $738,752.00 | $577,631.00 | $1,316,383.00 |
| BP140016 | Tanya Menlo | $66,597.00 | $66,597.00 | $133,194.00 |
| BP136769 | Franklin H.Menlo | $51,741.00 | $51,741.00 | $103,482.00 |
| BP140015 | Jonathan Menlo | $693,714.00 | $532,593.00 | $1,226,307.00 |
| BP140004 | Yeshia Frankel | $658,620.00 | $497,507.00 | $1,156,127.00 |
| BP140020 | Rochelle Lipschutz | $780,115.00 | $618,994.00 | $1,399,109.00 |
| BP139978 | Moishe Frankel | $739,603.00 | $578,482.00 | $1,318,085.00 |
| BP140019 | Madelein Lipschutz | $793,217.00 | $793,217.00 | $1,586,434.00 |
| BP140003 | Faye Lipschutz | $703,514.00 | $542,393.00 | $1,245,907.00 |
| BP154676/BP140018 | Avi (Zisha) Lipschutz | $680,133.00 | $519,012.00 | $1,199,145.00 |
| BP140017 | Dov Lipschutz | $785,301.00 | $624,180.00 | $1,409,481.00 |
| BP139977 | Asher Frankel | $751,428.00 | $590,307.00 | $1,341,735.00 |
| BP140014 | Norine Winter | $145,601.00 | $145,601.00 | $291,202.00 |
| BP139999 | Michael Winter | $60,225.00 | $60,225.00 | $120,450.00 |
| BP140001 | Jeremy Winter | $60,226.00 | $60,226.00 | $120,452.00 |
| BP140002 | Amanda Winter | $61,333.00 | $61,333.00 | $122,666.00 |
| BP140005 | Jonathan Lifschutz | $30,302.00 | $30,302.00 | $60,604.00 |
| BP140000 | Daniel Winter | $60,224.00 | $60,224.00 | $120,448.00 |

Regarding the Second Account (7/1/2013-12/30/2016), the Court grants total surcharge against Trustee, Leslie

Klein, for cash misappropriation, plus diminution in value to the Menlo Trusts for additional interest paid by the Trust on loan funds taken by Klein during the First and Second periods, plus unreasonable diminution in the value of the collective corpus of the 24 Menlo Trust, plus any interim prejudgment interest to be determined to have accrued after the close of the second period on 12/30/2016 are ordered in the stated amounts to the 24 Menlo Trusts in the chart below. Amount of Interim Prejudgment interest to be determined by the Trial court following noticed motion or evidentiary hearing. Probate Code § 859 damages are awarded to Menlo Trust Beneficiaries in the stated amounts in the chart below.

| Pre consolidation Case number | Menlo Trust Irrv. Beneficiary | True Second Account Surcharge | Prob C. § 859 | Total |
|---|---|---|---|---|
| BP140010 | Abraham Deutsch | $0.00 | $0.00 | $0.00 |
| BP140013 | Samuel Deutsch | $0.00 | $0.00 | $0.00 |
| BP140011 | Esther Deutsch | $0.00 | $0.00 | $0.00 |
| BP140007 | Rachel Deutsch | $0.00 | $0.00 | $0.00 |
| BP140009 | Mordechai Deutsch | $463,492.00 | $14,571.00 | $478,063.00 |
| BP140008 | Deborah Deutsch | $533,505.00 | $533,505.00 | $1,067,010.00 |
| BP140012 | Zev Deutsch | $462,492.00 | $13,571.00 | $476,063.00 |
| BP140016 | Tanya Menlo | $37,179.00 | $37,179.00 | $74,358.00 |
| BP136769 | Franklin H. Menlo | $66,811.00 | $66,811.00 | $133,622.00 |
| BP140015 | Jonathan Menlo | $494,494.00 | $45,573.00 | $540,067.00 |
| BP140004 | Yeshia Frankel | $461,095.00 | $12,174.00 | $473,269.00 |
| BP140020 | Rochelle Lipschutz | $461,095.00 | $12,174.00 | $473,269.00 |
| BP139978 | Moishe Frankel | $461,095.00 | $12,174.00 | $473,269.00 |
| BP140019 | Madelein Lipschutz | $849,571.00 | $849,571.00 | $1,699,142.00 |
| BP140003 | Faye Lipschutz | $462,492.00 | $13,571.00 | $476,063.00 |
| BP154676/ BP140018 | Avi(Zisha) Lipschutz | $465,111.00 | $16,190.00 | $481,301.00 |
| BP140017 | Dov Lipschutz | $462,492.00 | $13,571.00 | $476,063.00 |
| BP139977 | Asher Frankel | $461,095.00 | $12,174.00 | $473,269.00 |
| BP140014 | Norine Winter | $0.00 | $0.00 | $0.00 |
| BP139999 | Michael Winter | $51.00 | $51.00 | $102.00 |
| BP140001 | Jeremy Winter | $51.00 | $51.00 | $102.00 |
| BP140002 | Amanda Winter | $51.00 | $51.00 | $102.00 |
| BP140005 | Jonathan Lifschutz | $2,059.00 | $2,059.00 | $4,118.00 |
| BP140000 | Daniel Winter | $51.00 | $51.00 | $102.00 |

Regarding the Third Account (1/1/2017-9/30/2018), the Court grants total surcharge against Trustee, Leslie Klein, for cash misappropriation, plus diminution in value to the Menlo Trusts for additional interest paid by the Trusts on loan funds taken by Klein for his non-Trust use During the First, Second and Third account periods, plus unreasonable diminution in the value of the collective corpus of the 24 Menlo Trust plus any interim prejudgment interest to be determined to have accrued after the close of the third period on 9/30/2018 are ordered in the stated amounts to the 24 Menlo Trusts in the chart below. Amount of Interim Prejudgment interest to be determined by the Trial court following noticed motion or evidentiary hearing. Probate Code § 859 damages are awarded to the

Menlo Trust beneficiaries in the stated amounts in the chart below.

| Preconsolidation Case number | Menlo Trust Irrv. Beneficiary | True Third Account Surcharge | Prob C. § 859 | Total |
|---|---|---|---|---|
| BP140010 | Abraham Deutsch | $10,289.00 | $10,289 | $0 |
| BP140013 | Samuel Deutsch | $10,289.00 | $10,289 | $0 |
| BP140011 | Esther Deutsch | $0.00 | $0 | $0 |
| BP140007 | Rachel Deutsch | $0.00 | $0 | $0 |
| BP140009 | Mordechai Deutsch | $195,449.00 | $0.00 | $195,449.00 |
| BP140008 | Deborah Deutsch | $350,436.00 | $350,436.00 | $700,872.00 |
| BP140012 | Zev Deutsch | $195,449.00 | $0.00 | $195,449.00 |
| BP140016 | Tanya Menlo | $10,289.00 | $10,289.00 | $20,578.00 |
| BP136769 | Franklin H. Menlo | $0.00 | $0.00 | $0.00 |
| BP140015 | Jonathan Menlo | $206,852.00 | $0.00 | $206,852.00 |
| BP140004 | Yeshia Frankel | $206,852.00 | $0.00 | $206,852.00 |
| BP140020 | Rochelle Lipschutz | $203,478.00 | $0.00 | $203,478.00 |
| BP139978 | Moishe Frankel | $206,852.00 | $0.00 | $206,852.00 |
| BP140019 | Madelein Lipschutz | $585,286.00 | $585,286.00 | $1,170,572.00 |
| BP140003 | Faye Lipschutz | $195,449.00 | $0.00 | $195,449.00 |
| BP154676/ BP140018 | Avi(Zisha) Lipschutz | $187,226.00 | $0.00 | $187,226.00 |
| BP140017 | Dov Lipschutz | $195,449.00 | $0.00 | $195,449.00 |
| BP139977 | Asher Frankel | $206,852.00 | $0.00 | $206,852.00 |
| BP140014 | Norine Winter | $0.00 | $0.00 | $0.00 |
| BP139999 | Michael Winter | $12,316.00 | $12,316.00 | $24,632.00 |
| BP140001 | Jeremy Winter | $12,316.00 | $12,316.00 | $24,632.00 |
| BP140002 | Amanda Winter | $12,316.00 | $12,316.00 | $24,632.00 |
| BP140005 | Jonathan Lifschutz | $2,047.00 | $2,047.00 | $4,094.00 |
| BP140000 | Daniel Winter | $12,316.00 | $12,316.00 | $24,632.00 |

JTD 5 – The Court grants the request denying Leslie Klein any additional trustee compensation. The Court reserves the issue of surcharge against Leslie Klein for any Trustee's fees he has been paid during his tenure as Trustee for all or any of the consolidated trusts. The reserved issue is continued for hearing on **8/30/2023 at 10:30 AM.**

JTD 6 - Issue of attorneys' fees is reserved pursuant to 9/15/2021 Order appointing referee. Costs are awarded on the First Account, Second Account, and Third Account to each of the 24 Menlo Trust beneficiaries, who are all deemed prevailing parties for purposes of the first account (including Menlo Beneficiaries that did not receive a surcharge award for a particular account period). Amount of costs to be determined by a noticed motion or evidentiary hearing. The reserved issue is continued for hearing on **8/30/2023 at 10:30 AM.**

JTD 7 – Granted.  Leslie Klein is removed as trustee for all of the consolidated trust actions herein. The court's order of 9/16/2022 removing Leslie Klein on an interim basis remains in full force and effect until the final order on removal is filed with and signed by the court.

JTD 8 – Denied as moot.  The Court's order of 9/16/2022 removing Leslie Klein on an interim basis remains in full force and effect until the final order on removal is filed with and signed by the Court.

JTD 9 - Jeffrey Winter and Franklin Menlo are appointed as successor co-Trustees of the Trust, with all the powers previously vested in Leslie Klein as Trustee, as follows:

| Preconsolidation Case number | Menlo Trust Irrv. Beneficiary | Successor Co-Trustees Appointed |
|---|---|---|
| BP140010 | Abraham Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140013 | Samuel Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140011 | Esther Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140007 | Rachel Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140009 | Mordechai Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140008 | Deborah Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140012 | Zev Deutsch | Jeffrey Winter and Franklin Menlo |
| BP140016 | Tanya Menlo | Jeffrey Winter and Franklin Menlo |
| BP136769 | Franklin H. Menlo | Jeffrey Winter and Franklin Menlo |
| BP140015 | Jonathan Menlo | Jeffrey Winter and Franklin Menlo |
| BP140004 | Yeshia Frankel | Jeffrey Winter and Franklin Menlo |
| BP140020 | Rochelle Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP139978 | Moishe Frankel | Jeffrey Winter and Franklin Menlo |
| BP140019 | Madelein Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP140003 | Faye Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP154676/ BP140018 | Avi(Zisha) Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP140017 | Dov Lipschutz | Jeffrey Winter and Franklin Menlo |
| BP139977 | Asher Frankel | Jeffrey Winter and Franklin Menlo |
| BP140014 | Norine Winter | Jeffrey Winter and Franklin Menlo |
| BP139999 | Michael Winter | Jeffrey Winter and Franklin Menlo |
| BP140001 | Jeremy Winter | Jeffrey Winter and Franklin Menlo |

| | | |
|---|---|---|
| BP140002 | Amanda Winter | Jeffrey Winter and Franklin Menlo |
| BP140005 | Jonathan Lifschutz | Jeffrey Winter and Franklin Menlo |
| BP140000 | Daniel Winter | Jeffrey Winter and Franklin Menlo |

JTD's 10 through 23 are moot and denied as the operative petition is the fifth amended petition filed 3/8/2019.

JTD 24 – Denied with prejudice.

JTD 25 - Denied with prejudice.

JTD 26 - Denied with prejudice.

JTD 27 - Denied with prejudice.

JTD 28 – Denied and Objections are overruled.

JTD 29 – The Court's own its motion stays enforcement of any monetary damages ordered herein pending release of the bankruptcy stay.

Remaining issues are continued to 8/30/2023 at 1:30 PM.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
WILLKIE FARR & GALLAGHER LLP, 2029 Century Park East, Suite 3400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):
JOINT STIPULATION TO RESTROACTIVELY LIFT AUTOMATIC STAY AS TO THE ENUMERATED ITEMS IN CERTAIN PRIOR ORDERS ENTERED IN THE MATTER OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED MARCH 1, 1983 (LOS ANGELES SUPERIOR COURT CASE NO. BP136769
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/22/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   SEE ATTACHED LIST.

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/22/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Sandra R. Klein
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575, Los Angeles, CA 90012

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/22/2023 | Arkisa Ward | /s/ Arkisa Ward |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey tcovey@raslg.com, sferry@raslg.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan mkogan@koganlawfirm.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Ron Maroko ron.maroko@usdoj.gov
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer smayer@mayerlawla.com
- Krikor J Meshefejian kjm@lnbyg.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Jeffrey P Nolan jnolan@pszjlaw.com
- Eric J Olson eric@ejolsonlaw.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Mark M Sharf (TR) mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- Bradley D. Sharp (TR) bsharp@dsi.biz
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori gtokumori@pmcos.com

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell mwachtell@buchalter.com
- John P. Ward jward@attleseystorm.com, ezhang@attleseystorm.com
- Brett J. Wasserman wasserman@smcounsel.com
- Alex M Weingarten aweingarten@willkie.com, lcarter@willkie.com
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young paul@cym.law, jaclyn@cym.law
- Roye Zur rzur@elkinskalt.com, cavila@elkinskalt.com; lwageman@elkinskalt.com;1648609420@filings.docketbird.com

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310-855-3000

3

**SERVED BY OVERNIGHT MAIL:**

Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

Honorable Ana Maria Luna
Superior Court of the State of CA
County of Los Angeles, Dept. 3
111 North Hill Street
Los Angeles, CA 90012

United States Trustee (LA)
915 Wilshire Blvd, Ste. 1850
Los Angeles, CA 90017-3560

Jeffrey P. Nolan
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067

4

PROOF OF SERVICE