| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan, Esq. (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | **FILED & ENTERED**<br><br>**OCT 04 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may          DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>**LESLIE KLEIN,**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:23-bk-10990-SK**<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Kogan Law Firm, APC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: **MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR**

   b. *Date of filing of motion:* October 4, 2023

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: October 4, 2023

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                         **F 9075-1.1.ORDER.SHORT.NOTICE**

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date:** 10/18/23 | **Place:** |
   |---|---|
   | **Time:** 9:00 a.m. | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
   | **Courtroom:** 1575 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

   | (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
   |---|---|
   | Date: | |
   | Time: | |
   | | ☐ See attached page |
   | | (C) *Telephonic notice is also required upon* the United States trustee |

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:  ☐ one of the methods checked   ☒ all of the methods checked

   (A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

   | (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
   |---|---|
   | Date: 10/5/23 | -- All required parties. |
   | Time: 12:00 p.m. | |
   | | ☐ See attached page |
   | | (D) *Service is also required upon:* |
   | | -- United States trustee *(electronic service is not permitted)* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

> (B) *Deadlines:*
> Date: 10/5/23
> Time: 12:00 p.m.
>
> (C) *Persons/entities to be served with motion, declarations, supporting documents:*
> -- All required parties.
>
> ☐ See attached page
>
> (D) *Service is also required upon:*
> -- United States trustee *(no electronic service permitted)*

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

(B) *Deadlines:*
Date: 10/11/23

> Time: 12:00 p.(C)  *Persons/entities to be served with written opposition to the motion:*
> -- All required parties.
>
> (D) *Service is also required upon:*
> -- United States trustee (*electronic service is not permitted*)

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☒ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date: 10/13/23<br><br>Time: 12:00 p.m. | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All required parties.<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)* |

(7) ☒ Other requirements:
No further briefing will be allowed or considered.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
> ☐ no later than:    Date:            Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: October 4, 2023

Sandra R. Klein
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                     Page 4                          **F 9075-1.1.ORDER.SHORT.NOTICE**