Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

OCT 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　　　　Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING CHAPTER 11 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL EFFECTIVE AS OF SEPTEMBER 12, 2023**<br><br>[Relates to Docket Nos. 370 and 371]<br><br>[No Hearing Required] |

This Court, having considered the "Application to Employ the Law Offices of Goldfarb Gross Seligman & Co., as Special Litigation and Real Estate Counsel" (the "Application") of Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case of Leslie Klein (the "Debtor"), and the Declaration of Jeremy Benjamin (the "Benjamin Declaration") filed in support thereof, Docket #370, and the Court finding that due and sufficient notice of the Application has been given, and based upon the record before the Court, it appears that Goldfarb Gross Seligman & Co. (the "Firm") does not hold or represent an interest adverse to the Debtor or the estate (the "Estate"), that the Firm is "disinterested", that its employment is in the best interest of the Estate, there being no objections to or requests for hearing

DOCS_LA:351645.1 78512/001

on the Application, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules, it is hereby:

**ORDERED** that the Trustee is authorized to employ the Firm as his special litigation and real estate counsel herein, effective as of September 12, 2023, on the terms and conditions set forth in the Application and the Benjamin Declaration.

### #

Date: October 12, 2023

Sandra R. Klein
United States Bankruptcy Judge

DOCS_LA:351645.1 78512/001