Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL KOGAN REGARDING NOTICE OF HEARING ON MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR**<br><br><u>Hearing Date</u><br>Date:   October 18, 2023<br>Time:   9:00 a.m.<br>Place:   Courtroom 1575 |

## DECLARATION OF MICHAEL KOGAN

I, Michael Kogan, declare and say as follows:

1. I am an individual over the age of eighteen years and I am counsel to Leslie Klein (the "**Debtor**"), the debtor herein in this bankruptcy case, and make this declaration in support of the following Motion:

   A) **MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR (THE "MOTION").**

1. Each of the facts contained in this declaration are based on my personal knowledge and if called as a witness I could and would competently testify thereto.

2. By no later than October 5, 2023 at 12:00 p.m., I or somebody under my control served the Motion, all supporting evidence and a Notice of the Hearing (with a copy of the court's order) upon ECF parties by email (ECF), and the Debtor by email and overnight mail, other secured creditors and unsecured creditors by regular mail.

3. The Notice of Hearing contained the provision that "[a]nyone who wishes to oppose the Motion must do so in a writing that complies with the rules of practice and procedure before the United States Bankruptcy Court for the Central District of California, and must ensure that such opposition is filed with the Court no later than October 11, 2023 at 12:00 p.m., and served by overnight mail or email on all required parties. All reply's to any opposition are to be filed by no later than October 13, 2023, at 12:00 p.m., and served by overnight mail or email on all required parties."

DECLARATION OF MICHAEL KOGAN REGARDING NOTICE OF HEARING ON MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of October, 2023, at Los Angeles, California.

/s/Michael Kogan
Michael Kogan

**DECLARATION OF MICHAEL KOGAN REGARDING NOTICE OF HEARING ON MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR**

| In re: LESLIE KLEIN              Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 W. Olympic Blvd., Suite 400, Los Angeles, California 90064

A true and correct copy of the foregoing document described as **DECLARATION OF MICHAEL KOGAN REGARDING NOTICE OF HEARING ON MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 12, 2023,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 12, 2023** | Pamela Lynn | /s/Pamela Lynn |
|---|---|---|
| Date | Type Name | Signature |

| | |
|---|---|
| In re: LESLIE KLEIN<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 2:23-bk-10990-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Reem J Bello on behalf of Erica Vago and Joseph Vago
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Michael Jay Berger on behalf of Attorney-Professional Michael Jay Berger
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Baruch C Cohen on behalf of David Berger
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Robert & Esther Mermelstein
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Theron S Covey on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust
tcovey@raslg.com, sferry@raslg.com

Jeffrey W Dulberg on behalf of Bradley D. Sharp
jdulberg@pszjlaw.com

Ron Bender on behalf of Interested Party Life Capital Group, LLC
rb@lnbyg.com

Dane W Exnowski on behalf of Interested Party Courtesy NEF
dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Robert P Goe on behalf of Erica Vago and Joseph Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Michael I. Gottfried on behalf of A. Gestetner Family Trust and Gestetner Charitable Remainder Unitrust
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Brandon J Iskander on behalf of Erica Vago and Joseph Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Michael S Kogan on behalf of Interested Party Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

John W Lucas on behalf of Bradley D. Sharp (TR)
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kirsten Martinez on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for J.P. Morgan Mortgage Acquisition Corp
Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Steven M Mayer on behalf of Jeffrey Siegel
smayer@mayerlawla.com

Krikor J Meshefejian on behalf of Life Capital Group, LLC
kjm@lnbyg.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (LA)
Kenneth.M.Misken@usdoj.gov

Jeffrey P Nolan on behalf of Bradley D. Sharp
jnolan@pszjlaw.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com

Eric J Olson on behalf of Attorney ERIC J OLSON
eric@ejolsonlaw.com

Jeffrey N Pomerantz on behalf of Bradley D. Sharp (TR)
jpomerantz@pszjlaw.com

Brian A Procel on behalf of Erica Vago
bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com

Joshua L Scheer on behalf of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Bradley D. Sharp (TR)
bsharp@dsi.biz

Nikko Salvatore Stevens on behalf of Franklin Menlo and Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, mandi@cym.law

Alan G Tippie on behalf of Interested Party Courtesy NEF
Alan.Tippie@gmlaw.com,
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Gary Tokumori on behalf of Interested Party Courtesy NEF
gtokumori@pmcos.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Michael L Wachtell on behalf of Interested Party Courtesy NEF
mwachtell@buchalter.com

John P. Ward on behalf of U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2
jward@attleseystorm.com, ezhang@attleseystorm.com

Alex M Weingarten on behalf of Interested Party Courtesy NEF
aweingarten@willkie.com, lcarter@willkie.com

Clarisse Young on behalf of Creditor Adi Vendriger
youngshumaker@smcounsel.com, levern@smcounsel.com

Paul P Young on behalf of Franklin Menlo and Franklin Menlo, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron on behalf of Defendant Kenneth Klein and Shoshana Shrifa Klein
saron@wrslawyers.com, moster@wrslawyers.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

    Hon. Sandra Klein
    U.S. Bankruptcy Court
    255 E. Temple St. #1582
    Los Angeles, CA 90012

**THE DEBTOR (overnight)**

    Leslie Klein
    322 N. June St
    Los Angeles, CA 90004

    By email - les.kleinlaw@gmail.com