

**FILED & ENTERED**

**OCT 13 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may            **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein<br><br>                        Debtor. | Case No.: 2:23-bk-10990-SK<br><br>CHAPTER 11<br><br>**ORDER REQUIRING DEBTOR'S APPEARANCE EITHER VIA ZOOM OR IN PERSON**<br><br>Date:  10/18/23<br>Time:  9:00 a.m.<br>Crtrm: 1575 (via ZoomGov) |

    On 10/04/23, counsel for debtor Leslie Klein (Klein) filed a "Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal as Counsel for Debtor" (Motion). Docket #393.  The Court set a hearing on the Motion on 10/18/23 at 9:00 a.m. (Hearing).  Docket #398.

//

//

//

//

//

-1-

The Court orders Klein to appear, either via Zoom or in person, for the Hearing on 10/18/23 at 9:00 a.m.

IT IS SO ORDERED.

Date: October 13, 2023

Sandra R. Klein
United States Bankruptcy Judge