| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>11500 W. Olympic Blvd., Suite 400<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |
| ☐ Individual appearing without an attorney<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re<br><br>LESTER KLEIN,<br><br>Debtor. | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br><br>**MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR** |
|---|---|
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled

**ORDER GRANTING MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR**

was lodged on (date) October 18, 2023 and is attached. This order relates to the motion which is docket number 393.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012  Page 1  F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT A

Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
11500 W. Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Former Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **In re**<br><br>**LESLIE KLEIN,**<br><br>**Debtor.** | **Case No. 2:23-bk-10990-SK**<br><br>**Chapter 11**<br><br>**ORDER GRANTING MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR**<br><br>**Date: October 18, 2023**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 1639** |

## ORDER GRANTING MOTION OF KOGAN LAW FIRM, APC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEBTOR

Based upon the Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal of Counsel for Debtor (the "**Motion**") (dkt. 393), Limited Opposition to Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal of Counsel for Debtor ("**Limited Opposition**") (dkt. 415) filed by Bradley D. Sharp, Chapter 11 Trustee ("**Trustee**"), and Reply to the Limited Opposition to the Motion of Kogan Law Firm, APC for an Order Authorizing Withdrawal as Counsel for Debtor ("**Reply**") (dkt. 418), for the reasons set forth by the statements made by the Court on the record at the above-captioned hearing, and other good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. The Kogan Law Firm, APC ("**KLF**") is granted approval to withdraw as counsel of record for the Debtor in this Bankruptcy Case, and for all other purposes as of October 18, 2023.

3. KLF is granted approval to withdraw as counsel of record for the Debtor in the six (6) nondischargeability complaints by his various creditors. Adi Vendriger, Co-Trustee and beneficiary of the First Amendment Trust v Leslie Klein (Case 23-ap-01151-SK); Co-Trustees of the Franklin Henry Menlo Irrevocable Trust Established March 1, 1983 v Leslie Klein (Case 23-ap-01152-SK); Erica and Joseph Vago v Leslie Klein (Case 23-ap-01150-SK); Robert and Esther Mermelstein v Leslie Klein (Case 23-ap-01153-SK); Jeffrey Siegel, Successor Trustee to the Scott Trust v Leslie Klein (Case 23-ap-01154-SK); David Berger v Leslie Klein (Case 23-ap-01169) (collectively, the "**Adversary Proceedings**") as of October 18, 2023. KLF will file a notice of withdrawal in each of the Adversary proceedings and indicate that Leslie Klein will represent himself in those matters. This order also includes the withdrawal in the adversary proceedings Leslie Klein v Joseph Vago and Erica Vago (Case 23-ap-01147 and Bradley D. Sharp v Kenneth Klein, et al. (Case 23-ap-01167) in which the Trustee is now deemed to be the plaintiff, and KLF has made an appearance in each of those cases.

4. KLF is required to preserve all documents and information (including

attorney/client information and communications) in the possession or control of KLF in the event the Trustee seeks discovery from KLF for the benefit of the Debtor's estate. The documents and information maintained by KLF are or may be subject to the attorney-client privilege, and KLF will produce whatever it is required to do so subject to Court orders.

####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11500 W. Olympic Blvd., Suite 4000, Los Angeles, California 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) October 18, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) October 18, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| October 18, 2023 | Pamela Lynn | /s/Pamela Lynn |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012   F 9021-1.2.BK.NOTICE.LODGMENT

Page 2

| In re: LESLIE KLEIN | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:23-bk-10990-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Reem J Bello on behalf of Erica Vago and Joseph Vago
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Michael Jay Berger on behalf of Attorney-Professional Michael Jay Berger
michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gcecf@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Baruch C Cohen on behalf of David Berger
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen on behalf of Robert & Esther Mermelstein
bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Theron S Covey on behalf of Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
tcovey@raslg.com, sferry@raslg.com

Jeffrey W Dulberg on behalf of Bradley D. Sharp
jdulberg@pszjlaw.com

Ron Bender on behalf of Interested Party Life Capital Group, LLC
rb@lnbyg.com

Dane W Exnowski on behalf of Interested Party Courtesy NEF
dane.exnowski@mccalla.com, bk.ca@mccalla.com;mccallaecf@ecf.courtdrive.com

Robert P Goe on behalf of Erica Vago and Joseph Vago
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforect@gmail.com

Michael I. Gottfried on behalf of A. Gestetner Family Trust and Gestetner Charitable Remainder Unitrust
mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Brandon J Iskander on behalf of Erica Vago and Joseph Vago
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Michael S Kogan on behalf of Interested Party Michael Kogan Law Firm, APC
mkogan@koganlawfirm.com

John W Lucas on behalf of Bradley D. Sharp (TR)
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Kirsten Martinez on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for J.P. Morgan Mortgage Acquisition Corp
Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Steven M Mayer on behalf of Jeffrey Siegel
smayer@mayerlawla.com

Krikor J Meshefejian on behalf of Life Capital Group, LLC
kjm@lnbyg.com

Simon Aron on behalf of Defendant Kenneth Klein and Shoshana Shrifa Klein
saron@wrslawyers.com, moster@wrslawyers.com

Roye Zur on behalf of Interested Party Courtesy NEF
rzur@elkinskalt.com, cavila@elkinskalt.com;jwageman@elkinskalt.com;1648609420@filings.docketbird.com

Paul P Young on behalf of Franklin Menlo and Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Clarisse Young on behalf of Creditor Adi Vendriger
youngshumaker@smcounsel.com, levem@smcounsel.com

Alex M Weingarten on behalf of Interested Party Courtesy NEF
aweingarten@willkie.com, lcarter@willkie.com

John P. Ward on behalf of U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2
jward@attlesystorm.com, ezhang@attlesystorm.com

Michael I. Wachtell on behalf of Interested Party Courtesy NEF
mwachtell@buchalter.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gary Tokumori on behalf of Interested Party Courtesy NEF
gtokumori@pmcos.com

Alan G Tippie on behalf of Interested Party Courtesy NEF
Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Nikko Salvatore Stevens on behalf of Franklin Menlo and Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, mandi@cym.law

Bradley D. Sharp (TR)
bsharp@dsi.biz

Mark M Sharf (TR)
mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Joshua L Scheer on behalf of Creditor Ajax Mortgage Loan Trust 2021-D, Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Brian A Procel on behalf of Erica Vago
bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com

Jeffrey N Pomerantz on behalf of Bradley D. Sharp (TR)
jpomerantz@pszjlaw.com

Eric J Olson on behalf of Attorney ERIC J OLSON
eric@ejolsonlaw.com

Marc A Lieberman on behalf of Interested Party Courtesy NEF
marc.lieberman@flplip.com, safa.saleem@flplip.com,addy@flplip.com

Jeffrey P Nolan on behalf of Bradley D. Sharp
jnolan@pszjlaw.com

Kenneth Misken on behalf of U.S. Trustee United States Trustee (LA)
Kenneth.M.Misken@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL - VIA U.S. MAIL**

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012

**THE DEBTOR (overnight)**

Leslie Klein
322 N. June St
Los Angeles, CA 90004

By email - les.kleinlaw@gmail.com