# EXHIBIT D

CITIZENS MORTGAGE LOAN
PAYOFF QUOTE


Leslie Klein
Erika Klein
322 N June St                                          July 10, 2023
Los Angeles, CA 90004


Phone No: (000)000-0000
Fax No: 8779070150

Re: Property Address: 3752 Ocean Dr
                      Oxnard CA 93035

Loan Number: 8900221428
Loan Type: CONV W/O PMI Investor No: 037

Thanks for contacting Citizens for a payoff quote on the Home Equity
Line of Credit (HELOC) referenced above.

THE AMOUNT TO PAY THE LOAN IN FULL AS OF 07-14-23, IS

                                              $         20,009.49

Here's a breakdown of your loan payoff amount:

Principal Balance                                      17,930.97
Interest at 9.00000% from February 25, 2023
                                                          780.52
Total Interest Due                                        780.52
Recoverable Advances                                    1,100.00
Recording Fee                                             198.00

TOTAL PAYOFF AMOUNT                           $         20,009.49

Please check one of the following selections and sign where indicated
below:

_____ By signing below, I/We request that this account be permanently
closed to further advances and a discharge of mortgage be issued.

ADDITIONAL PAYOFF DETAILS

* This pay off is good through July 14, 2023.

* Interest accrues daily, so an additional $ 4.79 per
  is required if your payoff funds are received after July 14, 2023

  Note: Payoff funds received after 2 p.m. ET will be effective as
  of the next business day and any additional interest required should
  be included.

XP181/J2R/02-23
* This payoff quote will change if any transaction occurs after
  July 10, 2023, such as the following:

  - A payment is applied or reversed
  - A disbursement for real estate taxes and/or insurance is made

  NOTE: If you're aware of an upcoming payment affecting your loan,
  be sure to request a payoff closer to your payoff date.

* If your payoff or payment is returned, the payoff won't be processed
  and you'll be responsible for making your regularly scheduled
  payment.

* Here's how to send your payoff funds.

| WIRING INSTRUCTIONS | OVERNIGHT OR REGULAR MAIL |
|---|---|
| Citizens Bank N.A. | Citizens |
| ABA No/Routing Number: 241070417 | Attention: Payoff Department |
| Account Number: 0400146535 | VAM420 |
| Attention: Loan Accounting | 10561 Telegraph Road |
| Credit: Citizens Bank N.A. | Glen Allen, VA  23059 |
|    10561 Telegraph Rd | |
|    Glen Allen, VA  23059 | Note: If you're mailing funds, |
| Further Credit of: | please send a cashier's check |
| Leslie Klein | or certified funds. |
| Erika Klein | |
| Loan No: 8900221428 | |

IMPORTANT: Due to increased wire fraud, title companies/settlement
agents are strongly encouraged to contact the Citizens Mortgage
Customer Service Team to verify wire instructions

LOAN PAYOFF QUOTE DISCLOSURE NOTICE

Loan No: 8900221428

Borrower(s): Leslie Klein
             Erika Klein


AUTOMATIC LOAN PAYMENT PROGRAM
If your payments are sent electronically through our Automatic Draft
Payment Program, they'll continue until the loan is paid in full. This
payoff quote assumes any recent payments have cleared and have been
credited to your account.

PAYMENTS: DO NOT STOP A MONTHLY PAYMENT OR DRAFT.
This payoff quote assumes any recent payments have cleared and have
been credited to your account.

ESCROW - TAXES AND INSURANCE
We'll continue to pay your taxes and/or insurance until the loan is
paid in full unless you or your representative request otherwise. Once
your loan is paid in full, we'll no longer pay your taxes or insurance.
Be sure to notify your current homeowner's insurance provider and/or
taxing authority and request all bills be sent to you so you can pay
them going forward.

If you have lender-placed insurance, it will be canceled.

NOTE: If your loan payoff is short, we'll use any available escrow
funds to cover the difference.

EXCESSIVE FUNDS
Any excessive funds received will be returned to you within 30 days.

FINAL NOTE AND MORTGAGE DOCUMENTATION
After the county records the mortgage release, you'll receive the
Note and Security Instrument. Keep in mind, they may be mailed
separately.

NEW MAILING ADDRESS
If you have a new mailing address, please add it below and fax to
888.999.1834, mail to Citizens, 10561 Telegraph Road, Glen Allen VA
23059 or give us a call so we can update our records.

New Mailing Address: _____

                     _____

QUESTIONS
If you have questions, call us at 800.234.6002, Monday through Friday
from 8 a.m. to 8 p.m. ET. If you have a hearing or speech impairment

# ☆Citizens Bank®

# Fax

| | |
|---|---|
| **To:** | **From:**    "Garcia, Jose" <Jose.Garcia@citizensbank.com> |
| **Date:**    07/17/23 | **Phone:** |
| **Company:** | **Fax:** |
| **Fax:**    3105506130 | **Total Pages:**    5 |
| **Phone:** | |
| **Subject:**    payoff | |

payoff

Hello,

This is the payoff quote faxed to 877-907-0150 on 7/10/2023 per BK team's request

Jose Garcia
Fulfillment Manager
5221 N O'Connor Blvd Ste 900
Irving, TX 75039
Fax 888-999-1834

This message is confidential and subject to terms at: https://www.citizensbank.com/account-safeguards/overview.aspx. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.