# EXHIBIT E

| | |
|---|---|
| **From:** | Rob Goe <rgoe@goeforlaw.com> |
| **Sent:** | Tuesday, October 24, 2023 12:01 PM |
| **To:** | Jeffrey Dulberg; brian procel; Reem Bello |
| **Cc:** | Beth D. Dassa; John W. Lucas; Susan Stein |
| **Subject:** | RE: KLEIN / 3752 Ocean Drive, Oxnard, California |

The Vagos consent to this specific sale-all rights are reserved



**Robert P. Goe | Partner**
**Certified Bankruptcy Specialist**
**Goe Forsythe & Hodges LLP**
17701 Cowan Avenue, Suite 210 (Lobby D) | Irvine, CA 92614
Office (949) 798-2460 | Cell (949) 283-1501 | Fax (949) 955-9437
rgoe@goeforlaw.com | www.goeforlaw.com



**From:** Jeffrey Dulberg <jdulberg@pszjlaw.com>
**Sent:** Tuesday, October 24, 2023 11:03 AM
**To:** brian procel <brian@procel-law.com>; Rob Goe <rgoe@goeforlaw.com>; Reem Bello <rbello@goeforlaw.com>
**Cc:** Beth D. Dassa <bdassa@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>
**Subject:** KLEIN / 3752 Ocean Drive, Oxnard, California

| CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. |
|---|

Brian, Rob, Reem –

As you know, an abstract of judgement in favor of **Joseph Vago, et al.** against Leslie Klein (the "Debtor") was recorded in Ventura County on December 16, 2022, as instrument no. 20220001-16414, securing an original indebtedness of $24,334,038.99 (the "Recorded Judgment").

Please respond to this email in writing confirming that your client consents for purposes of 11 USC §363(f)(2) to the sale of the Debtor's estate's right, title and interest in 3752 Ocean Drive, Oxnard, California, with the Recorded Judgment to attach to the proceeds of such sale with the same force, effect, validity and priority that it had as to the Oxnard Property as of the commencement of the Debtor's case.

Thank you.


**Jeffrey Dulberg**
Pachulski Stang Ziehl & Jones LLP
Tel: 310.277.6910 | Fax: 310.201.0760
jdulberg@pszjlaw.com
vCard | Bio | LinkedIn

1



Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION**
This entire e-mail and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and is legally privileged. Do NOT Forward This Message.

This message originates from the law firm of Goe Forsythe & Hodges LLP. The information contained herein is intended for the personal and confidential use of the recipient(s) named above. This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this communication or its attachments is strictly prohibited by law and is subject to criminal and civil penalties. All personal messages express solely the sender's views and not those of Goe Forsythe & Hodges LLP.
ANY TAX ADVICE CONTAINED IN THE BODY OF THIS E-MAIL WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY THE RECIPIENT FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER THE INTERNAL REVENUE CODE OR APPLICABLE STATE OR LOCAL TAX LAW PROVISIONS.
Please take into consideration the environment before printing this email…save a Tree.

| | |
|---|---|
| **From:** | Jeffrey Dulberg |
| **Sent:** | Tuesday, October 24, 2023 11:03 AM |
| **To:** | brian procel; Rob Goe; 'Reem Bello' |
| **Cc:** | Beth D. Dassa; John W. Lucas |
| **Subject:** | KLEIN / 3752 Ocean Drive, Oxnard, California |

Brian, Rob, Reem –

As you know, an abstract of judgement in favor of **Joseph Vago, et al.** against Leslie Klein (the "Debtor") was recorded in Ventura County on December 16, 2022, as instrument no. 20220001-16414, securing an original indebtedness of $24,334,038.99 (the "Recorded Judgment").

Please respond to this email in writing confirming that your client <u>consents</u> for purposes of 11 USC §363(f)(2) to the sale of the Debtor's estate's right, title and interest in 3752 Ocean Drive, Oxnard, California, with the Recorded Judgment to attach to the proceeds of such sale with the same force, effect, validity and priority that it had as to the Oxnard Property as of the commencement of the Debtor's case.

Thank you.


**Jeffrey Dulberg**
Pachulski Stang Ziehl & Jones LLP
Tel: 310.277.6910 | Fax: 310.201.0760
jdulberg@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Houston