# EXHIBIT G

# BIG LOU'S HAULING

**NO: INV-1**

### Location:
3752 Ocean Dr.,
Oxnard, CA 93035

### From:
Luis Negrete
ivvanan0@gmail.com
(805)210-0737

Date: 9th, September 2023

| Description | Qty | Price | Total |
| --- | --- | --- | --- |
| Load of Trash | 1 | $375.00 | $375.00 |
| Paint Disposal | 1 | $25.00 | $25.00 |

| Sub Total | $400.00 |
| --- | --- |

**Note:** _____
_____
_____



| | |
|---|---|
| **From:** | Auto-Receipt <noreply@mail.authorize.net> |
| **To:** | Carolyn Triebold |
| **Subject:** | Transaction Receipt from ORKOPINA CLEANING SERVICE for $1539.20 (UDate: Fri, 15 Sep 2023 00:49:15 -0000 |

------=_NextPart_000_29B2B_01D9E76E.73C3C950
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable

ORKOPINA CLEANING SERVICES INC.=20

Merchant:ORKOPINA CLEANING SERVICE
=3D=3D=3D=3D Merchant Contact Information =3D=3D=3D=3D SIMI VALLEY, CA 93065 US vince@orkopina.com
=3D=3D=3D=3D Order Information =3D=3D=3D=3D

Description: Sale ready cleaning

=3D=3D=3D=3D=3D=3D=3D=3D=3D=3D=3D=3D=3D Line Items =3D=3D=3D=3D=3D=3D=3D=
=3D=3D=3D=3D=3D=3D

Total: $1539.20 (USD)

=3D=3D=3D=3D Billing Information =3D=3D=3D=3D Carolyn Triebold
 93012
ctriebold@msn.com

=3D=3D=3D=3D Shipping Information =3D=3D=3D=3D
3752 Ocean D.
Oxnar, CA 93035

=3D=3D=3D=3D Payment Information =3D=3D=3D=3D Payment Method: Payment Information
Date/Time: 14-Sep-2023 17:49:15 PDT
Transaction ID: 80014934962
Payment Method: Visa xxxx8894
Transaction Type: Purchase
Auth Code: 014180

https://protect-us.mimecast.com/s/baPfC9r2PrSYXlGwiojVw2 805.520.4848


------=_NextPart_000_29B2B_01D9E76E.73C3C950
Content-Type: text/html;
charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN"><html><head> <meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Diso-8859-= 1"><title></title></head> <body> <table width=3D"100%" cellpadding=3D"5" cellspacing=3D"0" style=3D"font-siz= e:12px;color:#000000;font-family:arial, sans-serif;"> <tr> <td

1

```
valign=3D"top" align=3D"left"> <table width=3D"550" cellpadding=3D"5" cellspacing=3D"0"> <tr> <td valign=3D"top"
align=3D"left" style=3D"font-size:12px;color:#000000;fon=
t-family:arial, sans-serif;">

ORKOPINA CLEANING SERVICES INC. <br><br>

<p>
<div style=3D"font-size:16px;font-weight:bold;"></div>

<table cellspacing=3D"0" cellpadding=3D"2" bgcolor=3D"#a0a0a0" width=3D"100= %"> <tr><td><span
style=3D"color:#ffffff;font-size:12px;">
Order Information
</span></td></tr>
</table>

<table cellspacing=3D"0" cellpadding=3D"2" width=3D"100%">

<tr><td width=3D"90" valign=3D"top"><span style=3D"font-size:12px;margin-to=
p:12px">Description:</span></td><td valign=3D"top"><span style=3D"font-size= :12px;margin-top:12px">Sale ready
cleaning</span></td></tr>

</table>
<table cellspacing=3D"0" cellpadding=3D"0" width=3D"100%"> <tr><td width=3D"250" valign=3D"top"> <table
cellspacing=3D"0" cellpadding=3D"2">



</table>
</td>
<td valign=3D"top">
<table cellspacing=3D"0" cellpadding=3D"2">


</table>
</td></tr>
</table>
<hr>
<table cellspacing=3D"0" cellpadding=3D"0" width=3D"100%"> <tr><td width=3D"250" valign=3D"top"> <span
style=3D"font-size:12px;"> <span style=3D"font-weight:bold;">Billing Information</span> <br> Carolyn Triebold<br>
93012<br> ctriebold@msn.com </span> </td> <td valign=3D"top"> <span style=3D"font-size:12px;"> <span
style=3D"font-weight:bold;">Shipping Information</span> <br>
3752 Ocean D.<br>
Oxnar, CA 93035
</span>
</td></tr>
</table>
<hr>

<table cellspacing=3D"0" cellpadding=3D"0" width=3D"100%"> <tr><td align=3D"right"> <table cellspacing=3D"0"
cellpadding=3D"2">
```

```
<tr>
<td valign=3D"top" align=3D"right"><span style=3D"font-size:14px;font-weigh=
t:bold;">Total:</span></td>
<td valign=3D"top" align=3D"right"><span style=3D"font-size:14px;"></span><=
/td>
<td valign=3D"top" align=3D"right"><span style=3D"font-size:14px;font-weigh=
t:bold;">$1539.20 (USD)</span></td>
</tr>

</table>
</td></tr>
</table>
<br>
<table cellspacing=3D"0" cellpadding=3D"2" bgcolor=3D"#a0a0a0" width=3D"100= %"> <tr><td><span style=3D"color:#ffffff;font-size:12px;">
Payment Information
</span></td></tr>
</table>
<table cellspacing=3D"0" cellpadding=3D"0" width=3D"100%"> <tr> <td valign=3D"bottom"> <table cellspacing=3D"0" cellpadding=3D"2"> <tr><td width=3D"130" valign=3D"top"><span style=3D"font-size:12px;">Date/T=
ime:</span></td><td valign=3D"top"><span style=3D"font-size:12px;">14-Sep-2=
023 17:49:15 PDT</span></td></tr>

<tr><td width=3D"130" valign=3D"top"><span style=3D"font-size:12px;">Transa= ction ID:</span></td><td
valign=3D"top"><span style=3D"font-size:12px;">800= 14934962</span></td></tr>

<tr><td width=3D"130" valign=3D"top"><span style=3D"font-size:12px;">Paymen= t Method:</span></td><td
valign=3D"top"><span style=3D"font-size:12px;">Vis= a xxxx8894</span></td></tr>

<tr><td width=3D"130" valign=3D"top"><span style=3D"font-size:12px;">Transa= ction Type:</span></td><td
valign=3D"top"><span style=3D"font-size:12px;">P= urchase</span></td></tr>

<tr><td width=3D"130" valign=3D"top"><span style=3D"font-size:12px;">Auth C= ode:</span></td><td
valign=3D"top"><span style=3D"font-size:12px;">014180</=
span></td></tr>




</table>
</td>
<td valign=3D"bottom" align=3D"right">
<table>

</table>
</td>
</tr>
```

3

```
</table>
<br>


<table cellspacing=3D"0" cellpadding=3D"2" bgcolor=3D"#a0a0a0" width=3D"100= %"> <tr><td><span style=3D"color:#ffffff;font-size:12px;">
Merchant Contact Information
</span></td></tr>
</table>
<div style=3D"top:0; width:98%; font-size:12px; text-align:left;">ORKOPINA = CLEANING SERVICE</div><div style=3D"top:0; width:98%; font-size:12px; text-= align:left;">SIMI VALLEY, CA 93065</div><div style=3D"top:0; width:98%= ; font-size:12px; text-align:left;">US</div><div style=3D"top:0; width:98%;=  font-size:12px; text-align:left;">vince@orkopina.com</div>
<a href=3D"https://protect-us.mimecast.com/s/baPfC9r2PrSYXlGwiojVw2">WWW.OR= KOPINA.COM</a> 805.520.4848

</td>
</tr>
</table>
</td>
</tr>
</table>
</body>
</html>

------=_NextPart_000_29B2B_01D9E76E.73C3C950--
```

4