Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

OCT 27 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>            Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**[Relates to Docket Nos. 174, 184 and 456]**<br><br>Date: Nov. 15, 2023<br>Time: 8:30 a.m.<br>Place: Courtroom 1575<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

The Court, having read and considered the *Second Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 456] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is APPROVED.

2. The hearing on the Stay Motion shall be continued to February 21, 2024 at 8:30 a.m.

3. Any opposition to the Stay Motion is due 14 days before hearing on the Stay Motion.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

DOCS_LA:352039.1 05068/002

4.    Replies, if any, to an opposition to the Stay Motion are due 7 days before the hearing on the stay Motion.

5.    The Parties may extend the continuation of the hearing on the Stay Motion by filing a stipulation with the Court and uploading a proposed order no later than 7 days before the hearing on the Stay Motion.

### # # #

Date: October 27, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

DOCS_LA:352039.1 05068/002    2