| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Alex M. Weingarten (SBN 204410)<br>WILLKIE FARR & GALLAGHER LLP<br>2029 Century Park East, Suite 2800<br>Los Angeles, CA 90067<br>Tel: (310) 855-3000<br>Fax: (310) 855-3099<br><br>☐ Individual *appearing without an attorney*<br>☐ *Attorney for:* Jeffrey Winter | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>LESLIE KLEIN<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362</u>

was lodged on (*date*) <u>November 1, 2023</u> and is attached. This order relates to the motion which is docket number <u>470</u>.

---

[1] Please abbreviate if title cannot fit into text field.

Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Logan M. Elliott (SBN 268105)
  LElliott@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2800
Los Angeles, CA 90067
Telephone:   (310) 855-3000
Facsimile:   (310) 855-3099

Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER


Paul P. Young (SBN 257571)
  paul@cym.law
**CHORA YOUNG & MANASSERIAN LLP**
650 Sierra Madre Village Ave., Suite 304
Pasadena, CA 91107
Telephone:   (626) 744-1838
Facsimile:   (626) 744-3167

Attorney for Creditor
CO-TRUSTEE FRANKLIN MENLO

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.:  2:23-bk-10990-SK |
| | Chapter 11 |
| LESLIE KLEIN, | **ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| Debtor. | |

67133758

ORDER RE STIP. TO CONTINUE HEARINGS ON MOTIONS FOR RELIEF FROM STAY

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2800
LOS ANGELES, CA  90067
310-855-3000

Case 2:23-bk-10990-SK    Doc 471    Filed 11/01/23    Entered 11/01/23 21:40:24    Desc
Main Document    Page 3 of 7

The Court having read and considered the Joint Stipulation To Continue Hearings On Co-Trustees Jeffrey Winter's And Franklin Menlo's Motions For Relief From The Automatic Stay Under 11 U.S.C. § 362[1] [Dkt. No. 470], and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The hearing on Jeffrey's Motion For Relief From Stay shall be continued from November 15, 2023 at 8:30 a.m. to _____ _____, 2024 at _____ ___.m.

3. The hearing on Franklin's Motion For Relief From Stay shall be continued from November 15, 2023 at 8:30 a.m. to _____ _____, 2024 at _____ ___.m.

4. The deadlines to amend Jeffrey's Motion For Relief From Stay and Franklin's Motion For Relief From Stay and the deadlines to file and serve corresponding opposition and reply papers shall be automatically extended pursuant to this Court's Local Rules.

**IT IS SO ORDERED**

DATED: _____    BY: _____
                                     Honorable Sandra Klein
                                     Judge of the United States Bankruptcy Court

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

2
ORDER RE STIP. TO CONTINUE HEARINGS ON MOTIONS FOR RELIEF FROM STAY

68464161.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Willkie Farr & Gallagher LLP, 2029 Century Park East, Suite 2800, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE (ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 1, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached List.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 1, 2023, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

See Attached List.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 1, 2023 | Arkisa Ward | /s/ Arkisa Ward |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# SERVICE LIST

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey tcovey@raslg.com, sferry@raslg.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan mkogan@koganlawfirm.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Ron Maroko ron.maroko@usdoj.gov
- Kirsten Martinez Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer smayer@mayerlawla.com
- Krikor J Meshefejian kjm@lnbyg.com
- Kenneth Misken Kenneth.M.Misken@usdoj.gov
- Jeffrey P Nolan jnolan@pszjlaw.com
- Eric J Olson eric@ejolsonlaw.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Mark M Sharf (TR) mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- Bradley D. Sharp (TR) bsharp@dsi.biz
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Alan G Tippie Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com; Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori gtokumori@pmcos.com

- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell mwachtell@buchalter.com
- John P. Ward jward@attleseystorm.com, ezhang@attleseystorm.com
- Brett J. Wasserman wasserman@smcounsel.com
- Alex M Weingarten aweingarten@willkie.com, lcarter@willkie.com
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young paul@cym.law, jaclyn@cym.law
- Roye Zur rzur@elkinskalt.com, cavila@elkinskalt.com; lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**SERVED BY PERSONAL DELIVERY**

Honorable Sandra R. Klein
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

Honorable Ana Maria Luna
Superior Court of the State of CA
County of Los Angeles, Dept. 3
111 North Hill Street
Los Angeles, CA 90012

United States Trustee (LA)
915 Wilshire Blvd, Ste. 1850
Los Angeles, CA 90017-3560

Jeffrey P. Nolan
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 13th Floor
Los Angeles, CA 90067

4

PROOF OF SERVICE