Alex M. Weingarten (SBN 204410)
  AWeingarten@willkie.com
Logan M. Elliott (SBN 268105)
  LElliott@willkie.com
**WILLKIE FARR & GALLAGHER LLP**
2029 Century Park East, Suite 2800
Los Angeles, CA 90067
Telephone:   (310) 855-3000
Facsimile:   (310) 855-3099

Attorneys for Creditor
CO-TRUSTEE JEFFREY WINTER

Paul P. Young (SBN 257571)
  paul@cym.law
**CHORA YOUNG & MANASSERIAN LLP**
650 Sierra Madre Village Ave., Suite 304
Pasadena, CA 91107
Telephone:   (626) 744-1838
Facsimile:   (626) 744-3167

Attorney for Creditor
CO-TRUSTEE FRANKLIN MENLO

**FILED & ENTERED**

**NOV 02 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT FOR

# THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re: | CASE NO.: 2:23-bk-10990-SK |
|---|---|
| | Chapter 11 |
| LESLIE KLEIN, | **ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| Debtor. | |

//
//
//
//
//
//
//

67133758

ORDER RE STIP. TO CONTINUE HEARINGS ON MOTIONS FOR RELIEF FROM STAY

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2800
LOS ANGELES, CA  90067
310-855-3000

The Court having read and considered the Joint Stipulation To Continue Hearings On Co-Trustees Jeffrey Winter's And Franklin Menlo's Motions For Relief From The Automatic Stay Under 11 U.S.C. § 362[1] [Dkt. No. 470], and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The hearing on Jeffrey's Motion For Relief From Stay shall be continued from November 15, 2023 at 8:30 a.m. to January 31, 2024 at 8:30 a.m.

3. The hearing on Franklin's Motion For Relief From Stay shall be continued from November 15, 2023 at 8:30 a.m. to January 31, 2024 at 8:30 a.m.

4. The deadlines to amend Jeffrey's Motion For Relief From Stay and Franklin's Motion For Relief From Stay and the deadlines to file and serve corresponding opposition and reply papers shall be automatically extended pursuant to this Court's Local Rules.

**IT IS SO ORDERED**

###

Date: November 2, 2023

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.