Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
             jlucas@pszjlaw.com
             jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

SF 4870-2030-4017.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**One Sansome Street, Suite 3430, San Francisco, CA 94104**

A true and correct copy of the foregoing document entitled ***Stipulation Between Bradley D. Sharp, Ch. 11 Trustee and Joseph and Erica Vago Regarding Withdrawal of Abstract of Judgment Against Real Properties of the Debtor's Estate*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 15, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **November 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 15, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Federal Express** | **Via Email:** |
|---|---|
| Honorable Sandra R. Klein | Simon Aron on behalf of Kenneth Klein and Shoshana Shrifa Klein: saron@wrslawyers.com ; moster@wrslawyers.com |
| United States Bankruptcy Court/Central District of California | |
| Edward R. Roybal Federal Building and Courthouse | Leslie Klein: les.kleinlaw@gmail.com ; leskleinlaw@gmail.com; kleinlaw@earthlink.net |
| 255 E. Temple Street, Suite 1582 / Courtroom 1575 | |
| Los Angeles, CA 90012 | Nathan Talei – ntalei@oclslaw.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2023 | Oliver Carpio | */s/ Oliver Carpio* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SF 4870-2030-4017.1 78512.001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:23-bk-10990-SK**

- Simon Aron  saron@wrslawyers.com, moster@wrslawyers.com
- Reem J Bello  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender  rb@lnbyg.com
- Michael Jay Berger  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey  tcovey@raslg.com, sferry@raslg.com
- Jeffrey W Dulberg  jdulberg@pszjlaw.com
- Dane W Exnowski  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Robert P Goe  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Brandon J Iskander  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan  mkogan@koganlawfirm.com
- Marc A Lieberman  marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- John W Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Ron Maroko  ron.maroko@usdoj.gov
- Kirsten Martinez  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer  smayer@mayerlawla.com
- Christopher M McDermott  ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- Krikor J Meshefejian  kjm@lnbyg.com
- Kenneth Misken  Kenneth.M.Misken@usdoj.gov
- Jeffrey P Nolan  jnolan@pszjlaw.com
- Eric J Olson  eric@ejolsonlaw.com

- Jeffrey N Pomerantz  jpomerantz@pszjlaw.com
- Brian A Procel  bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Joshua L Scheer  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Mark M Sharf (TR)  mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- Bradley D. Sharp (TR)  bsharp@dsi.biz
- Nikko Salvatore Stevens  nikko@cym.law, mandi@cym.law
- Alan G Tippie  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori  gtokumori@pmcos.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell  mwachtell@buchalter.com
- John P. Ward  jward@attleseystorm.com, ezhang@attleseystorm.com
- Brett J. Wasserman  wasserman@smcounsel.com
- Alex M Weingarten  aweingarten@willkie.com, lcarter@willkie.com
- Clarisse Young  youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young  paul@cym.law, jaclyn@cym.law
- Roye Zur  rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

SF 4870-2030-4017.1 78512.001

**2. SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 |
| Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071 | Leslie Klein<br>322 N. June Street<br>Los Angeles, CA 90001 |
| Leslie Klein<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | |

DOCS_SF:109785.1 78512/001
SF 4870-2030-4017.1 78512.001