1  Jeffrey W. Dulberg (CA State Bar No. 181200)
   John W. Lucas (CA State Bar No. 271038)
2  Jeffrey P. Nolan (CA State Bar No. 158923)
   Pachulski Stang Ziehl & Jones LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, CA 90067
4  Telephone: 310/277-6910
   Facsimile:  310/201-0760
5  E-mail:jdulberg@pszjlaw.com
           jlucas@pszjlaw.com
6          jnolan@pszjlaw.com

7  Counsel to Bradley D. Sharp, Chapter 11 Trustee

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                 **LOS ANGELES DIVISION**

11  In re:                          Case No.  Case No.: 2:23-bk-10990-SK

12  LESLIE KLEIN,                   Chapter 11

13                                  **AMENDED STIPULATION BETWEEN**
                                    **BRADLEY D. SHARP, CH 11 TRUSTEE**
14              Debtor.             **AND JOSEPH AND ERICA VAGO**
                                    **REGARDING WITHDRAWAL OF**
15                                  **ABSTRACT OF JUDGMENTS AGAINST**
                                    **REAL PROPERTIES OF THE DEBTOR'S**
16                                  **ESTATE**

17

18  **TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE,**
19  **THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES**
    **REQUESTING SPECIAL NOTICE:**
20
                              **STIPULATION**
21
22          Bradley D. Sharp, the duly appointed chapter 11 trustee, (the "Trustee") of the estate

23  of Leslie Klein (the "Debtor"), and Joseph and Erica Vago (the "Vagos") and together with the Trustee,

24  the "Parties"), by and through their respective undersigned counsel of record, file the attached

25  stipulation (the "Stipulation") requiring the Vagos to record in applicable counties a withdrawal

26  Abstract of Judgments and Liens (the "Abstracts") filed by the Vagos in each of the counties in the

27  State of California in the 90 days prior to the filing of the Debtor's petition in bankruptcy.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:351884.3 78512/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## RECITALS

A.     On February 22, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "Bankruptcy Court").

B.     On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court entered an order appointing Trustee to administer the case in lieu of the Debtor.

C.     On May 23, 2023, the Office of the United States Trustee ("UST") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151].

D.     On May 5, 2023, the Debtor filed an adversary complaint for *Avoidance Of Preference, Recovery Of Avoided Transfer, And Automatic Preservation Of Avoided Transfer* (the "Avoidance Action"). Adv. Case No. 23-ap-01147-SK. [Adv. Docket No. 1].

E.     The Avoidance Action seeks to avoid the abstracts filed by the Vagos and recorded in the County of Los Angeles Recorder's Office including (i) Abstract of Judgment recorded on or about December 16, 2022 as Recording No.: 20221178779, and (ii) Amended Abstract of Judgment recorded on January 12, 2023 as Recording No.; 20230026369.

F.      On May 12, 2023, the Debtor filed a First Amended Complaint [Adv. Docket No. 5] (the "First Amended Complaint") seeking to avoid additional recorded Abstracts in other counties including (i) an Abstract of Judgment filed on December 16, 2022,  in the Orange County Recorder's Office as Recording No.; 2022000409986, (ii)  Notice of Judgment Lien recorded on January 12, 2023 in the Orange County Recorder's Office as Recording No.; 2023000009373, (iii)  Abstract of Judgment recorded on December 16, 2022,  in the Riverside County Recorder's Office as Recording No.; 20220504784, (iv) Abstract of Judgment recorded on January 12, 2023 in the San Bernardino County Recorder's Office as Recording No.; 2023-0009468, (v) Abstract of Judgment recorded on January 12, 2022,  in the San Diego  County Recorder's Office as Recording No.; 2023-0009943, (vi) Abstract of Judgment recorded on December 16, 2022,  in the Ventura County Recorder's

DOCS_LA:351884.3 78512/001

Office as Recording No.; 202200016414, (vii) Amended Abstract of Judgment recorded on January 12, 2023 in the Ventura County Recorder's Office as Recording No.; 2023000002104, and (viii) Notice of Judgment Lien recorded on January 12, 2023 with the State of California ,Office of the Secretary of State in Sacramento. Recording No. U230002837926. (Together, the recordings sought to be avoided in the Avoidance Action and by the First Amended Avoidance Complaint (collectively, the "<u>Abstract of Judgments</u>"). Copies of the recorded Abstract of Judgments are annexed hereto as **Exhibit A**.

G.      On May 24, 2023, the UST Filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No. 155].  On that same day, the Trustee accepted his appointment [Docket No. 156].

H.      On July 17, 2023, the Vagos filed their Answer to First Amended Complaint. [Adv. Docket No. 18].

I.      The Trustee, as the duly appointed representative of the Debtor's estate, seeks to sell various real properties referenced below at various times pursuant to his business judgment and by noticed motion for the benefit of the estate and all creditors.   The real properties (the "<u>Real Properties</u>") are:

    i.   3752 Ocean Dr., Oxnard, CA 93035 (APN: 206-0-252-290)

    ii.   161 N. Poinsettia, Los Angeles, CA 90036 (APN: 5512-017-005)

    iii.   143 S. Highland Ave., Los Angeles, CA 90036 (APN: 5513-014-024)

    iv.   315 N. Martel Ave., Los Angeles, CA 90036 (APN: 5526-038-011)

    v.   322 N. June St., Los Angeles, CA 90004 (APN: 5523-003-008)

    vi.   2560 N. Whitewater Club Drive, Unit B, Palm Springs, CA 92262 (APN: 501-500-033)

J.      The Parties have met and conferred in good faith in an effort to resolve the issues raised in the Avoidance Action and the First Amended Complaint. The Real Properties are not marketable, or, are diminished in value, given the existence of the recorded Abstract of Judgments. The Avoidance Action and by the First Amended Complaint seek to avoid the Abstract of Judgments

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:351884.3 78512/001

recorded against the Real Properties in the 90 days before the filing of the petition as avoidable

preferences pursuant to section 547 of the Bankruptcy Code because the Recordation of Abstract of

Judgments:

> i.   Were for the benefit of a creditor, the Vagos;
>
> ii.  Were on account of an antecedent debt owed by the Debtor before such
>      recordation;
>
> iii. Were made while the Debtor was insolvent;
>
> iv.  Were made during the 90 days before the petition date; and
>
> v.   Will enable the Vagos to receive more than they otherwise would in a
>      liquidation of the Debtor's estate had the recordation not been made.

K.      By this Stipulation, the Vagos agree to withdraw the Abstract of Judgments by

recording such withdrawal in each of the counties were such Abstract of Judgments were recorded

because they are preferences that may be avoided under section 547 of the Bankruptcy Code, which

when complete will permit the Trustee to sell the Real Properties without having to incur the time

and expense of prosecuting the Avoidance Action and the First Amended Complaint, or commence

the a similar action in the name of the Trustee for the benefit of the Debtor's estate, which would be

a waste of estate resources.

**NOW AND THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.      Upon entry of an order approving this Stipulation, the Vagos shall record withdrawals

of the Abstract of Judgments in the applicable counties in which such Abstract of Judgments were

originally filed.  The Vagos shall complete the recordation of the withdrawals of Abstract of

Judgments on or before fourteen (14) days after entry of an order approving this Stipulation.

2.      Each person who executes this Stipulation represents that he or she is duly authorized

to execute this Stipulation on behalf of the respective Parties hereto and that each such party has full

knowledge and has consented to this Stipulation.  This Stipulation may be executed in one or more

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

counterparts, any of which may be transmitted by facsimile or electronic transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same document.

3.    The Bankruptcy Court retains exclusive jurisdiction to interpret and enforce this Stipulation.

Dated:    November 14, 2023             PROCEL LAW, PC

                                        By *Brian Procel*
                                           Brian Procel

                                        Counsel for Joseph and Erica Vago

Dated:    November 14, 2023             PACHULSKI STANG ZIEHL & JONES LLP

                                        By
                                           John W. Lucas

                                        Counsel to Bradley D. Sharp, Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

5

# **EXHIBIT A**

**(Abstract of Judgments)**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

<u>eRecorded by CSC/Ingeo</u>

**Electronically Recorded in Official Records**
**County of Ventura County**
**Mark A. Lunn**
**Ventura County Clerk-Recorder**

**DOC# 2022000116414**

**12/16/2022**
**Titles: 1    Pages:  3**
**10:52 AM**
**Total Fees: $137.00**
**CORRAE**

**LIEN NOTICE MAILED**

Abstract of Judgment
(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier *or* recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

CCR REC 31 Rev. 1/1/2018

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | |
|---|---|

After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: **(424) 788-4538**   FAX NO. (optional):

E-MAIL ADDRESS *(Optional)*: brian@procel-law.com

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 111 North Hill Street

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles, CA 90024

BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.

DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**   [ ] **Amended**

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   **Lien Notice Mailed to Debtor at
   address shown. Govt Code 27297.5**

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*:  December 2, 2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date)*:
12/15/2022

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Electronically Received 12/14/2022 05:20 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.  Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

**Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

eRecorded by CSC/Ingeo

Electronically Recorded in Official Records
County of Ventura County
Michelle Ascencion
Ventura County Clerk-Recorder

**DOC# 2023000002104**

01/12/2023
Titles: 1    Pages:  3
11:56 AM
Total Fees: $137.00
HERND

# LIEN NOTICE MAILED

Amended Abstract of Judgment

(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier *or* recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

CCR REC 31 Rev. 1/1/2018

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Electronically Received 01/11/2023 09:05 PM

**EJ-001**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538    FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com

| ☒ ATTORNEY FOR | ☒ JUDGMENT CREDITOR | ☐ ASSIGNEE OF RECORD |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**    ☒ **Amended**

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   **Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]:  6944    ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. ☒ Information on additional judgment debtors is shown on page 2.
4. ☒ Information on additional judgment creditors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

5. ☒ Original abstract recorded in this county:
   Ventura
   a. Date:  December 16, 2022
   b. Instrument No.:  2022000116414

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  December 2, 2022
   b. Renewal entered on *(date):*

9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date):*
01/12/2023

David W. Slayton, Executive Officer/Clerk of Court
Clerk, by    B. Portier    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.　　　　Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

**Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address)*:
322 N. June Street
Los Angeles, CA 90004

17.　　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.　　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.　　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

## ABSTRACT OF JUDGMENT—CIVIL
## AND SMALL CLAIMS

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**DOC # 2022-0504784**
12/16/2022 08:53 AM Fees: $105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:

Procel Law, PC

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: NORMA #248

Space above this line for recorder's use only

## Abstract of Judgment

### Title of Document

**TRA:**_____

**DTT:** _____

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

## THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: (424) 788-4538   FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com

| | | |
|---|---|---|
| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Leslie Klein
      322 N. June Street
      Los Angeles, CA 90004

   b. Driver's license no. [last 4 digits] and state:        [X] Unknown
   c. Social security no. [last 4 digits]:                    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date):*
12/15/2022

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by   M. Nguyen   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 12/14/2022 05:20 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.     Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
    ☒ Unknown

Social security no. [last 4 digits]:
    ☒ Unknown

Summons was personally served at or mailed to *(address)*:
322 N. June Street
Los Angeles, CA 90004

17.     Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.     Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.     Name and last known address

Driver's license no. [last 4 digits] and state:
    ☐ Unknown

Social security no. [last 4 digits]:
    ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

DOC # 2023-0010275
01/13/2023 08:09 AM Fees: $105.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:
.

**Procel Law, PC**

AND WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENTS TO:

**Brian Procel**

**Procel Law, PC**

**401 Wilshire Blvd., 12th Floor**

**Santa Monica, CA 90401**

**This document was electronically submitted
to the County of Riverside for recording**
Receipted by: NORMA #248

Space above this line for recorder's use only

## Amended Abstract of Judgment

Title of Document

**TRA:**_____

**DTT:** _____

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ This document is a transfer that is subject to the imposition of documentary transfer tax.

☐ This is a document recorded in connection with a transfer that is subject to the imposition of documentary transfer tax.
Document reference:_____

☐ This document is a transfer of real property that is a residential dwelling to an owner-occupier.

☐ This is a document recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.
Document reference:_____

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

.

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|

After recording, return to:
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: (424) 788-4538      FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com

[×] ATTORNEY FOR   [×] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: JOSEPH VAGO, ET AL.
DEFENDANT: LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS    [×] Amended

FOR COURT USE ONLY

1. The [×] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   ```
   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004
   ```

   b. Driver's license no. [last 4 digits] and state:      [×] Unknown
   c. Social security no. [last 4 digits]:  6944           [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [×] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [×] Information on additional judgment creditors is shown on page 2.

5. [×] Original abstract recorded in this county:
      Riverside
   a. Date:  December 16, 2022
   b. Instrument No.:  2022-0504784

   ► _____
      (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [×] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [×] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

Clerk, by  M. Nguyen  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 01/11/2023 09:04 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

| PLAINTIFF: JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　　Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.




**This page is part of your document - DO NOT DISCARD**

## 20221178779




**Pages:
0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/16/22 AT 02:57PM**

| | |
|---|---:|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202212160200053

**00023052005**



013828596

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**



E441968

E13-20221215

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**RECORDING REQUESTED BY**

Procel Law, PC

**AND WHEN RECORDED MAIL DOCUMENT TO:**

NAME  Brian Procel

STREET ADDRESS  Procel Law, PC
401 Wilshire Blvd , 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

---

SPACE ABOVE FOR RECORDER'S USE ONLY

---

## Abstract of Judgment

### Title of Document

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)* | |
|---|---|
| After recording, return to | |

Brian Procel (State Bar No 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO : (424) 788-4538    FAX NO (optional):
E-MAIL ADDRESS *(Optional)* brian@procel-law.com

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS  111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE  Los Angeles, CA 90024
BRANCH NAME  Stanley Mosk Courthouse

*FOR RECORDER'S USE ONLY*

PLAINTIFF:  JOSEPH VAGO, ET AL

DEFENDANT:  LESLIE KLEIN, ET AL.

CASE NUMBER
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**    [ ] **Amended**

*FOR COURT USE ONLY*

1 The [X] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:

a.  Judgment debtor's
        Name and last known address

Leslie Klein
322 N. June Street
Los Angeles, CA 90004

b.  Driver's license no. [last 4 digits] and state:    [X] Unknown
c.  Social security no. [last 4 digits]:    [X] Unknown
d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
Leslie Klein
322 N. June Street, Los Angeles, CA 90004

2. [X]  Information on additional judgment debtors is shown on page 2.

4. [X]  Information on additional judgment creditors is shown on page 2.

3. Judgment creditor *(name and address).*
Joseph Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

5. [ ]  Original abstract recorded in this county:

   a. Date:
   b. Instrument No.:

Date: December 14, 2022
Brian Procel
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on *(date):*  December 2, 2022
   b.  Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a. [X]  not been ordered by the court.
    b. [ ]  been ordered by the court effective until *(date):*

12. a. [X]  I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ]  A certified copy of the judgment is attached.

[SEAL]

Sherri R  Carter Executive Officer / Clerk of Court

This abstract issued on *(date):*
12/15/2022

Clerk, by  M. Nguyen , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488 480,
674, 700 190

Electronically Received 12/14/2022 05:20 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

| PLAINTIFF: JOSEPH VAGO, ET AL | COURT CASE NO.. |
|---|---|
| DEFENDANT: LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*·
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address)*

15. ☐ Continued on Attachment 15

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.     Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:  ☒ Unknown

Social security no. [last 4 digits]:  ☒ Unknown

Summons was personally served at or mailed to *(address)*·
322 N. June Street
Los Angeles, CA 90004

17.     Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.     Name and last known address

Driver's license no. [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*·

19.     Name and last known address

Driver's license no [last 4 digits] and state:  ☐ Unknown

Social security no. [last 4 digits]:  ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.




**This page is part of your document - DO NOT DISCARD**



## 20230026369



**Pages:
0004**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**01/12/23 AT 03:35PM**

| | |
|---|---|
| FEES: | 39.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 114.00 |



**L E A D S H E E T**



202301120110082

**00023119645**



013868897

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**



E548170

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**RECORDING REQUESTED BY**

Procel Law, PC

**AND WHEN RECORDED MAIL DOCUMENT TO:**

NAME Brian Procel

STREET ADDRESS Procel Law, PC
401 Wilshire Blvd., 12th Floor

CITY, STATE &
ZIP CODE
Santa Monica, CA 90401

---

SPACE ABOVE FOR RECORDER'S USE ONLY

Amended Abstract of Judgment

**Title of Document**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* | FOR RECORDER'S USE ONLY |
|---|---|

*After recording, return to:*
Brian Procel (State Bar No. 218657)
Martin Pritikin (State Bar No. 210845)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
TEL NO.: **(424) 788-4538**        FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com; marty@procel-law.com

| [✗] ATTORNEY FOR | [✗] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS:  111 North Hill Street

MAILING ADDRESS:

CITY AND ZIP CODE:  Los Angeles, CA 90024

BRANCH NAME: Stanley Mosk Courthouse

| PLAINTIFF:  JOSEPH VAGO, ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [✗] Amended | FOR COURT USE ONLY |
|---|---|

1. The [✗] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
        Name and last known address

   ┌─────────────────────────────┐
   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004
   └─────────────────────────────┘

   b.  Driver's license no. [last 4 digits] and state:          [✗] Unknown
   c.  Social security no. [last 4 digits]:  6944          [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
        Leslie Klein
        322 N. June Street, Los Angeles, CA 90004

2. [✗]  Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: January 11, 2023
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [✗]  Information on additional judgment creditors is shown on page 2.

5. [✗]  Original abstract recorded in this county:
        Los Angeles
   a.  Date:   December 16, 2022
   b.  Instrument No.:   20221178779

   ▶          (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on *(date):*  December 2, 2022
   b.  Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]
David W. Slayton, Executive Officer/Clerk of Court

This abstract issued on *(date):*
01/12/2023

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):*

11. A stay of enforcement has
    a. [✗] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [✗] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by  M. Nguyen                    , Deputy

| Form Adopted for Mandatory Use Judicial Council of California EJ-001 [Rev. July 1, 2014] | ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | Page 1 of 2 Code of Civil Procedure, §§ 488.480, 674, 700.190 |
|---|---|---|

Electronically Received 01/11/2023 09:01 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003. All rights reserved.

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address):*
322 N. June Street
Los Angeles, CA 90004

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]      **ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**      Page 2 of 2

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

## PLEASE COMPLETE THIS INFORMATION

**RECORDING REQUESTED BY:**

Procel Law, PC

**AND WHEN RECORDED MAIL TO:**

Brian Procel

Procel Law, PC

401 Wilshire Blvd., 12th Floor

Santa Monica, CA 90401

eRecorded by CSC/Ingeo

**Electronically Recorded in Official Records
County of Ventura County
Mark A. Lunn
Ventura County Clerk-Recorder**

## DOC# 2022000116414

**12/16/2022**
**Titles: 1     Pages:  3**
**10:52 AM**
**Total Fees: $137.00**
**CORRAE**

**LIEN NOTICE MAILED**

### Abstract of Judgment

(Please fill in document title(s) on this line)

The document to which this page is affixed and made a part of is exempt from the fee imposed by the Building Homes & Jobs Act (SB 2-2017) (GC 27388.1)

Reason for exemption:

☐ Not related to real property - GC 27388.1 (a) (1)

☐ Recorded concurrently "in connection with" a transfer subject to the imposition of Documentary Transfer Tax - GC 27388.1 (a) (2)

☐ Transfer of real property that is a residential dwelling to an owner-occupier *or* recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier - GC 27388.1 (a) (2)

☐ Maximum $225.00 fee per transaction reached (presented concurrently and are related to the same parties and same property) - GC 27388.1 (a) (1)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

CCR REC 31 Rev. 1/1/2018

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* |
|---|

After recording, return to:
Brian Procel (State Bar No. 218657)
PROCEL LAW, PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401

TEL NO.: **(424) 788-4538**  FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* brian@procel-law.com

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS:  111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90024
BRANCH NAME: Stanley Mosk Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF:  JOSEPH VAGO, ET AL.
DEFENDANT:  LESLIE KLEIN, ET AL.

CASE NUMBER:
20STCV25050

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**       [ ] **Amended**

FOR COURT USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Leslie Klein
   322 N. June Street
   Los Angeles, CA 90004

   **Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Leslie Klein
      322 N. June Street, Los Angeles, CA 90004

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Joseph Vago
   c/o PROCEL LAW, PC
   401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401

   Date: December 14, 2022
   Brian Procel
   _____
   (TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $24,334,038.99

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  December 2, 2022
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

Sherri R. Carter Executive Officer / Clerk of Court

This abstract issued on *(date):*
12/15/2022

Clerk, by  M. Nguyen  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

Electronically Received 12/14/2022 05:20 PM

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

| PLAINTIFF:  JOSEPH VAGO, ET AL. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  LESLIE KLEIN, ET AL. | 20STCV25050 |

## NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:
Erica Vago
c/o PROCEL LAW, PC
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

## INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.  Name and last known address
Les Klein & Associates, Inc.
1425 Ventura Blvd.
Sherman Oaks, CA 91423

**Lien Notice Mailed to Debtor at address shown. Govt Code 27297.5**

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:
☒ Unknown

Summons was personally served at or mailed to *(address)*:
322 N. June Street
Los Angeles, CA 90004

17.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

18.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

19.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**