Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com
              jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>              Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT [RE DKT. 483]** |

**PLEASE TAKE NOTICE THAT** Bradley D. Sharp (the "*Trustee*"), the duly appointed trustee for the chapter 11 estate of Leslie Klein (the "*Debtor*") hereby withdraws docket no. 483, as the stipulation was filed missing Exhibit A.  The *Amended Stipulation Between Bradley D. Sharp, Ch 11 Trustee and Joseph and Erica Vago Regarding Withdrawal of Abstract of Judgments Against Real Properties of the Debtor's Estate* has been refiled under Docket No. 485.

Dated:    November 15, 2023              PACHULSKI STANG ZIEHL & JONES LLP

                                                              By:    */s/ John W. Lucas*
                                                                       John W. Lucas

                                                              Counsel to Bradley D. Sharp, Chapter 11 Trustee

SF 4891-6732-9425.1 78512.001