| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeffrey W. Dulberg (State Bar No. 181200)<br>John W. Lucas (State Bar No. 271038)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>    jlucas@pszjlaw.com<br>    jnolan@pszjlaw.com<br><br>Counsel to Bradley D. Sharp, Chapter 11 Trustee<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br>Debtor(s) | CASE NO.:    2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: AMENDED STIPULATION BETWEEN BRADLEY D. SHARP, CH. 11 TRUSTEE AND JOSEPH AND ERICA VAGO REGARDING WITHDRAWAL OF ABSTRACT OF JUDGMENT AGAINST REAL PROPERTIES OF THE DEBTOR'S ESTATE** |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING AMENDED STIPULATION BETWEEN BRADLEY D. SHARP, CH 11 TRUSTEE AND JOSEPH AND ERICA VAGO REGARDING WITHDRAWAL OF ABSTRACT OF JUDGMENTS AGAINST REAL PROPERTIES OF THE DEBTOR'S ESTATE</u> was lodged on (*date*) <u>November 15, 2023</u> and is attached.  This order relates to the motion which is docket number <u> 485</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                        Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA State Bar No. 158923)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277.6910
Facsimile: 310/201.0760
E-mail:   jdulberg@pszjlaw.com
          jlucas@pszjlaw.com
          jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **ORDER APPROVING AMENDED STIPULATION BETWEEN BRADLEY D. SHARP, CH 11 TRUSTEE AND JOSEPH AND ERICA VAGO REGARDING WITHDRAWAL OF ABSTRACT OF JUDGMENTS AGAINST REAL PROPERTIES OF THE DEBTOR'S ESTATE** |
| | **[Relates to Docket No. 485]** |

The Court, having read and considered the *Amended Stipulation Between Bradley D. Sharp, Ch 11 Trustee and Joseph and Erica Vago Regarding Withdrawal of Abstract of Judgments Against Real Properties of the Debtor's Estate* [Docket No. 485] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is **APPROVED**.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.
SF 4878-0247-6433.2 78512.001

2. The Bankruptcy Court retains exclusive jurisdiction to interpret and enforce this Order and the Stipulation.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**One Sansome Street, Suite 3430, San Francisco, CA  94104**

A true and correct copy of the foregoing document(s) entitled ***NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: AMENDED STIPULATION BETWEEN BRADLEY D. SHARP, CH. 11 TRUSTEE AND JOSEPH AND ERICA VAGO REGARDING WITHDRAWAL OF ABSTRACT OF JUDGMENT AGAINST REAL PROPERTIES OF THE DEBTOR'S ESTATE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 15, 2023,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **November 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 15, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Federal Express** <br> Honorable Sandra R. Klein <br> United States Bankruptcy Court/Central District of California <br> Edward R. Roybal Federal Building and Courthouse <br> 255 E. Temple Street, Suite 1582 / Courtroom 1575 <br> Los Angeles, CA 90012 | **Via Email:** <br> Simon Aron on behalf of Kenneth Klein and Shoshana Shrifa Klein: saron@wrslawyers.com ; moster@wrslawyers.com <br><br> Leslie Klein:  les.kleinlaw@gmail.com ; leskleinlaw@gmail.com; kleinlaw@earthlink.net <br><br> Nathan Talei – ntalei@oclslaw.com |
|---|---|

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2023 | Oliver Carpio | /s/ Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:23-bk-10990-SK**

- Simon Aron   saron@wrslawyers.com, moster@wrslawyers.com
- Reem J Bello   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender   rb@lnbyg.com
- Michael Jay Berger   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey   tcovey@raslg.com, sferry@raslg.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Dane W Exnowski   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Michael I. Gottfried   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- Brandon J Iskander   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan   mkogan@koganlawfirm.com
- Marc A Lieberman   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- John W Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Ron Maroko   ron.maroko@usdoj.gov
- Kirsten Martinez   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer   smayer@mayerlawla.com
- Christopher M McDermott   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- Krikor J Meshefejian   kjm@lnbyg.com
- Kenneth Misken   Kenneth.M.Misken@usdoj.gov
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Eric J Olson   eric@ejolsonlaw.com
- Jeffrey N Pomerantz   jpomerantz@pszjlaw.com
- Brian A Procel   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Joshua L Scheer   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Mark M Sharf (TR)   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- Bradley D. Sharp (TR)   bsharp@dsi.biz
- Nikko Salvatore Stevens   nikko@cym.law, mandi@cym.law
- Alan G Tippie   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori   gtokumori@pmcos.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell   mwachtell@buchalter.com
- John P. Ward   jward@attleseystorm.com, ezhang@attleseystorm.com
- Brett J. Wasserman   wasserman@smcounsel.com
- Alex M Weingarten   aweingarten@willkie.com, lcarter@willkie.com
- Clarisse Young   youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young   paul@cym.law, jaclyn@cym.law
- Roye Zur   rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2. SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 |
| Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA  90071 | Leslie Klein<br>322 N. June Street<br>Los Angeles, CA 90001 |
| Leslie Klein<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA  91423 | |