Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA State Bar No. 158923)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277.6910
Facsimile: 310/201.0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

NOV 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may         DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING AMENDED STIPULATION BETWEEN BRADLEY D. SHARP, CH 11 TRUSTEE AND JOSEPH AND ERICA VAGO REGARDING WITHDRAWAL OF ABSTRACT OF JUDGMENTS AGAINST REAL PROPERTIES OF THE DEBTOR'S ESTATE**<br><br>[Relates to Docket No. 485] |

//

//

//

//

SF 4878-0247-6433.2 78512.001

The Court, having read and considered the *Amended Stipulation Between Bradley D. Sharp, Ch 11 Trustee and Joseph and Erica Vago Regarding Withdrawal of Abstract of Judgments Against Real Properties of the Debtor's Estate* [Docket No. 485] (the "Stipulation")[1]; and for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is **APPROVED**.

2. The Bankruptcy Court retains exclusive jurisdiction to interpret and enforce this Order and the Stipulation.

### # # #

Date: November 15, 2023

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

SF 4878-0247-6433.2 78512.001

2