United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

**Recip ID        Recipient Name and Address**
db              + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

**Name**              **Email Address**

Alan G Tippie
                      on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
                      atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
                      on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com

Alex M Weingarten
                      on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com

Baruch C Cohen
                      on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
                      on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

Case 2:23-bk-10990-SK    Doc 497    Filed 11/19/23    Entered 11/19/23 21:14:53    Desc
Imaged Certificate of Notice    Page 2 of 8

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Nov 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John P. Ward | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| Joshua L Scheer | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Kirsten Martinez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |

Case 2:23-bk-10990-SK    Doc 497    Filed 11/19/23    Entered 11/19/23 21:14:53    Desc
Imaged Certificate of Notice    Page 3 of 8

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Krikor J Meshefejian
 on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Marc A Lieberman
 on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
 on behalf of Interested Party Les Klein & Associates marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Mark M Sharf (TR)
 mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Michael I. Gottfried
 on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
 on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
 on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael Jay Berger
 on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
 on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
 on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

Michael S Kogan
 on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
 on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Nikko Salvatore Stevens
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law

Nikko Salvatore Stevens
 on behalf of Creditor Franklin Menlo nikko@cym.law  mandi@cym.law

Paul P Young
 on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

Paul P Young
 on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
 on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr
 on behalf of Interested Party Life Capital Group  LLC rps@lnbyg.com, john@lnbyb.com

Robert P Goe
 on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
        on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Bender
        on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com

Ron Maroko
        on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
        on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
        cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron
        on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com

Simon Aron
        on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com

Steven M Mayer
        on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
        on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
        on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
        Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

TOTAL: 72

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**NOV 17 2023**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY **may**        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

LESLIE KLEIN,

    Debtor.

Case No. 2:23-bk-10990-SK

Chapter 11

**ORDER GRANTING MOTION AND AUTHORIZING (1) SALE OF REAL PROPERTY COMMONLY KNOWN AS 3752 OCEAN DRIVE, OXNARD, CALIFORNIA, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND (2) PAYMENT OF REAL ESTATE BROKERS' COMMISSION AND SALE RELATED EXPENSES**

[3752 Ocean Drive, Oxnard, California]

Date:   November 15, 2023
Time:   9:00 a.m.
Crtrm.: 1575

Judge:  Hon. Sandra R. Klein

//
//
//
//
//
//
//

LA:4881-2983-1057.1 78512.001

A hearing was held on November 15, 2023, at 9:00 a.m., before the Honorable Sandra R. Klein, United States Bankruptcy Judge for the Central District of California, in Courtroom 1575 located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Authorizing (1) Sale of Real Property Commonly Known as 3752 Ocean Drive, Oxnard, California, Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); And (2) Payment of Real Estate Brokers' Commission and Sale Related Expenses* [Docket No. 452] (the "Motion")[1], filed by Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "Trustee") in the above-captioned bankruptcy case. Appearances were made as noted on the record.

The Court having read and considered the Motion and all papers filed in support thereof, as well as the position statement filed by U.S. Bank [Docket No. 462], and, following the auction conducted during a recess via zoom, having found that the Successful Bid and the Back-Up Bid (each as defined below) are the "highest and best" bids received with respect to the proposed sale, and that each of the Successful Bidder and the Back-Up Bidder are entitled to "good faith" protection in accordance with 11 U.S.C. §363(m), and having found that the holders of any and all liens, claims and encumbrances to be sold "free and clear" of will be paid in full from the proceeds of the sale or have consented to the proposed sale, and with good cause shown,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED.

2. The Trustee is authorized to sell pursuant to 11 U.S.C. §363(b) the real property commonly known as 3752 Ocean Drive, Oxnard, California and assigned APN: 206-0-252-290, legally described as Lot 20, Block E, of Hollywood Beach Tract, in the County of Ventura, State of California, as per Map recorded in Book 13 Page 2 of Maps, in the Office of the County Recorder of said County (the "Oxnard Property"), as further set forth herein.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

3. The bid from Pavel Sterin or his designated nominee (the "Successful Bidder"), in the amount of $2,160,000.00, is approved as the winning bid (the "Successful Bid"). The Successful Bid is the "highest and best" offer the Trustee has received for the Oxnard Property.

4. The bid from Robert Crown (the "Back-Up Bidder") in the amount of $2,150,000.00, is approved as the back-up bid (the "Back-Up Bid"). The Back-Up Bid is the second "highest and best" offer the Trustee has received for the Oxnard Property.

5. Each of the Successful Bidder and Back-Up Bidder are deemed a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

6. The Oxnard Property shall be sold "as is," "where is," "with all faults," and without warranty or recourse, pursuant to 11 U.S.C. §363(b).

7. The Oxnard Property shall be sold free and clear of the following liens, claims, encumbrances or other interests, pursuant to 11 U.S.C. §363(f), as the holders of such liens, claims, encumbrances or other interests shall be paid from the proceeds of the sale or have consented to the sale and the recordation of this order with the Ventura County Recorder shall constitute a discharge, termination, and cancellation as to the Oxnard Property of all such liens, claims, encumbrances, or other interests, without the need for their reconveyance or release:

   a. A deed of trust, recorded on May 24, 2005, as Instrument No. 20050524-0125088 in the Ventura County Recorder's Office, in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. having been assigned of record to U. S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2005-F, by assignment recorded on April 28, 2023, as Instrument No. 2023000029877 in the Ventura County Recorder's Office (the "First Trust Deed");

   b. A deed of trust, recorded on May 24, 2005, as Instrument No. 20050524-0125089 in the Ventura County Recorder's Office, in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loan [sic], Inc. having been assigned of record to Citizens Bank, N.A., by assignment recorded on December 14, 2022, as Instrument No. 2022000115856 in the Ventura County Recorder's Office (the "Second Trust Deed"); and

     c.     An abstract of judgement, originally recorded on December 16, 2022, as Instrument No. 2022000116414 in the Ventura County Recorder's Office, and modified by an instrument recorded on January 12, 2023, as Instrument No. 2023000002104 in the Ventura County Recorder's Office, in favor of Joseph Vago et al (the "Vago Abstract").

8.     The Trustee shall pay through escrow: (a) all undisputed amounts owed on the First Trust Deed and the Second Trust Deed; (b) all outstanding real property taxes due and owing to the Ventura County Treasurer - Tax Collector upon closing of the Sale; and (c) broker commissions and expenses not to exceed $3,254.72, escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses payable by a seller.

9.     Any liens, claims or encumbrances on the Oxnard Property not otherwise paid off shall have the same validity, priority, and scope with respect to the sale proceeds as such liens, claims or encumbrances had against the Oxnard Property as of the petition date, subject to any and all of the Trustee's rights to object to, dispute, or subordinate such liens, claims or encumbrances.

10.     The 14-day stay under Bankruptcy Rule 6004(h) is waived.

### # # #

Date: November 17, 2023

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

LA:4881-2983-1057.1 78512.001

4