Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
               jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**DEC 15 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

                    Debtor.

Case No. 2:23-bk-10990-SK

Chapter 11

**ORDER APPROVING REQUEST TO HAVE HEARING SPECIALLY SET ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING (1) SALE OF REAL PROPERTY COMMONLY KNOWN AS 161 NORTH POINSETTIA PLACE, LOS ANGELES, CALIFORNIA 90036, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND (2) PAYMENT OF REAL ESTATE BROKERS' COMMISSION AND SALE RELATED EXPENSES**

[161 N. Poinsettia Place, Los Angeles, CA]

[Relates to Docket No. 530]

**REQUESTED DATE:** January 24, 2024
**TIME**:                        9:00 a.m.
**CTRM**:                      1575

        The Court, having read and considered the *Request to Have Hearing Specially Set on*

*Chapter 11 Trustee's Motion for Order Authorizing (1) Sale of Real Property Commonly Known as*

*161 North Poinsettia Place, Los Angeles, California 90036, Free and Clear of All Liens Claim and*

*Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Payment of Real Estate Brokers'*

LA:4894-9099-6877.3 78512.001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*Commission and Sale Related Expenses* (the "Hearing Request")[1] [Docket No. 530], and for good cause shown,

**IT IS ORDERED**:

1.      The Hearing Request is APPROVED.

2.      The hearing on the Trustee's motion for an order confirming the sale of real property located at 161 North Poinsettia Place, Los Angeles, California, pursuant to 11 U.S.C. § 363, and Local Bankruptcy Rules 6004-1(c) and 9013-1 (the "Motion") shall be held on **January 24, 2024** at **9:00 a.m.** in Courtroom 1575 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.

3.      The Motion shall be filed no later than 21 days prior to January 24, 2024 (i.e., January 3, 2024).

# # #

Date: December 15, 2023

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Hearing Request.

2

LA:4894-9099-6877.3 78512.001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA