United States Bankruptcy Court
Central District of California

In re:  
Leslie Klein  
    Debtor

Case No. 23-10990-SK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 15, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

**Recip ID**      **Recipient Name and Address**  
db      + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie  
     on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com  
     atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten  
     on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten  
     on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian  
     on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983  
     armen@cym.law, jennifer@cym.law;cameron@cym.law;paul@cym.law

Baruch C Cohen  
     on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
 on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
 on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
 on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Bradley D. Sharp (TR)
 bsharp@dsi.biz

Brandon J. Iskander
 on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
 on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
 on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
 on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
 on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
 on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
 on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
 on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Dane W Exnowski
 on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
 on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson
 on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Gary Tokumori
 on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
 on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
 on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
 on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
 on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
 on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
 on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

John P. Ward
 on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com

John W Lucas
 on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
 on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
 on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Case 2:23-bk-10990-SK    Doc 534    Filed 12/17/23    Entered 12/17/23 21:16:52    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Kirsten Martinez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Krikor J Meshefejian | on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com |
| Marc A Lieberman | on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com |
| Marc A Lieberman | on behalf of Interested Party Les Klein & Associates marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com |
| Mark M Sharf (TR) | mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com |
| Michael Jay Berger | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com |
| Michael S Kogan | on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law |
| Nikko Salvatore Stevens | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law |
| Nikko Salvatore Stevens | on behalf of Creditor Franklin Menlo nikko@cym.law mandi@cym.law |
| Paul P Young | on behalf of Creditor Franklin Menlo paul@cym.law jaclyn@cym.law |
| Paul P Young | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law |
| Paul P Young | on behalf of Interested Party Courtesy NEF paul@cym.law jaclyn@cym.law |
| Reem J Bello | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Richard P Steelman, Jr | on behalf of Interested Party Life Capital Group LLC rps@lnbyg.com, john@lnbyb.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 73

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**DEC 15 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>        Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING REQUEST TO HAVE HEARING SPECIALLY SET ON CHAPTER 11 TRUSTEE'S MOTION FOR ORDER AUTHORIZING (1) SALE OF REAL PROPERTY COMMONLY KNOWN AS 161 NORTH POINSETTIA PLACE, LOS ANGELES, CALIFORNIA 90036, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); AND (2) PAYMENT OF REAL ESTATE BROKERS' COMMISSION AND SALE RELATED EXPENSES**<br><br>[161 N. Poinsettia Place, Los Angeles, CA]<br><br>[Relates to Docket No. 530]<br><br>**REQUESTED DATE:**  January 24, 2024<br>**TIME**:                    9:00 a.m.<br>**CTRM**:                    1575 |

The Court, having read and considered the *Request to Have Hearing Specially Set on Chapter 11 Trustee's Motion for Order Authorizing (1) Sale of Real Property Commonly Known as 161 North Poinsettia Place, Los Angeles, California 90036, Free and Clear of All Liens Claim and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); and (2) Payment of Real Estate Brokers'*

LA:4894-9099-6877.3 78512.001

*Commission and Sale Related Expenses* (the "Hearing Request")[1] [Docket No. 530], and for good cause shown,

**IT IS ORDERED**:

1. The Hearing Request is APPROVED.

2. The hearing on the Trustee's motion for an order confirming the sale of real property located at 161 North Poinsettia Place, Los Angeles, California, pursuant to 11 U.S.C. § 363, and Local Bankruptcy Rules 6004-1(c) and 9013-1 (the "Motion") shall be held on **January 24, 2024** at **9:00 a.m.** in Courtroom 1575 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.

3. The Motion shall be filed no later than 21 days prior to January 24, 2024 (i.e., January 3, 2024).

### 

Date: December 15, 2023

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Hearing Request.

LA:4894-9099-6877.3 78512.001

2