|   |   |
|---|---|
| 1 | Jeffrey W. Dulberg (State Bar No. 181200) |
| 2 | John W. Lucas (State Bar No. 271038) |
|   | PACHULSKI STANG ZIEHL & JONES LLP |
| 3 | 10100 Santa Monica Blvd., 13th Floor |
|   | Los Angeles, CA 90067-4003 |
| 4 | Telephone: 310.277.6910 |
|   | Facsimile: 310.201.0760 |
| 5 | E-mail:  jdulberg@pszjlaw.com |
|   |         jlucas@pszjlaw.com |
| 6 |   |
| 7 | Counsel to Bradley D. Sharp, Chapter 11 Trustee |



**FILED & ENTERED**

JAN 18 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY  may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER APPROVING STIPULATION REGARDING MOTION OF CHAPTER 11 TRUSTEE FOR ORDER AUTHORIZING THE EXAMINATION OF LIFE CAPITAL GROUP, LLC AND ITS SUBSIDIARIES AND AFFILIATES PURSUANT TO FED. R. BANKR. P. 2004** |
| | **[Relates to Docket Nos. 468, 482, 523, 555 and 581]** |
| | [No Hearing Required] |

The Court having considered the *Stipulation Regarding Motion of Chapter 11 Trustee for Order Authorizing the Examination of Life Capital Group, LLC and its Subsidiaries and Affiliates Pursuant to Fed. R. Bankr. P. 2004* (the "**Stipulation**") [Docket No. 581], dated January 17, 2024, as agreed to by Life Capital Group, LLC and Bradley D. Sharp, the duly appointed trustee for the chapter 11 estate of Leslie Klein, and good cause appearing therefor,

LA:4889-6911-7086.1 78512.001                                    1

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The hearing on the *Motion of Chapter 11 Trustee, for Order Authorizing the Examination of Life Capital Group, LLC . . .* (the "Motion") [Docket #468] is continued from January 24, 2024 at 9:00 a.m. to February 21, 2024 at 9:00 a.m.

3. A second stipulation must be filed by February 7, 2024 at 4:00 p.m. outlining for the Court either: (a) any remaining disputed issues in the Motion; or (b) information that the disputes have been resolved.

# # #

Date: January 18, 2024

Sandra R. Klein
United States Bankruptcy Judge

LA:4889-6911-7086.1 78512.001

2