United States Bankruptcy Court

Central District of California

In re: Case No. 23-10990-SK
Leslie Klein Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Alan G Tippie
     on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
     atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alan W Forsley
     on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alex M Weingarten
     on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
     on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
     on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
     armen@cym.law, jennifer@cym.law;cameron@cym.law;paul@cym.law

Case 2:23-bk-10990-SK    Doc 589    Filed 01/19/24    Entered 01/19/24 21:19:03    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
  on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
  on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
  on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
  on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Bradley D. Sharp (TR)
  bsharp@dsi.biz

Brandon J. Iskander
  on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
  on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
  on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
  on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
  on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
  on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
  on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
  on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Dane W Exnowski
  on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
  on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson
  on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Gary Tokumori
  on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
  on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
  on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
  on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
  on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
  on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
  on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

John P. Ward
  on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseystorm.com, ezhang@attleseystorm.com

John W Lucas
  on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
  on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Case 2:23-bk-10990-SK    Doc 589    Filed 01/19/24    Entered 01/19/24 21:19:03    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Marc A Lieberman
    on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Marc A Lieberman
    on behalf of Interested Party Les Klein & Associates marc.lieberman@flpllp.com  safa.saleem@flpllp.com,addy@flpllp.com

Mark M Sharf (TR)
    mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

Michael Jay Berger
    on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  mandi@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  mandi@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Case 2:23-bk-10990-SK    Doc 589    Filed 01/19/24    Entered 01/19/24 21:19:03    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 17, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Richard P Steelman, Jr | on behalf of Interested Party Life Capital Group LLC rps@lnbyg.com, john@lnbyb.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 74

Jeffrey W. Dulberg (CA Bar No. 181200)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
        jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**JAN 17 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** may           **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>               Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE AUTHORIZING THE EXAMINATION OF TRANSAMERICA LIFE INSURANCE COMPANY PURSUANT TO FED. R. BANKR. P. 2004**<br><br>[No Hearing Required] |

On December 26, 2023, Bradley D. Sharp, the duly appointed chapter 11 trustee (the "Trustee), filed his *Motion of Chapter 11 Trustee, for Order Authorizing the Examination of Transamerica Life Insurance Company Pursuant to Fed. R. Bankr. P. 2004; Memorandum of Points and Authorities; Declarations of Bradley D. Sharp, Nicholas Troszak and Jeffrey P. Nolan in Support Thereof* (the "Motion") [Docket No. 542].  The Court, having considered the Motion, the accompanying Memorandum of Points and Authorities, the Declarations in support of the Motion, the exhibit thereto, and based on its review and consideration, the Court finds that (i) notice of the Motion was adequate and appropriate, and no further or other notice need be given; (ii) the authority requested by the Trustee to issue a subpoena substantially in the form identified in the Motion as Exhibit I is appropriate; and (iii) good cause exists to grant the Motion.

LA:4855-9446-1852.1 78512.001

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety;

2. The Trustee is authorized, pursuant to sections 105(a) and 1106(a)(3) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2004-1, to issue and serve a subpoena substantially in the form attached to the Motion as Exhibit I to compel the attendance of the Proposed Examinee, Transamerica Life Insurance Company ("Transamerica Life"), for production and testimony on the dates stated therein or such other date as is mutually agreed between Transamerica Life and the Trustee;[1]

3. The Trustee shall serve the Rule 2004 Subpoena and a copy of this Order on (i) Transamerica Life, and (ii) the United States Trustee for the Central District of California and shall file with the Court an affidavit or declaration of service of the Rule 2004 Subpoena;

4. In the event of any discovery dispute in relation hereto, counsel and Transamerica Life, shall first meet and confer in an effort to resolve the dispute in accordance with Local Bankruptcy Rule 7026;

5. This order is without prejudice to the Debtor's right to file further motions seeking additional documents or testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable Bankruptcy Rules; and

6. This Court shall retain jurisdiction to resolve any dispute arising from or related to this order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and otherwise enforce the provisions of this order.

Date: January 17, 2024

*Sandra R. Klein*
Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms used herein shall have the same meanings ascribed to them in the Motion.

LA:4855-9446-1852.1 78512.001                     2