| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie Klein, Esq. (SBN 50908)<br>14245 Ventura Boulevard<br>Sherman Oaks, CA 91423<br>Telephone (818) 501-2663<br>lesklienlaw@gmail.com<br><br>In pro per<br><br><br>☒ Individual appearing without attorney<br>☐ Attorney for: |  |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>Motion to Convert This Chapter 11 Case to Chapter 7<br><br><br><br>*(Specify name of Motion)*<br><br>DATE: 02/14/2024<br>TIME: 9:00 am<br>COURTROOM: 1575<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90017 |
|---|---|

1. TO (*specify name*): All Interested Parties

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 Page 1                                                  F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 1/18/2024

_____
Printed name of law firm

_Leslie Klein_
Signature

LESLIE KLEIN, in pro per
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 9013-1.1.HEARING.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION TO CONVERT THIS CHAPTER 11 CASE TO CHAPTER 7** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

II. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 18, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Chambers of the Honorable Sandra Klein
255 E. Temple St., Suite 1582
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 18, 2024 | SAFA SALEEM | /s/ Saleem |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012  **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing                                                              NewRez LLC d/b/a Shellpoint Mortgage Servici
0973-2                                                                                       14841 Dallas Parkway
Case 2:23-bk-10990-SK                                                                        Suite 425
Central District of California                              /                                Dallas, TX 75254-8067
Los Angeles
Thu Jan 18 13:28:55 PST 2024

Wilmington Savings Fund Society, FSB, d/b/a        Los Angeles Division                      Ajax Mortgage Loan Trust 2021-D, et al.
Robertson, Anschutz, Schneid, Crane & Pa           255 East Temple Street,                   c/o Gregory Funding LLC
350 10th Avenue, suite 1000                        Los Angeles, CA 90012-3332                PO Box 742334
San Deigo, CA 92101-8705                                                                     Los Angeles, CA 90074-2334


Andor Gestetner                                    Bank of America                           Bank of America, N.A.
c/o Law Offices of Jacob Unger                     Attn: Bankruptcy                          PO Box 673033
5404 Whitsett Ave., Ste. 182                       4909 Savarese Circle                      Dallas, TX 75267-3033
Valley Village, CA 91607-1615                      Tampa, FL 33634-2413


Barclays Bank Delaware                             (p)CCO MORTGAGE CORP                      California Bank & Trust
Attn: Bankruptcy                                   10561 TELEGRAPH RD                        Po Box 711510
Po Box 8801                                        GLEN ALLEN VA 23059-4577                  Santee, CA 92072-1510
Wilmington, DE 19899-8801


(p)JPMORGAN CHASE BANK  N A                        Chase Doe                                 Chase Mortgage
BANKRUPTCY MAIL INTAKE TEAM                        143 S. Highland Drive                     BK Department
700 KANSAS LANE FLOOR 01                           Los Angeles, CA 90036-3028                Mail Code LA4 5555  700 Kansas Ln
MONROE LA 71203-4774                                                                         Monroe, LA 71203


Citibank                                           Citizens Bank, N.A.                       David Berger
Attn: Bankruptcy                                   10561 Telegraph Rd                        c/o Baruch C Cohen Esq
P.O. Box 790034                                    Glen Allen, VA 23059-4577                 4929 Wilshire Blvd St 940
St Louis, MO 63179-0034                                                                      Los Angeles CA 90010-3889


Eliave Sobol                                       Erica Vago and Joseph Vago                Ericka and Joseph Vago
1501 Sulgrave Ave 1000                             c/o Brian A Procel / Procel Law, PC       c/o Brian Procel
Baltimore MD 21209-3654                            401 Wilshire Blvd, 12th Fl                Procel Law
                                                   Santa Monica, CA 90401-1456               401 Wilshire Blvd., 12th Floor
                                                                                             Santa Monica, CA 90401-1456


Erika and Joseph Vago                              FRANCHISE TAX BOARD                       (p)FAY SERVICING  LLC
124 N. Highland Ave                                BANKRUPTCY SECTION MS A340                P O BOX 814609
Sherman Oaks, CA 91423                             PO BOX 2952                               DALLAS TX 75381-4609
                                                   SACRAMENTO CA 95812-2952


(p)FIORE RACOBS AND POWERS                         First Amendment Wendriger Family Trust dated    Franklin H. Menlo Irrevocable Trust
ATTN ERIN A MALONEY                                c/o Shumaker Mallory LLP                       c/o Willkie Farr & Gallagher LLP
6820 INDIANA AVENUE                                Clarisse Young Shumaker                        Attn: Alex M. Weingarten, Esq.
SUITE 140                                          280 S. Beverly Dr., Suite 505                  2029 Century Park East, Suite 3400
RIVERSIDE CA 92506-4261                            Beverly Hills, CA 90212-3908                   Los Angeles, CA 90067-3020


Franklin H. Menlo, Trustee                         Gestetner Charitable Remainder Trus       Gestetner Charitable Remainder Unitrust
Paul P. Young c/o Chora Young & Manasser           c/o Andor Gestetner                       c/o Andor Gestetner
650 Sierra Madre Villa Ave., Ste. 304              1425 55th Street                          Michael I. Gottfried
Pasadena, CA 91107-2071                            Brooklyn, NY 11219                        10345 W. Olympic Blvd.
                                                                                             Los Angeles, CA 90064-2524
```

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

J.P. Morgan Mortgage Acquisition Corp
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacob Rummitz
315 N. Martel Avenue
Los Angeles, CA 90036-2515

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2403

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071-2300

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261-9098

Oldman, Cooley, and Sallus
16133 Ventura Blvd., Penthouse Suit
Encino, CA 91436-2447

Robert & Esther Mermelstein
c/o Baruch C Cohen Esq
4929 Wilshire Blvd Ste 940
Los Angeles CA 90010-3889

Sandra Layton
161 N. Poinsettia Place
Los Angeles, CA 90036-2805

Selene Finance
Attn: Bankruptcy
Po Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
Attn: Bankruptcy
Po Box 10826
Greenville, SC 29603-0826

Toyota Financial Services
Attn: Bankruptcy
Po Box 259001
Plano, TX 75025-9001

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

U.S. Bank National Association
C/O Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
PO Box 619096
Dallas TX 75261-9096

US Bank Trust National Association, et al.
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition Trust - Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019-6295

Bradley D. Sharp (TR)
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

ERIC J OLSON
301 E. COLORADO BLVD
301 E. Colorado Blvd
SUITE 520
Pasadena, CA 91101-1919

Jeffrey Winter
1571 Rexford Drive
Los Angeles, CA 90035-3109

(p)MARK SHARF
6080 CENTER DRIVE SUITE 600
LOS ANGELES CA 90045-1540

Michael Kogan Law Firm, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064-1525

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Blvd
6th Fl
Beverly Hills, CA 90212-2980

Reem J Bello
Goe Forsythe & Hodges LLP
17701 Cowan, Bldg. D
Suite 210
Irvine, CA 92614-6840

Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan Street
Suite 210
Bldg D
Irvine, CA 92614-6840

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680 | Fiore Racobs & Powers<br>c/o Palm Springs Country Club HOA<br>6820 Indiana Ave., Ste. 140<br>Riverside, CA 92506 | (d)JPMorgan Chase Bank National Association<br>Chase Records Center Attn:<br>Correspondence Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe LA 71203 |
| LOS ANGELES COUNTY TREASURER AND TAX COLLECT<br>ATTN: BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Mark M Sharf (TR)<br>6080 Center Drive #600<br>Los Angeles, CA 90045 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)A. Gestetner Family Trust | (u)Ajax Mortgage Loan Trust 2021-D, Mortgage- | (u)Coldwell Banker Realty |
| (u)Courtesy NEF | (u)Desert Sands Realty and Coldwell Banker Re | (u)Development Specialists, Inc. |
| (u)Gestetner Charitable Remainder Unitrust | (u)Law Office of Eric Everett Hawes | (u)Life Capital Group, LLC |
| (u)Real Brokerage | (u)U.S. Bank National Association, as Trustee | (u)U.S. Bank, N.A., as Trustee for Velocity C |
| (u)US Bank Trust National Association, Not In | (u)Adi Vendriger | (u)David Berger |

| | | |
|---|---|---|
| (u)Erica Vago | (u)Franklin Menlo | (u)Joseph Vago |
| (d)Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd<br>6th Floor<br>Beverly Hills, CA 90212-2980 | (u)Robert & Esther Mermelstein | End of Label Matrix<br>Mailable recipients   57<br>Bypassed recipients   20<br>Total                 77 |