| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric J. Olson<br>EJOlsonLaw<br>301 East Colorado Boulevard, Suite 520<br>Pasadena, California 91101<br>T: 818-245-2246<br>E: Eric@EJOlsonLaw.com<br><br>(Not presently Attorney of Record for Debtor) | FILED<br>JAN 30 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:             Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN<br><br><br><br>Debtor(s). | CASE NO.: 2:23-BK-10990-SK<br>CHAPTER: 11<br><br>**ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR**<br><br>[11 U.S.C. § 329(a); FRBP 2016(b)] |

1. This disclosure is made by the undersigned attorney as counsel for the Debtor:

    ☒ This disclosure is the undersigned's initial compensation disclosure in this case.

    ☐ This disclosure supplements a previously-filed compensation disclosure in this case.

2. **Postpetition Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case.:

    For legal services, I agreed postpetition to accept:
    ☒ hourly rate $ 500.00       or  ☐ flat fee $ _____

    Amount I received postpetition, if any: $ _____
    Balance due ................................................................................................ $ Attachment 2

3. **Date of Payment:** The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (date): Attachment 2

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 1                                F 2016-1.4.ATTY.COMP.DISCLSR

ATTACHMENT 2

THE COMPENSATION WAS PAID BY ENTITIES OTHER THAN DEBTOR AND IN SUBSTANTIAL PART WAS FOR SERVICES INCLUDING LITIGATION IN WHICH THEY (AND NOT DEBTOR) WERE PARTIES.

THE OUTSTANDING BALANCE IS $23,987.72.

THE PAYMENTS WERE MADE 4/19/23 $10,000; 4/25/23 $10,000; 5/24/23 $10,000; 7/3/23 $10,000; 8/29/23 $10,000, 12/13/23 $5,000; 1/11/24 $5,000.

ATTACHMENT 7

I APPEARED ON AN INTERIM BASIS FROM APPROXIMATELY June 22, 2023 to July 21, 2023 WHILE DEBTOR WAS OBTAINING NEW BANKRUPTCY COUNSEL AND IN STATE COURT MATTERS AND ALSO COUNSELED ON A NON EXPERT BASIS AND GHOSTWROTE VARIOUS DOCUMENTS FOR DEBTOR AT HIS REQUEST.

THE SERVICES WERE ANCILLARY TO OTHER SERVICES INCLUDING LITIGATION BEING PERFORMED IN SUPERIOR COURT FOR THE PAYORS WHO ARE/WERE NOT IN BANKRUPTCY

4. **Source of Postpetition Compensation.**

   a. **Already Paid.** The source(s) of the compensation paid to me postpetition was:

   ☐ Debtor    ☒ Other (*specify*):

   See Attachment 2

   b. **To be Paid.** The source(s) of the compensation agreed postpetition to be paid to me is:

   ☐ Debtor    ☒ Other (*specify*):

   See Attachment 2

5. **Sharing of Compensation.**

   ☒ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached.

6. ☐ **Chapter 7 Cases Only.** In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. I have been retained by the Debtor for purposes of a limited appearance. In return for the compensation disclosed above, I have agreed to provide the following legal services:

   a. ☐ Any proceeding related to stay motions under 11 U.S.C. § 362.

   b. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

   c. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

   d. ☐ Reaffirmation of a debt.

   e. ☐ Any lien avoidance under 11 U.S.C. § 522(f).

   f. ☐ Adversary proceedings (other than those brought under 11 U.S.C. §§ 523 and 727) and other contested bankruptcy matters.

   g. ☐ Other provisions as needed (*specify*):

7. ☐ **Cases Other than Chapter 7.** In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including:

   a. ☒ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;

   b. ☒ Other provisions as needed (*specify*):

   See Attachment 7

8. ☐ **Excluded Services.** By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 2016-1.4.ATTY.COMP.DISCLSR

## DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date: 01/26/2024

By: _____
Signature of attorney for the Debtor

*Not presently
Attorney of Record
of Debtor

Name: Eric J. Olson
Printed name of attorney

EJOlsonLaw
Printed name of law firm

## DECLARATION OF THE DEBTOR
(To be completed *only* if the attorney's representation is in chapter 7 and of limited scope.)

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

Date: _____

Date: _____

Signature of Debtor 1

Signature of Debtor 2 (Joint Debtor)

Printed name of Debtor 1

Printed name of Debtor 2 (Joint Debtor)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 2016-1.4.ATTY.COMP.DISCLSR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
EJOlsonLaw 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101

A true and correct copy of the foregoing document entitled (*specify*): **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __01/26/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __01/26/2024__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email, as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple Street #1582
Los Angeles, California 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/26/2024 | Eric J. Olson | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                           Page 4                                           **F 2016-1.4.ATTY.COMP.DISCLSR**

Service List – Case No. 2:23-bk-10990-SK

| Les Klein & Associates<br>14245 Ventura Blvd., Ste 301<br>Sherman Oaks, CA 91423 | NewRez LLC dba Shellpoint Mortgage Servicing<br>14841 Dallas Parkway, Ste 425<br>Dallas, TX 75254 | Wilmington Savings Fund Society, FSB, dba Robertson, Anschutz, Schneid, Crane & Pa<br>350 10th Ave., Ste 1000<br>San Diego, CA 92101 |
|---|---|---|
| Los Angeles Division<br>255 East Temple Street<br>Los Angeles, CA 90012 | Ajax Mortgage Loan Trust 2021-D, et al.<br>c/o Gregory Funding LLC<br>PO Box 72334<br>Los Angeles, CA 90074 | Andor Gestetner<br>c/o Law Offices of Jacob Unger<br>5404 Whitsett Ave., Ste 182<br>Valley Village, CA 91607 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899 |
| (p)CCO Mortgage Corp<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | California Bank & Trust<br>PO Box 711510<br>Santee, CA 92072 | (p) JPMorgan Chase Bank N A<br>Bankruptcy Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203 |
| Chase Doe<br>143 S. Highland Dr.<br>Los Angeles, CA 90036 | Chase Mortgage<br>BK Department<br>Mail Code LA4 5555 700 Kansas Ln<br>Monroe, LA 71203 | Citibank<br>Attn: Bankruptcy<br>PO Box 790034<br>St. Louis, MO 63179 |
| Citizens Bank, N.A.<br>10561 Telegraph Rd.<br>Glen Allen, VA 23059 | David Berger<br>c/o Baruch C. Cohen Esq<br>4929 Wilshire Blvd., Ste 940<br>Los Angeles, CA 90010 | Eliave Sobol<br>1501 Sulgrave Ave. 1000<br>Baltimore, MD 21209 |
| Erica Vago and Joseph Vago<br>c/o Brian A Procel / Procel Law, PC<br>401 Wilshire Blvd., 12th Floor<br>Santa Monica, CA 90401 | Ericka and Joseph Vago<br>c/o Brian Procel<br>Procel Law<br>401 Wilshire Blvd., 12th Floor<br>Santa Monica, CA 90401 | Erika and Joseph Vago<br>124 N. Highland Ave.<br>Sherman Oaks, CA 91423 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | (p) Fay Servicing LLC<br>PO Box 814609<br>Dallas, TX 75381 | (p) Fiore Racobs and Powers<br>Attn Erin A Maloney<br>6820 Indiana Ave., Ste 140<br>Riverside, CA 92506 |
| First Amendment Wendriger Family Trust<br>c/o Shumaker Mallory LLP<br>Clarisse Young Shumaker<br>280 S. Beverly Dr., Ste. 505<br>Beverly Hills, CA 90212 | Franklin H. Menlo Irrevocable Trust<br>c/o Willkie Farr & Gallagher LLP<br>Attn: Alex M. Weingarten, Esq.<br>2029 Century Park East, Ste 3400<br>Los Angeles, CA 90067 | Franklin H. Menlo, Trustee<br>Paul P. Young c/o Chora Young & Manasser<br>650 Sierra Madre Villa Ave., Ste 304<br>Pasadena, CA 91107 |
| Gestetner Charitable Remainder Trust<br>c/o Andor Gestetner<br>1425 55th St<br>Brooklyn, NY 11219 | Gestetner Charitable Remainder Unitrust<br>c/o Andor Gestetner<br>Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| J.P. Morgan Mortgage Acquisition Corp | JPMorgan Chase Bank, N.A.<br>Sbmt Chase Bank USA, N.A. | Jacob Rummitz<br>315 N. Martel Ave.<br>Los Angeles, CA 90036 |

| | | |
|---|---|---|
| c/o NewRez LLC dba Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603 | c/o National Bankruptcy Services, LLC<br>PO Box 9013<br>Addison, TX 75001 | |
| Jeffrey Siegel, Successor Trustee of the Hubert Scott Trust<br>c/o Oldman, Cooley, Sallus<br>16133 Ventura Blvd., Penthouse Suite<br>Encino, CA 91436 | (p) Los Angeles County Treasurer and Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower St<br>Los Angeles, CA 90071 |
| Mrc/united Wholesale M<br>Attn: Bankruptcy<br>PO Box 619098<br>Dallas, TX 75261 | Oldman, Cooley and Sallus<br>16133 Ventura Blvd., Penthouse Suite<br>Encino, CA 91436 | Robert & Esther Mermelstein<br>c/o Baruch C Cohen Esq<br>4929 Wilshire Blvd., Ste 940<br>Los Angeles, CA 90010 |
| Sandra Layton<br>161 N. Poinsettia Pl<br>Los Angeles, CA 90036 | Selene Finance<br>Attn: Bankruptcy<br>PO Box 8619<br>Philadelphia, PA 19101 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>PO Box 10826<br>Greenville, SC 29603 |
| Toyota Financial Services<br>Attn: Bankruptcy<br>PO Box 259001<br>Plano, TX 75025 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, TX 75001 | U.S. Bank National Association<br>c/o Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas, TX 75261 |
| US Bank Trust National Association, et al.<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381 | United States Trustee (LA)<br>915 Wilshire Blvd., Ste 1850<br>Los Angeles, CA 90017 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust – Selene Finance LP<br>3501 Olympus Blvd., Ste 500<br>Dallas, TX 75019 |
| Bradley D. Sharp (TR)<br>333 S. Grand Ave. Ste 4070<br>Los Angeles, CA 90071 | Eric J. Olson<br>301 E. Colorado Blvd., Ste 520<br>Pasadena, CA 91101 | Jeffrey Winter<br>1571 Rexford Dr.<br>Los Angeles, CA 90035 |
| Leslie Klein<br>322 N. June St.<br>Los Angeles, CA 90004 | (p) Mark Sharf<br>6080 Center Drive Ste 600<br>Los Angeles, CA 90045 | Michael Kogan Law Firm, APC<br>11500 W. Olympic Blvd., Ste 400<br>Los Angeles, CA 90064 |
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | Reem J. Bello<br>Goe Forsythe & Hodges LLP<br>17701 Cowan St, Bldg. D Ste 210<br>Irvine, CA 92614 | Robert P. Goe<br>Goe Forsythe & Hodges LLP<br>17701 Cowan St, Bldg. D Ste 210<br>Irvine, CA 92614 |
| CCO Mortgage Corp<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | (d) Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 |
| Fay Servicing LLC<br>Attn: Bankruptcy Dept<br>PO Box 809441<br>Chicago, IL 60680 | Fiore Racobs & Powers<br>c/o Palm Springs Country Club HOA<br>6820 Indiana Ave. Ste 140<br>Riverside, CA 92506 | (d) JPMorgan Chase Bank National Association<br>Chase Records Center Attn: Correspondence Mail Code LA4-5555<br>700 Kansas Ln<br>Monroe, LA 71203 |

| Los Angeles Country Treasurer and Tax Collector<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054 | Mark M. Sharf (TR)<br>6080 Center Dr #600<br>Los Angeles, CA 90045 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) A. Gestetner Family Trust

(u) Ajax Mortgage Loan Trust 2021-D, Mortgage-

(u) Coldwell Banker Realty

(u) Courtesy NEF

(u) Desert Sands Realty and Coldwell Banker Re

(u) Development Specialists, Inc.

(u) Gestetner Charitable Remainder Unitrust

(u) Kieckhafer Schiffer LLP

(u) Law Office of Eric Everett Hawes

(u) Life Capital Group, LLC

(u) Real Brokerage

(u) U.S. Bank National Association, as Trustee

(u) U.S. Bank, N.A., as Trustee for Velocity C

(u) US Bank Trust National Association, Not In

(u) Adi Vendriger

(u) David Berger

(u) Erica Vago

(u) Franklin Menlo

(u) Joseph Vago

(d) Michael Jay Berger Law Offices of Michael Jay Berger 9454 Wilshire Blvd. 6th Floor, Beverly Hills, CA 90212

(u) Robert & Esther Mermelstein