Case 2:23-bk-10990-SK    Doc 633    Filed 01/31/24    Entered 01/31/24 19:19:46    Desc
Main Document    Page 1 of 2

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:   jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee



FILED & ENTERED

JAN 31 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**[Relates to Docket Nos. 174, 184 and 627]**<br><br>**Current Hearing Date:**<br>Date:    February 21, 2024<br>Time:   8:30 a.m.<br>Place:   Courtroom 1575<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>**Continued Hearing Date:**<br>Date:    May 1, 2024<br>Time:   8:30 a.m.<br>Place:   Courtroom 1575<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

The Court, having read and considered the *Third Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 627] (the "Stipulation")[1]; and

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.
LA:4865-6973-3534.1 05068.002

for good cause shown,

**IT IS ORDERED**:

1. The Stipulation is APPROVED.

2. The hearing on the Stay Motion shall be continued from February 21, 2024 at 8:30 a.m. to May 1, 2024 at 8:30 a.m.

3. Any opposition to the Stay Motion is due 14 days before the hearing on the Stay Motion.

4. Replies, if any, to an opposition to the Stay Motion are due 7 days before the hearing on the Stay Motion.

5. The Parties may extend the continuation of the hearing on the Stay Motion by filing a stipulation with the Court and uploading a proposed order no later than 7 days before the hearing on the Stay Motion.

### #

Date: January 31, 2024

Sandra R. Klein
United States Bankruptcy Judge

LA:4865-6973-3534.1 05068.002