Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　　　　　　Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS OF (1) THE LAW OFFICE OF ERIC EVERETT HAWES; AND (2) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Relates to Dockets Nos. 640 and 641]<br><br>**DATE:**　February 28, 2024<br>**TIME**:　　10:00 a.m.<br>**PLACE:**　255 East Temple Street<br>　　　　　　Los Angeles, California<br>**CTRM**:　　1575 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that a hearing will be held on February 28, 2024 at 10:00 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the interim applications (the "*Interim Applications*") of The Law Office of Eric Everett Hawes, landlord/tenant counsel to Bradley D.

LA:4857-2607-7855.1 78512.001

Sharp, the Chapter 11 Trustee (the "**Trustee**"), and The Law Offices of Goldfarb Gross Seligman & Co., special Israeli litigation and real estate counsel to the Trustee, each employed in the above-captioned case (the "**Professionals**") for approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Applications filed by the Professionals are on file with the Clerk of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012 and available for inspection during the Court's normal business hours and may also be obtained by a party in interest upon specific request to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Telephone: 310/277-6910, Facsimile: 310/201-0760, Attention: Beth Dassa; Email: bdassa@pszjlaw.com.

The compensation requested by the Professionals in the Interim Applications is as follows:

(1)    The Law Office of Eric Everett Hawes ("**Hawes**")

Hawes is seeking interim compensation and reimbursement of expenses for the period from August 10, 2023 through January 10, 2024, in the amount of $21,754.75, consisting of $18,225.00 in fees incurred and $3,529.75 in costs advanced.

(2)    The Law Offices of Goldfarb Gross Seligman & Co. ("**Goldfarb**")

Goldfarb is seeking interim compensation and reimbursement of expenses for the period September 12, 2023 through January 31, 2024, in the amount of $44,539.91 consisting of $44,436.61 in fees incurred and $103.30 in costs advanced.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a)(3) and 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the appropriate Professional (see addresses below) and undersigned counsel to the Trustee no later than fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Interim Applications.

**ADDRESSES FOR PROFESSIONALS**

<u>Landlord/Tenant Counsel to Chapter 11 Trustee</u>
The Law Office of Eric Everett Hawes
23945 Calabasas Road, Suite 113
Calabasas, California 91302
Attn: Eric Everett Hawes, Esq.

<u>Special Israeli Litigation and Real Estate Counsel to Chapter 11 Trustee</u>
The Law Offices of Goldfarb Gross Seligman & Co.
Ampa Tower
98 Yigal Alon Street
Tel Aviv 6789141 ISRAEL
Attention: Jeremy Benjamin, Esq.

Dated: February 7, 2024         PACHULSKI STANG ZIEHL & JONES LLP

By:   */s/ Jeffrey W. Dulberg*
       Jeffrey W. Dulberg
       John W. Lucas

       Attorneys for Bradley D. Sharp, Chapter 11 Trustee

LA:4857-2607-7855.1 78512.001                    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON INTERIM APPLICATIONS OF (1) THE LAW OFFICE OF ERIC EVERETT HAWES; AND (2) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 7, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **February 7, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 7, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Federal Express** | **Via Email:** |
|---|---|
| Honorable Sandra R. Klein | Simon Aron on behalf of Kenneth Klein and Shoshana Shrifa Klein:  saron@wrslawyers.com; moster@wrslawyers.com |
| U.S. Bankruptcy Court/Central District of California | |
| Edward R. Roybal Federal Building and Courthouse | |
| 255 E. Temple Street, Suite 1582 / Courtroom 1575 | |
| Los Angeles, CA 90012 | Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2024 | Nancy H. Brown | /s/ *Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
LA:4855-7325-5821.1 78512.001

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:   Case 2:23-bk-10990-SK

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@cym.law, jennifer@cym.law
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   rps@lnbyg.com, john@lnbyb.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com
- **John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, jaclyn@cym.law
- **Roye Zur**   rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

**2. SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA  90071

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein
322 N. June Street
Los Angeles, CA 90001

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**
LA:4855-7325-5821.1 78512.001