Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                              Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**DECLARATION OF NICHOLAS TROSZAK IN SUPPORT OF OBJECTIONS TO MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 AND MOTION TO COMPEL ABANDONMENT**<br><br>Date:           February 28, 2024<br>Time:           9:00 a.m.<br>Courtroom:   1575<br>Location:      255 E. Temple Street<br>                     Los Angeles, CA 90012<br>Judge:         Hon. Sandra R. Klein<br><br>[Relates to Docket Nos. 607 and 608] |

I, Nicholas Troszak, declare:

1.        I am a managing director of Development Specialists, Inc. ("**DSI**"). I am the forensic account for Bradley D. Sharp, chapter 11 trustee (the "**Trustee**") of the estate of Leslie Klein ("**Klein**" or the "**Debtor**").  The facts stated herein are of my own personal knowledge, or made known to me from a review of the files and pleadings in this action which are maintained in the ordinary course of business.  If called upon as a witness to any facts set forth herein, I could and would competently testify thereto.

2.        I make this declaration in support of the objections (the "**Objection**") filed contemporaneously to the *Motion to Convert Chapter 11 Case to Chapter 7* [Docket No. 608] (the

"**Conversion Motion**") and *Motion to Compel Abandonment of Les Klein & Associates* [Docket No. 607] (the "**Abandonment Motion**"), each filed by the Debtor.

3.　　On or about May 31, 2023, the Trustee and I met with the Debtor.  At that time, the Debtor indicated he did not maintain personal financial records for the various assets disclosed on his schedules.  The Debtor claimed he did not maintain records for his financial affairs.

4.　　As a result, I worked with the Trustee, and the Trustee's counsel, Pachulski Stang Ziehl & Jones ("**PSZJ**") to seek the production of documents, pursuant to Bankruptcy Rule 2004 (the "**Rule 2004 Motions**") from third parties regarding claims against the Debtor, claims held by the Debtor, the Debtor's assets, and generally how the Debtor conducted his affairs and operating the various business, trusts, and other companies that he owned or under his control.

5.　　To date, at the Trustee's direction and working with PSZJ, I assisted in the preparation of more than thirty Rule 2004 Motions.

6.　　By the Rule 2004 Motions, I was able to obtain records regarding certain bank accounts of the Debtor, Les Klein & Associates, BADCO., and other companies owned and controlled by the Debtor. Through these business records, I was able to trace the transfer of money by the Debtor through companies that are either owned or controlled by the Debtor.

7.　　Attached hereto as **Exhibit A**, is a true and correct copy of the Debtor's personal credit card statement reflecting a refund in the amount of $3,295.02.

8.　　Attached hereto as **Exhibit B**, is a true and correct copy of the deposit slip and refund check issued to the Debtor by Bank of America for a refund in the amount of $3,295.02.

9.　　Attached hereto as **Exhibit C**, is a true and correct copy of an LKA bank statement reflecting that a deposit was made in the amount of $3,295.02.  Exhibit C also reflects a deposit of the Debtor's social security distributions deposited on July 10, 2023.

10.　　Attached hereto as **Exhibit D**, are the personal bank account statements of the Debtor reflecting the deposit of his social security distributions into his personal account.

11.　　Attached hereto as **Exhibit E**, is a chart showing the credits and debits of cash in LKA's bank accounts that reflect the transferees and the purpose of the transfers.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1       12.    Attached hereto as **Exhibit F**, is a chart showing the credits and debits of cash in

2   BADCO's bank account that reflects the transferees and the purpose of the transfer.

3       I declare under penalty of perjury pursuant to the laws of the United States that the foregoing

4   is true and correct.

5       Executed this 14th day of February, 2024, at Los Angeles, California.

8       Nicholas Troszak

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT  A



P.O. BOX 15284
WILMINGTON, DE  19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX  75267-2050
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES CA  90004-1042

**Visa Signature®**
Account#                    **6416**
June 17 - July 16, 2023

## Account Summary/Payment Information

| | |
|---|---|
| Previous Balance | −$3,295.02 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $3,295.02 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$0.00** |
| New Balance Total | $0.00 |
| Total Credit Line | $5,700.00 |
| Total Credit Available | $5,700.00 |
| Cash Credit Line | $5,200.00 |
| Portion of Credit Available for Cash | $5,200.00 |
| Statement Closing Date | 07/16/2023 |
| Days in Billing Cycle | 30 |

| | |
|---|---|
| New Balance Total | $0.00 |
| Current Payment Due | $0.00 |
| Total Minimum Payment Due | $0.00 |
| Payment Due Date | 08/13/2023 |

**Late Payment Warning**: If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**. **If you would like information about credit counseling services, call 866.300.5238**.

---

16                                                                                      6416

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

| Account Number: | 6416 |
|---|---|
| Payment Due Date | 08/13/2023 |
| New Balance Total | $0.00 |
| Total Minimum Payment Due | $0.00 |

LESLIE KLEIN
322 N JUNE ST
LOS ANGELES CA  90004-1042

Enter payment amount    $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

⑆5240 22250⑆    6416⑈

LESLIE KLEIN  |  Account # ▒▒▒▒▒▒ 6416  |  June 17 - July 16, 2023

006 - 004 - 012 - G

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST -** We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION -** Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges, we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS -** Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE -** When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES -** The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS -** Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2023 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS -** We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

**Change of Address/Phone number: Online at www.bankofamerica.com**

**Please do not add any written communication in this space.**

AB

LESLIE KLEIN   |   Account #  ████ 6416   |   June 17 - July 16, 2023

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 04/25 | 07/14 | REFUND CREDIT BALANCE | 26AJ | 6416 | 3,295.02 | |
| | | **TOTAL PURCHASES AND ADJUSTMENTS FOR THIS PERIOD** | | | | **$3,295.02** |
| | | **Interest Charged** | | | | |
| 07/16 | 07/16 | INTEREST CHARGED ON PURCHASES | | | 0.00 | |
| 07/16 | 07/16 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 07/16 | 07/16 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 0.00 | |
| 07/16 | 07/16 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 0.00 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$0.00** |

| 2023 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2023 | −$4,269.61 |
| Total interest charged in 2023 | $88.84 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| **Purchases** | 0.00%V | | | | $ 0.00 | $ 0.00 |
| **Balance Transfers** | 0.00%V | | | | $ 0.00 | $ 0.00 |
| **Direct Deposit and Check Cash Advances** | 0.00%V | | | | $ 0.00 | $ 0.00 |
| **Bank Cash Advances** | 0.00%V | | | | $ 0.00 | $ 0.00 |

APR Type Definitions  Daily Interest Rate Type: **V**= Variable Rate (rate may vary)

This page intentionally left blank

# EXHIBIT  B



| Date Presented | Sequence | State | Remitter Account Number | Remitter R/T Number |
|---|---|---|---|---|
| 7/24/2023 | 3152816727 | AZ | 3133 | 12210170 |

| Amount Presented | Check Number | Image Indicator | Sorry Indicator | Deposit Sequence |
|---|---|---|---|---|
| $3,295.02 | 44808802 | 1 | 0 | 3152816726 |

| Deposit Account | ImgVolNo |
|---|---|
| 9404 | 1 |







| Date Deposited | Sequence | State | RT Number | Amount Deposited | Serial Number |
|---|---|---|---|---|---|
| 7/24/2023 | 3152816726 | CA | 54093013 | $3,295.02 | 0 |

| Image Indicator | Sorry Indicator | Deposit Sequence | Deposit Account | ImgVolNo |
|---|---|---|---|---|
| 1 | 0 | 3152816726 | 9404 | 1 |

Printed using Image Onsite Portable

# EXHIBIT  C

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

☐ 1.888.BUSINESS (1.888.287.4637)

☑ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LES KLEIN & ASSOCIATES
TRUST ACCOUNT
DBA FAMILY LEGAL SERVICES
14245 VENTURA BLVD STE 301
SHERMAN OAKS, CA  91423-2767

## Your Business Advantage Relationship Banking
## Preferred Rewards for Bus Platinum Honors

for July 1, 2023 to July 31, 2023                                    Account number: ▮▮▮▮ 9404

**LES KLEIN & ASSOCIATES    TRUST ACCOUNT    DBA FAMILY LEGAL SERVICES**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2023 | $816.14 | # of deposits/credits: 15 |
| Deposits and other credits | 117,937.41 | # of withdrawals/debits: 44 |
| Withdrawals and other debits | -84,350.50 | # of items-previous cycle[1]: 19 |
| Checks | -29,266.51 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $7,430.85 |
| **Ending balance on July 31, 2023** | **$5,136.54** | [1]Includes checks paid, deposited items and other debits |

---

REMEMBER

## You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

**Contact me today.**

Maria Markarian Jonian
818.649.5484
maria.markarian@bofa.com

SSM-08-22-0105.B | 4878868

---

PULL: E  CYCLE: 50  SPEC: 9  DELIVERY: X  TYPE:    IMAGE: B  BC: CA5

LES KLEIN & ASSOCIATES   |   Account # ████████████   May 24, 2023 to June 23, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender

**BANK OF AMERICA**

**Your checking account**

LES KLEIN & ASSOCIATES   |   Account # ████████ 9404   |   July 1, 2023 to July 31, 2023

As of 09/08/2022, your account has earned $249.42 in Cash Rewards on your Merchant Services processing since enrolling in Bank of America Preferred Rewards for Business.

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/23 | Agent Assisted transfer from CHK 4140 Confirmation# 605rt3tp4 | 7,000.00 |
| 07/07/23 | Agent Assisted transfer from CHK 8122 Confirmation# 1k78ma9av | 5,000.00 |
| 07/10/23 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:LESLIE KLEIN          CO ID:████████ PPD | 7,519.00 |
| 07/14/23 | Agent Assisted transfer from CHK 8122 Confirmation# 181vppot5 | 30,000.00 |
| 07/17/23 | Agent Assisted transfer from CHK 4140 Confirmation# 1ku0rgp1p | 20,000.00 |
| 07/17/23 | Agent Assisted transfer from CHK 8122 Confirmation# 1ba4m74bp | 11,000.00 |
| 07/18/23 | Agent Assisted transfer from CHK 8122 Confirmation# e9coq1uyp | 3,000.00 |
| 07/18/23 | Counter Credit | 1,623.39 |
| 07/19/23 | Agent Assisted transfer from CHK 8122 Confirmation# 11vvl3vae | 2,000.00 |
| 07/20/23 | Agent Assisted transfer from CHK 8122 Confirmation# 1kaj0tv15 | 2,500.00 |
| 07/21/23 | Agent Assisted transfer from CHK 8122 Confirmation# ynhuk7oh6 | 3,000.00 |
| 07/24/23 | Counter Credit | 3,295.02 |
| 07/25/23 | Agent Assisted transfer from CHK 8122 Confirmation# l3m0v79l8 | 10,000.00 |
| 07/28/23 | Agent Assisted transfer from CHK 8122 Confirmation# 7ekl2j3q5 | 6,000.00 |
| 07/31/23 | Agent Assisted transfer from CHK 8122 Confirmation# 11ud5sn0c | 6,000.00 |
| **Total deposits and other credits** | | **$117,937.41** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/23 | Agent Assisted transfer to CHK 9405 Confirmation# 1m6b2harp | -3,300.00 |
| 07/03/23 | BANK OF AMERICA  DES:DISCOUNT  ID:████████  INDN:LES KLEIN&ASSOCIATES   CO ID:XXXXXXXXXB CCD | -29.95 |

*continued on the next page*

## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.





SSM-12-22-0030A  I  5197654

# Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/07/23 | OVERDRAFT PROTECTION TO 00000000000343516978 | -419.00 |
| 07/11/23 | West Publishing DES:EDI/EFTPMT ID:████████ INDN:KLEIN ASSOC          CO ID:████████ CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -2,997.15 |
| 07/11/23 | Bamboo Insurance DES:VENDOR PMT ID:#XXXXXXXXX INDN:Bamboo Insurance          CO ID:3800146791 PPD | -784.40 |
| 07/12/23 | Agent Assisted transfer to CHK 9405 Confirmation# nzrmiqabk | -1,200.00 |
| 07/12/23 | Agent Assisted transfer to CHK 4099 Confirmation# aa9cy85qc | -2,000.00 |
| 07/14/23 | Agent Assisted transfer to CHK 9405 Confirmation# 1fccsydu4 | -1,300.00 |
| 07/17/23 | Agent Assisted transfer to CHK 6978 Confirmation# 1iuacr86c | -61,000.00 |
| 07/18/23 | Agent Assisted transfer to CHK 4099 Confirmation# 1l19xean3 | -1,500.00 |
| 07/19/23 | Agent Assisted transfer to CHK 9405 Confirmation# kmwx8v1md | -2,000.00 |
| 07/20/23 | Agent Assisted transfer to CHK 9405 Confirmation# 1o246u5vh | -1,200.00 |
| 07/20/23 | Telecheck     DES:INV072023D ID:████████ INDN:LES KLEIN ASSOCIATES   CO ID:████████ CCD | -20.00 |
| 07/21/23 | Agent Assisted transfer to CHK 4099 Confirmation# 1hdooftc4 | -1,000.00 |
| 07/26/23 | Agent Assisted transfer to CHK 9405 Confirmation# 1afk5joco | -600.00 |
| 07/31/23 | Agent Assisted transfer to CHK 4099 Confirmation# ozv9a8bv1 | -5,000.00 |
| **Total withdrawals and other debits** | | **-$84,350.50** |

# Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|---|---|---|---|---|---|---|
| 07/10/23 | | -888.92 | | 07/20/23 | 17495 | -625.00 |
| 07/06/23 | 17461 | -815.00 | | 07/26/23 | 17497* | -250.00 |
| 07/03/23 | 17469* | -325.37 | | 07/19/23 | 17498 | -200.00 |
| 07/10/23 | 17482* | -60.00 | | 07/19/23 | 17499 | -72.10 |
| 07/05/23 | 17484* | -321.95 | | 07/25/23 | 17500 | -16.34 |
| 07/11/23 | 17485 | -113.64 | | 07/27/23 | 17501 | -116.80 |
| 07/11/23 | 17486 | -54.69 | | 07/26/23 | 17502 | -8.45 |
| 07/06/23 | 17487 | -1,682.17 | | 07/27/23 | 17503 | -1,383.74 |
| 07/18/23 | 17488 | -750.00 | | 07/27/23 | 17508* | -1,505.01 |
| 07/19/23 | 17489 | -560.00 | | 07/19/23 | 17509 | -1,000.00 |
| 07/12/23 | 17491* | -442.64 | | 07/26/23 | 17516* | -11,490.00 |
| 07/27/23 | 17492 | -1,017.30 | | 07/31/23 | 17517 | -1,000.00 |
| 07/17/23 | 17493 | -2,851.37 | | 07/31/23 | 17518 | -1,000.00 |
| 07/19/23 | 17494 | -716.02 | | | | |
| | | | | **Total checks** | | **-$29,266.51** |
| | | | | **Total # of checks** | | **27** |

*  There is a gap in sequential check numbers

**BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

LES KLEIN & ASSOCIATES   |   Account # ■■■■■ 9404   |   July 1, 2023 to July 31, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Relationship Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○ $15,000+ combined average monthly balance in linked business accounts has not been met

✓ Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 07/31/23 | Prfd Rwds for Bus-Check Image Fee Waiver of $3 | -0.00 |

**Total service fees**      **-$0.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 816.14 | 07/12 | 4,900.26 | 07/24 | 6,524.18 |
| 07/03 | 4,160.82 | 07/14 | 33,600.26 | 07/25 | 16,507.84 |
| 07/05 | 3,838.87 | 07/17 | 748.89 | 07/26 | 4,159.39 |
| 07/06 | 1,341.70 | 07/18 | 3,122.28 | 07/27 | 136.54 |
| 07/07 | 5,922.70 | 07/19 | 574.16 | 07/28 | 6,136.54 |
| 07/10 | 12,492.78 | 07/20 | 1,229.16 | 07/31 | 5,136.54 |
| 07/11 | 8,542.90 | 07/21 | 3,229.16 | | |

LES KLEIN & ASSOCIATES   |   Account # ▮▮▮▮▮▮▮▮▮    Statement to June 30, 2021

This page intentionally left blank

# EXHIBIT  D



P.O. Box 15284
Wilmington, DE 19850

LESLIE KLEIN
ERIKA KLEIN
322 N JUNE ST
LOS ANGELES, CA  90004-1042

**Customer service information**

 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Adv Tiered Interest Chkg

for December 17, 2022 to January 18, 2023

Account number: ████ 9401

**LESLIE KLEIN    ERIKA KLEIN**

## Account summary

| | |
|---|---|
| Beginning balance on December 17, 2022 | $11,563.14 |
| Deposits and other additions | 76,166.71 |
| ATM and debit card subtractions | -64,322.15 |
| Other subtractions | -19,138.13 |
| Checks | -715.42 |
| Service fees | -99.20 |
| **Ending balance on January 18, 2023** | **$3,454.95** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.06.*



Happy New Year!

May the new year bring you happiness, peace
and prosperity. Wishing you a joyous 2023!

SSM-10-22-0070.C  |  4968844

LESLIE KLEIN   |   Account #  ████  9401   |   Statement Period: January 1, 2024

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



Bank of America, N.A. Member FDIC and   Equal Housing Lender



LESLIE KLEIN  |  Account #████ 9401  |  December 17, 2022 to January 18, 2023

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|-------:|
| 12/19/22 | WIRE TYPE:BOOK IN DATE:221219 TIME:1637 ET TRN:2022121900538466 SNDR REF:417914738 ORIG:ALINOR MOEINZADEH ID:446010695797 | 10,000.00 |
| 12/20/22 | Agent Assisted transfer from CHK 9404 Confirmation# lbckkziof | 1,000.00 |
| 12/20/22 | Agent Assisted transfer from CHK 9404 Confirmation# 9axi9wl8j | 300.00 |
| 12/21/22 | Agent Assisted transfer from CHK 9404 Confirmation# 2mj8ah3i0 | 20,000.00 |
| 12/21/22 | BKOFAMERICA ATM 12/21 #000006301 DEPOSIT LARCHMONT VILLAGE  LOS ANGELES  CA | 750.00 |
| 12/23/22 | Agent Assisted transfer from CHK 9404 Confirmation# mks7kppbl | 1,000.00 |
| 12/27/22 | Agent Assisted transfer from CHK 9404 Confirmation# q45r6r7lb | 1,000.00 |
| 12/28/22 | Agent Assisted transfer from CHK 9404 Confirmation# pjn4s19p6 | 1,000.00 |
| 12/29/22 | Agent Assisted transfer from CHK 9404 Confirmation# 1aqm50uyb | 20,000.00 |
| 12/30/22 | Agent Assisted transfer from CHK 9404 Confirmation# 10r6j1n9u | 1,000.00 |
| 01/03/23 | BKOFAMERICA ATM 01/02 #000004698 DEPOSIT LARCHMONT VILLAGE  LOS ANGELES  CA | 5,325.00 |
| 01/03/23 | BKOFAMERICA ATM 01/01 #000001950 DEPOSIT LA BREA-ROSEWOOD  LOS ANGELES  CA | 400.00 |
| 01/03/23 | Agent Assisted transfer from CHK 9404 Confirmation# 1cp5pd88t | 1,000.00 |
| 01/03/23 | CHECKCARD  1231 TheOutnet New York   NY 7479338236500074446 | 350.45 |
| 01/06/23 | PAYPAL        DES:TRANSFER  ID:████████  INDN:LESLIE KLEIN        CO ID:████ PPD | 4,000.00 |
| 01/06/23 | Agent Assisted transfer from CHK 9404 Confirmation# y95j7xolr | 1,000.00 |
| 01/09/23 | CHECKCARD  0105 UNITED       01624560657 800-932-2732 TX 7469216300610655160 | 11.20 |
| 01/10/23 | Agent Assisted transfer from CHK 9404 Confirmation# 17e2sqyej | 600.00 |
| 01/11/23 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXXA  SSA  INDN:LESLIE KLEIN        CO ID:████ PPD | 3,430.00 |
| 01/17/23 | Agent Assisted transfer from CHK 9404 Confirmation# 7fg9y0kwc | 2,000.00 |
| 01/18/23 | Agent Assisted transfer from CHK 9404 Confirmation# 13z039vjb | 1,000.00 |

*continued on the next page*



## Go paperless today!

- Reduce the risk of lost, delayed or stolen mail
- View your statements securely and easily—online or from our mobile app— 24/7 from virtually anywhere[1]

**Simply use our Mobile Banking app or sign in to Online Banking at bankofamerica.com.**



When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1]Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-08-22-0045.B  |  4874547

LESLIE KLEIN   |   Account # ████████ 9401   |   December 19, 2022 - January 19, 2023

# Deposits and other additions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 01/18/23 | Agent Assisted transfer from CHK 9404 Confirmation# 15ctflwrk | 1,000.00 |
| 01/18/23 | Interest Earned | 0.06 |
| **Total deposits and other additions** | | **$76,166.71** |

# Withdrawals and other subtractions

## ATM and debit card subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 12/19/22 | CHECKCARD  1215 USPS KIOSK 0545379560 LOS ANGELES  CA 2413746235100187862636366 | -7.20 |
| 12/19/22 | CHECKCARD  1216 Meshuga 4 Sushi Los Angeles  CA 24342852350017035161752 | -18.99 |
| 12/19/22 | CHECKCARD  1216 WHITEFORD TAYLOR PRESTO 410-347-8700 MD 24247602351500898441746 | -11,099.50 |
| 12/19/22 | CHECKCARD  1216 L A SUPERIOR COURT 213-8930364  CA 24492792352118000172834 | -36.80 |
| 12/19/22 | CHECKCARD  1219 HIGHMEL INC LOS ANGELES  CA | -65.50 |
| 12/19/22 | BKOFAMERICA ATM 12/19 #000002089 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -500.00 |
| 12/20/22 | BKOFAMERICA ATM 12/20 #000002278 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/20/22 | GLATT MART     12/20 #000037858 PURCHASE GLATT MART      LOS ANGELES   CA | -317.76 |
| 12/20/22 | BKOFAMERICA ATM 12/20 #000004796 WITHDRWL RIVERSIDE-WOODMAN  SHERMAN OAKS  CA | -620.00 |
| 12/21/22 | CHECKCARD  1220 SQ *ZULICA STUDIO LOS ANGELES  CA 24492152354740091623600 | -85.00 |
| 12/21/22 | BKOFAMERICA ATM 12/21 #000006302 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/22/22 | CHECKCARD  1220 L A SUPERIOR COURT 213-8930364  CA 24492792355118000145621 | -28.00 |
| 12/22/22 | CHECKCARD  1222 AMAZON.COM*SU4CQ29U3 AM AMZN.COM/BILLWA 24431062356083755069064 | -12.92 |
| 12/22/22 | BKOFAMERICA ATM 12/22 #000003015 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/23/22 | CHECKCARD  1221 WHITEFORD TAYLOR PRESTO 410-347-8700 MD 24247602356500815735241 | -20,000.00 |
| 12/23/22 | CHECKCARD  1223 OOMA,INC 888-711-6662 CA 24692162357106467890781 RECURRING | -147.30 |
| 12/23/22 | BKOFAMERICA ATM 12/23 #000003112 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -800.00 |
| 12/23/22 | PAVILIONS #222  12/23 #000902325 PURCHASE PAVILIONS #2229    LOS ANGELES   CA | -114.22 |
| 12/23/22 | BKOFAMERICA ATM 12/23 #000003158 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/27/22 | CHECKCARD  1222 L A SUPERIOR COURT 213-8930364  CA 24492792357118000170767 | -2.00 |
| 12/27/22 | CHECKCARD  1224 Meshuga 4 Sushi Los Angeles  CA 24342852359017031181037 | -37.98 |
| 12/27/22 | CHECKCARD  1225 CHEVRON 0090726 LOS ANGELES  CA 24692162359107975388233 | -66.41 |
| 12/27/22 | CHECKCARD  1226 D J*WALL-ST-JOURNAL 800-568-7625 MA 24692162360108346615806 RECURRING | -47.98 |
| 12/27/22 | UNDER ARMOUR C  12/26 #000314071 PURCHASE UNDER ARMOUR CAM   CAMARILLO     CA | -45.56 |
| 12/27/22 | CALVIN KLEIN #  12/26 #000438379 PURCHASE CALVIN KLEIN #0    CAMARILLO     CA | -262.76 |

*continued on the next page*



LESLIE KLEIN   |   Account #           9401   |   December 17, 2022 to January 18, 2023

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 12/27/22 | CALVIN KLEIN #  12/26 #000650923 PURCHASE CALVIN KLEIN #0    CAMARILLO     CA | -231.84 |
| 12/27/22 | BKOFAMERICA ATM 12/27 #000004038 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/27/22 | SMART AND FINA  12/27 #000656983 PURCHASE SMART AND FINAL    LOS ANGELES   CA | -144.91 |
| 12/27/22 | TRADER JOE S #  12/27 #000463666 PURCHASE TRADER JOE S #03  LOS ANGELES   CA | -85.48 |
| 12/28/22 | BKOFAMERICA ATM 12/28 #000007991 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 12/28/22 | GLATT MART       12/28 #000764066 PURCHASE GLATT MART        LOS ANGELES  CA | -65.60 |
| 12/29/22 | CHECKCARD  1227 L A SUPERIOR COURT 213-8930364  CA 24492792362118000192541 | -5.00 |
| 12/29/22 | CHECKCARD  1227 USPS KIOSK 0545379559 LOS ANGELES  CA 24137462363001534155673 | -6.00 |
| 12/29/22 | CHECKCARD  1227 L A SUPERIOR COURT 213-8930364  CA 24492792362118000116235 | -5.40 |
| 12/29/22 | CHECKCARD  1228 VERIZON*RECURRING PAY 800-VERIZON  FL 24692162362109686091382 RECURRING | -59.99 |
| 12/29/22 | CHECKCARD  1229 PRESSED JUICERY, INC. 310-883-2114 CA 24492152363743370588352 | -10.00 |
| 12/30/22 | CHECKCARD  1228 L A SUPERIOR COURT 213-8930364  CA 24492792363118000161545 | -2.00 |
| 12/30/22 | CHECKCARD  1228 PAT'S CAFE LOS ANGELES  CA 24426292363016026233136 | -53.00 |
| 12/30/22 | CHECKCARD  1229 APPLE.COM/BILL 866-712-7753 CA 24692162363100512568619 RECURRING | -6.99 |
| 12/30/22 | CHECKCARD  1228 ELITE FRESH FISH LOS ANGELES  CA 24431862363030033439878 | -30.34 |
| 12/30/22 | CHECKCARD  1228 PRESSED JUICERY - LARC LOS ANGELES  CA 24269792363500696289444 | -30.30 |
| 12/30/22 | CHECKCARD  1230 HIGHMEL INC LOS ANGELES  CA | -69.24 |
| 12/30/22 | PAVILIONS #222  12/30 #000190713 PURCHASE PAVILIONS #2229    LOS ANGELES    CA | -112.45 |
| 12/30/22 | BKOFAMERICA ATM 12/30 #000005031 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -200.00 |
| 01/03/23 | CHECKCARD  1230 CAEFILE*010805800-0 213-830-0840 CA 24692162364101864517567 | -202.25 |
| 01/03/23 | CHECKCARD  1230 CAEFILE*010805800-0 800-297-5377 TX 24692162364101865009747 | -13.26 |
| 01/03/23 | CHECKCARD  1230 BAKER OLSON LECROY & DA 818-5025600  CA 24559302364900016708170 | -20,300.00 |
| 01/03/23 | CHECKCARD  0101 UNITED      01624558251 800-932-2732 TX 24692163001102850338304 | -505.20 |
| 01/03/23 | CHECKCARD  0101 Google LLC GSUITE  docto 650-2530000  CA 24204293001001149349070 RECURRING | -31.80 |
| 01/03/23 | CHECKCARD  0101 Google LLC GSUITE  bigbo 650-2530000  CA 24204293001001306048077 RECURRING | -48.00 |
| 01/03/23 | CHECKCARD  0101 ZADIG & VOLTAIRE CAMARI CAMARILLO    CA 24431063002706000342367 | -149.29 |
| 01/03/23 | CHECKCARD  0101 JIMMY CHOO-CAMARILLO OU CAMARILLO    CA 24941663001750530099981 | -283.14 |
| 01/03/23 | CHECKCARD  0102 AMZN MKTP US*LY7XQ6TD3 AMZN.COM/BILLWA 24431063002083331818527 | -72.16 |

*continued on the next page*

LESLIE KLEIN   |   Account #████████ 9401   |   December 09, 2022 to January 06, 2023

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/03/23 | PURCHASE  0102 Amazon web services aws.amazon.coWA | -220.32 |
| 01/04/23 | CHECKCARD 0102 UNITED     01624560657 800-932-2732 TX 24692163003104206767366 | -11.20 |
| 01/04/23 | CHECKCARD 0103 VZWRLSS*APOCC VISE 800-922-0204 FL 24692163003104037138985 RECURRING | -122.14 |
| 01/04/23 | BKOFAMERICA ATM 01/04 #000006534 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -40.00 |
| 01/05/23 | CHECKCARD 0104 TMOBILE*AUTO PAY 800-937-8997 WA 24692163004104956447010 RECURRING | -295.52 |
| 01/05/23 | CHECKCARD 0104 MICHAEL HANNON MD PC BEVERLY HILLSCA 24943003005207685400251 | -246.92 |
| 01/05/23 | CHECKCARD 0105 HIGHMEL INC LOS ANGELES  CA | -93.19 |
| 01/05/23 | GLATT WESTERN   01/05 #000223217 PURCHASE GLATT WESTERN K   LOS ANGELES   CA | -216.25 |
| 01/06/23 | CHECKCARD 0104 ARIEL GLATT KOSHER M LOS ANGELES  CA 24559303005900012600028 | -8.76 |
| 01/06/23 | CHECKCARD 0104 L A SUPERIOR COURT 213-8930364 CA 24492793005118000179309 | -5.00 |
| 01/06/23 | PAVILIONS #222  01/06 #000398032 PURCHASE PAVILIONS #2229   LOS ANGELES   CA | -88.63 |
| 01/09/23 | CHECKCARD 0106 AMZN MKTP US*ZH4RY6GO3 AMZN.COM/BILLWA 24431063006083315878816 | -18.60 |
| 01/09/23 | CHECKCARD 0106 MARKS' MARINE PHARMACY VANCOUVER   BC 74525513007685336345925 | -339.99 |
| 01/09/23 | CHECKCARD 0106 MENSCH BAKERY LOS ANGELES  CA 24231683007091660002243 | -52.00 |
| 01/09/23 | CHECKCARD 0106 RITE AID 05424 LOS ANGELES  CA 24943003007838007861511 | -74.96 |
| 01/10/23 | BKOFAMERICA ATM 01/10 #000008127 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -400.00 |
| 01/11/23 | PAVILIONS #222  01/11 #000830288 PURCHASE PAVILIONS #2229   LOS ANGELES   CA | -15.48 |
| 01/11/23 | GLATT MART     01/11 #000969706 PURCHASE GLATT MART      LOS ANGELES   CA | -211.13 |
| 01/12/23 | CHECKCARD 0111 CAEFILE*010894375-0 213-830-0840 CA 24692163011100526948397 | -2.25 |
| 01/12/23 | CHECKCARD 0111 CAEFILE*010894375-0 800-297-5377 TX 24692163011100526636521 | -10.84 |
| 01/12/23 | TRADER JOE S #  01/12 #000154459 PURCHASE TRADER JOE S #03  LOS ANGELES  CA | -137.94 |
| 01/17/23 | BKOFAMERICA ATM 01/15 #000009495 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES  CA | -300.00 |
| 01/17/23 | CHECKCARD 0111 MYCASE 800-5718062  CA 24559303013900014983307 | -483.00 |
| 01/17/23 | CHECKCARD 0115 HIGHMEL INC LOS ANGELES  CA | -54.83 |
| 01/17/23 | BKOFAMERICA ATM 01/17 #000001087 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES  CA | -200.00 |
| 01/17/23 | BATH AND BODY  01/17 #000261218 PURCHASE BATH AND BODY WOR  LOS ANGELES   CA | -60.55 |
| 01/18/23 | CHECKCARD 0117 UNITED     01624594557 800-932-2732 TX 24692163017104543533848 | -2,156.87 |
| 01/18/23 | CHECKCARD 0117 SP JONATHAN SIMKHAI 424-2843071  NY 24492163017000041592215 | -216.26 |

**Total ATM and debit card subtractions** **-$64,322.15**

*continued on the next page*

**BANK OF AMERICA**

LESLIE KLEIN   |   Account #██████ 9401   |   December 17, 2022 to January 18, 2023

## Withdrawals and other subtractions - continued

### Other subtractions

| Date | Description | Amount |
|------|-------------|-------:|
| 12/19/22 | Agent Assisted transfer to CHK 9404 Confirmation# 1hfbghkft | -9,000.00 |
| 12/27/22 | DELTA DENTAL INS DES:PREMIUM      ID█████████  INDN:Klein,Leslie      CO<br>ID████████ PPD | -72.10 |
| 01/06/23 | DEBIT FOR CHARGED OFF ACCOUNT | -8,866.03 |
| 01/13/23 | Customer Withdrawal Image | -200.00 |
| 01/18/23 | Customer Withdrawal Image | -1,000.00 |
| **Total other subtractions** | | **-$19,138.13** |

## Checks

| Date | Check # | Amount |
|------|---------|-------:|
| 12/19/22 | 6983 | -250.00 |
| 12/19/22 | 7275* | -15.42 |
| 12/28/22 | 7285* | -100.00 |

| Date | Check # | Amount |
|------|---------|-------:|
| 01/04/23 | 7286 | -250.00 |
| 01/09/23 | 7287 | -100.00 |
| **Total checks** | | **-$715.42** |
| **Total # of checks** | | **5** |

*  There is a gap in sequential check numbers

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|:---------------------:|:------------------:|
| Total Overdraft fees | $0.00 | $10.00 |
| Total NSF: Returned Item fees | $0.00 | $35.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

LESLIE KLEIN  |  Account #  ████████ 9401  |  December 19, 2022 to January 18, 2023

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 01/05/23 | Safebox Rental | -89.00 |
| 01/09/23 | CHECKCARD  0106 MARKS' MARINE PHARMACY VANCOUVER    BC<br>7452551300768533634592 INTERNATIONAL TRANSACTION FEE | -10.20 |
| **Total service fees** | | **-$99.20** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LESLIE KLEIN
ERIKA KLEIN
322 N JUNE ST
LOS ANGELES, CA  90004-1042

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Adv Tiered Interest Chkg

for January 19, 2023 to February 14, 2023                Account number: ███████ 9401

**LESLIE KLEIN    ERIKA KLEIN**

## Account summary

| | |
|---|---:|
| Beginning balance on January 19, 2023 | $3,454.95 |
| Deposits and other additions | 35,992.28 |
| ATM and debit card subtractions | -23,091.38 |
| Other subtractions | -8,426.53 |
| Checks | -0.00 |
| Service fees | -88.02 |
| **Ending balance on February 14, 2023** | **$7,841.30** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $0.11.*

## Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.                SSM-01-22-2466.B  I  4016001

LESLIE KLEIN   |   Account #   ▮▮▮▮ 9401   |   January 1, 2023 to January 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and   Equal Housing Lender**

**BANK OF AMERICA** ⬤

LESLIE KLEIN  |  Account #⬛⬛⬛⬛ 9401  |  January 19, 2023 to February 14, 2023

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/19/23 | Counter Credit | 250.00 |
| 01/20/23 | Agent Assisted transfer from CHK 9404 Confirmation# 1c2y7q6ky | 1,000.00 |
| 01/23/23 | BKOFAMERICA ATM 01/22 #000002475 DEPOSIT LARCHMONT VILLAGE  LOS ANGELES   CA | 2,505.91 |
| 01/23/23 | Agent Assisted transfer from CHK 9404 Confirmation# lwmmkodp5 | 25,000.00 |
| 02/03/23 | CHECKCARD  0203 TheOutnet New York    NY 7479338303400054867 | 326.32 |
| 02/08/23 | SSA  TREAS 310  DES:XXSOC SEC  ID:XXXXXXXXA  SSA  INDN:LESLIE KLEIN         CO    ID⬛⬛⬛⬛ PPD | 3,430.00 |
| 02/13/23 | PAYPAL         DES:TRANSFER  ID:1⬛⬛⬛⬛        INDN:LESLIE KLEIN         CO    ID⬛⬛⬛⬛ PPD | 3,480.00 |
| 02/14/23 | Interest Earned | 0.05 |
| **Total deposits and other additions** | | **$35,992.28** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| 01/19/23 | CHECKCARD  0118 TheOutnet New York    NY 24793383018000817520134 RECURRING | -326.32 |
| 01/19/23 | CHECKCARD  0117 ZARA USA 11857 LOS ANGELES  CA 24692163018105303250027 | -76.64 |
| 01/23/23 | BKOFAMERICA ATM 01/22 #000002476 WITHDRWL LARCHMONT VILLAGE  LOS ANGELES   CA | -300.00 |
| 01/23/23 | CHECKCARD  0122 HIGHMEL INC LOS ANGELES  CA | -72.24 |
| 01/24/23 | CHECKCARD  0123 BAKER OLSON LECROY & DA 818-5025600  CA 24559030023900018308517 | -14,999.67 |
| 01/25/23 | CHECKCARD  0124 BAKER OLSON LECROY & DA 818-5025600  CA 24559030024900018408548 | -5,300.33 |
| 01/25/23 | BLVD VACUUM AN  01/25 #000321976 PURCHASE BLVD VACUUM AND S  LOS ANGELES   CA | -331.82 |
| 01/25/23 | GLATT WESTERN  01/25 #000512773 PURCHASE GLATT WESTERN K   LOS ANGELES   CA | -236.72 |
| 01/25/23 | TRADER JOE S #  01/25 #000231878 PURCHASE TRADER JOE S #03   LOS ANGELES   CA | -261.71 |

*continued on the next page*

 Merrill

## Is $1,000,000 enough to retire?

Find out with the Merrill® Personal Retirement Calculator at **merrilledge.com/findout**.

**Investing in securities involves risk, and there is always potential of losing money when you invest in securities.**
Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser, Member SIPC and a wholly owned subsidiary of BofA Corp. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of BofA Corp.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|---|

SSM-10-22-0405.B  |  5054640

LESLIE KLEIN   |   Account #  ███████ 9401   |   January 19, 2023 to February 17, 2023

# Withdrawals and other subtractions - continued

## ATM and debit card subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 01/27/23 | CHECKCARD  0126 SQ *GOSHLOMO TRANSPORTA LOS ANGELES  CA 24692163027101520615588 | -67.60 |
| 01/30/23 | CHECKCARD  0126 MARKS' MARINE PHARMACY VANCOUVER   BC 74525513027685338546633 | -389.99 |
| 01/30/23 | HONEYBEE NAILS  01/30 #000594816 PURCHASE HONEYBEE NAILS &  LOS ANGELES  CA | -76.00 |
| 01/31/23 | CHECKCARD  0129 TST* CHARCOAL GRILL AND LOS ANGELES  CA 24137463030500751812271 | -205.67 |
| 02/01/23 | PURCHASE  0201 UBER  TRIP HELP.UBER.COMCA | -32.90 |
| 02/01/23 | 312 - SEPHORA  02/01 #000525515 PURCHASE 312 - SEPHORA 216  NEW YORK        NY | -136.48 |
| 02/06/23 | PURCHASE  0203 UBER  TRIP HELP.UBER.COMCA | -97.29 |
| 02/13/23 | CHECKCARD  0209 THRIFTY ROOTER  THRIFTY 818-5581018  CA 24275393041900013230114 | -180.00 |
| **Total ATM and debit card subtractions** | | **-$23,091.38** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/19/23 | CA TLR cash withdrawal from CHK 9401 | -1,000.00 |
| 01/20/23 | CA TLR cash withdrawal from CHK 9401 | -1,200.00 |
| 01/23/23 | CA TLR cash withdrawal from CHK 9401 | -1,000.00 |
| 01/25/23 | DELTA DENTAL INS DES:PREMIUM    ID███████████  INDN:Klein,Leslie        CO ID███████  PPD | -72.10 |
| 01/27/23 | NORDSTROM        DES:TRANS    ID███████  INDN:ROTH KLEIN BARBARA    CO ID███████  PPD | -23.00 |
| 01/30/23 | NORDSTROM        DES:TRANS    ID███████  INDN:ROTH KLEIN BARBARA    CO ID███████  PPD | -131.43 |
| 02/09/23 | Agent Assisted transfer to CHK 9404 Confirmation# 19m44tp3l | -5,000.00 |
| **Total other subtractions** | | **-$8,426.53** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 01/26/23 | Legal Order Fee,LTS P012623000433 | -76.32 |
| 01/30/23 | CHECKCARD  0126 MARKS' MARINE PHARMACY VANCOUVER    BC 74525513027685338546633 INTERNATIONAL TRANSACTION FEE | -11.70 |
| **Total service fees** | | **-$88.02** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Here is what you need to know about changes related to ATM and Debit Card fees.**

- On September 19, 2022, we stopped charging a $5 Replacement ATM/Debit Card Fee if your card needs to be replaced.

- Starting May 23, 2023, we will stop charging an International Transaction Fee when an international purchase is processed in U.S. dollars.

  International purchases processed in a foreign currency will continue to be charged an International Transaction Fee equal to 3% of the U.S. dollar amount of the transaction.

- Starting May 20, 2023, we will no longer waive the $15 Rush Replacement ATM/Debit Card Fee for Bank of America Advantage Relationship Banking®, Bank of America Advantage® with Tiered Interesting Checking, and Bank of America Advantage® Regular Checking accounts.

  Rush Replacement ATM/Debit Card Fees will continue to be waived for members enrolled in Preferred Rewards (Footnote 1). Visit bankofamerica.com/preferred-rewards to learn about Preferred Rewards and additional pricing benefits available to members.

  Good news – a temporary digital version of your debit card may be available. If you prefer to avoid the fee for rush delivery, consider creating a digital card for debit, at no cost, while you wait. You need to be enrolled in Mobile Banking (Footnote 2) to replace your debit card using our mobile app. Just tap the "Menu" option, select "Manage Debit Card", and follow the instructions to temporarily replace your card – if you are eligible, you are given the option to create a digital card for debit.

(Footnote 1) Preferred Rewards Program Eligibility. To enroll in the Bank of America Preferred Rewards program you must have an active, eligible personal checking account with Bank of America® and maintain the balance required for one of the balance tiers in your combined qualifying Bank of America deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill investment accounts (such as Cash Management Accounts, 529 Plans). You can satisfy the combined balance requirement for enrollment with either:

1) a three-month combined average daily balance in your qualifying deposit and investment accounts or
2) a current combined balance, provided that you enroll at the time you open your first eligible personal checking account and satisfy the balance requirement at the end of at least one day within 30 days of opening that account.

You must have a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, $100,000 for the Platinum Honors tier, $1,000,000 for the Diamond tier and $10,000,000 for the Diamond Honors tier. Refer to your Personal Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits, available at bankofamerica.com/fees. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits are also available without enrolling in Preferred Rewards if you satisfy balance and other requirements.

(Footnote 2) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

LESLIE KLEIN   |   Account #        9401   |   January 2023 – February 2023

This page intentionally left blank

# EXHIBIT  E

Bankruptcy Estate of Leslie Klein
Les Klein & Associates, Inc. "Net Cash Activity"
Time Period: April 1, 2023 through July 31, 2023
Summary

|  | Amount | Transaction Count |
|---|---|---|
| Beginning Cash Balance | $ 66,880.70 | |
| Receipts | | |
| Inter-Company | | |
| Big Boyz Legal LLC | 314,000.00 | 14 |
| Doctors Marketing Group, LLC | 40,500.00 | 7 |
| Miscellaneous | 27,462.56 | 7 |
| Total Receipts | 381,962.56 | 28 |
| Disbursements | | |
| Inter-Company | | |
| Bay Area Development Co | (92,000.00) | 16 |
| Leslie Klein Bankruptcy Estate | (6,231.00) | 6 |
| Professional Fees | (86,565.00) | 5 |
| Related Party | (53,865.68) | 8 |
| Individuals | (49,860.97) | 19 |
| Payroll-LKA | (43,921.46) | 33 |
| Miscellaneous | (27,568.69) | 8 |
| Gestetner, Endine | (17,500.00) | 1 |
| Donation | (13,500.00) | 1 |
| Utilities | (12,742.34) | 13 |
| Below $500 Threshold | (8,427.89) | 50 |
| Life Insurance | (4,899.84) | 2 |
| Transportation | (4,589.71) | 8 |
| Memberships | (3,996.20) | 2 |
| Loan | (1,464.85) | 2 |
| Real Property | (1,321.11) | 2 |
| Total Disbursements | (428,454.74) | 176 |
| Ending Cash Balance | $ 20,388.52 | 204 |

The following Bank of America bank accounts are included in the above summary:

| Bank Account Name | Ending Acct. No. |
|---|---|
| Les Klein and Associates Inc. Trust Account DBA Family Legal Services | 9404 |
| California IOLTA Trust Accounts Les Klein & Associates Inc. | 8122 |
| Les Klein & Associates Payroll Account | 9405 |
| Les Klein & Associates | 6978 |

There are a total of 112 Intra-Company transfers totaling $399,652.00 during this time period.

# EXHIBIT  F

Bankruptcy Estate of Leslie Klein
Bay Area Development Co. "Net Cash Activity"
Time Period: April 1, 2023 through July 31, 2023
Summary of Account Ending in 4099

|  | Amount | Transaction Count |
|---|---|---|
| Beginning Cash Balance | $    5,874.60 | |
| **Receipts** | | |
| Inter-Company | | |
| Les Klein & Associates, Inc. | 92,000.00 | 16 |
| Doctors Marketing Group, LLC | 10,000.00 | 1 |
| **Total Receipts** | 102,000.00 | 17 |
| **Disbursements** | | |
| Intra-Company | | |
| Bay Area Development Co | (116.00) | 2 |
| Professional Fees | (49,015.00) | 8 |
| Cash | (9,150.00) | 20 |
| Clothing | (8,355.08) | 43 |
| Food & Beverage | (8,021.68) | 88 |
| Travel | (6,893.48) | 33 |
| Merch & Supplies | (4,062.26) | 34 |
| Transportation | (3,764.73) | 53 |
| Medical | (2,987.68) | 13 |
| Other | (2,364.33) | 19 |
| Israel | (1,456.27) | 36 |
| Utilities | (1,420.43) | 8 |
| Real Property | (736.37) | 2 |
| Donation | (720.00) | 2 |
| Bank Fee | (120.00) | 4 |
| **Total Disbursements** | (99,183.31) | 365 |
| **Ending Cash Balance** | $    8,691.29 | 382 |