| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc A. Lieberman, Esq. (SBN 157318)<br>marc.lieberman@flpllp.com<br>Alan W. Forsley, Esq. (SBN 180958)<br>alan.forsley@flpllp.com<br>FLP LAW GROUP LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, California 90067<br>Telephone: (310) 284-7350<br>Facsimile: (310) 432-5999 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LESLIE KLEIN,<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-SK<br>CHAPTER: 11 |
|---|---|
| | **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR**<br><br>[11 U.S.C. § 329(a); FRBP 2016(b)] |

1. This disclosure is made by the undersigned attorney as counsel for the Debtor:

    ☒  This disclosure is the undersigned's initial compensation disclosure in this case.

    ☐  This disclosure supplements a previously-filed compensation disclosure in this case.

2. **Postpetition Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I disclose that I am the attorney for the Debtor and that compensation was paid to me after the petition was filed, and/or was agreed postpetition to be paid to me, for services rendered or to be rendered on behalf of the Debtor in connection with this case.:

    For legal services, I agreed postpetition to accept:
    ☒ hourly rate $ 645.00          or  ☐ flat fee $ _____

    Amount I received postpetition, if any: $ 0.00

    Balance due .................................................................................................. $ 0.00

3. **Date of Payment:** The postpetition compensation was paid to me, and/or the postpetition compensation agreement was entered into, on (date): 02/14/2024  .

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Source of Postpetition Compensation**.

   a. **Already Paid**. The source(s) of the compensation paid to me postpetition was:

      ☐ Debtor    ☐ Other (*specify*):

      See attachment.

   b. **To be Paid**. The source(s) of the compensation agreed postpetition to be paid to me is:

      ☒ Debtor    ☒ Other (*specify*):

      See attachment.

5. **Sharing of Compensation**.

   ☒ I have not agreed to share the above-disclosed postpetition compensation with any other persons unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐ I have agreed to share the above-disclosed postpetition compensation with other persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). A copy of the agreement, together with a list of the names of the people sharing in the postpetition compensation, is attached.

6. ☐ **Chapter 7 Cases Only**. In chapter 7 bankruptcy cases, a limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. I have been retained by the Debtor for purposes of a limited appearance. In return for the compensation disclosed above, I have agreed to provide the following legal services:

   a. ☐ Any proceeding related to stay motions under 11 U.S.C. § 362.
   b. ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
   c. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
   d. ☐ Reaffirmation of a debt.
   e. ☐ Any lien avoidance under 11 U.S.C. § 522(f).
   f. ☐ Adversary proceedings (other than those brought under 11 U.S.C. §§ 523 and 727) and other contested bankruptcy matters.
   g. ☐ Other provisions as needed (*specify*):

7. ☒ **Cases Other than Chapter 7**. In return for the above-disclosed fee, I have agreed to render legal services for the bankruptcy case, including:

   a. ☐ Representation of the Debtor in adversary proceedings and other contested bankruptcy matters;
   b. ☒ Other provisions as needed (*specify*):

8. ☒ **Excluded Services**. By agreement with the Debtor, the compensation disclosed above does not include fees to provide the following services (*specify*):

   See attachment.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 2016-1.4.ATTY.COMP.DISCLSR

## DECLARATION OF ATTORNEY FOR THE DEBTOR

I declare under penalty of perjury that the foregoing, together with any prior compensation disclosures filed by the undersigned, constitutes a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case and all amounts received in respect of such representation.

Date: 02/14/2024

By: _____
Signature of attorney for the Debtor

Name: MARC A. LIEBERMAN
Printed name of attorney

FLP LAW GROUP LLP
Printed name of law firm

## DECLARATION OF THE DEBTOR
(To be completed *only* if the attorney's representation is in chapter 7 and of limited scope.)

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 6, and that I/we am representing myself/ourselves for any other proceedings, unless a new agreement is reached with an attorney.

Date: 02/14/2024

_____
Signature of Debtor 1

LESLIE KLEIN
Printed name of Debtor 1

Date: _____

_____
Signature of Debtor 2 (Joint Debtor)

_____
Printed name of Debtor 2 (Joint Debtor)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015 | Page 3 | F 2016-1.4.ATTY.COMP.DISCLSR

## **Attachment to Attorney Disclosures**

1. On August 4, 2023, FLP Law Group, LLP ("**FLP**") was retained by Les Klein & Associates, Inc. ("**LKA**") to render services in connection with the then pending Rule 2004 examination of LKA.

2. At the time FLP was retained by LKA, Leslie Klein was represented in his individual capacity by attorney Michael Kogan.

3. LKA is a law firm operated by Mr. Klein. The stock in LKA is property of Mr. Klein's bankruptcy estate.

4. In January 2024, FLP assisted Mr. Klein in filing and serving two motions that FLP did not prepare, a Motion to Convert Case to Chapter 7 ("**Conversion Motion**") and a Motion to Compel Abandonment of the Estate's Interest in LKA ("**Abandonment Motion**"). Mr. Kogan has informed FLP, and Mr. Klein has confirmed, that Mr. Kogan drafted the Conversion Motion and Abandonment Motion while he was counsel to Mr. Klein. Per Mr. Klein's request, FLP removed Mr. Kogan's name from the two motions, and inserted Mr. Klein's name, but FLP did not draft either motion.

5. FLP has never "ghost written" pleadings on behalf of Mr. Klein.

6. FLP has spent time in conference with and corresponding with Mr. Klein, reviewing pleadings and other documents, communicating on Mr. Klein's behalf with potential mediators and with professionals, communicating on Mr. Klein's behalf with trustee's counsel to attempt to resolve the Conversion Motion and Abandonment Motion pursuant to stipulation, communicating with potential attorneys and independent fiduciaries to take over the administration and representation of various trusts currently administered by Mr. Klein, communicating with Mr. Klein's former counsel and other attorneys to better understand the issues he is confronting—all in contemplation of FLP substituting into the instant case as counsel for Mr. Klein, with the scope of appearance described below.

7. FLP and Mr. Klein have agreed that FLP will prepare and file a Reply to the trustee's opposition to the Conversion Motion and the FLP would be authorized to withdraw the Abandonment Motion.

8. FLP and Mr. Klein have also agreed that, unless the Conversion Motion is granted or a third party is identified who is willing and able to pay Debtor's attorney fees, FLP will not represent Debtor in connection with any other matter, including adversary actions, contested matters, objections to claim, objections to exemptions, Rule 2004 examinations, or depositions. FLP's scope of representation also excludes the representation of Mr. Klein in his capacity as trustee of any trust.

9. If the scope of FLP's representation of Mr. Klein were to increase, FLP would file amended disclosures with the Court.

10. To date, FLP has not been paid by Mr. Klein or anyone else for time spent on Mr. Klein's individual matter and FLP has only been paid by LKA for time spent on matters pertaining to LKA. Mr. Klein, however, reimbursed FLP for the filing fees and other costs associated with the filing and serving of the Conversion Motion and Abandonment Motion.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **ATTORNEY'S DISCLOSURE OF POSTPETITION COMPENSATION ARRANGEMENT WITH DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 15, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 15, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Chambers of the Honorable Sandra Klein
255 E. Temple St., Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 15, 2024 | SAFA SALEEM | */s/ signature* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST VIA NEF

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Alan W Forsley**   alan.forsley@flpllp.com, awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@cym.law, jennifer@cym.law
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Kenneth Misken**   Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   bprocel@millerbarondess.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**   mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   rps@lnbyg.com, john@lnbyb.com
- **Nikko Salvatore Stevens**   nikko@cym.law, mandi@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

- **John P. Ward**   jward@attleseystorm.com, ezhang@attleseystorm.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, jaclyn@cym.law
- **Roye Zur**   rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**