```
Case 2:23-bk-10990-SK    Doc 684    Filed 02/29/24    Entered 02/29/24 07:45:32    Desc
                         Main Document    Page 1 of 2
```

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee



FILED & ENTERED

FEB 29 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER DENYING AMENDED MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7**<br><br>[Relates to Dockets Nos. 596, 608, 656, 658, 659, 660, 662, 667, 669, and 670]<br><br>**DATE:** February 28, 2024<br>**TIME**: 9:00 a.m.<br>**PLACE:** 255 East Temple Street<br>           Los Angeles, California<br>**CTRM**: 1575 |

A hearing was held on February 28, 2024, at 9:00 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the "*Amended Motion to Convert This Chapter 11 Case to Chapter 7*" (the "Amended Motion") [Docket No. 608], filed by the debtor, Leslie Klein (the "Debtor"). On January 22, 2024, the Debtor initially filed a "*Motion to Convert . . .*" and the clerk's office issued a notice to filer regarding an incorrect hearing date/time and required filing fee [Docket No. 596]. The

LA:4874-9634-0393.2 78512.001

Debtor then filed the Amended Motion on January 25, 2024 [Docket No. 608]. Appearances were as noted on the record.

Based upon the record, the objections and declarations to the Amended Motion filed by Bradley D. Sharp, the chapter 11 trustee [Docket Nos. 656, 658, 659, and 660] and response filed by Franklin H. Menlo, Co-Trustee of the Franklin Henry Irrevocable Trust Established March 1, 1983, [Docket No. 662] (together, the "<u>Objections</u>"), the reply to the Objections filed by the Debtor [Docket No. 667], the Court's overruling of the evidentiary objections filed by the Debtor [Docket Nos. 669 and 670], the arguments of counsel at the hearing, the findings made by the Court on the record of the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Amended Motion is DENIED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

### #

Date: February 29, 2024

Sandra R. Klein
United States Bankruptcy Judge

LA:4874-9634-0393.2 78512.001