Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13 th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
           jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee



**FILED & ENTERED**

**FEB 29 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may           DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor and Debtor in Possession. | Case No.  2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING THE PRODUCTION OF INFORMATION PURSUANT TO THE TRUSTEE'S MOTION FOR THE EXAMINATION OF LIFE CAPITAL GROUP, LLC AND ITS SUBSIDIARIES AND AFFILIATES PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**[Relates to Docket Nos. 468, 482, 523, 555 and 682]**<br><br>[No Hearing Required] |

//

//

//

//

4863-8150-9289.1 78512.001

The Court having considered the "*Stipulation Regarding the Production of Information Pursuant to the Trustee's Motion for the Examination of Life Capital Group, LLC and its Subsidiaries and Affiliates Pursuant to Fed. R. Bankr. P. 2004*" (the "**Stipulation**") [Docket No. 682], dated February 28, 2024, as agreed to by Life Capital Group, LLC and Bradley D. Sharp, the duly appointed trustee for the chapter 11 estate of Leslie Klein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

# # #

Date: February 29, 2024

Sandra R. Klein
United States Bankruptcy Judge