United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

**Name**            **Email Address**

Alan G Tippie
on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alan W Forsley
on behalf of Interested Party Courtesy NEF alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alan W Forsley
on behalf of Debtor Leslie Klein alan.forsley@flpllp.com  awf@fkllawfirm.com,awf@fl-lawyers.net,addy@flpllp.com

Alex M Weingarten
on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian

Case 2:23-bk-10990-SK    Doc 690    Filed 03/02/24    Entered 03/02/24 21:22:42    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@cym.law, jennifer@cym.law |
| Baruch C Cohen | |
| | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |
| | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | |
| | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | |
| | bsharp@dsi.biz |
| Brandon J. Iskander | |
| | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | |
| | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | |
| | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | |
| | on behalf of Plaintiff Erica Vago bprocel@millerbarondess.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | |
| | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | |
| | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | |
| | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | |
| | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | |
| | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | |
| | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Gary Tokumori | |
| | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | |
| | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | |
| | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | |
| | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | |
| | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | |
| | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| John P. Ward | |
| | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, |

Case 2:23-bk-10990-SK    Doc 690    Filed 03/02/24    Entered 03/02/24 21:22:42    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

ezhang@attleseystorm.com

**John W Lucas**
on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

**Joshua L Scheer**
on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

**Kenneth Misken**
on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

**Kirsten Martinez**
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

**Krikor J Meshefejian**
on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com

**Marc A Lieberman**
on behalf of Interested Party Courtesy NEF marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

**Marc A Lieberman**
on behalf of Interested Party Les Klein & Associates marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

**Marc A Lieberman**
on behalf of Debtor Leslie Klein marc.lieberman@flpllp.com safa.saleem@flpllp.com,addy@flpllp.com

**Mark M Sharf (TR)**
mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

**Michael I. Gottfried**
on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

**Michael I. Gottfried**
on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

**Michael I. Gottfried**
on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com

**Michael Jay Berger**
on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

**Michael Jay Berger**
on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

**Michael L Wachtell**
on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com

**Michael S Kogan**
on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

**Nikko Salvatore Stevens**
on behalf of Interested Party Courtesy NEF nikko@cym.law mandi@cym.law

**Nikko Salvatore Stevens**
on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, mandi@cym.law

**Nikko Salvatore Stevens**
on behalf of Creditor Franklin Menlo nikko@cym.law mandi@cym.law

**Paul P Young**
on behalf of Creditor Franklin Menlo paul@cym.law jaclyn@cym.law

**Paul P Young**
on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

**Paul P Young**
on behalf of Interested Party Courtesy NEF paul@cym.law jaclyn@cym.law

**Reem J Bello**
on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com

**Reem J Bello**
on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Case 2:23-bk-10990-SK    Doc 690    Filed 03/02/24    Entered 03/02/24 21:22:42    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group  LLC rps@lnbyg.com, john@lnbyb.com

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Ron Bender
    on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com  cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

Simon Aron
    on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com

Simon Aron
    on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com

Steven M Mayer
    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 78

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13 th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY may          DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor and Debtor in Possession. | Case No.  2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING THE PRODUCTION OF INFORMATION PURSUANT TO THE TRUSTEE'S MOTION FOR THE EXAMINATION OF LIFE CAPITAL GROUP, LLC AND ITS SUBSIDIARIES AND AFFILIATES PURSUANT TO FED. R. BANKR. P. 2004**<br><br>**[Relates to Docket Nos. 468, 482, 523, 555 and 682]**<br><br>[No Hearing Required] |

//

//

//

//

4863-8150-9289.1 78512.001

The Court having considered the "*Stipulation Regarding the Production of Information Pursuant to the Trustee's Motion for the Examination of Life Capital Group, LLC and its Subsidiaries and Affiliates Pursuant to Fed. R. Bankr. P. 2004*" (the "**Stipulation**") [Docket No. 682], dated February 28, 2024, as agreed to by Life Capital Group, LLC and Bradley D. Sharp, the duly appointed trustee for the chapter 11 estate of Leslie Klein, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

# # #

Date: February 29, 2024

Sandra R. Klein
United States Bankruptcy Judge