# EXHIBIT A

Case 2:23-bk-10990-SK    Doc 708-1    Filed 04/08/24    Entered 04/08/24 16:22:25    Desc
Exhibit A    Page 1 of 2

# DECLARATION OF BRADLEY D. SHARP

I, Bradley D. Sharp, declare:

1. I am the President and CEO of Development Specialists, Inc. ("DSI" or the "Firm"). I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify competently to these facts.

2. I make this declaration in support of the application (the "Application") filed by the Trustee seeking an Order Authorizing the Production of Documents and Examination of Invesco Ltd., Pursuant to Fed. R. Bankr. P. 2004.

3. I met with the Debtor on or about May 31, 2023. At that time, the Debtor indicated he did not maintain personal financial records for the various assets disclosed on his schedules. The Debtor claimed he did not maintain records for his financial affairs.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 19th day of September, 2023, at New York, New York.

Bradley D. Sharp
Chapter 11 Trustee

DOCS_LA:351253.1 78512/001