# EXHIBIT F



The Lincoln National Life Insurance Company
100 North Greene Street
P.O. Box 21008
Greensboro, NC 27420-1008

March 24, 2022

Wilmington Trust, Na
300 Park Street Ste 390
Birmingham, MI 48009

Issuing Company: The Lincoln National Life Insurance Company
Policy: JJ7033900
Insured: Rosalia Feldman

Dear Policyowner:

The beneficiary designation for your policy has been changed to the following:

**Beneficiary:**

| Beneficiary Name | Beneficiary Designation | Relationship | Beneficiary % | Effective Date |
|---|---|---|---|---|
| WILMINGTON TRUST NA | Primary Beneficiary | | 65% | 12/09/2021 |
| ROBERT MERMELSTEIN | Primary Beneficiary | | 25% | 12/09/2021 |
| LESLIE KLEIN LIFE INSURANCE IRRECOCABLE TRUST DATED 06-01-2021 | Primary Beneficiary | | 9% | 12/09/2021 |
| CONGREGATION ZWEHIL OF MONSEY | Primary Beneficiary | | 1% | 12/09/2021 |

If you have any questions, please call us at the phone number listed below and we will be happy to assist you. Our Customer Care Representatives are available Monday through Friday between the hours of 8:00 a.m. and 6:00 p.m. (Eastern Time).

For additional information about Lincoln Financial Group, visit our website at LincolnFinancial.com.

Sincerely,
Life Customer Service and Claims
800-487-1485

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. LincolnFinancial.com
The Lincoln National Life Insurance Company is domiciled in Fort Wayne, IN.

LCN-1228467-061615 UL        Page 1 of 1        LINCOLN006717