# EXHIBIT E

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052012225066
LOCAL REGISTRATION NUMBER: 3201219050694

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST: ERIKA
- 2. MIDDLE: NAOEMI
- 3. LAST (Family): KLEIN
- 4. DATE OF BIRTH: 09/01/1947
- 5. AGE Yrs.: 65
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: GERMANY
- 10. SOCIAL SECURITY NUMBER: ####-##-0472
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: MARRIED
- 7. DATE OF DEATH: 12/12/2012
- 8. HOUR (24 Hour): 2115
- 13. EDUCATION: BACHELOR
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: CAUCASIAN
- 17. USUAL OCCUPATION: HOMEMAKER
- 18. KIND OF BUSINESS OR INDUSTRY: OWN HOME
- 19. YEARS IN OCCUPATION: 42

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 322 N. JUNE ST.
- 21. CITY: LOS ANGELES
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 90004
- 24. YEARS IN COUNTY: 42
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: LESLIE KLEIN, HUSBAND
- 27. INFORMANT'S MAILING ADDRESS: 322 N. JUNE ST., LOS ANGELES, CA 90004

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: LESLIE
- 29. MIDDLE: 
- 30. LAST (BIRTH NAME): KLEIN
- 31. NAME OF FATHER/PARENT—FIRST: KOLEV
- 32. MIDDLE: 
- 33. LAST: GESTETNER
- 34. BIRTH STATE: HUNGARY
- 35. NAME OF MOTHER/PARENT—FIRST: TERESA
- 36. MIDDLE: 
- 37. LAST (BIRTH NAME): SOLOMON
- 38. BIRTH STATE: HUNGARY

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 12/13/2012
- 40. PLACE OF FINAL DISPOSITION: HAR HAMENUCHOS CEMETERY, JERUSALEM, ISRAEL
- 41. TYPE OF DISPOSITION(S): TR/BU
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER:
- 44. NAME OF FUNERAL ESTABLISHMENT: CHEVRA KADISHA MORTUARY
- 45. LICENSE NUMBER: FD1326
- 46. SIGNATURE OF LOCAL REGISTRAR: JONATHAN FIELDING, MD
- 47. DATE: 12/13/2012

**PLACE OF DEATH**
- 101. PLACE OF DEATH: CEDARS-SINAI MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS OR LOCATION: 8700 BEVERLY BLVD
- 106. CITY: WEST HOLLYWOOD

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — 5 MINS
  - (B) METASTATIC COLON CANCER — 6 MTHS
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: 
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION: NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY...: MICHAEL T DUFFY M.D.
- 116. LICENSE NUMBER: G59599
- 117. DATE: 12/12/2012
- Decedent Attended Since (A): 09/--/2011
- Decedent Last Seen Alive (B): 12/12/2012
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: MICHAEL T DUFFY M D, 9400 BRIGHTON WAY #300, BEVERLY HILLS, CA 90210

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: [blank]
- 120. INJURED AT WORK?: [blank]
- 121. INJURY DATE: [blank]
- 122. HOUR: [blank]
- 123. PLACE OF INJURY: [blank]
- 124. DESCRIBE HOW INJURY OCCURRED: [blank]
- 125. LOCATION OF INJURY: [blank]
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: [blank]
- 127. DATE: [blank]
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: [blank]

STATE REGISTRAR: *0100010022247 34*



This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*HD3035792*

Jonathan E. Fielding MD
00 20
Director of Public Health and Registrar

DATE ISSUED: JAN -8 2013

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

PHB/OC (REV) 08/11

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE