# UNITED STATES BANKRUPTCY COURT

### Central DISTRICT OF California

### Los Angeles Division

| | | |
|---|---|---|
| In Re. LESLIE KLEIN | § | Case No. 23-10990 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | ☐ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 03/31/2024          Petition Date: 02/22/2023

Months Pending: 13          Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☒ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jeffrey Dulberg
_____
Signature of Responsible Party

04/15/2024
_____
Date

Jeffrey Dulberg
_____
Printed Name of Responsible Party

10100 Santa Monica Blvd. 13th Floor
Los Angeles, CA 90067
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  LESLIE KLEIN

Case No.  23-10990

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative | |
|---|---|---|---|
| a.   Cash balance beginning of month | $3,405,490 | | [1] |
| b.   Total receipts (net of transfers between accounts) | $27,933 | $6,571,528 | |
| c.   Total disbursements (net of transfers between accounts) | $70,348 | $3,090,551 | |
| d.   Cash balance end of month (a+b-c) | $3,363,075 | | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 | |
| f.   Total disbursements for quarterly fee calculation (c+e) | $70,348 | $3,090,551 | |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $0 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $3,363,075 |
| e.   Total assets | $13,237,075 |
| f.   Postpetition payables (excluding taxes) | $0 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $0 |
| k.   Prepetition secured debt | $29,550,902 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $97,928 |
| n.   Total liabilities (debt) (j+k+l+m) | $29,648,830 |
| o.   Ending equity/net worth (e-n) | $-16,411,755 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $4,010,000 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $3,024,931 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $985,069 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $0 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.   Gross profit (a-b) | $0 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $0 | |
| f.   Other expenses | $0 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $0 | $0 |

Debtor's Name  LESLIE KLEIN                                          Case No.  23-10990

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Michael Berger | Other | $0 | $0 | $0 | $0 |
| ii | Bradley Sharp | Other | $0 | $0 | $0 | $0 |
| iii | Development Specialists, Inc | Financial Professional | $0 | $0 | $0 | $0 |
| iv | Pachulski, Stang, Ziehl & Jones | Lead Counsel | $0 | $0 | $0 | $0 |
| v | | | | | | |
| vi | Kieckhafer Schiffer LLP | Other | $0 | $0 | $0 | $0 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name LESLIE KLEIN                                          Case No. 23-10990

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name LESLIE KLEIN                                                    Case No. 23-10990

| | | |
|---|---|---|
| lxxix | | |
| lxxx | | |
| lxxxi | | |
| lxxxii | | |
| lxxxiii | | |
| lxxxiv | | |
| lxxxv | | |
| lxxxvi | | |
| lxxxvii | | |
| lxxxviii | | |
| lxxxix | | |
| xc | | |
| xci | | |
| xcii | | |
| xciii | | |
| xciv | | |
| xcv | | |
| xcvi | | |
| xcvii | | |
| xcviii | | |
| xcix | | |
| c | | |
| ci | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $212,245 | $66,295 | $212,245 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Desert Sands Realty | Other | $0 | $0 | $0 | $0 |
| ii | Coldwell Banker Realty | Other | $0 | $72,975 | $0 | $72,975 |
| iii | Law Office of Eric Everett Haw | Special Counsel | $0 | $21,755 | $21,755 | $21,755 |
| iv | Real Brokerage Technologies | Other | $0 | $27,000 | $0 | $27,000 |
| v | Berkshire Hathaway | Other | $0 | $45,975 | $0 | $45,975 |
| vi | Goldfarb Gross Seligman & Co | Special Counsel | $0 | $44,540 | $44,540 | $44,540 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  LESLIE KLEIN                                      Case No.  23-10990

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                                          6

Debtor's Name LESLIE KLEIN                                              Case No. 23-10990

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  LESLIE KLEIN                                    Case No.  23-10990

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ◯  No ⦿

b. Were any payments made outside the ordinary course of business
   without court approval?  (if yes, see Instructions)                          Yes ◯  No ⦿

c. Were any payments made to or on behalf of insiders?                         Yes ◯  No ⦿

d. Are you current on postpetition tax return filings?                         Yes ⦿  No ◯     [2]

e. Are you current on postpetition estimated tax payments?                     Yes ⦿  No ◯

f. Were all trust fund taxes remitted on a current basis?                      Yes ⦿  No ◯

g. Was there any postpetition borrowing, other than trade credit?             Yes ◯  No ⦿
   (if yes, see Instructions)

h. Were all payments made to or on behalf of professionals approved by         Yes ◯  No ◯  N/A ◯
   the court?

i. Do you have:          Worker's compensation insurance?                      Yes ◯  No ⦿

                         If yes, are your premiums current?                    Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

                         Casualty/property insurance?                          Yes ⦿  No ◯

                         If yes, are your premiums current?                    Yes ⦿  No ◯  N/A ◯  (if no, see Instructions)

                         General liability insurance?                          Yes ◯  No ⦿

                         If yes, are your premiums current?                    Yes ◯  No ◯  N/A ⦿  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?                     Yes ◯  No ⦿

k. Has a disclosure statement been filed with the court?                       Yes ◯  No ⦿

l. Are you current with quarterly U.S. Trustee fees as                         Yes ⦿  No ◯
   set forth under 28 U.S.C. § 1930?

Debtor's Name  LESLIE KLEIN                                    Case No.  23-10990

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $27,933 |
| d. | Total income in the reporting period (a+b+c) | $27,933 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $70,348 |
| i. | Total expenses in the reporting period (e+f+g+h) | $70,348 |
| j. | Difference between total income and total expenses (d-i) | $-42,416 |
| k. | List the total amount of all postpetition debts that are past due | |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Bradley Sharp                                           Bradley Sharp

Signature of Responsible Party                              Printed Name of Responsible Party

Chapter 11 Trustee                                         04/15/2024

Title                                                      Date

Debtor's Name  LESLIE KLEIN                                    Case No.  23-10990



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  LESLIE KLEIN                                        Case No.  23-10990



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  LESLIE KLEIN

Case No.  23-10990



PageThree



PageFour

## Chapter 11 Trustee Comments and Disclaimers to the March 2024 Monthly Operating Report ("MOR")

The Chapter 11 Trustee (the "Trustee") reserves all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate.  Nothing contained in this MOR shall constitute a waiver of any of the Trustee's or the estate's rights or an admission with respect to the Chapter 11 Case.

The Trustee is filing the MOR solely for the purpose of complying with the monthly operating requirements applicable in the Debtor's Chapter 11 case.  The MOR is in a format acceptable to the U.S. Trustee for the Central District of California, Los Angeles Division.  The MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the estate.

In preparing the MOR, the Trustee relied upon financial data derived from the limited books and records available at the time of preparation.  Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist.  Notwithstanding any such discovery, new information, or errors or omissions, the Trustee does not hereby undertake any obligation or commitment to update the MOR. There can be no assurance that the financial information presented herein is complete, and readers are strongly cautioned not to place undue reliance on the MOR.

The information and financial activity contained in this MOR reflect only the bank accounts and assets currently under the Trustee's direct control.  The Trustee has reason to believe that Debtor bank accounts and/or bank accounts in the name of Debtor-related entities, presently outside of the control of the Trustee, have been used to receive and send funds that rightfully belong to the estate.  The Trustee also has reason to believe that the Debtor has impermissibly made payments on pre-petition debts and has incurred post-petition debts.  Efforts are ongoing to confirm and control such activity; however such activity is not presented in this MOR due to a lack of information.

[1]      The Trustee was appointed on May 24, 2023, and the Trustee or his representatives have reviewed the February 2023 and March 2023 monthly operating reports to identify the bank accounts used and gathered additional, but incomplete, information in order to prepare the July 2023 monthly operating report.  The Debtor filed the April 2023 monthly operating report on August 8, 2023.  The Trustee reserves the right to amend this and any subsequent MOR upon receipt of any additional relevant information.

[2]      The Debtor's personal tax return for tax year 2022 was due to be filed by October 16, 2023.  As of the filing of this MOR, the Trustee has not received confirmation that this return has been filed.

Bankruptcy Estate of Leslie Klein
March 2024 Cash Activity

| | | |
|---|---|---|
| Cash 2/29/24 | $ 3,405,490.36 | MOR Part 1a |
| Receipts | 27,932.63 | MOR Part 1b |
| Intra-Debtor Transfers In | 65,000.00 | |
| Intra-Debtor Transfers Out | (65,000.00) | |
| Disbursements | (70,348.16) | MOR Part 1c |
| Ending Cash | $ 3,363,074.83 | MOR Part 1d |
| | | |
| Receipts Held in Trust | - | [1] |
| Disbursement of Funds Held in Trust | - | [1] |
| | | |
| Bank Balance 3/31/24 | $ 3,363,074.83 | |

| | |
|---|---|
| **Unrestricted** | |
| East-West Bank -8746 (General) | 818.41 |
| East-West Bank -9068 (Oxnard) | 820,287.27 |
| **Restricted** | |
| East-West Bank -8753 (Martel) | 68,945.18 |
| East-West Bank -8760 (Highland) | 48,577.61 |
| East-West Bank -8767 (Poinsettia) | 152,254.09 |
| East-West Bank -8879 (Life Capital) | 2,232,489.34 |
| East-West Bank -9110 (Berger Retainer) | 39,702.93 |
| **Total** | $ 3,363,074.83 |

[1]: Receipts and Disbursements Held in Trust reflect funds held by the bankruptcy estate as deposits related to potential real estate transactions. If a Receipt Held in Trust is returned by the estate to the original owner, it is not counted as a disbursement for purposes of calculating US Trustee fees as the estate did not have free and clear rights to those funds.

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein
March 2024 Assets

|  |  |  | Source |
|---|---|---|---|
| **Current Assets** |  |  |  |
| Cash |  | $      3,363,074.83 | MOR Part 1d (Reconciled) |
|  |  |  |  |
| **Total Current Assets** |  | $      3,363,074.83 |  |
|  |  |  |  |
| **Other Assets** |  |  |  |
| Real Estate |  |  | Schedule A/B Summary Page |
| 322 N. June St | $      2,450,000.00 |  | Schedule A/B Summary Page |
| 315 N. Martel Ave | 2,500,000.00 |  | Schedule A/B Summary Page |
| 143 S. Highland Drive | 2,200,000.00 |  | Schedule A/B Summary Page |
| 2560-B Whitewater Club Drive | 350,000.00 |  | Schedule A/B Summary Page |
| Leonardo Plaza Hotel | 225,000.00 |  | Schedule A/B Summary Page |
| Dan Boutique Hotel | 100,000.00 |  | Schedule A/B Summary Page |
| Total Real Estate |  | $      7,825,000.00 |  |
|  |  |  |  |
| Personal/Household Items |  | 49,000.00 | Schedule A/B Summary Page |
|  |  |  |  |
| Financial/Other |  |  |  |
| Issac Kirzner Insurance Policy Payout | $      1,000,000.00 |  | Schedule A/B Summary Page |
| Judith Bittman Insurance Policy Payout | 1,000,000.00 |  | Schedule A/B Summary Page |
| Total Financial/Other |  | $      2,000,000.00 |  |
|  |  |  |  |
| **Total Other Assets** |  | $      9,874,000.00 |  |
|  |  |  |  |
| **Total Assets** |  | $    13,237,074.83 |  |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein

Prepetition Liabilities

|  |  | Source |
|---|---|---|
| **Prepetition Secured Debt** |  |  |
| Chase Mortgage | 138,719.00 | Schedule D |
| Ericka and Joseph Vago | 24,334,038.99 | Schedule D |
| Fiore Racobs & Powers | 49,436.57 | Schedule D |
| Gestetner Charitable Remainder Trust | 2,000,000.00 | Schedule D |
| Los Angeles County Tax Collector | 15,000.00 | Schedule D |
| Selene Finance | 1,755,385.00 | Schedule D |
| Shellpoint Mortgage Servicing | 1,213,516.00 | Schedule D |
| Toyota Financial Services | 34,318.00 | Schedule D |
| Toyota Financial Services | 10,488.00 | Schedule D |
| **Total Prepetition Secured Debt** | $ 29,550,901.56 |  |
| **Total Prepetition Priority Debt** | 0.00 | Schedule E |
| **Prepetition Unsecured Debt** |  |  |
| Bank of America | $       7,450.00 | Schedule F |
| Bank of America | 1,566.00 | Schedule F |
| Barclays Bank Delaware | 8,896.00 | Schedule F |
| California Bank & Trust | 1,695.00 | Schedule F |
| Chase Card Services | 22,278.00 | Schedule F |
| Chase Card Services | 22,095.00 | Schedule F |
| Chase Card Services | 17,555.00 | Schedule F |
| Chase Card Services | 15,112.00 | Schedule F |
| Citibank | 1,281.00 | Schedule F |
| Franklin H. Menlo Irrevocable Trust | Unknown | Schedule F |
| Jeffrey Siegel, Succerssor Trustee | Unknown | Schedule F |
| **Total Prepetition Unsecured Debt** | $       97,928.00 |  |
| **Total Liabilities** | $ 29,648,829.56 |  |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein
Insurance Coverage Schedule

**Real Property**

| Property Address 1 | Insurance Issuer | Policy No. | Policy Expiration Date |
|---|---|---|---|
| 322 N. June Street | Great American Ins. | 1134133 & 1134135 | Until Cancelled |
| 315 N. Martel Avenue | Great American Ins. | 1134133 & 1134135 | Until Cancelled |
| 143 S. Highland Ave. | Farmers | 933575718 | 07/17/24 |
| 2560-B Whitewater Club Drive | Great American Ins. | 1134133 & 1134135 | Until Cancelled |

**Automobiles**

| Vehicle | Insurance Issuer | Policy No. | Policy Expiration Date |
|---|---|---|---|
| 2021 Lexus ES 350 | Mercury | CAAP0000189681 | 8/1/2024 |
| 2021 Lexus LS 500 | Mercury | CAAP0000189681 | 8/1/2024 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Bankruptcy Estate of Leslie Klein
March 2024 Cash Receipts and Disbursements

| Date | Account | Check | Payor/Payee | Description | Receipt | Disbursement | Balance | Category |
|------|---------|-------|-------------|-------------|---------|--------------|---------|----------|
| **General** | | | | | | | | |
| 02/29/24 | EWB -8746 | | Beginning Balance | | | | 6,166.57 | Beginning Balance |
| 03/01/24 | EWB -8746 | | Transfer from -9068 | Transfer to write checks | 65,000.00 | | 71,166.57 | Intra-Debtor Transfer |
| 03/01/24 | EWB -8746 | WT | Goldfarb Gross Seligman & Co. | Professional Fees | | (44,539.91) | 26,626.66 | Disbursement |
| 03/05/24 | EWB -8746 | 1032 | Trustee Insurance Agency, Inc. | Insurance | | (762.00) | 25,864.66 | Disbursement |
| 03/05/24 | EWB -8746 | 1033 | Trustee Insurance Agency, Inc. | Insurance | | (2,354.00) | 23,510.66 | Disbursement |
| 03/08/24 | EWB -8746 | 1035 | Law Offices of Eric E. Hawes | Professional Fees | | (21,754.75) | 1,755.91 | Disbursement |
| 03/29/24 | EWB -8746 | 1036 | Intelligent Discovery Solutions, Inc. | Professional Fees | | (937.50) | 818.41 | Disbursement |
| | | | | | | | | |
| **Martel** | | | | | | | | |
| 02/29/24 | EWB -8753 | | Beginning Balance | | | | 63,187.41 | Beginning Balance |
| 03/08/24 | EWB -8753 | | Tenant (Martel) | Rent | 5,500.00 | | 68,687.41 | Receipt |
| 03/31/24 | EWB -8753 | | East-West Bank | Interest Accrual | 257.77 | | 68,945.18 | Receipt |
| | | | | | | | | |
| **Highland** | | | | | | | | |
| 02/29/24 | EWB -8760 | | Beginning Balance | | | | 40,418.20 | Beginning Balance |
| 03/27/24 | EWB -8760 | | Tenant (Highland | Rent | 8,000.00 | | 48,418.20 | Receipt |
| 03/31/24 | EWB -8760 | | East-West Bank | Interest Accrual | 159.41 | | 48,577.61 | Receipt |
| | | | | | | | | |
| **Poinsettia** | | | | | | | | |
| 02/29/24 | EWB -8767 | | Beginning Balance | Beginning Balance | | | 150,012.86 | Beginning Balance |
| 03/27/24 | EWB -8767 | | A&A Escrow | Refunds | 1,666.86 | | 151,679.72 | Receipt |
| 03/31/24 | EWB -8767 | | East-West Bank | Interest Accrual | 574.37 | | 152,254.09 | Receipt |
| | | | | | | | | |
| **Life Capital Group** | | | | | | | | |
| 02/29/24 | EWB -8879 | | Beginning Balance | Beginning Balance | | | 2,223,989.43 | Beginning Balance |
| 03/31/24 | EWB -8879 | | East-West Bank | Interest Accrual | 8,499.91 | | 2,232,489.34 | Receipt |
| | | | | | | | | |
| **Oxnard** | | | | | | | | |
| 02/29/24 | EWB -9068 | | Beginning Balance | | | | 882,164.13 | Beginning Balance |
| 03/01/24 | EWB -9068 | | Transfer to -8746 | Transfer to write checks | | (65,000.00) | 817,164.13 | Intra-Debtor Transfer |
| 03/31/24 | EWB -9068 | | East-West Bank | Interest Accrual | 3,123.14 | | 820,287.27 | Receipt |
| | | | | | | | | |
| **Berger Retainer** | | | | | | | | |
| 02/29/24 | EWB -9110 | | Beginning Balance | | | | 39,551.76 | Beginning Balance |
| 03/31/24 | EWB -9110 | | East-West Bank | Interest Accrual | 151.17 | | 39,702.93 | Receipt |

| | |
|---|---|
| Month: | Mar-24 |

| | |
|---|---|
| Bank Name | East-West Bank |
| Bank Account | -8746 |
| Account Name | General |

**Starting Bank Balance**  6,166.57

Receipts

    None

**Total Receipts**  -

Disbursements

| | |
|---|---|
| Check #1032 (Trustee Insurance) | (762.00) |
| Check #1033 (Trustee Insurance) | (2,354.00) |
| Check #1035 (Law Offices of Eric Hawes) | (21,754.75) |
| Check #1036 (iDS) | (937.50) |
| Wire to Goldfarb Gross Seligman | (44,539.91) |

**Total Disbursements**  (70,348.16)

Transfers

| | |
|---|---|
| Transfer from -9068 | 65,000.00 |

**Total Transfers**  65,000.00

**Ending Bank Balance**  818.41

**Outstanding Deposits**

    None

**Outstanding Checks**

| | |
|---|---|
| Check #1019 (Bank of America) | (138.40) |
| Check #1037 (Trustee Insurance ) | (2,354.00) |
| | (2,492.40) |

**Ledger Balance**  (1,673.99)

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

| Month: | | Mar-24 |
|---|---|---|

| Bank Name | | East-West Bank |
|---|---|---|
| Bank Account | | -8753 |
| Account Name | | Martel |

| **Starting Bank Balance** | | 63,187.41 |
|---|---|---|

Receipts

| | Tenant (Martel) | 5,500.00 |
|---|---|---|
| | Bank Interest | 257.77 |

| **Total Receipts** | | 5,757.77 |
|---|---|---|

Disbursements

| | None | 0.00 |
|---|---|---|

| **Total Disbursements** | | 0.00 |
|---|---|---|

Transfers

| | None | 0.00 |
|---|---|---|

| **Total Transfers** | | 0.00 |
|---|---|---|

| **Ending Bank Balance** | | 68,945.18 |
|---|---|---|

**Outstanding Deposits**

None

**Outstanding Checks**

None

| **Ledger Balance** | | 68,945.18 |
|---|---|---|

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Month:                                    Mar-24

Bank Name                                 East-West Bank
Bank Account                                      -8760
Account Name                              Highland

**Starting Bank Balance**                  40,418.20

Receipts
                    Tenant (Highland)       8,000.00
                    Bank Interest             159.41
                                          _____
**Total Receipts**                          8,159.41

Disbursements
                    None                        0.00
                                          _____
**Total Disbursements**                         0.00


Transfers
                    None                        0.00
                                          _____
**Total Transfers**                             0.00

**Ending Bank Balance**                    48,577.61

**Outstanding Deposits**
                    None

**Outstanding Checks**
                    None

**Ledger Balance**                         48,577.61

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Month:                                    Mar-24

Bank Name                                 East-West Bank
Bank Account                                      -8767
Account Name                              Poinsettia

**Starting Bank Balance**                 150,012.86

Receipts
                    Refunds               1,666.86
                    Bank Interest           516.92
                                        ─────────────
**Total Receipts**                        2,183.78

Disbursements
                    None                      0.00
                                        ─────────────
**Total Disbursements**                       0.00


Transfers
                    None                      0.00
                                        ─────────────
**Total Transfers**                           0.00

**Ending Bank Balance**                   152,196.64

**Outstanding Deposits**
                    None

**Outstanding Checks**
                    None

**Ledger Balance**                        152,196.64

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

Month:                                          Mar-24

Bank Name                          East-West Bank
Bank Account                              -8879
Account Name                       Life Capital Group

**Starting Bank Balance**              2,223,989.43

Receipts
              Bank Interest              8,499.91

**Total Receipts**                          8,499.91

Disbursements
              None

**Total Disbursements**                      0.00

Transfers
              None

**Total Transfers**                          0.00

**Ending Bank Balance**                2,232,489.34

**Outstanding Deposits**
              None

**Outstanding Checks**
              None

**Ledger Balance**                     2,232,489.34

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

| | | |
|---|---|---:|
| Month: | | Mar-24 |
| | | |
| Bank Name | East-West Bank | |
| Bank Account | | -9068 |
| Account Name | Oxnard | |
| | | |
| **Starting Bank Balance** | | 882,164.13 |
| | | |
| Receipts | | |
| | Bank Interest | 3,123.14 |
| | | |
| **Total Receipts** | | 3,123.14 |
| | | |
| Disbursements | | |
| | None | |
| | | |
| **Total Disbursements** | | 0.00 |
| | | |
| | | |
| Transfers | | |
| | Transfer to -8746 | (65,000.00) |
| | | |
| **Total Transfers** | | (65,000.00) |
| | | |
| **Ending Bank Balance** | | 820,287.27 |
| | | |
| **Outstanding Deposits** | | |
| | None | |
| | | |
| **Outstanding Checks** | | |
| | None | |
| | | |
| **Ledger Balance** | | 820,287.27 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

| | | |
|---|---|---|
| Month: | | Mar-24 |
| | | |
| Bank Name | | East-West Bank |
| Bank Account | | -9110 |
| Account Name | | Berger Retainer |
| | | |
| **Starting Bank Balance** | | 39,551.76 |
| | | |
| Receipts | | |
| | Bank Interest | 151.17 |
| | | |
| **Total Receipts** | | 151.17 |
| | | |
| Disbursements | | |
| | None | |
| | | |
| **Total Disbursements** | | 0.00 |
| | | |
| | | |
| Transfers | | |
| | None | |
| | | |
| **Total Transfers** | | 0.00 |
| | | |
| **Ending Bank Balance** | | 39,702.93 |
| | | |
| **Outstanding Deposits** | | |
| | None | |
| | | |
| **Outstanding Checks** | | |
| | None | |
| | | |
| **Ledger Balance** | | 39,702.93 |

Prepared by Development Specialists, Inc
Preliminary, subject to change and/or review

**EAST WEST BANK** *Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
8746
( 4 )

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 8746 | Beginning balance | $6,166.57 |
| Enclosures | 4 | Total additions (1) | 65,000.00 |
| Low balance | $818.41 | Total subtractions (5) | 70,348.16 |
| Average balance | $6,979.61 | Ending balance | $818.41 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 03-01 | Onin Bkg Trft C | FR ACC | 65,000.00 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1032 | 03-05 | 762.00 | 1036 | 03-29 | 937.50 |
| 1033 | 03-05 | 2,354.00 | * Skip in check sequence | | |
| 1035 * | 03-08 | 21,754.75 | | | |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-01 | Outgoing Wire | Goldfarb Gross Sel igman & Co. | 44,539.91 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 6,166.57 | 03-05 | 23,510.66 | 03-29 | 818.41 |
| 03-01 | 26,626.66 | 03-08 | 1,755.91 | | |

3409      rev 05-16

**EAST WEST BANK** Your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

LESLIE KLEIN BANKRUPTCY ESTATE

ACCOUNT STATEMENT
Page  2  of  3
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
8746

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**

Page  1  of  1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31

8753
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
MARTEL RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | | |
|---|---|---|---|---|
| Account number | 8753 | Beginning balance | | $63,187.41 |
| Low balance | $63,187.41 | Total additions | ( 2) | 5,757.77 |
| Average balance | $67,445.47 | Total subtractions | ( 0) | 0.00 |
| Interest paid year to date | $664.57 | Ending balance | | $68,945.18 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-08 | Deposit | 5,500.00 |
| | 03-31 | Interest Credit | 257.77 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 63,187.41 | 03-08 | 68,687.41 | 03-31 | 68,945.18 |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $67,445.47 | Interest earned | $257.77 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
8760
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
HIGHLAND RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | |
|---|---|---|---|
| Account number | 8760 | Beginning balance | $40,418.20 |
| Low balance | $40,418.20 | Total additions ( 2) | 8,159.41 |
| Average balance | $41,708.52 | Total subtractions ( 0) | 0.00 |
| Interest paid year to date | $456.74 | Ending balance | $48,577.61 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-27 | Deposit | 8,000.00 |
| | 03-31 | Interest Credit | 159.41 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 40,418.20 | 03-27 | 48,418.20 | 03-31 | 48,577.61 |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $41,708.52 | Interest earned | $159.41 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
8767
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
POINSETTA RENTAL SEGREGATED
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | |
|---|---|---|---|
| Account number | 8767 | Beginning balance | $150,012.86 |
| Low balance | $150,012.86 | Total additions ( 2) | 2,241.23 |
| Average balance | $150,281.71 | Total subtractions ( 0) | 0.00 |
| Interest paid year to date | $1,117.54 | Ending balance | $152,254.09 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-27 | Deposit | 1,666.86 |
| | 03-31 | Interest Credit | 574.37 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 150,012.86 | 03-27 | 151,679.72 | 03-31 | 152,254.09 |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $150,281.71 | Interest earned | $574.37 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409     rev 05-16

# EAST WEST BANK

your financial bridge

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
8879
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
(LIFE CAPITAL GROUP)
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | |
|---|---|---|---|
| Account number | 8879 | Beginning balance | $2,223,989.43 |
| Low balance | $2,223,989.43 | Total additions ( 1) | 8,499.91 |
| Average balance | $2,223,989.43 | Total subtractions ( 0) | 0.00 |
| Interest paid year to date | $24,860.48 | Ending balance | $2,232,489.34 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-31 | Interest Credit | 8,499.91 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 2,223,989.43 | 03-31 | 2,232,489.34 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $2,223,989.43 | Interest earned | $8,499.91 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409        rev 05-16

# EAST WEST BANK

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
9068
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CH 11 TRUSTEE
CASE #23-10990
(OXNARD PROPERTY)
333 S GRAND AVE SUITE 4100
LOS ANGELES CA 90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | | |
|---|---|---|---|---|
| Account number | 9068 | Beginning balance | | $882,164.13 |
| Low balance | $817,164.13 | Total additions | ( 1) | 3,123.14 |
| Average balance | $817,164.13 | Total subtractions | ( 1) | 65,000.00 |
| Interest paid year to date | $9,658.33 | Ending balance | | $820,287.27 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-31 | Interest Credit | 3,123.14 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 03-01 | Onln Bkg Trfn D | TO ACC | -65,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 882,164.13 | 03-01 | 817,164.13 | 03-31 | 820,287.27 |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $817,164.13 | Interest earned | $3,123.14 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

# EAST WEST BANK
*Your financial bridge*

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  1
STARTING DATE: March 01, 2024
ENDING DATE: March 31, 2024
Total days in statement period: 31
9110
( 0)

LESLIE KLEIN BANKRUPTCY ESTATE
BRADLEY SHARP CHAPTER 11 TRUSTEE
CASE #23-10990
(BERGER RETAINER)
333 S GRAND AVE STE 4100
LOS ANGELES CA  90071-1571

Protecting the security of your account
and personal information is our top
priority. Learn about our online security
best practices and tips on how to protect
yourself from cybercrime by visiting
eastwestbank.com/privacy-and-security.

## Business Money Market

| | | | | |
|---|---|---|---|---|
| Account number | 9110 | Beginning balance | | $39,551.76 |
| Low balance | $39,551.76 | Total additions | ( 1) | 151.17 |
| Average balance | $39,551.76 | Total subtractions | ( 0) | 0.00 |
| Interest paid year to date | $442.13 | Ending balance | | $39,702.93 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 03-31 | Interest Credit | 151.17 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-29 | 39,551.76 | 03-31 | 39,702.93 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 4.61% | Interest-bearing days | 31 |
| Average balance for APY | $39,551.76 | Interest earned | $151.17 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409       rev 05-16