Jeffrey W. Dulberg (CA Bar No. 181200)
jdulberg@pszjlaw.com
Jeffrey P. Nolan (CA Bar No. 158923)
jnolan@pszjlaw.com
John W. Lucas (CA Bar No. 271038)
jlucas@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**DECLARATION OF RAMON SAINZ RE SERVICE OF ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE AUTHORIZING THE PRODUCTION OF RECORDS OF THE DEBTOR LESLIE KLEIN PURSUANT TO FED. R. BANKR. P. 2004; AND SUBPOENA FOR RULE 2004 EXAMINATION OF LESLIE KLEIN**<br><br>[Relates to Docket No. 721] |

I, Ramon Sainz, declare and state as follows:

1. I am a legal secretary at the Law Firm of Pachulski Stang Ziehl & Jones LLP counsel for Bradley D. Sharp, the duly appointed Chapter 11 trustee (the "Trustee") in the Chapter 11 case of Leslie Klein (the "Debtor"), in the above-captioned case.

2. I am over the age of eighteen years old and have personal knowledge of the facts set forth herein, and if called as a witness would and could competently testify thereto.

LA:4875-1750-7513.1 78512.001

3. On April 26, 2024, I caused to be served on Leslie Klein ("Debtor") and other parties in interest, the following documents (the "Order and Rule 2004 Subpoena"):

    (a) A copy of the Order Granting Motion of Chapter 11 Trustee Authorizing the Production of Records of the Debtor Leslie Klein Pursuant to Fed. R. Bankr. P. 2004 [Docket No. 721]; and

    (b) A copy of the Rule 2004 Subpoena.

4. The Order and Rule 2004 Subpoena were served upon the parties listed on the attached Service List and were served by placing true copies thereof in envelopes and then by sealing the envelopes and depositing them with first-class postage thereon fully prepaid, in the United States Mail at Los Angeles, California and served upon one of the parties on the attached Service List via Federal Express Overnight service (see attached Proof of Service).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 29th day of April 2024, at Los Angeles, California.

                                                        Ramon Sainz

LA:4875-1750-7513.1 78512.001                                             2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RAMON SAINZ RE SERVICE OF ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE AUTHORIZING THE PRODUCTION OF RECORDS OF THE DEBTOR LESLIE KLEIN PURSUANT TO FED. R. BANKR. P. 2004; AND SUBPOENA FOR RULE 2004 EXAMINATION OF LESLIE KLEIN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 29, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via FedEx**:
Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401;

Leslie Klein
322 N. June Street
Los Angeles, CA 90001

**Via FedEx**:
Marc A. Lieberman, Esq.
Alan W. Forsley, Esq.
FLP LAW GROUP LLP
1875 Century Park East, Suite 2230
Los Angeles:. California 90067

**Via Email**:
Simon Aron on behalf of Kenneth Klein and Shoshana
Shrifa Klein: saron@wrslawyers.com; moster@wrslawyers.com

Leslie Klein: les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net

Nathan Talei, Esq.: ntalei@oclslaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/24 | Ramon Sainz | /s/ Ramon Sainz |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**SERVICE INFORMATION FOR CASE NO. 2:23-bk-19090-SK**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- **Simon Aron**  saron@wrslawyers.com, moster@wrslawyers.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**  rb@lnbyg.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com, michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**  tcovey@raslg.com, sferry@raslg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Marc A Lieberman**  marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**  armen@cym.law, jennifer@cym.law, cameron@cym.law, paul@cym.law
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Kirsten Martinez**  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**  smayer@mayerlawla.com
- **Christopher M McDermott**  ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Kenneth Misken**  Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Eric J Olson**  eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Brian A Procel**  bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerbarondess.com
- **Joshua L Scheer**  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Mark M Sharf (TR)**  mark@sharflaw.com, C188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Richard P Steelman**  rps@lnbyg.com, john@lnbyb.com
- **Nikko Salvatore Stevens**  nikko@cym.law, mandi@cym.law
- **Alan G Tippie**  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com, Karen.Files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- **Gary Tokumori**  gtokumori@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**  mwachtell@buchalter.com
- **John P. Ward**  jward@attleseystorm.com, ezhang@attleseystorm.com
- **Brett J. Wasserman**  wasserman@smcounsel.com
- **Alex M Weingarten**  aweingarten@willkie.com, lcarter@willkie.com
- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, jaclyn@cym.law
- **Roye Zur**  rzur@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**SERVICE INFORMATION FOR CASE NO. 2:23-bk-19090-SK**

**2**. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071 |
| Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Leslie Klein<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**