Case 2:23-bk-10990-SK    Doc 887    Filed 01/16/25    Entered 01/16/25 18:31:18    Desc
Main Document    Page 1 of 2

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
jdulberg@pszjlaw.com
jlucas@pszjlaw.com
jnolan@pszjlaw.com

Attorneys for Counsel to Bradley D. Sharp,
Chapter 11 Trustee



**FILED & ENTERED**

**JAN 16 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>　　　　Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARINGS ON CO-TRUSTEES JEFFREY WINTER'S AND FRANKLIN MENLO'S MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>[REQUESTED HEARING DATE: February 12, 2025 at 9;00 a.m.]<br><br>CURRENT HEARING<br>　　Date: February 5, 2025<br>　　Time: 9:00 a.m.<br>　　Place: Courtroom 1575<br>　　255 E. Temple Street<br>　　Los Angeles, CA 90012 |

4918-3082-0112.1 78512.001

The Court, having read and considered the *Joint Stipulation to Continue Hearings on Co-Trustees Jeffrey Winter's and Franklin Menlo's Motions for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 886] (the "<u>Stipulation</u>")[1]; and for good cause shown,

**IT IS ORDERED:**

1. The February 5, 2025 hearing on Jeffrey Winter's Motion For Relief From Stay shall be continued to February 12, 2025 at 9:00 a.m.

2. The February 5, 2025 hearing on Franklin Menlo's Motion For Relief From Stay shall be continued to February 12, 2025 at 9:00 a.m.

3. The deadlines to amend Jeffrey's Motion For Relief From Stay and Franklin's Motion For Relief From Stay and the deadlines to file and serve opposition and reply papers shall be suspended pursuant to this Court's Local Rules in light of the parties' settlement, with such deadlines to be rescheduled in the event the Settlement Motion, Docket # 885, is not granted.

### ###

Date: January 16, 2025

Sandra R. Klein
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA