ROBERT P. GOE (State Bar No. 137019
rgoe@goeforlaw.com
REEM J. BELLO (State Bar No. 198840)
rbello@goeforlaw.com
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
Telephone: (949) 798-2460
Facsimile: (949) 955-9437

BRIAN A. PROCEL (State Bar No. 218657)
brian@procel-law.com
MARTIN H. PRITIKIN (State Bar No. 210845)
marty@procel-law.com
**PROCEL LAW, PC**
401 Wilshire Boulevard, 12th Floor
Santa Monica, California 90401
Telephone: (424) 788-4538

Attorneys for Judgment Creditors
Erica and Joseph Vago

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

      Debtor and Debtor in Possession,

Case No. 2:23-bk-10990-SK

Chapter 11 Proceeding

**EVIDENTIARY OBJECTIONS OF JUDGMENT CREDITORS ERICA AND JOSEPH VAGO TO DECLARATION OF FREDDIE MORSEL IN SUPPORT OF [*RENEWED*] MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND A. GESTETNER FAMILY TRUST AND GESTETNER CHARITABLE REMAINDER UNITRUST PURSUANT TO BANKRUPTCY RULE 9019**

Date:       February 12, 2025
Time:      9:00 a.m.
Place:     Courtroom 1575
           U.S. Bankruptcy Court
           255 E. Temple Street
           Los Angeles, CA 90012

**TO THE HONORABLE SANDRA R. KLEIN, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, CHAPTER 11 TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Judgment Creditors Erica and Joseph Vago (collectively the "Vagos"), hereby file these Evidentiary Objections to the Declaration of Freddie Morsel ("Morsel Declaration") in support of the Chapter 11 Trustee's Motion for Order Approving Settlement Between the Trustee and A. Gestetner Family Trust and Gestetner Charitable Remainder Unitrust Pursuant to Bankruptcy Rule 9019 ("Motion"), and respectfully represent as follows:

| MORSEL DECLARATION STATEMENTS AT ISSUE | OBJECTIONS | COURT'S RULING |
|---|---|---|
| ¶ 2<br><br>"Subsequent to the death of my grandfather, I undertook a review of the legal documents located at my grandfather's primary residence at 1424 55th Street, in Brooklyn, New York." | Improper Argument pursuant to Federal Rule of Evidence ("FRE") 402 and Improper Opinion pursuant to FRE 701 regarding the characterization of the documents as "legal". | Sustained:<br><br>_____<br><br>Overruled:<br><br>_____ |
| ¶ 3<br><br>"Among the documents in my grandfather's home, I located a bound binder of closing documents relating to the property located at 168 7th Street in Brookly, New York entitled Closing Statement of First Amended Gestetner Living Trust and the Gestetner Charitable Remainder Unitrust and JE Goldberg Trust Closed on September 23, 2005 (the "Closing Binder"). A full and complete copy of the Closing Binder is attached hereto as Exhibit "A"." | The "Closing Binder" does not constitute a business record as there has been no showing by the Trustee that the document was prepared and kept in "the course of a regularly conducted activity" of a "business" or "organization" as established "by the testimony of the custodian or another qualified witness." *See* FRE 803(6).<br><br>Morsel cannot authenticate the "Closing Binder" and lacks foundation to authenticate the "Ledger" pursuant to FRE 602.<br><br>Improper hearsay pursuant to FRE 807 as there is not sufficient indicia of reliability to meet the residual hearsay exception. | Sustained:<br><br>_____<br><br>Overruled:<br><br>_____ |

| ¶ 4 | The "Ledger" is a one-page, unsigned, undated spreadsheet with the simple header "Gestetner." (Dkt. 884 at p. 20.) | Sustained: _____ Overruled: _____ |
|---|---|---|
| "Included in the Closing Binder is a ledger.  The header of the ledger reflects the account name as Gestetner and the relevant property as 168 7th Street (the "Ledger").  According to the Ledger, $5,455,403.00 was wire into the Gestetner account on September 27, 2005, three checks were written out of the account bringing the remaining balance down to $3,659,086.75.  On October 10, 2005, the balance increased by $470.35 which is reflected in the Ledger as "Interest Accumulated", and then an outgoing wire of $3,659,507.10 was sent to Les Klein, bringing the account balance to $0." | It is not clear when the "Ledger" was created or when it was purportedly found (other than the assertion that it was located sometime after Gestetner died). Morsel cannot authenticate the "Ledger" and lacks foundation to authenticate the "Ledger" pursuant to FRE 602. The "Ledger" does not constitute a business record as there has been no showing by the Trustee that the document was prepared and kept in "the course of a regularly conducted activity" of a "business" or "organization" as established "by the testimony of the custodian or another qualified witness." *See* FRE 803(6). Improper hearsay pursuant to FRE 807 as there is not sufficient indicia of reliability to meet the residual hearsay exception. Morsel lacks personal knowledge with respect to the statements summarizing the alleged transactions in the Ledger pursuant to FRE 602. The statements summarizing the alleged transactions in the Ledger are also improper argument pursuant to FRE 402 and improper opinion pursuant to FRE 701. | |

The Vagos respectfully requests that the Court sustain the above evidentiary objections to the Morsel Declaration submitted by the Trustee in support of the Motion.

Respectfully submitted,

Dated:  January 21, 2025                              **GOE FORSYTHE & HODGES LLP**

By:  /s/Robert P. Goe
Robert P. Goe
Attorneys for Judgment Creditors Erica Vago
and Joseph Vago

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Bldg. D., Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **EVIDENTIARY OBJECTIONS OF JUDGMENT CREDITORS ERICA AND JOSEPH VAGO TO DECLARATION OF FREDDIE MORSEL IN SUPPORT OF [RENEWED] MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND A. GESTETNER FAMILY TRUST AND GESTETNER CHARITABLE REMAINDER UNITRUST PURSUANT TO BANKRUPTCY RULE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) January 21, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 21, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Sandra R. Klein, USBC, 255 E. Temple Street, Ctrm 1575, Los Angeles, CA 90012

☐    Service information continued on attached page

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 21, 2025 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 2:23-bk-10990-SK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Simon Aron**    saron@wrslawyers.com,
  moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**    rb@lnbyg.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com,
  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com,
  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com,
  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com,
  cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com,
  Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Christopher M McDermott**    ch11ecf@aldridgepite.com,
  CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Kenneth Misken**    Kenneth.M.Misken@usdoj.gov
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Eric J Olson**    eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    bprocel@millerbarondess.com,
  rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Kevin Ronk**    Kevin@portilloronk.com, jaclyn@cym.law,karen@cym.law

- **Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com**
- **Mark M Sharf (TR)    mark@sharflaw.com,**
  **C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com**
- **Bradley D. Sharp (TR)    bsharp@dsi.biz**
- **Richard P Steelman    RPS@LNBYG.COM**
- **Nikko Salvatore Stevens    nikko@cym.law, karen@cym.law**
- **Alan G Tippie    Alan.Tippie@gmlaw.com,**
  **atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,**
  **denise.walker@gmlaw.com**
- **Gary Tokumori    gtokumori@pmcos.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Michael L Wachtell    mwachtell@buchalter.com,**
  **marias@buchalter.com;docket@buchalter.com**
- **John P. Ward    jward@attleseyward.com, ephuong@attleseyward.com**
- **Brett J. Wasserman    wasserman@smcounsel.com**
- **Alex M Weingarten    aweingarten@willkie.com, lcarter@willkie.com**
- **Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com**
- **Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com**
- **Paul P Young    paul@cym.law, jaclyn@cym.law**
- **Roye Zur    rzur@elkinskalt.com,**
  **TParizad@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbir**
  **d.com**