# EXHIBIT E

```
 1  Jeffrey W. Dulberg (State Bar No. 181200)
    John W. Lucas (State Bar No. 271038)
 2  Jeffrey P. Nolan (State Bar No. 158923)
    PACHULSKI STANG ZIEHL & JONES LLP
 3  10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067-4003
 4  Telephone: 310.277.6910
    Facsimile: 310.201.0760
 5  Los Angeles, California 90067-4003
    E-mail:  jdulberg@pszjlaw.com
 6           jlucas@pszjlaw.com
             jnolan@pszjlaw.com
 7
    Attorneys for Plaintiff, Bradley D. Sharp,
 8  Chapter 11 Trustee
```



**FILED & ENTERED**

**DEC 20 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor.<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE KLEIN, an individual, THE SECOND AMENDED KLEIN LIVING TRUST, a trust, THE MARITAL DEDUCTION TRUST OF ERIKA KLEIN, a trust, THE SURVIVOR'S TRUST OF LESLIE KLEIN, a trust, and BARBARA KLEIN, an individual,<br><br>Defendants. | Case No.: 23-10990-SK<br><br>Adv. Case No.: 2:24-ap-01140-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS FOR RELIEF AGAINST DEFENDANTS**<br><br>Date:  December 18, 2024<br>Time:  10:30 a.m.<br>Place:  Courtroom 1575<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br><br>[Relates to Docket Nos. 32, 33, 34, 36, 43, 44, 48 and 49] |

A hearing was held on December 18, 2024 at 10:30 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the *Motion For Summary Judgment On All Claims for Relief Against Defendants* (the "**Motion**")[1] [Adv. Docket No. 32], filed by plaintiff, Bradley D. Sharp, as trustee

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

1  (the "**Plaintiff**") for the Chapter 11 estate of Leslie Klein. Appearances were as noted on the
2  record.
3      Based upon the record, the Motion, the declaration of John W. Lucas [Adv. Docket No.
4  33], the request for judicial notice [Adv. Docket No. 34], and the statement of facts and
5  conclusions of law [Adv. Docket No. 36], filed by Plaintiff in support of the Motion; the
6  opposition to the Motion filed by Defendants [Adv. Docket No. 43], the statement of genuine
7  issues of facts filed by Defendants [Adv. Docket No. 44]; the reply to the statement of facts filed
8  by Plaintiff [Adv. Docket No. 48], and the reply to the Opposition filed by Plaintiff [Adv. Docket
9  No. 49]; the motion to continue filed by Defendants [Adv. Docket No. 51]; and the opposition to
10 the Motion to Continue, filed by Plaintiff [Adv. Docket No. 52]; and the arguments of counsel at
11 the hearing; based on the findings of fact and conclusions of law made by the Court on the record
12 of the hearing; and good cause appearing therefor; and for the reasons stated by the Court on the
13 record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Bankruptcy Court shall retain exclusive jurisdiction to resolve any dispute arising from or relating to this Order.

### #

Date: December 20, 2024

Sandra R. Klein
United States Bankruptcy Judge

4920-9348-3016.1 78512.001      2