# EXHIBIT F

**Eric Olson**

In California can the fact that a named defendant had no juridical existence be raised on appeal if it was not raised at trial?

 **AI Assistant**

In California, the fact that a named defendant had no juridical existence can be raised on appeal even if it was not raised at trial. This is because a lack of standing is considered a jurisdictional defect, which can be raised at any time during the proceedings, including for the first time on appeal. The California courts have consistently held that issues related to standing, which affect the jurisdiction of the court, are not waived by the failure to raise them at trial and can be addressed on appeal  Cummings v. Stanley, 177 Cal. App. 4th 493, In re B.S., 65 Cal. App. 5th 888.

For instance, in the case of  Cummings v. Stanley, 177 Cal. App. 4th 493, it was established that a lack of standing is a jurisdictional defect that mandates dismissal and can be raised at any time, including on appeal  Cummings v. Stanley, 177 Cal. App. 4th 493. Similarly, in  Hudis v. Crawford, 125 Cal. App. 4th 1586, the court reiterated that a lack of standing is a jurisdictional defect, and when an appellant lacks standing, the appeal is subject to dismissal. This principle is further supported by the case of  In re B.S., 65 Cal. App. 5th 888, which also confirms that a lack of standing is a jurisdictional defect that can be raised at any stage of the proceedings  In re B.S., 65 Cal. App. 5th 888.

Therefore, in California, the issue of a named defendant's lack of juridical existence, which relates to standing, can indeed be raised for the first time on appeal, as it is a jurisdictional matter that is not subject to waiver by failing to raise it at trial  Cummings v. Stanley, 177 Cal. App. 4th 493, In re B.S., 65 Cal. App. 5th 888.

**Content supporting AI-generated response:**

⚠ Cummings v. Stanley, 177 Cal. App. 4th 493  | CA Courts of Appeal Cases from 1905 | Cases | California | Sep 4, 2009

ⓘ In re B.S., 65 Cal. App. 5th 888  | CA Courts of Appeal Cases from 1905 | Cases | California | Jun 18, 2021

⚠ Hudis v. Crawford, 125 Cal. App. 4th 1586  | CA Courts of Appeal Cases from 1905 | Cases | California | Jan 27, 2005