1 | Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
3 | Los Angeles, California 90067-4003
Telephone: 310-277-6910
4 | Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
5 |          jlucas@pszjlaw.com

6 | Counsel to Bradley D. Sharp, Chapter 11 Trustee



FILED & ENTERED

FEB 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

LESLIE KLEIN,

        Debtor.

Case No. 2:23-bk-10990-SK

Chapter 11

**ORDER GRANTING MOTION AND APPROVING SALE OF ESTATE'S INTEREST IN SUITE 1323 OF THE LEONARDO PLAZA HOTEL, HA-RAV AVIDA ST 1, JERUSALEM, 9426801, ISRAEL**

Date:     February 12, 2025
Time:     9:00 a.m.
Crtrm.:   1575

Judge:   Hon. Sandra R. Klein

[Relates to Docket Nos. 895, 904 and 906]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4909-8220-8531.1 78512.001

1    A hearing was held on February 12, 2025, at 9:00 a.m., before the Honorable Sandra R.

2  Klein, United States Bankruptcy Judge for the Central District of California, in Courtroom 1575

3  located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Approving*

4  *Sale of Estate's Interest In Suite 1323 Of The Leonardo Plaza Hotel, Ha-Rav Avida St 1,*

5  *Jerusalem, 9426801, Israel* [Docket No. 895] (the "**Motion**")[1], filed by Bradley D. Sharp, the duly

6  appointed, authorized and acting chapter 11 trustee (the "**Trustee**") in the above-captioned

7  bankruptcy case.  Appearances were made as noted on the record.

8    The Court, having read and considered the Motion and all papers filed in support thereof,

9  as well as the response filed by Leslie Klein as Trustee of the Marital Deduction Trust of Erika

10  Klein and Trustee of the Credit Trust of Erika Klein [Docket No. 904] and the Trustee's reply

11  thereto [Docket No. 906], and, having found that the offer of Philip Joseph Goldschmiedt and

12  Rachel Goldschmiedt (the "**Buyer**") is the "highest and best" offer received with respect to the

13  proposed sale, and that the Buyer is entitled to "good faith" protection in accordance with 11

14  U.S.C. §363(m), and having found that Suite 1323 of The Leonardo Plaza Hotel, Ha-Rav Avida St

15  1, Jerusalem, 9426801, Israel (the "**Property**")  is free and clear of all liens, claims or interests,

16  except for an order prohibiting any disposition of the Property issued by the Israeli Court at the

17  Trustee's request, and with good cause shown,

18  //

19  //

20  /

21  //

22  //

23  //

24  //

25  //

26  //

27

28  [1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

IT IS HEREBY ORDERED:

1.      The Motion is **GRANTED**.

2.      The Trustee is authorized to sell. pursuant to 11 U.S.C. §363(b), the bankruptcy estate's interest in the Property, as further set forth herein.

3.      The offer (the "**Accepted Offer**") from the Buyer in the amount of 3,271,000 Israel New Shekels (ILS) is approved.  The Accepted Offer is the "highest and best" offer the Trustee has received for the Israel Property.

4.      The Buyer is deemed a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

5.      Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the Trustee is authorized to proceed with the sale.  The Motion or notice of Motion shall be deemed to provide sufficient notice of the Trustee's request for waiver of the otherwise applicable stay of the Order.

# # #

Date: February 13, 2025

Sandra R. Klein
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4909-8220-8531.1 78512.001

3