Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com
       jnolan@pszjlaw.com

**FILED & ENTERED**

**FEB 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>          Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR APPROVAL OF SETTLEMENT BETWEEN THE TRUSTEE AND A. GESTETNER FAMILY TRUST AND GESTETNER CHARITABLE REMAINDER UNITRUST PURSUANT TO BANKRUPTCY RULE 9019**<br><br>[Relates to Docket Nos. 882, 884, 888, 893, 894, 899, 900, 901, and 902]<br><br>Date:  February 12, 2025<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

//

//

//

4916-8091-5994.1 78512.001

The Court has considered the *Motion of Chapter 11 Trustee for Approval of Settlement Between the Trustee and A. Gestetner Family Trust and Gestetner Charitable Remainder Unitrust Pursuant to Bankruptcy Rule 9019* (the "**Motion**")[1] [Docket No. 882], filed by Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate of Leslie Klein, the *Declaration of Bradley D. Sharp* (the "**Sharp Declaration**") filed in support of the Motion, pursuant to which the Trustee sought approval of a settlement agreement (the "**Settlement Agreement**"), by and between the Trustee, on the one hand, and A. Gestetner Family Trust and Gestetner Charitable Remainder Unitrust (together, the "**Gestetners**" and together with the Trustee, the "**Parties**"); and upon the Opposition to the Motion filed by Robert and Esther Mermelstein (the "**Mermelstein Opposition**") [Docket No. 888], and the Opposition to the Motion filed by Erica and Joseph Vago (the "**Vago Opposition**") [Docket No. 893] and upon the Trustee's Reply to the Mermelstein Opposition and the Vago Opposition (the "**Trustee Reply**") [Docket No. 899], and the Gestetners' Reply to the Mermelstein Opposition and Vago Opposition (the "**Gestetners Reply**") [Docket No. 900].

The terms of the settlement (the "**Settlement**") are specifically set forth in the Settlement Agreement, a copy of which is attached to the Sharp Declaration as Exhibit 1. Based upon the record, the Motion, the Sharp Declaration, and the Settlement Agreement, the Mermelstein Opposition, the Vago Opposition, the Trustee Reply and the Gestetners Reply and all of the pleadings filed in support of the respective pleadings, the arguments of counsel at the hearing, the testimony of Freddie Morsel and findings made by the Court on the record at the hearing, and good cause, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the Debtor's estate; and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given, therefore,

//

//

//

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement and the Motion.

//

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED.

2. The Settlement and the Settlement Agreement are approved in their entirety.

3. The Trustee is authorized to enter into and take any and all actions reasonably necessary to effectuate the Settlement Agreement.

4. The Gestetners shall have a single allowed secured claim of $3,650,000.00.

###

Date: February 13, 2025

Sandra R. Klein
United States Bankruptcy Judge

4916-8091-5994.1 78512.001

3