United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-SK |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

**Recip ID      Recipient Name and Address**
db          + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025               Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Alan G Tippie
                  on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
                  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
                  on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
                  on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
                  on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
                  armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
                  on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

| | |
|---|---|
| Baruch C Cohen | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J. Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Barbara Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties LP Kevin@portilloronk.com, jaclyn@cym.law,karen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com jaclyn@cym.law,karen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com

Mark M Sharf (TR)
    mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
    on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Case 2:23-bk-10990-SK    Doc 925    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0973-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group  LLC RPS@LNBYG.COM

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

District/off: 0973-2 | User: admin | Page 5 of 5
Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 93

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
Email: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com

Counsel to Bradley D. Sharp,
Chapter 11 Trustee

**FILED & ENTERED**

**FEB 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** penning **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>            Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER GRANTING (1) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY FRANKLIN H. MENLO, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED MARCH 1, 1983 [DOCKET NO. 65]; AND (2) MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362, FILED BY JEFFREY WINTER, CO-TRUSTEE OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED MARCH 1, 1983 [DOCKET NO. 254]**<br><br>Date:    February 12, 2025<br>Time:   9:00 a.m.<br>Place:  Courtroom 1575<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

      **WHEREAS**, on April 5, 2023, Franklin H. Menlo, Co-Trustee Of The Franklin Menlo Irrevocable Trust Established March 1, 1983 ("**Menlo**") filed a *Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362* (the "**Menlo Lift Stay Motion**") [Docket No. 65];

LA:4935-4743-0408.4 78512.001

**WHEREAS**, on August 14, 2023, Jeffrey Winter, Co-Trustee of the Franklin Menlo Irrevocable Trust Established March 1, 1983 ("**Winter**" and together with Menlo, the "**Menlo Parties**") filed a *Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362* (the "**Winter Lift Stay Motion**") [Docket No. 254];

**WHEREAS**, on or about February 12, 2025, the Court entered an *Order Granting Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Settlement With Mutual Releases Between the Trustee and Franklin H. Menlo and Jeffrey Winter, Co-Trustees of the Franklin Menlo Irrevocable Trust Established March 1, 1983 and Granting Relief From Stay* (the "**Settlement Order**")[1];

**WHEREAS**, the Settlement Order approved a settlement agreement (the "**Settlement Agreement**"), by and between Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee**"), on the one hand, and the Menlo Parties, on the other hand;

**WHEREAS**, pursuant to the Settlement Order, the Settlement Agreement is modified to make it effective upon entry of the Settlement Order (the "**Effective Date**"); and

**WHEREAS**, the Settlement Agreement provides that at the same time the Bankruptcy Court shall execute the Settlement Order, the Court shall also execute and enter a separate lift stay order (the "**Lift Stay Order**") which the Menlo Parties can readily refer to and rely upon when returning to Probate Court, *provided, however*, that the Menlo Parties shall not be entitled to present or file the Lift Stay Order with the Probate Court prior to the Effective Date of the Settlement Agreement.

Based upon the Court's review of the Menlo Lift Stay Motion, the Winter Lift Stay Motion, and the Settlement Order, and finding that that the Settlement Agreement is in effect and no further notice be given,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement and the Motion.

2

LA:4935-4743-0408.4 78512.001

Imaged Certificate of Notice    Page 8 of 9

**IT IS HEREBY ORDERED**:

1.　　The Menlo Parties (and the beneficiaries of all Menlo Trusts to the extent permitted by law) shall have relief from the automatic stay in the Debtor's bankruptcy case with respect to all Probate Court matters and the stay shall be unconditionally lifted to allow the Menlo Parties to pursue all of their rights and remedies in the Probate Court; provided, however, that the Menlo Parties shall not be permitted to seek to collect upon any judgment, claims or similar awards from property of the Debtor's bankruptcy estate nor will they be permitted to increase the amount of their allowed claims against the Debtor's bankruptcy estate as a result of any such judgment, claims or similar awards; and further provided that the Menlo Parties shall not be permitted to present or file this Lift Stay Order with the Probate Court prior to the Effective Date of the Settlement Agreement.

//

//

//

//

//

//

//

//

//

//

//

//

3

LA:4935-4743-0408.4 78512.001

2. Upon the Effective Date of the Settlement Agreement, the Trustee shall immediately provide the Menlo Parties with a letter stating that the Effective Date of the Settlement Agreement has been reached. When presented to the Probate Court by the Menlo Parties, such letter shall be *prima facie* evidence that the Effective Date of the Settlement Agreement has been reached, thereby allowing the Menlo Parties to file this Lift Stay Order with the Probate Court.

3. Following the Effective Date, the Trustee shall not be given notice of further proceedings involving the Menlo Parties in the Probate Court and shall not appear in any such proceedings unless such appearance is specifically requested by any of the parties to such proceedings or requested by the Probate Court.

4. The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

### #

Date: February 12, 2025

*[signature]*
Sandra R. Klein
United States Bankruptcy Judge

4

LA:4935-4743-0408.4 78512.001