United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 23-10990-SK

Leslie Klein                                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                          Page 1 of 5

Date Rcvd: Feb 13, 2025                       Form ID: pdf042                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

**Recip ID              Recipient Name and Address**
db                   +  Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

Alan G Tippie
                                on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
                                atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
                                on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
                                on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
                                on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
                                armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
                                on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

District/off: 0973-2                          User: admin                                    Page 2 of 5

Date Rcvd: Feb 13, 2025                       Form ID: pdf042                                Total Noticed: 1

Baruch C Cohen

    on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

    on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

    on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

    on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young

    on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)

    bsharp@dsi.biz

Brandon J. Iskander

    on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander

    on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander

    on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman

    on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel

    on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott

    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association,
as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com,
CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young

    on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young

    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young

    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Dane W Exnowski

    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For
VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski

    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson

    on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson

    on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson

    on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson

    on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson

    on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Eric J Olson

    on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Gary Tokumori

    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell

    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz

    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan

    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com

District/off: 0973-2                          User: admin                                    Page 3 of 5

Date Rcvd: Feb 13, 2025                    Form ID: pdf042                            Total Noticed: 1

Jeffrey P Nolan
      on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
      on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
      on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
      on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
      on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
      on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
      on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com,
      ephuong@attleseyward.com

John W Lucas
      on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
      on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
      on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
      on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National
      Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
      on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kevin Ronk
      on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, jaclyn@cym.law,karen@cym.law

Kevin Ronk
      on behalf of Creditor Franklin Menlo Kevin@portilloronk.com  jaclyn@cym.law,karen@cym.law

Kirsten Martinez
      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp
      Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
      on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com
      Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
      on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Mark M Sharf (TR)
      mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Matthew D. Resnik
      on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
      roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm
      .com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael I. Gottfried
      on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
      on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
      on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
      cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
      on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
      yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
      on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
      yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

District/off: 0973-2                          User: admin                                      Page 4 of 5
Date Rcvd: Feb 13, 2025                        Form ID: pdf042                              Total Noticed: 1

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group  LLC RPS@LNBYG.COM

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

District/off: 0973-2                            User: admin                                Page 5 of 5

Date Rcvd: Feb 13, 2025                        Form ID: pdf042                            Total Noticed: 1

                  on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com
                  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender
                  on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko
                  on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
                  on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com
                  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
                  on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
                  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
                  on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com
                  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Simon Aron
                  on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron
                  on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Steven M Mayer
                  on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
                  on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
                  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
                  Mortgage Acquisition Trust tcovey@raslg.com

Todd S. Garan
                  on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com,
                  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)
                  ustpregion16.la.ecf@usdoj.gov


TOTAL: 93

4Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com
        jnolan@pszjlaw.com

**FILED & ENTERED**

**FEB 12 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:23-bk-10990-SK |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT WITH MUTUAL RELEASES BETWEEN THE TRUSTEE AND FRANKLIN H. MENLO AND JEFFREY WINTER, CO-TRUSTEES OF THE FRANKLIN MENLO IRREVOCABLE TRUST ESTABLISHED MARCH 1, 1983 AND GRANTING RELIEF FROM STAY** |
| | [Relates to Docket No. 885] |
| | Date:    February 12, 2025 |
| | Time:    9:00 a.m. |
| | Place:   Courtroom 1575 |
| |           255 E. Temple Street |
| |           Los Angeles, CA 90012 |

The Court has considered the *Motion for Order Pursuant to Bankruptcy Rule 9019*

*Approving Settlement With Mutual Releases Between the Trustee and Franklin H. Menlo and Jeffrey*

*Winter, Co-Trustees of the Franklin Menlo Irrevocable Trust Established March 1*, 1983 *and*

4920-8862-4151.2 78512.001

*Granting Relief From Stay* (the "**Motion**")[1] [Docket No. 885], filed by Bradley D. Sharp, in his

capacity as Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate of Leslie Klein, the

*Declaration of Bradley D. Sharp* (the "**Sharp Declaration**") filed in support of the Motion, pursuant

to which the Trustee sought approval of a settlement agreement (the "**Settlement Agreement**"), by

and between the Trustee, on the one hand, and Franklin H. Menlo, Co-Trustee of the Franklin Menlo

Irrevocable Trust Established March 1, 1983 ("**Menlo**") and Jeffrey Winter, Co-Trustee of the

Franklin Menlo Irrevocable Trust Established March 1, 1983 ("**Winter**", and together with Menlo,

the "**Menlo Parties**" and together with the Trustee, the "**Parties**"), on the other hand.  No timely

opposition to the Motion was filed.  .

The terms of the settlement (the "**Settlement**") are specifically set forth in the Settlement

Agreement, a copy of which is attached to the Sharp Declaration.  Based upon the Court's review of

the Motion, the Sharp Declaration, and the Settlement, the Court finds that (1) the relief requested in

the Motion is reasonable, appropriate, and in the best interests of the Parties; and (2) notice of the

Motion was adequate and appropriate under the circumstances and no further notice be given,

therefore

**IT IS HEREBY ORDERED**:

1.      The Motion is granted and the Settlement and the Settlement Agreement are approved

in their entirety except as otherwise set forth herein.

2.      The Trustee is authorized to enter into and take any and all actions reasonably

necessary to effectuate the Settlement Agreement.

3.      By agreement of the parties to the Settlement Agreement, paragraph 1(b) of the

Settlement Agreement shall be modified to read as follows: "(b) the date that an order is entered by

the Court approving the Agreement."

4.      On the Effective Date (as defined in the Settlement Agreement), the Menlo Parties'

$55,431,823.00 proof of claim (the "**Menlo Claim**") shall be allowed as (a) a general unsecured

claim in the amount of $19,225,065.00 (the "**General Unsecured Claim**") and (b) a subordinated

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement and the Motion.

4920-8862-4151.2 78512.001                          2

unsecured claim in the amount of $11,176,758.00 (the "**Subordinated Unsecured Claim**") with all other amounts set forth in the filed proof of claim disallowed;

5.    The Subordinated Unsecured Claim shall not be entitled to a distribution from the Estate unless and until all allowed general unsecured claims (including the General Unsecured Claim) have been paid in full but shall be entitled to be paid in full to the extent estate assets are available prior to any distribution from the Estate to the Debtor.  All other amounts asserted in the Menlo Claim not otherwise allowed by the Settlement Agreement shall be disallowed as of the Effective Date.

6.    On the Effective Date, the $300,000.00 settlement payment previously delivered to the Trustee shall become property of the bankruptcy estate; and

7.    The Court will presently enter the Lift Stay Order granting the Menlo Parties relief from the automatic stay to proceed to judgment on their Probate Court claims, *provided*, *however*, the Menlo Parties will not be permitted to collect any resulting judgment, claims or similar awards from Estate assets, nor will they be permitted to increase the amount of their General Unsecured Claim or their Subordinated Unsecured Claim against the Estate as a result of any such judgment, claims or similar awards; and *provided further* that the Menlo Parties shall not be entitled to present or file the Lift Stay Order with the Probate Court prior to the Effective Date of the Settlement Agreement.

# # #

Date: February 12, 2025

Sandra R. Klein
United States Bankruptcy Judge

4920-8862-4151.2 78512.001                    3