United States Bankruptcy Court

Central District of California

In re:                                                                      Case No. 23-10990-SK

Leslie Klein                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                                    Page 1 of 5

Date Rcvd: Feb 13, 2025                   Form ID: pdf042                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

**Recip ID**              **Recipient Name and Address**
db                      +  Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed
below:**

**Name**                       **Email Address**

Alan G Tippie
                            on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
                            atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
                            on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
                            on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
                            on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
                            armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
                            on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

District/off: 0973-2                                   User: admin                                   Page 2 of 5
Date Rcvd: Feb 13, 2025                             Form ID: pdf042                             Total Noticed: 1

Baruch C Cohen

on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Creditor David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Beth Ann R. Young

on behalf of Interested Party Life Capital Group  LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)

bsharp@dsi.biz

Brandon J. Iskander

on behalf of Creditor Joseph Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J. Iskander

on behalf of Interested Party Robert P Goe biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J. Iskander

on behalf of Creditor Erica Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brett J. Wasserman

on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel

on behalf of Plaintiff Erica Vago brian@procel-law.com  rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association,
as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com,
CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young

on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young

on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young

on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Dane W Exnowski

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For
VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski

on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson

on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson

on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson

on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson

on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson

on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Eric J Olson

on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Gary Tokumori

on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz

on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan

on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com,
ephuong@attleseyward.com

John W Lucas
on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National
Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kevin Ronk
on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, jaclyn@cym.law,karen@cym.law

Kevin Ronk
on behalf of Creditor Franklin Menlo Kevin@portilloronk.com  jaclyn@cym.law,karen@cym.law

Kirsten Martinez
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp
Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com
Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Mark M Sharf (TR)
mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm
.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael I. Gottfried
on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

District/off: 0973-2                                    User: admin                                    Page 4 of 5
Date Rcvd: Feb 13, 2025                                 Form ID: pdf042                                Total Noticed: 1

Michael L Wachtell
                  on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com marias@buchalter.com;docket@buchalter.com

Michael S Kogan
                  on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
                  on behalf of Interested Party Courtesy NEF nikko@cym.law karen@cym.law

Nikko Salvatore Stevens
                  on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, karen@cym.law

Nikko Salvatore Stevens
                  on behalf of Creditor Franklin Menlo nikko@cym.law karen@cym.law

Paul P Young
                  on behalf of Creditor Franklin Menlo paul@cym.law jaclyn@cym.law

Paul P Young
                  on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, jaclyn@cym.law

Paul P Young
                  on behalf of Interested Party Courtesy NEF paul@cym.law jaclyn@cym.law

Reem J Bello
                  on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Interested Party Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
                  on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Richard P Steelman, Jr
                  on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM

Robert P Goe
                  on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Defendant Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                  on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender

on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur

on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur

on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur

on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Simon Aron

on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Steven M Mayer

on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer

on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
Mortgage Acquisition Trust tcovey@raslg.com

Todd S. Garan

on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com,
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 93

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

LESLIE KLEIN,

          Debtor.

Case No. 2:23-bk-10990-SK

Chapter 11

**ORDER GRANTING MOTION AND APPROVING SALE OF ESTATE'S INTEREST IN SUITE 1323 OF THE LEONARDO PLAZA HOTEL, HA-RAV AVIDA ST 1, JERUSALEM, 9426801, ISRAEL**

Date:      February 12, 2025
Time:      9:00 a.m.
Crtrm.:    1575

Judge:    Hon. Sandra R. Klein

[Relates to Docket Nos. 895, 904 and 906]

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4909-8220-8531.1 78512.001

1      A hearing was held on February 12, 2025, at 9:00 a.m., before the Honorable Sandra R.

2  Klein, United States Bankruptcy Judge for the Central District of California, in Courtroom 1575

3  located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Approving*

4  *Sale of Estate's Interest In Suite 1323 Of The Leonardo Plaza Hotel, Ha-Rav Avida St 1,*

5  *Jerusalem, 9426801, Israel* [Docket No. 895] (the "**Motion**")[1], filed by Bradley D. Sharp, the duly

6  appointed, authorized and acting chapter 11 trustee (the "**Trustee**") in the above-captioned

7  bankruptcy case.  Appearances were made as noted on the record.

8      The Court, having read and considered the Motion and all papers filed in support thereof,

9  as well as the response filed by Leslie Klein as Trustee of the Marital Deduction Trust of Erika

10  Klein and Trustee of the Credit Trust of Erika Klein [Docket No. 904] and the Trustee's reply

11  thereto [Docket No. 906], and, having found that the offer of Philip Joseph Goldschmiedt and

12  Rachel Goldschmiedt (the "**Buyer**") is the "highest and best" offer received with respect to the

13  proposed sale, and that the Buyer is entitled to "good faith" protection in accordance with 11

14  U.S.C. §363(m), and having found that Suite 1323 of The Leonardo Plaza Hotel, Ha-Rav Avida St

15  1, Jerusalem, 9426801, Israel (the "**Property**")  is free and clear of all liens, claims or interests,

16  except for an order prohibiting any disposition of the Property issued by the Israeli Court at the

17  Trustee's request, and with good cause shown,

18  //

19  //

20  /

21  //

22  //

23  //

24  //

25  //

26  //

27

28

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

IT IS HEREBY ORDERED:

1.    The Motion is **GRANTED**.

2.    The Trustee is authorized to sell. pursuant to 11 U.S.C. §363(b), the bankruptcy estate's interest in the Property, as further set forth herein.

3.    The offer (the "**Accepted Offer**") from the Buyer in the amount of 3,271,000 Israel New Shekels (ILS) is approved.  The Accepted Offer is the "highest and best" offer the Trustee has received for the Israel Property.

4.    The Buyer is deemed a "good faith purchaser" pursuant to 11 U.S.C. § 363(m).

5.    Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the Trustee is authorized to proceed with the sale.  The Motion or notice of Motion shall be deemed to provide sufficient notice of the Trustee's request for waiver of the otherwise applicable stay of the Order.

# # #

Date: February 13, 2025

Sandra R. Klein
United States Bankruptcy Judge

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California