United States Bankruptcy Court

Central District of California

In re:                                                                                                      Case No. 23-10990-SK

Leslie Klein                                                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                       User: admin                       Page 1 of 5

Date Rcvd: Feb 13, 2025            Form ID: pdf042            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025                                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |

Case 2:23-bk-10990-SK    Doc 928    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 2 of 8

| District/off: 0973-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Baruch C Cohen | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J. Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Barbara Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com |

| | |
|---|---|
| Jeffrey P Nolan | on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com |
| Jeffrey W Dulberg | on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com |
| John P. Ward | on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com |
| John W Lucas | on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com |
| Joshua L Scheer | on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com |
| Kenneth Misken | on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov |
| Kevin Ronk | on behalf of Creditor Miracle Mile Properties LP Kevin@portilloronk.com, jaclyn@cym.law,karen@cym.law |
| Kevin Ronk | on behalf of Creditor Franklin Menlo Kevin@portilloronk.com jaclyn@cym.law,karen@cym.law |
| Kirsten Martinez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Kirsten Martinez | on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Krikor J Meshefejian | on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com |
| Mark M Sharf (TR) | mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com |
| Matthew D. Resnik | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael Jay Berger | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |

Case 2:23-bk-10990-SK    Doc 928    Filed 02/15/25    Entered 02/16/25 09:19:06    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0973-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law jaclyn@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, jaclyn@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law jaclyn@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

|  |  |
|---|---|
|  | on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 93

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
           jlucas@pszjlaw.com
           jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 13 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                    Debtor.<br>; | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE (1) RESTORING POSSESSION OF THE PROPERTY LOCATED AT 322 N. JUNE ST., LOS ANGELES, CALIFORNIA TO THE TRUSTEE AND COMPELLING DEBTOR TO VACATE THE PROPERTY**<br><br>[Relates to Docket Nos. 890, 903, and 905]<br><br>Date:   February 12, 2025<br>Time:  9:00 a.m.<br>Place:  Courtroom 1575<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

A hearing was held on February 12, 2025 at 9:00 a.m. in Courtroom 1575, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Sandra R. Klein for the Court to consider and act upon the *Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property; and (2) Directing and Authorizing the United States Marshal Service, or Any Other*

4898-2872-9102.3 78512.001

*Law Enforcement Agency With Jurisdiction, to Enforce the Order of the Court to Restore Possession of the Property to the Trustee* [Docket No. 890] (the "**Motion**")1, filed by Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate of Leslie Klein. Appearances were as noted on the record.

Based upon the record, the declarations of Bradley D. Sharp and Jeffrey W. Dulberg filed in support of the Motion, the opposition filed by Leslie Klein, Leslie Klein as Trustee of The Second Amended Klein Living Trust, Leslie Klein as Trustee of The Marital Deduction Trust of Erika Klein, Leslie Klein as Trustee of The Survivor's Trust of Leslie Klein, and Barbara Klein [Docket No. 903], the Trustee's reply thereto [Docket No. 905], the arguments of counsel at the hearing, the findings made by the Court on the record of the hearing, and for the reasons stated by the Court on the record of the hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED as follows.

2. Legal title to the property described as Lot 300 of Tract No 8320 in the City of Los Angeles, as per Map recorded in Book 98, Page 41 of Maps in the Office of the County Recorder of Los Angeles County, California, commonly known as 322 N. June Street, Los Angeles, CA, APN # 5523-033-008 (the "**Property**") is property of the bankruptcy estate of Leslie Klein (the "**Debtor**") and Bradley D. Sharp, in his capacity as Trustee of the Debtor's estate, holds the power to exercise or enforce all legal and equitable rights of the Property, including all authority to perform all acts as the owner of the Property, including memorializing the transfer of legal title of the Property from or to the Debtor's estate.

//
//
//
//
//
//

---

1 Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

4898-2872-9102.3 78512.001

2

3.  Within 30 days after entry of this Order, the Debtor and all occupants of the Property (*i.e.*, 322 N. June St., Los Angeles, California) must vacate and deliver possession of the Property to the Trustee.

4.  The Court shall retain jurisdiction to interpret and enforce the terms of this Order.

### #

Date: February 13, 2025

*[signature]*

Sandra R. Klein
United States Bankruptcy Judge

4898-2872-9102.3 78512.001

3