**FILED & ENTERED**

**MAR 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br><br>                              Debtor(s) | Case No.:    2:23-bk-10990-NB<br><br>Chapter:    11<br><br>**ORDER (1) SETTING STATUS CONFERENCES IN RELATED ADVERSARY PROCEEDINGS, AND (2) DIRECTING CHAPTER 11 TRUSTEE TO GIVE NOTICE TO ALL PARTIES**<br><br>Adversary Status Conferences:<br>Date:  April 8, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br>(or via Zoomgov per posted procedures) |

On March 3, 2025 this case and all related adversary proceedings were reassigned from Judge Sandra R. Klein to the undersigned Bankruptcy Judge in accordance with Administrative Order 25-03 dated February 4, 2025.  In view of such reassignments, IT IS HEREBY ORDERED as follows:

1. At the above-captioned time and place this Court will conduct status conferences for each of the following adversary proceedings:

    a. *Vago et al. v. Klein*, Adv. No. 2:23-ap-01147-NB

      b.  *Meno, co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 v. Klein*, Adv. No. 2:23-ap-01152-NB

      c.  *Mermelstein v. Klein*, Adv. No. 2:23-ap-01153-NB

      d.  *Sharp v. Klein et al.,* Adv. No. 2:23-ap-01167-NB

      e.  *Berger v. Klein*, Adv. No. 2:23-ap-01169-NB

      f.  *Sharp v. Klein et al.,* Adv. No. 2:24-ap-01140-NB

      g.  *Sharp v. Life Capital Group, LLC et al.,* Adv. No. 2:25-ap-01020-NB

2.    **March 14, 2025 is the deadline** for the Chapter 11 Trustee to (x) serve a copy of this order on all of the parties to the above-referenced adversary proceedings, and (y) file a proof of service in each adversary proceeding.

3.    **March 25, 2025 is the deadline** for the parties to each of the above-referenced adversary proceedings to file a joint status report that (x) details the status of their respective adversary proceeding, and (y) identifies any previously established dates and/or deadlines.

###

Date: March 7, 2025

Neil W. Bason
United States Bankruptcy Judge