United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

**Name                Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
    on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com

Alex M Weingarten
    on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com

Armen Manasserian
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
    on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
    on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young
    on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
    on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)
    bsharp@dsi.biz

Brandon J. Iskander
    on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
    on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
    on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
    on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
    on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
    on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
    on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
    on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
    on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Dane W Exnowski
    on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
    on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson
    on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
    on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, natalie@cym.law,karen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com  natalie@cym.law,karen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Mark M Sharf (TR)
    mark@sharflaw.com  C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
    roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com
    roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Mar 07, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
    on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    nikko@cym.law, karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  karen@cym.law,natalie@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    paul@cym.law, karen@cym.law,natalie@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  karen@cym.law,natalie@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group  LLC RPS@LNBYG.COM

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

District/off: 0973-2    User: admin    Page 5 of 5
Date Rcvd: Mar 07, 2025    Form ID: pdf042    Total Noticed: 1

| | |
|---|---|
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 99



**FILED & ENTERED**

**MAR 07 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

Leslie Klein,

                Debtor(s).

Case No.: 2:23-bk-10990-NB
CHAPTER 11

**PROCEDURES ORDER**

Principal Status Conference:
Date:    April 8, 2025
Time:   2:00 p.m.
Place:  Courtroom 1545
         255 E. Temple Street
         Los Angeles, CA 90012
(or via Zoomgov per posted instructions)

      On March 3, 2025 this case was reassigned from Judge Sandra R. Klein to the undersigned Bankruptcy Judge in accordance with Administrative Order 25-03 dated February 4, 2025.   In view of such reassignment, IT IS HEREBY ORDERED as follows:

      1.    Service.  The Chapter 11 Trustee (which the undersigned Bankruptcy Judge understands was appointed pursuant to Judge Klein's "Order Directing the Appointment of a Chapter 11 Trustee," dkt. 142 and "Order Approving Appointment of Chapter 11 Trustee," dkt. 155) is directed to serve this order via U.S. Mail on all parties in interest and file a proof of service **no later than two Court days after this order is entered on the docket**.

      2.    Status conferences.  Debtor and their counsel, if any, and the Chapter 11 Trustee must attend the Principal Status Conference at the place and time set forth

above (per § 105(a)&(d)).[1]  Debtor need <u>not</u> attend any other status conferences if their counsel attends, unless otherwise ordered.  **Without further notice** this Court will automatically hold other status conferences at the same time as any other hearing in this case and may issue appropriate orders including on:  (a) case management (*e.g.,* limiting notice), (b) case disposition (*e.g.,* appoint a trustee, conversion, dismissal, and imposing a bar against future bankruptcies – even if the case has already been dismissed), (c) deadlines (*e.g.,* for proofs of claim), (d) management of adversary proceedings and contested matters, and (e) mediation.  *See, e.g., In re Bibo, Inc.,* 76 F.3d 256 (9th Cir. 1996).

       3.    <u>Case Status Report</u>.  At least **fourteen (14) days before the Principal Status Conference**, the Chapter 11 Trustee must (a) file a case status report, (b) serve it on all parties in interest, and (c) file a proof of service.

       4.    <u>Affiliates</u>.  For all reporting purposes – including Monthly Operating Reports ("MORs"), disclosure statements, etc. – Debtor and/or the Chapter 11 Trustee must disclose all income, expenses, assets, and liabilities of (a) affiliated businesses and (b) any spouse.  *See* §§ 101(2) & (9); Rule 2015.3; *SBE v. Woo*, 82 Cal. App.4th 481, 483-84 (2000).  Prior authorization of this Court is required for Debtor to cause any affiliate to act out of the ordinary course of that affiliate's business (§ 363(b)).  In jointly administered cases, MORs must be filed in each debtor's separate case.  Debtor may request at the principal status conference to be excused from these requirements.

//

---

[1] For joint individual cases, just one debtor must attend.  For cases by any organization (corporation, partnership, etc.) the person who is responsible for Debtor in this bankruptcy case must attend.  Tentative rulings and the "Procedures of Judge Bason" ("Posted Procedures") are at www.cacb.uscourts.gov.  "Section" ("§") means a section of the U.S. Bankruptcy Code, 11 U.S.C. § 101 et seq. (the "Code"), "Rule" means the Federal Rules of Bankruptcy Procedure or Local Bankruptcy Rules, and other terms have the meanings provided in the Code and the Rules.

5. <u>Procedures</u>.  All parties in interest are cautioned to review the Posted Procedures (*see* n. 1 above), including special procedures regarding any plan.

###

Date: March 7, 2025

Neil W. Bason
United States Bankruptcy Judge