Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
Eric@EJOlsonLaw.com

**FILED & ENTERED**

**MAR 13 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

Attorney for Claimants as Owner
Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika Klein, and not individually

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:23-bk-10990-NB |
| LESLIE KLEIN, | Hon. Neil W. Bason |
| Debtor. | Chapter 11 |
| | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE ISSUES ON APPEAL AND DESIGNATION OF RECORD FOR APPEAL ON SALE OF SUITE 1323 OF LEONARDO PLAZA HOTEL** |
| | Date: March 27, 2025 |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff Chapter 11 Trustee, Bradley D. Sharp ("Plaintiff") and

Claimants as Owner Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika Klein, and not individually ("Claimants") <u>(dkt. 955)</u>, and finding good cause thereon, hereby grants the stipulated extension of time for Claimants to file issues on appeal and designation of record for appeal on Order Granting Motion and Approving Sale of Estate's Interest in Suite 1323 of the Leonardo Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, Israel [Dkt. 920] ("Motion to Sell Suite 1323 of Leonardo Plaza Hotel").

**IT IS HEREBY ORDERED** that the Claimants' Statement of Issues, Designation of Record on Appeal and Notice of Transcript Designated for an Appeal for Motion to Sell Suite 1323 of Leonardo Plaza Hotel be filed on or before March 27, 2025.

###

Date: March 13, 2025

Neil W. Bason
United States Bankruptcy Judge