Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
Eric@EJOlsonLaw.com



**FILED & ENTERED**

MAR 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

Attorney for Adversary Proceeding Defendants
Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Hon. Neil W. Bason<br><br>Chapter 11<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE ISSUES ON APPEAL AND DESIGNATION OF RECORD FOR APPEAL ON TURNOVER OF 322 N. JUNE STREET**<br><br>Date: March 27, 2025 |

The Court, having read and considered the joint stipulation filed on

behalf of Plaintiff Chapter 11 Trustee, Bradley D. Sharp ("Plaintiff") and

Adversary Proceeding Defendants, Leslie Klein, an individual; The Second

Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual ("AP Defendants") <u>(dkt. 954)</u>, and finding good cause thereon, hereby grants the stipulated extension of time for AP Defendants to file issues on appeal and designation of record for appeal on Order Granting Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property [Dkt. 923] ("Motion to Turnover June Street").

**IT IS HEREBY ORDERED** that the AP Defendants' Statement of Issues, Designation of Record on Appeal and Notice of Transcript Designated for an Appeal for Motion to Turnover June Street be filed on or before March 27, 2025.

###

Date: March 13, 2025

Neil W. Bason
United States Bankruptcy Judge