United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

**Recip ID        Recipient Name and Address**
db            + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name                Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
    on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
    on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
    on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

| | |
|---|---|
| Baruch C Cohen | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Beth Ann R. Young | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J. Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Barbara Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kenneth Misken
    on behalf of U.S. Trustee United States Trustee (LA) Kenneth.M.Misken@usdoj.gov

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com eService@cym.law,karen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com

Mark M Sharf (TR)
    mark@sharflaw.com C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com
roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group LLC mgd@lnbyg.com

Case 2:23-bk-10990-NB    Doc 960    Filed 03/15/25    Entered 03/15/25 21:21:56    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0973-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
    cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
    on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
    yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    nikko@cym.law, eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    paul@cym.law, eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law eService@cym.law,karen@cym.law

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com kmurphy@goeforlaw.com

Richard P Steelman, Jr
    on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM

Robert P Goe
    on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

Case 2:23-bk-10990-NB    Doc 960    Filed 03/15/25    Entered 03/15/25 21:21:56    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0973-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Robert P Goe | on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 99

Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
Eric@EJOlsonLaw.com

**FILED & ENTERED**

MAR 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin   DEPUTY CLERK

**CHANGES MADE BY COURT**

Attorney for Adversary Proceeding Defendants
Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Case No.: 2:23-bk-10990-NB |
|---|---|
| LESLIE KLEIN, | Hon. Neil W. Bason |
| Debtor. | Chapter 11 |
| | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE ISSUES ON APPEAL AND DESIGNATION OF RECORD FOR APPEAL ON TURNOVER OF 322 N. JUNE STREET** |
| | Date: March 27, 2025 |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff Chapter 11 Trustee, Bradley D. Sharp ("Plaintiff") and Adversary Proceeding Defendants, Leslie Klein, an individual; The Second

Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual ("AP Defendants") (dkt. 954), and finding good cause thereon, hereby grants the stipulated extension of time for AP Defendants to file issues on appeal and designation of record for appeal on Order Granting Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property [Dkt. 923] ("Motion to Turnover June Street").

**IT IS HEREBY ORDERED** that the AP Defendants' Statement of Issues, Designation of Record on Appeal and Notice of Transcript Designated for an Appeal for Motion to Turnover June Street be filed on or before March 27, 2025.

###

Date: March 13, 2025

Neil W. Bason
United States Bankruptcy Judge