| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA State Bar No. 181200)<br>John Lucas (CA State Bar No. 271038)<br>Jeffrey P. Nolan (CA State Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>            jlucas@pszjlaw.com<br>            jnolan@pszjlaw.com | **FILED & ENTERED**<br><br>MAR 21 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sumlin    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Counsel to Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br>Debtor. | CASE NO.: 2:23-bk-10990-NB<br><br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|
| **Movant** (*name*): Bradley D. Sharp, Chapter 11 Trustee of the estate of Leslie Klein, Debtor | |

1. Movant filed the following motion together with supporting declaration and (if any) supporting documents:

    a. *Title of motion*: *Motion of Chapter 11 Trustee, For Order Enforcing the Automatic Stay and Sanctions Against the Debtor, Daniel Crawford, Crawford Law Group, Leslie Klein & Associates, Inc. and EKLK Foundation, and Related Relief* [Docket No.969]

    b. *Date of filing of motion:* March 21, 2025

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*              Page 1              **F 9075-1.1.ORDER.SHORT.NOTICE**

LA:4917-7260-7276.1 78512.001

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration:

   *Date of filing of Application*: March 21, 2025 [Docket No. 970]

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

   (1) ☒ A hearing on the motion will take place as follows:

   | **Hearing date: April 8, 2025** | Place: |
   |---|---|
   | **Time:** 2:00 p.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
   | **Courtroom:** 1545 | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |
   | **(or via ZoomGov per posted Procedures)** | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
   | | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
   | | ☐ 1415 State Street, Santa Barbara, CA 93101 |

   (2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:  N/A

   (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below:  ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~

   (A) ☐ ~~Personal Delivery~~  ☐ ~~Overnight Mail~~  ☐ ~~First class mail~~  ☐ ~~Facsimile*~~  ☐ ~~Email*~~

   | (B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile\*, email\*, or Notice of Electronic Filing ("NEF"):* | (C) *Persons/entities to be served with written notice and a copy of this order:* **Parties to be served via Expedited Service:** Debtor, Daniel A. Crawford, Esq., The Crawford Law Group, Leslie Klein & Associates, Inc., Eklk Foundation, and any person directly affected by the motion |
   |---|---|
   | Date: **March 24, 2025** | ☐ See attached page |
   | Time: **5:00 p.m.** | (D) S*ervice is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> ~~Judge's copy personally delivered to chambers~~ <br> *(~~see Court Manual for address~~)* |

   (4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ Same as above.

//

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 2                      **F 9075-1.1.ORDER.SHORT.NOTICE**

LA:4917-7260-7276.1 78512.001

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☒ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) *Deadlines for RECEIPT:* <br> Date: March 31, 2025 <br><br> Time: Noon | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- Chapter 11 Trustee and Trustee's Attorney <br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- ~~Judge's copy personally delivered to chambers~~ <br> ~~(see Court Manual for address)~~ |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☒ First Class Mail  ☒ Facsimile*  ☒ Email*

| (B) *Deadlines:* <br> Date: April 3, 2025 <br><br> Time: Noon | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> -- ~~Judge's Copy personally delivered to chambers~~ <br> ~~(see Court Manual for address)~~ |
|---|---|

//

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

LA:4917-7260-7276.1 78512.001

(7) ☒ <u>Other requirements:</u>

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone.** Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐ at least 2 days before the hearing.
> 
> ☒ no later than:    Date: <u>March 24, 2025</u>    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: March 21, 2025

_____
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

LA:4917-7260-7276.1 78512.001