1  Roza Crawford (SBN 222380)
2  Daniel A. Crawford (SBN 187807)
   CRAWFORD LAW GROUP
3  15303 Ventura Boulevard, 9th Floor
   Sherman Oaks, California 91403
4  Tel: (818) 935-6568
   dac@crawfordlawgroup.com
5
6  Attorney for Creditor
   LESLIE KLEIN & ASSOCIATES, INC.
7

**UNITED STATES BANKRUPTCY COURT**
8
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**
9

| | |
|---|---|
| 10  **IN RE LESLIE KLEIN.** | Case No.: 2:23-bk-10990-NB |
| 11                                    **DEBTOR.** | Adv. Case No.: 2:24-ap-01140-NB |
| 12  BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, | Chapter 11 |
| 13 | Hon. Neil W. Bason |
| 14            Plaintiff, | |
| 15  vs. | |
| 16  LESLIE KLEIN, AN INDIVIDUAL; THE | **(PROPOSED) ORDER** |
| 17  SECOND AMENDED KLEIN LIVING TRUST, A TRUST; THE MARITAL | |
| 18  DEDUCTION TRUST OF ERIKA KLEIN, A TRUST; THE SURVIVOR'S TRUST OF | Date:  April 8, 2025 |
| 19  LESLIE KLEIN, A TRUST; AND BARBARA KLEIN, AN INDIVIDUAL, | Time:  2:00 PM
Courtroom:  1545
255 East Temple Street
Los Angeles, California 90012 |
| 20 | |
| 21            Defendants. | |

22      The Court, having heard and considered the MOTION OF CHAPTER 11 TRUSTEE
23
24  FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND ERICA VAGO
25  AND JOSEPH VAGO PURSUANT TO BANKRUPTCY RULE 9019, and finding no good
26  cause therefor, hereby orders the motion DENIED. The Court further orders as follow:
27  _____
28  _____

1

2                                                                                                  .

3

4

5    SO ORDERED:

6    Dated: _____

7

8                                              _____

9                                              Hon. NEIL W. BASON,
                                               Judge of the United States Bankruptcy Court
                                               for the Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re: LESLIE KLEIN<br>Debtor.<br>BRADLEY D. SHARP, Chapter 11<br>Trustee | Chapter 11<br>Case No.: 2:23-bk-10990-NB<br>Adv Case No.: 2:24-ap-01140-NB |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"[Proposed] Order"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 25, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On March 25, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

| In re: LESLIE KLEIN<br>Debtor.<br>BRADLEY D. SHARP, Chapter 11<br>Trustee | Chapter 11<br>Case No.: 2:23-bk-10990-NB<br>Adv Case No.: 2:24-ap-01140-NB |
|---|---|

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

__03/25/2025__          __Jasper Pantaleon__                    _/s/_Jasper Pantaleon__

Date                              Type Name                              Signature

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Simon Aron (saron@wrslawyers.com, moster@wrslawyers.com)

Reem J. Bello (rbello@goeforlaw.com, kmurphy@goeforlaw.com)

Jeffrey W. Dulberg (jdulberg@pszjlaw.com)

Robert P. Goe (kmuprhy@goeforlaw.com, rgoe@goeforlaw.com,

goeforecf@gmail.com)

United States Trustee (LA) (ustpregion16.la.ecf@usdoj.gov)

John W. Lucas (jlucas@pszjlaw.com, ocarpio@pszjlaw.com)

Jeffrey P. Nolan (jnolan@pszjlaw.com)

**II.     SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason

United States Bankruptcy Court

255 East Temple Street #1552

Los Angeles, California 90012