Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
E: Eric@EJOlsonLaw.com

Attorney for Adversary Proceeding Defendants
Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Hon. Neil W. Bason<br><br>Chapter 11<br><br>**STATEMENT OF ISSUES – MOTION FOR TURNOVER OF JUNE STREET PROPERTY** |

Eric J. Olson, attorney for Adversary Proceeding Defendants, Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual, states the following Statement of Issues on his Appeal:

1. Whether the Bankruptcy Court erred in granting Motion of Chapter 11 Trustee seeking turnover of possession of the property located at 322 N. June Street, Los Angeles, California to the Trustee.

2. Whether the Trustee has established title as against the Credit Trust and the four children of Erika and Leslie Klein, parties named in the Second Amended Klein Living Trust, where he chose not to join them in the Quiet Title Action.

3. Whether the Trustee has established title as against the three parties named only as "trusts".

4. Whether the Trustee has insurable title to the property including by reason of the foregoing.

5. Whether it would be in the best interest of the Trustee, at least as long as it does not have an insurable title, to seek possession of the property for incurring cost and other burdens of ownership.

Dated: March 27, 2025

Eric J. Olson
Attorney for Adversary Proceeding Defendants

| In re: LESLIE KLEIN<br>Debtor. | Chapter 11<br>Case No.: 2:23-bk-10990-NB |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"Statement of Issues"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/27/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On 03/27/2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

**STATEMENT OF ISSUES – MOTION FOR TURNOVER OF JUNE STREET PROPERTY**
- 3 -

| In re: LESLIE KLEIN<br>Debtor. | Chapter 11<br>Case No.: 2:23-bk-10990-NB |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/27/2025 | Jasper Pantaleon | /s/ Jasper Pantaleon |
|---|---|---|
| Date | Type Name | Signature |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman dlslawcorp@aol.com
- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken Kenneth.m.misken@usdoj.gov
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan jnolan@pszjlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR) mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey tcovey@raslg.com
- Bradley D Sharp (TR) bsharp@dsi.biz
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com

**STATEMENT OF ISSUES – MOTION FOR TURNOVER OF JUNE STREET PROPERTY**
- 4 -

- Gary Tokumori gtokumori@pmcos.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan mkogan@koganlawfirm.com
- Michael L Wachtell mwachtell@buchalter.com
- John P Ward jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman wasserman@smcounsel.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alex M Weingarten aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian armen@cym.law, jennifer@cym.law
- Beth Ann R Young bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko ron.maroko@usdoj.gov
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com
- Kirsten Martinez Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young paul@cym.law, jaclyn@cym.law
- Steven M Mayer smayer@mayerlawla.com
- Roye Zur rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian kjm@lnbyg.com

II. **SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple Street #1552
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Oldman, Sallus & Gold, LLP
16133 Ventura Boulevard, PH-A
Encino, California 91436