Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
E: Eric@EJOlsonLaw.com

Attorney for Claimants as Owner
Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika Klein, and not individually

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| IN RE<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Hon. Neil W. Bason<br><br>Chapter 11<br><br>**STATEMENT OF ISSUES – MOTION RE: SALE OF JERUSALEM PROPERTY** |

Eric J. Olson, attorney for Claimants as Owner, Leslie Klein as Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Leslie Klein, and not individually, state the following Statement of Issues on his Appeal:

//

//

1. Whether the Bankruptcy Court erred in granting Motion for Order Approving Sale of Estate's Interest in Suite 1323 of the Leonardo Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, 9426801, Israel.

2. Whether Claimants Marital Deduction Trust ("MDT") and the Credit Trust are the true owners of the subject property.

3. Whether, if sale has been consummated, the proceeds thereof shall be paid over to Claimants.

4. Whether, if sale has been consummated, any reimbursement for amounts paid by Claimants be restored to them.

5. Whether, if the sale has not been consummated, it should not be concluded.

Dated: March 27, 2025

_____
Eric J. Olson
Attorney for Claimants as Owner

| In re: LESLIE KLEIN | Chapter 11 |
| Debtor. | Case No.: 2:23-bk-10990-NB |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"Statement of Issues"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 03/27/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On 03/27/2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

**STATEMENT OF ISSUES – MOTION RE: SALE OF JERUSALEM PROPERTY**
- 3 -

| In re: LESLIE KLEIN | Chapter 11 |
|---|---|
| Debtor. | Case No.: 2:23-bk-10990-NB |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/27/2025 | Jasper Pantaleon | /s/ Jasper Pantaleon |
|---|---|---|
| Date | Type Name | Signature |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman dlslawcorp@aol.com
- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken Kenneth.m.misken@usdoj.gov
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan jnolan@pszjlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR) mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey tcovey@raslg.com
- Bradley D Sharp (TR) bsharp@dsi.biz
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Dane W Exnowski dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens nikko@cym.law, mandi@cym.law
- Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com

**STATEMENT OF ISSUES – MOTION RE: SALE OF JERUSALEM PROPERTY**
- 4 -

- Gary Tokumori gtokumori@pmcos.com
- Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan mkogan@koganlawfirm.com
- Michael L Wachtell mwachtell@buchalter.com
- John P Ward jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman wasserman@smcounsel.com
- John W Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alex M Weingarten aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian armen@cym.law, jennifer@cym.law
- Beth Ann R Young bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko ron.maroko@usdoj.gov
- Clarisse Young youngshumaker@smcounsel.com, levern@smcounsel.com
- Kirsten Martinez Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young paul@cym.law, jaclyn@cym.law
- Steven M Mayer smayer@mayerlawla.com
- Roye Zur rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian kjm@lnbyg.com

II. **SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple Street #1552
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Oldman, Sallus & Gold, LLP
16133 Ventura Boulevard, PH-A
Encino, California 91436