Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
            jlucas@pszjlaw.com
            jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*



**FILED & ENTERED**

**MAR 31 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>            Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING • JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COUNTER-DESIGNATION OF RECORD FOR APPEAL ON TURNOVER OF 322 N. JUNE STREET**<br><br>Judge:    Hon. Neil W. Bason |

The Court, having read and considered the joint stipulation filed on behalf of Plaintiff Chapter 11 Trustee, Bradley D. Sharp ("**Plaintiff**") and Adversary Proceeding Defendants, Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual ("**AP Defendants**"), and finding good cause thereon, hereby grants the stipulated extension of time for Plaintiff to file his counter-designation of record for appeal on *Order Granting Motion of Chapter 11 Trustee (1) Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property* [Dkt. 923] ("**Motion to Turnover June Street**").

4929-9161-6814.1 78512.001

1  **IT IS HEREBY ORDERED** that the Plaintiff's Counter-Designation of Record on
2  Appeal for Motion to Turnover June Street be filed on or before April 10, 2025.
3  # # #

Date: March 31, 2025

Neil W. Bason
United States Bankruptcy Judge

4929-9161-6814.1 78512.001                                 2