1  Jeffrey W. Dulberg (CA Bar No. 181200)
   John W. Lucas (CA State Bar No. 271038)
2  Jeffrey P. Nolan (CA Bar No. 158923)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067-4003
4  Telephone: 310-277-6910
   Facsimile:  310-201-0760
5  Email: jdulberg@pszjlaw.com
          jlucas@pszjlaw.com
6         jnolan@pszjlaw.com
7
   *Counsel to Bradley D. Sharp,*
8  *Chapter 11 Trustee*



FILED & ENTERED

MAR 31 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

9              **UNITED STATES BANKRUPTCY COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
                  **LOS ANGELES DIVISION**
11 In re                                      Case No. 2:23-bk-10990-NB

12 LESLIE KLEIN,                              Chapter 11

13       Debtor.                              **ORDER GRANTING JOINT
                                             STIPULATION TO EXTEND
14                                           PLAINTIFF'S TIME TO FILE
                                             COUNTER-DESIGNATION OF
15                                           RECORD FOR APPEAL ON SALE
                                             OF SUITE 1323 OF LEONARDO
16                                           PLAZA HOTEL**

17                                            Judge:    Hon. Neil W. Bason

18         The Court, having read and considered the joint stipulation filed on behalf of Plaintiff

19 Chapter 11 Trustee, Bradley D. Sharp ("**Plaintiff**") and Claimants as Owner Leslie Klein as

20 Trustee of the Marital Deduction Trust of Erika Klein and Trustee of the Credit Trust of Erika

21 Klein, and not individually ("**Claimants**"), and finding good cause thereon, hereby grants the

22 stipulated extension of time for Plaintiff to file his counter-designation of record for appeal on

23 *Order Granting Motion and Approving Sale of Estate's Interest in Suite 1323 of the Leonardo*

24 *Plaza Hotel, Ha-Rav Avida St 1, Jerusalem, Israel* [Dkt. 920] ("**Motion to Sell Suite 1323 of**

25 **Leonardo Plaza Hotel**").

26

27

28

4912-0045-2654.1 78512.001

1

2      **IT IS HEREBY ORDERED** that Plaintiff's Counter-Designation of Record on Appeal

3    for Motion to Sell Suite 1323 of Leonardo Plaza Hotel be filed on or before April 10, 2025.

4                                                # # #

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: March 31, 2025

24                                          Neil W. Bason
                                           United States Bankruptcy Judge

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA