Eric J. Olson (SBN 37630)
EJOLSONLAW
301 East Colorado Boulevard, Suite 520
Pasadena, California 91101
T: 818-245-2246
C: 626-224-5619
Eric@EJOlsonLaw.com

Attorney for Adversary Proceeding Defendants
Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust;
The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of
Leslie Klein, a trust; and Barbara Klein, an individual

**FILED & ENTERED**

**APR 04 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Hon. Neil W. Bason<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO ENFORCE ORDER TO RESTORE POSSESSION OF THE PROPERTY LOCATED AT 322 N. JUNE ST., LOS ANGELES, CALIFORNIA TO THE TRUSTEE [DKT. 962]**<br><br>Date: April 8, 2025<br>Time: 2:00 PM<br>Place: Courtroom 1545<br>255 East Temple Street<br>Los Angeles, California 90012 |

The Court, having read and considered the joint stipulation (Dkt. 1004, "Stipulation") filed on behalf of Plaintiff Chapter 11 Trustee, Bradley D. Sharp ("Trustee")

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO ENFORCE
ORDER TO RESTORE POSSESSION OF THE PROPERTY LOCATED AT 322 N. JUNE ST., LOS ANGELES,
CALIFORNIA TO THE TRUSTEE [DKT 962]
- 1 -

4905-8167-8642.2 78512.001

and Adversary Proceeding Defendants, Leslie Klein, an individual; The Second Amended Klein Living Trust, a trust; The Marital Deduction Trust of Erika Klein, a trust; The Survivor's Trust of Leslie Klein, a trust; and Barbara Klein, an individual ("AP Defendants"), and finding good cause thereon, hereby grants the stipulated extension of time for AP Defendants to file a response to Plaintiff's Motion to Enforce Order to Restore Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee, Compelling Debtor to Vacate the Property, Authorizing and Directing the United States Marshals Service to Turnover Possession of the Property, and Authorizing the Trustee to Remove Any Remaining Personal Property [Dkt. No. 962] ("Motion to Enforce June Street Turnover").

**IT IS HEREBY ORDERED** that:

1. <u>The Stipulation is approved.</u>

2. The AP Defendants' Response <u>deadline</u> to the Motion to Enforce June Street Turnover ~~be filed~~ <u>is extended to</u> on or before 10:00 AM of April 7, 2025.

3. The Trustee may file a reply, if any, on or before 5:00 p.m. on April 7, 2025.

4. The hearing on the Motion to Enforce June Street Turnover [Docket No. 962] ~~shall~~ <u>will still</u> be heard by the Court as scheduled on April 8, 2025 at 2:00 p.m.

###

Date: April 4, 2025

_____
Neil W. Bason
United States Bankruptcy Judge