United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 02, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2025          Signature:          /s/Gustava Winters

**FILED & ENTERED**

APR 02 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Leslie Klein,<br><br>Debtor(s) | Case No.:    2:23-bk-10990-NB<br><br>Chapter:    11<br><br>**ORDER ADVANCING MAY 27, 2025 HEARING ON CHAPTER 11 TRUSTEE'S APPLICATION TO (A) EMPLOY COLDWELL BANKER REALTY AS REAL ESTATE BROKER AND (B) ENTER INTO EXCLUSIVE LISTING AGREEMENT**<br><br>Current Hearing:<br>Date:  May 27, 2025<br>Time:  2:00 p.m.<br><br>New Hearing:<br>Date:  May **20**, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br>(or via Zoomgov per posted procedures) |

On the Court's own motion and, for the convenience of this Court, it is hereby

ORDERED:

1. The hearing on the Chapter 11 Trustee's "Application to (A) Employ Coldwell Banker Realty as Real Estate Broker and (B) Enter Into Exclusive Listing

-1-

Agreement" (dkt. 931, "Broker Employment Application") presently set for the above-captioned Current Hearing date is advanced to the New Hearing date.

2. If counsel for the Trustee and/or the objecting parties, Leslie Klein and Barbara Klein, has a scheduling conflict or other problem with the New Status Conference date, then they are directed to meet and confer and (x) lodge a stipulated order continuing the status conference to an available hearing date for self-calendared matters before Judge Bason (available at www.cacb.uscourts.gov), or (y) contact chambers if the parties cannot resolve their disputes.

3. **May 6, 2025 is the deadline** for the Trustee to file a reply to the opposition papers (dkt. 944) filed by Leslie Klein and Barbara Klein.

4. No other party in interest filed a timely opposition and request for hearing pursuant to the procedures set forth in Local Bankruptcy Rule 9013-1(o) so, except as set forth in paragraph 3 of this order, no further briefing is permitted or will be reviewed in connection with the Broker Employment Application absent further order of this Court.

###

Date: April 2, 2025

Neil W. Bason
United States Bankruptcy Judge