| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (State Bar No. 181200)<br>John W. Lucas (State Bar No. 271038)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067-4003<br>Telephone: 310.277.6910<br>Facsimile: 310.201.0760<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,, | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br><br>*Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation [Docket No. 969]* |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled ***INTERIM ORDER GRANTING MOTION FOR ORDER ENFORCING THE AUTOMATIC STAY AND SANCTIONS AGAINST (A) THE DEBTOR, (B) DANIEL CRAWFORD, (C) CRAWFORD LAW GROUP, (D) LESLIE KLEIN & ASSOCIATES, INC., AND (E) EKLK FOUNDATION, AND RELATED RELIEF*** was lodged on (*date*) April 9, 2025 and is attached hereto as **Exhibit A**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 9021-1.2.BK.NOTICE.LODGMENT**
SF 4927-6127-2628.1 78512.001

# EXHIBIT A

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (CA State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-MAIL: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>              Debtor. | Case No. 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**INTERIM ORDER GRANTING MOTION FOR ORDER ENFORCING THE AUTOMATIC STAY AND SANCTIONS AGAINST (A) THE DEBTOR, (B) DANIEL CRAWFORD, (C) CRAWFORD LAW GROUP, (D) LESLIE KLEIN & ASSOCIATES, INC., AND (E) EKLK FOUNDATION, AND RELATED RELIEF**<br><br>Date:     April 8, 2025<br>Time:    2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>           Courtroom 1545<br>           255 E. Temple St.<br>           Los Angeles, CA 90012<br>Judge:   Hon. Neil W. Bason |

The Court having considered the *Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation* [Docket No. 969] (the "**Motion**") filed by Bradley D. Sharp, the chapter 11 trustee (the "**Trustee**"), and the Declaration of John W. Lucas in support thereof; the *Opposition to the Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation* [Docket No. 997]

4932-6740-0241.4 78512.001

(the "**Opposition**") filed by Leslie Klein (the "**Debtor**"), Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation; and the Reply to the *Opposition to the Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation* [Docket No. 999]; and finding that the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation have willfully violated section 362 of the Bankruptcy Code, and for the reasons stated on the record of the April 8, 2025, hearing:

**IT IS HEREBY ORDERED,**

1. The Motion is GRANTED and the Opposition is OVERRULED.

2. The action styled as *Leslie Klein & Associates v. Shlomo Rechnitz, Jonathan Polter, and Life Capital Group, LLC*, Case No. 25STCV06300 (the "**LKA Action**"), that is pending in the Superior Court of the State of California, County of Los Angeles ("**Superior Court**"), is stayed from further prosecution as a result of the automatic stay created under section 362(a) of the Bankruptcy Code that has been in effect as of February 22, 2023, i.e., the date the Debtor filed a voluntary petition commencing this chapter 11 case.

3. The Debtor and Daniel Crawford (The Crawford Law Group) shall cause Leslie Klein & Associates to promptly dismiss the LKA Action and file with the Court evidence of such dismissal no later than fourteen (14) days after entry of this Order.

4. The action styled as *EKLK Foundation v. Shlomo Rechnitz, Tamar Rechnitz, Jonathan Polter, and Torah Umesorah*, Case No. 25STCV06306 (the "**EKLK Action**"), that is pending in the Superior Court of the State of California, County of Los Angeles, is stayed from further prosecution as a result of the automatic stay created under section 362(a) of the Bankruptcy Code that has been in effect as of February 22, 2023, i.e., the date the Debtor filed a voluntary petition commencing this chapter 11 case.

5. The Debtor and Daniel Crawford (The Crawford Law Group) shall cause EKLK Foundation to promptly dismiss the EKLK Action and file with the Court evidence of such dismissal no later than fourteen (14) days after entry of this Order.

6. All orders, judgments, decrees, and the like issued by the Superior Court in both the LKA Action and EKLK Action on or after February 22, 2023, are void and of no effect because they were signed or entered while the automatic stay was in place in the Debtor's chapter 11 case.

7. The request for sanctions made by the Trustee, arising under section 105(a) of the Bankruptcy Code, against Leslie Klein, Daniel Crawford, The Crawford Law Group, Leslie Klein & Associates, and EKLK Foundation are approved on a joint and several basis, subject to the following:

    a. On or before April 22, 2025, the Trustee and/or his counsel shall file with the Court a declaration (the "**Sanctions Declaration**") that provides a detailed description of the reasonable fees and costs arising as a result of the Trustee's actions taken to oppose, and seek the dismissal of, the LKA Action and the EKLK Action.

    b. On or before April 29, 2025, Leslie Klein, Daniel Crawford, The Crawford Law Group, Leslie Klein & Associates, and EKLK Foundation may file with the Court a response (the "**Sanctions Response**") to the Sanctions Declaration either agreeing with or contesting the payment of the reasonable fees and costs set forth in the Sanctions Declaration.

    c. On or before May 6, 2025, the Trustee shall file a reply (the "**Reply**") to the Sanctions Response either agreeing with or replying to the contested items in the Sanctions Response.

8. If the Sanctions Response contests any portion of the Sanctions Declaration, the Court will conduct a hearing on May 20, 2025, at 1:00 p.m. at which hearing the Court will consider the Sanctions Declaration, the Sanctions Response, and the Reply.

######

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA  94104-4436**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LODGMENT OF INTERIM ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE FOR ORDER APPROVING SETTLEMENT BETWEEN THE TRUSTEE AND ERICA VAGO AND JOSEPH VAGO PURSUANT TO BANKRUPTCY RULE 9019 AND DENYING RESPONDENT'S MOTION TO CONTINUE HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 9, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **April 9, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  **April 9, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | **Via Email:**<br>Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403<br>Email: dac@crawfordlawgroup.com |
|---|---|

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 9, 2025 | Oliver Carpio |  | /s/ Oliver Carpio |
|---|---|---|---|
| *Date* | *Printed Name* |  | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                         **F 9013-3.1.PROOF.SERVICE**

SF 4927-6127-2628.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender    rb@lnbyg.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey    tcovey@raslg.com
- Michael G D'Alba    mgd@lnbyg.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Armen Manasserian    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- Ron Maroko    ron.maroko@usdoj.gov
- Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer    smayer@mayerlawla.com
- Christopher M McDermott    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Eric J Olson    eric@ejolsonlaw.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Brian A Procel    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com
- Kevin Ronk    Kevin@portilloronk.com, eService@cym.law,karen@cym.law
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Bradley D. Sharp (TR)    bsharp@dsi.biz
- Richard P Steelman    RPS@LNBYG.COM
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
- Alan G Tippie    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori    gtokumori@pmcos.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- John P. Ward    jward@attleseyward.com, ephuong@attleseyward.com
- Brett J. Wasserman    wasserman@smcounsel.com
- Alex M Weingarten    aweingarten@willkie.com, lcarter@willkie.com
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com
- Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young    paul@cym.law, eService@cym.law,karen@cym.law
- Roye Zur    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

SF 4927-6127-2628.1 78512.001

2. **SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA  90071 |
| Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

SF 4927-6127-2628.1 78512.001