United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Apr 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Beth Ann R. Young | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J. Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J. Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Eric J Olson | on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Barbara Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com |
| Gary Tokumori | on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com |
| Greg P Campbell | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com |
| Jeffrey N Pomerantz | on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com |

| District/off: 0973-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com  eService@cym.law,karen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com roksana@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;david@rhmfirm.com;priscilla@rhmfirm.com;gabriela@rhmfirm.com;rosario@rhmfirm.com;rebeca@rhmfirm.com;LA@rhmfirm.com

Michael G D'Alba
    on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba

Case 2:23-bk-10990-NB    Doc 1023    Filed 04/12/25    Entered 04/12/25 21:17:50    Desc
Imaged Certificate of Notice    Page 4 of 9

| District/off: 0973-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Life Capital Group LLC mgd@lnbyg.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com |
| Michael Jay Berger | on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com |
| Michael S Kogan | on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law |
| Nikko Salvatore Stevens | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, eService@cym.law,karen@cym.law |
| Nikko Salvatore Stevens | on behalf of Creditor Franklin Menlo nikko@cym.law  eService@cym.law,karen@cym.law |
| Paul P Young | on behalf of Creditor Franklin Menlo paul@cym.law  eService@cym.law,karen@cym.law |
| Paul P Young | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, eService@cym.law,karen@cym.law |
| Paul P Young | on behalf of Interested Party Courtesy NEF paul@cym.law  eService@cym.law,karen@cym.law |
| Reem J Bello | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Richard P Steelman, Jr | on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |

District/off: 0973-2 | User: admin | Page 5 of 5
Date Rcvd: Apr 10, 2025 | Form ID: pdf042 | Total Noticed: 1

Robert P Goe
    on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender
    on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko
    on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
    on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com
    lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
    on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
    lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
    on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com
    lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Simon Aron
    on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron
    on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Steven M Mayer
    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com

Todd S. Garan
    on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com,
    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 99

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**APR 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sumlin   DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO ENFORCE ORDER RESTORING POSSESSION OF THE PROPERTY LOCATED AT 322 N. JUNE ST., LOS ANGELES, CALIFORNIA TO THE TRUSTEE, COMPELLING DEBTOR TO VACATE THE PROPERTY, AUTHORIZING AND DIRECTING THE UNITED STATES MARSHALS SERVICE TO TURNOVER POSSESSION OF THE PROPERTY, AND AUTHORIZING THE TRUSTEE TO REMOVE ANY REMAINING PERSONAL PROPERTY**<br><br>[Relates to Docket No. 923, 962, 1005, and 1009]<br><br>Date:  April 8, 2025<br>Time:  2:00 p.m.<br>Place: Courtroom 1545<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

The Court, having considered (i) the Trustee's *Motion for an Order Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee, Compelling Debtor to Vacate the Property, Authorizing and Directing the United States Marshals Service to Turnover Possession of the Property, and Authorizing the Trustee to Remove Any Remaining Personal Property* [Docket No. 962] (the "**Motion**") and the declaration of John W. Lucas filed in

4905-1875-4609.3 78512.001

support thereof; (ii) the *Opposition to the Motion for an Order Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee, Compelling Debtor to Vacate the Property, Authorizing and Directing the United States Marshals Service to Turnover Possession of the Property, and Authorizing the Trustee to Remove Any Remaining Personal Property* [Docket No. 1005] (the "**Opposition**"); and (iii) the *Reply to the Opposition to the Motion for an Order Restoring Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee, Compelling Debtor to Vacate the Property, Authorizing and Directing the United States Marshals Service to Turnover Possession of the Property, and Authorizing the Trustee to Remove Any Remaining Personal Property* [Docket No. 1009]; and the Court having previously granted the *Motion for Order to Restore Possession of the Property Located at 322 N. June St., Los Angeles, California to the Trustee and Compelling Debtor to Vacate the Property* [Docket No. 890] via order entered at Docket No. 923 (the "**Turnover Order**"); and the Turnover Order providing that Leslie Klein and the other Defendants in adversary proceeding No. 24-01140 (the "**June St. Action**") were to turnover possession of 322 N. June St., Los Angeles, California, to the Trustee on or before March 17, 2025; and Leslie Klein and the other Defendants in the June St. Action having failed to comply with the Turnover Order, and having considered the foregoing pleadings and orders entered by the Court, the record of the hearing on the Motion, the arguments of counsel at the hearing, and the findings made by the Court on the record of the hearing; and pursuant to this Court's inherent powers under 11 U.S.C §§ 105 and 542, Bankruptcy Rule 7070, and Local Bankruptcy Rule 7064-1(e), and for reasons stated by the Court on the record of the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED and the Opposition is OVERRULED and this Order is immediately enforceable upon its entry.

2. This Order shall constitute a Judgment and Writ of Possession of the real property located at 322 N. June St., Los Angeles, California (the "**Property**"), and shall be enforceable, without further Order of this Court, by the United States Marshals Service (the "**U.S. Marshal**"), or the Los Angeles County Sheriff or any marshal or constable of the County of Los Angeles.

3. The U.S. Marshal is immediately <u>requested and</u> directed to assist the Trustee and/or his agents in immediately evicting any individual occupying the Property.

4. Upon execution and entry of this Order, the U.S. Marshal, or any other executing officer authorized by the court, is immediately <u>requested and</u> directed to assist the Trustee and/or his advisors to enforce the underlying Turnover Order awarding possession of the Property to the Trustee on behalf of the above-captioned bankruptcy estate (the "**Estate**").

5. The Trustee, solely in his capacity as such, and/or his authorized agent(s) will act as substitute custodian of any and all items of personal property seized pursuant to this Order and the U.S. Marshal shall have no liability arising from any acts, incidents, or occurrences in connection with the seizure of the personal property located at the subject real property arising in the ordinary authorized scope of duties of the U.S. Marshal (which acts do not include acts arising from negligent or intentional tortious conduct), including any third party claims and the U.S. Marshal shall be discharged of his or her duties and responsibilities for safekeeping of the seized goods.

6. The U.S. Marshal accomplishing such eviction or seizure shall use whatever reasonable force necessary to break open and enter the Property regardless of whether the premises or location is locked or unlocked, occupied or unoccupied and to inspect the contents of any room, closet, cabinet, vehicle, container, desk or documents.

7. Anyone interfering with the execution of this Order is subject to arrest by law enforcement officials.

//

4905-1875-4609.3 78512.001    3

8. The Trustee is authorized to utilize Estate funds to pay all reasonable and appropriate fees and expenses to carry out the enforcement of this Order regarding the eviction of any individuals occupying the Property and to pay reasonable and necessary expenses to remove and store any personal property (*i.e.*, the cost of moving, storage, locksmith, etc.), currently located at the Property and to reimburse the Trustee's counsel and other advisors regarding incurrence of such fees and expenses.

### #

Date: April 10, 2025

Neil W. Bason
United States Bankruptcy Judge