Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (CA State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-MAIL: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

**FILED & ENTERED**

**APR 29 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>~~[PROPOSED]~~ ORDER FOLLOWING SUBMISSION OF SUPPLEMENTAL DECLARATION RE CHAPTER 11 TRUSTEE'S MOTION FOR ORDER ENFORCING THE AUTOMATIC STAY AND SANCTIONS AGAINST (A) THE DEBTOR, (B) DANIEL CRAWFORD, (C) CRAWFORD LAW GROUP, (D) LESLIE KLEIN & ASSOCIATES, INC., AND (E) EKLK FOUNDATION, AND RELATED RELIEF<br><br>Prior Hearing<br>Date:      April 8, 2025<br>Time:      2:00 p.m.<br>Location:  U.S. Bankruptcy Court<br>           Courtroom 1545<br>           255 E. Temple St.<br>           Los Angeles, CA 90012<br>Judge:     Hon. Neil W. Bason |

The Court having considered the *Declaration of Bradley D. Sharp In Support of Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation* [Docket No. 1028] (the "**Trustee Declaration**") filed by Bradley D. Sharp, the chapter 11 trustee, in compliance with the terms of

4897-9989-0744.1 78512.001

the Court's *Interim Order Granting Motion for Order Enforcing the Automatic Stay Against the Debtor, Daniel Crawford, the Crawford Law Group, Leslie Klein & Associates, Inc., and EKLK Foundation, and Related Relief* [Docket No. 1026] (the "**Interim Order**") and finding that the Trustee Declaration is satisfactory to the Court, and for the reasons stated on the record of the April 8, 2025, hearing, as memorialized and augmented by this Court's memorandum decision (dkt. 1033):

**IT IS HEREBY ORDERED,**

1. The Interim Order is effective.

### 

Date: April 29, 2025

Neil W. Bason
United States Bankruptcy Judge