Case 2:23-bk-10990-NB    Doc 1049    Filed 05/02/25    Entered 05/02/25 15:29:10    Desc
Main Document    Page 1 of 5

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-mail: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com
        jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**MAY 02 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ghaltchi **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER DENYING APPLICATION FOR AN ORDER SETTING HEARING ON SHORTENED NOTICE FILED BY THE LESLIE KLEIN AND OTHER DEFENDANTS IN THE JUNE ST. ACTION**<br><br>Date:     May 1, 2025<br>Time:     3:00 p.m.<br>Courtroom: 1545<br>Location:  255 E. Temple Street<br>              Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason<br><br>[Relates to Docket Nos. 1035 and 1042] |

The Court, having considered the (a) *Application for an Order Setting Hearing on Shortened Notice* [Docket No. 1035] (the "**Application to Shorten**") filed by Leslie Klein, the Second Amended Klein Living Trust, the Marital Deduction Trust of Erika Klein, the Survivor's Trust, and Barbara Klein regarding their request to shorten the necessary notice period for the *Motion for a Stay of the Summary Judgment Order and Order to Enforce Order Restoring Possession of the June St. Property* [Docket No. 1036] (the "**Motion to Stay**"); (b) Bradley D. Sharp's, the chapter 11 trustee, *Opposition to the Application for Order Setting Hearing on Shortened Notice and the Motion for a Stay* [Docket No. 1042] (the "**Opposition**"); and (c) the

4922-5835-9101.1 78512.001

arguments of counsel to the Trustee and the Movants on the record of the May 1, 2025 hearing; and the findings made by the Court on the record of the hearing; and pursuant to this Court's inherent powers under 11 U.S.C § 105 and Bankruptcy Rule 9006,

**IT IS HEREBY ORDERED:**

1. The Application to Shorten is DENIED and the Opposition is SUSTAINED for the reasons set forth in the ruling annexed hereto as **Exhibit A** and for the reasons stated by the Court on the record of the hearing.

2. This Order is immediately enforceable upon its entry.

# # # # # #

Date: May 2, 2025

Neil W. Bason
United States Bankruptcy Judge

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Thursday, May 1, 2025**                                                                                      Hearing Room    1545

<u>3:00 PM</u>
**2:23-10990**    Leslie Klein                                                                                                Chapter 11

**#1.00**    Hrg re: Motion To Stay Pending Appeal Motion to Stay Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants Dated December 20, 2024 (Adv. Dkt. No. 62) [Regarding the Property Located at 322 N. June St., Los Angeles, California] Including Actions to Enforce the Order Granting Motion for Summary Judgment Including Order Dated April 10, 2025 to Enforce Order Restoring Possession

                                 Docket      1036

**Tentative Ruling:**

<u>Appearances required</u>.
     The tentative ruling is to deny the request to shorten time and, alternatively, to deny the motion for a stay, for the reasons set forth in Trustee's opposition (dkt. 1042), with the exception of a single one of Trustee's arguments.  The tentative ruling is that this Court is not persuaded by the argument that there is no legal basis to stay the Enforcement Order (as defined in the opposition).  True, it appears that Rule 8007 (Fed. R. Bankr. P.) does not apply to a non-appealed order.  *Id.* p. 7:16-23.  But the tentative ruling is that, although Rule 8007 itself does not apply, this Court nevertheless has discretion to stay the Enforcement Order in furtherance of any stay of the MSJ Order (as defined in the opposition), if this Court were persuaded to stay that order (which this Court is not persuaded to do on the current record).
     Alternatively, if this Court were persuaded to grant a stay at all (which it is not, subject to oral argument), the tentative ruling is that any stay would be conditioned on security including a bond.  As for the dollar amount and timing related to any such security, the tentative ruling is to require payment of certified funds to Trustee for $10,000.00 as a condition of a stay through 5/31/25 and delivery before that date of a bond for the $1,341,616.63 suggested by Trustee (Opp. dkt. 1042, p. 9:7), plus monthly payments for the value of occupancy in a dollar amount to be determined.

     If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone.  For

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
**Courtroom 1545 Calendar**

---

**Thursday, May 1, 2025**             Hearing Room    **1545**

---

<u>3:00 PM</u>
**CONT...     Leslie Klein**                                                                     **Chapter 11**

ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

| Party Information |
|---|

**Debtor(s):**

    Leslie Klein                                Pro Se

**Trustee(s):**

    Bradley D. Sharp (TR)               Represented By
                                                           Jeffrey W Dulberg
                                                           Jeffrey N Pomerantz
                                                           John W Lucas
                                                           Jeffrey P Nolan
                                                             Pachulski Stang Ziehl & Jones LLP

---

# EXHIBIT A

### (Court Ruling)

4922-5835-9101.1 78512.001