Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

MAY 02 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR A STAY FILED BY THE LESLIE KLEIN AND OTHER DEFENDANTS IN THE JUNE ST. ACTION**<br><br>Date:      May 1, 2025<br>Time:      3:00 p.m.<br>Courtroom: 1545<br>Location:  255 E. Temple Street<br>           Los Angeles, CA 90012<br>Judge:     Hon. Neil W. Bason<br><br>[Relates to Docket Nos. 1036 and 1042] |

The Court, having considered the (a) the *Motion for a Stay of the Summary Judgment Order and Order to Enforce Order Restoring Possession of the June St. Property* [Docket No. 1036] (the "**Motion to Stay**"); (b) Bradley D. Sharp's, the chapter 11 trustee, *Opposition to the Application for Order Setting Hearing on Shortened Notice and the Motion for a Stay* [Docket No. 1042] (the "**Opposition**"); and (c) the arguments of counsel to the Trustee and the Movants on the record of the May 1, 2025 hearing; and the findings made by the Court on the record of the hearing; and pursuant to this Court's inherent powers under 11 U.S.C § 105 and Bankruptcy Rule 8007,

4924-7266-2333.1 78512.001

**IT IS HEREBY ORDERED:**

1. The Motion to Stay is DENIED and the Opposition is SUSTAINED for the reasons set forth in the ruling annexed hereto as **Exhibit A** and for the reasons stated by the Court on the record of the hearing.

2. This Order is immediately enforceable upon its entry.

# # # # # #

Date: May 2, 2025

Neil W. Bason
United States Bankruptcy Judge

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Thursday, May 1, 2025**     Hearing Room    **1545**

3:00 PM
**2:23-10990**    Leslie Klein     **Chapter 11**

**#1.00**    Hrg re: Motion To Stay Pending Appeal Motion to Stay Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants Dated December 20, 2024 (Adv. Dkt. No. 62) [Regarding the Property Located at 322 N. June St., Los Angeles, California] Including Actions to Enforce the Order Granting Motion for Summary Judgment Including Order Dated April 10, 2025 to Enforce Order Restoring Possession

         Docket     1036

**Tentative Ruling:**

Appearances required.

The tentative ruling is to deny the request to shorten time and, alternatively, to deny the motion for a stay, for the reasons set forth in Trustee's opposition (dkt. 1042), with the exception of a single one of Trustee's arguments. The tentative ruling is that this Court is not persuaded by the argument that there is no legal basis to stay the Enforcement Order (as defined in the opposition). True, it appears that Rule 8007 (Fed. R. Bankr. P.) does not apply to a non-appealed order. *Id.* p. 7:16-23. But the tentative ruling is that, although Rule 8007 itself does not apply, this Court nevertheless has discretion to stay the Enforcement Order in furtherance of any stay of the MSJ Order (as defined in the opposition), if this Court were persuaded to stay that order (which this Court is not persuaded to do on the current record).

Alternatively, if this Court were persuaded to grant a stay at all (which it is not, subject to oral argument), the tentative ruling is that any stay would be conditioned on security including a bond. As for the dollar amount and timing related to any such security, the tentative ruling is to require payment of certified funds to Trustee for $10,000.00 as a condition of a stay through 5/31/25 and delivery before that date of a bond for the $1,341,616.63 suggested by Trustee (Opp. dkt. 1042, p. 9:7), plus monthly payments for the value of occupancy in a dollar amount to be determined.

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Thursday, May 1, 2025**     Hearing Room    **1545**

<u>3:00 PM</u>
**CONT...      Leslie Klein**     **Chapter 11**

ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

| Party Information |
|---|

**Debtor(s):**

   Leslie Klein                           Pro Se

**Trustee(s):**

   Bradley D. Sharp (TR)             Represented By
                                               Jeffrey W Dulberg
                                               Jeffrey N Pomerantz
                                               John W Lucas
                                               Jeffrey P Nolan
                                                 Pachulski Stang Ziehl & Jones LLP

# **EXHIBIT A**

**(Court Ruling)**

4924-7266-2333.1 78512.001