United States Bankruptcy Court

Central District of California

In re: Case No. 23-10990-NB

Leslie Klein Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 5

Date Rcvd: May 02, 2025 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | |

on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young
on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)
bsharp@dsi.biz

Brandon J. Iskander
on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Dane W Exnowski
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Eric J Olson
on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Gary Tokumori
on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com

John W Lucas
on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
on behalf of Creditor Miracle Mile Properties LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law

Kevin Ronk
on behalf of Creditor Franklin Menlo Kevin@portilloronk.com eService@cym.law,karen@cym.law

Kirsten Martinez
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com

M. Jonathan Hayes
on behalf of Defendant Chaim Manela jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

Matthew A Lesnick
on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
on behalf of Defendant Chaim Manela matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
on behalf of Interested Party Life Capital Group LLC mgd@lnbyg.com

Michael G D'Alba
on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba

on behalf of Defendant Life Capital Group LLC mgd@lnbyg.com

Michael I. Gottfried
on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com

Michael Jay Berger
on behalf of Other Professional Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael Jay Berger
on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com marias@buchalter.com;docket@buchalter.com

Michael S Kogan
on behalf of Interested Party Michael Kogan Law Firm APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
on behalf of Interested Party Courtesy NEF nikko@cym.law eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
on behalf of Creditor Franklin Menlo nikko@cym.law eService@cym.law,karen@cym.law

Paul P Young
on behalf of Creditor Franklin Menlo paul@cym.law eService@cym.law,karen@cym.law

Paul P Young
on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, eService@cym.law,karen@cym.law

Paul P Young
on behalf of Interested Party Courtesy NEF paul@cym.law eService@cym.law,karen@cym.law

Reem J Bello
on behalf of Interested Party Reem J Bello rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Defendant Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Plaintiff Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Interested Party Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Defendant Erica Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com

Reem J Bello
on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com kmurphy@goeforlaw.com

Richard P Steelman, Jr
on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM

Robert P Goe
on behalf of Interested Party Goe Forsythe & Hodges LLP kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Creditor Erica Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Creditor Joseph Vago kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Interested Party Robert P Goe kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Defendant Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Plaintiff Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Plaintiff Erica Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Defendant Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Interested Party Joseph Vago kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender
on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com

Ron Maroko
on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur
on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Roye Zur
on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

Simon Aron
on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron
on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Steven M Mayer
on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer
on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey
on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust tcovey@raslg.com

Todd S. Garan
on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 99

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com
jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

MAY 02 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi DEPUTY CLERK

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

LESLIE KLEIN,

Debtor.

Case No.: 2:23-bk-10990-NB

Chapter 11

**ORDER DENYING APPLICATION FOR AN ORDER SETTING HEARING ON SHORTENED NOTICE FILED BY THE LESLIE KLEIN AND OTHER DEFENDANTS IN THE JUNE ST. ACTION**

Date: May 1, 2025
Time: 3:00 p.m.
Courtroom: 1545
Location: 255 E. Temple Street
Los Angeles, CA 90012
Judge: Hon. Neil W. Bason

[Relates to Docket Nos. 1035 and 1042]

The Court, having considered the (a) *Application for an Order Setting Hearing on Shortened Notice* [Docket No. 1035] (the "**Application to Shorten**") filed by Leslie Klein, the Second Amended Klein Living Trust, the Marital Deduction Trust of Erika Klein, the Survivor's Trust, and Barbara Klein regarding their request to shorten the necessary notice period for the *Motion for a Stay of the Summary Judgment Order and Order to Enforce Order Restoring Possession of the June St. Property* [Docket No. 1036] (the "**Motion to Stay**"); (b) Bradley D. Sharp's, the chapter 11 trustee, *Opposition to the Application for Order Setting Hearing on Shortened Notice and the Motion for a Stay* [Docket No. 1042] (the "**Opposition**"); and (c) the

arguments of counsel to the Trustee and the Movants on the record of the May 1, 2025 hearing; and the findings made by the Court on the record of the hearing; and pursuant to this Court's inherent powers under 11 U.S.C § 105 and Bankruptcy Rule 9006,

**IT IS HEREBY ORDERED:**

1. The Application to Shorten is DENIED and the Opposition is SUSTAINED for the reasons set forth in the ruling annexed hereto as **Exhibit A** and for the reasons stated by the Court on the record of the hearing.

2. This Order is immediately enforceable upon its entry.

######

Date: May 2, 2025

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Thursday, May 1, 2025** **Hearing Room 1545**

3:00 PM
**2:23-10990 Leslie Klein** **Chapter 11**

**#1.00** Hrg re: Motion To Stay Pending Appeal Motion to Stay Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants Dated December 20, 2024 (Adv. Dkt. No. 62) [Regarding the Property Located at 322 N. June St., Los Angeles, California] Including Actions to Enforce the Order Granting Motion for Summary Judgment Including Order Dated April 10, 2025 to Enforce Order Restoring Possession

Docket 1036

**Tentative Ruling:**

Appearances required.

The tentative ruling is to deny the request to shorten time and, alternatively, to deny the motion for a stay, for the reasons set forth in Trustee's opposition (dkt. 1042), with the exception of a single one of Trustee's arguments. The tentative ruling is that this Court is not persuaded by the argument that there is no legal basis to stay the Enforcement Order (as defined in the opposition). True, it appears that Rule 8007 (Fed. R. Bankr. P.) does not apply to a non-appealed order. *Id.* p. 7:16-23. But the tentative ruling is that, although Rule 8007 itself does not apply, this Court nevertheless has discretion to stay the Enforcement Order in furtherance of any stay of the MSJ Order (as defined in the opposition), if this Court were persuaded to stay that order (which this Court is not persuaded to do on the current record).

Alternatively, if this Court were persuaded to grant a stay at all (which it is not, subject to oral argument), the tentative ruling is that any stay would be conditioned on security including a bond. As for the dollar amount and timing related to any such security, the tentative ruling is to require payment of certified funds to Trustee for $10,000.00 as a condition of a stay through 5/31/25 and delivery before that date of a bond for the $1,341,616.63 suggested by Trustee (Opp. dkt. 1042, p. 9:7), plus monthly payments for the value of occupancy in a dollar amount to be determined.

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For

**United States Bankruptcy Court**
**Central District of California**
**Los Angeles**
**Neil Bason, Presiding**
**Courtroom 1545 Calendar**

**Thursday, May 1, 2025** **Hearing Room 1545**

3:00 PM
**CONT... Leslie Klein** **Chapter 11**

ZoomGov instructions for all matters on calendar, please see page 1 of the posted Tentative Rulings.

**Party Information**

**Debtor(s):**

Leslie Klein — Pro Se

**Trustee(s):**

Bradley D. Sharp (TR) — Represented By
Jeffrey W Dulberg
Jeffrey N Pomerantz
John W Lucas
Jeffrey P Nolan
Pachulski Stang Ziehl & Jones LLP

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**EXHIBIT A**

**(Court Ruling)**