United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: May 02, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2025          Signature:      /s/Gustava Winters

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Los Angeles, California 90067-4003
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**MAY 02 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY ghaltchi  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER DENYING MOTION FOR A STAY FILED BY THE LESLIE KLEIN AND OTHER DEFENDANTS IN THE JUNE ST. ACTION**<br><br>Date:        May 1, 2025<br>Time:       3:00 p.m.<br>Courtroom: 1545<br>Location:   255 E. Temple Street<br>                   Los Angeles, CA 90012<br>Judge:      Hon. Neil W. Bason<br><br>[Relates to Docket Nos. 1036 and 1042] |

The Court, having considered the (a) the *Motion for a Stay of the Summary Judgment Order and Order to Enforce Order Restoring Possession of the June St. Property* [Docket No. 1036] (the "**Motion to Stay**"); (b) Bradley D. Sharp's, the chapter 11 trustee, *Opposition to the Application for Order Setting Hearing on Shortened Notice and the Motion for a Stay* [Docket No. 1042] (the "**Opposition**"); and (c) the arguments of counsel to the Trustee and the Movants on the record of the May 1, 2025 hearing; and the findings made by the Court on the record of the hearing; and pursuant to this Court's inherent powers under 11 U.S.C § 105 and Bankruptcy Rule 8007,

4924-7266-2333.1 78512.001

**IT IS HEREBY ORDERED:**

1. The Motion to Stay is DENIED and the Opposition is SUSTAINED for the reasons set forth in the ruling annexed hereto as **Exhibit A** and for the reasons stated by the Court on the record of the hearing.

2. This Order is immediately enforceable upon its entry.

# # # # # #

Date: May 2, 2025

Neil W. Bason
United States Bankruptcy Judge

# United States Bankruptcy Court
## Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Thursday, May 1, 2025**                                            Hearing Room    1545

---

<u>3:00 PM</u>
**2:23-10990**    **Leslie Klein**                                            Chapter 11

#1.00    Hrg re: Motion To Stay Pending Appeal Motion to Stay Order Granting Motion for Summary Judgment on All Claims for Relief Against Defendants Dated December 20, 2024 (Adv. Dkt. No. 62) [Regarding the Property Located at 322 N. June St., Los Angeles, California] Including Actions to Enforce the Order Granting Motion for Summary Judgment Including Order Dated April 10, 2025 to Enforce Order Restoring Possession

Docket    1036

**Tentative Ruling:**

<u>Appearances required</u>.
The tentative ruling is to deny the request to shorten time and, alternatively, to deny the motion for a stay, for the reasons set forth in Trustee's opposition (dkt. 1042), with the exception of a single one of Trustee's arguments. The tentative ruling is that this Court is not persuaded by the argument that there is no legal basis to stay the Enforcement Order (as defined in the opposition). True, it appears that Rule 8007 (Fed. R. Bankr. P.) does not apply to a non-appealed order. *Id.* p. 7:16-23. But the tentative ruling is that, although Rule 8007 itself does not apply, this Court nevertheless has discretion to stay the Enforcement Order in furtherance of any stay of the MSJ Order (as defined in the opposition), if this Court were persuaded to stay that order (which this Court is not persuaded to do on the current record).

Alternatively, if this Court were persuaded to grant a stay at all (which it is not, subject to oral argument), the tentative ruling is that any stay would be conditioned on security including a bond. As for the dollar amount and timing related to any such security, the tentative ruling is to require payment of certified funds to Trustee for $10,000.00 as a condition of a stay through 5/31/25 and delivery before that date of a bond for the $1,341,616.63 suggested by Trustee (Opp. dkt. 1042, p. 9:7), plus monthly payments for the value of occupancy in a dollar amount to be determined.

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Neil Bason, Presiding
### Courtroom 1545 Calendar

**Thursday, May 1, 2025**　　　　　　　　　　　　　　　　　　　　　　　　　　Hearing Room　1545

**3:00 PM**
**CONT...**　　**Leslie Klein**　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

| Party Information |
|---|

**Debtor(s):**

　　Leslie Klein　　　　　　　　　　　　　　　Pro Se

**Trustee(s):**

　　Bradley D. Sharp (TR)　　　　　　　　　Represented By
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey W Dulberg
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey N Pomerantz
　　　　　　　　　　　　　　　　　　　　　　　John W Lucas
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey P Nolan
　　　　　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP

# EXHIBIT A

**(Court Ruling)**

4924-7266-2333.1 78512.001