Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>            Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON INTERIM APPLICATIONS OF (1) BRADLEY D. SHARP; (2) PACHULSKI STANG ZIEHL & JONES LLP; (3) THE LAW OFFICE OF ERIC EVERETT HAWES; (4) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO.; (5) DEVELOPMENT SPECIALISTS, INC.; AND (6) KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Relates to Dockets Nos. 1056, 1057, 1058, 1060, 1061, and 1062]<br><br>**DATE:** May 27, 2025<br>**TIME**:  1:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>            Los Angeles, California<br>**CTRM**:  1545 (*or via Zoom per posted procedures*) |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

LA:4930-7991-6349.1 78512.001

**PLEASE TAKE NOTICE** that a hearing will be held on May 27, 2025 at 1:00 p.m.. in Courtroom 1545, 255 East Temple Street, Los Angeles, California 90012 before the Honorable Neil W. Bason for the Court to consider and act upon the interim applications (the "*Interim Applications*") of (a) Bradley D. Sharp, the Chapter 11 Trustee (the "*Trustee*") in the above-captioned case; (b) Pachulski Stang Ziehl & Jones LLP, general bankruptcy counsel to the Trustee; (c) The Law Office of Eric Everett Hawes, landlord/tenant counsel to the Trustee; (d) The Law Offices of Goldfarb Gross Seligman & Co., special Israeli litigation and real estate counsel to the Trustee; (e) Development Specialists, Inc., forensic accountant to the Trustee; and (f) Kieckhafer Schiffer, LLP, tax accountant to the Trustee, each employed in the above-captioned case (the "*Professionals*"), for approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Applications filed by the Professionals are on file with the Clerk of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012 and available for inspection during the Court's normal business hours and may also be obtained by a party in interest upon specific request to Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067-4100, Telephone: 310/277-6910, Facsimile: 310/201-0760, Attention: Beth Dassa; Email: bdassa@pszjlaw.com.

The compensation requested by the Professionals in the Interim Applications is as follows:

(1)    Bradley D. Sharp, Chapter 11 Trustee

The Trustee is seeking approval of interim compensation and reimbursement of expenses for the period from May 23, 2023 through February 28, 2025, in the amount of $172,684.12, consisting of $163,866.22 in fees incurred and $8,817.90 in costs advanced.

(2)    Pachulski Stang Ziehl & Jones LLP ("*PSZJ"*)

PSZJ is seeking approval of interim compensation and reimbursement of expenses for the

period from May 23, 2023 through February 28, 2025 in the amount of $4,973,454.89, consisting of $4,877,418.50 in fees incurred and $96,036.39 in costs advanced, and payment in the total amount of $3,754,100.26, which represents 75% of the fees incurred[1] and 100% of expenses advanced.

(3)     The Law Office of Eric Everett Hawes ("**Hawes**")

Hawes is seeking approval of interim compensation and reimbursement of expenses for the period from September 1, 2024 through February 28, 2025, in the amount of $10,805.70, consisting of $10,215.00 in fees incurred and $590.70 in costs advanced.

(4)     The Law Offices of Goldfarb Gross Seligman & Co ("**Goldfarb**")

Goldfarb is seeking approval of interim compensation for the period September 1, 2024 through February 28, 2025, in the amount of $22,894.95.

(5)     Development Specialists, Inc. ("**DSI**")

DSI is seeking approval of interim compensation and reimbursement of expenses for the period from May 23, 2023 through February 28, 2025, in the amount of $965,373.09, consisting of $965,067.00 in fees incurred and $306.09 in costs advanced.

(6)     Kieckhafer Schiffer LLP ("**Kieckhafer**")

Kieckhafer is seeking approval of interim compensation and reimbursement of expenses for the period from December 8, 2023 through February 28, 2025, in the amount of $20,201.34, consisting of $19,899.00 in fees incurred and $302.34 in costs advanced.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 2016-1(a)(3) and 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the appropriate Professional (see addresses below) and undersigned counsel to the Trustee no later than fourteen (14) days prior to the hearing date. Pursuant to Local Bankruptcy

---

[1] The Firm's Court-approved employment terms provide a temporary "cap" on its fees at 75% of the customary hourly amount (the "**Temporary Cap**") subject to a catch-up payment of fees equal to 10% of the distributions made to general unsecured creditors, which shall not exceed twice the aggregate of the discounted amount associated with the Temporary Cap. [Docket Nos. 177 and 330].

LA:4930-7991-6349.1 78512.001                               3

Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Interim Applications.

## ADDRESSES FOR PROFESSIONALS

<u>Chapter 11 Trustee</u>
Bradley D. Sharp
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071

<u>General Bankruptcy Counsel to Chapter 11 Trustee</u>
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Attn: Jeffrey W. Dulberg, Esq.

<u>Landlord/Tenant Counsel to Chapter 11 Trustee</u>
The Law Office of Eric Everett Hawes
23945 Calabasas Road, Suite 113
Calabasas, California 91302
Attn: Eric Everett Hawes, Esq.

<u>Special Israeli Litigation and Real Estate Counsel to Chapter 11 Trustee</u>
The Law Offices of Goldfarb Gross Seligman & Co.
Ampa Tower
98 Yigal Alon Street
Tel Aviv 6789141 ISRAEL
Attn: Jeremy Benjamin, Esq.

<u>Forensic Accountant to Chapter 11 Trustee</u>
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Attn: Nicholas R. Troszak

<u>Tax Accountant to Chapter 11 Trustee</u>
Kieckhafer Schiffer LLP
6201 Oak Canyon, Suite 200
Irvine, CA 92618
Attn: James Kieckhafer, Esq.

LA:4930-7991-6349.1 78512.001

4

Dated: May 6, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg
John W. Lucas

Attorneys for Bradley D. Sharp, Chapter 11 Trustee

LA:4930-7991-6349.1 78512.001

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON INTERIM APPLICATIONS OF (1) BRADLEY D. SHARP; (2) PACHULSKI STANG ZIEHL & JONES LLP; (3) THE LAW OFFICE OF ERIC EVERETT HAWES; (4) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO.; (5) DEVELOPMENT SPECIALISTS, INC.; AND (6) KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 6, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **May 6, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 6, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| <u>Via Email:</u><br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | <u>Via Email:</u><br>Eric Hawes:  eeh@eehlawoffice.com<br>James Kieckhafer:  jkieckhafer@ks-llp.com<br>Art Swicker:  aswicker@ks-llp.com<br>Jeremy Benjamin:  Jeremy.benjamin@goldfarb.com;<br>Shirin Herzog:  shrin.herzog@goldfarb.com |
|---|---|

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 6, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**
4901-2141-4975.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **Case 2:23-bk-10990-SK**

- **Simon Aron**  saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**  rb@lnbyg.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**  tcovey@raslg.com
- **Michael G D'Alba**  mgd@lnbyg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**  armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Kirsten Martinez**  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**  smayer@mayerlawla.com
- **Christopher M McDermott**  ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Eric J Olson**  eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Brian A Procel**  brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**  Kevin@portilloronk.com, eService@cym.law,karen@cym.law
- **Joshua L Scheer**  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**
- **Richard P Steelman**  RPS@LNBYG.COM
- **Nikko Salvatore Stevens**  nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**  gtokumori@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**  mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**  jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**  wasserman@smcounsel.com
- **Alex M Weingarten**  aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**  rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
4901-2141-4975.1 78512.001