John P. Ward (SBN 274895)
jward@attleseyward.com
ATTLESEY | WARD, LLP
111 Pacifica, Suite 140
Irvine, CA 92618
Tel: (714) 508-4949
Fax: (714) 508-0015

*Attorneys for Creditor U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LESLIE KLIEN | Case No.: 2:23-bk-10990-NB<br><br>**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Creditor *U.S. Bank, N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2* respectfully requests the court to remove the below from the Notice of Electronic Filing (NEF):

John P. Ward (SBN 274895)
jward@attleseyward.com
ATTLESEY | WARD, LLP
111 Pacifica, Suite 140
Irvine, CA 92618
Tel: (714) 508-4949
Fax: (714) 508-0015

Dated: May 8, 2025                                                ATTLESEY | WARD, LLP

_____
John Ward
Attorneys for Creditor U.S. Bank, N.A., as Trustee for
Velocity Commercial Capital Loan Trust 2018-2

**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING**