Daniel A. Crawford (SBN 187807)
CRAWFORD LAW GROUP
15303 Ventura Blvd., 9th Floor
Sherman Oaks, California 91403
Tel: (818) 935-6568
dac@crawfordlawgroup.com

Attorneys for LESLIE KLEIN & ASSOCIATES, INC., and EKLK FOUNDATION

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

| | |
|---|---|
| IN RE LESLIE KLEIN, <br><br>　　　　　Debtor, | Case No.: 2:23-bk-10990-SK <br><br> Adv. Case No.: 2:24-ap-01140-SK <br><br> Chapter 11 |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE, <br><br>　　　　　Plaintiff, <br><br> v. <br><br> LESLIE KLEIN, an individual, <br> THE SECOND AMENDED KLEIN LIVING TRUST, a trust, <br> THE MARITAL DEDUCTION TRUST OF ERIKA KLEIN, a trust, <br> THE SURVIVOR'S TRUST OF LESLIE KLEIN, a trust, and <br> BARBARA KLEIN, an individual, <br><br>　　　　　Defendants. | Hon. NEIL W. BASON <br><br> **DECLARATION OF DEBTOR LESLIE KLEIN IN OPPOSITION TO APPLICATION FOR COMPENSATION BY TRUSTEE AND COUNSEL** <br><br> Previous Hearing Date: June 3, 2025 <br> Time: 1:00 p.m. <br> Courtroom: 1575 <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

1

**DECLARATION OF DEBTOR LESLIE KLEIN IN OPPOSITION TO APPLICATION
FOR COMPENSATION BY TRUSTEE AND COUNSEL**

I, Leslie Klein, hereby declare as follows:

1. I am the debtor in the above-referenced case. The facts stated herein are within my personal knowledge and I could testify competently to these facts.

2. I make this declaration in opposition to the Application(s) for Compensation by the Trustee (Dock. No. 1060), by the Trustee's counsel (Dock. No. 1056), and by the Trustee's accountant (Dock. No. 1062) (collectively, the "Applicants").

3. For the reasons stated herein, the Applicants' requests for fees should be denied until there is a sufficient recovery by the estate to provide compensation to the legitimate creditors. I join the opposition to the Applicants' request by Erica and Joseph Vago (Dock. No. 1087) on that point. The Applicants' current fee requests would transfer every penny of the estate into the pockets of the professionals, leaving nothing for the legitimate creditors. That is obviously inappropriate.

4. However, I make this declaration to remind the Court that, in fact, most of the funds currently held by the estate should not even be distributed to the creditors (much less to Applicants) because those funds are not properly estate assets.

5. Additionally, there is a significant amount of funds which the Trustee received but which has since disappeared without an account, as set forth below. That money must also be accounted for before the Applicants receive any distribution.

6. The Trustee currently claims to be holding just $2.5 million. Of that money, approximately $2.25 million was provided by Life Capital Group, LLC ("LCG"), from the funds of life insurance policies. Another approximately $275,000 held by the Trustee is proceeds from the sale of my real property on Poinsettia Place.

7. The approximately $2.25 million from LCG consists of $750,000 from the policy of Andrew Gardner, and $1.5 million from the policy of Eugene Kohn. However, that revenue is not estate property.

8. From the $750,000 from the policy of Andrew Gardner, $500,000 is due to the beneficiaries of the David Berger trust, which was a major investor in the Gardner policy. The remaining $250,000 from the Gardner policy is due to the corporate entity of Leslie Klein & Associates, which administered that money on behalf of other client to which the money is due.

2

**DECLARATION OF DEBTOR LESLIE KLEIN IN OPPOSITION TO APPLICATION
FOR COMPENSATION BY TRUSTEE AND COUNSEL**

9.   From the $1.5 million from the Eugene Kohn policy which the Trustee is holding, $300,000 is the property of Mr. Kohn's family, his wife and children, pursuant to the contract by which Mr. Kohn's policy was originally assigned. Also, $500,000 of that money is contractually due to Robert and Esti Mermelstein based on their investment in the Kohn policy. Additionally, $500,000 is the property of Leslie Klein & Associates, to repay loans advanced to Andor Gestetner and for other obligations incurred related to the Eugene Kohn policy.

10.  There is also almost $1 million which the Trustee received from the sale of other properties, but which is now unaccounted for. The Trustee collected approximately $800,000 from the sale of a house in Oxnard, California, and collected another $150,000 from the sale of a property in Palm Springs. That money must be accounted for by the Trustee, his counsel and his accountant before any distribution is made to those professionals.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California, on June1, 2025.

/S/ LESLIE KLEIN
LESLIE KLEIN

| In re: LESLIE KLEIN | Chapter 11 |
|---|---|
| Debtor. | Case No.: 2:23-bk-10990-NB |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"Declaration of Debtor Leslie Klein In Opposition to Application for Compensation by Trustee and Counsel"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On June 2, 2025, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

**PROOF OF SERVICE**
- 1 -

| In re: LESLIE KLEIN | Chapter 11 |
|---|---|
| Debtor. | Case No.: 2:23-bk-10990-NB |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _06/02/2025_ | _Jasper Pantaleon_ | _/s/ Jasper Pantaleon_ |
|---|---|---|
| Date | Type Name | Signature |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman  dlslawcorp@aol.com
- Simon Aron  saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken  Kenneth.m.misken@usdoj.gov
- Reem J Bello  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan  jnolan@pszjlaw.com
- Ron Bender  rb@lnbyg.com
- Michael Jay Berger  Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz  jpomerantz@pszjlaw.com
- Greg P Campbell  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel  bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen  bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR)  mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey  tcovey@raslg.com
- Bradley D Sharp (TR)  bsharp@dsi.biz

**PROOF OF SERVICE**

- 2 -

- Jeffrey W Dulberg  jdulberg@pszjlaw.com
- Dane W Exnowski  dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman  rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley  alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens  nikko@cym.law, mandi@cym.law
- Robert P Goe  kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie  alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- Gary Tokumori  gtokumori@pmcos.com
- Brandon J Iskander  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan  mkogan@koganlawfirm.com
- Michael L Wachtell  mwachtell@buchalter.com
- John P Ward  jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman  marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman  wasserman@smcounsel.com
- John W Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alex M Weingarten  aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian  armen@cym.law, jennifer@cym.law
- Beth Ann R Young  bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko  ron.maroko@usdoj.gov
- Clarisse Young  youngshumaker@smcounsel.com, levern@smcounsel.com

- Kirsten Martinez  Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young  paul@cym.law, jaclyn@cym.law
- Steven M Mayer  smayer@mayerlawla.com
- Roye Zur  rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott  ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian  kjm@lnbyg.com

II. **SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple Street #1552
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Oldman, Sallus & Gold, LLP
16133 Ventura Boulevard, PH-A
Encino, California 91436