Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
Jeffrey P. Nolan (State Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:
Los Angeles, California 90067
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>        Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

4922-3307-8861.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**One Sansome Street, Suite 3430, San Francisco, CA  94105.**

A true and correct copy of the foregoing document entitled (*specify*)**:**

- ***DECLARATION OF OLIVER CARPIO RE SERVICE OF: (1) NOTICE OF HEARING; AND (2) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE ON MOTION OF CHAPTER 11 TRUSTEE FOR ORDER ENFORCING THE AUTOMATIC STAY AND VOIDING GRANT DEED***

is served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 12, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **June 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | **Via Email:**<br>Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403<br>Email: dac@crawfordlawgroup.com |
|---|---|
| **Via Email:**<br>Ron Maroko<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017<br>Email: Ron.Maroko@usdoj.gov | |

☐    Service information continued on attached page

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2025 | Oliver Carpio | /s/ Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case 2:23-bk-10990-SK**

   - Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
   - Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
   - Ron Bender    rb@lnbyg.com
   - Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   - Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
   - Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
   - Theron S Covey    tcovey@raslg.com
   - Michael G D'Alba    mgd@lnbyg.com
   - Jeffrey W Dulberg    jdulberg@pszjlaw.com
   - Craig A Edelman    notice@bkcylaw.com
   - Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
   - Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
   - Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
   - Michael I. Gottfried    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
   - M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
   - Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - Michael S Kogan    mkogan@koganlawfirm.com
   - Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
   - John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - Armen Manasserian    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
   - Ron Maroko    ron.maroko@usdoj.gov
   - Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
   - Steven M Mayer    smayer@mayerlawla.com
   - Christopher M McDermott    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
   - Krikor J Meshefejian    kjm@lnbyg.com
   - Jeffrey P Nolan    jnolan@pszjlaw.com
   - Eric J Olson    eric@ejolsonlaw.com
   - Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
   - Brian A Procel    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
   - Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
   - Kevin Ronk    Kevin@portilloronk.com, eService@cym.law,karen@cym.law
   - Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
   - Bradley D. Sharp (TR)    bsharp@dsi.biz
   - Richard P Steelman    RPS@LNBYG.COM
   - Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law
   - Alan G Tippie    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
   - Gary Tokumori    gtokumori@pmcos.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Michael L Wachtell    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
   - John P. Ward    jward@attleseyward.com, ephuong@attleseyward.com
   - Brett J. Wasserman    wasserman@smcounsel.com
   - Alex M Weingarten    aweingarten@willkie.com, lcarter@willkie.com
   - Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com
   - Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
   - Paul P Young    paul@cym.law, eService@cym.law,karen@cym.law
   - Roye Zur    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY U.S. MAIL**:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA  90071 |
| Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |
| Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd.ite 520<br>Pasadena, California 91101 | | |

4922-3307-8861.1 78512.001