Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:    jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Chapter 11 Trustee*



FILED & ENTERED

JUN 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

CHANGES MADE BY COURT

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE TO ENFORCE THE AUTOMATIC STAY AND VOID GRANT DEED, AND <u>GRANTING IN PART REQUEST</u> FOR SANCTIONS**<br><br>Date:      June 17, 2025<br>Time:     1:00 p.m.<br>Location:  U.S. Bankruptcy Court<br>               Courtroom 1545<br>               255 E. Temple St.<br>               Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason |

The Court having considered the *Motion for Order Enforcing the Automatic Stay and Sanctions Against the Debtor, Credit Trustee, Credit Trust, and EKLK* [Docket No. 1128] (the "**Motion**") and the Declaration of Jeffrey W. Dulberg in support thereof; the joinders in support of the Motion, filed by Erica and Joseph Vago [Docket No. 1137], the Gestetner Charitable Remainder Unitrust and A. Gestetner Family Trust [Docket No. 1139] and Franklin H. Menlo, as co-trustee of the Franklin Menlo Irrevocable Trust [Docket No. 1140]; and EKLK Foundation's conditional opposition to the Motion [Docket No. 1142] and, for the reasons stated on the record of June 17, 2025 hearing, the Motion is **GRANTED** as set forth herein, and it is hereby **ORDERED** that,

4928-6138-4014.1 78512.001

1. The execution and recordation of the grant deed, recorded in the Official Records of Recorder's Office, Los Angeles County as 20250120374 (the "**Grant Deed**"), by Leslie Klein, the trustee (the "**Creditor Trustee**") of the creditor trust (the "**Creditor Trust**") under the *Second Amended Klein Living Trust*, dated April 8, 1990, violated section 362(a)(3) and (6) of the Bankruptcy Code.

2. The Grant Deed is void *ab initio* and has no force or effect because it was executed and recorded without Court authorization in violation of section 362(a) of the Bankruptcy Code and the execution and recordation of the Grant Deed did not cause the transfer of any interest in the real property located at 322 N. June Street, Los Angeles, CA (the "**June St. Property**"). A copy of the void Grant Deed is annexed hereto as **Exhibit 1**.

3. The Trustee is authorized to record a certified copy of this Order to uncloud the title of the June St. Property.

4. If the recordation of this Order does not uncloud title of the June St. Property, the Trustee may seek further relief for the purpose of re-quieting title of the June St. Property as necessary.

5. The request for sanctions by the Trustee in the Motion, pursuant to section 105(a) of the Bankruptcy Code <u>and/or pursuant to Rule 9011 (Fed. R. Bankr. P.) any other authority</u>, against Leslie Klein, Creditor Trustee, Creditor Trust, EKLK Foundation, and<u>/or</u> any counsel thereto shall be made pursuant to a separate motion to be filed by the Trustee and heard by the Court at a date to be determined under the Court's self-calendaring procedures.

###

Date: June 18, 2025

_____
Neil W. Bason
United States Bankruptcy Judge

4928-6138-4014.1 78512.001

2

# EXHIBIT 1




**This page is part of your document - DO NOT DISCARD**

# 20250120374




Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/25/25 AT 03:55PM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**LEADSHEET**



202502250750040

00025260595

015160375

SEQ:
01

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E528330

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

NAME: EKLK Foundation
c/o Nat'l Reg. Agents, Inc.
MAILING ADDRESS: 1209 Orange St.
CITY, STATE and ZIP CODE: Wilmington, DE 19801

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

GRANT DEED

BO15 rev 20171228

Recording Requested By:
**EKLK Foundation**

When recorded mail document to:

NAME: **EKLK Foundation c/o Nat'l Reg. Agents, Inc.**
ADDRESS: **1209 Orange Street**
CITY STATE & ZIP: **Wilmington, DE 19801**

APN: 5523-003-008

Above Space for Recorder's Use Only

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX is $ -0- _____ CITY TAX $ -0- , GIFT _____
☐ computed on full value of property conveyed, or
☐ computed on full value of items or encumbrances remaining at time of sale,
☐ Unincorporated area    ☒ City of __LOS ANGELES__, and

FOR A FULL VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

__Leslie Klein, as Trustee of the Credit Trust of the Second Amended Klein Living Trust__ hereby

GRANT(s) to __EKLK FOUNDATION__ the following

described real property in the City of __LOS ANGELES__ County of __LOS ANGELES__, State of California:

An undivided one-half interest in the real property described as Lot 300 of Tract 8320 as per map recorded in Book 98, page 41 of Maps, commonly known as 322 N. June Street, Los Angeles, CA 90004

Dated: February 25 2025

_(signature)_

Leslie Klein, Trustee

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA}
COUNTY OF __LOS ANGELES__ } SS

On __02/25/2025__ before me, __Seung H. Kim__ a Notary Public, personally appeared __Leslie Klein__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE _(signature)_ (SEAL)

SEUNG H. KIM
Notary Public - California
Los Angeles County
Commission # 2348665
My Comm. Expires Apr 15, 2025

MAIL TAX STATEMENT TO ADDRESS AS SHOWN ABOVE