Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S STATUS REPORT RE FURTHER DISTRIBUTION OF APPROVED FEES AND EXPENSES OF PROFESSIONALS**<br><br>Date:  August 5, 2025<br>Time:  2:00 p.m.<br>Place:  Courtroom 1545<br>           255 East Temple Street<br>           Los Angeles, CA 90012<br><br>Judge:  Hon. Neil W. Bason |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, PARTIES THAT HAVE FILED REQUESTS FOR SPECIAL NOTICE, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

Bradley D. Sharp, the duly appointed chapter 11 trustee in the above-captioned bankruptcy case of Leslie Klein (the "*Trustee*"), hereby submits this status report, updating the Court, creditors and parties receiving special notice on recent case activities and proposing further distributions (the "*Further Distributions*") of fees previously approved on an interim basis, as follows:

**Recent Events and Funds Received by the Estate**

On July 16, 2025, the Court entered an order granting the Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019 between the Trustee, on the one hand, and Ken and Shoshana Klein (the "*Defendants*"), on the other (the "*306 N. Highland Settlement*") [Docket No. 1174].

SF 4927-4325-7942.1 78512.001

As of that date, in accordance with the terms of the 306 N. Highland Settlement, the Defendants' deposit of $145,000 (equal to 10% of the settlement consideration) became property of the bankruptcy estate.

On July 23, 2025, the Defendants delivered $1,305,000 (equal to 90% of the total settlement consideration) to the Trustee on behalf of the Debtor's estate, thereby completing their obligations to the Debtor's estate in connection with the 306 N. Highland Settlement. The Trustee subsequently completed all obligations of the estate under the terms of the 306 N. Highland Settlement and the agreement is now closed.

**The First Interim Fee Orders and Unpaid Amounts**

Following receipt of the aforementioned settlement proceeds, the Trustee is holding approximately $2,560,000 in cash on hand in the estate.

On June 5, 2025, the Court entered orders approving the (1) Trustee's Application for Interim Compensation and Reimbursement of Expenses (the "**Trustee Fee Order**") [Docket No. 1117], (2) Application of Development Specialists, Inc. for Interim Approval of Compensation and Reimbursement of Expenses as Forensic Accountant to the Trustee (the "**DSI Fee Order**") [Docket No. 1116] and (3) Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Trustee [Docket No. 1115] (the "**PSZJ Fee Order**" and collectively with the Trustee Fee Order and the PSZJ Fee Order, the "**Fee Orders**").

Each of the Fee Orders specifically provided that the Trustee could immediately pay certain amounts approved therein to the Trustee, DSI and PSZJ, respectively, with any further distribution to the Trustee, DSI and PSZJ on account of any remaining approved, but unpaid, fees to be paid at a future time, at the discretion of the Trustee in an exercise of his business judgment, upon notice to all creditors and parties requesting special notice, which notice may be set forth in a chapter 11 status report, or via a future fee application, and after lodging a proposed order (via LOU) seeking Court authorization to make such additional payments on account of such remaining approved interim fees.

Accordingly, the Trustee proposes to pay to the respective professionals the following amounts upon entry of the order accompanying this Status Report and notice to parties as described above:

SF 4927-4325-7942.1 78512.001                         2

1. <u>Chapter 11 Trustee</u>: Unpaid fees of **$57,353.18**, equal to thirty-five percent (35%) of the total fees of $163,866.22 awarded in the Trustee Fee Order;

2. <u>DSI</u>: Unpaid fees of **$337,773.45**, equal to thirty-five percent (35%) of the total fees of $965,067.00 awarded in the DSI Fee Order; and

3. <u>PSZJ</u>: Unpaid fees of $**1,280,322.36**, equal to thirty-five percent (35%) of the total fees of $3,658,063.88 awarded in the PSZJ Fee Order.[1]

Any party objecting to the proposed Further Distributions should file their objection on or before the status conference to be held on August 5, 2025, at 2:00 p.m. or issue an oral objection at the time of the status conference.

Dated: July 24, 2025

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg

*Counsel for Bradley D. Sharp,
Chapter 11 Trustee*

---

[1] NOTE: The $3,658,063.88 figure equals 75% of the total fees of $4,877,418.50 awarded in the PSZJ Fee Order; as the Court, creditors and parties in interest will recall, PSZJ agreed in its retention agreement to limit recoveries to 75% of allowed amounts pending certain distributions to creditors as further set forth in the firm's employment order.

SF 4927-4325-7942.1 78512.001    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S STATUS REPORT RE FURTHER DISTRIBUTION OF APPROVED FEES AND EXPENSES OF PROFESSIONALS** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 24, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the 7following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) **July 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 24, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**
LA:4888-5069-3839.3 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Case 2:23-b7k-10990-SK

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   tcovey@raslg.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

Leslie Klein
322 North June Street
Los Angeles, CA  90004

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4888-5069-3839.3 78512.001

**F 9013-3.1.PROOF.SERVICE**