United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |

| District/off: 0973-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
　　on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
　　on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
　　on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
　　on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young
　　on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
　　on behalf of Interested Party Life Capital Group  LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)
　　bsharp@dsi.biz

Brandon J. Iskander
　　on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
　　on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
　　on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
　　on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
　　on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
　　on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
　　on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
　　on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
　　on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Craig A Edelman
　　on behalf of Creditor Residential Credit Opportunities Trust IX-A notice@bkcylaw.com

Dane W Exnowski
　　on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
　　on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel A Crawford
　　on behalf of Interested Party Leslie Klein & Associates dac@crawfordlawgroup.com

Daniel A Crawford
　　on behalf of Interested Party EKLK Foundation dac@crawfordlawgroup.com

Eric J Olson
　　on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Eric J Olson
　　on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
　　on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson
　　on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson
　　on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson
　　on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

District/off: 0973-2 User: admin Page 3 of 6
Date Rcvd: Aug 14, 2025 Form ID: pdf042 Total Noticed: 1

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com eService@cym.law,karen@cym.law,jodie@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group LLC kjm@lnbyg.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com matt@ecf.inforuptcy.com;jmack@lesnickprince.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
    on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  eService@cym.law,karen@cym.law

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Life Capital Group  LLC RPS@LNBYG.COM |
| Robert P Goe | on behalf of Interested Party Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Simon Aron | on behalf of Interested Party Shoshana Shifra Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Interested Party Kenneth Kolev Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust AttorneyTCovey@gmail.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| United States Trustee (LA) | |

District/off: 0973-2 | User: admin | Page 6 of 6
Date Rcvd: Aug 14, 2025 | Form ID: pdf042 | Total Noticed: 1

ustpregion16.la.ecf@usdoj.gov

TOTAL: 105

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 14 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　　　　　Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER APPROVING FURTHER DISTRIBUTIONS TO PACHULSKI STANG ZIEHL & JONES LLP, DEVELOPMENT SPECIALISTS, INC., AND BRADLEY D. SHARP, CHAPTER 11 TRUSTEE**<br><br>[Relates to Docket Nos. 1056, 1060, 1062, 1115, 1116, and 1117]<br><br>**DATE:** August 5, 2025<br>**TIME:** 2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>　　　　　Los Angeles, California<br>**CTRM**: 1545 |

On August 5, 2025, a status conference was held to consider the Chapter 11 Trustee's Status Report Re Further Distribution of Approved Fees and Expenses of Professionals and the proposed distribution of further fees in accordance with the terms of the respective fee orders granting the applications for interim approval of fees and expenses of Pachulski Stang Ziehl & Jones LLP ("*PSZJ*") [Docket No. 1056], Bradley D. Sharp, the Chapter 11 Trustee (the "*Trustee*") [Docket No. 1060], and Development Specialists, Inc. ("*DSI*") [Docket No. 1062].

LA:4928-4451-2086.1 78512.001

Upon finding that adequate notice of the proposed distribution was sufficient and made in accordance with the requirements of each of the Fee Orders,[1] and following consideration of the Status Report and any comments made by the parties at the Status Conference:

**IT IS HEREBY ORDERED:**

1. The Trustee is authorized to pay the following amounts as reflected in the Status Report:

   A. <u>Chapter 11 Trustee</u>: The Trustee is authorized to be paid unpaid fees of $57,353.18, equal to thirty-five percent (35%) of the total fees of $163,866.22 awarded in the Trustee Fee Order;

   B. <u>DSI</u>: DSI is authorized to be paid unpaid fees of $337,773.45, equal to thirty-five percent (35%) of the total fees of $965,067.00 awarded in the DSI Fee Order; and

   C. <u>PSZJ</u>: PSZJ is authorized to be paid unpaid fees of $1,280,322.36, equal to thirty-five percent (35%) of the total fees of $3,658,063.88 awarded in the PSZJ Fee Order.

2. The Trustee shall continue to comply with the terms of the Fee Orders in connection with any future distributions to be made to the Trustee, DSI and PSZJ on account of the unpaid amounts remaining under the respective Fee Orders.

###

Date: August 14, 2025

Neil W. Bason
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Status Report.

LA:4928-4451-2086.1 78512.001

2