United States Bankruptcy Court
Central District of California

In re:  Case No. 23-10990-NB
Leslie Klein  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 6
Date Rcvd: Aug 22, 2025  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

**Name**      **Email Address**

Alan G Tippie
    on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
    atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
    on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com

Alex M Weingarten
    on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com

Armen Manasserian
    on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com

Baruch C Cohen
    on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young
on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young
on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)
bsharp@dsi.biz

Brandon J. Iskander
on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com

Brett J. Wasserman
on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young
on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Craig A Edelman
on behalf of Creditor Residential Credit Opportunities Trust IX-A notice@bkcylaw.com

Dane W Exnowski
on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel A Crawford
on behalf of Interested Party Leslie Klein & Associates dac@crawfordlawgroup.com

Daniel A Crawford
on behalf of Interested Party EKLK Foundation dac@crawfordlawgroup.com

Eric J Olson
on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

District/off: 0973-2 | User: admin | Page 3 of 6
Date Rcvd: Aug 22, 2025 | Form ID: pdf042 | Total Noticed: 1

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com  eService@cym.law,karen@cym.law,jodie@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com  Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick
    on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew D. Resnik
    on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
    on behalf of Defendant Chaim Manela matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
    on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
    on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Michael I. Gottfried
    on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
    on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael Jay Berger
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
    on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
    on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
    on behalf of Interested Party Courtesy NEF nikko@cym.law eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, eService@cym.law,karen@cym.law

Nikko Salvatore Stevens
    on behalf of Creditor Franklin Menlo nikko@cym.law  eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Creditor Franklin Menlo paul@cym.law  eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, eService@cym.law,karen@cym.law

Paul P Young
    on behalf of Interested Party Courtesy NEF paul@cym.law  eService@cym.law,karen@cym.law

Reem J Bello
    on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
    on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Richard P Steelman, Jr

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM

Robert P Goe

on behalf of Interested Party Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Creditor Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Creditor Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Robert P Goe rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Plaintiff Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Plaintiff Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender

on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur

on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Simon Aron

on behalf of Interested Party Shoshana Shifra Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Interested Party Kenneth Kolev Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com

Steven M Mayer

on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Steven M Mayer

on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Theron S Covey

on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust AttorneyTCovey@gmail.com

Todd S. Garan

on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com,
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)

District/off: 0973-2 | User: admin | Page 6 of 6
Date Rcvd: Aug 22, 2025 | Form ID: pdf042 | Total Noticed: 1

ustpregion16.la.ecf@usdoj.gov

TOTAL: 105

JEFFREY W. DULBERG (CA STATE BAR NO. 181200)
JEFFREY P. NOLAN (CA STATE BAR NO. 158923)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
           jnolan@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** llewis    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**CHANGES MADE BY COURT**

LOS ANGELES DIVISION

In re

LESLIE KLEIN,

        Debtor.

Case No.: 2:23-bk-10990-NB

Chapter 11

**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE AUTHORIZING THE EXAMINATION OF BANK OF AMERICA PURSUANT TO FED. R. BANKR. P. 2004**

[No Hearing Required]

      On August 1, 2025, Bradley D. Sharp, the duly appointed chapter 11 trustee (the "Trustee), filed his *Notice of Motion and Motion of Chapter 11 Trustee, for Order Authorizing the Examination of Bank of America Pursuant to Fed. R. Bankr. P. 2004; Memorandum of Points and Authorities; Declarations of Bradley D. Sharp, Nicholas Trozak and Jeffrey P. Nolan in Support Thereof* (the "2004 Motion") [Docket No. 1189].  The Court, having considered the 2004 Motion, the accompanying Memorandum of Points and Authorities, the Declarations in support of the 2004 Motion, the exhibit thereto, and based on its review and consideration, the Court finds that (i) notice of the 2004 Motion was adequate and appropriate, and no further or other notice need be given; (ii) the authority requested by the Trustee to issue a subpoena substantially in the form identified in the 2004 Motion is appropriate; and (iii) good cause exists to grant the 2004 Motion.

      IT IS HEREBY ORDERED THAT:

      1.      The 2004 Motion is GRANTED in its entirety;

LA:4933-0853-4110.1 78512.001

2. The Trustee is authorized, pursuant to sections 105(a) and 1106(a)(3) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 2004-1, to issue and serve a subpoena substantially in the form attached to the Motion to compel the attendance of the Proposed Examinee, Bank of America ("BOFA"), for production and testimony on the dates stated therein or such other date as is mutually agreed between BOFA and the Trustee.[1]

3. The Trustee shall serve the Rule 2004 Subpoena and a copy of this Order on (i) BOFA and (ii) the United States Trustee for the Central District of California and shall file with the Court an affidavit or declaration of service of the Rule 2004 Subpoena;

4. In the event of any discovery dispute in relation hereto, counsel and BOFA shall first meet and confer in an effort to resolve the dispute in accordance with Local Bankruptcy Rule 7026-1 and then follow the "Procedures of Judge Bason" (posted at www.cacb.uscourts.gov) regarding discovery disputes;

5. This order is without prejudice to the Debtor's right to file further motions seeking additional documents or testimony pursuant to Bankruptcy Rule 2004(a) or any other applicable Bankruptcy Rules; and

6. This Court shall retain jurisdiction to resolve any dispute arising from or related to this order, including any discovery disputes that may arise between or among the parties, and to interpret, implement and otherwise enforce the provisions of this order.

//

---

[1] Capitalized terms used herein shall have the same meanings ascribed to them in the Motion.

LA:4933-0853-4110.1 78512.001

2

7. This order is subject to resolution of any disputes and/or motions to quash pursuant to the posted procedures of the undersigned Bankruptcy Judge (available at www.cacb.uscourts.gov), LBR 2004-1(f) and (g), and Rule 45 (Fed. R. Civ. P., incorporated by Rules 2004 and 9016, Fed. R. Bankr. P.).

####

Date: August 22, 2025

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

LA:4933-0853-4110.1 78512.001                    3