| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bradley D. Sharp<br>Chapter 11 Trustee<br>333 South Grand Ave., Suite 4100<br>Los Angeles, CA  90071<br>Telephone No.:  (213) 617-2717<br>Facsimile No.:  (213) 617-2718<br>Email:  bsharp@dsiconsulting.com | |

☒  *Individual appearing without attorney*
☐  *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>LESLIE KLIEN<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-10990-NB<br><br>CHAPTER: 11 |
|---|---|
| | **APPLICATION FOR PAYMENT OF:**<br><br>☒  **INTERIM FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 331)**<br><br>☐  **FINAL FEES AND/OR EXPENSES**<br>     **(11 U.S.C. § 330)** |
| | DATE: 09/23/2025<br>TIME:  2:00 pm<br>COURTROOM: 1545<br>PLACE: 255 E. Temple St., Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Bradley D. Sharp, Chapter 11 Trustee

2. Type of services rendered:
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*): Chapter 11 Trustee

3. Date of filing of petition under chapter 11 of the Bankruptcy Code: 02/22/2023

4. Date of entry of Order Approving Applicant's Employment: 05/24/2023

5. Date of filing of last Fee and/or Expense Application: 05/06/2025

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

6.  Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ __163,866.22__

   a.  Retainer received: $ __0.00__

   b.  Retainer remaining as of the date of this Application: $ __0.00__

   c.  Total amount requested in all prior applications: $ __163,866.22__

   d.  Total amount actually paid pursuant to prior approved applications: $ __98,319.73__

   e.  Total amount currently due but unpaid pursuant to prior approved applications: $ __65,546.49__

   f.  Total amount allowed but reserved pending final fee application: $ __65,546.49__

7.  **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. See Attached Exhibit B | $ | X | | = | $ |
| b. | $ | X | | = | $ |
| c. | $ | X | | = | $ |
| d. | $ | X | | = | $ |
| e. | $ | X | | = | $ |
| f. | $ | X | | = | $ |

   g.  ☒  Continued on attached page

8.  The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:                                                                  ☐ See attached page

9.  Bonus requested (final fee applications only): $ __0.00__
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ __47,143.09__

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ __8,817.90__

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. **Summary of Requested Expense Reimbursement**: (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a.  See Attached Exhibit C | $ 128.78 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g.  ☒  Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $128.78

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):

Bradley D. Sharp respectfully applies for interim allowance and payment of compensation for services it has rendered from March 01, 2025 through July 31, 2025.  Please see exhibits A-C for detailed support documentation.

15. Total number of attached pages of supporting documentation:  21

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/29/2025 | Bradley D. Sharp | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                          **F 2016-1.2.APP.PAYMENT.FEES**

# Exhibit A

**Bankruptcy Estate of Leslie Klein**

Trustee Handle through July 31, 2025

| Computation of Statutory Ceiling of Trustee's Fees (11 U.S.C. 326) | | | |
|---|---|---|---|
| **Disbursements** | | **Statutory Percentage** | **Trustee Fee** |
| Funds Disbursed | $      6,258,644 | | |
| First $5,000 Disbursed: | (5,000) | 25% | $1,250.00 |
| | 6,253,644 | | |
| Next $5,001 to $50,000 Disbursed: | (45,000) | 10% | 4,500.00 |
| | 6,208,644 | | |
| Next $50,001 to $1,000,000 Disbursed: | (950,000) | 5% | 47,500.00 |
| | 5,258,644 | | |
| Disbursements Over $1,000,000: | (5,258,644) | 3% | 157,759.31 |

| | | |
|---|---|---|
| **Total Maximum Allowable Trustee Fee:** | | **$211,009.31** |
| **Less: 1st Interim Fees Awarded** | | **($163,866.22)** |
| **2nd Interim Fees Sought** | | **$47,143.09** |

# Exhibit B

**Summary of Development Specialists, Inc. by Professional**
**Leslie Klein - Trustee**
**Fees Incurred v. Statutory Ceiling of Trustee's Fees**
From May 23, 2023 to July 31, 2025

| Fee Application Period | Fees Incurred | Statutory Ceiling |
|---|---|---|
| 1st Interim (May 23, 2023 - February 28, 2025) | $524,489.00 | $163,866.22 |
| 2nd Interim (March 1, 2025 - July 31, 2025) | 36,897.00 | 47,143.09 |
| Totals | $561,386.00 | $211,009.31 |

**Summary of Development Specialists, Inc. by Professional**
**Leslie Klein - Trustee**
From March 1, 2025 to July 31, 2025

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 845.00 | 28.2 | $ 23,829.00 |
| Eric Held | Senior Managing Director | 655.00 | 11.0 | 7,205.00 |
| Tania Kingsbury | Associate | 325.00 | 11.2 | 3,640.00 |
| Mandy Yedidsion | Associate | 195.00 | 11.4 | 2,223.00 |
| | | | 61.8 | $ 36,897.00 |

Page: 1
08/29/2025

Leslie Klein
c/o Development Specialists, Inc.
333 South Grand Avenue
Suite 4100
Los Angeles  CA  90071

Bradley D. Sharp Chapter 11 Trustee

| | | | HOURS | |
|---|---|---|---|---|
| 05/27/2025 | BDS | Telephone call with Nicholas Troszak, Jeff Nolan, Jeff Dulberg, John Lucas and Beth Dassa regarding case status. | 0.70 | |
| 06/10/2025 | BDS | Telephone call with Jeff Dulberg, Jeff Nolan, John Lucas, Beth Dassa (PSZJ) and Nicholas Troszak regarding case status. | 0.90 | |
| 06/16/2025 | BDS | Telephone call with Nicholas Troszak regarding case status. | 0.10 | |
| 06/17/2025 | BDS | Telephone call with John Lucas, Jeff Dulberg (PSZJ) and Nicholas Troszak regarding case status and task to be completed. | 0.70 | |
| 06/24/2025 | BDS | Telephone call with Jeff Dulberg, John Lucas, Beth Dassa, Jeff Nolan (PSZJ) and Nicholas Troszak regarding case status and tasks to be completed. | 0.80 | |
| 07/15/2025 | BDS | Telephone call with Jeff Nolan, John Lucas, Beth Dassa (PSZJ) and Nicholas Troszak regarding case status. | 0.70 | |
| 07/23/2025 | BDS | Telephone call with Jeff Nolan, John Lucas, Beth Dassa (PSZJ) and Nicholas Troszak regarding case status. | 0.60 | |
| 07/29/2025 | BDS | Telephone call with John Lucas, Beth Dassa, Jeff Dulberg (PSZJ) and Nicholas Troszak regarding case status. | 0.30 | |
| | | Case Administration/General | 4.80 | 4,056.00 |
| 04/29/2025 | BDS | Call with Spencer Ferrero and Nick Troszak regarding the fee application. | 0.20 | |
| 05/05/2025 | BDS | Review and approve trustee fee application, correspondence with Spencer Ferrero regarding same. | 0.30 | |
| 05/27/2025 | BDS | Review and approve declaration in reply to the fee application objection. | 0.10 | |
| 05/29/2025 | BDS | Review of draft fee order, correspondence with Jeff Dulberg regarding same. | 0.20 | |
| | | Fee Application/Client Billing | 0.80 | 676.00 |
| 03/11/2025 | BDS | Review of suits filed by Klein & Associates, correspondence with John Lucas regarding same. | 0.30 | |
| 03/12/2025 | BDS | Review of appeal brief, correspondence with John Lucas regarding same. | 0.20 | |

Leslie Klein


Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                                                    | HOURS |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-------|
| 03/13/2025 | BDS | Review of Olson response with respect to the LKA suit, correspondence with John Lucas regarding same.               | 0.20  |
| 03/20/2025 | BDS | Review of draft motion to enforce the stay, correspondence with John Lucas with comments to same.                  | 0.50  |
| 03/21/2025 | BDS | Correspondence with Jeff Nolan regarding the motion to enforce the stay.                                            | 0.30  |
| 04/01/2025 | BDS | Video call with the DSI and PSZJ teams regarding status, review of pleadings regarding same.                       | 0.80  |
| 04/02/2025 | BDS | Review of reply the opposition to the stay motion, correspondence with John Lucas regarding same.                  | 0.20  |
| 04/04/2025 | BDS | Review of motion to continue the hearing on approval of the Vago settlement, correspondence with John Lucas regarding same. | 0.30  |
|            | BDS | Review of opposition to LCG's motion to arbitrate, correspondence with John Lucas with comments to same.           | 0.80  |
| 04/08/2025 | BDS | Review of tentative ruling and correspondence with John Lucas and Jeff Dulberg regarding results of the hearing.   | 0.40  |
| 04/21/2025 | BDS | Correspondence with Jeff Dulberg regarding hearing results.                                                         | 0.20  |
| 04/30/2025 | BDS | Review of reply to the objection with respect to the broker retention, correspondence with John Lucas regarding same. | 0.20  |
|            | BDS | Review of the opposition to the motion for stay, correspondence with Jeff Dulberg regarding same.                  | 0.20  |
| 05/01/2025 | BDS | Review of tentative ruling and correspondence with John Lucas regarding results of the hearing.                   | 0.30  |
| 05/22/2025 | BDS | Correspondence with Jeff Dulberg regarding objection to professional fees.                                         | 0.10  |
| 05/29/2025 | BDS | Correspondence with John Lucas regarding the oral argument on the Klein appeal.                                    | 0.10  |
| 06/03/2025 | BDS | Telephone call with Jeff Dulberg, John Lucas, Beth Dassa (PSZJ) and Nicholas Troszak regarding professional fee application, hearing and case status. | 0.40  |
| 06/05/2025 | BDS | Review of draft reply regarding the sanctions request, correspondence with John Lucas regarding same.             | 0.10  |
| 06/14/2025 | BDS | Review of draft status report and correspondence with John Lucas regarding same.                                  | 0.10  |
| 06/16/2025 | BDS | Telephone call with Jeff Dulberg (PSZJ) and Nicholas Troszak regarding tentative court rulings for matters being heard on June 17, 2025. | 0.20  |
|            | BDS | Review of tentative ruling and telephone call with                                                                 |       |

Leslie Klein


Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                                          | HOURS |          |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | Jeff Dulberg regarding same.                                                                             | 0.30  |          |
| 07/11/2025 | BDS | Review of draft response regarding the 306 N Highland settlement objection, correspondence with John Lucas with comment to same. | 0.20 |          |
| 07/14/2025 | BDS | Review of the courts tentative ruling and correspondence with John Lucas.                                | 0.10  |          |
| 07/31/2025 | BDS | Correspondence with John Lucas regarding the appeal of the sanctions judgment.                           | 0.10  |          |
|            | BDS | Review and approve declaration regarding the BofA subpoena.                                              | 0.10  |          |
|            |     | Attend Court Hrgs/Rev Pleadgs                                                                             | 6.70  | 5,661.50 |
| 03/03/2025 | MY  | Online banking in order to retrieve the February 2025 bank statements.                                   | 0.20  |          |
|            | MY  | Review and reconcile the February 2025 bank statements, prepare and process bank reconciliation checklist for consultant approval. | 1.10 |          |
|            | MY  | Update the February 2025 bank and book balance summary.                                                  | 0.20  |          |
| 03/04/2025 | TLK | Prepare accounting reports and email to Spencer Ferrero.                                                 | 1.00  |          |
| 03/09/2025 | BDS | Correspondence with Tania Kingsbury and Nick Troszak regarding bond amount.                              | 0.10  |          |
| 03/10/2025 | TLK | Email correspondence with Spencer Ferrero regarding the bond.                                            | 0.20  |          |
| 03/14/2025 | MY  | Review e-mail request received from Eric Held regarding payment to Campbell & Frarahani prepare check request, and forward to Tania Kingsbury. | 0.20 |          |
|            | TLK | Prepare accounts payable.                                                                                | 0.40  |          |
| 03/18/2025 | TLK | Review the bank reconciliations and general ledger.                                                      | 0.20  |          |
|            | MY  | Prepare e-mail and forward the February 2025 bank reconciliations to Spencer Ferrero for review and signature. | 0.20 |          |
| 03/24/2025 | EJH | Evaluation of invoices from Naama Lior of Goldfarb.                                                      | 0.10  |          |
| 03/27/2025 | TLK | Prepare accounts payable.                                                                                | 0.40  |          |
|            | TLK | Update the QuickBooks software.                                                                          | 0.20  |          |
| 04/04/2025 | MY  | Online banking in order to retrieve March 2025 bank statements.                                          | 0.20  |          |
|            | MY  | Review and reconcile the March 2025 bank statements, prepare and process bank reconciliation checklist for consultant approval. | 0.90 |          |
|            | MY  | Update the March 2025 bank and book balance summary.                                                     | 0.20  |          |
| 04/07/2025 | TLK | Prepare accounting reports; email to Spencer Ferrero.                                                    | 0.60  |          |
| 04/15/2025 | MY  | Review e-mail request from Eric Held regarding canceled checks in connection with Highland eviction, research information and gather data needed to respond to request. | 0.30 |          |

Leslie Klein

Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                                                       | HOURS |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|-------|
| 04/16/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
|            | TLK | Update accounting.                                                                                                    | 0.30  |
| 04/21/2025 | TLK | Review the March 2025 bank reconciliations and general ledger.                                                        | 0.20  |
| 04/24/2025 | MY  | Prepare e-mail and forward March 2025 bank reconciliations to Spencer Ferrero for review and signature.              | 0.10  |
| 04/25/2025 | MY  | Review bank activities and update accounting.                                                                        | 0.20  |
| 04/28/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
| 05/04/2025 | MY  | Online banking in order to retrieve April 2025 bank statements.                                                       | 0.20  |
|            | MY  | Review and reconcile the April 2025 bank statements, prepare and process bank reconciliation checklist for consultant approval. | 0.60  |
|            | MY  | Update the April 2025 bank and book balance summary.                                                                  | 0.20  |
| 05/06/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
| 05/12/2025 | TLK | Prepare accounting reports. Email correspondence with Spencer Ferrero regarding same.                                 | 0.50  |
| 05/13/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
| 05/19/2025 | EJH | Research and analysis regarding notice of levy; work toward resolution and correspondence with Brad Sharp and Mandy Yedidsion regarding same. | 0.50  |
| 05/23/2025 | MY  | Review bank activities and update accounting.                                                                        | 0.20  |
| 05/26/2025 | TLK | Review the bank reconciliations and general ledger.                                                                  | 0.20  |
| 05/30/2025 | MY  | Prepare e-mail and forward the April 2025 bank reconciliations to Spencer Ferrero for review and signature.          | 0.20  |
| 06/02/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
| 06/05/2025 | MY  | Online banking in order to retrieve May 2025 bank statements.                                                         | 0.20  |
|            | MY  | Review and reconcile May 2025 bank statements, prepare and process bank reconciliation checklist for consultant approval. | 0.90  |
|            | MY  | Update the May 2025 bank and book balance summary.                                                                    | 0.20  |
| 06/06/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
|            | MY  | E-mail correspondence with Tania Kingsbury, review and approve outgoing wire.                                         | 0.20  |
| 06/09/2025 | TLK | Prepare accounts payable.                                                                                             | 1.00  |
|            | MY  | E-mail correspondence with Tania Kingsbury, review and approve 3 outgoing wire.                                       | 0.30  |
| 06/10/2025 | TLK | Prepare accounts payable.                                                                                             | 0.40  |
| 06/17/2025 | MY  | Review e-mail request from Tania Kingsbury regarding                                                                  |       |

Page: 5
08/29/2025

Leslie Klein

Bradley D. Sharp Chapter 11 Trustee

| Date | | Description | HOURS |
|---|---|---|---|
| | | updated general ledger, research information and gather data needed to respond to request. | 0.30 |
| 06/18/2025 | TLK | Prepare the general ledger. | 0.50 |
| | TLK | Email correspondence with East West Bank regarding a new account for 306 N. Highland settlement. | 0.20 |
| 06/19/2025 | MY | Prepare e-mail and forward May 2025 bank reconciliations to Spencer Ferrero for review and signature. | 0.10 |
| 06/25/2025 | MY | Review bank activities, update accounting. | 0.20 |
| | MY | Review e-mail request received from Spencer Ferrero regarding payment to Trustee Insurance Agency, prepare and process check, update accounts payable. | 0.30 |
| | TLK | Update accounting. | 0.40 |
| 06/26/2025 | MY | Review e-mail request from Nick Troszak regarding accounts payable, research information and gather data needed to respond to request. | 0.20 |
| | MY | Review e-mail request received from Spencer Ferrero regarding payment to Samuel Campos, prepare and process check, update accounts payable. | 0.30 |
| 06/30/2025 | MY | Review e-mail request from Nick Troszak regarding uncleared check, process stop payment and reissue the check. | 0.30 |
| 07/01/2025 | MY | Review e-mail request received from Nick Troszak regarding payment to Pura Vida, prepare and process check, update accounts payable. | 0.30 |
| | MY | Online banking in order to retrieve June 2025 bank statements. | 0.20 |
| | MY | Review and reconcile June 2025 bank statements, prepare and process bank reconciliation checklist for consultant approval. | 1.50 |
| | MY | Update the June 2025 bank and book balance summary. | 0.30 |
| 07/11/2025 | TLK | Prepare accounts payable. | 0.40 |
| 07/14/2025 | TLK | Review bank reconciliations and general ledger. | 0.20 |
| 07/24/2025 | MY | Review bank activities, update accounting. | 0.20 |
| | MY | Prepare e-mail and forward June 2025 bank reconciliations to Spencer Ferrero for review and signature. | 0.20 |
| | TLK | Update accounting. Prepare the balance sheet. Email correspondence with Spencer Ferrero regarding same. | 0.50 |
| 07/29/2025 | TLK | Prepare accounts payable. | 0.30 |
| | TLK | Prepare accounts payable. | 0.40 |
| 07/30/2025 | TLK | Prepare accounts payable. | 0.30 |
| | | Accounting | 23.30    6,340.50 |
| 03/20/2025 | BDS | Review of draft MOR, correspondence with Spencer Ferrero regarding same. | 0.20 |
| 04/16/2025 | BDS | Review and approve the MOR, correspondence with Spencer Ferrero regarding same. | 0.20 |

Page: 6
Leslie Klein                                                                    08/29/2025


Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                                          | HOURS |        |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------|--------|
| 05/19/2025 | BDS | Review of draft MOR, correspondence with Nick Troszak and Spencer Ferrero with comments to same.           | 0.20  |        |
|            |     | Monthly Bktcy/Semi-Annual Rpts                                                                            | 0.60  | 507.00 |
| 03/17/2025 | BDS | Review and approve motion to approve the Vago settlement, correspondence with Beth Dassa regarding same.   | 0.30  |        |
| 03/27/2025 | BDS | Review of reply to the opposition to the Vago settlement, correspondence with Nick Troszak and John Lucas regarding same. | 0.20  |        |
|            |     | Claims Analysis/Objections                                                                               | 0.50  | 422.50 |
| 06/03/2025 | BDS | Correspondence with Nick Troszak and Roberta Aranda regarding returned tax return.                        | 0.10  |        |
|            |     | Tax Issues                                                                                               | 0.10  | 84.50  |
| 03/04/2025 | BDS | Review of tax analysis with respect to the Highland property, correspondence with Spencer Ferrero regarding same. | 0.30  |        |
| 03/05/2025 | BDS | Review of correspondence from Eric Hawes regarding eviction proceedings, correspondence with Eric Held regarding same. | 0.20  |        |
| 03/06/2025 | EJH | Work on resolution of unpaid obligations related to unlawful detainer actions.                           | 0.20  |        |
|            | EJH | Correspondence with Eric Hawes regarding unlawful detainer for Highland property.                         | 0.10  |        |
|            | BDS | Correspondence with Eric Held regarding the eviction proceedings.                                         | 0.20  |        |
|            | BDS | Correspondence with Spencer Ferrero regarding settlement numbers on the Highland property, correspondence with John Lucas regarding same. | 0.30  |        |
| 03/07/2025 | BDS | Review of draft settlement agreement with the Vagos, correspondence with John Lucas regarding same.       | 0.20  |        |
| 03/10/2025 | EJH | Correspondence with Eric Hawes regarding unlawful detainer action.                                        | 0.10  |        |
| 03/12/2025 | EJH | Correspondence with Brad Sharp and Nick Troszak regarding code violation.                                 | 0.10  |        |
|            | BDS | Correspondence with Nick Troszak and Eric Held regarding settlement status.                               | 0.10  |        |
| 03/17/2025 | EJH | Correspondence with counsel, Brad Sharp and Nick Troszak regarding motion to enforce turnover and related matters. | 0.20  |        |
|            | EJH | Correspondence with Brad Sharp and Roberta Aranda regarding post-judgment interrogatories.               | 0.10  |        |
|            | BDS | Review of draft motion for turnover of the June Street property, correspondence with John  Lucas regarding same. | 0.30  |        |
|            | BDS | Correspondence with Eric Held regarding status of the eviction action, correspondence with Eric Hawes regarding same. | 0.20  |        |
| 03/18/2025 | BDS | Correspondence with John Lucas regarding potential Highland settlement.                                   | 0.10  |        |

Page: 7
Leslie Klein                                                                      08/29/2025


Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                                                  | HOURS |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------|
|            | BDS | Correspondence with Eric Hawes regarding Rivera action, correspondence with Tania Kingsbury and Mandy Yedidsion regarding same. | 0.20 |
| 03/26/2025 | BDS | Correspondence and call with John Lucas regarding the Life Capital litigation. | 0.50 |
|            | BDS | Telephone call with John Lucas, Jeff Dulberg (PSZJ) and Nicholas Troszak regarding Life Capital litigation. | 0.50 |
| 04/04/2025 | BDS | Correspondence with John Lucas regarding offer to settle the June Street litigation. | 0.20 |
| 04/06/2025 | BDS | Review of correspondence with Jeremy Benjamin and Jeff Dulberg regarding status of the Israel property sale. | 0.20 |
| 04/07/2025 | BDS | Correspondence with John Lucas regarding settlement discussions regarding Highland, call with Nick Troszak regarding same. | 0.20 |
|            | BDS | Review of tax analysis regarding the Highland property, correspondence with Spencer Ferrero and Nick Troszak regarding same. | 0.20 |
|            | BDS | Review of draft opposition to motion to arbitrate, correspondence with John Lucas and Nick Troszak regarding same. | 0.30 |
| 04/09/2025 | EJH | Correspondence with Eric Hawes regarding unlawful detainer action for Highland property. | 0.10 |
| 04/10/2025 | BDS | Correspondence with John Lucas regarding mediation request. | 0.20 |
| 04/11/2025 | BDS | Correspondence with John Lucas regarding Highland settlement discussions. | 0.20 |
| 04/14/2025 | EJH | Work on Highland eviction efforts; correspondence with Mandy Yedidsion and Eric Hawes regarding same. | 0.10 |
|            | BDS | Review and approve eviction complaint, correspondence with Eric Held regarding same. | 0.20 |
| 04/15/2025 | EJH | Correspondence with Nick Troszak regarding unlawful detainer status and next steps. | 0.10 |
| 04/16/2025 | EJH | Correspondence with Eric Hawes regarding unlawful detainer status and next steps. | 0.10 |
|            | BDS | Correspondence with Nick Troszak regarding eviction, telephone call regarding same. | 0.20 |
|            | BDS | Review and approve declaration regarding Life Capital, correspondence with John Lucas regarding same. | 0.20 |
| 04/21/2025 | EJH | Correspondence with John Lucas and Nick Troszak regarding eviction instructions. | 0.10 |
|            | EJH | Correspondence with Eric Hawes regarding unlawful detainer status and next steps. | 0.20 |
| 04/24/2025 | BDS | Correspondence with Jeff Dulberg regarding Klein's request for a stay. | 0.20 |
| 04/30/2025 | EJH | Correspondence with counsel regarding June Street, |       |

Leslie Klein

Bradley D. Sharp Chapter 11 Trustee

| Date | Init | Description | HOURS |
|---|---|---|---|
| | | Life Capital and other pending litigation-related matters; review of related pleadings regarding same. | 0.50 |
| | EJH | Correspondence with Eric Hawes regarding Highland eviction efforts. | 0.20 |
| | EJH | Work on Highland eviction efforts. | 0.30 |
| 05/01/2025 | EJH | Review and reply to day of emails with counsel regarding court's ruling and settlement efforts. | 0.20 |
| | BDS | Correspondence with Jeff Dulberg regarding settlement discussions on the June Street property. | 0.20 |
| 05/02/2025 | BDS | Correspondence with Eric Hawes regarding the Highland eviction. | 0.20 |
| 05/07/2025 | BDS | Correspondence with Nick Troszak regarding actions by the debtor on the June Street property. | 0.20 |
| 05/08/2025 | EJH | Correspondence with Eric Hawes regarding Highland eviction efforts. | 0.10 |
| 05/12/2025 | EJH | Correspondence with Jeff Dulberg regarding 306 N. Highland settlement agreement. | 0.10 |
| | EJH | Evaluation of 306 N. Highland settlement agreement. | 0.20 |
| | BDS | Correspondence with Nick Troszak regarding the June Street property. | 0.10 |
| 05/13/2025 | EJH | Correspondence with Brad Sharp regarding Highland eviction efforts. | 0.10 |
| | BDS | Review of correspondence from Eric Hawes regarding the Highland eviction, correspondence with Nick Troszak and Eric Held regarding same. | 0.20 |
| 05/14/2025 | EJH | Evaluation of settlement offer from Chase Rivera; analysis of potential recovery scenarios and correspondence with Eric Hawes and Brad Sharp regarding same. | 0.70 |
| | BDS | Correspondence with Eric Held and Nick Troszak regarding Rivera settlement. | 0.10 |
| 05/19/2025 | EJH | Correspondence with Jeff Dulberg and Brad Sharp regarding June St. property. | 0.10 |
| | EJH | Correspondence with Eric Hawes regarding Highland eviction efforts, accounting and negotiations. | 0.10 |
| | BDS | Correspondence with Jeff Dulberg regarding the June Street property. | 0.10 |
| | BDS | Correspondence with Eric Held and Eric Hawes regarding the Highland eviction. | 0.20 |
| 05/20/2025 | EJH | Correspondence with Eric Hawes regarding Highland legal eviction efforts. | 0.20 |
| | EJH | Call with Nick Troszak regarding Highland legal eviction efforts. | 0.10 |
| 05/21/2025 | EJH | Correspondence with Nick Troszak and John Lucas regarding 143 Highland and 315 N Martel cash collateral. | 0.10 |
| | BDS | Correspondence with Jeff Dulberg and Nick Troszak regarding the Highland property. | 0.10 |
| | BDS | Correspondence with Nick Troszak and John Lucas regarding the Life Capital litigation. | 0.10 |

Page: 9
Leslie Klein                                                                    08/29/2025


Bradley D. Sharp Chapter 11 Trustee


                                                                         HOURS
05/27/2025   EJH   Evaluation of proposed stipulation for judgment
                   regarding 143 S. Highland property.                    0.20
             EJH   Correspondence with Eric Hawes regarding proposed
                   stipulation for judgment regarding 143 S. Highland
                   property.                                               0.10

05/28/2025   EJH   Correspondence with Eric Hawes regarding filed
                   answer and proposed stipulation for judgment
                   regarding 143 S. Highland property.                    0.10

05/29/2025   EJH   Correspondence with John Lucas and Jeff Dulberg
                   regarding 143 S. Highland recovery status.             0.10

05/30/2025   EJH   Correspondence with Eric Hawes regarding request for
                   trial for 143 S. Highland property.                    0.10

06/02/2025   EJH   Work on stipulation for judgment and trial date
                   efforts for 143 S. Highland recovery; correspondence
                   with Eric Hawes regarding same.                        0.20
             EJH   Meeting with Brad Sharp regarding stipulation with
                   Chase Rivera; prepare material and information for
                   same.                                                  0.20
             EJH   Analysis of potential recovery on 143 S. Highland.     0.50

06/04/2025   BDS   Correspondence with Nick Troszak and Jeff Dulberg
                   regarding personal property.                           0.10

06/05/2025   BDS   Review of decision with respect to the June Street
                   appeal, correspondence with Jeff Dulberg regarding
                   same.                                                  0.10

06/10/2025   EJH   Correspondence with Eric Hawes regarding stipulation
                   for judgment and trial date for 143 S. Highland.       0.10

06/11/2025   EJH   Correspondence with buyer of Leonardo Plaza unit in
                   connection with appeal issues.                         0.10
             EJH   Correspondence with John Lucas regarding Leonardo
                   Plaza unit in connection with appeal issues.           0.10
             BDS   Review of June Street grant deed, correspondence
                   with Jeff Dulberg and Nick Troszak regarding
                   response to same.                                      0.20

06/12/2025   EJH   Evaluation of stipulation and correspondence with
                   Eric Hawes regarding same.                             0.10
             BDS   Correspondence with Ron Maroko regarding June Street
                   grant deed.                                            0.20
             BDS   Review of draft motion regarding the June Street
                   grant deed, correspondence with John Lucas with
                   comments to same.                                      0.30

06/13/2025   BDS   Telephone call with Nicholas Troszak regarding
                   meeting with Leslie and Barbara Klein, Dan Crawford
                   (EKLK & LKA counsel) and Jessica Heredia (Trustee
                   Real Estate Agent) at 322 June St., Los Angeles, CA.   0.20

06/14/2025   BDS   Correspondence with Jeff Dulberg regarding
                   correspondence with Klein's counsel.                   0.20

06/16/2025   EJH   Correspondence with Erica Parks and Nick Troszak
                   regarding unlawful detainer stipulated judgment
                   executed and entered by the Court.                     0.10

Page: 10
Leslie Klein                                                                        08/29/2025


Bradley D. Sharp Chapter 11 Trustee


|            |     |                                                                                              | HOURS |  |
|------------|-----|----------------------------------------------------------------------------------------------|-------|--|
|            | EJH | Correspondence with Nick Troszak regarding 143 S. Highland recovery.                          | 0.10  |  |
| 06/17/2025 | BDS | Review of the debtor's opposition with respect to the grant deed, correspondence with Jeff Dulberg regarding same. | 0.20 |  |
| 06/18/2025 | BDS | Telephone call with Nicholas Troszak regarding Ken Klein settlement agreement.                | 0.10  |  |
| 06/20/2025 | BDS | Correspondence with John Lucas with response to Klein's settlement offer.                     | 0.10  |  |
|            | BDS | Review and approve settlement agreement regarding 306 N Highland.                             | 0.10  |  |
| 06/26/2025 | BDS | Correspondence with John Lucas and Nick Troszak regarding the Life Capital complaint.         | 0.20  |  |
| 07/07/2025 | BDS | Correspondence with Jeff Dulberg regarding amending the Life Capital complaint.               | 0.10  |  |
| 07/15/2025 | EJH | Call and correspondence with Erica Parks regarding 143 S. Highland eviction efforts and occupant personal information for filing. | 0.20 |  |
| 07/17/2025 | EJH | Correspondence with John Lucas and Nick Troszak regarding 143 S. Highland eviction efforts and next steps. | 0.10 |  |
|            | BDS | Review of draft motion to amend the Life Capital complaint, correspondence with John Lucas regarding same. | 0.20 |  |
| 07/18/2025 | BDS | Review of revisions to the motion to amend the Life Capital complaint, correspondence with John Lucas regarding same. | 0.10 |  |
| 07/21/2025 | BDS | Review and approve the declaration regarding the motion to amend the Life Capital complaint.  | 0.10  |  |
| 07/22/2025 | EJH | Correspondence with Jeff Dulberg and Jeremy Benjamin regarding Leonardo Plaza timing update and remaining matters. | 0.10 |  |
| 07/23/2025 | EJH | Correspondence with Jeff Dulberg and Jeremy Benjamin regarding Leonardo Plaza timing update and remaining matters and Dan Boutique hotel unit request. | 0.10 |  |
|            |     | Asset Analysis and Recovery                                                                   | 16.50 | 12,593.50 |
| 03/04/2025 | BDS | Video call with the PSZJ and DSI teams regarding status.                                      | 0.60  |  |
| 03/11/2025 | BDS | Video call with the PSZJ team and Nick Troszak regarding status.                              | 0.60  |  |
| 03/12/2025 | BDS | Review of property tax notice, correspondence with Nick Troszak and Eric Held regarding same. | 0.10  |  |
| 04/01/2025 | EJH | Correspondence with John Lucas regarding agenda for discussion.                               | 0.10  |  |
| 04/15/2025 | BDS | Telephone calls with Nick Troszak regarding status.                                           | 0.30  |  |

Page: 11
Leslie Klein                                                                    08/29/2025


Bradley D. Sharp Chapter 11 Trustee


|  |  |  | HOURS |  |
|---|---|---|---|---|
| 04/17/2025 | BDS | Review and approve invoice for payment. | 0.10 | |
| 04/22/2025 | BDS | Video call with Jeff Dulberg, Beth Dassa and Nick Troszak regarding status. | 0.30 | |
| 04/29/2025 | BDS | Video call with Nick Troszak and PSZJ regarding status. | 0.90 | |
| 05/01/2025 | BDS | Review of levy notice, correspondence with Eric Hawes and Eric Held regarding same. | 0.20 | |
| 05/02/2025 | BDS | Review of draft fee application, correspondence to Nick Troszak and Spencer Ferrero regarding same. | 0.30 | |
| 05/06/2025 | EJH | Review and reply to day of emails. | 0.20 | |
| 05/08/2025 | BDS | Call with Jeff Nolan, John Lucas, Jeff Dulberg, Beth Dassa and Nick Troszak regarding case status. | 0.70 | |
| 05/12/2025 | BDS | Review and approve invoices for payment. | 0.10 | |
| 05/21/2025 | BDS | Correspondence with Nick Troszak regarding proposed payments on the fee applications. | 0.10 | |
| 06/02/2025 | BDS | Meeting with Eric Held regarding stipulation with Chase Rivera; prepare material and information for same. | 0.20 | |
| 06/10/2025 | BDS | Review and approve invoice for payment. | 0.10 | |
| 07/02/2025 | BDS | Review and approve invoice for payment. | 0.10 | |
| | | Managing Business Operations | 5.00 | 4,168.00 |
| 03/03/2025 | EJH | Correspondence with Jeremy Benjamin regarding Leonardo Plaza unit sale, appeal and next steps. | 0.10 | |
| | EJH | Correspondence with Jeff Dulberg regarding Leonardo Plaza unit sale, appeal and next steps. | 0.10 | |
| 03/04/2025 | EJH | Correspondence with John Lucas and Jeremy Benjamin regarding passport for Israel property sale. | 0.10 | |
| 03/05/2025 | EJH | Correspondence with Philip Goldschmiedt regarding purchase of Leonardo Plaza property. | 0.10 | |
| | BDS | Review of objection from the debtor with respect to the broker retention, correspondence with Jeff Dulberg regarding same. | 0.30 | |
| 03/25/2025 | EJH | Call and correspondence with Beth Dassa regarding Dan Hotel. | 0.10 | |
| 03/27/2025 | EJH | Correspondence with Jeremy Benjamin and Jeff Dulberg regarding sale efforts and status for Israel properties. | 0.10 | |
| 04/01/2025 | EJH | Evaluation of notice to the Israel court regarding sale of Leonardo Plaza unit; correspondence with Jeremy Benjamin and Jeff Dulberg regarding same. | 0.20 | |
| 04/06/2025 | EJH | Correspondence with Jeremy Benjamin and Jeff Dulberg regarding sale efforts and status for Israel | | |

Page: 12
Leslie Klein
08/29/2025


Bradley D. Sharp Chapter 11 Trustee


|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | properties. | 0.10 |  |
| 04/21/2025 | EJH | Evaluation of answering brief in connection with Leonardo Plaza property appeal. | 0.20 |  |
| 05/12/2025 | EJH | Evaluation of June Street buyer price opinion report and findings; analysis and research regarding same. | 0.50 |  |
|  | EJH | Correspondence with Jeremy Benjamin and Jeff Dulberg regarding Leonardo Plaza sale. | 0.20 |  |
|  | EJH | Correspondence with Barry Rifken regarding Leonardo Plaza sale. | 0.20 |  |
| 05/13/2025 | EJH | Correspondence with counsel and Barry Rifken regarding Leonardo Plaza sale. | 0.20 |  |
| 05/15/2025 | EJH | Correspondence with Jeremy Benjamin and Jeff Dulberg regarding Leonardo Plaza sale. | 0.10 |  |
| 05/28/2025 | EJH | Correspondence with Jeff Dulberg regarding Leonard Plaza timing and update. | 0.10 |  |
| 05/29/2025 | EJH | Correspondence with Jeremy Benjamin and Jeff Dulberg regarding Leonardo Plaza property sale status. | 0.10 |  |
| 06/22/2025 | EJH | Correspondence with Philip Goldschmiedt regarding Jerusalem apartment sale appeal. | 0.10 |  |
|  | EJH | Correspondence with Jeff Dulberg regarding Jerusalem apartment sale appeal. | 0.10 |  |
| 06/25/2025 | BDS | Meeting with Nicholas Troszak regarding "Schedule C: The property you claim as exempt" to determine potential timeframe and guidelines for Leslie Klein to identify and remove certain exempt items from 322 N. June St. | 0.20 |  |
| 07/10/2025 | EJH | Correspondence with Barry Rifken regarding Dan Hotel unit. | 0.10 |  |
| 07/22/2025 | EJH | Correspondence with Jeff Dulberg and Jeremy Benjamin regarding Leonardo Plaza timing update and remaining matters. | 0.10 |  |
| 07/23/2025 | EJH | Correspondence with Jeff Dulberg and Jeremy Benjamin regarding Leonardo Plaza timing update and remaining matters and Dan Boutique hotel unit request. | 0.10 |  |
|  |  | Sale of Assets | 3.50 | 2,387.50 |
|  |  | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 61.80 | 36,897.00 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| B. D. Sharp | 28.20 | $845.00 | $23,829.00 |
| E. J. Held | 11.00 | 655.00 | 7,205.00 |
| T. L. Kingsbury | 11.20 | 325.00 | 3,640.00 |
| M. Yedidsion | 11.40 | 195.00 | 2,223.00 |

TOTAL CURRENT WORK                                          36,897.00

Page: 13

Leslie Klein                                                                    08/29/2025


Bradley D. Sharp Chapter 11 Trustee


        BALANCE DUE                                                 $36,897.00

# Exhibit C

**Development Specialists, Inc. Expense Summary**
**Leslie Klein - Trustee**
From March 1, 2025 to July 31, 2025

| Reimbursable Expense | Amount |
|---|---|
| Parking/Transportation | $ 31.69 |
| Photocopies | 23.25 |
| TLO Costs | 3.44 |
| FedEx/Postage | 64.60 |
| PACER | 5.80 |
| | |
| Total Expenses | $ 128.78 |

**Development Specialists, Inc. Expense Detail**
**Leslie Klein - Trustee**
From March 1, 2025 to July 31, 2025

| Date | Professional | Description | | Amount |
|------|-------------|-------------|---|--------|
| **Parking/Transportation** | | | | |
| 04/17/25 | Roberta Aranda | Uber to US Marshall office for eviction action | $ | 15.71 |
| 04/17/25 | Roberta Aranda | Uber from US Marshall office for eviction action | | 15.98 |
| | | Total Parking/Transportation | $ | 31.69 |
| **Photocopies** | | | | |
| 03/31/25 | DSI | Photocopy Charges (5 @ $0.15/copy) | $ | 0.75 |
| 04/30/25 | DSI | Photocopy Charges (40 @ $0.15/copy) | | 6.00 |
| 05/30/25 | DSI | Photocopy Charges (14 @ $0.15/copy) | | 2.10 |
| 06/30/25 | DSI | Photocopy Charges (79 @ $0.15/copy) | | 11.85 |
| 07/31/25 | DSI | Photocopy Charges (17 @ $0.15/copy) | | 2.55 |
| | | Total Photocopies | $ | 23.25 |
| **TLO Costs** | | | | |
| 06/03/25 | DSI | TLO searches | $ | 3.44 |
| | | Total TLO | $ | 3.44 |
| **FedEx/Postage Costs** | | | | |
| 04/17/25 | DSI | FedEx Delivery Charges | $ | 2.50 |
| 06/20/25 | DSI | FedEx Delivery Charges | | 29.27 |
| 03/31/25 | DSI | Postage | | 0.69 |
| 04/30/25 | DSI | Postage | | 2.76 |
| 05/30/25 | DSI | Postage | | 11.02 |
| 06/30/25 | DSI | Postage | | 16.93 |
| 07/31/25 | DSI | Postage | | 1.43 |
| | | Total FexEx/Postage | $ | 64.60 |
| **PACER** | | | | |
| 03/31/25 | DSI | PACER charges | $ | 5.80 |
| | | Total PACER | $ | 5.80 |
| | | Total Expenses | $ | 128.78 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**:  APPLICATION FOR PAYMENT OF: INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **September 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| <u>Via Email:</u> | <u>Via Email:</u> |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com | Eric Hawes:  eeh@eehlawoffice.com |
|  | James Kieckhafer:  jkieckhafer@ks-llp.com |
| Leslie Klein:  les.kleinlaw@gmail.com; | Art Swicker:  aswicker@ks-llp.com |
| leskleinlaw@gmail.com; kleinlaw@earthlink.net | Jeremy Benjamin:  Jeremy.benjamin@goldfarb.com; |
|  | Shirin Herzog:  shrin.herzog@goldfarb.com |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4901-2141-4975.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

4901-2141-4975.1 78512.001