Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>               Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**FOURTH APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO THE CHAPTER 11 TRUSTEE; DECLARATION OF JEREMY BENJAMIN IN SUPPORT THEREOF**<br><br>Fourth Interim Fee Period:  March 1, 2025 – July 31, 2025<br><br>**DATE:**  September 23, 2025<br>**TIME**:   2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>             Los Angeles, California<br>**CTRM**:  1545 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

The Law Offices of Goldfarb Gross Seligman & Co. ( "*Goldfarb*" or the "*Firm*"), special litigation and real estate counsel to Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "*Trustee*") in the above-captioned bankruptcy case (the "*Case*") of Leslie Klein (the "*Debtor*"), hereby files its *Fourth Application for Interim Approval of Compensation*

LA:4909-9559-8683.2 78512.001

*and Reimbursement of Expenses* (the "***Application***") for the period March 1, 2025 through July 31, 2025 (the "***Fourth Interim Fee Period***"), pursuant to 11 U.S.C. §§ 330 and 331 (the "***Bankruptcy Code***").

## I.

## <u>RELIEF REQUESTED</u>

By this application, the Firm seeks entry of an order approving fees for professional services rendered for and on behalf of the Trustee as special litigation and real estate counsel in the amount of $11,944.55[1], in fees incurred during the Fourth Interim Fee Period.  As set forth more fully herein, this Application complies with all statutory guidelines and court-imposed requirements.

Invoices for the Fourth Interim Fee Period with time detail and summaries thereof are attached as **Exhibit A** to the Declaration of Jeremy Benjamin (the "***Benjamin Declaration")***, annexed hereto**.**  *LBR 2016-1(a)(1)(E), (F) and (G).*

## II.

## <u>RELEVANT BACKGROUND AND THE FIRM'S RETENTION</u>

### A.    <u>The Chapter 11 Case</u>

On February 22, 2023, the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code.

On April 24, 2023, creditors Erica and Joseph Vago filed a *Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case* (the "***Motion to Dismiss***") [Docket No. 79].

On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court ruled that the appointment of a chapter 11 trustee, and not dismissal of the Case, was in the best interests of the estate.

On May 23, 2023, the Office of the United States Trustee (the "***UST***") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as chapter 11 Trustee.

---

[1] Of this amount, $1,822.05 is included for Value Added Tax ("***VAT***") for the Fourth Interim Fee Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

On May 23, 2023, the UST filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No. 155]. On that same day, the Trustee accepted his appointment [Docket No. 156].

### III.

### GOLDFARB'S RETENTION

On September 20, 2023, the Trustee filed an *Application to Employ the Law Offices of Goldfarb Gross Seligman & Co. as Special Litigation and Real Estate Counsel Effective as of September 12, 2023* [Docket No. 370], approved by order entered October 12, 2023 [Docket No. 419]. A copy of the resume of Jeremy Benjamin, one of the attorneys at the Firm responsible for working on the Case, is attached as **Exhibit B** to the Benjamin Declaration, annexed hereto. *LBR 2016-1(a)(1)(H)*.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### IV.

### NARRATIVE HISTORY AND PRESENT POSTURE OF CASE

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Goldfarb incorporates by reference the *Second Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

### V.

### COMPENSATION SOUGHT

This is the Firm's fourth fee application.

On February 7, 2024, the Firm filed its first fee application for the period September 12, 2023 through January 31, 2024 [Docket No. 641], seeking fees in the amount of $44,436.61 and expenses in the amount of $103.30, for a total of $44,539.91, which fees and expenses were approved by order entered on February 28, 2024 [Docket No. 680].

On October 9, 2024, the Firm filed its second fee application for the period February 1, 2024 through August 31, 2024 [Docket No. 831], seeking fees in the amount of $35,111.72, which fees were approved by order entered on October 31, 2024 [Docket No. 855].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

On May 6, 2025, the Firm filed its third fee application for the period September 1, 2024 through February 28, 2025 [Docket No. 1061], seeking fees in the amount of $22,894.95, which fees were approved by order entered on June 5, 2025 [Docket No. 1118].

By way of this Application, the Firm seeks interim allowance of $11,944.55 incurred during the Fourth Interim Fee Period.

## VI.

## FUNDS ON HAND

## (LBR 2016-1(a)(1)(A)(iii))

As of August 20, 2025, the Estate has $850,000.00 in funds on hand.

## VII.

## CLIENT'S DECLARATION

## (LBR 2016-1(a)(1)(J))

A separate declaration will be filed regarding the Trustee's review of this Application.

## VIII.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND

## TIME EXPENDED DURING THE FOURTH INTERIM FEE PERIOD

## (LBR 2016-1(a)(1)(D))

During the Fourth Interim Fee Period, the Firm, among other things, (a) corresponded with the Trustee and his counsel regarding the notice of appeal filed by the Debtor regarding the Court's approval of the sale of a real estate asset in Israel (the "**Notice of Appeal**" and the "**Sale**"); (b) corresponded with the Israeli trustee regarding the Notice of Appeal and the timing of the closing of the Sale; (c) monitored the Israeli trustee's court filings regarding the closing of the Sale and updated the Trustee and his counsel; (d) monitored the Israeli trustee's efforts to obtain tax certificates necessary for transfer of title in the Sale and updated the Trustee and his counsel; and (e) monitored the Israeli trustee's efforts to sell the second real estate asset in Israel and updated the Trustee and his counsel.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Firm spent 17.75 hours[2] on this Case during the Fourth Interim Fee Period, accounting for $11,944.55 in fees incurred (including 18% VAT).

## IX.

## NO FEE SHARING

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by the Firm except to the extent they are shared among members of the Firm.

## X.

## THE FEES REQUESTED SHOULD BE

## AWARDED BASED UPON APPLICABLE LAW

The fees requested by this Application are an appropriate award for the Firm's services as special litigation and real estate counsel to the Trustee in Israel.

## XI.

## FACTORS IN EVALUATING REQUESTS FOR COMPENSATION

Pursuant to section 330 of the Bankruptcy Code, the Court may award reasonable compensation for actual and necessary services rendered. The professional services rendered by the Firm have required an expenditure of substantial time and effort. The Firm spent 17.75 hours during the Fourth Interim Fee Period.  The fees for which the Firm requests compensation are for actual and necessary services rendered at the request of the Trustee and/or his counsel.

Time and labor devoted is only one of many pertinent factors in determining an award of fees and costs. Based on the skills brought to bear in this matter by the Firm and the results obtained, in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.

[2] The Firm spent a total of 17.75 hours on this Case during the Fourth Interim Fee Period; however, it has voluntarily written off 1.25 hours as a courtesy.  The $11,944.55 fee request is reflective of this fee reduction.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## XII.

## THE LODESTAR AWARD SHOULD BE CALCULATED BY MULTIPLYING A

## REASONABLE HOURLY RATE BY THE HOURS EXPENDED

The United States Supreme Court has approved application of the lodestar approach in determining a reasonable attorney's fee. The lodestar approach is as follows:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . . Adjustments to that fee then may be made as necessary in the particular case.

*Blum vs. Stenson*, 465 U.S. 886, 888 (1984). In *Hensley v. Eckerhart,* 461 U.S. 424 (1983), the Supreme Court explained that while ad hoc factors from older tests might be considered in setting fees[3], the lodestar amount subsumed many of those factors. *Hensley v. Eckerhart*, 461 U.S. 424, 434, n.9 (1983).

In 1986, the Supreme Court expressly held that factors relevant to determining fees should be applied using the lodestar approach, and expressly rejected reliance on the ad hoc application of the factors in older tests, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . ." *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); see also *Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate") (citations and quotations omitted).

Although the lodestar approach provides the fundamental framework for determining fee awards under the Bankruptcy Code, some of the ad hoc factors remain relevant for determining the appropriate hourly rate to use under the lodestar approach. In *re Charles Russel Buckridge, Jr.*,

---

[3] The ad hoc factors, now largely subsumed by the lodestar approach, are set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974. The original twelve Johnson/Kerr factors are: (1) time and labor required; (2) novelty and difficulty of the questions involved; (3) skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances involved; (8) amount involved and results obtained; (9) experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) nature and length of the professional relationship with client; and (12) awards in similar cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a 'multiplier' based on the criteria listed in § 330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991) (starting with the lodestar approach is not mandatory in all cases, particularly given the uniqueness of bankruptcy proceedings).

Under the lodestar approach, the Firm is entitled to payment for all of the fees incurred, calculated by multiplying the number of hours expended by the Firm's hourly billing rates.

The information contained in **Exhibit A** support both the time and the rate components of the lodestar approach and warrant an award to the Firm of the entirety of the fees that it incurred providing services to the Trustee in this Case.

## XIII.

## NOTICE

Notice of the filing of this Application has been given to the Debtor, the United States Trustee, and all parties entitled to notice under Federal Rules of Bankruptcy Procedure 2002 ("***Rule 2002***"). Therefore, notice should be deemed adequate under the circumstances and in accordance with Rule 2002(a)(6) and (c)(2).

## XIV.

## CONCLUSION

This is the Firm's fourth request for compensation and reimbursement of expenses. The Firm believes that the services rendered for which compensation is sought in this Application have been beneficial to the Debtor's estate and its creditors, and that the sums requested for the services rendered are fair and reasonable.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE**, the Firm respectfully requests that this Court authorize payment to the Firm in the amount of $11,944.55 for fees incurred during the Fourth Interim Fee Period.

Dated: September 2, 2025

LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO.

By: _____

Jeremy Benjamin
Special Litigation and Real Estate Counsel to
Bradley D. Sharp, Chapter 11 Trustee

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Jeffrey W. Dulberg*
    Jeffrey W. Dulberg
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067

*Counsel for Bradley D. Sharp,*
*Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4909-9559-8683.2 78512.001

**<u>DECLARATION OF JEREMY BENJAMIN</u>**

I, Jeremy Benjamin, declare and state as follows:

1.      I am a partner of the Law Offices of Goldfarb Gross Seligman & Co. (the "*Firm*")[4], with offices located in Israel and Switzerland.  I have personal knowledge of the facts stated herein, and if called as a witness, could testify competently thereto.

2.      I was the attorney primarily responsible at the Firm to provide the services for which the Firm is seeking fees.  I have personally reviewed the Firm's invoices for this matter and the invoices represent true and correct charges to the best of knowledge, information and belief,

3.      Attached hereto as **Exhibit A** are the invoices containing the time detail (and summaries thereof per invoices) incurred by the Firm during the Fourth Interim Fee Period.

4.      I have, among other things, an expertise in private international law, specifically international jurisdiction, choice of law, and international arbitration.  I represent companies and executives regarding insolvency issues and work with local counsel when clients of the Firm litigate or arbitrate outside of Israel.  Additionally, I have expertise in the area of litigation and arbitration relating to corporate transactions and shareholder disputes, investment funds, financial services and fintech, and distribution and sales agency agreements.  A copy of my resume is attached hereto as **Exhibit B.**

5.      <u>Local Rule 2016-1(a)(1)(K) Compliance</u>:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Tel Aviv, ISRAEL on this 2nd day of September, 2025.

Jeremy Benjamin

---

[4]  Capitalized terms not defined herein have the meanings used in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# **EXHIBIT A**

**Invoices**

LA:4909-9559-8683.2 78512.001

# GOLDFARB GROSS SELIGMAN

## Goldfarb Gross Seligman & Co.
### Law Offices

**17/07/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
Los Angeles, CA
USA
90071

File :  37635/2 (SHH)

**Vat No. 540113743**

## Invoice # 25/367871

Fees

| | |
|---|---:|
| Legal services for the month of March 2025 | $ 1,900.00 |
| Value Added Tax (18.00%) | $ 342.00 |
| Total Due | $ 2,242.00 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 14.07.25 to 31.01.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax Regulations (Deduction of Certain Expenses), 1972.

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #367871**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 1.25 | 1.25 | 620.00 | 775.00 |
| Shirin Herzog | 2.50 | 1.50 | 750.00 | 1,125.00 |
| **Total 2 - 02 Klein Estate** | **3.75** | **2.75** | | **1,900.00** |
| **Total Client** | **3.75** | **2.75** | | **1,900.00** |

**Attachment to Statement# 367871**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 03/03/2025 | Jeremy Benjamin | emails w/US team re meaning of appeal notice | 0.50 | 0.50 | 620.00 | 310.00 |
| 04/03/2025 | Jeremy Benjamin | emails w/Ben Z re passport and Klein's notice of appeal | 0.25 | 0.25 | 620.00 | 155.00 |
| 04/03/2025 | Shirin Herzog | Klein Estate - updated re apt sales; corresp | 0.25 | 0.25 | 750.00 | 187.50 |
| 24/03/2025 | Shirin Herzog | Klein - data for fee application ***NO CHARGE*** | 1.00 | 0.00 | 750.00 | 0.00 |
| 24/03/2025 | Shirin Herzog | Klein Estate - updated re apt sales; corresp | 0.50 | 0.50 | 750.00 | 375.00 |
| 27/03/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update; Israeli case status; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 27/03/2025 | Jeremy Benjamin | emails w/US counsel & Ben Z re appeal status and closing timing | 0.50 | 0.50 | 620.00 | 310.00 |
| 31/03/2025 | Shirin Herzog | Status of closing of sale; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| **Total 2 - 02 Klein Estate** | | | **3.75** | **2.75** | | **1,900.00** |
| **Total Client** | | | **3.75** | **2.75** | | **1,900.00** |

# GOLDFARB GROSS SELIGMAN

## Goldfarb Gross Seligman & Co.
### Law Offices

**17/07/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
Los Angeles, CA
USA
90071

File :  37635/2 (SHH)

**Vat No. 540113743**

## <u>Invoice # 25/370859</u>

<u>Fees</u>

| | |
|---|---:|
| Legal services for the month of April 2025 | $ 3,262.50 |
| Value Added Tax (18.00%) | $ 587.25 |
| Total Due | $ 3,849.75 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 14.07.25 to 31.01.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax Regulations (Deduction of Certain  Expenses), 1972.

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #370859**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 3.75 | 3.75 | 620.00 | 2,325.00 |
| Shirin Herzog | 1.50 | 1.25 | 750.00 | 937.50 |
| **Total 2 - 02 Klein Estate** | **5.25** | **5.00** | | **3,262.50** |
| **Total Client** | **5.25** | **5.00** | | **3,262.50** |

**Attachment to Statement#
370859**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|------|-------------|---------------:|-------------:|----------------:|----------:|
| 01/04/2025 | Shirin Herzog | Status of closing of sale; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 01/04/2025 | Jeremy Benjamin | rvw and summarize Ben Z's court update re Leonardo Plaza sale for US counsel | 1.00 | 1.00 | 620.00 | 620.00 |
| 06/04/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update | 0.25 | 0.25 | 750.00 | 187.50 |
| 06/04/2025 | Jeremy Benjamin | emails w/Jeffrey re meaning of court order and next steps | 0.50 | 0.50 | 620.00 | 310.00 |
| 21/04/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update; corresp. ***NO CHARGE*** | 0.25 | 0.00 | 750.00 | 0.00 |
| 27/04/2025 | Jeremy Benjamin | comments to draft fee application | 0.50 | 0.50 | 620.00 | 310.00 |
| 28/04/2025 | Shirin Herzog | Klein estate - court application; corresp. | 0.75 | 0.75 | 750.00 | 562.50 |
| 28/04/2025 | Jeremy Benjamin | revise and supplement fee motion | 1.50 | 1.50 | 620.00 | 930.00 |
| 29/04/2025 | Jeremy Benjamin | rvw SHH's revisions to fee motion, email to Beth | 0.25 | 0.25 | 620.00 | 155.00 |
| **Total 2 - 02 Klein Estate** | | | **5.25** | **5.00** | | **3,262.50** |
| **Total Client** | | | **5.25** | **5.00** | | **3,262.50** |

# GOLDFARB GROSS SELIGMAN

Goldfarb Gross Seligman & Co.

Law Offices

**17/07/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
Los Angeles, CA
USA
90071

File :  37635/2 (SHH)

**Vat No. 540113743**

## Invoice # 25/375896

Fees

| | |
|---|---:|
| Legal services for the month of May 2025 | $ 3,370.00 |
| Value Added Tax (18.00%) | $ 606.60 |
| Total Due | $ 3,976.60 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 14.07.25 to 31.01.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax Regulations (Deduction of Certain  Expenses), 1972.

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #375896**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 2.50 | 2.50 | 620.00 | 1,550.00 |
| Shirin Herzog | 2.00 | 2.00 | 750.00 | 1,500.00 |
| Noa Zeltner | 2.00 | 2.00 | 160.00 | 320.00 |
| **Total 2 - 02 Klein Estate** | **6.50** | **6.50** | | **3,370.00** |
| **Total Client** | **6.50** | **6.50** | | **3,370.00** |

**Attachment to Statement# 375896**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.     2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 04/05/2025 | Shirin Herzog | Klein Estate - court application; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 04/05/2025 | Jeremy Benjamin | check and sign clean motion, instruct Noa re exhibits and email to Beth re open items | 0.25 | 0.25 | 620.00 | 155.00 |
| 05/05/2025 | Noa Zeltner | locate exhibits and prepare them for US court filing | 2.00 | 2.00 | 160.00 | 320.00 |
| 05/05/2025 | Shirin Herzog | Klein Estate - US trustee's motion; Israeli application; corresp. | 0.75 | 0.75 | 750.00 | 562.50 |
| 05/05/2025 | Jeremy Benjamin | rvw  PSZJ motions referred to in GGS motion; finalize motion and exhibits w/Noa and emails w/Jeff and Beth | 0.75 | 0.75 | 620.00 | 465.00 |
| 11/05/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 11/05/2025 | Jeremy Benjamin | rvw update filed by Ben Z and update Jeff | 0.25 | 0.25 | 620.00 | 155.00 |
| 12/05/2025 | Shirin Herzog | Klein Estate  - units status & obligations; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 12/05/2025 | Jeremy Benjamin | emails w/Ben Z and Jeff/Eric re municipal tax demand | 0.25 | 0.25 | 620.00 | 155.00 |
| 13/05/2025 | Jeremy Benjamin | emails w/Ben Z re city tax, emails w/Barry, Eric & Jeff | 0.50 | 0.50 | 620.00 | 310.00 |
| 15/05/2025 | Jeremy Benjamin | rvw municipal tax enforcement complaints forwarded by Ben Z and update Jeff/Eric | 0.25 | 0.25 | 620.00 | 155.00 |
| 29/05/2025 | Jeremy Benjamin | emails w/Jeff and with Ben Z re transfer consents status | 0.25 | 0.25 | 620.00 | 155.00 |
| 29/05/2025 | Shirin Herzog | Klein Estate - taxation and municipality issues; corresp | 0.50 | 0.50 | 750.00 | 375.00 |
| **Total 2 - 02 Klein Estate** | | | **6.50** | **6.50** | | **3,370.00** |
| **Total Client** | | | **6.50** | **6.50** | | **3,370.00** |

# GOLDFARB GROSS SELIGMAN

Goldfarb Gross Seligman & Co.

Law Offices

**17/07/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
Los Angeles, CA
USA
90071

File :  37635/2 (SHH)

**Vat No. 540113743**

## Invoice # 25/376620

Fees

| | |
|---|---|
| Legal services for the month of June 2025 | $ 685.00 |
| Value Added Tax (18.00%) | $ 123.30 |
| Total Due | $ 808.30 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 14.07.25 to 31.01.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax Regulations (Deduction of Certain Expenses), 1972.

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #376620**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 0.50 | 0.50 | 620.00 | 310.00 |
| Shirin Herzog | 0.50 | 0.50 | 750.00 | 375.00 |
| **Total 2 - 02 Klein Estate** | **1.00** | **1.00** | | **685.00** |
| **Total Client** | **1.00** | **1.00** | | **685.00** |

**Attachment to Statement# 376620**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 04/06/2025 | Jeremy Benjamin | rvw fee orders, emails w/US counsel | 0.25 | 0.25 | 620.00 | 155.00 |
| 08/06/2025 | Shirin Herzog | Klein estate - Municipality approval for tax; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 11/06/2025 | Jeremy Benjamin | emails w/John L, Jeff and Ben Z re possession status and title registry status | 0.25 | 0.25 | 620.00 | 155.00 |
| 11/06/2025 | Shirin Herzog | klein estate – Israeli status of sale; consents; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| **Total 2 - 02 Klein Estate** | | | **1.00** | **1.00** | | **685.00** |
| **Total Client** | | | **1.00** | **1.00** | | **685.00** |

# GOLDFARB GROSS SELIGMAN

### Goldfarb Gross Seligman & Co.
#### Law Offices

**04/08/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :  37635/2 (SHH)

**Vat No. 540113743**

### <u>Invoice # 25/378042</u>

<u>Fees</u>

| | |
|---|---:|
| Legal services for the month of July 2025 | $ 905.00 |
| Value Added Tax (18.00%) | $ 162.90 |
| Total Due | $ 1,067.90 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN:  IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 14.07.25 to 31.01.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax Regulations (Deduction of Certain  Expenses), 1972.

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #378042**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|---------------:|-------------:|----------------:|----------:|
| Jeremy Benjamin | 0.25 | 0.25 | 620.00 | 155.00 |
| Shirin Herzog | 1.00 | 1.00 | 750.00 | 750.00 |
| **Total 2 - 02 Klein Estate** | **1.25** | **1.25** | | **905.00** |
| **Total Client** | **1.25** | **1.25** | | **905.00** |

**Attachment to Statement#
378042**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.     2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|------|-------------|---------------:|-------------:|----------------:|----------:|
| 22/07/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update - hotel consent given, ITA and municipal consent still pending; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 23/07/2025 | Shirin Herzog | Leslie Klein - Leonardo Plaza timing update; Dan Hotel update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 23/07/2025 | Jeremy Benjamin | emails w/Ben Z and update Jeffrey re ITA approval timing and status of Dan Boutique process | 0.25 | 0.25 | 620.00 | 155.00 |
| 24/07/2025 | Shirin Herzog | Klein Estate - US court appliceation; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| **Total 2 - 02 Klein Estate** | | | **1.25** | **1.25** | | **905.00** |
| **Total Client** | | | **1.25** | **1.25** | | **905.00** |

# **EXHIBIT B**

Attorney Biography

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4909-9559-8683.2 78512.001





## Jeremy Benjamin

Partner
Vice Head of the Corporate, Administrative and Class Action Litigation Department



## Biography

Adv. Jeremy Benjamin specializes in corporate and contract disputes. He handles litigation and arbitration relating to corporate transactions and shareholder disputes, investment funds, financial services, real estate, and cross-border distribution and sales agency agreements. In addition, Jeremy possesses expertise in private international law, specifically international jurisdiction, choice of law, and international arbitration.

Jeremy also advises and represents companies and executives regarding insolvency issues and works with local counsel when firm clients litigate or arbitrate outside of Israel.

Jeremy's clients include Israeli and foreign companies active in the hi-tech, finance, food, aviation and defense, and automotive sectors.

Jeremy is recognized as a key lawyer in dispute resolution by The Legal 500.

Jeremy served in the past on the audit committee of the Association for Civil Rights in Israel.

## Education

LL.M., (magna cum laude), Tel Aviv University in cooperation with the University of California, Berkeley, 2008

M.A. (magna cum laude), History, Tel Aviv University, 1999

LL.B., Tel Aviv University, 1997

B.A. (magna cum laude), History and International Relations, Brown University, 1988

## Admission

Israel Bar Association, 1997

## Awards and Affiliation

*"I worked with Jeremy Benjamin. He is a brilliant strategist, he is creative with his arguments, he understand the pressure points in a claim and how to exploit them for the benefit of his clients. He is an incredibly hard-worker, he makes himself available at all hours of the day. He is astute, and will go that extra mile."* The Legal 500 2024

## Practices

Commercial and Corporate Litigation

International Litigation and Arbitration

Arbitration and Mediation

Insolvency

Debt Settlements

Electra Tower, 98 Yigal Alon St., Tel Aviv, 6789141, Israel | 03-608-9999
Round Tower, 1 Azrieli Center, Tel Aviv, 6701101, Israel | 03-607-4444
Mühlebachstrasse 86, 8008 Zurich

www.goldfarb.com
info@goldfarb.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **FOURTH APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO THE CHAPTER 11 TRUSTEE; DECLARATION OF JEREMY BENJAMIN IN SUPPORT THEREOF** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **September 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| <u>Via Email:</u> | <u>Via Email:</u> |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com <br><br> Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | Eric Hawes:  eeh@eehlawoffice.com <br> James Kieckhafer:  jkieckhafer@ks-llp.com <br> Art Swicker:  aswicker@ks-llp.com <br> Jeremy Benjamin:  Jeremy.benjamin@goldfarb.com; <br> Shirin Herzog:  shrin.herzog@goldfarb.com |

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**
4901-2141-4975.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

4901-2141-4975.1 78512.001