Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                                    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**SECOND APPLICATION OF KIECKHAFER SCHIFFER LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ACCOUNTANT TO THE CHAPTER 11 TRUSTEE; DECLARATION OF JAMES C. KIECKHAFER IN SUPPORT THEREOF**<br><br>[Second Interim Fee Period:  March 1, 2025 – July 31, 2025]<br><br>**DATE:**   September 23, 2025<br>**TIME**:   2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>              Los Angeles, California<br>**CTRM**:  1545 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE**

**DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES**

**REQUESTING SPECIAL NOTICE:**

Kieckhafer Schiffer LLP ("*Kieckhafer*" or "*Applicant*"), tax accountant to Bradley D. Sharp,

the duly appointed, authorized and acting chapter 11 trustee (the "*Trustee*") in the above-captioned

bankruptcy case (the "*Case*") of Leslie Klein (the "*Debtor*"), hereby files its *Second Application for*

*Interim Approval of Compensation and Reimbursement of Expenses* (the "*Application*") for the

DOCS_LA:350298.1 78512/001

period March 1, 2025 through July 31, 2025 (the "*Second Interim Fee Period*"), pursuant to 11 U.S.C. §§ 330 and 331 (the "*Bankruptcy Code*").

# I.
# RELIEF REQUESTED

By this application, the Applicant seeks entry of an order approving fees for professional services rendered for and on behalf of the Trustee as tax accountant during the Second Interim Fee Period in the total amount of $3,202.50.  As set forth more fully herein, this Application complies with all statutory guidelines and court-imposed requirements.

Invoices for the Second Interim Fee Period with time and expense detail are attached **Exhibit A** to the Declaration of James C. Kieckhafer (the "*Kieckhafer Declaration*"), annexed hereto.  *LBR 2016-1(a)(1)(E) and (F)*.

# II.
# RELEVANT BACKGROUND AND THE APPLICANT'S RETENTION

## A.    The Chapter 11 Case

On February 22, 2023, the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code.

On April 24, 2023, creditors Erica and Joseph Vago filed a *Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case* (the "*Motion to Dismiss*") [Docket No. 79].

On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court ruled that the appointment of a chapter 11 trustee, and not dismissal of the Case, was in the best interests of the estate.

On May 23, 2023, the Office of the United States Trustee (the "*UST*") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as chapter 11 Trustee.

On May 23, 2023, the UST filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No. 155].  On that same day, the Trustee accepted his appointment [Docket No. 156].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.      Kieckhafer Schiffer LLP's Retention**

On January 2, 2024, the Trustee filed an *Application to Employ Kieckhafer Schiffer LLP as Tax Accountant, Effective as of December 8, 2023* [Docket No. 553], approved by order entered January 22, 2024 [Docket No. 593].  A copy of the Firm's resume, which includes the resume of James C. Kieckhafer ("***Kieckhafer***"), the professional at Kieckhafer primarily responsible for working on the Case, is attached as **Exhibit B** to the Kieckhafer Declaration, annexed hereto.  *LBR 2016-1(a)(1)(H)*.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**III.**
**NARRATIVE HISTORY AND PRESENT POSTURE OF CASE**

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Kieckhafer incorporates by reference the *Second Application of Pachulski Stang Ziehl & Jones LLP for Interim Approval of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

**IV.**
**COMPENSATION AND EXPENSES SOUGHT**

This is the Firm's second fee application.  On May 6, 2025, the firm filed its first fee application ("***First Interim Fee Application")*** for the period December 8, 2023, through February 28, 2025 [Docket No. 1057], seeking fees in the amount of $19,899.00 and expenses in the amount of $302.34, for a total of $20,201.34, which fees and expenses were approved by order entered on June 5, 2025 [Docket No. 1113].

By way of this Application, the Firm seeks interim allowance of $3,202.50 incurred during the Second Interim Fee Period.

The hourly rate for Kieckhafer's professionals who have worked on this Case during the Second Interim Fee Period are reflected in **Exhibit A**, attached to the Kieckhafer Declaration.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### IV.
### FUNDS ON HAND

### (LBR 2016-1(A)(1)(A)(III))

As of August 20, 2025, the Estate has $850,000.00 in funds on hand.

### V.
### CLIENT'S DECLARATION

### (LBR 2016-1(a)(1)(J))

A separate declaration will be filed regarding the Trustee's review of this Application.

### VI.
### NARRATIVE STATEMENT OF SERVICES RENDERED AND
### TIME EXPENDED DURING THE SECOND INTERIM FEE PERIOD

### (LBR 2016-1(a)(1)(D))

The services rendered during the Second Interim Fee Period include preparation of Applicant's First Interim Fee Application.

During the Second Interim Fee Period, Applicant received requests from the Trustee's office regarding the potential recovery of property located at 306 N. Highland Ave., Los Angeles, California (the "**Highland Property**").  Applicant reviewed the prior year's estate tax return for information on the Highland Property and examined the status of that property and the accumulated depreciation as of the filing of the most recent return.  Applicant communicated to the Trustee's professionals with respect to the potential tax consequences of a sale, as well as the tax basis in the property and possible impact of a settlement. This information assisted the Trustee in making an informed decision on possible administration of the Highland Property.

The tax return prepared by the Firm for the year ended October 31, 2024, was mistakenly returned by the Internal Revenue Service.  Applicant received the returned federal tax return, reassembled it, and forwarded it to the Trustee with instructions for filing.  Additionally, Applicant prepared a cover letter to be filed with the tax return to alert the Internal Revenue Service of the type of return that they were receiving and the reason that the return was being re-filed.

Applicant was also contacted by the Trustee regarding a notice received from the California Franchise Tax Board.  Applicant reviewed the notice and communicated to the Trustee that no further action needed to be taken.

LA:4897-7709-9361.2 78512.001                    4

Applicant spent 6.10 hours on this Case during the Second Interim Fee Period, accounting for $3,202.50 in fees incurred.

## VII.
## LIST OF EXPENSES

### (LBR 2016-1(a)(1)(F))

Applicant incurred $0.00 in expenses during the Second Interim Fee Period.

## VIII.
## NO FEE SHARING

Applicant has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by Kieckhafer except to the extent they are shared among members of Kieckhafer.

## IX.
## NOTICE

Notice of the filing of this Application has been given to the Debtor, the United States Trustee, and all parties entitled to notice under Federal Rules of Bankruptcy Procedure 2002 ("**Rule 2002**"). Therefore, notice should be deemed adequate under the circumstances and in accordance with Rule 2002(a)(6) and (c)(2).

## X.
## CONCLUSION

This is Kieckhafer's second request for compensation and reimbursement of expenses. Kieckhafer believes that the services rendered for which compensation is sought in this Application have been beneficial to the Debtor's estate and its creditors, and that the sums requested for the services rendered are fair and reasonable.

**WHEREFORE**, Kieckhafer respectfully requests that this Court authorize payment to Kieckhafer in the amount of $3,202.50 for fees incurred during the Second Interim Fee Period.

Dated: September 2, 2025          KIECKHAFER SCHIFFER LLP

By: _James C. Kieckhafer_____
     James C. Kieckhafer
     Tax Accountants for
     Bradley D. Sharp, Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4897-7709-9361.2 78512.001          5

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Jeffrey W. Dulberg*
    Jeffrey W. Dulberg
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, CA 90067

*Counsel for Bradley D. Sharp,*
*Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4897-7709-9361.2 78512.001

### DECLARATION OF JAMES C. KIECKHAFER

I, James C. Kieckhafer, declare and state as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice in the State of California.  I am a member in good standing with the California Board of Accountancy and am a partner of Kieckhafer Schiffer LLP ("*Kieckhafer*" or the "*Firm*").

2.      I am the accountant responsible at the Firm to provide the services for which the Firm is seeking fees.  I have personally reviewed the Firm's invoices for this matter and the invoices represent true and correct charges to the best of knowledge, information and belief.

3.      Attached hereto as **Exhibit A** are the invoices containing the time and expense detail incurred by the Firm during the Second Interim Fee Period.

4.      The Firm is well qualified to provide services to the Trustee due to its extensive experience as tax accountants for both chapter 11 and chapter 7 trustees (and other liquidation proceedings), including planning transactions and preparing tax returns and similarly required reports.   A copy of my resume is attached hereto as **Exhibit B**.

5.      Local Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Irvine, California on this 28th day of August 2025

_____
James C. Kieckhafer

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

LA:4897-7709-9361.2 78512.001

# EXHIBIT A

**Invoices**

LA:4897-7709-9361.2 78512.001

# Kieckhafer
# Schiffer LLP

Bankruptcy Estate of Leslie Klein

| | |
|---|---|
| Invoice No. | 638739 |
| Date | 08/01/2025 |
| Client No. | LKLEIN.001 |

**Project: Consulting - 2025 Consulting**
**Consulting Services**

03/07/2025  Other
Receive new fee hearing date and save to
subdirectory.

| | | | |
|---|---|---|---|
| Swicker | 0.10 | $525.00$ | 52.50 |

03/20/2025  Other
Review billing and get out to Beth Dassa for fee
application notice.

| | | | |
|---|---|---|---|
| Swicker | 0.30 | $525.00 | 157.50 |

04/26/2025  Other
Start to look at time to see what is needed to tie out
detail to notice of fee hearing through 2/28/2025 work
in process. Get back to Chris on time format from
billing system.

| | | | |
|---|---|---|---|
| Swicker | 0.40 | $525.00 | 210.00 |

04/28/2025  Other
Review time in case and analyze time, fees and costs
and dictate narrative on tasks incurred in bankruptcy
estate by staff. Get out information to law office to
facilitate preparation of fee application.

| | | | |
|---|---|---|---|
| Swicker | 2.00 | $525.00 | 1,050.00 |

05/01/2025  Other
Proof fee application and make some changes.
Respond to email and send copy to Jim.

| | | | |
|---|---|---|---|
| Swicker | 0.40 | $525.00 | 210.00 |

05/05/2025  Other
Changes to fee application, call paralegal and get out
for signature to Partner.

| | | | |
|---|---|---|---|
| Swicker | 0.30 | $525.00 | 157.50 |

05/05/2025  Other
Email to paralegal and call to Partner on getting fee
application and declaration signed.

| | | | |
|---|---|---|---|
| Swicker | 0.10 | $525.00 | 52.50 |

05/07/2025  Other
Receive copy of filing of fee application and notice of

*Kieckhafer Schiffer LLP*
*Bankruptcy Estate of Leslie Klein*
*Invoice No.   638739*                                                                    *Page 2*

---

hearing on fees.

| | Swicker | 0.10 | $525.00 | 52.50 |

06/02/2025  Other

Review notice and preliminary ruling and call to Beth Dassa on getting link to hearing for fees.

| | Swicker | 0.50 | $525.00 | 262.50 |

06/03/2025  Other

Receive call on preliminary ruling on fees and make notes in the file.

| | Swicker | 0.10 | $525.00 | 52.50 |

07/10/2025  Other

Respond to email from Nicholas Troszak on IRS refund of copy money.

| | Swicker | 0.10 | $525.00 | 52.50 |

07/24/2025  Other

Get notice of hearing on fees and look up balance and email Beth on status of receivable of firm.

| | Swicker | 0.10 | $525.00 | 52.50 |

|  | | 2,362.50 |
| **Subtotal:** | | 2,362.50 |

**Project: Trust Tax Return - 10/31/2024 Bankruptcy Estate**
**Tax Compliance Services**

03/04/2025  Trust Tax Return

Respond to email from Spencer Ferrero on recovery of 306 N Highland and time to talk. Look at prior returns and locate and send a depreciation schedule from the 2020 return.

| | Swicker | 0.30 | $525.00$ | 157.50 |

03/04/2025  Trust Tax Return

call from Spencer Ferrero and Nicholas Troszak on Klein and discuss basis and possible settlement on Highland property.

| | Swicker | 0.30 | $525.00 | 157.50 |

05/29/2025  Trust Tax Return

Receive copy of 10-31-2024 return back. The IRS separated the form 1040 from the form 1041. Talk to Nicholas Troszak on what to do.

| | Swicker | 0.20 | $525.00 | 105.00 |

05/30/2025  Trust Tax Return

Receive return receipt and get back on getting return that was returned for 10-30-2024 re-assembled.

| | Swicker | 0.20 | $525.00 | 105.00 |

06/02/2025  Trust Tax Return

Review re filing of the October 31, 2024 returns and dictate cover letter to IRS and transmittal letter to

*Kieckhafer Schiffer LLP*
*Bankruptcy Estate of Leslie Klein*
*Invoice No.    638739*                                                               *Page 3*

---

|  |  |  |  |  |
|---|---|---|---|---|
| Trustee. | | | | |
| Swicker | 0.40 | $525.00 | 210.00 | |
| 06/09/2025 Trust Tax Return | | | | |
| Respond on email related to resubmission of 10/31/2024 return as to whether there will be any issue on timing. | | | | |
| Swicker | 0.10 | $525.00 | 52.50 | |
| 07/16/2025 Trust Tax Return | | | | |
| Answer email on CFTB 2023 tax notice received. No change made. | | | | |
| Swicker | 0.10 | $525.00 | 52.50 | |
| | | | | 840.00 |
| | | **Subtotal:** | | 840.00 |

|  |  |  |
|---|---|---|
| Total | | 3,202.50 |
| Current Amount Due | $ | 3,202.50 |

**Use the link below to pay securely online**

**https://www.ks-llp.com/pay/**

Or remit check to:

Kieckhafer Schiffer LLP

6201 Oak Canyon, Suite 200

Irvine, CA 92618

**Taxpayer ID#: 81-5052000**

# EXHIBIT B

**Kieckhafer Biography**

LA:4897-7709-9361.2 78512.001

FIRM RESUME

The Firm currently has four partners, thirty-one professional members, and four paraprofessional members.  Select members of the Firm are as follows:

a.  James Kieckhafer is a partner in the firm and has been a Certified Public Accountant  since 1986. Since 1982, Mr. Kieckhafer has been providing business, tax, and audit services to clients, including strategic and financial planning, partnership taxation, private placements, acquisitions/dispositions, estate planning, and succession planning and insolvency and reorganization.

b.  Ian Hornstein has been a Certified Public Accountant since 2005.  Ian has extensive experiance in tax return compliance, tax planning, IRS representation, wealth management and consulting for high net worth individuals and their closely held entities.

c.  Arthur Swicker has been a Certified Public Accountant since 1973.  He has been in public accounting since 1968, and has been involved in insolvency matters since 1975.  Mr. Swicker also was a Certified Insolvency and Reorganization Accountant.

d.  Jay Carlton is a senior associate and C.P.A. candidate.  He graduated from California State University, Fullerton with a Bachelor's degree in Business Administration.  He has been with the firm since 2020.

e.  Melissa Coronado is a paraprofessional employed by the firm.  Her responsibilities include review, correction and assembly of income tax returns, bookkeeping, and preparation of other documents or exhibits required by the firm.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND APPLICATION OF KIECKHAFER SCHIFFER LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ACCOUNTANT TO THE CHAPTER 11 TRUSTEE; DECLARATION OF JAMES C. KIECKHAFER IN SUPPORT THEREOF** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **September 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Via Email:** | **Via Email:** |
| --- | --- |
| Eric J Olson:  eric@ejolsonlaw.com | Eric Hawes:  eeh@eehlawoffice.com |
|  | James Kieckhafer:  jkieckhafer@ks-llp.com |
| Leslie Klein:  les.kleinlaw@gmail.com; | Art Swicker:  aswicker@ks-llp.com |
| leskleinlaw@gmail.com; kleinlaw@earthlink.net | Jeremy Benjamin:  Jeremy.benjamin@goldfarb.com; |
|  | Shirin Herzog:  shrin.herzog@goldfarb.com |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
4901-2141-4975.1 78512.001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **Case 2:23-bk-10990-SK**

- **Simon Aron**  saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**  rb@lnbyg.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**  AttorneyTCovey@gmail.com
- **Daniel A Crawford**  dac@crawfordlawgroup.com
- **Michael G D'Alba**  mgd@lnbyg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Craig A Edelman**  notice@bkcylaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**  rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**  armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Kirsten Martinez**  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**  smayer@mayerlawla.com
- **Christopher M McDermott**  ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Eric J Olson**  eric@ejolsonlaw.com
- **Lisa Patel**  lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Brian A Procel**  brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**  Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law
- **Joshua L Scheer**  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Richard P Steelman**  RPS@LNBYG.COM
- **Nikko Salvatore Stevens**  nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**  gtokumori@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**  mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**  jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**  wasserman@smcounsel.com
- **Alex M Weingarten**  aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**  rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.