| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA State Bar No. 181200)<br>John Lucas (CA State Bar No. 271038)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:jdulberg@pszjlaw.com<br>        jlucas@pszjlaw.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for:* Bradley D. Sharp, Chapter 11 Trustee | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>LESLIE KLEIN,<br><br><br><br><br><br>                                          Debtor. | CASE NO.: 2:23-bk-10990-NB<br><br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** |
|---|---|

1.    Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a.   Title of motion:        Motion of Chapter 11 Trustee For Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles California From Property Records and (B) Deeming Lis Pendens Void Ab Initio And Of No Force Or Effect, Etc.  [Docket No. 1228]

   b.   Date of filing of motion:   September 19, 2025

2.    Compliance with LBR 9075-1(b)(2)(A): (The following three sections must be completed):

   a.    Briefly specify the relief requested in the motion:

   On September 19, 2025, the Trustee filed a *Motion for Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles California From Property Records and (B) Deeming Lis Pendens Void Ab Initio And Of No Force Or Effect, Etc.* (the "Motion")[1] [Docket No. 1228], seeking entry of an order pursuant to 11 U.S.C. §362 (a) expunging the notice of pendency of action, recorded in the Official Records of Recorder's Office, Los Angeles County as 20250105088 (the "Lis Pendens"), dated February 19, 2025, encumbering property of the Estate, *i.e.*, real property located at 322 N. June St., Los Angeles, CA (the "June St. Property"); (b) deeming the Lis Pendens void *ab initio* and of no force or effect; (c) authorizing the Trustee to record an order granting the Motion for the purpose of clearing title of the June St. Property on account of the wrongful recordation of the Lis Pendens; (d) authorizing further relief from the Court on an expedited basis if a title company refuses to issue title insurance as a result of the Debtor's attempt to cloud title to the June St. Property; and (e) awarding sanctions in an amount to be determined at a future hearing upon separate motion to be filed by the Trustee, in his discretion.

   Granting the Motion is necessary to prevent the clouding of title of the June St. Property and to avoid the unnecessary depletion of estate resources.

   b.    Identify the parties affected by the relief requested in the motion:

   Bradley D. Sharp, Chapter 11 Trustee of the Estate of Leslie Klein
   Leslie Klein, Debtor
   Leslie Klein & Associates

---

[1]  Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

Probate Referee Christina Acevedo
Owen Lee Podell
Ofra Orjachovsky
Los Angeles County Public Administrator

c.    State the reasons necessitating a hearing on shortened time:

The Trustee seeks the relief herein on shortened notice because the Trustee is seeking to promptly prepare the June St. Property for sale after extended delay caused by the Debtor, and the Lis Pendens will unnecessarily confuse prospective bidders during this early marketing period.

The Trustee requests to have the hearing on the Motion held on October 7, 2025 at 2:00 p.m., given the matters set for hearing on that date and time, as follows:

Chapter 11 Trustee's Motion for Order Authorizing (A) Abandonment of Personal Property Located at 322 N. June Street, Los Angeles, California to the Debtor and Barbara Klein, and (b) Donation or Disposal of Unclaimed Personal Property [Docket No. 1223];

Applications for fees and expenses filed by the Trustee's professionals:

(1) Pachulski Stang Ziehl & Jones LLP [Docket No. 1216]
(2) Development Specialists, Inc. [Docket No. 1217]
(3) The Law Offices of Goldfarb Gross Seligman & Co. [Docket No. 1218]
(4) Kieckhafer Schiffer, LLP [Docket No. 1219]
(5) The Law Office of Eric Everett Hawes [Docket No. 1220]

In the interest of economy, the Trustee believes it is in the best interests of the estate to have the hearing on the Motion held on October 7, 2025 at the same time the above-listed matters are set to be heard.

3.    Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.    Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER SHORT.NOTICE

5.    Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

6.    Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date:    September 19, 2025

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm

*/s/ Jeffrey W. Dulberg*
Signature of individual Movant or attorney for Movant

Jeffrey W. Dulberg
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 2                                    **F 9075-1.1.APP.SHORT.NOTICE**
LA:4902-8428-6314.1 78512.001

**Declaration of Jeffrey W. Dulberg in Support of Application For Order Setting  Hearing On Shortened Notice on the Motion for Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles California From Property Records and (B) Deeming Lis Pendens Void Ab Initio And Of No Force Or Effect, Etc.**

I, Jeffrey W. Dulberg, declare and state:

1.      I am an attorney licensed to practice law in all the courts in the state of California and in this Court.  I am a partner of the firm Pachulski Stang Ziehl & Jones LLP, counsel to Bradley D. Sharp, Chapter 11 Trustee of the estate of Debtor, Leslie Klein (the "Trustee"), in this chapter 11 case.  If called upon, I can and will competently testify to the facts stated herein from my own personal knowledge, or from a review of the files regularly maintained by the personnel of my law firm.  All capitalized terms not defined herein have the meaning ascribed to them in the Motion (defined below).  I make this declaration in support of the foregoing *Application For Order Setting Hearing On Shortened Notice on the Motion for Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles California From Property Records and (B) Deeming Lis Pendens Void Ab Initio And Of No Force Or Effect, Etc.*

2.      The Trustee requests to have the hearing on the Motion held on October 7, 2025 at 2:00 p.m., given the matters set for hearing on that date and time, as follows:

Chapter 11 Trustee's Motion for Order Authorizing (A) Abandonment of Personal Property Located at 322 N. June Street, Los Angeles, California to the Debtor and Barbara Klein, and (b) Donation or Disposal of Unclaimed Personal Property [Docket No. 1223];

Applications for fees and expenses filed by the Trustee's professionals:

(a) Pachulski Stang Ziehl & Jones LLP [Docket No. 1216]
(b) Development Specialists, Inc. [Docket No. 1217]
(c) The Law Offices of Goldfarb Gross Seligman & Co. [Docket No. 1218]
(d) Kieckhafer Schiffer, LLP [Docket No. 1219]
(e) The Law Office of Eric Everett Hawes [Docket No. 1220]

3.      In the interest of economy, the Trustee believes it is in the best interests of the estate to have the hearing on the Motion held on October 7, 2025 at the same time the above-listed matters are set to be heard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September, 2025 at Los Angeles, California.

*/s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.