| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**SEP 19 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Los Angeles* DIVISION**

| In re:<br><br>Leslie Klein,<br><br><br><br><br><br>Debtor. | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*):  Bradley D. Sharp, Chapter 11 Trustee of the estate of Leslie Klein, Debtor

1. Movant filed the following motions together with supporting declarations and (if any) supporting documents:

    a. *Title of motions*: Motion of Chapter 11 Trustee for Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California From Property Records and (B) Deeming Lis Pendens Vid Ab Initio And Of No Force Or Effect, Etc. [Docket No. 1228]

    b. *Date of filing of motions:*  September 19, 2025

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice together with supporting declaration:

    *Date of filing of Applications*: September 19, 2025 [Docket No. 1229]

3. Based upon the court's review of the applications, it is ordered that:

    a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                      Page 1                                                   F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: October 7, 2025**<br>**Time:** 2:00 p.m.<br>**Courtroom:** 1545 | Place:<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: <u>N/A</u>

| (A) <u>*Deadlines:*</u> | (B) <u>*Persons/entities to be provided with telephonic notice:*</u> |
|---|---|
| Date:<br><br>Time: | <br>☐ See attached page<br><br>(C) <u>*Telephonic notice is also required upon*</u> the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using <u>the methods set forth below</u>: ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~

(A) ☐ ~~Personal Delivery~~   ☐ ~~Overnight Mail~~   ☐ ~~First class mail~~   ☐ ~~Facsimile*~~   ☐ ~~Email*~~

| (B) ~~*Deadlines for **RECEIPT** of Expedited Service — i.e., overnight mail, personal delivery, facsimile\*, email\*, or Notice of Electronic Filing ("NEF"):*~~<br>Date:<br>Time:<br><br><u>*Deadline to **DEPOSIT** of first class U.S. mail for service on all parties in interest:*</u><br>Date: <u>September 19, 2025</u><br>Time: <u>prior to collection time for that mailbox</u>. | (C) <u>*Persons/entities to be served with written notice and a copy of this order:*</u><br>**Expedited Service is NOT** required. Parties directly affected by the relief requested may instead be served via first class U.S. mail.<br><br>☐ See attached page<br><br>(D) <u>S*ervice is also required upon*</u>:<br>-- United States trustee *(electronic service is not permitted)*<br>-- ~~Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(4) ☒ No later than the deadlines given, a copy of the motions, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~ <u>Same as above</u>.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 2                                **F 9075-1.1.ORDER.SHORT.NOTICE**

(5) ☒ Regarding **opposition to the motions**

☐ opposition to the motions may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☒ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines for RECEIPT:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: September 26, 2025<br><br>Time: 3:00 p.m. | -- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- ~~Judge's copy personally delivered to chambers~~<br>~~(*see Court Manual for address*)~~ |

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☒ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: October 3, 2025<br><br>Time: Noon | -- All persons/entities who filed a written opposition<br>(D) *Service is also required upon*:<br>-- United States trustee (*electronic service is not permitted*)<br>-- ~~Judge's Copy personally delivered to chambers~~<br>~~(*see Court Manual for address*)~~ |

(7) ☒ Other requirements:

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone**. Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: <u>September 23, 2025</u>    Time: <u>5:00 p.m.</u>

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 19, 2025

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    F 9075-1.1.ORDER.SHORT.NOTICE