Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
Jeffrey P. Nolan (CA Bar No. 158923)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com
         jnolan@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**NOTICE OF MOTION OF CHAPTER 11 TRUSTEE, FOR ORDER (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE**<br><br>Date:     October 7, 2025<br>Time:     2:00 p.m. PST<br>Location: U.S. Bankruptcy Court<br>              Courtroom 1545<br>              255 E. Temple St.<br>              Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND PARTIES ENTITLED TO NOTICE HEREOF:**

**PLEASE TAKE NOTICE** that on September 19, 2025 Bradley D. Sharp, in his capacity as Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estate (the "**Estate**") of Leslie Klein, the

4926-1116-4266.1 78512.001

1  debtor herein (the "**Debtor**"), filed the *Motion For Order (A) Enforcing Automatic Stay, (B)*

2  *Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California From*

3  *Property Records, (C) Voiding Lis Pendens Ab Initio And Finding It Having No Force Or Effect,*

4  *And (D) Authorizing Trustee To Record An Order Granting The Motion For The Purpose Of*

5  *Clearing Title* [Docket No. 1228] (the "**Motion**") the Court for entry of an order (a) enforcing the

6  automatic stay; (b) expunging the notice of pendency of action, recorded in the Official Records of

7  Recorder's Office, Los Angeles County as 20250105088 (the "**Lis Pendens**"), dated February 19,

8  2025, encumbering property of the Estate, *i.e.*, real property located at 322 N. June St., Los

9  Angeles, CA (the "**June St. Property**"); (c) voiding the Lis Pendens *ab initio* and finding it has no

10 force or effect; (d) authorizing the Trustee to record an order granting the Motion for the purpose

11 of clearing title of the June St. Property on account of the wrongful recordation of the Lis

12 Pendens; (e) authorizing further relief from the Court on an expedited basis if a title company

13 refuses to issue title insurance as a result of the Debtor's actions against the June St. Property; and

14 (f) awarding sanctions in an amount to be determined at a future hearing upon separate motion to

15 be filed by the Trustee, in his discretion.

16    **PLEASE TAKE FURTHER NOTICE** that on September 19, 2025 the Court entered an

17 order [Docket No. 1230] (the "**OST**") scheduling a hearing on the Motion for **October 7, 2025 at**

18 **2:00 p.m. Pacific Time**, or as soon thereafter as counsel may be heard before the Honorable Neil

19 W. Bason, United States Bankruptcy Judge, in Courtroom 1545, 255 East Temple Street, Los

20 Angeles, California 90012.

21    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the OST, if you wish to oppose

22 the Motion, you must file a written response with the Court and serve a copy of it upon the

23 undersigned counsel no later than **September 26, 2025 at 3:00 p.m. Pacific Time** The failure to

24 properly file and serve an opposition may be deemed consent to the relief requested in the Motion

25

26

27

28

4926-1116-4266.1 78512.001        2

or a waiver of any right to oppose the Motion. Any reply to oppositions or responses to the Motion must filed and served **no later than October 3, 2025 at 12:00 p.m. Pacific Time**.

Dated: September 19, 2025    PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ Jeffrey W. Dulberg*
       Jeffrey W. Dulberg

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

4926-1116-4266.1 78512.001    3