United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 21, 2025 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |

Case 2:23-bk-10990-NB    Doc 1232    Filed 09/21/25    Entered 09/21/25 21:17:32    Desc
Imaged Certificate of Notice    Page 2 of 10

| District/off: 0973-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Baruch C Cohen | on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Baruch C Cohen | on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com |
| Beth Ann R. Young | on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com |
| Beth Ann R. Young | on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com |
| Bradley D. Sharp (TR) | bsharp@dsi.biz |
| Brandon J. Iskander | on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Brandon J. Iskander | on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Brandon J. Iskander | on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Brett J. Wasserman | on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com |
| Brian A Procel | on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com |
| Christopher M McDermott | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com |
| Clarisse Young | on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com |
| Clarisse Young | on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com |
| Craig A Edelman | on behalf of Creditor Residential Credit Opportunities Trust IX-A notice@bkcylaw.com |
| Dane W Exnowski | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Daniel A Crawford | on behalf of Interested Party Leslie Klein & Associates dac@crawfordlawgroup.com |
| Daniel A Crawford | on behalf of Interested Party EKLK Foundation dac@crawfordlawgroup.com |
| Eric J Olson | on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Barbara Klein eric@ejolsonlaw.com |
| Eric J Olson | on behalf of Defendant Leslie Klein eric@ejolsonlaw.com |

| District/off: 0973-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Eric J Olson
    on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

District/off: 0973-2 | User: admin | Page 4 of 6
Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1

| Name | Description |
|---|---|
| Matthew A Lesnick | on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com |
| Matthew D. Resnik | on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com |
| Matthew D. Resnik | on behalf of Defendant Chaim Manela matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com |
| Michael G D'Alba | on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com |
| Michael G D'Alba | on behalf of Defendant Jonathan Polter mgd@lnbyg.com |
| Michael G D'Alba | on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com |
| Michael I. Gottfried | on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com |
| Michael I. Gottfried | on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Michael L Wachtell | on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com |
| Michael S Kogan | on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com |
| Nikko Salvatore Stevens | on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law,aileen@cym.law |
| Nikko Salvatore Stevens | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law |
| Nikko Salvatore Stevens | on behalf of Creditor Franklin Menlo nikko@cym.law  eService@cym.law,karen@cym.law,aileen@cym.law |
| Paul P Young | on behalf of Creditor Franklin Menlo paul@cym.law  eService@cym.law,karen@cym.law |
| Paul P Young | on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, eService@cym.law,karen@cym.law |
| Paul P Young | on behalf of Interested Party Courtesy NEF paul@cym.law  eService@cym.law,karen@cym.law |
| Reem J Bello | on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com |
| Reem J Bello | |

Case 2:23-bk-10990-NB    Doc 1232    Filed 09/21/25    Entered 09/21/25 21:17:32    Desc
Imaged Certificate of Notice    Page 5 of 10

| District/off: 0973-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

|   |   |
|---|---|
| | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Richard P Steelman, Jr | |
| | on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM |
| Robert P Goe | |
| | on behalf of Interested Party Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Creditor Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Creditor Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Interested Party Robert P Goe rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Defendant Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Plaintiff Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Plaintiff Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | |
| | on behalf of Defendant Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | |
| | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | |
| | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | |
| | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | |
| | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | |
| | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Simon Aron | |
| | on behalf of Interested Party Shoshana Shifra Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | |
| | on behalf of Interested Party Kenneth Kolev Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | |
| | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | |
| | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | |
| | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | |
| | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust AttorneyTCovey@gmail.com |
| Todd S. Garan | |
| | on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Sep 19, 2025 | Form ID: pdf042 | Total Noticed: 1 |

TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 105

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**SEP 19 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Los Angeles* DIVISION**

| In re:<br><br>Leslie Klein,<br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:23-bk-10990-NB<br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  Bradley D. Sharp, Chapter 11 Trustee of the estate of Leslie Klein, Debtor

1. Movant filed the following motions together with supporting declarations and (if any) supporting documents:

   a. *Title of motions*: Motion of Chapter 11 Trustee for Order (A) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California From Property Records and (B) Deeming Lis Pendens Vid Ab Initio And Of No Force Or Effect, Etc. [Docket No. 1228]

   b. *Date of filing of motions:*  September 19, 2025

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice together with supporting declaration:

   *Date of filing of Applications*: September 19, 2025 [Docket No. 1229]

3. Based upon the court's review of the applications, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                            **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: October 7, 2025** <br> **Time:** 2:00 p.m. <br> **Courtroom:** 1545 | **Place:** <br> ☒ **255 East Temple Street, Los Angeles, CA 90012** <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☐ 411 West Fourth Street, Santa Ana, CA 92701 <br> ☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: N/A

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: <br><br> Time: | <br><br> ☐ See attached page <br><br> (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below:    ☐ ~~one of the methods checked~~    ☐ ~~all of the methods checked~~

(A)    ☐ ~~Personal Delivery~~    ☐ ~~Overnight Mail~~    ☐ ~~First class mail~~    ☐ ~~Facsimile*~~    ☐ ~~Email*~~

| (B) ~~Deadlines for **RECEIPT** of Expedited Service — i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF"):~~ <br><br> Date: <br><br> Time: <br><br> _Deadline to **DEPOSIT** of first class U.S. mail for service on all parties in interest:_ <br><br> Date: September 19, 2025 <br><br> Time: prior to collection time for that mailbox. | (C) _Persons/entities to be served with written notice and a copy of this order:_ <br> **Expedited Service is NOT** required. Parties directly affected by the relief requested may instead be served via first class U.S. mail. <br><br> ☐ See attached page <br><br> (D) S_ervice is also required upon_: <br> -- United States trustee _(electronic service is not permitted)_ <br> ~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(4) ☒ No later than the deadlines given, a copy of the motions, declarations, and supporting documents (if any), must be served on all persons/entities listed using:    ☐ ~~one of the methods checked~~    ☐ ~~all of the methods checked~~ Same as above.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_December 2013_                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(5) ☒  Regarding **opposition to the motions**

☐ opposition to the motions may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked     ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☒ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines for RECEIPT:* <br> Date: September 26, 2025 <br> Time: 3:00 p.m. | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br> (D) *Service is also required upon:* <br> -- United States trustee (*electronic service is not permitted*) <br> -- ~~Judge's copy personally delivered to chambers~~ <br> ~~(*see Court Manual for address*)~~ |
|---|---|

(6) ☒  Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:   ☒ one of the methods checked     ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☒ First Class Mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* <br> Date: October 3, 2025 <br> Time: Noon | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br> (D) *Service is also required upon:* <br> -- United States trustee (*electronic service is not permitted*) <br> -- ~~Judge's Copy personally delivered to chambers~~ <br> ~~(*see Court Manual for address*)~~ |
|---|---|

(7) ☒  Other requirements:

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone**. Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 3                             **F 9075-1.1.ORDER.SHORT.NOTICE**

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| | |
|---|---|
| ☐ at least 2 days before the hearing. | |
| ☒ no later than: Date: <u>September 23, 2025</u> | Time: <u>5:00 p.m.</u> |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: September 19, 2025

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**