Jeffrey W. Dulberg (CA State Bar No. 181200)
John Lucas (CA State Bar No. 271038)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**DECLARATION OF MARIA VIRAMONTES RE SERVICE OF: (1) MOTION OF CHAPTER 11 TRUSTEE FOR ORDER (A) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS AND (B) DEEMING LIST PENDENS VOID AB INITIO AND OF NO FORCE OR EFFECT, ETC.; (2) ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE; AND (3) NOTICE OF HEARING**<br><br>[Relates to Docket Nos. 1228, 1230, and 1231]<br><br>Date: October 7, 2025<br>Time: 2:00 p.m.<br>Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br>Judge: Hon. Neil W. Bason |

I, Maria Viramontes, declare as follows:

LA:4920-5519-8571.1 78512.001

1. I am a secretary at the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to Bradley D. Sharp, the duly appointed chapter 11 trustee of the bankruptcy estate of Leslie Klein, the debtor herein.

2. I am authorized to submit this declaration on behalf of PSZJ. Unless otherwise stated in this declaration, I have personal knowledge of the facts hereinafter set forth, and if called as a witness, I could and would testify competently thereto.

3. Pursuant to this Court's instructions in the Order Granting Application and Setting Hearing on Shortened Notice (the "**OST**") [Docket No. 1230], entered in connection with the Motion of Chapter 11 Trustee, For Order (1) Expunging Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California From Property Records and (B) Deeming Lis Pendens Void Ab Initio And Of No Force or Effect, Etc. (the "**Motion**") [Docket No. 1228], on September 19, 2025, I served, via U.S. first class mail and/or email (where applicable), a notice of hearing on the Motion (the "**Notice of Hearing**") [Docket No. 1231], along with a copy of the Motion and the OST. The Motion, OST, and Notice of Hearing were served on all parties required to be served pursuant to the OST, as is evidenced by the certificate of service filed in connection with the Motion, OST and Notice of Hearing. The Notice of Hearing provides that a hearing on the Motion will be held on October 7, 2025 at 2:00 p.m., as well as response deadlines as provided in the OST.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September, 2025, at Los Angeles, California.

*/s/ Maria Viramontes*
Maria Viramontes

LA:4920-5519-8571.1 78512.001

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067**

A true and correct copy of the foregoing document(s) entitled (*specify*):

**DECLARATION OF MARIA VIRAMONTES RE SERVICE OF: (1) NOTICE OF HEARING; AND (2) ORDER GRANTING APPLICATION AND SETTING HEARING ON MOTION TO EXPUNGE LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA**

is served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 23, 2025,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **September 23, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 23, 2025,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Email:**
Eric J Olson: eric@ejolsonlaw.com
Leslie Klein: les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net

**Via Email:**
Daniel A. Crawford: dac@crawfordlawgroup.com
Ron Maroko: Ron.Maroko@usdoj.gov

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2025 | Maria Viramontes | /s/ Maria Viramontes |
|---|---|---|
| Date | Printed Name | Signature |

LA:4920-5519-8571.1 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**   Case 2:23-bk-10990-SK

- Simon Aron   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- Reem J Bello   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender   rb@lnbyg.com
- Michael Jay Berger   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey   AttorneyTCovey@gmail.com
- Daniel A Crawford   dac@crawfordlawgroup.com
- Michael G D'Alba   mgd@lnbyg.com
- Jeffrey W Dulberg   jdulberg@pszjlaw.com
- Craig A Edelman   notice@bkcylaw.com
- Dane W Exnowski   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Todd S. Garan   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Robert P Goe   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Michael I. Gottfried   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- M. Jonathan Hayes   jhayes@rhmfirm.com
- Brandon J. Iskander   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- Michael S Kogan   mkogan@koganlawfirm.com
- Matthew A Lesnick   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- John W Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Armen Manasserian   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- Ron Maroko   ron.maroko@usdoj.gov
- Kirsten Martinez   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer   smayer@mayerlawla.com
- Christopher M McDermott   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- Krikor J Meshefejian   kjm@lnbyg.com
- Jeffrey P Nolan   jnolan@pszjlaw.com
- Eric J Olson   eric@ejolsonlaw.com
- Lisa Patel   lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- Jeffrey N Pomerantz   jpomerantz@pszjlaw.com
- Brian A Procel   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Matthew D. Resnik   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Kevin Ronk   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law
- Joshua L Scheer   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Bradley D. Sharp (TR)   bsharp@dsi.biz
- Richard P Steelman   RPS@LNBYG.COM
- Nikko Salvatore Stevens   nikko@cym.law, eService@cym.law,karen@cym.law
- Alan G Tippie   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori   gtokumori@pmcos.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- John P. Ward   jward@attleseyward.com, ephuong@attleseyward.com
- Brett J. Wasserman   wasserman@smcounsel.com
- Alex M Weingarten   aweingarten@willkie.com, lcarter@willkie.com
- Beth Ann R. Young   bry@lnbyg.com, bry@lnbyb.com
- Clarisse Young   youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young   paul@cym.law, eService@cym.law,karen@cym.law
- Roye Zur   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

## 2. SERVED BY U.S. MAIL:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd. Suite 520<br>Pasadena, CA 91101 |
| Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |
| Owen Lee Podell<br>Leslie Klein & Associates<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | Owen Lee Podell<br>19816 Ingomar Street<br>Winnetka, CA 91306-2618 | |

| | | |
|---|---|---|
| **U.S. Mail and Email**<br>Los Angeles County Public<br>Administrator's Office<br>320 W. Temple St., 9th Fl.<br>Los Angeles, CA 90012<br>Email: PAInfo@ttc.lacounty.gov | **U.S. Mail and Email**<br>Probate Referee<br>Acevedo, Christina<br>61 S. Baldwin Avenue<br>P.O. Box 755<br>Sierra Madre, CA 91024<br>E-mail: csaprobate@gmail.com | **U.S. Mail and Email**<br>Ofra Orjachovsky<br>c/o Lawrence M. Lebowsky<br>1150 W. Olympic Blvd., Ste 1120<br>Los Angeles, CA 90064<br>Email: lebowsky@lebowsky.net |

LA:4920-5519-8571.1 78512.001