| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200) <br> John W. Lucas (CA Bar No. 271038) <br> PACHULSKI STANG ZIEHL & JONES LLP <br> 10100 Santa Monica Blvd., 13th Floor <br> Los Angeles, California  90067 <br> Telephone: 310/277-6910 <br> Facsimile:  310/201-0760 <br> E-mail:  jdulberg@pszjlaw.com <br>         jlucas@pszjlaw.com <br><br> ☐  Individual *appearing without an attorney* <br> ☒  *Attorney for* Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: <br><br>     LESLIE KLEIN, <br><br>                          Debtor(s) | CASE NO.:  2:23-bk-10990-SK <br><br> CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]) **MOTION OF CHAPTER 11 TRUSTEE (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE** was lodged on (*date*) <u>October 7, 2025</u> and is attached. This order relates to the Motion which is docket number <u>1228</u>.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-MAIL: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br><div align=center>Debtor.</div> | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE**<br><br>Date:      October 7, 2025<br>Time:      2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>            Courtroom 1545<br>            255 E. Temple St.<br>            Los Angeles, CA 90012<br>Judge:     Hon. Neil W. Bason |

The Court has considered the *Motion of Chapter 11 Trustee for Order to Expunge Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California* and the Declaration of Jeffrey W. Dulberg in support thereof [Docket No. 1228] (the "**Motion**")[1].  Based upon the Court's review of the Motion and the Declaration of Jeffrey W. Dulberg in support of the Motion,

---

[1] Capitalized terms not defined herein have the meanings used in the Motion.

4908-0771-2368.1 78512.001

no opposition to the Motion having been filed, and for the reasons stated on the record of the October 7, 2025 hearing, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the estate; and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given, and therefore

**IT IS HEREBY ORDERED**:

1.      The Motion is GRANTED.

2.      The Lis Pendens, recorded in the Official Records of Recorder's Office, Los Angeles County as document number 20250105088 and annexed hereto as **Exhibit "1",** is expunged and has no force or effect because it was executed and recorded without Court authorization in violation of section 362(a) of the Bankruptcy Code.

3.      The automatic stay is enforced against the Debtor, Probate Referee Christina Acevedo, Leslie Klein & Associates, Owen Lee Podell, and beneficiaries Ofra Orjachovsky and Los Angeles County Public Administrator.

4.      The Trustee is authorized to record a certified copy of this Order for the purpose of ameliorating any harm caused by the Debtor's recordation of the Lis Pendens.

5.      If the recordation of this Order does not uncloud title of the June St. Property as a result of the recordation of the Lis Pendens, the Trustee may seek further relief for the purpose of re-quieting title of the June St. Property as necessary.

6.      Sanctions may be awarded in an amount to be determined at a future hearing upon separate motion to be filed by the Trustee, in his discretion.

######

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-0771-2368.1 78512.001

2

# EXHIBIT 1


Branch :



**This page is part of your document - DO NOT DISCARD**



## 20250105088



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**02/19/25 AT 03:23PM**

**Pages:
0004**

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 103.00 |





**L E A D S H E E T**



202502190730029

**00025245392**



015149787

**SEQ:
01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E652839

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

NAME  *Owen Podell, Esq.*

MAILING ADDRESS  *6454 Van Nuys Blvd, #150*

CITY, STATE and ZIP CODE  *Van Nuys, CA 90401*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

*Notice of Pendency of Action (Lis Pendens)*

B015 rev 20171228

LESLIE KLEIN (SBN 50908)
OWEN PODELL (97813
LESLIE KLEIN & ASSOCIATES
6454 Van Nuys Blvd #150
Van Nuys, CA 90401
818-501-2663
les.kleinlaw@gmail.com

Attorneys for Petitioner, Leslie Klein as
Administrator for Decedent's Estate

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Estate of David Y. Green, | Case No.: 17STPB01585 |
| Decedent | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

PLEASE TAKE NOTICE THAT above-captioned action, by Petitioner Leslie Klein as Administrator for Decedent's Estate, affects title to and/or possession of real property in that Petitioner seeks to quiet title to the real property located in Los Angeles County, at 322 N. June Street, Los Angeles, California, and described as:

An undivided one-half interest in the real property described as Lot 300 of Tract 8320 as per map recorded in Book 98, page 41 of Maps, commonly known as 322 N. June Street, Los Angeles, CA 90004.

The parties to this case include: Probate Referee Christina Acevedo; petitioner Leslie Klein; attorneys for petitioner, Leslie Klein and Owen Lee Podell; beneficiaries ~~Elizabeth~~ and Ofra Orjachovsky; ~~attorney for beneficiary, Julie Smith; Purdue; interested parties Gil and J. Tom Day and~~ Los Angeles County Public Administrator; ~~attorney for interested parties Steven Charles Soux; and decedent David Y. Green.~~

Date: February 12, 2025

LESLIE KLEIN, Esq.
LESLIE KLEIN & ASSOCIATES
Attorneys for Petitioner

### NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

SEE ATTACHED
CA NOTARY CERTIFICATE



## SPACE BELOW FOR NOTARY'S USE

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**                    **CIVIL CODE '1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _02/19/2025_ before me, _Seung H. Kim ( Notary public )_

(Insert Name of Notary Public and Title)

personally appeared _Leslie Klein_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf on which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

> SEUNG H. KIM
> Notary Public - California
> Los Angeles County
> Commission # 2348665
> My Comm. Expires Apr 15, 2025

**LOS ANGELES, CA  Document:NA 2025.105088**                    **Page:4 of 4**
**Printed on:9/15/2025 1:05 PM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **October 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | **Via Email:**<br>Daniel A. Crawford:  dac@crawfordlawgroup.com<br><br>Ron Maroko:  Ron.Maroko@usdoj.gov |
| --- | --- |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: **2:23-bk-10990-SK**

- **Simon Aron**  saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**  rb@lnbyg.com
- **Michael Jay Berger**  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**  bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**  tcovey@raslg.com
- **Michael G D'Alba**  mgd@lnbyg.com
- **Jeffrey W Dulberg**  jdulberg@pszjlaw.com
- **Craig A Edelman**  notice@bkcylaw.com
- **Dane W Exnowski**  dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**  mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **M. Jonathan Hayes**  jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Matthew A Lesnick**  matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**  armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**  ron.maroko@usdoj.gov
- **Kirsten Martinez**  Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

- **Steven M Mayer**  smayer@mayerlawla.com
- **Christopher M McDermott**  ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**  kjm@lnbyg.com
- **Jeffrey P Nolan**  jnolan@pszjlaw.com
- **Eric J Olson**  eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Brian A Procel**  brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**  matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**  Kevin@portilloronk.com, eService@cym.law,karen@cym.law
- **Joshua L Scheer**  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**  bsharp@dsi.biz
- **Richard P Steelman**  RPS@LNBYG.COM
- **Nikko Salvatore Stevens**  nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**  Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**  gtokumori@pmcos.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**  mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**  jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**  wasserman@smcounsel.com
- **Alex M Weingarten**  aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**  bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**  youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**  paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**  rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED BY UNITED STATES MAIL**:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA  90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 |
| Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, California 91403 |
| Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Owen Lee Podell<br>Leslie Klein & Associates<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | Owen Lee Podell<br>19816 Ingomar Street<br>Winnetka, CA 91306-2618 |

| | | |
|---|---|---|
| **U.S. Mail and Email**<br>Los Angeles County Public<br>Administrator's Office<br>320 W. Temple St., 9th Fl.<br>Los Angeles, CA 90012<br>Email:  PAInfo@ttc.lacounty.gov | **U.S. Mail and Email**<br>Probate Referee<br>Acevedo, Christina<br>61 S. Baldwin Avenue<br>P.O. Box 755<br>Sierra Madre, CA  91024<br>E-mail:  csaprobate@gmail.com | **U.S. Mail and Email**<br>Ofra Orjachovsky<br>c/o Lawrence M. Lebowsky<br>1150 W. Olympic Blvd., Ste 1120<br>Los Angeles, CA 90064<br>Email:  lebowsky@lebowsky.net |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2                              **F 9021-1.2.BK.NOTICE.LODGMENT**
4914-2696-3056.1 78512.001