| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>          jlucas@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for Bradley D. Sharp, Chapter 11 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION | |
|---|---|
| In re:<br><br>          LESLIE KLEIN,<br><br><div align="center">Debtor(s)</div> | CASE NO.:  2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*)<br>**MOTION AUTHORIZING (A) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA TO THE DEBTOR AND BARBARA KLEIN, AND (B) DONATION OR DISPOSAL OF UNCLAIMED PERSONAL PROPERTY** |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING MOTION AUTHORIZING (A) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA TO THE DEBTOR AND BARBARA KLEIN, AND (B) DONATION OR DISPOSAL OF UNCLAIMED PERSONAL PROPERTY** was lodged on (*date*) <u>October 7, 2025</u> and is attached. This order relates to the Motion which is docket number <u>1223</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No.: 2:23-bk-10990-NB<br><br> Chapter 11<br><br>**ORDER APPROVING MOTION AUTHORIZING (A) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA TO THE DEBTOR AND BARBARA KLEIN, AND (B) DONATION OR DISPOSAL OF UNCLAIMED PERSONAL PROPERTY**<br><br>**DATE:**      October 7, 2025<br>**TIME**:       2:00 p.m.<br>**PLACE:**    255 East Temple Street,<br>                  Los Angeles, California<br>**CTRM**:     1545 (*or via Zoom per posted procedures*) |

The Court has considered the Motion for Order Authorizing (A) Abandonment of Personal Property Located at 322 N. June Street, Los Angeles, California to the Debtor and Barbara Klein, and (B) Donation or Disposal of Unclaimed Personal Property (the "***Motion***")[1] [Docket No. 1223].

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-5492-1061.1 78512.001

Based upon the Court's review of the Motion and the Declaration of Bradley D. Sharp in support of the Motion, no opposition to the Motion having been filed, and for the reasons stated on the record of the October 7, 2025 hearing, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the estate (the "*Estate*"); and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given, and therefore

**IT IS HEREBY ORDERED**:

1.      The Motion is GRANTED.

2.      The Personal Property located at the June Street Property is abandoned pursuant to 11 U.S.C. § 554(a).

3.      The Debtor and Barbara Klein ("*Barbara*"), at their sole expense, must remove items of Personal Property that they wish to retain from the June Street Property on or before October 31, 2025 (the "*Property Removal Deadline*").

4.      Any professionals used by the Debtor or Barbara (e.g. moving company) must maintain appropriate insurance coverage and provide a certificate of insurance to the Trustee prior to being permitted to enter the June Street Property.

5.      Upon expiration of the Property Removal Deadline, the Trustee is authorized to donate to a suitable charitable organization, or dispose of, at the expense of the Estate, any and all Personal Property then remaining at the June Street Property.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-5492-1061.1 78512.001

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **October 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| <u>Via Email:</u><br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2025 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>: **2:23-bk-10990-SK**

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**    rb@lnbyg.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Craig A Edelman**    notice@bkcylaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

- **Steven M Mayer**    smayer@mayerlawla.com
- **Christopher M McDermott**    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Eric J Olson**    eric@ejolsonlaw.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**    Kevin@portilloronk.com, eService@cym.law,karen@cym.law
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Richard P Steelman**    RPS@LNBYG.COM
- **Nikko Salvatore Stevens**    nikko@cym.law, eService@cym.law,karen@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**    gtokumori@pmcos.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**    jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**    wasserman@smcounsel.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, eService@cym.law,karen@cym.law
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2.    <u>SERVED BY UNITED STATES MAIL</u>:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

Eric J. Olson
EJOLSONLAW
301 East Colorado Blvd., Suite 520
Pasadena, California 91101

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.