| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: jdulberg@pszjlaw.com<br>jlucas@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LESLIE KLEIN,<br><br>Debtor(s) | CASE NO.: 2:23-bk-10990-SK<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br>Fourth Application of The Law Offices of Goldfarb Gross Seligman & Co. for Interim Approval of Compensation and Reimbursement of Expenses as Special Litigation and Real Estate Counsel to the Chapter 11 Trustee |

PLEASE TAKE NOTE that the order titled **ORDER APPROVING FOURTH APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO THE CHAPTER 11 TRUSTEE** was lodged on (*date*) October 7, 2025 and is attached. This order relates to the Application which is docket number 1218.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-10990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **ORDER APPROVING FOURTH APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO THE CHAPTER 11 TRUSTEE** |
| | [Relates to Docket Nos. 1218, 1222, 1225, 1236, and 1237] |
| | **DATE:**   October 7, 2025<br>**TIME:**    2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>              Los Angeles, California<br>**CTRM**: 1545 |

The Court, having considered the *Fourth Application of The Law Offices of Goldfarb Gross Seligman & Co. for Interim Approval of Compensation and Reimbursement of Expenses as Special Litigation and Real Estate Counsel to the Chapter 11 Trustee* (the "**Interim Application**") [Docket No. 1218][1] and the declaration of Bradley D. Sharp filed in support thereof [Docket No. 1222], the opposition filed by judgment creditors, Erica and Joseph Vago (the "**Opposition**") [Docket No.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Interim Application.

LA:4927-7438-3984.1 78512.001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1225], the reply filed by the Trustee [Docket No. 1236], and the reply filed by Gestetner Charitable Remainder Unitrust and A. Gestetner Family [Docket No. 1237], and for the reasons stated in the Court's tentative ruling attached as Exhibit 1 to the Order Approving Second Application of Pachulski Stang Ziehl & Jones LLP For Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Chapter 11 Trustee, and incorporated herein by reference:

**IT IS HEREBY ORDERED:**

1.      The Opposition is OVERRULED except as otherwise set forth herein.

2.      The Interim Application is approved on an interim basis in the amount of $11,944.55.

3.      The Trustee is authorized to and shall pay Goldfarb one hundred percent (100%) of its approved fees.

###

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **October 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 7, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| <u>Via Email:</u> | <u>Via Email:</u> |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com | Eric Hawes: eeh@eehlawoffice.com |
| | James Kieckhafer: jkieckhafer@ks-llp.com |
| Leslie Klein:  les.kleinlaw@gmail.com; | Art Swicker: aswicker@ks-llp.com |
| leskleinlaw@gmail.com; kleinlaw@earthlink.net | Jeremy Benjamin: Jeremy.benjamin@goldfarb.com; |
| | Shirin Herzog: shrin.herzog@goldfarb.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2025 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: **2:23-bk-10990-SK**

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**    rb@lnbyg.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    tcovey@raslg.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Craig A Edelman**    notice@bkcylaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com,tparizad@elkinskalt.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
  - **Christopher M McDermott**    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
  - **Krikor J Meshefejian**    kjm@lnbyg.com
  - **Jeffrey P Nolan**    jnolan@pszjlaw.com
  - **Eric J Olson**    eric@ejolsonlaw.com
  - **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
  - **Brian A Procel**    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
  - **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;nina@rhmfirm.com;susie@rhmfirm.com;gabriela@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;david@rhmfirm.com
  - **Kevin Ronk**    Kevin@portilloronk.com, eService@cym.law,karen@cym.law
  - **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
  - **Bradley D. Sharp (TR)**    bsharp@dsi.biz
  - **Richard P Steelman**    RPS@LNBYG.COM
  - **Nikko Salvatore Stevens**    nikko@cym.law, eService@cym.law,karen@cym.law
  - **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
  - **Gary Tokumori**    gtokumori@pmcos.com
  - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
  - **Michael L Wachtell**    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
  - **John P. Ward**    jward@attleseyward.com, ephuong@attleseyward.com
  - **Brett J. Wasserman**    wasserman@smcounsel.com
  - **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
  - **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com
  - **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
  - **Paul P Young**    paul@cym.law, eService@cym.law,karen@cym.law
  - **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

2.    <u>**SERVED BY UNITED STATES MAIL**</u>:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.