Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-MAIL: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com



**FILED & ENTERED**

**OCT 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

*Counsel to Bradley D. Sharp, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                         Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE**<br><br>Date:     October 7, 2025<br>Time:    2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>            Courtroom 1545<br>            255 E. Temple St.<br>            Los Angeles, CA 90012<br>Judge:   Hon. Neil W. Bason |

The Court has considered the *Motion of Chapter 11 Trustee for Order to Expunge Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California* and the Declaration of Jeffrey W. Dulberg in support thereof [Docket No. 1228] (the "**Motion**")[1].  Based upon the Court's review of the Motion and the Declaration of Jeffrey W. Dulberg in support of the Motion,

---

[1] Capitalized terms not defined herein have the meanings used in the Motion.

4908-0771-2368.1 78512.001

Main Document    Page 2 of 8

no opposition to the Motion having been filed, and for the reasons stated on the record of the October 7, 2025 hearing, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the estate; and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given, and therefore

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED.

2. The Lis Pendens, recorded in the Official Records of Recorder's Office, Los Angeles County as document number 20250105088 and annexed hereto as **Exhibit "1",** is void ab initio and is hereby expunged and has no force or effect because it was executed and recorded without Court authorization in violation of the automatic stay of section 362(a) of the Bankruptcy Code (11 U.S.C. § 362(a)).

3. The automatic stay ~~is enforced~~ remains in full force and effect as against the Debtor, Probate Referee Christina Acevedo, Leslie Klein & Associates, Owen Lee Podell, and beneficiaries Ofra Orjachovsky and Los Angeles County Public Administrator, and Trustee is authorized to take any necessary or appropriate actions to seek enforcement of the stay by this Court on an expedited basis (a) by self-calendaring further proceedings on the Motion on any regular hearing date of this Court on not less than two business days' notice, or alternatively (b) by lodging a proposed order shortening time.

4. The Trustee is authorized to record a certified copy of this Order for the purpose of ameliorating any harm caused by the Debtor's recordation of the Lis Pendens.

5. If the recordation of this Order does not ~~uncloud~~ fully remove the cloud on title of the June St. Property as a result of the recordation of the Lis Pendens, the Trustee may seek further relief for the purpose of re-quieting title of the June St. Property as necessary, including on shortened time, if appropriate, pursuant to the procedures set forth in paragraph "3" above.

//

6. Sanctions may be awarded in an amount to be determined at a future hearing upon separate motion to be filed by the Trustee, in his discretion.

######

Date: October 8, 2025

Neil W. Bason
United States Bankruptcy Judge

4908-0771-2368.1 78512.001

3

# EXHIBIT 1

**This page is part of your document - DO NOT DISCARD**

**20250105088**



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/19/25 AT 03:23PM**

Pages:
0004

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 103.00 |

**L E A D S H E E T**

202502190730029

00025245392

015149787

SEQ:
01

DAR - Counter (Upfront Scan)

THIS FORM IS NOT TO BE DUPLICATED

E652839

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

NAME *Owen Podell, Esq.*

MAILING ADDRESS *6454 Van Nuys Blvd, #150*

CITY, STATE and ZIP CODE *Van Nuys, CA 90401*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

*Notice of Pendency of Action (Lis Pendens)*

B015 rev 20171228

```
1  LESLIE KLEIN (SBN 50908)
   OWEN PODELL (97813)
2  LESLIE KLEIN & ASSOCIATES
   6454 Van Nuys Blvd #150
3  Van Nuys, CA 90401
   818-501-2663
4  les.kleinlaw@gmail.com

5  Attorneys for Petitioner, Leslie Klein as
   Administrator for Decedent's Estate
6
7
8           SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                   FOR THE COUNTY OF LOS ANGELES
```

| | |
|---|---|
| In re Estate of David Y. Green, | Case No.: 17STPB01585 |
| Decedent | NOTICE OF PENDENCY OF ACTION (LIS PENDENS) |

PLEASE TAKE NOTICE THAT above-captioned action, by Petitioner Leslie Klein as Administrator for Decedent's Estate, affects title to and/or possession of real property in that Petitioner seeks to quiet title to the real property located in Los Angeles County, at 322 N. June Street, Los Angeles, California, and described as:

> An undivided one-half interest in the real property described as Lot 300 of Tract 8320 as per map recorded in Book 98, page 41 of Maps, commonly known as 322 N. June Street, Los Angeles, CA 90004.

The parties to this case include: Probate Referee Christina Acevedo; petitioner Leslie Klein; attorneys for petitioner, Leslie Klein and Owen Lee Podell; beneficiaries ~~Elizabeth~~ and Ofra Orjachovsky; ~~attorney for beneficiary, Julia Smith Dyckman; interested parties Gitta I.L. Tom Dany, and~~ Los Angeles County Public Administrator; ~~attorney for interested parties Steven Charles Sauv, and decedent David Y. Green.~~

Date: February 12, 2025

                                              _____
                                              LESLIE KLEIN, Esq.
                                              LESLIE KLEIN & ASSOCIATES
                                              Attorneys for Petitioner

---

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)

SEE ATTACHED
CA NOTARY CERTIFICATE

**SPACE BELOW FOR NOTARY'S USE**

---

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**     CIVIL CODE '1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__
On __02/19/2025__ before me, __Seung H. Kim (Notary Public)__
(Insert Name of Notary Public and Title)
personally appeared __Leslie Klein__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf on which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature

[Seal: SEUNG H. KIM, Notary Public - California, Los Angeles County, Commission # 2348665, My Comm. Expires Apr 15, 2025]

Los Angeles City Planning | CP-7771.1 [6.1.2023]     Page 9 of 12

LOS ANGELES, CA  Document:NA 2025.105088                                Page:4 of 4
Printed on:9/15/2025 1:05 PM