Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

OCT 08 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FORENSIC ACCOUNTANT TO THE CHAPTER 11 TRUSTEE**<br><br>[Relates to Docket Nos. 1217, 1222, 1225, 1236, and 1237]<br><br>**DATE:** October 7, 2025<br>**TIME:**  2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>        Los Angeles, California<br>**CTRM**: 1545 |

The Court, having considered the *Second Application of Development Specialists, Inc. for Interim Approval of Compensation and Reimbursement of Expenses as Forensic Accountant to the Chapter 11 Trustee* (the "**Interim Application**")[1] [Docket No. 1217] and the declaration of Bradley

---
[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Interim Application.

LA:4899-4086-9232.1 78512.001

D. Sharp filed in support thereof [Docket No. 1222], the opposition filed by judgment creditors, Erica and Joseph Vago (the "**Opposition**") [Docket No. 1225], the reply filed by the Trustee [Docket No. 1236], and the reply filed by Gestetner Charitable Remainder Unitrust and A. Gestetner Family [Docket No. 1237], and for the reasons stated in the Court's tentative ruling attached as Exhibit 1 to the <u>concurrently-issued</u> Order Approving Second Application of Pachulski Stang Ziehl & Jones LLP For Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Chapter 11 Trustee, and incorporated herein by reference:

**IT IS HEREBY ORDERED:**

1. The Opposition is OVERRULED except as otherwise set forth herein.

2. The Interim Application is approved on an interim basis in the amount of $100,950.67, consisting of $100,830.25 in fees incurred and $120.42 in expenses advanced.

3. Payment of approved fees is prohibited pending further order of the Court.

4. The Trustee is authorized to and shall reimburse DSI one hundred percent (100%) of its approved expenses, as funds permit.

###

Date: October 8, 2025

_Neil W. Bason_
Neil W. Bason
United States Bankruptcy Judge

LA:4899-4086-9232.1 78512.001