Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
              jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**OCT 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>　　　　　　　　　　　Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER APPROVING FOURTH APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO THE CHAPTER 11 TRUSTEE**<br><br>[Relates to Docket Nos. 1218, 1222, 1225, 1236, and 1237]<br><br>**DATE:**　October 7, 2025<br>**TIME:**　2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>　　　　　　Los Angeles, California<br>**CTRM**: 1545 |

　　　　The Court, having considered the *Fourth Application of The Law Offices of Goldfarb Gross Seligman & Co. for Interim Approval of Compensation and Reimbursement of Expenses as Special Litigation and Real Estate Counsel to the Chapter 11 Trustee* (the "***Interim Application***") [Docket

LA:4927-7438-3984.1 78512.001

No. 1218]¹ and the declaration of Bradley D. Sharp filed in support thereof [Docket No. 1222], the opposition filed by judgment creditors, Erica and Joseph Vago (the "*Opposition*") [Docket No. 1225], the reply filed by the Trustee [Docket No. 1236], and the reply filed by Gestetner Charitable Remainder Unitrust and A. Gestetner Family [Docket No. 1237], and for the reasons stated in the Court's tentative ruling attached as Exhibit 1 to the concurrently-issued Order Approving Second Application of Pachulski Stang Ziehl & Jones LLP For Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Chapter 11 Trustee, and incorporated herein by reference:

**IT IS HEREBY ORDERED:**

1. The Opposition is OVERRULED except as otherwise set forth herein.

2. The Interim Application is approved on an interim basis in the amount of $11,944.55.

3. The Trustee is authorized to and shall pay Goldfarb one hundred percent (100%) of its approved fees.

###

Date: October 8, 2025

Neil W. Bason
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Interim Application.

LA:4927-7438-3984.1 78512.001                             2