Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   jdulberg@pszjlaw.com
             jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

FILED & ENTERED

OCT 08 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                          Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND APPLICATION OF KIECKHAFER SCHIFFER LLP FOR INTERIM APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ACCOUNTANT TO THE CHAPTER 11 TRUSTEE**<br><br>[Relates to Dockets Nos. 1219, 1222, 1225, 1236, and 1237]<br><br>**DATE:**  October 7, 2025<br>**TIME:**   2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>           Los Angeles, California<br>**CTRM**: 1545 |

      The Court, having considered the *Second Application of Kieckhafer Schiffer LLP for Interim Approval of Compensation and Reimbursement of Expenses as Tax Accountant to the Chapter 11*

LA:4927-5688-6384.1 78512.001

*Trustee* (the "**Interim Application**") [Docket No. 1219][1] and the declaration of Bradley D. Sharp filed in support thereof [Docket No. 1222], the opposition filed by judgment creditors, Erica and Joseph Vago (the "***Opposition***") [Docket No. 1225], the reply filed by the Trustee [Docket No. 1236], and the reply filed by Gestetner Charitable Remainder Unitrust and A. Gestetner Family [Docket No. 1237], and for the reasons stated in the Court's tentative ruling attached as Exhibit 1 to the <u>concurrently-issued</u> Order Approving Second Application of Pachulski Stang Ziehl & Jones LLP For Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Chapter 11 Trustee, and incorporated herein by reference:

**IT IS HEREBY ORDERED:**

1. The Opposition is OVERRULED except as otherwise set forth herein.

2. The Interim Application is approved on an interim basis in the amount of $3,202.50.

3. The Trustee is authorized to and shall pay Kieckhafer one hundred percent (100%) of its approved fees.

###

Date: October 8, 2025

Neil W. Bason
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Interim Application.

LA:4927-5688-6384.1 78512.001