Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee



**FILED & ENTERED**

**OCT 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER APPROVING FOURTH AND FINAL APPLICATION OF THE LAW OFFICE OF ERIC EVERETT HAWES FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LANDLORD/TENANT COUNSEL TO THE CHAPTER 11 TRUSTEE**<br><br>[Relates to Docket Nos. 1220, 1222, 1225, 1236, and 1237]<br><br>**DATE:**   October 7, 2025<br>**TIME:**   2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>             Los Angeles, California<br>**CTRM**: 1545 |

The Court, having considered the *Fourth and Final Application of The Law Office of Eric Everett Hawes for Approval of Compensation and Reimbursement of Expenses as Landlord/Tenant Counsel to the Chapter 11 Trustee* (the "***Application***") [Docket No. 1220] and the declaration of Bradley D. Sharp filed in support thereof [Docket No. 1222], the opposition filed by judgment creditors, Erica and Joseph Vago (the "***Opposition***") [Docket No. 1225], the reply filed by the

Trustee [Docket No. 1236], and the reply filed by Gestetner Charitable Remainder Unitrust and A. Gestetner Family [Docket No. 1237], and for the reasons stated in the Court's tentative ruling attached as Exhibit 1 to the concurrently-issued Order Approving Second Application of Pachulski Stang Ziehl & Jones LLP For Interim Approval of Compensation and Reimbursement of Expenses as General Bankruptcy Counsel to the Chapter 11 Trustee, and incorporated herein by reference:

**IT IS HEREBY ORDERED:**

1. The Opposition is OVERRULED except as otherwise set forth herein.

2. The Application is approved on a final basis for the period August 10, 2023 – July 31, 2025, in the amount of $64,080.00 in fees incurred and $9,383.81 in costs advanced, which is inclusive of $55,665.00 in fees incurred and $8,096.13 costs advanced which were previously approved on an interim basis for the period August 10, 2023 through February 28, 2025, for a total final award of $73,463.81.

3. The Trustee is authorized to pay Hawes such allowed but unpaid fees and expenses.

# # #

Date: October 8, 2025

Neil W. Bason
United States Bankruptcy Judge

LA:4902-0150-6416.1 78512.001