United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10990-NB |
| Leslie Klein | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan G Tippie | on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com |
| Alex M Weingarten | on behalf of Creditor Jeffrey Winter aweingarten@willkie.com lcarter@willkie.com |
| Alex M Weingarten | on behalf of Interested Party Courtesy NEF aweingarten@willkie.com lcarter@willkie.com |
| Armen Manasserian | on behalf of Plaintiff Franklin Menlo co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Baruch C Cohen
on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
on behalf of Creditor David Berger bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Beth Ann R. Young
on behalf of Interested Party Courtesy NEF bry@lnbyg.com  bry@lnbyb.com

Beth Ann R. Young
on behalf of Interested Party Life Capital Group  LLC bry@lnbyg.com, bry@lnbyb.com

Bradley D. Sharp (TR)
bsharp@dsi.biz

Brandon J. Iskander
on behalf of Creditor Erica Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Creditor Joseph Vago biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander
on behalf of Interested Party Robert P Goe biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett J. Wasserman
on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel
on behalf of Plaintiff Erica Vago brian@procel-law.com  rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott
on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young
on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young
on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com  levern@smcounsel.com

Clarisse Young
on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com  levern@smcounsel.com

Craig A Edelman
on behalf of Creditor Residential Credit Opportunities Trust IX-A notice@bkcylaw.com

Dane W Exnowski
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski
on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel A Crawford
on behalf of Interested Party Leslie Klein & Associates dac@crawfordlawgroup.com

Daniel A Crawford
on behalf of Interested Party EKLK Foundation dac@crawfordlawgroup.com

Eric J Olson
on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson
on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

District/off: 0973-2                              User: admin                                 Page 3 of 6
Date Rcvd: Oct 08, 2025                      Form ID: pdf042                         Total Noticed: 1

Eric J Olson
    on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

Gary Tokumori
    on behalf of Interested Party Courtesy NEF gtokumori@pmcos.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com, ephuong@attleseyward.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com

Matthew A Lesnick
    on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

| District/off: 0973-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Matthew A Lesnick
 on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com  matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew D. Resnik
 on behalf of Interested Party Courtesy NEF matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Matthew D. Resnik
 on behalf of Defendant Chaim Manela matt@rhmfirm.com roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com

Michael G D'Alba
 on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com

Michael G D'Alba
 on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
 on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Michael I. Gottfried
 on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
 on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
 on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael Jay Berger
 on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
 on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
 on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
 on behalf of Interested Party Courtesy NEF nikko@cym.law  eService@cym.law,karen@cym.law,aileen@cym.law

Nikko Salvatore Stevens
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law

Nikko Salvatore Stevens
 on behalf of Creditor Franklin Menlo nikko@cym.law  eService@cym.law,karen@cym.law,aileen@cym.law

Paul P Young
 on behalf of Creditor Franklin Menlo paul@cym.law  eService@cym.law,karen@cym.law

Paul P Young
 on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983 paul@cym.law, eService@cym.law,karen@cym.law

Paul P Young
 on behalf of Interested Party Courtesy NEF paul@cym.law  eService@cym.law,karen@cym.law

Reem J Bello
 on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
 on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello

Case 2:23-bk-10990-NB    Doc 1255    Filed 10/10/25    Entered 10/10/25 21:20:43    Desc
Imaged Certificate of Notice    Page 5 of 14

| District/off: 0973-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com kmurphy@goeforlaw.com |
| Richard P Steelman, Jr | on behalf of Interested Party Life Capital Group LLC RPS@LNBYG.COM |
| Robert P Goe | on behalf of Interested Party Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Creditor Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Interested Party Robert P Goe rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Plaintiff Erica Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Robert P Goe | on behalf of Defendant Joseph Vago rgoe@goeforlaw.com kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com |
| Ron Bender | on behalf of Interested Party Life Capital Group LLC rb@lnbyg.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Roye Zur | on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Roye Zur | on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com |
| Simon Aron | on behalf of Interested Party Shoshana Shifra Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Interested Party Kenneth Kolev Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Simon Aron | on behalf of Defendant Kenneth Klein saron@wrslawyers.com moster@wrslawyers.com;jlee@wrslawyers.com |
| Steven M Mayer | on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com |
| Steven M Mayer | on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com |
| Theron S Covey | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium Mortgage Acquisition Trust AttorneyTCovey@gmail.com |
| Todd S. Garan | on behalf of Creditor JPMorgan Chase Bank N.A. ch11ecf@aldridgepite.com, |

| District/off: 0973-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: pdf042 | Total Noticed: 1 |

TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 105

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-MAIL: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Chapter 11 Trustee*

**FILED & ENTERED**

**OCT 08 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** llewis    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION OF CHAPTER 11 TRUSTEE (A) ENFORCING AUTOMATIC STAY, (B) EXPUNGING LIS PENDENS RECORDED AGAINST 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA FROM PROPERTY RECORDS, (C) VOIDING LIS PENDENS AB INITIO AND FINDING IT HAVING NO FORCE OR EFFECT, AND (D) AUTHORIZING TRUSTEE TO RECORD AN ORDER GRANTING THE MOTION FOR THE PURPOSE OF CLEARING TITLE**<br><br>Date:     October 7, 2025<br>Time:     2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>          Courtroom 1545<br>          255 E. Temple St.<br>          Los Angeles, CA 90012<br>Judge:    Hon. Neil W. Bason |

The Court has considered the *Motion of Chapter 11 Trustee for Order to Expunge Lis Pendens Recorded Against 322 N. June Street, Los Angeles, California* and the Declaration of Jeffrey W. Dulberg in support thereof [Docket No. 1228] (the "**Motion**")[1]. Based upon the Court's review of the Motion and the Declaration of Jeffrey W. Dulberg in support of the Motion,

---

[1] Capitalized terms not defined herein have the meanings used in the Motion.

4908-0771-2368.1 78512.001

Case 2:23-bk-10990-NB   Doc 1255   Filed 10/10/25   Entered 10/10/25 21:20:43   Desc
Imaged Certificate of Notice   Page 8 of 14

no opposition to the Motion having been filed, and for the reasons stated on the record of the October 7, 2025 hearing, the Court finds that (1) the relief requested in the Motion is reasonable, appropriate, and in the best interests of the estate; and (2) notice of the Motion was adequate and appropriate under the circumstances and no further notice be given, and therefore

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED.

2. The Lis Pendens, recorded in the Official Records of Recorder's Office, Los Angeles County as document number 20250105088 and annexed hereto as **Exhibit "1"**, is <u>void ab initio and is hereby</u> expunged and has no force or effect because it was executed and recorded without Court authorization in violation of <u>the automatic stay of</u> section 362(a) of the Bankruptcy Code <u>(11 U.S.C. § 362(a))</u>.

3. The automatic stay ~~is enforced~~ <u>remains in full force and effect as</u> against the Debtor, Probate Referee Christina Acevedo, Leslie Klein & Associates, Owen Lee Podell, and beneficiaries Ofra Orjachovsky and Los Angeles County Public Administrator<u>, and Trustee is authorized to take any necessary or appropriate actions to seek enforcement of the stay by this Court on an expedited basis (a) by self-calendaring further proceedings on the Motion on any regular hearing date of this Court on not less than two business days' notice, or alternatively (b) by lodging a proposed order shortening time</u>.

4. The Trustee is authorized to record a certified copy of this Order for the purpose of ameliorating any harm caused by the Debtor's recordation of the Lis Pendens.

5. If the recordation of this Order does not ~~uncloud~~ <u>fully remove the cloud on</u> title of the June St. Property as a result of the recordation of the Lis Pendens, the Trustee may seek further relief for the purpose of re-quieting title of the June St. Property as necessary<u>, including on shortened time, if appropriate, pursuant to the procedures set forth in paragraph "3" above</u>.

<u>//</u>

4908-0771-2368.1 78512.001          2

6. Sanctions may be awarded in an amount to be determined at a future hearing upon separate motion to be filed by the Trustee, in his discretion.

######

Date: October 8, 2025

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge

4908-0771-2368.1 78512.001

3

# EXHIBIT 1

**This page is part of your document - DO NOT DISCARD**

**20250105088**





Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/19/25 AT 03:23PM**

Pages: 0004

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 103.00 |



**LEADSHEET**



202502190730029

**00025245392**



015149787

**SEQ:**
**01**

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E652839

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:

NAME  Owen Podell, Esq.

MAILING ADDRESS  6454 Van Nuys Blvd, #150

CITY, STATE and ZIP CODE  Van Nuys, CA 90401

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

Notice of Pendency of Action (Lis Pendens)

BQL5 rev 20171228

LOS ANGELES, CA  Document:NA 2025.105088
Printed on:9/15/2025 1:05 PM

Page:2 of 4

```
1  LESLIE KLEIN (SBN 50908)
   OWEN PODELL (97813)
2  LESLIE KLEIN & ASSOCIATES
   6454 Van Nuys Blvd #150
3  Van Nuys, CA 90401
   818-501-2663
4  les.kleinlaw@gmail.com

5  Attorneys for Petitioner, Leslie Klein as
   Administrator for Decedent's Estate
6

7
```

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| In re Estate of David Y. Green, | Case No.: 17STPB01585 |
|---|---|
| Decedent | NOTICE OF PENDENCY OF ACTION (LIS PENDENS) |

PLEASE TAKE NOTICE THAT above-captioned action, by Petitioner Leslie Klein as Administrator for Decedent's Estate, affects title to and/or possession of real property in that Petitioner seeks to quiet title to the real property located in Los Angeles County, at 322 N. June Street, Los Angeles, California, and described as:

> An undivided one-half interest in the real property described as Lot 300 of Tract 8320 as per map recorded in Book 98, page 41 of Maps, commonly known as 322 N. June Street, Los Angeles, CA 90004.

The parties to this case include: Probate Referee Christina Acevedo; petitioner Leslie Klein; attorneys for petitioner, Leslie Klein and Owen Lee Podell; beneficiaries ~~Elizabeth~~ and Ofra Orjachovsky; ~~attorney for beneficiary Julia Scott Darlene; interested parties Gilbert L. Tom Dae; and~~ Los Angeles County Public Administrator; ~~attorney for interested parties Steven Charles Saw; and decedent David Y. Green.~~

Date: February 12, 2025

_____
LESLIE KLEIN, Esq.
LESLIE KLEIN & ASSOCIATES
Attorneys for Petitioner

---

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)

SEE ATTACHED
CA NOTARY CERTIFICATE



### SPACE BELOW FOR NOTARY'S USE

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**  CIVIL CODE '1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__
On __02/19/2025__ before me, __Seung H. Kim (Notary Public)__
(Insert Name of Notary Public and Title)
personally appeared __Leslie Klein__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf on which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature

SEUNG H. KIM
Notary Public - California
Los Angeles County
Commission # 2348665
My Comm. Expires Apr 15, 2025

Los Angeles City Planning | CP-7771.1 [6.1.2023]    Page 9 of 12