Form B-1037 (Rev. 8/98)                                                                           1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jeffrey P. Nolan (CA Sate Bar No. 158923)<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760   Email:jnolan@pszjlaw.com<br>Attorney for: Bradley D. Sharp, Chapter 11 Trustee | FILED<br>NOV 19 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>LESLIE KLEIN<br><br>                                           Debtor. | CASE NO.: 2:23-bk-10990-NB<br><br>ADVERSARY NO.: |
|---|---|
| FILED<br>NOV 20 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk<br><br>                                    Plaintiff(s)<br>VS.<br><br><br><br>                                  Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Jeffrey P. Nolan, counsel for Bradley D. Sharp, Chapter 11 Trustee                                    hereby state under penalty of perjury that,

1.    Judgment for $ 62,664.50                                    was entered on July 18, 2025 [ECF Dkt. 1178]
                                                                                                                        (date)

      in the docket of the above-entitled action in favor of:

      Bradley D. Sharp, Chapter 11 Trustee
      as Judgment Creditor, and against

      Leslie Klein
      as Judgment Debtor

                              **(If registered Judgment, fill in below)**

      Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case
      No. _____ in the United States Bankruptcy Court, Central District of California and
      which has become FINAL.

2.    I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the
      Judgment.

3.    ACCRUED since the entry of judgment are the following sums:

      $ 48.09                                    accrued interest, computed at 4.00 %
                                                                                              (see note)
      $ 0.00                                    accrued costs

                                              (Page 1 of 2)

Form B-1037 (Rev. 8/98)                                                                                          1998 USBC, Central District of California

| In re:<br>LESLIE KLEIN | CASE NO.: 2:23-BK-10990-NB |
|---|---|
| Debtor. | ADVERSARY NO.: |

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles _____, State of California, this 14th

day of November                                2025
                                               (year)

_____
Jeffrey P. Nolan    Signature

NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.

(Page 2 of 2)