Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:
Los Angeles, California 90067
E-mail: jdulberg@pszjlaw.com
       jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Disclosure Statement Hearing:<br>**DATE**:  February 17, 2026<br>**TIME**:  2:00 p.m.<br>**PLACE**:  255 East Temple Street<br>           Los Angeles, California<br>**CTRM**:  1545 |

4935-2803-2643.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**One Sansome Street, Suite 3430, San Francisco, CA  94105.**

A true and correct copy of the foregoing document entitled (*specify*)**:**

- ***Notice of Motion and Motion of Chapter 11 Trustee for Order: (1) Approving the Disclosure Statement; (2) Approving Plan Solicitation, Notice, and Voting Procedures; (3) Approving Forms of Notice and Ballots; and (4) Establishing Plan Confirmation Deadlines and Procedures (Dkt. 1286)***

- ***Chapter 11 Trustee's Plan of Liquidation of the Estate of Leslie Klein (Dkt. 1282)***

- ***Disclosure Statement in Support of • Chapter 11 Trustee's Plan of Liquidation of the Estate of Leslie Klein (Dkt. 1283)***

is served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 6, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **January 6, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 6, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| Via Email: | Via Email: |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com | Daniel A. Crawford, Esq. |
| | Crawford Law Group |
| Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | 15303 Ventura Blvd., Ninth Floor |
| | Sherman Oaks, California 91403 |
| | Email: dac@crawfordlawgroup.com |

4935-2803-2643.1 78512.001                                   2

| **Via Email:**<br>Ron Maroko<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017<br>Email: Ron.Maroko@usdoj.gov | **Via Email:**<br>Baruch Cohen<br>baruchcohen@baruchcohenesq.com |
|---|---|

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2026 | Oliver Carpio | */s/ Oliver Carpio* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**Case 2:23-bk-10990-SK**

- Simon Aron    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Ron Bender    rb@lnbyg.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Theron S Covey    AttorneyTCovey@gmail.com
- Daniel A Crawford    dac@crawfordlawgroup.com
- Michael G D'Alba    mgd@lnbyg.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Craig A Edelman    notice@bkcylaw.com
- Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Robert P Goe    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Michael I. Gottfried    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- M. Jonathan Hayes    jhayes@rhmfirm.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Matthew A Lesnick    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Armen Manasserian    armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- Ron Maroko    ron.maroko@usdoj.gov
- Kirsten Martinez    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- Steven M Mayer    smayer@mayerlawla.com
- Christopher M McDermott    ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- Krikor J Meshefejian    kjm@lnbyg.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Eric J Olson    eric@ejolsonlaw.com
- Lisa Patel    lpatel@lesnickprince.com, jmack@lesnickprince.com;jnavarro@lesnickprince.com;lpatel@ecf.courtdrive.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Brian A Procel    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- Matthew D. Resnik    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- Kevin Ronk    Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Bradley D. Sharp (TR)    bsharp@dsi.biz
- Richard P Steelman    RPS@LNBYG.COM
- Nikko Salvatore Stevens    nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- Alan G Tippie    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- Gary Tokumori    gtokumori@pmcos.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Michael L Wachtell    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- John P. Ward    jward@attleseyward.com, ephuong@attleseyward.com
- Brett J. Wasserman    wasserman@smcounsel.com
- Alex M Weingarten    aweingarten@willkie.com, lcarter@willkie.com
- Beth Ann R. Young    bry@lnbyg.com, bry@lnbyb.com
- Clarisse Young    youngshumaker@smcounsel.com, levern@smcounsel.com
- Paul P Young    paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law
- Roye Zur    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY U.S. MAIL**:

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Eric J. Olson<br>c/o Leslie Klein<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 |
| Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein & Associates, Inc.<br>c/o Leslie Klein<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 | Daniel A. Crawford, Esq.<br>c/o Les Klein & Associates and EKLK Foundation<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, CA 91403 |
| Owen Lee Podell<br>Leslie Klein & Associates<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | Owen Lee Podell<br>19816 Ingomar Street<br>Winnetka, CA 91306-2618 | William Moskowitz<br>364 Martel Avenue<br>Los Angeles, CA 90036 |
| Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 | Yocav Lunger, Trustee of Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 |
| Eric J. Olson<br>c/o Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 | Michael Gottfried<br>c/o Gestetner<br>Elkins Kalt Weintraub Reuben Gartside, LLP.<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064 | Paul P. Young<br>c/o Franklin H. Menlo Irrevocable Trust<br>Chora Young & Manasserian LLP<br>281 E Colorado Blvd, # 378<br>Pasadena, CA 91101-1903 |
| Attn: Jeff Davis<br>Attn: Kathrine Brewer<br>The Lincoln National Life Insurance Company<br>100 N. Greene Street<br>Greensboro, NC 27401 | Wilmington Trust, NA<br>300 Park Street, Ste 390<br>Birmingham, MI 48009 | Wilmington Trust National Association<br>10250 Constellation Blvd. Ste. 250<br>Los Angeles, CA 90067 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Baruch Cohen<br>c/o Robert and Esther Mermelstein and David Berger<br>Law Office of Baruch C. Cohen, APLC<br>4929 Wilshire Boulevard, Ste 940<br>Los Angeles, CA 90010 | Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 |
| Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue, New York, NY 10022 | Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>P0 Box 8801<br>Wilmington, DE 19899 | California Bank & Trust<br>P0 Box 711510<br>Santee, CA 92072 | CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4935-2803-2643.1 78512.001

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Chase Mortgage<br>BK Department<br>Mail Code LA4 5555<br>700 Kansas Ln<br>Monroe, LA 71203 |
| Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179 | Ericka and Joseph Vago<br>c/o Brian Procel<br>Procel Law<br>401 Wilshire Blvd., 12th Floor<br>Santa Monica, CA 90401 | Pay Servicing LLC<br>Attn: Bankruptcy Dept<br>P0 Box 809441<br>Chicago, IL 60680 |
| Alex M. Weingarten, Esq.<br>c/o Franklin H. Menlo Irrevocable Trust<br>Wilikie Parr & Gallagher LLP<br>2029 Century Park East, Suite 3400<br>Los Angeles, CA 90067 | Jeffrey Siegel, Successor Trustee of the Hubert Scott Trust<br>c/o Oldman, Cooley, Sallus<br>16133 Ventura Blvd., Penthouse Suite<br>Encino, CA 91436-2408 | Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071 |
| Mrc/united Wholesale M<br>Attn: Bankruptcy<br>P. 0. Box 619098<br>Dallas, TX 75261 | Qidman, Cooley, and Sallus<br>16133 Ventura Blvd.,<br>Penthouse Suite<br>Encino, CA 91436-2408 | Selene Finance<br>Attn: Bankruptcy<br>P0 Box 8619<br>Philadelphia, PA 19101 |
| Sheilpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603 | Toyota Financial Services<br>Attn: Bankruptcy<br>P0 Box 259001<br>Piano, TX 75025 | Michael I. Gottfried<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>10345 W. Olympic Boulevard<br>Los Angeles, CA 90064 |
| Matthew A. Lesnick<br>c/o Shlomo Rechnitz and Yisroel Zev Rechnitz (aka Steve Rechnitz)<br>Lesnick Prince Pappas & Alverson LLP<br>315 West Ninth Street, Suite 705<br>Los Angeles, CA 90015 | Kirsten Martinez<br>c/o Shellpoint<br>Bonial & Associates, PC<br>3160 Crow Canyon Place, Suite 215<br>San Ramon, CA 94583 | Steven M. Mayer<br>c/o Jeffrey Siegel, Successor Trustee of the Hubert Scott Trust<br>Mayer Law Group, APC<br>3 Embarcadero Center, Ste. 930<br>San Francisco, CA 94111 |
| David Levy<br>2567 Larchmont Rd<br>Beachwood, OH 44122 | Matthew D. Resnik<br>c/o Chaim Manela<br>RHM LAW LLP<br>17609 Ventura Boulevard, Ste. 314<br>Encino, CA 91316 | Beth Ann R. Young<br>c/o Life Capital Group, LLC<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 |
| Clarisse Young Shumaker<br>c/o Adi Vendriger, Co-Trustee First Amendment Wendriger Family Trust, May 7, 1990<br>Shumaker Mallory, LLP<br>280 S. Beverly Dr., Suite 505<br>Beverly Hills, CA 90212 | | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA