Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**FILED & ENTERED**

**FEB 25 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHANGES MADE BY COURT

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>    LESLIE KLEIN,<br><br>                Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE SALE OF ESTATE'S INTEREST IN UNITS 511-512 OF THE DAN BOUTIQUE HOTEL, 31 HEBRON ROAD, BLOCK 30018, PARCEL 5, JERUSALEM, ISRAEL FREE AND CLEAR OF ALL LIENS, CLAIMS OR INTERESTS PURSUANT TO 11 U.S.C. § 363(b) and (f)**<br><br>[Relates to Docket Nos. 1293 and 1297]<br><br>Date:    February 24, 2026<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

A hearing was held on February 24, 2026, at 2:00 p.m. before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, in Courtroom 1545 located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Approving Sale of Estate's Interest In Units 511-512 of the Dan Boutique Hotel, 31 Hebron Road, Block 30018, Parcel 5, Jerusalem, Israel Free and Clear of All Liens, Claims or Interests Pursuant to 11 U.S.C. § 363(b)* [Docket No. 1293] (the "**Sale Motion**"),[1] filed by Bradley D. Sharp, the duly appointed, authorized

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

LA:4915-6160-7057.2 78512.001

1  and acting chapter 11 trustee (the "**Trustee**") in the above-captioned bankruptcy case.  Appearances

2  were made as noted on the record.

3        The Court, having read and considered the <u>Sale</u> Motion and all papers filed in support

4  thereof, as well as the objection filed by the Debtor, Leslie Klein [Docket No. 1297] (the

5  "**Objection**") and, having found that the offer of Suites America Ltd., Company No. 510822885,

6  controlled by the Dan Chain (the "**Buyer**"), is the "highest and best" offer received with respect to

7  the proposed sale, and having found that Units 511-512 (previously Unit 505) of The Dan Boutique

8  Hotel, 31 Hebron Road, Block 30018, Parcel 5, Jerusalem, Israel (the "**Property**") are free and clear

9  of all liens, claims or interests, except for an order prohibiting any disposition of the Property issued

10  by the Israeli Court at the Trustee's request, and for the reasons set forth by the Court <u>in the attached

11  tentative ruling, which is incorporated as the actual ruling, and</u> on the record of the hearing, and with

12  good cause shown,

13        IT IS HEREBY ORDERED:

14        1.    The <u>Sale</u> Motion is **GRANTED**.

15        2.    The Objection is **OVERRULED**.

16        3.    The Trustee is authorized to sell, pursuant to 11 U.S.C. §363(b) & (f)<u>(4)</u>, the

17  bankruptcy estate's interest in the Property, as set forth herein.

18        4.    The offer (the "**Accepted Offer**") from the Buyer in the amount of 800,000 Israel

19  New Shekels (ILS) is approved.  The Accepted Offer is the "highest and best" offer the Trustee has

20  received for the Property.

21        //

1        5.    Notwithstanding Bankruptcy Rule 6004(h) (Fed. R. Bankr. P.), this Order ~~shall be~~ is

2   effective and enforceable immediately upon entry on the docket, its provisions shall be self-

3   executing, and the Trustee is authorized to proceed with the sale.  The Sale Motion or notice of Sale

4   Motion ~~shall be~~ is deemed to provide sufficient notice of the Trustee's request for waiver of the

5   otherwise applicable stay of the Order.

# # #

Date: February 25, 2026

_____
Neil W. Bason
United States Bankruptcy Judge

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, February 24, 2026**                                                                 **Hearing Room    1545**

<u>2:00 PM</u>
**2:23-10990**    Leslie Klein                                                                                 Chapter 11

   **#7.00**   Cont'd Status Conference re: Chapter 11 Case
fr. 4/8/25, 4/22/25, 05/01/25, 5/6/25, 5/20/25, 6/3/25,
6/17/25, 6/24/25, 07/15/25, 8/5/25, 8/12/25, 9/9/25,
9/23/25, 10/7/25, 10/21/25, 11/18/25, 12/2/25, 12/16/25,
01/20/26

Docket    1

**Tentative Ruling:**

   **Tentative Ruling for 2/24/26:**
<u>Appearances required</u>.

If you are making an appearance, you may do so (1) in person in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZoomGov video, or (3) via ZoomGov telephone. For ZoomGov instructions for <u>all</u> matters on calendar, please see page 1 of the posted Tentative Rulings.

(1) <u>Current issues</u>
   (a) <u>Motion for order approving sale of estate's interest in Units 511-512 of the Dan Boutique, 31 Hebron Road, Block 30018, Parcel 5, Jerusalem, Israel ("Israel Property") free and clear (dkt. 1293, "Sale Motion"), Debtor's opposition (dkt. 1297), no reply on file</u>
   The tentative ruling is to overrule Debtor's opposition because, as Trustee highlights (dkt. 1293, p. 5:3-8), this Court (Judge Klien, who previously presided over this case) has already ruled in connection with a related proceeding (*Sharp v. Klein et al.,* Adv. No. 2:24-ap-01140-NB, dkt. 62 & 92) that property belonging to Erika Klein's marital trust became property of Debtor's living trust upon Ms. Klein's death and that because Debtor's living

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

**Tuesday, February 24, 2026**                                                                                                              **Hearing Room  1545**

<u>2:00 PM</u>
**CONT...        Leslie Klein                                                                                                                                  Chapter 11**

trust is a self-settled trust it is property of the estate.  Accordingly, the tentative ruling is that Debtor is estopped from asserting that Erika Klein's estate holds a 50% ownership interest in the Property.  Alternatively, the tentative ruling is that, any dispute regarding Ms. Klein's estate's ownership interest in the Property would not prevent this Court from authorizing a sale of the Property under 11 U.S.C. 363(f)(4).

      The tentative ruling is to (w) grant the Sale Motion, (x) authorize a sale free and clear of all liens, claims, and interests under 11 U.S.C. 363(b) & (f)(4), (y) grant the request to waive the 14-day stay provided by Rule 6004(h) (Fed. R. Bankr. p.) and (z) if the buyer seeks a "good faith" finding (11 U.S.C. 363(m)) they must, prior to the lodging of any order containing such a finding, file declaration(s) substantially in the form set forth in the posted "Procedures of Judge Bason" (available at www.cacb.uscourts.gov) within 7 days after the hearing.

      (b) <u>Disclosure statement in support of Chapter 11 Trustee's liquidation of the estate of Leslie Klein (dkt. 1283, "D/S"), Motion for order approving disclosure statement, plan solicitation, notice and voting procedures, form of notice and ballots and establishing plan confirmation deadlines and procedures (dkt. 1286, "D/S Motion") and related papers (dkt. 1287 & 1289), Oppositions of Erica and Joseph Vago (dkt. 1295) and Franklin Menlo (dkt. 1296) (together, "Objecting Creditors"), Trustee's reply (dkt. 1301)</u>

      The tentative ruling is to overrule Objecting Creditors' request for an oversign committee to consult with the post-confirmation liquidating trustee for the reasons stated in Trustee's reply papers (dkt. 1301, pp. 2:25-3:21) and direct the Objecting Creditors to appear to address whether Trustee's reply sufficiently addresses their remaining objections.

      (c) <u>Objection to attorneys fees charged by Pachulski et al filed by Debtor as Trustee and Executor of the David Green Estate and Trustee for the Judith Frankel Trust, Daughter of Sam and Vera Menlo (dkt. 1298, "Fee Objection")</u>

      This Court has reviewed the Fee Objection filed by Debtor on behalf of certain parties.  The tentative ruling is to overrule the objection because it (a) is incomprehensible, (b) appears to be largely an attempted collateral attack on previous orders of this Court, and (c) there is no explanation in sufficient detail and supported by appropriate evidence to establish grounds for any

# United States Bankruptcy Court
# Central District of California
Los Angeles
Neil Bason, Presiding
Courtroom 1545 Calendar

---

**Tuesday, February 24, 2026**                                                                  **Hearing Room    1545**

---

<u>2:00 PM</u>
**CONT...        Leslie Klein                                                                                  Chapter 11**
reduction in fees.

<u>Proposed orders</u>: Unless otherwise ordered, Trustee is directed to lodge proposed orders on the matter(s) addressed here via LOU within 7 days after the hearing date and attach a copy of this tentative ruling, thereby incorporating it as this Court's actual ruling. *See* LBR 9021-1(b)(1)(B).

(2) <u>Dates/procedures</u>.  This case was filed on 2/22/23 as a Subchapter V case.  The petition was amended to remove the Subchapter V election and proceed as a chapter 11 case on 3/8/23.  See dkt. 33,  37 & 43.  On 5/17/23 this Court directed the appointment of a chapter 11 trustee (dkt. 142) and on 5/24/23 Bradley D. Sharp was appointed as trustee.  Dkt. 151, 154, 155 & 156.

    (a) <u>Bar date</u>:  5/3/23 (*see* dkts. 10, 12 & 18)
    (b) <u>Procedures Order</u>:  dkt. 950 (timely served, dkt. 953)
    (c) <u>Plan/Disclosure Statement</u>: See Part "(1)(a)" above.
    (d) <u>Continued status conference</u>: 3/10/26 at 2:00 p.m. (concurrent with
        other matters).  No written status report required.

**[PRIOR TENTATIVE RULING(S) OMITTED]**

|  **Party Information**  |
|---|

**Debtor(s):**

  Leslie  Klein                                                            Pro Se

**Trustee(s):**

  Bradley D. Sharp (TR)                                          Represented By
                                                                   Jeffrey W Dulberg
                                                                   Jeffrey N Pomerantz
                                                                   John W Lucas
                                                                   Jeffrey P Nolan
                                                                     Pachulski Stang Ziehl & Jones LLP