Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>           Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

4910-8315-9190.2 78512.001

# PROOF OF SERVICE OF DOCUMENT

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On March 10, 2026, I caused to be served the following documents:

- Order (I) Approving Disclosure Statement, and (II) Granting Motion for Order (1) Approving Plan Solicitation, Notice, and Voting Procedures, (2) Approving Forms of Notice and Ballots, and (3) Establishing Plan Confirmation Deadlines and Procedures [Dkt. No. 1316]

- Notice of (I) Hearing to Consider Confirmation of the Plan, (II) Deadlines and Procedures for Filing Objections to Confirmation of Plan [Dkt. No. 1324]

in this action by placing true and correct copies of said documents addressed to the parties indicated on Exhibit A attached hereto in sealed envelopes in the United States mail, first class, postage prepaid, addressed as stated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2026, at Los Angeles, California.

                    */s/ Nancy H. Brown*
                    Nancy H. Brown

# EXHIBIT A

# EXHIBIT A

| | | |
|---|---|---|
| Peter C. Anderson, U.S. Trustee<br>Michael Jones, Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Nathan Talei<br>Oldman, Sallus & Gold, L.L.P.<br>16133 Ventura Blvd., PH-A<br>Encino, CA 91436 | Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 |
| Les Klein & Associates and EKLK Foundation<br>c/o Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, CA 91403 | Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 | |
| | Leslie Klein<br>322 North June Street<br>Los Angeles, CA 90004 | Leslie Klein<br>Leslie Klein & Associates, Inc.<br>6454 Van Nuys Blvd. Suite 150<br>Van Nuys, CA 91401 |
| Owen Lee Podell<br>Leslie Klein & Associates<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | Owen Lee Podell<br>19816 Ingomar Street<br>Winnetka, CA 91306-2618 | William Moskowitz<br>364 Martel Avenue<br>Los Angeles, CA 90036 |
| Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Leslie Klein Life Insurance Irrevocable Trust dtd 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 | Yocav Lunger, Trustee of Leslie Klein Life Insurance Irrevocable Trust dtd 6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 |
| Leslie Klein Life Insurance Irrevocable Trust, dated 6-01-2021<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 | Gestetner<br>c/o Michael Gottfried<br>Elkins Kalt Weintraub Reuben Gartside, LLP.<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064 | Paul P. Young<br>c/o Franklin H. Menlo Irrevocable Trust<br>Chora Young & Manasserian LLP<br>281 E Colorado Blvd, # 378<br>Pasadena, CA 91101-1903 |
| Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 | Wilmington Trust, NA<br>300 Park Street, Ste 390<br>Birmingham, MI 48009 | Wilmington Trust National Assoc.<br>10250 Constellation Blvd.<br>Suite. 250<br>Los Angeles, CA 90067 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 |
| Chase Mortgage<br>BK Department<br>Mail Code LA4 5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Pay Servicing LLC<br>Attn: Bankruptcy Dept<br>P.O. Box 809441<br>Chicago, IL 60680 | Franklin H. Menlo Irrevocable Trust<br>c/o Alex M. Weingarten, Esq.<br>Willkie Farr & Gallagher LLP<br>2029 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA  90071 | MRC/United Wholesale M<br>Attn: Bankruptcy<br>P.O. Box 619098<br>Dallas, TX 75261 | Qldman, Cooley, and Sallus<br>16133 Ventura Blvd.,<br>Penthouse Suite<br>Encino, CA  91436-2408 |
| Selene Finance<br>Attn: Bankruptcy<br>P.O. Box 8619<br>Philadelphia, PA  19101 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>P.O. Box 10826<br>Greenville, SC 29603 | Toyota Financial Services<br>Attn: Bankruptcy<br>P.O. Box 259001<br>Piano, TX  75025 |
| Michael I. Gottfried<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>10345 W. Olympic Boulevard<br>Los Angeles, CA  90064 | Shlomo Rechnitz and Yisroel Zev Rechnitz (aka Steve Rechnitz)<br>c/o Matthew A. Lesnick<br>Lesnick Prince Pappas & Alverson LLP<br>315 West Ninth Street, Suite 705<br>Los Angeles, CA  90015 | Shellpoint<br>c/o Kirsten Martinez<br>Bonial & Associates, PC<br>3160 Crow Canyon Place,<br>Suite 215<br>San Ramon, CA  94583 |
| Jeffrey Siegel, Successor Trustee of the Hubert Scott Trust<br>c/o Steven M. Mayer<br>Mayer Law Group, APC<br>3 Embarcadero Center, Ste. 930<br>San Francisco, CA  94111 | Chaim Manela<br>c/o Matthew D. Resnik<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA  91316 | Life Capital Group, LLC<br>c/o Beth Ann R. Young<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA  90034 |
| Chase Doe<br>143 S. Highland Drive<br>Los Angeles, CA 90036 | Jacob Rummitz<br>315 N. Martel Avenue<br>Los Angeles, CA 90036 | Sandra Layton<br>161 N. Poinsettia Place<br>Los Angeles, CA 90036 |
| Securities & Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, California 90071-9591 | Adi Vendriger, Co-Trustee First Amendment Wendriger Family Trust, May 7, 1990<br>c/o Clarisse Young Shumaker<br>Shumaker Mallory, LLP<br>280 S. Beverly Dr., Suite 505<br>Beverly Hills, CA  90212 | County of Los Angeles<br>Treasurer and Tax Collector<br>P.O. Box 513191<br>Los Angeles, CA 90051-1191 |