Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

4934-8400-6038.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On March 10, 2026, I caused to be served the following documents:

- Disclosure Statement in Support of Chapter 11 Trustee's Plan of Liquidation of The Estate of Leslie Klein [Dkt. No. 1312]

- Order (I) Approving Disclosure Statement, and (II) Granting Motion for Order (1) Approving Plan Solicitation, Notice, and Voting Procedures, (2) Approving Forms of Notice and Ballots, and (3) Establishing Plan Confirmation Deadlines and Procedures [Dkt. No. 1316]

- Notice of (I) Hearing to Consider Confirmation of the Plan, (II) Deadlines and Procedures for Filing Objections to Confirmation of Plan [Dkt. No. 1324]

- Ballot to Accept or Reject Plan

in this action by placing true and correct copies of said documents addressed to the parties indicated on Exhibit A attached hereto in sealed envelopes in the United States mail, first class, postage prepaid, addressed as stated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2026, at Los Angeles, California.

*/s/ Nancy H. Brown*
Nancy H. Brown

4934-8400-6038.1 78512.001         2

# EXHIBIT A

# EXHIBIT A

## CLASS 3 BALLOT

A. Gestetner Family Trust
Andor Gestetner
c/o Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA  90064

## CLASS 3A BALLOT

| | | |
|---|---|---|
| Los Angeles County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA  90054-0027 | FCI Lender Services, Inc.<br>Customer Service Dept.<br>P.O. Box 27370<br>Anaheim, CA  92809-0112 | US Bank Trust National Association<br>Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX  75381-4609 |

## CLASS 4 BALLOT

| | | |
|---|---|---|
| David Berger<br>Baruch C. Cohen, Esq.<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA  90010 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL  33634 | Bank of America, N.A.<br>P.O. Box 673033<br>Dallas, TX  75267-3033 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE  19899 | California Bank & Trust<br>P.O. Box 711510<br>Santee, CA  92072 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St. Louis, MO  63179 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | JP Morgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>P.O. Box 9013<br>Addison, TX  75001 | Daniel Levy<br>2567 Larchmont Road<br>Beachwood, OH  44122 |
| Franklin H. Menlo, Trustee<br>Paul P. Young<br>c/o Chora Young & Manasserian LLP<br>650 Sierra Madre Villa Ave., Ste. 304<br>Pasadena, CA  91107 | Robert & Esther Mermelstein<br>Baruch C. Cohen, Esq.<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA  90010 | Jeffrey Siegel, Successor Trustee<br>of the Hubert Scott Trust<br>c/o Oldman, Cooley & Sallus<br>16133 Ventura Blvd., Penthouse Ste.<br>Encino, CA  91436-2408 |
| Eliave Sobol<br>1501 Sulgrave Avenue, #100D<br>Baltimore, MD  21209 | Toyota Lease Trust<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19335-0701 | Toyota Lease Trust<br>P.O. Box 9013<br>Addison, TX  75001 |
| Ericka and Joseph Vago<br>c/o Brian Procel<br>Procel Law<br>401 Wilshire Blvd., 12th Floor<br>Santa Monica, CA  90401 | First Amendment Vendriger Family<br>Trust dated May 7, 1990<br>Adi Vendriger<br>c/o Sharone Vendriger<br>732 Alta Avenue<br>Santa Monica, CA  90402 | |