Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

4932-1187-2662.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On March 10, 2026, I caused to be served the following documents:

- Disclosure Statement in Support of Chapter 11 Trustee's Plan of Liquidation of The Estate of Leslie Klein [Dkt. No. 1312]

- Order (I) Approving Disclosure Statement, and (II) Granting Motion for Order (1) Approving Plan Solicitation, Notice, and Voting Procedures, (2) Approving Forms of Notice and Ballots, and (3) Establishing Plan Confirmation Deadlines and Procedures [Dkt. No. 1316]

- Notice of (I) Hearing to Consider Confirmation of the Plan, (II) Deadlines and Procedures for Filing Objections to Confirmation of Plan [Dkt. No. 1324]

in this action by placing true and correct copies of said documents addressed as indicated below in a sealed envelope in the United States mail, first class, postage prepaid:

> Franchise Tax Board
> Bankruptcy Section MS A340
> P.O. Box 2952
> Sacramento, CA 95812-2952

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2026, at Los Angeles, California.

> /s/ Nancy H. Brown
> Nancy H. Brown