Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:23-bk-10990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4911-3898-7677.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On March 31, 2026, I caused to be served the following documents:

- Notice of Filing of Chapter 11 Trustee's Second Amended Plan of Liquidation of the Estate of Leslie Klein [Dkt. No. 1347]

in this action by placing true and correct copies of said documents addressed to the parties indicated on Exhibit A attached hereto in sealed envelopes in the United States mail, first class, postage prepaid, addressed as stated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 31, 2026, at Los Angeles, California.

/s/ Nancy H. Brown
Nancy H. Brown

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4911-3898-7677.1 78512.001

2

Case 2:23-bk-10990-NB    Doc 1348    Filed 03/31/26    Entered 03/31/26 12:51:13    Desc
Main Document    Page 3 of 6

# EXHIBIT A

4911-3898-7677.1 78512.001

# EXHIBIT A

| | | |
|---|---|---|
| Ron Maroko, Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>915 Wilshire Boulevard, Suite 1850<br>Los Angeles, CA 90017 | Les Klein & Associates and EKLK<br>Foundation<br>c/o Daniel A. Crawford, Esq.<br>Crawford Law Group<br>15303 Ventura Blvd., Ninth Floor<br>Sherman Oaks, CA 91403 | Leslie Klein<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 |
| Owen Lee Podell<br>Leslie Klein & Associates<br>14245 Ventura Blvd., 3rd Fl.<br>Sherman Oaks, CA 91423 | Owen Lee Podell<br>19816 Ingomar Street<br>Winnetka, CA 91306-2618 | William Moskowitz<br>364 Martel Avenue<br>Los Angeles, CA 90036 |
| Yacov Lunger<br>12618 Killion St<br>Valley Village, CA 91607 | Leslie Klein Life Insurance Irrevocable<br>Trust dated 6-01-2021<br>12618 Killion St<br>Valley Village, CA 91607 | Yocav Lunger, Trustee of Leslie Klein<br>Life Insurance Irrevocable Trust dtd 6-01-2021<br>12618 Killion Street<br>Valley Village, CA 91607 |
| Leslie Klein Life Insurance Irrevocable<br>Trust, dated 6-01-2021<br>c/o Eric J. Olson<br>EJOLSONLAW<br>301 East Colorado Blvd., Suite 520<br>Pasadena, California 91101 | Gestetner<br>c/o Michael Gottfried<br>Elkins Kalt Weintraub Reuben<br>Gartside, LLP.<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064 | Paul P. Young<br>c/o Franklin H. Menlo Irrevocable Trust<br>Chora Young & Manasserian LLP<br>281 E Colorado Blvd, # 378<br>Pasadena, CA 91101-1903 |
| Lincoln National Life Insurance Co.<br>Attn: Jeff Davis; Kathrine Brewer<br>100 N. Greene Street<br>Greensboro, NC 27401 | Wilmington Trust, NA<br>300 Park Street, Ste 390<br>Birmingham, MI 48009 | Wilmington Trust National Assoc.<br>10250 Constellation Blvd.<br>Suite. 250<br>Los Angeles, CA 90067 |
| Robert & Esther Mermelstein<br>1539 52nd Street<br>Brooklyn, NY 11219 | Congregation Zwehil of Monsey<br>101 West Maple Ave<br>Monsey, NY 10952 | Robert Griffen<br>McDermott Will & Schulte LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212 | CCO Mortgage Corp.<br>Attn: Bankruptcy<br>10561 Telegraph Rd<br>Glen Allen, VA 23059 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 |
| Chase Mortgage<br>BK Department<br>Mail Code LA4 5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Pay Servicing LLC<br>Attn: Bankruptcy Dept<br>P.O. Box 809441<br>Chicago, IL 60680 | Franklin H. Menlo Irrevocable Trust<br>c/o Alex M. Weingarten, Esq.<br>Willkie Farr & Gallagher LLP<br>2029 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |
| Leslie Klein & Associates, Inc.<br>c/o Parker Milliken<br>555 Flower Street<br>Los Angeles, CA 90071 | MRC/United Wholesale M<br>Attn: Bankruptcy<br>P.O. Box 619098<br>Dallas, TX 75261 | Qldman, Cooley, and Sallus<br>16133 Ventura Blvd.,<br>Penthouse Suite<br>Encino, CA 91436-2408 |
| Selene Finance<br>Attn: Bankruptcy<br>P.O. Box 8619<br>Philadelphia, PA 19101 | Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>P.O. Box 10826<br>Greenville, SC 29603 | Toyota Financial Services<br>Attn: Bankruptcy<br>P.O. Box 259001<br>Piano, TX 75025 |

| | | |
|---|---|---|
| Michael I. Gottfried<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>10345 W. Olympic Boulevard<br>Los Angeles, CA  90064 | Shlomo Rechnitz and Yisroel Zev Rechnitz (aka Steve Rechnitz)<br>c/o Matthew A. Lesnick<br>Lesnick Prince Pappas & Alverson LLP<br>315 West Ninth Street, Suite 705<br>Los Angeles, CA  90015 | Shellpoint<br>c/o Kirsten Martinez<br>Bonial & Associates, PC<br>3160 Crow Canyon Place, Suite 215<br>San Ramon, CA  94583 |
| Jeffrey Siegel, Successor Trustee of the Hubert Scott Trust<br>c/o Steven M. Mayer<br>Mayer Law Group, APC<br>3 Embarcadero Center, Ste. 930<br>San Francisco, CA  94111 | Chaim Manela<br>c/o Matthew D. Resnik<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA  91316 | Life Capital Group, LLC<br>c/o Beth Ann R. Young<br>Levene, Neale, Bender, Yoo & Golubchik L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, CA  90034 |
| Chase Doe<br>143 S. Highland Drive<br>Los Angeles, CA 90036 | Jacob Rummitz<br>315 N. Martel Avenue<br>Los Angeles, CA 90036 | Sandra Layton<br>161 N. Poinsettia Place<br>Los Angeles, CA 90036 |
| Securities & Exchange Commission<br>Attn:  Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, California 90071-9591 | Adi Vendriger, Co-Trustee First Amendment Wendriger Family Trust, May 7, 1990<br>c/o Clarisse Young Shumaker<br>Shumaker Mallory, LLP<br>280 S. Beverly Dr., Suite 505<br>Beverly Hills, CA  90212 | County of Los Angeles<br>Treasurer and Tax Collector<br>P.O. Box 513191<br>Los Angeles, CA 90051-1191 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | A. Gestetner Family Trust<br>Andor Gestetner<br>c/o Michael I. Gottfried<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064 | Los Angeles County Tax Collector<br>Bankruptcy Unit<br>P.O. Box 54110<br>Los Angeles, CA 90054-0027 |
| FCI Lender Services, Inc.<br>Customer Service Dept.<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 | US Bank Trust National Association<br>Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 | David Berger<br>Baruch C. Cohen, Esq.<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA 90010 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Bank of America, N.A.<br>P.O. Box 673033<br>Dallas, TX 75267-3033 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899 |
| California Bank & Trust<br>P.O. Box 54040<br>Los Angeles, CA 90054-0040 | California Bank & Trust<br>P.O. Box 711510<br>Santee, CA 92072 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St. Louis, MO 63179 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>P.O. Box 9013<br>Addison, TX 75001 | David Levy<br>2567 Larchmont Road<br>Beachwood, OH 44122 |

4911-3898-7677.1 78512.001                                    2

| | | |
|---|---|---|
| Franklin H. Menlo, Trustee<br>Paul P. Young<br>c/o Chora Young & Manasserian LLP<br>650 Sierra Madre Villa Ave., Ste. 304<br>Pasadena, CA 91107 | Robert & Esther Mermelstein<br>Baruch C. Cohen, Esq.<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, CA 90010 | Jeffrey Siegel, Successor Trustee<br>of the Hubert Scott Trust<br>c/o Oldman, Cooley & Sallus<br>16133 Ventura Blvd., Penthouse Ste.<br>Encino, CA 91436-2408 |
| Eliave Sobol<br>1501 Sulgrave Avenue, #100D<br>Baltimore, MD 21209 | Toyota Lease Trust<br>Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19335-0701 | Toyota Lease Trust<br>P.O. Box 9013<br>Addison, TX 75001 |
| Ericka and Joseph Vago<br>c/o Brian Procel<br>Procel Law<br>401 Wilshire Blvd., 12th Floor<br>Santa Monica, CA 90401 | First Amendment Vendriger Family<br>Trust dated May 7, 1990<br>Adi Vendriger<br>c/o Sharone Vendriger<br>732 Alta Avenue<br>Santa Monica, CA 90402 | |

4911-3898-7677.1 78512.001

3