Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                 Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**NOTICE OF EXTENDING VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION OF THE ESTATE OF LESLIE KLEIN**<br><br><u>Confirmation Hearing</u>:<br><br>Date:    April 21, 2026<br>Time:    2:00 p.m.<br>Location: U.S. Bankruptcy Court<br>          Courtroom 1545<br>          255 E. Temple St.<br>          Los Angeles, CA 90012<br>Judge:  Hon. Neil W. Bason |

**PLEASE TAKE NOTICE** that on March 2, 2026, this Court entered an order (the "***Disclosure Statement Order***") [Docket No. 1316] approving the Disclosure Statement in Support of the Plan of Liquidation of the Estate of Leslie Klein (as may be amended or modified, the "***Plan***") [Docket No. 1311], filed by Bradley D. Sharp, the duly appointed chapter 11 trustee (the "***Trustee***") in this case.  The Disclosure Statement Order establishes the deadline for receipt of ballots accepting or rejecting the Plan as April 7, 2026 (the "***Voting Deadline***").  *See* Disclosure Statement Order ¶ 13.

4900-6737-4237.1 78512.001

**PLEASE TAKE FURTHER NOTICE** that due to the Passover holiday and in response to creditors' request for an extension, the Trustee has extended the Voting Deadline to April 13, 2026. The Trustee shall serve this Notice on all creditors entitled to vote on the Plan.

Dated:    April 2, 2026                           PACHULSKI STANG ZIEHL & JONES LLP

                                                  By    _/s/ John W. Lucas_____
                                                          John W. Lucas
                                                          Counsel for Bradley D. Sharp, Chapter 11
                                                          Trustee

4900-6737-4237.1 78512.001                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF EXTENDING VOTING DEADLINE TO ACCEPT OR REJECT THE PLAN OF LIQUIDATION OF THE ESTATE OF LESLIE KLEIN** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 2, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:  On (*date*) **April 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 2, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**
LA:4913-9747-4962.2 78512.001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com;mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FCI Lender Services, Inc.
Customer Service Dept.
P.O. Box 27370
Anaheim, CA 92809-0112

Los Angeles County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA  90054-0027

David Berger
Baruch C. Cohen, Esq.
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA  90010

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL  33634

Bank of America, N.A.
P.O. Box 673033
Dallas, TX  75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE  19899

California Bank & Trust
P.O. Box 711510
Santee, CA  92072

California Bank & Trust
P.O. Box 54040
Los Angeles, CA  90054-0040

Citibank
Attn: Bankruptcy
P.O. Box 790034
St. Louis, MO  63179

A. Gestetner Family Trust
Andor Gestetner
c/o Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA  90064

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

JP Morgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
P.O. Box 9013
Addison, TX  75001

David Levy
2567 Larchmont Road
Beachwood, OH  44122

Franklin H. Menlo, Trustee
Paul P. Young
c/o Chora Young & Manasserian LLP
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA  91107

Robert & Esther Mermelstein
Baruch C. Cohen, Esq.
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA  90010

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley & Sallus
16133 Ventura Blvd., Penthouse Ste.
Encino, CA  91436-2408

Eliave Sobol
1501 Sulgrave Avenue, #100D
Baltimore, MD  21209

Toyota Lease Trust
Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19335-0701

Toyota Lease Trust
P.O. Box 9013
Addison, TX  75001

US Bank Trust National Association
Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Ericka and Joseph Vago
c/o Brian Procel
Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

First Amendment Vendriger Family
Trust dated May 7, 1990
Adi Vendriger
c/o Sharone Vendriger
732 Alta Avenue
Santa Monica, CA 90402

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4913-9747-4962.2 78512.001

**F 9013-3.1.PROOF.SERVICE**