Jeffrey W. Dulberg (CA State Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI, STANG, ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>               Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**CERTIFICATION WITH RESPECT TO THE TABULATION OF VOTES ON THE THIRD AMENDED PLAN OF LIQUIDATION OF THE ESTATE OF LESLIE KLEIN**<br><br>Date:     April 21, 2026<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

I, Beth Dassa, hereby certify that:

1.       I am a paralegal employed by Pachulski Stang Ziehl & Jones, LLP ("**PSZJ**"), counsel Bradley D. Sharp, in his capacity as chapter 11 trustee (the "**Trustee**") of the bankruptcy estate of Leslie Klein, the debtor herein (the "**Debtor**").  My business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

SF 4924-7707-4080.1 78512.001

2.    I submit this certification in connection with tabulating the ballots (the "**Ballots**") received in connection with the *Chapter 11 Trustee's Third Amended Plan of Liquidation of the Estate of Leslie Klein* [Docket No. 1350] (the "**Plan**")[1].

3.    I have personal knowledge of the facts set forth herein and, if called as a witness, would and could competently testify thereto.

4.    On March 2, 2026, the court entered the *Order Approving: (I) Disclosure Statement, and (II) Granting Motion for Order (1) Approving Plan Solicitation, Notice, and Voting Procedures, (2) Approving Forms of Notice and Ballots, and (3) Establishing Plan Confirmation Deadlines and Procedures* [Docket No. 1316] (the "**Solicitation Procedures Order**").

5.    The Solicitation Procedures Order established April 7, 2026 as the deadline for receiving ballots to accept or reject the Plan (the "**Voting Deadline**").  On April 2, 2026, the Trustee filed a notice to extend the Voting Deadline to April 13, 2026 [Docket No.. 1349].

6.    On March 10, 2026, the Trustee filed the *Notice of: (1) Hearing to Consider Confirmation of the Plan, and (II) Deadlines and Procedures for Filing Objections to Confirmation of Plan* [Docket No. 1324] (the "**Confirmation Hearing Notice**"). Pursuant to the Confirmation Hearing Notice, the holders of Class 3 Claims (Gestetner Secured Claim), Class 3(A) Claims (Other Secured Claims), and Class 4 Claims (General Unsecured Claims) are impaired and entitled to vote on the Plan (the "**Voting Classes**").  No other classes were entitled to vote on the Plan.

7.    On March 10, 2026, pursuant to the Solicitation Procedures Order, I caused Ballots to be mailed to the holders of claims in the Voting Classes.

8.    In accordance with the Solicitation Procedures Order, I have tabulated the Ballots submitted in connection with the Plan.  I reviewed each Ballot as it was received and tabulated the results of voting on the Plan.  All original Ballots received were kept in the ordinary course of business. All of the Ballots described in this certification were received on or before the Voting Deadline.

9.    The summary chart attached hereto as "Exhibit A" (the "**Ballot Tabulation**") reflects the Ballots that I received from holders of claims in the Voting Classes (defined below).

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Plan.

10.      The detailed ballot report for all Voting Classes is annexed hereto as "Exhibit B".

11.      Class 3 Voting Results.  The Ballot Tabulation reflects that one Ballot was received from holders of Class 3 Claims (Gestetner Secured Claim).  The table below reflects the voting results of the allowed Ballots in Class 3:

| CLASS 3 VOTING RESULTS | | | | |
|---|---|---|---|---|
| **ACCEPT / REJECT** | **($) VALUE** | | **COUNT** | |
| ACCEPT | $2,494,105.67 | 100% | 1 | 100% |
| REJECT | N/A | N/A | N/A | N/A |
| TOTAL: | **$2,494,105.67** | **100.00%** | **1** | **100.00%** |

12.      Class 4 Voting Results.  The Ballot Tabulation reflects that four Ballots were received from holders of Class 4 Claims (General Unsecured Claims).  The table below reflects the voting results of the allowed Ballots in Class 4:

| CLASS 4 VOTING RESULTS | | | | |
|---|---|---|---|---|
| **ACCEPT / REJECT** | **($) VALUE** | | **COUNT** | |
| ACCEPT | $21,080,769.76 | 99.96% | 3 | 75% |
| REJECT | $7,555.65 | 0.04% | 1 | 25% |
| TOTAL: | **$21,088,325.41** | **100.00%** | **4** | **100.00%** |

14.    To the best of my knowledge, information and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true. The Ballots received are stored at PSZJ's offices and are available for inspection or submission to the court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  April 14, 2026

/s/ Beth Dassa
Beth Dassa

# EXHIBIT A

**Ballot Tabulation Summary**

SF 4924-7707-4080.1 78512.001

In re Leslie Klein                                                    23-10990

Ballot Analysis

| CLASS | ($) VALUE | | COUNT | |
|---|---|---|---|---|
| 3 Gestetner Secured Claim | | | | |
| ACCEPT | $  2,494,105.67 | 100.00% | 1 | 100.00% |
| REJECT | $0.00 | 0.00% | 0 | 0.00% |
| | **$2,494,105.66** | **100.00%** | **1** | **100.00%** |
| 4  General Unsecured Claims | | | | |
| ACCEPT | $  21,080,769.76 | 99.96% | 3 | 75.00% |
| REJECT | $7,555.65 | 0.04% | 1 | 25.00% |
| | **$21,088,325.41** | **100.00%** | **4** | 100.00% |

LA_DOCS-278237

# **EXHIBIT B**

## **Detailed Voting Report for Voting Classes**

SF 4924-7707-4080.1 78512.001

In re Leslie Klein

23-10990

Class 3 Ballot Analysis

| Name | Date Received | Accept | Reject | Voting Amount | Notes |
|---|---|---|---|---|---|
| A. Gestetner Family Trust & Gestetner Charitable Remainder Unitrust | 4/13/2026 | X | | $ 2,494,105.67 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Total Accepted**      **1**

**Total Rejected**      **N/A**      **$ 2,494,105.67**

| | |
|---|---|
| **Number of  Ballots Received** | **1** |
| **Number of Allowed Ballots** | **1** |
| **Number of Allowed Ballots Accepting Plan** | **1** |
| **Number of  Allowed Ballots Rejecting Plan** | **N/A** |
| **Percentage of Number of Allowed Ballots Accepting Plan** | **100.00%** |
| **Percentage of Number of Allowed Ballots Rejecting Plan** | **N/A** |
| **Total Allowed Amount Counted Accepting Plan** | **$ 2,494,105.67** |
| **Total Allowed Amount Counted Rejecting Plan** | **N/A** |
| **Percentage of Amount of Allowed Ballots Accepting Plan** | **100.00%** |
| **Percentage of Amount of Allowed Ballots Rejecting Plan** | **N/A** |

In re Leslie Klein

23-10990

Class 4 Ballot Analysis

| Name | Date Received | Accept | Reject | Votimg Amount | Notes |
|------|---------------|--------|--------|---------------|-------|
| David Levy | 3/18/2026 | X | | $ 386,750.00 | |
| First Amendment Vendriger Family Trust | 4/3/2026 | X | | $ 1,468,954.76 | |
| Toyota Lease Trust | 4/3/2026 | | X | $ 7,555.65 | |
| Franklin H. Menlo, Trustee | 4/13/2026 | X | | $ 19,225,065.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Accepted** | | 3 | | |
| **Total Rejected** | | | 1 | |
| | | | | $ 21,088,325.41 |

| | |
|---|---|
| **Number of  Ballots Received** | 4 |
| **Number of Allowed Ballots** | 4 |
| **Number of Allowed Ballots Accepting Plan** | 3 |
| **Number of  Allowed Ballots Rejecting Plan** | 1 |
| **Percentage of Number of Allowed Ballots Accepting Plan** | 75.00% |
| **Percentage of Number of Allowed Ballots Rejecting Plan** | 25.00% |
| **Total Allowed Amount Counted Accepting Plan** | $ 21,080,769.76 |
| **Total Allowed Amount Counted Rejecting Plan** | $ 7,555.65 |
| **Percentage of Amount of Allowed Ballots Accepting Plan** | 99.96% |
| **Percentage of Amount of Allowed Ballots Rejecting Plan** | 0.04% |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **CERTIFICATION WITH RESPECT TO THE TABULATION OF VOTES ON THE THIRD AMENDED PLAN OF LIQUIDATION OF THE ESTATE OF LESLIE KLEIN** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 14, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **April 14, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 14, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | **Via Email:**<br>Ron Maroko:  Ron.Maroko@usdoj.gov |
|---|---|

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4903-8417-0401.1 78512.001

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Ron Maroko, Trial Attorney
United States Department of Justice
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4903-8417-0401.1 78512.001

**F 9013-3.1.PROOF.SERVICE**