| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>         jlucas@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for* Bradley D. Sharp, Chapter 11 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>    LESLIE KLEIN,<br><br>                              Debtor(s) | CASE NO.:  2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*)<br><br>**Motion for Order Approving Surcharge Against Proceeds of the Sale of 143 S. Highland Ave, Los Angeles, California** |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING, IN PART, MOTION TO APPROVE SURCHARGE AGAINST PROCEEDS OF THE SALE OF 143 S. HIGHLAND AVE, LOS ANGELES, CALIFORNIA** was lodged on (*date*) April 30, 2026 and is attached. This order relates to the Motion which is docket number 1320.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>                Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING, IN PART, MOTION TO APPROVE SURCHARGE AGAINST PROCEEDS OF THE SALE OF 143 S. HIGHLAND AVE., LOS ANGELES, CALIFORNIA**<br><br>[Relates to Docket Nos. 1320, 1325, 1355 and 1359]<br><br>Date:     April 21, 2026<br>Time:    2:00 p.m.<br>Place:   Courtroom 1545<br>             255 E. Temple Street<br>             Los Angeles, CA 90012 |

A hearing was held on April 21, 2026, at 2:00 p.m. before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, in Courtroom 1545 located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Approving Surcharge Against Proceeds of the Sale of 143 S. Highland Ave., Los Angeles, California* [Docket No. 1320]

LA:4931-8548-0100.1 78512.001

(the "**Motion**"),[1] filed by Bradley D. Sharp, the duly appointed, authorized and acting chapter 11 trustee (the "**Trustee**") in the above-captioned bankruptcy case. Appearances were made as noted on the record.

The Court, having read and considered the Motion, the supplement filed in support of the Motion [Docket No. 1325], the objection filed by Residential Credit Opportunities Trust IX-A (the "**Lender**"), its successors and/or assignee [Docket No. 1355], the reply filed by the Trustee [Docket No. 1359], the arguments of counsel at the hearing, and the Court having ordered the parties to "meet and confer" regarding certain aspects of the Motion and the parties having successfully conferred resulting in this agreed Order, and for the reasons set forth by the Court on the record of the hearing, and with good cause shown,

IT IS HEREBY ORDERED:

1. The Motion is **GRANTED**, in part, as further set forth below.

2. The proceeds of the Lender's collateral totaling $1,671,120.38, which consists of rental proceeds from the Property ($80,000.00) held by the Trustee and the net proceeds of the sale of the Property ($1,591,120.38) held by A & A Escrow Services, Inc., are surcharged in the amount of $271,120.38 (the "**Surcharge Amount**") pursuant to 11 U.S.C. § 506(c).

3. The Trustee and the Lender are authorized to instruct A & A Escrow Services, Inc. to promptly transfer (a) $191,120.38 to the Trustee, which amount is equal to $271,120.38 less $80,000.00 rental proceeds from the Property held by the Trustee, and (b) $1,400,000.00 to the Lender, which amount is equal to the balance of the proceeds from the sale of the Property after accounting for the Surcharge Amounts.

4. The Trustee and the Lender will reasonably cooperate to ensure A & A Escrow Services, Inc. complies with the terms of this Order.

5. By agreeing to the terms of this Order, each of the Trustee and the Lender waive and forego any right to appeal this Order which shall be effective and enforceable immediately upon its entry.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

LA:4931-8548-0100.1 78512.001                    2

AGREED TO AND ACCEPTED:


Scheer Law Group, LLP


By: /s/ Reilly D. Wilkinson_____
    Reilly D. Wilkinson
    Joshua L. Scheer
    Counsel for Residential Credit Opportunities
    Trust IX-A, its successors and/or assignees


                  # # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 30, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **April 30, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 30, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| <u>Via Email:</u><br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | <u>Via Email</u>:<br>Reilly D. Wilkinson:  rwilkinson@scheerlawgroup.com |
| --- | --- |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.**   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2. SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Scheer Law Group, LLP
Attn: Reilly D. Wilkinson
Joshua L. Scheer
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

WFG National Title Company of
California Mortgage
700 N. Brand Blvd., Suite 1100
Glendale, CA 91203

MTC Financial Inc., dba Trustee Corps
17100 Gillette Avenue
Irvine, CA 92614

Mortgage Electronic Registration
Systems, Inc.
GenPact MERS, Mailroom
1901 East Vorhees Street
Danville, IL 61834-4512

J.P. Mortgage Acquisition Corp.
383 Madison Avenue, 8th Floor
New York, NY 10179-0001

Wilmington Savings Fund Society, FSB
500 Delaware Avenue
Wilmington, DE 19801

Pretium Mortgage Credit Partners
60 Columbus Circle
New York, NY 10023

Pretium Mortgage Credit Partners
810 7th Avenue, 24th Floor
New York, NY 10019

FCI Lender Services
Attn:  Hiep Tran
8180 East Kaiser Blvd.
Anaheim Hills, CA 92808

California TD Specialists
8190 E Kaiser Blvd
Anaheim Hills, CA 92808

Times Real Estate California
Agent:  Regan Hanold Beegle
2901 W. Coast Hwy., Suite 200
Newport Beach, CA  92663

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.