Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
jdulberg@pszjlaw.com
jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee of the Estate of Leslie Klein

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>Liquidating Debtor. | Case No.: 2:23-bk-10990-SK<br><br>Chapter 11<br><br>**NOTICE OF (1) OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF LIQUIDATION; AND (II) DEADLINES FOR FILING CERTAIN CLAIMS AND REQUESTS FOR PAYMENT**<br><br>Effective Date:  May 1, 2026 |

**PLEASE TAKE NOTICE** that on April 28, 2026, the Court entered an order [Docket No. 1366] (the "**Confirmation Order**"), confirming the *Third Amended Plan of Liquidation of the Estate of Leslie Klein* (as modified, the "**Plan**") [Docket No. 1350].[1] The Effective Date of the Plan occurred on **May 1, 2026.**

**PLEASE TAKE FURTHER NOTICE** that, as provided for in Section 5.1 of the Plan and in the Confirmation Order, all requests for payment of administrative claims ("**Administrative Expense Claims**"), must be filed with the Court and served on counsel for the Liquidating Trustee no later than forty two (42) days following the Effective Date, (June 12, 2026) (the "**Administrative Claims Bar Date**"). Holders of Administrative Expense Claims that do not timely file and serve requests for payment of Administrative Expense Claims by the Administrative Claims Bar Date shall forever be barred from asserting such claims against the Liquidating Trustee or the Liquidation Trust.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Plan.

4917-2906-2821.1 78512.001

**PLEASE TAKE FURTHER NOTICE**, that, as provided for in Section 5.2 of the Plan and in the Confirmation Order, all professionals requesting compensation for services rendered and reimbursement for expenses incurred during the period form the Petition Date through the Effective Date ("**Professional Fee Claims**") must file a properly noticed final fee application with the Bankruptcy Court to be served on counsel for the Liquidating Trustee by no later than forty two (42) days following the Effective Date, (June 12, 2026) (the "**Professional Fee Claims Bar Date**"). Holders of Professional Fee Claims that do not timely file and serve requests for payment of Professional Fee Claims by the Professional Fee Claims Bar Date shall forever be barred from asserting such claims against the Liquidating Trustee or the Liquidation Trust.

**PLEASE TAKE FURTHER NOTICE** that executory contracts and unexpired leases not previously assumed or rejected, are rejected as provided in Section 14 of the Plan. Any claim for rejection damages ("**Rejection Damage Claim**") arising from rejection of an executory contract or unexpired lease under the Plan must be filed with the Bankruptcy Court and served on counsel for the Liquidating Trustee no later than thirty (30) days following the Effective Date (June 1, 2026) (the "**Rejection Damage Claims Bar Date**"). A Rejection Damage Claim that is not filed by the Rejection Damage Claims Bar Date shall be forever barred and unenforceable against the Estate, the Liquidating Trustee, the Liquidation Trust, and their property, and the entities holding these Rejection Damage Claims will be barred from receiving any distributions under the Plan on account of their Rejection Damage Claims.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings may be obtained via email from counsel for the Liquidating Trustee, Pachulski Stang Ziehl & Jones, LLP, Attention: Beth Dassa, email: bdassa@pszjlaw.com.

Dated:    May 4, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By    _/s/ John W. Lucas_
　　　　　John W. Lucas

Counsel for Bradley D. Sharp, Liquidating Trustee of the Estate of Leslie Klein