Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:23-bk-10990-NB |
| LESLIE KLEIN, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4918-2681-5911.1 78512.001

# PROOF OF SERVICE OF DOCUMENT

I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 13th Floor, Los Angeles, California 90067.

On May 4, 2026, I caused to be served the following documents:

- Notice of Order Confirming Chapter 11 Plan [Dkt. No. 1368]

- Notice of (I) Occurrence of Effective Date of Chapter 11 Plan of Liquidation; and (II) Deadlines for Filing Certain Claims and Requests for Payment [Dkt. No. 1373]

in this action by placing true and correct copies of said documents addressed to the parties indicated on **Exhibit A** and **Exhibit B** attached hereto in the manners identified therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 5, 2026, at Los Angeles, California.

/s/ Nancy H. Brown
Nancy H. Brown

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4918-2681-5911.1 78512.001

2

# EXHIBIT A

**Service by Email**

| **Via Email:** | **Via Email:** |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com; leskleinlaw@gmail.com; kleinlaw@earthlink.net | Jeremy Benjamin:  jeremy.benjamin@goldfarb.com<br>Shirin Herzog:  Shirin.herzog@goldfarb.com |

# EXHIBIT B

**Service by First Class U.S. Mail**

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Ron Maroko, Trial Attorney
United States Department of Justice
Office of the United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017

Ajax Mortgage Loan Trust 2021-D, et al.
c/o Gregory Funding LLC
P.O. Box 742334
Los Angeles, CA 90074-2334

Andor Gestetner
c/o Law Offices of Jacob Unger
5404 Whitsett Ave., Ste. 182
Valley Village, CA 91607-1615

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America, N.A.
P.O. Box 673033
Dallas, TX 75267-3033

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899-8801

Bradley D. Sharp (TR)
333 So. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

CCO Mortgage Corp.
Attn:  Bankruptcy
10561 Telegraph Road
Glen Allen, VA 23059-4577

California Bank & Trust
P.O. Box 711510
Santee, CA 92072-1510

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Doe
143 S. Highland Drive
Los Angeles, CA 90036-3028

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Ln
Monroe, LA 71203

Citibank
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Citizens Bank, N.A.
Attn:  Bankruptcy
10561 Telegraph Rd
Glen Allen, VA 23059-4577

David Berger
c/o Baruch C Cohen Esq
4929 Wilshire Blvd St 940
Los Angeles CA 90010-3889

David Levy
2567 Larchmont Rd
Beachwood, OH 44122-1515

Eliave Sobol
1501 Sulgrave Ave 1000
Baltimore, MD 21209-3654

Erica Vago and Joseph Vago
c/o Brian A Procel / Procel Law, PC
401 Wilshire Blvd, 12th Fl
Santa Monica, CA 90401-1456

Erica and Joseph Vago
124 N. Highland Ave
Sherman Oaks, CA 91423

Fay Servicing  Llc
P.O. Box 814609
Dallas, TX 75381-4609

FCI Lender Services, Inc.
Customer Service Department
P.O. Box 27370
Anaheim, CA 92809-0112

Fiore Racobs And Powers
Attn Erin A Maloney
6820 Indiana Avenue, Suite 140
Riverside, CA 92506-4261

FLP Law Group LLP
1875 Century Park East
Suite 2230
Los Angeles CA 90067-2522

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

First Amendment Wendriger Family Trust
Adi Vendriger
c/o Sharone Vendriger
732 Alta Avenue
Santa Monica CA 90402-2808

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los Angeles, CA 90067-3020

Franklin H. Menlo, Trustee
Paul P. Young
c/o Chora Young & Manasser
650 Sierra Madre Villa Ave., Ste. 304
Pasadena, CA 91107-2071

Gestetner Charitable Remainder Trus
c/o Andor Gestetner
1425 55th Street
Brooklyn, NY 11219

Gestetner Charitable Remainder Unitrust
c/o Andor Gestetner
Elkins Kalt Weintraub Reuben Gartside, LLP.
Attn:  Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 19101-7346

J.P. Morgan Mortgage Acquisition Corp.
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

JPMorgan Chase Bank National Assoc.
Chase Records Center
Attn: Correspondence
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001-9013

Jacob Rummitz
315 N. Martel Avenue
Los Angeles, CA 90036-2515

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd., Penthouse Suite
Encino, CA 91436-2403

Jeffrey Winter
1571 Rexford Drive
Los Angeles, CA 90035-3109

Los Angeles County Treasurer & Tax
Collector
Attn: Bankruptcy Unit
P.O. Box 54110
Los Angeles Ca 90054-0110

Les Klein & Associates
Attn:  Leslie Klein
14245 Ventura Blvd., Suite 301
Sherman Oaks, CA 91423-2767

Leslie Klein
322 N. June Street
Los  Angeles, CA 90004-1042

Leslie Klein & Associates, Inc.
c/o Parker Milliken
555 Flower Street
Los Angeles, CA 90071-2300

Les Klein & Associates & EKLK Foundation
c/o Daniel A. Crawford, Esq.
Crawford Law Group
15303 Ventura Blvd., Ninth Floor
Sherman Oaks, CA  91403

Leslie Klein
Leslie Klein & Associates, Inc.
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 91401

Leslie Klein
c/o Eric J. Olson
EJOLSONLAW
301 East Colorado Blvd., Suite 520
Pasadena, California 91101

U.S. Bankruptcy Court
Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2980

Michael Kogan Law Firm, APC
11500 W. Olympic Blvd., Suite 400
Los Angeles, CA 90064-1525

4918-2681-5911.1 78512.001

2

MRC/United Wholesale
Attn: Bankruptcy
P.O. Box 619098
Dallas, TX 75261-9098

NewRez LLC
d/b/a Shellpoint Mortgage Servicing
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Oldman, Cooley, and Sallus
16133 Ventura Blvd., Penthouse Suite
Encino, CA 91436-2447

Reem J Bello
Goe Forsythe & Hodges LLP
17701 Cowan Street, Bldg. D, Suite 210
Irvine, CA 92614-6840

Residential Credit Opportunities
Trust IX-A
14841 Dallas Parkway, Suite 350
Dallas, TX 75254-7685

Robert & Esther Mermelstein
c/o Baruch C Cohen Esq
4929 Wilshire Blvd Ste 940
Los Angeles CA 90010-3889

Robert P Goe
Goe Forsythe & Hodges LLP
17701 Cowan Street, Bldg. D, Suite 210
Irvine, CA 92614-6840

Sandra Layton
161 N. Poinsettia Place
Los Angeles, CA 90036-2805

Selene Finance
Attn: Bankruptcy
P.O. Box 8619
Philadelphia, PA 19101-8619

Shellpoint Mortgage Servicing
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603-0826

Toyota Financial Services
Attn: Bankruptcy
P.O. Box 259001
Plano, TX 75025-9001

Toyota Lease Trust
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
P.O. Box 9013
Addison, TX 75001-9013

Toyota Lease Trust as serviced by
Toyota Motors
3160 Crow Canyon Place, Suite 215
San Ramon, CA 94583-1110

U.S. Bank National Association
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261-9096

US Bank Trust National Assoc., et al.
Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Wilmington Savings Fund Society, FSB,
d/b/a Christiana Trust, not individually
but as trustee for Pretium Mortgage
Acquisition Trust - Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019-6295

Wilmington Savings Fund Society, FSB
Robertson, Anschutz,
Schneid, Crane & Pa
350 10th Avenue, Suite 1000
San Deigo, CA 92101-8705

Development Specialists, Inc.
Attn: Nicholas R. Troszak
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071

Kieckhafer Schiffer LLP
Attn: James Kieckhafer, Esq.
6201 Oak Canyon, Suite 200
Irvine, CA 92618

William Moskowitz
364 Martel Avenue
Los Angeles, CA  90036

Owen Lee Podell
Leslie Klein & Associates
14245 Ventura Blvd., 3rd Fl.
Sherman Oaks, CA 91423

Owen Lee Podell
19816 Ingomar Street
Winnetka, CA 91306-2618

Yocay Lunger
Trustee of Leslie Klein Life Insurance
Irrevocable Trust dtd 6-01-2021
12618 Killion Street
Valley Village, CA 91607

Leslie Klein Life Insurance Irrevocable Trust
c/o Eric J. Olson
EJOLSONLAW
301 East Colorado Blvd., Suite 520
Pasadena, California 91101

Paul P. Young
c/o Franklin H. Menlo Irrevocable Trust
Chora Young & Manasserian LLP
281 E Colorado Blvd, # 378
Pasadena, CA  91101-1903

Lincoln National Life Insurance Co.
Attn: Jeff Davis; Kathrine Brewer
100 N. Greene Street
Greensboro, NC 27401

Wilmington Trust, NA
300 Park Street, Ste 390
Birmingham, MI 48009

Wilmington Trust National Assoc.
10250 Constellation Blvd., Suite 250
Los Angeles, CA 90067

Robert & Esther Mermelstein
1539 52nd Street
Brooklyn, NY 11219

Congregation Zwehil of Monsey
101 West Maple Ave
Monsey, NY 10952

Robert Griffen
McDermott Will & Schulte LLP
919 Third Avenue
New York, NY 10022

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Chase Mortgage
BK Department
Mail Code LA4 5555
700 Kansas Lane
Monroe, LA 71203

Pay Servicing LLC
Attn: Bankruptcy Dept
P.O. Box 809441
Chicago, IL 60680

Shlomo Rechnitz and Yisroel Zev Rechnitz
c/o Matthew A. Lesnick
Lesnick Prince Pappas & Alverson LLP
315 West Ninth Street, Suite 705
Los Angeles, CA  90015

Shellpoint
c/o Kirsten Martinez
Bonial & Associates, PC
3160 Crow Canyon Place, Suite 215
San Ramon, CA  94583

Jeffrey Siegel, Successor Trustee of the
Hubert Scott Trust
c/o Steven M. Mayer
Mayer Law Group, APC
3 Embarcadero Center, Ste. 930
San Francisco, CA  94111

Chaim Manela
c/o Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd., Suite 314
Encino, CA  91316

Life Capital Group, LLC
c/o Beth Ann R. Young
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034

Securities & Exchange Commission
Attn:  Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071-9591

County of Los Angeles
Treasurer and Tax Collector
P.O. Box 513191
Los Angeles, CA 90051-1191