Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
          jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee
of the Klein Creditors' Liquidation Trust, and former Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**FIFTH AND FINAL APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO BRADLEY D. SHARP, LIQUIDATING TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST; DECLARATION OF JEREMY BENJAMIN IN SUPPORT THEREOF**<br><br>DATE:    August 4, 2026<br>TIME:    2:00 pm<br>PLACE:  255 East Temple Street,<br>             Los Angeles, California<br>CTRM:  1545 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE,**

**THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES**

**REQUESTING SPECIAL NOTICE:**

The Law Offices of Goldfarb Gross Seligman & Co. ( "*Goldfarb*" or the "*Firm*"), special

litigation and real estate counsel to Bradley D. Sharp, the former chapter 11 trustee of the estate of

Leslie Klein (the "*Trustee*"), hereby files its *Fifth and Final Application for Approval of*

LA:4937-7748-7784.2 78512.001

*Compensation and Reimbursement of Expenses* (the "***Application***") for (a) approval of compensation in the amount of $30,051.65[1] for the period August 1, 2025 – April 30, 2026 (the "***Fifth Application Period***"); and (b) final approval of all fees and expenses for the period September 12, 2023 – April 30, 2026 (the "***Final Compensation Period***"), in the amount of $144,439.48 in fees incurred and $103.30 in costs advanced, which is inclusive of $114,387.83 in fees incurred and $103.30 in costs advanced which were previously approved on an interim basis for the period September 12, 2023 – July 31, 2025, for a total final award of $144,542.78, pursuant to 11 U.S.C. §§ 330 and 331 (the "***Bankruptcy Code***").

As set forth more fully herein, this Application complies with all statutory guidelines and court-imposed requirements.  Invoices for the Fifth Application Period with time detail are attached as **Exhibit A** to the Declaration of Jeremy Benjamin (the "***Benjamin Declaration***"), annexed hereto.  *LBR 2016-1(a)(1)(E) and (F).*

**I.**

**RELEVANT BACKGROUND AND THE FIRM'S RETENTION**

**A.      The Chapter 11 Case**

On February 22, 2023, the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code.

On April 24, 2023, creditors Erica and Joseph Vago filed a *Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case* (the "***Motion to Dismiss***") [Docket No. 79].

On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court ruled that the appointment of a chapter 11 trustee, and not dismissal of the Case, was in the best interests of the estate.

On May 23, 2023, the Office of the United States Trustee (the "***UST***") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as chapter 11 Trustee (the "***Chapter 11 Trustee***").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] Of this amount, $4,584.15 is included for Value Added Tax ("VAT") for the Fifth Interim Fee Period.

On May 23, 2023, the UST filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No. 155]. On that same day, the Chapter 11 Trustee accepted his appointment [Docket No. 156].

On April 28, 2026, the Court entered the *Order Confirming Third Amended Chapter 11 Plan, As Modified, Of The Estate of Leslie Klein and Setting Post-Confirmation Status Conference* [Docket No. 1366]. The Plan went effective on May 1, 2026 (the "Plan Effective Date") [*See,* Docket No. 1373], with Bradley D. Sharp serving as the Liquidating Trustee of the Klein Creditors' Liquidation Trust.

## II.

## GOLDFARB'S RETENTION

On September 20, 2023, the Chapter 11 Trustee filed an *Application to Employ the Law Offices of Goldfarb Gross Seligman & Co. as Special Litigation and Real Estate Counsel Effective as of September 12, 2023* [Docket No. 370], approved by order entered October 12, 2023 [Docket No. 419]. A copy of the resume of Jeremy Benjamin, one of the attorneys at the Firm responsible for working on the Case, is attached as **Exhibit B** to the Benjamin Declaration. *LBR 2016-1(a)(1)(H)*.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.

## NARRATIVE HISTORY AND PRESENT POSTURE OF CASE

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Goldfarb incorporates by reference the *Third and Final Application of Pachulski Stang Ziehl & Jones LLP for Approval of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

## IV.

## COMPENSATION AND EXPENSES SOUGHT

This is the Firm's fifth and final fee application.

On February 7, 2024, the Firm filed its first fee application for the period September 12, 2023 through January 31, 2024 [Docket No. 641] (the "***First Interim Fee Application***"), seeking

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

fees in the amount of $44,436.61 and expenses in the amount of $103.30, for a total of $44,539.91, which fees and expenses were approved by order entered on February 28, 2024 [Docket No. 680].

On October 9, 2024, the Firm filed its second fee application for the period February 1, 2024 through August 31, 2024 [Docket No. 831] (the "*Second Interim Fee Application*"), seeking fees in the amount of $35,111.72, which fees were approved by order entered on October 31, 2024 [Docket No. 855].

On May 6, 2025, the Firm filed its third fee application for the period September 1, 2024 through February 28, 2025 [Docket No. 1061] (the "*Third Interim Fee Application*"), seeking fees in the amount of $22,894.95, which fees were approved by order entered on June 5, 2025 [Docket No. 1118].

On September 2, 2025, the Firm filed its fourth fee application for the period March 1, 2025 through July 31, 2025 [Docket No. 1218] (the "*Fourth Interim Fee Application*"), seeking fees in the amount of $11,944.55, which fees were approved by order entered on October 8, 2025 [Docket No. 1251].

The Firm incorporates by reference the First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, and Fourth Interim Fee Application.

By way of this Application, the Firm seeks (a) approval of compensation in the amount of $30,051.65[2] for the Fifth Application Period; and (b) final approval of all fees and expenses for the Final Compensation Period, in the amount of $144,439.48 in fees incurred and $103.30 in costs advanced, which is inclusive of $114,387.83 in fees incurred and $103.30 in costs advanced which were previously approved on an interim basis for the period September 12, 2023 – July 31, 2025, for a total final award of $144,542.78.

## V.

## FUNDS ON HAND

### (LBR 2016-1(a)(1)(A)(iii))

As of May 31, 2026, the Klein Creditors' Liquidation Trust has approximately

---

[2] Of this amount, $4,584.15 is included for VAT for the Fifth Interim Fee Period.

$830,000.00 in funds on hand.

# VI.

## CLIENT'S DECLARATION

### (LBR 2016-1(a)(1)(J))

A separate declaration will be filed regarding the Liquidating Trustee's review of this Application.

# VII.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND

## TIME EXPENDED DURING THE FIFTH INTERIM FEE PERIOD

### (LBR 2016-1(a)(1)(D))

During the Fifth Application Period, the Firm, among other things, monitored the Israeli trustee's progress in securing tax approvals for closing of the sale of the unit in the Leonardo Plaza Hotel in Jerusalem (the "***Leonardo Unit***"); coordinated with the Israeli trustee regarding transfer of the proceeds from the Sale of the Leonardo Unit to the Chapter 11 Trustee and with regard to the Israeli trustee's filings with the Israeli court to approve such transfer; monitored the sale process for the unit in the Dan Boutique Hotel in Jerusalem (the "***Dan Unit***"); translated the first Dan Unit Purchase and Sale Agreement for the Chapter 11 Trustee; coordinated with the Israeli trustee and the Chapter 11 Trustee regarding approval for the sale of the Dan Unit by the US Bankruptcy Court and updated the Israeli court as to the Chapter 11 Trustee's position and the approval of the sale by the US Bankruptcy Court; monitored the Dan Boutique Hotel's exercise of its right of first refusal and the additional bidding for the Dan Unit and updated the Chapter 11 Trustee; translated the second Dan Unit Purchase and Sale Agreement and selected exhibits for the Chapter 11 Trustee; filed updates with the Israeli court and replied to Israeli trustee's motion to approve sale of the Dan Unit; provided updated sales costs report for the Leonard Unit and a sales cost estimate for the Dan Unit to the Chapter 11 Trustee; obtained data from the Chapter 11 Trustee to assist the Israeli trustee in his tax reporting for the Dan Unit sale; and worked on the Fourth Interim Fee Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Firm spent 56.50 hours on this Case during the Fifth Application Period (12.5 hours of which were written off), accounting for $30,051.65 in fees incurred (including 18% VAT).

**VIII.**

**NO FEE SHARING**

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by the Firm except to the extent they are shared among members of the Firm.

**IX.**

**THE FEES REQUESTED SHOULD BE**

**AWARDED BASED UPON APPLICABLE LAW**

The fees requested by this Application are an appropriate award for the Firm's services as special litigation and real estate counsel in Israel.

**X.**

**FACTORS IN EVALUATING REQUESTS FOR COMPENSATION**

Pursuant to section 330 of the Bankruptcy Code, the Court may award reasonable compensation for actual and necessary services rendered. The professional services rendered by the Firm have required an expenditure of substantial time and effort. The Firm spent 56.50 hours during the Fifth Application Period (12.5 hours of which were written off).  The fees for which the Firm requests compensation are for actual and necessary services rendered at the request of the Trustee and/or his counsel.

Time and labor devoted is only one of many pertinent factors in determining an award of fees and costs. Based on the skills brought to bear in this matter by the Firm and the results obtained, in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.

**XI.**

**THE LODESTAR AWARD SHOULD BE CALCULATED BY MULTIPLYING A**

**REASONABLE HOURLY RATE BY THE HOURS EXPENDED**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4937-7748-7784.2 78512.001                6

The United States Supreme Court has approved application of the lodestar approach in determining a reasonable attorney's fee. The lodestar approach is as follows:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . . Adjustments to that fee then may be made as necessary in the particular case.

*Blum vs. Stenson*, 465 U.S. 886, 888 (1984). In *Hensley v. Eckerhart,* 461 U.S. 424 (1983), the Supreme Court explained that while ad hoc factors from older tests might be considered in setting fees[3], the lodestar amount subsumed many of those factors. *Hensley v. Eckerhart*, 461 U.S. 424, 434, n.9 (1983).

In 1986, the Supreme Court expressly held that factors relevant to determining fees should be applied using the lodestar approach, and expressly rejected reliance on the ad hoc application of the factors in older tests, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . ." *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); see also *Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate") (citations and quotations omitted).

Although the lodestar approach provides the fundamental framework for determining fee awards under the Bankruptcy Code, some of the ad hoc factors remain relevant for determining the appropriate hourly rate to use under the lodestar approach. In *re Charles Russel Buckridge, Jr.*, 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a 'multiplier' based on the criteria listed in § 330 and its consideration of the Kerr factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th

---

[3] The ad hoc factors, now largely subsumed by the lodestar approach, are set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974. The original twelve Johnson/Kerr factors are: (1) time and labor required; (2) novelty and difficulty of the questions involved; (3) skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances involved; (8) amount involved and results obtained; (9) experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) nature and length of the professional relationship with client; and (12) awards in similar cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4937-7748-7784.2 78512.001

7

Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991) (starting with the lodestar approach is not mandatory in all cases, particularly given the uniqueness of bankruptcy proceedings).

Under the lodestar approach, the Firm is entitled to payment for all of the fees incurred, calculated by multiplying the number of hours expended by the Firm's hourly billing rates.

The information contained in **Exhibit A** support both the time and the rate components of the lodestar approach and warrant an award to the Firm of the entirety of the fees that it incurred providing services to the Chapter 11 Trustee in this Case.

## XII.

## NOTICE

Notice of the filing of this Application has been given to the Debtor, the United States Trustee, and all parties entitled to notice under Federal Rules of Bankruptcy Procedure 2002 ("***Rule 2002***"). Therefore, notice should be deemed adequate under the circumstances and in accordance with Rule 2002(a)(6) and (c)(2).

## XIII.

## CONCLUSION

This is the Firm's fifth and final request for compensation and reimbursement of expenses. The Firm believes that the services rendered for which compensation is sought in this Application have been beneficial to the Debtor's estate and its creditors, and that the sums requested for the services rendered are fair and reasonable.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4937-7748-7784.2 78512.001

8

**WHEREFORE**, the Firm respectfully requests that this Court (i) approve compensation in the amount of $30,051.65 for the period August 1, 2025 – April 30, 2026; (ii) approve on a final basis compensation and reimbursement of expense for the period September 12, 2023 – April 30, 2026, in the amount of $144,439.48 in fees incurred and $103.30 in costs advanced, which is inclusive of $114,387.83 in fees incurred and $103.30 in costs advanced, which were previously approved on an interim basis for the period September 12, 2023 – July 31, 2025, for a total final award of $144,542.78; and (iii) authorize payment of such allowed but unpaid fees to the Firm.

Dated: June 12, 2026

LAW OFFICES OF GOLDFARB GROSS
SELIGMAN & CO.

By: _____
Jeremy Benjamin
Special Litigation and Real Estate Counsel to
Bradley D. Sharp, Liquidating Trustee of the
Klein Creditors' Liquidation Trust

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

*Counsel for Bradley D. Sharp, Liquidating Trustee of
the Klein Creditors' Liquidation Trust, and former
Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4937-7748-7784.2 78512.001

**<u>DECLARATION OF JEREMY BENJAMIN</u>**

I, Jeremy Benjamin, declare and state as follows:

1.      I am a partner of the Law Offices of Goldfarb Gross Seligman & Co. (the "*Firm*")[4], with offices located in Israel and Switzerland.  I have personal knowledge of the facts stated herein, and if called as a witness, could testify competently thereto.

2.      I was the attorney primarily responsible at the Firm to provide the services for which the Firm is seeking fees.  I have personally reviewed the Firm's invoices for this matter and the invoices represent true and correct charges to the best of knowledge, information and belief,

3.      Attached hereto as **Exhibit A** are the invoices containing the time detail (and summaries thereof per invoices) incurred by the Firm during the Fifth Application Period.

4.      I have, among other things, an expertise in private international law, specifically international jurisdiction, choice of law, and international arbitration.  I represent companies and executives regarding insolvency issues and work with local counsel when clients of the Firm litigate or arbitrate outside of Israel.  Additionally, I have expertise in the area of litigation and arbitration relating to corporate transactions and shareholder disputes, investment funds, financial services and fintech, and distribution and sales agency agreements.  A copy of my resume is attached hereto as **Exhibit B.**

5.      <u>Local Rule 2016-1(a)(1)(K) Compliance</u>:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at Tel Aviv, ISRAEL on this 12th day of June, 2026.

_____
Jeremy Benjamin

---

[4]  Capitalized terms not defined herein have the meanings used in the Application.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4937-7748-7784.2 78512.001                    10

# EXHIBIT A

# GOLDFARB GROSS SELIGMAN

Goldfarb Gross Seligman & Co.

Law Offices

**02/11/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**Invoice # 25/383859**

Fees

| | |
|---|---:|
| Legal services for the month of August 2025 | $ 2,210.00 |
| Value Added Tax (18.00%) | $ 397.80 |
| Total Due | $ 2,607.80 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #383859**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|---------------:|-------------:|----------------:|----------:|
| Jeremy Benjamin | 1.75 | 1.75 | 620.00 | 1,085.00 |
| Shirin Herzog | 1.75 | 1.50 | 750.00 | 1,125.00 |
| **Total 2 - 02 Klein Estate** | **3.50** | **3.25** | | **2,210.00** |
| **Total Client** | **3.50** | **3.25** | | **2,210.00** |

**Attachment to Statement#**
**383859**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.     2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 04/08/2025 | Shirin Herzog | Klein Estate - data for US apprlication to court ***NO CHARGE*** | 0.25 | 0.00 | 750.00 | 0.00 |
| 04/08/2025 | Jeremy Benjamin | emails w/Beth re fee motion | 0.25 | 0.25 | 620.00 | 155.00 |
| 12/08/2025 | Jeremy Benjamin | check amounts and additions to draft fee motion | 0.75 | 0.75 | 620.00 | 465.00 |
| 13/08/2025 | Shirin Herzog | Klein Estate - Court applications; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 14/08/2025 | Jeremy Benjamin | rvw Ben Z court update, emails w/Ben Z and w/Jeffrey | 0.50 | 0.50 | 620.00 | 310.00 |
| 14/08/2025 | Shirin Herzog | Klein - status of Sales; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 27/08/2025 | Shirin Herzog | Leslie Klein - Court applications; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 28/08/2025 | Jeremy Benjamin | check signing version of motion and emails w/Beth | 0.25 | 0.25 | 620.00 | 155.00 |
| 28/08/2025 | Shirin Herzog | Leslie Klein - Court applications; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| **Total 2 - 02 Klein Estate** | | | **3.50** | **3.25** | | **2,210.00** |
| **Total Client** | | | **3.50** | **3.25** | | **2,210.00** |

# GOLDFARB GROSS SELIGMAN

## Goldfarb Gross Seligman & Co.
### Law Offices

**02/11/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

## Invoice # 25/386619

Fees

| | |
|---|---:|
| Legal services for the month of September 2025 | $ 6,425.00 |
| Value Added Tax (18.00%) | $ 1,156.50 |
| Total Due | $ 7,581.50 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #386619**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|---------------:|-------------:|----------------:|----------:|
| Jeremy Benjamin | 6.00 | 6.00 | 620.00 | 3,720.00 |
| Shirin Herzog | 3.50 | 3.50 | 750.00 | 2,625.00 |
| Noa Zeltner | 0.50 | 0.50 | 160.00 | 80.00 |
| **Total 2 - 02 Klein Estate** | **10.00** | **10.00** | | **6,425.00** |
| **Total Client** | **10.00** | **10.00** | | **6,425.00** |

**Attachment to Statement# 386619**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.      2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|------|-------------|----------------|--------------|-----------------|-----------|
| 03/09/2025 | Shirin Herzog | Klein estate - dan boutique sale process & status; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 03/09/2025 | Jeremy Benjamin | emails w/Ben Z & with US counsel re ITA status & Dan Boutique offer status | 0.25 | 0.25 | 620.00 | 155.00 |
| 04/09/2025 | Shirin Herzog | Klein estate - internal consultion w JB re Dan Boutiqu sale and value | 0.25 | 0.25 | 750.00 | 187.50 |
| 04/09/2025 | Jeremy Benjamin | t/c w/Shirin re potential bidder pool, next steps w/Ben Z | 0.25 | 0.25 | 620.00 | 155.00 |
| 14/09/2025 | Shirin Herzog | Klein Estate - sale of apt status; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 14/09/2025 | Jeremy Benjamin | emails w/Ben Z and update US counsel | 0.25 | 0.25 | 620.00 | 155.00 |
| 17/09/2025 | Jeremy Benjamin | rvw updates filed by Ben Z seeking approval of Dan Boutique sale; draft and send email to Jeff re same | 1.00 | 1.00 | 620.00 | 620.00 |
| 18/09/2025 | Shirin Herzog | Klein estate - sale of unit; updated status; motion to Israeli court; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 18/09/2025 | Jeremy Benjamin | emails with Ben Z re need to receive US court approval; emails w/US counsel | 0.50 | 0.50 | 620.00 | 310.00 |
| 19/09/2025 | Jeremy Benjamin | check and correct machine translation of Dan Boutique PSA and email to Beth | 2.75 | 2.75 | 620.00 | 1,705.00 |
| 21/09/2025 | Shirin Herzog | Klein estate - review of Israeli application and draft sale ag; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 23/09/2025 | Shirin Herzog | Klein estate - Israeli application and draft sale ag; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 23/09/2025 | Jeremy Benjamin | reply to Beth's request for PSA Exhibit A and email to Ben Z re same | 0.25 | 0.25 | 620.00 | 155.00 |
| 25/09/2025 | Jeremy Benjamin | email in from US counsel and email to Ben Z with requests for additional transaction data. | 0.25 | 0.25 | 620.00 | 155.00 |
| 25/09/2025 | Shirin Herzog | Klein estate - request for data for US application; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 25/09/2025 | Jeremy Benjamin | emails w/Ben Z and US counsel re Dan RoFR and requests for US application | 0.25 | 0.25 | 620.00 | 155.00 |
| 25/09/2025 | Shirin Herzog | Klein estate - sale ag; & US application requirements; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 28/09/2025 | Shirin Herzog | Klein estate - corresp re hptel matching ; cumulative | 0.50 | 0.50 | 750.00 | 375.00 |
| 28/09/2025 | Noa Zeltner | tracking court decisions or filings in the case, updating Jeremy | 0.25 | 0.25 | 160.00 | 40.00 |
| 28/09/2025 | Jeremy Benjamin | emails w/Ben Z & w/US counsel re RoFR | 0.25 | 0.25 | 620.00 | 155.00 |
| 29/09/2025 | Noa Zeltner | tracking court decisions or filings in the case, updating Jeremy | 0.25 | 0.25 | 160.00 | 40.00 |
| 30/09/2025 | Shirin Herzog | Klein Estate - hotel's offer; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| **Total 2 - 02 Klein Estate** | | | **10.00** | **10.00** | | **6,425.00** |
| **Total Client** | | | **10.00** | **10.00** | | **6,425.00** |

# GOLDFARB GROSS SELIGMAN

### Goldfarb Gross Seligman & Co.

Law Offices

**16/11/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
Los Angeles
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**<u>Invoice # 25/388438</u>**

<u>Fees</u>

| | |
|---|---:|
| Legal services for the month of October 2025 | $ 1,597.50 |
| Value Added Tax (18.00%) | $ 287.55 |
| Total Due | $ 1,885.05 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #388438**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 1.00 | 1.00 | 620.00 | 620.00 |
| Shirin Herzog | 1.25 | 1.25 | 750.00 | 937.50 |
| Noa Zeltner | 1.00 | 0.25 | 160.00 | 40.00 |
| **Total 2 - 02 Klein Estate** | **3.25** | **2.50** | | **1,597.50** |
| **Total Client** | **3.25** | **2.50** | | **1,597.50** |

**Attachment to Statement# 388438**

**Legal Fees**

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.     2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 05/10/2025 | Shirin Herzog | kLEIN ESTATE - corresp re alternative offer | 0.25 | 0.25 | 750.00 | 187.50 |
| 08/10/2025 | Shirin Herzog | Klein estate - competting bids re apt; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 09/10/2025 | Noa Zeltner | Checking the status of submissions in the Israeli BR case | 0.25 | 0.25 | 160.00 | 40.00 |
| 14/10/2025 | Noa Zeltner | Sending the court's decision and updating the calendar accordingly | 0.25 | 0.00 | 160.00 | 0.00 |
| 15/10/2025 | Jeremy Benjamin | rvw Ben Z application & decision, update Jeff | 0.25 | 0.25 | 620.00 | 155.00 |
| 15/10/2025 | Shirin Herzog | Leslie Klein - Dan PSA RoFR; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 16/10/2025 | Noa Zeltner | Sending Ben Z's motion that was submitted  in the Israeli BR case | 0.25 | 0.00 | 160.00 | 0.00 |
| 19/10/2025 | Noa Zeltner | Sending court's decision | 0.25 | 0.00 | 160.00 | 0.00 |
| 19/10/2025 | Jeremy Benjamin | check signed order and email to Jeff re same and wire instructions | 0.25 | 0.25 | 620.00 | 155.00 |
| 21/10/2025 | Shirin Herzog | Klein Estate - sale of unit; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 21/10/2025 | Jeremy Benjamin | emails w/Ben z re payment timing and amount; update US team | 0.25 | 0.25 | 620.00 | 155.00 |
| 29/10/2025 | Shirin Herzog | Klein estate - sale of two unites; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 30/10/2025 | Jeremy Benjamin | emails w/Jeff re Leonardo status, timeline and expected amount (27/10 & 30/10) | 0.25 | 0.25 | 620.00 | 155.00 |
| **Total 2 - 02 Klein Estate** | | | **3.25** | **2.50** | | **1,597.50** |
| **Total Client** | | | **3.25** | **2.50** | | **1,597.50** |

# GOLDFARB GROSS SELIGMAN

Goldfarb Gross Seligman & Co.

Law Offices

**10/12/2025**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**Invoice # 25/392231**

Fees

| | |
|---|---|
| Legal services for the month of November 2025 | $ 3,392.50 |
| Value Added Tax (18.00%) | $ 610.65 |
| Total Due | $ 4,003.15 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #392231**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 2.75 | 2.75 | 620.00 | 1,705.00 |
| Shirin Herzog | 2.25 | 2.25 | 750.00 | 1,687.50 |
| Noa Zeltner | 1.00 | 0.00 | 160.00 | 0.00 |
| **Total 2 - 02 Klein Estate** | **6.00** | **5.00** | | **3,392.50** |
| **Total Client** | **6.00** | **5.00** | | **3,392.50** |

**Attachment to Statement# 392231**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 02/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 04/11/2025 | Noa Zeltner | Filing and sending a decision | 0.25 | 0.00 | 160.00 | 0.00 |
| 04/11/2025 | Jeremy Benjamin | rvw motion filed by Ben Z, email to Ben Z re same and transfer currency, email to US counsel re same | 0.25 | 0.25 | 620.00 | 155.00 |
| 05/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion; corresp. | 0.50 | 0.50 | 750.00 | 375.00 |
| 05/11/2025 | Jeremy Benjamin | emails w/Jeff & Nick and w/Ben Z re wire transfer | 0.25 | 0.25 | 620.00 | 155.00 |
| 06/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 06/11/2025 | Jeremy Benjamin | emails w/Ben Z re bank transfer | 0.25 | 0.25 | 620.00 | 155.00 |
| 09/11/2025 | Shirin Herzog | Klein estate - sale of units; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 10/11/2025 | Noa Zeltner | Filing and sending a decision | 0.25 | 0.00 | 160.00 | 0.00 |
| 12/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion; bank matters; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 12/11/2025 | Jeremy Benjamin | emails w/Jeff and w/Ben Z re wire transfer | 0.25 | 0.25 | 620.00 | 155.00 |
| 13/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 13/11/2025 | Jeremy Benjamin | attention to ITA WHT form for bank transfer and emails w/Ben and Jeff re status | 0.25 | 0.25 | 620.00 | 155.00 |
| 16/11/2025 | Noa Zeltner | Sending a calendar summons in accordance with the decision; A conversation with Gili about the case | 0.50 | 0.00 | 160.00 | 0.00 |
| 16/11/2025 | Jeremy Benjamin | emails w/Jeff and w/Ben Z re bank wire | 0.25 | 0.25 | 620.00 | 155.00 |
| 17/11/2025 | Shirin Herzog | Leslie Klein - Leonardo completion + Dan Boutique update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 17/11/2025 | Jeremy Benjamin | emails and t/c w/Ben Z and Israel Discount Bank; emails w/Jeff & Nick re currency issue; emails w/Ben Z and w/Jeff & Nick re Israel Discount Bank's demand for proof of ownership of the Ch. 11 account | 1.00 | 1.00 | 620.00 | 620.00 |
| 18/11/2025 | Jeremy Benjamin | emails w/client & w/Ben Z re wire transfer | 0.25 | 0.25 | 620.00 | 155.00 |
| 19/11/2025 | Shirin Herzog | Klein estate - transfer of funds from the sale; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| **Total 2 - 02 Klein Estate** | | | **6.00** | **5.00** | | **3,392.50** |
| **Total Client** | | | **6.00** | **5.00** | | **3,392.50** |

# GOLDFARB GROSS SELIGMAN

Goldfarb Gross Seligman & Co.

Law Offices

**25/01/2026**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**<u>Invoice # 25/396228</u>**

<u>Fees</u>

| | |
|---|---:|
| Legal services for the month of December 2025 | $ 3,320.00 |
| Value Added Tax (18.00%) | $ 597.60 |
| Total Due | $ 3,917.60 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #396228**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 2.00 | 2.00 | 620.00 | 1,240.00 |
| Shirin Herzog | 1.50 | 1.50 | 750.00 | 1,125.00 |
| Gili Lesin | 4.50 | 2.50 | 270.00 | 675.00 |
| Noa Zeltner | 3.75 | 1.75 | 160.00 | 280.00 |
| **Total 2 - 02 Klein Estate** | **11.75** | **7.75** | | **3,320.00** |
| **Total Client** | **11.75** | **7.75** | | **3,320.00** |

**Attachment to Statement# 396228**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.     2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|------|-------------|----------------|--------------|-----------------|-----------|
| 07/12/2025 | Gili Lesin | Searching for decisions in the judicial system, | 0.50 | 0.50 | 270.00 | 135.00 |
| 08/12/2025 | Jeremy Benjamin | email to Ben Z re closing statement request | 0.25 | 0.25 | 620.00 | 155.00 |
| 14/12/2025 | Shirin Herzog | Leslie Klein - Leonardo completion + Dan Boutique update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 17/12/2025 | Jeremy Benjamin | correct translation of costs schedule and email to Jeff | 0.50 | 0.50 | 620.00 | 310.00 |
| 17/12/2025 | Shirin Herzog | Leslie Klein - Leonardo completion + Dan Boutique update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 18/12/2025 | Shirin Herzog | Leslie Klein - Leonardo completion + Dan Boutique update; corresp. | 0.25 | 0.25 | 750.00 | 187.50 |
| 28/12/2025 | Noa Zeltner | Sending a submitted request | 0.25 | 0.00 | 160.00 | 0.00 |
| 29/12/2025 | Noa Zeltner | Sending the court's decision | 0.25 | 0.00 | 160.00 | 0.00 |
| 29/12/2025 | Jeremy Benjamin | rvw update from Ben Z re Dan signature, emails w/Jeff re US BR court approval action items | 0.50 | 0.50 | 620.00 | 310.00 |
| 30/12/2025 | Noa Zeltner | Drafting and filing an extension request to the court, serving it on the other party. | 2.00 | 1.00 | 160.00 | 160.00 |
| 30/12/2025 | Jeremy Benjamin | corrections to extension motion | 0.25 | 0.25 | 620.00 | 155.00 |
| 30/12/2025 | Shirin Herzog | Klein Estate - Dan Boutique updates; Sharp v. klein - sale expenses; corresp | 0.50 | 0.50 | 750.00 | 375.00 |
| 30/12/2025 | Gili Lesin | Translation into English of Dan Hotels Sale Agreement | 4.00 | 2.00 | 270.00 | 540.00 |
| 31/12/2025 | Noa Zeltner | Serving an extension request to the Supervisor of Insolvency Proceedings; Follow-up on court's decision. Discussion with Net HaMishpat regarding a problem with opening a decision, sending the content of the decision to the team, and continuing to monitor the publication of the decision. Filing the decision, scheduling deadline accordingly | 1.25 | 0.75 | 160.00 | 120.00 |
| 31/12/2025 | Shirin Herzog | Klein Estate - sharp v. klein - sale expenses; corresp | 0.25 | 0.25 | 750.00 | 187.50 |
| 31/12/2025 | Jeremy Benjamin | check Leonardo expenses paid and emails w/Ben Z re estimated sale costs for Dan Boutique unit | 0.50 | 0.50 | 620.00 | 310.00 |
| **Total 2 - 02 Klein Estate** | | | **11.75** | **7.75** | | **3,320.00** |
| **Total Client** | | | **11.75** | **7.75** | | **3,320.00** |

# GOLDFARB GROSS SELIGMAN

## Goldfarb Gross Seligman & Co.
### Law Offices

**02/03/2026**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**Invoice # 26/399233**

Fees

| | |
|---|---:|
| Legal services for the month of January 2026 | $ 4,680.00 |
| Value Added Tax (18.00%) | $ 842.40 |
| Total Due | $ 5,522.40 |

**Notes:**

1.Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2.This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3.The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4.Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #399233**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 5.75 | 4.50 | 620.00 | 2,790.00 |
| Shirin Herzog | 1.50 | 1.50 | 810.00 | 1,215.00 |
| Gili Lesin | 6.00 | 2.50 | 270.00 | 675.00 |
| **Total 2 - 02 Klein Estate** | **13.25** | **8.50** | | **4,680.00** |
| **Total Client** | **13.25** | **8.50** | | **4,680.00** |

**Attachment to Statement# 399233**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|------|------|-------------|---------------:|-------------:|----------------:|----------:|
| 06/01/2026 | Jeremy Benjamin | check Dan Hotels sale agreement translation and instructions to Gili re further checks; email to Jeff re sales expenses | 1.50 | 1.00 | 620.00 | 620.00 |
| 07/01/2026 | Shirin Herzog | Leslie Klein - Dan Boutique sales costs; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 07/01/2026 | Jeremy Benjamin | check updated translation of Dan Hotels sale agreement*** PARTLY CHARGED *** | 1.25 | 0.75 | 620.00 | 465.00 |
| 07/01/2026 | Gili Lesin | Translation of the sales agreement into English*** PARTLY CHARGED *** | 5.00 | 2.00 | 270.00 | 540.00 |
| 08/01/2026 | Jeremy Benjamin | check revised translation and email to Jeff re same and sale cost amounts | 1.25 | 1.25 | 620.00 | 775.00 |
| 08/01/2026 | Shirin Herzog | Leslie Klein - Dan Boutique agreement translation; sale expenses; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 09/01/2026 | Jeremy Benjamin | reply to Nick with corrections re deductions from sale proceeds and email to Ben Z re capital gains deposit timing | 0.25 | 0.25 | 620.00 | 155.00 |
| 11/01/2026 | Shirin Herzog | Klein Estate - sale expenses; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 12/01/2026 | Shirin Herzog | Leslie Klein - Dan Boutique agreement translation' corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 13/01/2026 | Jeremy Benjamin | email to Beth re Dan Boutique agreement exhibits, emails w/Ben Z re potential 50% holdback | 0.50 | 0.50 | 620.00 | 310.00 |
| 13/01/2026 | Shirin Herzog | Klein - Dan Hotel sale agreement exhibits; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 14/01/2026 | Gili Lesin | Translation of a Land Registry (Tabu) Certificate of Rights into English*** PARTLY CHARGED *** | 1.00 | 0.50 | 270.00 | 135.00 |
| 15/01/2026 | Jeremy Benjamin | correct translation of Dan Boutique title extract*** PARTLY CHARGED *** | 1.00 | 0.75 | 620.00 | 465.00 |
| 15/01/2026 | Shirin Herzog | Klein - Dan Hotel sale agreement exhibits; translation; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| **Total 2 - 02 Klein Estate** | | | **13.25** | **8.50** | | **4,680.00** |
| **Total Client** | | | **13.25** | **8.50** | | **4,680.00** |

# GOLDFARB GROSS SELIGMAN

## Goldfarb Gross Seligman & Co.
### Law Offices

**23/03/2026**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

**<u>Invoice # 26/401763</u>**

<u>Fees</u>

| | |
|---|---:|
| Legal services for the month of February 2026 | $ 1,630.00 |
| Value Added Tax (18.00%) | $ 293.40 |
| Total Due | $ 1,923.40 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #401763**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 1.00 | 1.00 | 620.00 | 620.00 |
| Shirin Herzog | 1.50 | 1.00 | 810.00 | 810.00 |
| Noa Zeltner | 1.25 | 1.25 | 160.00 | 200.00 |
| **Total 2 - 02 Klein Estate** | **3.75** | **3.25** | | **1,630.00** |
| **Total Client** | **3.75** | **3.25** | | **1,630.00** |

**Attachment to Statement#
401763**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 06/02/2026 | Jeremy Benjamin | emails w/Jeff and email to Ben Z connecting potential bidder | 0.25 | 0.25 | 620.00 | 155.00 |
| 08/02/2026 | Shirin Herzog | Klein estate - additional offer; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 10/02/2026 | Shirin Herzog | Klein estate - additional offer; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 15/02/2026 | Shirin Herzog | Klein - Dan Hotel sale agreement exhibits; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 15/02/2026 | Noa Zeltner | Drafted an extension request; Filed the motion to the court and served the other parties (by fax); filed the court's decision and updated the calendar accordingly | 1.25 | 1.25 | 160.00 | 200.00 |
| 15/02/2026 | Shirin Herzog | Klein estate - corresp. *** NO CHARGE *** | 0.25 | 0.00 | 810.00 | 0.00 |
| 15/02/2026 | Jeremy Benjamin | emails w/Ben Z and with US counsel; revise draft motion for extension of deadline to report on US BR court's approval of Dan Boutique sale | 0.50 | 0.50 | 620.00 | 310.00 |
| 18/02/2026 | Shirin Herzog | Klein Estate - corresp. *** NO CHARGE *** | 0.25 | 0.00 | 810.00 | 0.00 |
| 26/02/2026 | Jeremy Benjamin | check US court sale approval and email Jeff and Beth re same | 0.25 | 0.25 | 620.00 | 155.00 |
| 26/02/2026 | Shirin Herzog | Klein - Order Approving Sale of Dan Hotel Units; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| **Total 2 - 02 Klein Estate** | | | **3.75** | **3.25** | | **1,630.00** |
| **Total Client** | | | **3.75** | **3.25** | | **1,630.00** |

# GOLDFARB GROSS SELIGMAN

### Goldfarb Gross Seligman & Co.
Law Offices

**12/05/2026**

Bradley D. Sharp, Chapter 11 Trustee
Suite 4100 South Grand Avenue
USA
90071

File :    37635/2 (SHH)

**Vat No. 540113743**

## Invoice # 26/407079

Fees

| | |
|---|---|
| Legal services for the months of March & April 2026 | $ 2,212.50 |
| Value Added Tax (18.00%) | $ 398.25 |
| Total Due | $ 2,610.75 |

**Notes:**

1. Payment may be remitted by check, or by wire transfer to our account at **Bank Hapoalim**, swift code **POALILIT**, Sha'ul HaMelech Branch (**Branch No. 532**), 3 Daniel Frisch Street, Tel Aviv 6473104, Israel, **Account No. 150106**. **IBAN: IL27-0125-3200-0000-0150-106**. This statement is due upon receipt. Thank you.

2. This statement is not a "Cheshbonit Mas" (tax invoice) within the meaning of the Value Added Tax Law - 1975. A "Receipt/Cheshbonit Mas" will be issued upon payment. The effective rate of Value Added Tax applicable to such payment will be the rate in effect on the date of payment.

3. The payment is exempt from withholding tax pursuant to a Certificate of Exemption from the Assessing Officer Tel Aviv-3 (for the period 15.01.26 to 31.07.26). A copy of the Certificate of Exemption will be furnished upon request.

4. Should this statement include reimbursement of expenses regarding travel abroad, we will be glad to supply, upon request, the necessary details for purposes of the Income Tax

Electra Tower
98 Yigal Alon Street
Tel Aviv 67891, Israel
Tel +972 (3) 608-9999
Fax +972 (3) 608-9909

Email:mailto:info@goldfarb.com
Website: www.goldfarb.com

**Attachment to Statement #407079**

## Legal Fees By Matter and Lawyer

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

**Matter No.: 2 - 02 Klein Estate**

| Name | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|
| Jeremy Benjamin | 1.50 | 1.50 | 620.00 | 930.00 |
| Shirin Herzog | 2.50 | 1.25 | 810.00 | 1,012.50 |
| Gili Lesin | 1.00 | 1.00 | 270.00 | 270.00 |
| **Total 2 - 02 Klein Estate** | **5.00** | **3.75** | | **2,212.50** |
| **Total Client** | **5.00** | **3.75** | | **2,212.50** |

**Attachment to Statement#
407079**

## Legal Fees

**Client no.:37635 - Bradley D. Sharp, Chapter 11 Trustee**

---

**Matter No.    2 - 02 Klein Estate**

| Date | Name | Description | Recorded Hours | Billed Hours | Hourly Rate ($) | Total ($) |
|---|---|---|---|---|---|---|
| 02/03/2026 | Jeremy Benjamin | instructions and docs for Gili | 0.25 | 0.25 | 620.00 | 155.00 |
| 03/03/2026 | Jeremy Benjamin | corrections to draft notice to Israeli court | 0.25 | 0.25 | 620.00 | 155.00 |
| 03/03/2026 | Gili Lesin | Preparation of a response to the court regarding the trustee's request dated December 23, 2025. | 1.00 | 1.00 | 270.00 | 270.00 |
| 04/03/2026 | Shirin Herzog | Klein - Order Approving Sale of Dan Hotel Units; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 04/03/2026 | Jeremy Benjamin | email to Ben Z updating on filing, instruct Gili re service on BR commissioner | 0.25 | 0.25 | 620.00 | 155.00 |
| 06/03/2026 | Jeremy Benjamin | check order approving sale and email to Jeff re same | 0.25 | 0.25 | 620.00 | 155.00 |
| 08/03/2026 | Shirin Herzog | Klein - Order Approving Sale of Dan Hotel Units; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 18/03/2026 | Shirin Herzog | Klein - Order Approving Sale of Dan Hotel Units; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 10/04/2026 | Jeremy Benjamin | email from Ben Z, check GGS file and email to US counsel requesting PP or SS number for Erika Klein | 0.25 | 0.25 | 620.00 | 155.00 |
| 12/04/2026 | Shirin Herzog | Klein - tax reporting of sale of Dan Hotel Unit; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 14/04/2026 | Jeremy Benjamin | emails w/Ben Z and Beth re Erika Klein DOB | 0.25 | 0.25 | 620.00 | 155.00 |
| 14/04/2026 | Shirin Herzog | Klein - tax reporting of sale of Dan Hotel Unit; corresp. | 0.25 | 0.25 | 810.00 | 202.50 |
| 30/04/2026 | Shirin Herzog | corresp w client re payment and next steps *** NO CHARGE *** | 1.25 | 0.00 | 810.00 | 0.00 |
| **Total 2 - 02 Klein Estate** | | | **5.00** | **3.75** | | **2,212.50** |
| **Total Client** | | | **5.00** | **3.75** | | **2,212.50** |

# EXHIBIT B





## Jeremy Benjamin

Partner
Vice Head of the Corporate, Administrative and Class Action Litigation Department

## Biography

Adv. Jeremy Benjamin specializes in corporate and contract disputes. He handles litigation and arbitration relating to corporate transactions and shareholder disputes, investment funds, financial services, real estate, and cross-border distribution and sales agency agreements. In addition, Jeremy possesses expertise in private international law, specifically international jurisdiction, choice of law, and international arbitration.

Jeremy also advises and represents companies and executives regarding insolvency issues and works with local counsel when firm clients litigate or arbitrate outside of Israel.

Jeremy's clients include Israeli and foreign companies active in the hi-tech, finance, food, aviation and defense, and automotive sectors.

Jeremy is recognized as a key lawyer in dispute resolution by The Legal 500.

Jeremy served in the past on the audit committee of the Association for Civil Rights in Israel.

## Education

LL.M., (magna cum laude), Tel Aviv University in cooperation with the University of California, Berkeley, 2008

M.A. (magna cum laude), History, Tel Aviv University, 1999

LL.B., Tel Aviv University, 1997

B.A. (magna cum laude), History and International Relations, Brown University, 1988

## Admission

Israel Bar Association, 1997

## Awards and Affiliation

*"I worked with Jeremy Benjamin. He is a brilliant strategist, he is creative with his arguments, he understand the pressure points in a claim and how to exploit them for the benefit of his clients. He is an incredibly hard-worker, he makes himself available at all hours of the day. He is astute, and will go that extra mile."*
The Legal 500 2024

## Practices

Commercial and Corporate Litigation

International Litigation and Arbitration

Arbitration and Mediation

Insolvency

Debt Settlements

Electra Tower, 98 Yigal Alon St., Tel Aviv, 6789141, Israel | 03-608-9999
Round Tower, 1 Azrieli Center, Tel Aviv, 6701101, Israel | 03-607-4444
Mühlebachstrasse 86, 8008 Zurich

www.goldfarb.com
info@goldfarb.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**:**

**FIFTH AND FINAL APPLICATION OF THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO. FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND REAL ESTATE COUNSEL TO BRADLEY D. SHARP, LIQUIDATING TRUSTEE OF THE KLEIN CREDITORS' LIQUIDATION TRUST; DECLARATION OF JEREMY BENJAMIN IN SUPPORT THEREOF**

served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 12, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **June 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| |
|---|
| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 12, 2026 | Sophia Lee | */s/ Sophia Lee* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com

- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law, sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law, sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
 Van Nuys, CA 92801

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4932-1246-2259.2 78512.001

**F 9013-3.1.PROOF.SERVICE**