Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee
of the Klein Creditors' Liquidation Trust, and former
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>               Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**THIRD AND FINAL APPLICATION OF KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ACCOUNTANT TO BRADLEY D. SHARP, FORMER CHAPTER 11 TRUSTEE OF THE ESTATE OF LESLIE KLEIN; DECLARATION OF JAMES C. KIECKHAFER IN SUPPORT THEREOF**<br><br>**DATE:**  August 4, 2026<br>**TIME**:   2:00 pm<br>**PLACE:**  255 East Temple Street,<br>             Los Angeles, California<br>**CTRM**:  1545 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES REQUESTING SPECIAL NOTICE:**

Kieckhafer Schiffer LLP ("*Kieckhafer*" or the "*Firm*"), tax accountant to Bradley D. Sharp, the former chapter 11 trustee of the estate of Leslie Klein (the "*Chapter 11 Trustee*") of the

LA:4925-9988-4458.3 78512.001

hereby files its *Third and Final Application for Approval of Compensation and Reimbursement of Expenses* (the "***Application***") for (a) approval of compensation in the amount of $6,124.50 for the period August 1, 2025 – April 30, 2026 (the "***Third Application Period***"); and (b) final approval of all fees and expenses for the period December 8, 2023 – April 30, 2026 (the "***Final Compensation Period***"), in the amount of $29,226.00 in fees incurred and $302.34 in costs advanced, which is inclusive of $23,101.50 in fees incurred and $302.34 in costs advanced which were previously approved on an interim basis for the period December 8, 2023 – July 31, 2025, for a total final award of $29,528.34, pursuant to 11 U.S.C. §§ 330 and 331 (the "***Bankruptcy Code***").

As set forth more fully herein, this Application complies with all statutory guidelines and court-imposed requirements.  Invoices for the Third Application Period with time and expense detail are attached as **Exhibit A** to the Declaration of James C. Kieckhafer (the "***Kieckhafer Declaration***"), annexed hereto.  *LBR 2016-1(a)(1)(E) and (F).*

**I.**

**RELEVANT BACKGROUND AND THE FIRM'S RETENTION**

**A.      The Chapter 11 Case**

On February 22, 2023, the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code.

On April 24, 2023, creditors Erica and Joseph Vago filed a *Motion for Order Dismissing Debtor's Chapter 11 Bankruptcy Case* (the "***Motion to Dismiss***") [Docket No. 79].

On May 17, 2023, at a hearing held on the Motion to Dismiss, the Court ruled that the appointment of a chapter 11 trustee, and not dismissal of the Case, was in the best interests of the estate.

On May 23, 2023, the Office of the United States Trustee (the "***UST***") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as chapter 11 Trustee (the "***Chapter 11 Trustee***").

On May 23, 2023, the UST filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], approved by order entered the same day [Docket No.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

155].  On that same day, the Chapter 11 Trustee accepted his appointment [Docket No. 156].

On April 28, 2026, the Court entered the *Order Confirming Third Amended Chapter 11 Plan, As Modified, Of The Estate of Leslie Klein and Setting Post-Confirmation Status Conference* [Docket No. 1366].  The Plan went effective on May 1, 2026 (the "Plan Effective Date") [*See*, Docket No. 1373], with Bradley D. Sharp serving as the Liquidating Trustee of the Klein Creditors' Liquidation Trust.

## II.

## KIECKHAFER'S RETENTION

On January 2, 2024, the Chapter 11 Trustee filed an *Application to Employ Kieckhafer Schiffer LLP As Tax Accountant, Effective As of December 8, 2023* [Docket No. 553], approved by order entered January 22, 2024 [Docket No. 593].  A copy of the resume of James C. Kieckhafer, the professional at Kieckhafer primarily responsible for working on the Case, is attached as **Exhibit B** to the Kieckhafer Declaration.  *LBR 2016-1(a)(1)(H)*.

This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.

## NARRATIVE HISTORY AND PRESENT POSTURE OF CASE

Pursuant to Local Bankruptcy Rule 2016-1(a)(1)(A)(iv), Kieckhafer incorporates by reference the *Third and Final Application of Pachulski Stang Ziehl & Jones LLP for Approval of Compensation and Reimbursement of Expenses* to be heard contemporaneously by the Court.

## IV.

## COMPENSATION AND EXPENSES SOUGHT

This is the Firm's third and final fee application.

On May 6, 2025, the Firm filed its first fee application for the period December 8, 2023 through February 28, 2025 [Docket No. 1057] (the "***First Interim Fee Application***"), seeking fees in the amount of $19,899.00 and expenses in the amount of $302.34, for a total of $20,201.34, which fees and expenses were approved by order entered on June 5, 2025 [Docket No. 1113].

On September 2, 2025, the Firm filed its second fee application for the period March 1,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2025 through July 31, 2025 [Docket No. 1219] (the "*Second Interim Fee Application*"), seeking fees in the amount of $3,202.50, which fees were approved by order entered on October 8, 2025 [Docket No. 1253].

The Firm incorporates by reference the First Interim Fee Application and Second Interim Fee Application.

By way of this Application, the Firm seeks (a) approval of compensation in the amount of $6,124.50 for the Third Application Period; and (b) final approval of all fees and expenses for the Final Compensation Period, in the amount of $29,226.00 in fees incurred and $302.34 in costs advanced, which is inclusive of $23,101.50 in fees incurred and $302.34 in costs advanced which were previously approved on an interim basis for the period December 8, 2023 – July 31, 2025, for a total final award of $29,528.34.

## V.

## FUNDS ON HAND

## (LBR 2016-1(a)(1)(A)(iii))

As of May 31, 2026, the Klein Creditors' Liquidation Trust has approximately $830,000.00 in funds on hand.

## VI.

## CLIENT'S DECLARATION

## (LBR 2016-1(a)(1)(J))

A separate declaration will be filed regarding the Liquidating Trustee's review of this Application.

## VII.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND

## TIME EXPENDED DURING THE THIRD APPLICATION PERIOD

## (LBR 2016-1(a)(1)(D))

During the Third Application Period, among other things, the Firm completed the preparation of its Second Interim Fee application for services rendered and costs incurred through July 31, 2025.

Pachulski Stang Ziehl & Jones LLP
Attorneys at Law
Los Angeles, California

LA:4925-9988-4458.3 78512.001                    4

During the Third Application period, the Firm received a request from the Trustee to review the anticipated sale of the June Street property.  This was a situation where the property would likely being sold for a large potential gain and the tax basis would be impacted because of the intervening death of a prior spouse of the Debtor.  The Firm sought additional information to confirm timing of death and also sought a fair market value of the property at the date of death to confirm that the information was sufficient to support an increase in the tax basis for tax return purposes.

During this period, another property of the Debtor was being sold by the bankruptcy estate that was located in Israel.  The Firm sought to speak with the Trustee's professionals on that property and did receive some information related to the sale that was relevant and necessary for preparation of the bankruptcy estate return for the year ended October 31, 2025.

The Firm also sought to get all of the information necessary for the completion of the bankruptcy estate tax returns for the year ended October 31, 2025 and began preparation of those returns.  This preparation included obtaining all of the receipts and disbursements for the year ended October 31, 2025, as well as confirming that the sale of the Israel property had been completed during that year.  The Firm sought documentation of the proceeds still in transit to the bankruptcy estate's bank accounts because even though the proceeds from the sale hadn't been received, the sale needed to be reported in the return.

The Firm also assisted the bankruptcy estate's professionals on the sale of the 143 S Highland property in filling out the necessary CA form 593 to eliminate the need for the state to withhold proceeds from the sale of that property.  The information necessary for the form included a calculation of the tax basis of the property and also included putting in the available estate operating loss carryforward to document that there would not be any California income taxes due on the sale.

At the time of filing this final application for fees, the preparation of the tax returns were still in progress, and the Firm filed an extension form to allow the bankruptcy estate additional time to timely file its October 31, 2025 tax return.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4925-9988-4458.3 78512.001

Additional time to be spent providing services to the Liquidating Trustee of the Klein Creditors' Liquidation Trust will be sought in future fee applications.

The Firm spent 16.50 hours on this Case during the Third Application Period, accounting for $6,124.50 in fees incurred.

## VIII.

## LIST OF EXPENSES

The Firm incurred $0.00 in expenses during the Third Application Period.

## IX.

## NO FEE SHARING

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees sought by the Firm except to the extent they are shared among members of the Firm.

## X.

## NOTICE

Notice of the filing of this Application has been given to the Debtor, the United States Trustee, and all parties entitled to notice under Federal Rules of Bankruptcy Procedure 2002 ("*Rule 2002*").  Therefore, notice should be deemed adequate under the circumstances and in accordance with Rule 2002(a)(6) and (c)(2).

## XI.

## CONCLUSION

This is the Firm's third and final request for compensation and reimbursement of expenses. The Firm believes that the services rendered for which compensation is sought in this Application have been beneficial to the Debtor's estate and its creditors, and that the sums requested for the services rendered are fair and reasonable.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE**, the Firm respectfully requests that this Court (i) approve compensation in the amount of $6,124.50 for the period August 1, 2025 – April 30, 2026; (ii) approve on a final basis compensation and reimbursement of expenses for the period December 8, 2023 – April 30, 2026, in the amount of $29,226.00 in fees incurred and $302.34 in costs advanced, which is inclusive of $23,101.50 in fees incurred and $302.34 in costs advanced, which were previously approved on an interim basis for the period December 8, 2023 – July 31, 2025, for a total final award of $29,528.34; and (iii) authorize payment of such allowed but unpaid fees and expenses to the Firm.

Dated: June 12, 2026                                        KIECKHAFER SCHIFFER LLP

                                                           By: _James C Kielly_____
                                                               James C. Kieckhafer
                                                               Tax Accountants for Bradley D. Sharp,
                                                               Liquidating Trustee of the Klein Creditors'
                                                               Liquidation Trust, and Former Chapter 11
                                                               Trustee

Respectfully submitted by:

**PACHULSKI STANG ZIEHL & JONES LLP**

By: _/s/ Jeffrey W. Dulberg_____
     Jeffrey W. Dulberg
     10100 Santa Monica Blvd., 13th Floor
     Los Angeles, CA 90067

*Counsel to Bradley D. Sharp,*
*Liquidating Trustee of the Klein Creditors' Liquidation*
*Trust, and former Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**DECLARATION OF JAMES C. KIECKHAFER**

I, James C. Kieckhafer, declare and state as follows:

1.      I am a certified public accountant, duly licensed and authorized to practice in the State of California.  I am a member in good standing with the California Board of Accountancy and am a partner of Kieckhafer Schiffer LLP.

2.      I am the accountant at the Firm who is responsible to provide the services for which the Firm is seeking fees.  I have personally reviewed the Firm's invoices for this matter and the invoices represent true and correct charges to the best of my knowledge, information and belief.

3.      Attached hereto as **Exhibit A** are the invoices containing the time detail (and summaries thereof per invoices) incurred by the Firm during the Third Application Period.

4.      The Firm is well qualified to provide services to the Trustee due to its extensive experience as tax accountants for both chapter 11 and chapter 7 trustees (and other liquidation proceedings), including planning transactions and preparing tax returns and similarly required reports.  A copy of my resume is attached hereto as **Exhibit B.**

5.      Local Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed at  4:15 PM , on this 11th  day of June, 2026.

_____
James C. Kieckhafer

# EXHIBIT A

**Invoices**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4925-9988-4458.3 78512.001



# INVOICE

LKLEIN.001
**Bankruptcy Estate of Leslie Klein**

**Invoice #:   701717**
Date:          4/30/2026

---

## Accounting services August 1, 2025 through April 30, 2026

Detailed invoice breakdown is provided following this page.

Invoice Total:   $6,124.50

| 0-30 | 31-60 | 61-90 | 91-120 | Over 120 | Balance |
|---|---|---|---|---|---|
| $6,124.50 | $0.00 | $0.00 | $0.00 | $0.00 | $6,124.50 |

## Use the link below to pay securely online

## https://www.ks-llp.com/pay/

Or remit check to:

Kieckhafer Schiffer LLP

6201 Oak Canyon, Suite 200

Irvine, CA 92618

***Need more time to pay?*** Payment plans available at the link for balances totaling $5,000 or more.

**Taxpayer ID#: 81-5052000**

KIECKHAFER SCHIFFER LLP
Invoice No. 701717

Client:    LKLEIN.001
Page:     2

Estate Tax

| Date | | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/2026 | Estate Tax Return | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
| | Review files and get out email on request for 10/31/2025 transactions for returns. | | | | |
| 01/26/2026 | Estate Tax Return | Swicker, Arthur | 0.15 | $525.00 | $78.75 |
| | Assign return preparation for 10/31/2025. | | | | |
| 01/26/2026 | Estate Tax Return | Swicker, Arthur | 0.40 | $525.00 | $210.00 |
| | Review transactions for 10/31/2025 and get out an email for additional information and clarification to Nicholas Troszak to schedule a call. | | | | |
| 01/26/2026 | Estate Tax Return | Swicker, Arthur | 0.60 | $525.00 | $315.00 |
| | Review response email from Troszak and download attachments and set phone call.  Look at sale of Israel property to determine approach.  Print transaction schedule from email that was part of the attachments. | | | | |
| 01/27/2026 | Estate Tax Return | Swicker, Arthur | 0.70 | $525.00 | $367.50 |
| | Review documents and call with Troszak on 10/31/2025 returns and transactions.  Receive additional information and update files. | | | | |
| 01/28/2026 | Estate Tax Return | Swicker, Arthur | 0.60 | $525.00 | $315.00 |
| | Go through notes and prepare a list of items for staff to follow as well an approach for returns. | | | | |
| 02/09/2026 | Estate Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
| | Get out request for extension preparation for 10/31/2025 returns. | | | | |
| 02/11/2026 | Estate Tax Return | Carlton, Jay | 0.50 | $325.00 | $162.50 |
| | Call with Danyal to discuss property sales. | | | | |
| 02/11/2026 | Estate Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
| | Telephone call from Nicholas Troszak and talk about CA form 593 and 143 S Highland property sale. | | | | |

KIECKHAFER SCHIFFER LLP

Invoice No.701717

Client:   LKLEIN.001

Page:     3

| 02/11/2026 | Estate Tax Return | Swicker, Arthur | 0.40 | $525.00 | $210.00 |

Review 2022  and earlier Life Capital Group, LLC returns.  Email to Nicholas and Brad Sharp.  Other emails on partnership interest.

| 02/11/2026 | Estate Tax Return | Swicker, Arthur | 0.20 | $525.00 | $105.00 |

Answer preparer questions after review of transactions for the year.

| 02/11/2026 | Estate Tax Return | Swicker, Arthur | 0.20 | $525.00 | $105.00 |

Review and get out extension in mail for 10/31/2025 year end.

| 02/12/2026 | Estate Tax Return | Carlton, Jay | 0.60 | $325.00 | $195.00 |

Researched Los Angeles Measure ULA exemptions.

| 02/12/2026 | Estate Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |

Email on whether we should hold off filing 10/31/2025 returns to see if we can get any of the K-1 forms for Life Capital Group, LLC.

| 02/12/2026 | Estate Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |

Look up calculation of Mansion tax in LA and get back to Nicholas Troszak.

| 02/12/2026 | Estate Tax Return | Swicker, Arthur | 0.30 | $525.00 | $157.50 |

Look further at ULA tax and read research from tax manager on bankruptcy or plan of reorganization exception to tax.planning for 10-31-2026

| 02/12/2026 | Estate Tax Return | Swicker, Arthur | 0.50 | $525.00 | $262.50 |

Start to look at 10/31/2025 return and determine it needs to be redone on other forms.  Call preparer on changes to be made.

| 02/12/2026 | Estate Tax Return | Swicker, Arthur | 0.90 | $525.00 | $472.50 |

Pull information together and fill out CA form 593 for 143 S Highland to include CA NOL, expenses on escrow closing and tax basis including 10/31/2025 depreciation expense.

KIECKHAFER SCHIFFER LLP
Invoice No.701717

Client:   LKLEIN.001
Page:     4

| 04/30/2026 | Estate Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|

Receive notice on final fee application and get back to Beth Dassa on confirming any additional work to be done.

Subtotal for: Estate Tax   $3,323.75

**Preparation of INDIVXXXX**

| 02/11/2026 | Individual Tax Return | Kazi, Danyal | 6.60 | $195.00 | $1,287.00 |
|---|---|---|---|---|---|

Tax return prep

Subtotal for: Individual Income Tax   $1,287.00

**Other Consulting Services**

| 08/12/2025 | Other | Swicker, Arthur | 0.60 | $525.00 | $315.00 |
|---|---|---|---|---|---|

Work on pulling information together to begin second interim fee application.

| 08/21/2025 | Other | Swicker, Arthur | 0.40 | $525.00 | $210.00 |
|---|---|---|---|---|---|

Review draft fee application. Forward prior firm resume to Jim for changes and make some changes and return to Beth Dassa.

| 08/25/2025 | Other | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
|---|---|---|---|---|---|

Start to review updated version of fee app.

| 08/27/2025 | Other | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
|---|---|---|---|---|---|

Look at updated application for fees. Get back to Beth Dassa on page to be signed and returned.  Review and confirm change made.

| 09/02/2025 | Other | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
|---|---|---|---|---|---|

Review filling of fee applications in case for 9/23 hearing date.

| 09/09/2025 | Other | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|

Receive updated notice of hearing.

| 10/08/2025 | Other | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
|---|---|---|---|---|---|

Get information on fee heaing and forward bill to Nicholas Troszak and Tania for payment once order is signed. Receive copy of order from attorneys.

Subtotal for: Other Consulting Services   $997.50

**Trust Tax**

| 10/03/2025 | Trust Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|

Schedule call with Troszak and Spencer.

KIECKHAFER SCHIFFER LLP
Invoice No. 701717

Client:  LKLEIN.001
Page:    5

| Date | | Staff | Hours | Rate | Amount |
|------|---|-------|-------|------|--------|
| 10/06/2025 | Trust Tax Return | Swicker, Arthur | 0.20 | $525.00 | $105.00 |
| | Call with Nicholas Troszak and Spenser and go over June street property and step up in basis on first wife's death. | | | | |
| 10/08/2025 | Trust Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
| | Get updated Broker Price opinion which gives a range of value. | | | | |
| 10/08/2025 | Trust Tax Return | Swicker, Arthur | 0.25 | $525.00 | $131.25 |
| | Review broker price opinion on June Street property from former wife's date of death and get back to Nicholas Troszak that it looks good without another one. | | | | |
| 10/08/2025 | Trust Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
| | Call from Nicholas Troszak on price opinion on June St. To confirm it looks adequate. | | | | |
| 10/09/2025 | Trust Tax Return | Swicker, Arthur | 0.10 | $525.00 | $52.50 |
| | Receive copy of former spouse's death certificate for file and to document step up basis for June St. | | | | |
| 03/09/2026 | Trust Tax Return | Yang, Catherine | 0.40 | $175.00 | $70.00 |
| | 2025 paper file extension | | | | |

Subtotal for: Trust Tax      $516.25

Total:   $6,124.50

# **EXHIBIT B**

Accountant's Biography

<u>FIRM RESUME</u>

The Firm currently has four partners, thirty-one professional members, and four paraprofessional members.  Select members of the Firm are as follows:

a.  James Kieckhafer is a partner in the firm and has been a Certified Public Accountant  since 1986. Since 1982, Mr. Kieckhafer has been providing business, tax, and audit services to clients, including strategic and financial planning, partnership taxation, private placements, acquisitions/dispositions, estate planning, and succession planning and insolvency and reorganization.

b.  Ian Hornstein has been a Certified Public Accountant since 2005.  Ian has extensive experiance in tax return compliance, tax planning, IRS representation, wealth management and consulting for high net worth individuals and their closely held entities.

c.  Arthur Swicker has been a Certified Public Accountant since 1973.  He has been in public accounting since 1968, and has been involved in insolvency matters since 1975.  Mr. Swicker also was a Certified Insolvency and Reorganization Accountant.

d.  Jay Carlton is a senior associate and C.P.A. candidate.  He graduated from California State University, Fullerton with a Bachelor's degree in Business Administration.  He has been with the firm since 2020.

e.  Melissa Coronado is a paraprofessional employed by the firm.  Her responsibilities include review, correction and assembly of income tax returns, bookkeeping, and preparation of other documents or exhibits required by the firm.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**:**

**THIRD AND FINAL APPLICATION OF KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS TAX ACCOUNTANT TO BRADLEY D. SHARP, FORMER CHAPTER 11 TRUSTEE OF THE ESTATE OF LESLIE KLEIN; DECLARATION OF JAMES C. KIECKHAFER IN SUPPORT THEREOF**

served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 12, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) **June 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Via Email:** | |
|---|---|
| Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2026 | Sophia Lee | /s/ Sophia Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com

- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law, sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law, sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
 Van Nuys, CA 92801

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4932-1246-2259.3 78512.001

**F 9013-3.1.PROOF.SERVICE**