Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jdulberg@pszjlaw.com
        jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee
of the Klein Creditors' Liquidation Trust, and former
Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LESLIE KLEIN,<br><br>                          Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FINAL APPLICATIONS OF (1) BRADLEY D. SHARP; (2) PACHULSKI STANG ZIEHL & JONES LLP; (3) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO.; (4) DEVELOPMENT SPECIALISTS, INC.; AND (5) KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>[Relates to Dockets Nos. 1396, 1397, 1398, 1399, 1400]<br><br>**DATE:**  August 4, 2026<br>**TIME**:   2:00 p.m.<br>**PLACE:** 255 East Temple Street,<br>               Los Angeles, California<br>**CTRM**:  1545<br><br>[*Or Via Zoom Per Posted Procedures*] |

**PLEASE TAKE NOTICE** that a hearing will be held on August 4, 2026 at 2:00 p.m. in

Courtroom 1545, 255 East Temple Street, Los Angeles, California, for the Court to consider and act

upon the final applications (the "**Final Applications**") of (a) Bradley D. Sharp, the former chapter

11 trustee of the estate of Leslie Klein (the "**Chapter 11 Trustee**") in the above-captioned case; (b)

Pachulski Stang Ziehl & Jones LLP, general bankruptcy counsel to the Chapter 11 Trustee; (c) The

Law Offices of Goldfarb Gross Seligman & Co., special Israeli litigation and real estate counsel to

LA:4902-7626-8468.2 78512.001

the Chapter 11Trustee; (c) Development Specialists, Inc., forensic accountant to the Chapter 11Trustee; and (e) Kieckhafer Schiffer, LLP, tax accountant to the Chapter 11 Trustee, each employed in the above-captioned case (the "**Professionals**"), for approval of compensation and reimbursement of expenses.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Applications are on file with the Clerk of the United States Bankruptcy Court, at 255 East Temple Street, Los Angeles, California 90012 and will be available for inspection during the Court's normal business hours.  Copies of the Final Applications may be obtained upon written request to Beth Dassa, Paralegal, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, California 90067-4003, Telephone: 310-277-6910, Facsimile: 310-201-0760, email: bdassa@pszjlaw.com.

The compensation and reimbursement requested by the Professionals in the Final Applications is as follows:

1.     Bradley D. Sharp, Chapter 11 Trustee

The Chapter 11 Trustee is seeking (a) approval of compensation in the amount of $205,425.68 and reimbursement of expenses in the amount of $365.55 for the period March 1, 2025 – April 30, 2026; and (b) final approval of compensation for the period May 23, 2023 – April 30, 2026 in the amount of $369,291.90 and $9,183.45 in costs advanced (which amount is inclusive of $163,866.22 in fees incurred and $8,817.90 in costs advanced which were previously approved on an interim basis for the period May 23, 2023 – February 28, 2025), for a total final request of $378,475.35.

2.     Pachulski Stang Ziehl & Jones LLP ("**PSZJ**")

PSZJ is seeking (a) approval of compensation in the amount of $1,188,800.75 and reimbursement of expenses in the amount of $14,572.07 for the period August 1, 2025 – April 30, 2026 (the "**Third Application Period**"); and (b) final approval of all fees and expenses for the period May 23, 2023 – April 30, 2026 in the aggregate amount of $7,379,387.20[1] and $124,919.63

[1] The Firm's fees for the period May 23, 2023 – February 28, 2025 were approved in the amount of $4,877,418.50 (100% of the total fee request).  *See* [Docket No. 1115].  The Firm sought fees for the period March 1, 2025 – July 31, 2025 of $1,459,075.50 that were approved in the amount of $1,313,167.95 due to a 10% reduction made by the Court. *See* [Docket No. 1249].  The Firm's fees incurred during the Third Application Period total $1,188,800.75. While the Firm is seeking final approval and allowance at this time of $7,379,387.20 (*i.e.*, including the full $1,188,800.75 incurred during the Third Application Period), the Firm agrees to only seek payment at this time of 75% of the fees, totaling

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

in costs advanced (which amount is inclusive of $110,347.56 in costs that were previously approved on an interim basis for the period May 23, 2023 – July 31, 2025), for a total final award of $7,504,306.83

3.      Development Specialists, Inc. ("**DSI**")

DSI is seeking (a) approval of compensation in the amount of $262,435.75 and reimbursement of expenses in the amount of $26.92 for the period August 1, 2025 – April 30, 2026; and (b) final approval of compensation for the period May 23, 2023 – April 30, 2026 in the amount of $1,328,333.00 and $453.43 in costs advanced (which amount is inclusive of $1,065,897.25 in fees incurred and $426.51 in costs advanced which were previously approved on an interim basis), for a total final request of $1,328,786.43.

4.      The Law Offices of Goldfarb Gross Seligman & Co. ( "**Goldfarb**")

Goldfarb is seeking (a) approval of compensation in the amount of $30,051.65 for the period August 1, 2025 – April 30, 2026; and (b) final approval of compensation for the period September 12, 2023 – April 30, 2026, in the amount of $144,439.48 and $103.30 in costs advanced (which amount is inclusive of $114,387.83 in fees incurred and $103.30 in costs advanced which were previously approved on an interim basis for the period September 12, 2023 – July 31, 2025), for a total final request of $144,542.78.

5.      Kieckhafer Schiffer LLP ( "**Kieckhafer**")

Kieckhafer is seeking (a) approval of compensation in the amount of $6,124.50 for the period August 1, 2025 – April 30, 2026; and (b) final approval of compensation for the period December 8, 2023 – April 30, 2026, in the amount of $29,226.00 and $302.34 in costs advanced (which amount is inclusive of $23,101.50 in fees incurred and $302.34 in costs advanced which were previously approved on an interim basis for the period December 8, 2023 – July 31, 2025), for a total final request of $29,528.34.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any response or opposition must be in writing and filed with the Court and served upon the

---

$5,534,540.40, less amounts the Firm has previously received of $3,036,798.67. Any future payment of approved fees in excess of the 75% threshold will be determined upon the completion of the liquidation of the assets of the Klein Creditors' Liquidation Trust.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4902-7626-8468.2 78512.001        3

appropriate Professional (see addresses below) and the undersigned counsel no later than fourteen (14) days prior to the hearing date.  Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file any response or opposition may be deemed by the Court to be consent to the approval of the Final Applications.

**ADDRESSES FOR ALL PROFESSIONALS**

Chapter 11 Trustee
Bradley D. Sharp
333 South Grand Ave., Suite 4100
Los Angeles, CA 90071

General Bankruptcy Counsel to Chapter 11 Trustee
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Attn:  Jeffrey W. Dulberg, Esq.

Special Israeli Litigation and Real Estate Counsel to Chapter 11 Trustee
The Law Offices of Goldfarb Gross Seligman & Co.
Ampa Tower
98 Yigal Alon Street
Tel Aviv 6789141 ISRAEL
Attn:  Jeremy Benjamin, Esq.

Forensic Accountant to Chapter 11 Trustee
Development Specialists, Inc.
333 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Attn:  Nicholas R. Troszak

Tax Accountant to Chapter 11 Trustee
Kieckhafer Schiffer LLP
6201 Oak Canyon, Suite 200
Irvine, CA 92618
Attn: James Kieckhafer, Esq.

Dated: June 12, 2026                    PACHULSKI STANG ZIEHL & JONES LLP


                                        By /s/ Jeffrey W. Dulberg
                                           Jeffrey W. Dulberg

                                           Attorneys for Bradley D. Sharp, Liquidating
                                           Trustee of the Klein Creditors' Liquidation Trust
                                           and former Chapter 11 Trustee

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LA:4902-7626-8468.2 78512.001                    4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**:**

## NOTICE OF HEARING ON FINAL APPLICATIONS OF (1) BRADLEY D. SHARP; (2) PACHULSKI STANG ZIEHL & JONES LLP; (3) THE LAW OFFICES OF GOLDFARB GROSS SELIGMAN & CO.; (4) DEVELOPMENT SPECIALISTS, INC.; AND (5) KIECKHAFER SCHIFFER LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 12, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **June 12, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 12, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 12, 2026 | Sophia Lee | /s/ Sophia Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com,
  moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com,
  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com,
  paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com,
  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com,
  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com,
  kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com,
  lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com,
  matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com,
  kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com,
  matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com,
  Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com,
  CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com,
  jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com,
  rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com,
  roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com,
  eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com,
  jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law,
  eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com,
  atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com,
  marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com,
  ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com,
  lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com,
  rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com,
  levern@smcounsel.com
- **Paul P Young**   paul@cym.law,
  eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com,
  lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
 Van Nuys, CA 92801

Leslie Klein
322 North June Street
Los Angeles, CA 90004

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

LA:4902-7626-8468.2 78512.001