Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

Counsel to Bradley D. Sharp, Liquidating Trustee
of the Klein Creditors' Liquidation Trust

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LESLIE KLEIN**,<br><br>                    Debtor. | Case No.: 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**LIQUIDATING TRUSTEE'S FIRST POST CONFIRMATION STATUS REPORT REGARDING THIRD AMENDED PLAN OF REORGANIZATION, AS MODIFIED**<br><br>Date:     June 30, 2026<br>Time:    2:00 p.m.<br>Place:    Courtroom 1545<br>             255 East Temple Street<br>             Los Angeles, CA 90012<br><br>Judge:   Hon. Neil W. Bason |

Bradley D. Sharp, the liquidating trustee for the Klein Creditors' Liquidation Trust (the "***Liquidating Trustee***"), hereby submits this first post-confirmation status report pursuant to the *Order Confirming Third Amended Chapter 11 Plan, As Modified, Of the Estate of Leslie Klein and Setting Post-Confirmation Status Conference* [Docket No. 1366] and Local Bankruptcy Rule 3020-1.

The Plan[1] went effective on May 1, 2026 [*See*, Docket No. 1373] (the "**Notice of Occurrence of Effective Date**") , with Bradley D. Sharp serving as the Liquidating Trustee of the Klein Creditors' Liquidation Trust (the "**Liquidation Trust**").

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

SF 4916-7023-4293.2 78512.001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## A.    DEBT AND CLASSES OF CLAIM

The classification and treatment of Claims under the Plan are as follows: (a) Class 1 (Other Priority Claims): unimpaired; paid in full in cash; (b) Class 2 (Secured Tax Claims): unimpaired; paid in full in cash; (c) Class 3 (Gestetner Secured Claim): impaired; to receive 50% of LCG distributions to the Estate or Liquidation Trust until paid in full, consistent with the Gestetner Settlement; (d) Class 3(a) (Other Secured Claims): impaired; to receive their collateral, or such other agreed treatment; (e) Class 4 (General Unsecured Claims): impaired; to receive pro rata distributions from Liquidation Trust Assets.

As the Plan is a "pot" plan, there is no required amount to be paid under the Plan.  To date, no distributions have been made pursuant to the Plan.

## B.    PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN

On June 9, 2026, the Liquidating Trustee filed the *Motion for Order Authorizing the Sale of Real Property Commonly Known as 322 N. June Street, Los Angeles, California* [Docket No. 1394] (the "**June Street Sale Motion**").  The hearing regarding the June Street Sale Motion is scheduled for June 30, 2026.

Pursuant to the Notice of Occurrence of Effective Date, requests by estate professionals for final compensation and reimbursement of expenses from the Petition Date through the Plan Effective Date (the "**Professional Fee Claims**") were filed on June 12, 2026.  [*See*, Docket Nos. 1396-1400]. The hearing regarding the Professional Fee Claims is scheduled for August 4, 2026.

The Liquidating Trustee will provide the Court with updated status reports as the Court directs or as they are necessary.  The Liquidating Trustee and his counsel are available to answer any questions the Court might have at the status conference on June 30, 2026.

## C.    POST-CONFIRMATION TAX LIABILITIES

The Liquidation Trust has not incurred any post-confirmation tax liabilities.

## D.    LIQUIDATING TRUSTEE'S ABILITY TO COMPLY WITH TERMS OF THE PLAN

Aside from the Debtor's unnecessary litigiousness and general failure to cooperate, there are no outstanding issues impacting the Liquidating Trustee's ability to comply with the terms of the Plan.

SF 4916-7023-4293.2 78512.001                          2

**E.**    **ESTIMATED DATE FOR PLAN CONSUMMATION AND FINAL DECREE**

The Liquidating Trustee projects that the Plan will be substantially consummated, and an application for a final decree will be sought, by early 2027.

Dated:    June 16, 2026            PACHULSKI STANG ZIEHL & JONES LLP


By:    */s/ Jeffrey W. Dulberg*
        Jeffrey W. Dulberg

        Counsel to Bradley D. Sharp, Liquidating
        Trustee of the Klein Creditors' Liquidation
        Trust

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

SF 4916-7023-4293.2 78512.001                    3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **LIQUIDATING TRUSTEE'S FIRST POST CONFIRMATION STATUS REPORT REGARDING THIRD AMENDED PLAN OF REORGANIZATION, AS MODIFIED** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 16, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **June 16, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 16, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 16, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: **Case 2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com

- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**   rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4938-7690-9749.1 78512.001

**F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein
322 North June Street
Los Angeles, CA 90004

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd. Suite 150
Van Nuys, CA 92801

### TOP 20 UNSECURED CREDITORS

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

California Bank & Trust
P.O. Box 711510
Santee, CA 92072

CCO Mortgage Corp.
Attn: Bankruptcy
10561 Telegraph Road
Glen Allen, VA 23059

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Citibank
Attn: Bankruptcy
P.O. Box 790034
St. Louis, MO 63179

Ericka and Joseph Vago
c/o Brian Procel Procel Law
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

Franklin H. Menlo Irrevocable Trust
c/o Willkie Farr & Gallagher LLP
Attn: Alex M. Weingarten, Esq.
2029 Century Park East, Suite 3400
Los  Angeles,  CA  90067

Jeffrey Siegel, Successor Trustee
of the Hubert Scott Trust
c/o Oldman, Cooley, Sallus
16133 Ventura Blvd.
Penthouse Suite
Encino, CA 91436-2408

Toyota Financial Services
Attn:  Bankruptcy
P.O. Box 259001
Plano, TX  75025

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
LA:4938-7690-9749.1 78512.001

**F 9013-3.1.PROOF.SERVICE**