Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee*
*of the Klein Creditors' Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>        Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**JOINT STIPULATION BETWEEN BRADLEY D. SHARP, LIQUIDATION TRUSTEE, AND SOL MAJER, PARTNERSHIP REPRESENTATIVE OF BITTMAN PARTNERS LLC RE THE LIQUIDATION TRUST'S INTEREST IN THE BITTMAN POLICY AND PROCEEDS**<br><br>Judge:    Hon. Neil W. Bason |

Bradley D. Sharp, Bradley D. Sharp, in his capacity as liquidation trustee (the "**Liquidation Trustee**") of the Klein Creditors' Liquidation Trust (the "**Liquidation Trust**") that was formed pursuant to the terms of the chapter 11 plan [Docket No. 1351] (the "**Plan**") confirmed by order [Docket No. 1366] of the Court entered on April 28, 2026, Bittman Partners LLC, stipulate and agree (the "**Stipulation**") as follows:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-1617-1705.2 78512.001

## RECITALS

A.    On or about March 14, 2006, Judith Bittman (the "**Insured**") purchased a life insurance policy, policy number US0016184L (the "**Policy**"), insuring her life with a base coverage amount of $5,000,000 plus any other benefits as set forth in the Policy.

B.    On or about July 1, 2021, Bittman Partners LLC, a New York limited liability company, was formed and is governed pursuant to the Bittman Partners LLC Limited Liability Agreement (the "**LLC Agreement**"). The purpose of Bittman Partners LLC was to acquire and maintain the Policy and upon the maturation of the Policy, distribute the any proceeds to (a) the members of Bittman Partners LLC in accordance with their respective interest therein and (b) to the "Historic Longevity Members"[1] to the extent of the amount they paid any premiums prior to their transfer of interest in the Policy.

C.    The LLC Agreement reflects that Leslie Klein ("**Klein**") held an 8% interest in the Policy prior to Bittman Partners LLC's acquisition of the Policy and Klein retained rights under the LLC Agreement as a Historic Longevity Member to the extent of the $548,621.47 in premiums paid by Klein under the Policy but subject to a potential reduction as set forth in Section 3.06 of the LLC Agreement.

D.    On February 22, 2023, Klein filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Upon the filing of the petition, an estate (the "**Estate**") was created that included all the Klein's assets, affirmative claims, and defenses thereto.

E.    On April 10, 2023, Klein filed his schedules of assets and liabilities and statement of financial affairs [Docket No. 70] (the "**Schedules**"). Klein did disclose his interest in the Policy in the Schedules or his rights to the premiums paid by him in an undisclosed amount.

F.    On May 23, 2023, the Office of the United States Trustee ("**UST**") filed a *Notice of Appointment of Chapter 11 Trustee* [Docket No. 151], appointing Bradley D. Sharp to serve as Chapter 11 Trustee. On May 24, 2023, the UST Filed an *Application for Order Approving Appointment of Trustee and Fixing Bond* [Docket No. 154], which was approved by order entered

---

[1] As defined in the LLC Agreement.

the same day [Docket No. 155]. On that same day, Mr. Sharp accepted his appointment [Docket No. 156] and administered the Klein's Estate through the May 1, 2026, which was the day the Plan became effective.

G.    Section 11 of the Plan preserved the Estate's interest in all "Causes of Action." The Policy is among the various Causes of Action that were preserved under the Plan and transferred to the Liquidation Trust for the benefit of holders of allowed claims under the Liquidation Trust and the Plan.

H.    In the event that the Policy matures, the Liquidation Trustee and Majer hereby stipulate and agree regarding Bittman Partners LCC's preservation of and distribution of the Policy's proceeds that are payable to the Estate by virtue of Klein's interest therein as a Historic Longevity Member under the LLC Agreement.

## AGREEMENT

1.    Bittman Partners LLC hereby agrees that in accordance with the terms of the Policy that upon the maturation of the Policy that Klein's share of the Policy proceeds (*i.e.*, $548,621.47), which amount is subject to a potential reduction by Section 3.06 of the LLC Agreement, shall be transferred to the Liquidation Trust, and not to Klein.

2.    Bittman Partners LLC agrees that it will not agree to transfer Klein's interest in the LLC Agreement as a Historic Longevity Member to any other person or entity without the express written consent of the Liquidation Trustee.

3.    Upon execution of this Stipulation, the Liquidation Trustee will promptly file it with and seek the Court's approval therefor.

4.    This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

5.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-1617-1705.2 78512.001

3

Dated:  July 6 , 2026

By _____
Bradely D. Sharp

*Liquidation Trustee of Klein Creditors' Trust*

Dated:  July 2 , 2025

By _____
Sol Majer

*Partnership Representative of Bittman Partners LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4908-1617-1705.2 78512.001                        4