| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey W. Dulberg (CA Bar No. 181200)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California  90067<br>Telephone: 310/277-6910<br>Facsimile:  310/201-0760<br>E-mail:  jdulberg@pszjlaw.com<br>          jlucas@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for* Bradley D. Sharp, Chapter 11 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>          LESLIE KLEIN,<br><br>                              Debtor(s) | CASE NO.:  2:23-bk-10990-SK<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br><br>Motion For Order Authorizing (1) Sale Of Real Property Commonly Known As 322 N. June Street, Los Angeles, California 90036, Free And Clear Of All Liens, Claims, Interests And Encumbrances Pursuant To 11 U.S.C. §§ 363(b) And (f); (2) Clarifying State Of Title To Property Pursuant To Prior Court Order; And (3) Payment Of Real Estate Brokers' Commissions |

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION AND AUTHORIZING (1) SALE OF REAL PROPERTY COMMONLY KNOWN AS 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) CLARIFYING STATE OF TITLE TO PROPERTY PURSUANT TO PRIOR COURT ORDER; AND (3) PAYMENT OF REAL ESTATE BROKERS' COMMISSIONS** was lodged on (*date*) July 9, 2026 and is attached. This order relates to the Motion which is docket number 1394.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email:  jdulberg@pszjlaw.com
      jlucas@pszjlaw.com

Counsel to Bradley D. Sharp,
Liquidation Trustee of the Klein Creditors' Liquidation Trust

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>    Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION AND AUTHORIZING (1) SALE OF REAL PROPERTY COMMONLY KNOWN AS 322 N. JUNE STREET, LOS ANGELES, CALIFORNIA, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) CLARIFYING STATE OF TITLE TO PROPERTY PURSUANT TO PRIOR COURT ORDER; AND (3) PAYMENT OF REAL ESTATE BROKERS' COMMISSIONS**<br><br>[322 N. June Street, Los Angeles, CA]<br><br>[Relates to Docket Nos. 1394, 1407, 1409, 1415 and 1416]<br><br>**DATE:**  June 30, 2026<br>**TIME**:  2:00 p.m.<br>**PLACE:** 255 East Temple Street<br>        Los Angeles, California<br>**CTRM**:  1545 |

LA:4899-8107-2818.7 78512.001

A hearing was held on June 30, 2026, at 2:00 p.m., before the Honorable Neil W. Bason, United States Bankruptcy Judge for the Central District of California, in Courtroom 1545 located at 255 East Temple Street, Los Angeles, California, on the *Motion For Order Authorizing (1) Sale of Real Property Commonly Known as 322 N. June Street, Los Angeles, California, Free and Clear of All Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Clarifying State of Title to Property Pursuant to Prior Court Order; And (3) Payment of Real Estate Brokers' Commissions* [Docket No. 1394] (the "Sale Motion")[1], filed by Bradley D. Sharp, the liquidating trustee of the Klein Creditors' Liquidation Trust (the "Liquidation Trustee"). Appearances were made as noted on the record.

The Court, having read and considered the Sale Motion, the declaration of Eric J. Olson filed in opposition to the Sale Motion [Docket No. 1407], the declarations of Leslie Klein filed in opposition to the Sale Motion [Docket Nos. 1409 and 1412], the reply filed by the Liquidation Trustee [Docket No. 1413], the evidentiary objections filed by the Liquidation Trustee [Docket No. 1414], the Declarations of the Buyer (as defined below) [Docket Nos. 1415 and 1416], the arguments of counsel at the hearing, and having found that due and sufficient notice of the Sale Motion has been given, and having read and considered the Sale Motion and all papers filed in support thereof and, having found that the Accepted Counter-Offer of Bruce Cohen and Mary Louise Cohen, Trustees of the Bruce Cohen Revocable Trust dated April 20, 2012, and Mary Louise Cohen and Bruce Cohen, Trustees of the Mary Louise Cohen Revocable Trust dated April 20, 2012 (the "Buyer"), is the "highest and best" offer received with respect to the proposed sale; and upon the declaration of Bradley D. Sharp, the declaration of William Friedman, and the declarations of the Buyer entitling the Buyer to "good faith" protection in accordance with 11 U.S.C. § 363(m); and having found that all liens, claims, encumbrances and interests are removed from the June Street Property and the allowed amounts of certain liens and claims will be paid in full from the proceeds of the sale, and for the reasons set forth by the Court in the attached

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Sale Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(amended) tentative ruling, which is incorporated as the actual ruling and on the record of the hearing, and with good cause shown,

IT IS HEREBY ORDERED:

1.      The Sale Motion is **GRANTED** and the Liquidation Trustee is authorized to proceed with the sale of the June Street Property in accordance with the terms of the Accepted Counter-Offer.

2.      The Summary Judgment Order in Adv. Case No. 24-01140, entered December 20, 2024 [Dkt. No. 62], quieted title to the June Street Property in the name of the Leslie Klein chapter 11 Estate as the sole owner and one hundred percent fee simple interest holder of title to the June Street Property.

3.      By operation of law, upon the Effective Date of the Chapter 11 Plan of Liquidation [Dkt. No. 1373], title to the June Street Property was transferred from the Leslie Klein chapter 11 Estate to the Klein Creditors' Liquidation Trust.

4.      The Klein Creditors' Liquidation Trust is the sole owner and one hundred percent fee simple titleholder to the June Street Property for all purposes, including but not limited to, completing the proposed sale thereof.

5.      The Liquidation Trustee is authorized to sell, pursuant to 11 U.S.C. § 363(b) & (f), the real property commonly known as 322 N. June Street, Los Angeles, California and assigned APN: 5523-003-008, legally described as Lot 300 of Tract 8320, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 98 Page 41 of Maps, in the Office of the County Recorder of said County, as further set forth herein.

6.      The Accepted Counter Offer from Buyer in the amount of $5,140,000.00 is approved.

7.      Upon the closing of the sale, the June Street Property shall be sold "as is," "where is," "with all faults," and without warranty or recourse, but free and clear of any and all liens, claims, encumbrances, and interests, including, but not limited to, that certain Guarantee Agreement recorded on January 3, 1983 as Recording No. 1983-3458 in the Official Records of the Office of the County Recorder of Los Angeles County, together with all improvements, as well

as all easements and appurtenances, pursuant to 11 U.S.C. § 363(b) and (f) with all liens, claims, encumbrances and interests removed and expunged from title to the June Street Property.  All persons having liens, claims, encumbrances and interests of any kind or nature whatsoever against or in the June Street Property shall be forever barred, estopped, and permanently enjoined from pursuing or asserting such liens, claims, encumbrances and interests against the June Street Property, the Buyer, or any of its assets, property, successors, or assigns.

8.    The Buyer is a "good faith purchaser" pursuant to 11 U.S.C. § 363(m) and is entitled to all benefits, privileges, and protections of 11 U.S.C. § 363(m).

9.    Upon closing, the Liquidation Trustee shall pay through escrow (a) all outstanding real property taxes due and owing to the Los Angeles County Treasurer - Tax Collector upon closing of the Sale; and (b) broker commissions (including as specifically described in the Sale Motion), escrow fees, title insurance premiums and other ordinary and typical closing costs and expenses payable by a seller.

10.    Any and all liens, claims, interests or encumbrances on the June Street Property shall have the same validity, priority, and scope with respect to the sale proceeds as such liens currently exist against the June Street Property, subject to any and all of the Liquidation Trustee's rights to object to, dispute, or subordinate such lien.

11.    The Liquidation Trustee is authorized to seek further relief to uncloud and quiet title of the June Street Property, as necessary, for the purpose of completing the proposed sale.

12.    Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the Liquidation Trustee is authorized to proceed with the sale.  The Sale Motion shall be deemed to provide sufficient notice of the Liquidation Trustee's request for waiver of the otherwise applicable stay of the Order.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, Suite 1300, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **July 9, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 9, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 9, 2026 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: **2:23-bk-10990-SK**

- **Simon Aron**   saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**   rb@lnbyg.com
- **Michael Jay Berger**   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**   bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**   AttorneyTCovey@gmail.com
- **Daniel A Crawford**   dac@crawfordlawgroup.com
- **Michael G D'Alba**   mgd@lnbyg.com
- **Jeffrey W Dulberg**   jdulberg@pszjlaw.com
- **Craig A Edelman**   notice@bkcylaw.com
- **Dane W Exnowski**   dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Robert P Goe**   rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**   mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**   jhayes@rhmfirm.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Matthew A Lesnick**   matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**   armen@ml-apc.com, jennifer@ml-apc.com,maria@ml-apc.com
- **Ron Maroko**   ron.maroko@usdoj.gov
- **Kirsten Martinez**   Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**   smayer@mayerlawla.com
- **Christopher M McDermott**   ch11ecf@aldridgepite.com, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**   kjm@lnbyg.com
- **Jeffrey P Nolan**   jnolan@pszjlaw.com
- **Eric J Olson**   eric@ejolsonlaw.com
- **Lisa Patel**   lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**   jpomerantz@pszjlaw.com
- **Brian A Procel**   brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**   matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;david@rhmfirm.com
- **Kevin Ronk**   Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**   jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**   bsharp@dsi.biz
- **Richard P Steelman**   RPS@LNBYG.COM
- **Nikko Salvatore Stevens**   nikko@cym.law, eService@cym.law,karen@cym.law,aileen@cym.law,sarah@cym.law
- **Alan G Tippie**   Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **Gary Tokumori**   gtokumori@pmcos.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**   mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**   jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**   wasserman@smcounsel.com
- **Alex M Weingarten**   aweingarten@willkie.com, lcarter@willkie.com
- **Beth Ann R. Young**   bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**   youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**   paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law
- **Roye Zur**   rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Oldman, Sallus & Gold, L.L.P.
16133 Ventura Blvd., PH-A
Encino, CA 91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd., Suite 150
Van Nuys, CA 91401

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.