United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 23-10990-NB

Leslie Klein                                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                    User: admin                                    Page 1 of 6

Date Rcvd: Jul 09, 2026                          Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

**Recip ID                          Recipient Name and Address**
db                          #+  Leslie Klein, 322 N. June Street, Los Angeles, CA 90004-1042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

**Name                          Email Address**

Alan G Tippie
     on behalf of Interested Party Courtesy NEF Alan.Tippie@gmlaw.com
     atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com

Alex M Weingarten
     on behalf of Creditor Jeffrey Winter aweingarten@willkie.com  lcarter@willkie.com

Alex M Weingarten
     on behalf of Interested Party Courtesy NEF aweingarten@willkie.com  lcarter@willkie.com

Armen Manasserian
     on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
     armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com

Baruch C Cohen

District/off: 0973-2

Date Rcvd: Jul 09, 2026

User: admin

Form ID: pdf042

Page 2 of 6

Total Noticed: 1

on behalf of Creditor Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Interested Party Courtesy NEF bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Plaintiff Robert & Esther Mermelstein bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Plaintiff David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Baruch C Cohen

on behalf of Creditor David Berger bcc@BaruchCohenEsq.com paralegal@baruchcohenesq.com

Beth Ann R. Young

on behalf of Defendant Jonathan Polter bry@lnbyg.com bry@lnbyb.com

Beth Ann R. Young

on behalf of Interested Party Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young

on behalf of Defendant Life Capital Group LLC bry@lnbyg.com, bry@lnbyb.com

Beth Ann R. Young

on behalf of Interested Party Courtesy NEF bry@lnbyg.com bry@lnbyb.com

Bradley D. Sharp (TR)

bsharp@dsi.biz

Brandon J. Iskander

on behalf of Interested Party Robert P Goe biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Creditor Erica Vago biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brandon J. Iskander

on behalf of Creditor Joseph Vago biskander@goeforlaw.com kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Brett J. Wasserman

on behalf of Plaintiff Adi Vendriger wasserman@smcounsel.com

Brian A Procel

on behalf of Plaintiff Erica Vago brian@procel-law.com rdankwa@millerbarondess.com;docket@millerbarondess.com

Christopher M McDermott

on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series christophermcdermott@placer.ca.gov, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com

Clarisse Young

on behalf of Plaintiff Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young

on behalf of Interested Party Courtesy NEF youngshumaker@smcounsel.com levern@smcounsel.com

Clarisse Young

on behalf of Creditor Adi Vendriger youngshumaker@smcounsel.com levern@smcounsel.com

Craig A Edelman

on behalf of Creditor Residential Credit Opportunities Trust IX-A notice@bkcylaw.com

Dane W Exnowski

on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Dane W Exnowski

on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com

Daniel A Crawford

on behalf of Interested Party Leslie Klein & Associates dac@crawfordlawgroup.com

Daniel A Crawford

on behalf of Interested Party EKLK Foundation dac@crawfordlawgroup.com

Eric J Olson

on behalf of Defendant Barbara Klein eric@ejolsonlaw.com

Eric J Olson

on behalf of Attorney ERIC J OLSON eric@ejolsonlaw.com

Eric J Olson

on behalf of Defendant The Second Amended Klein Living Trust eric@ejolsonlaw.com

District/off: 0973-2                         User: admin                                    Page 3 of 6

Date Rcvd: Jul 09, 2026                      Form ID: pdf042                                Total Noticed: 1

Eric J Olson
    on behalf of Defendant Leslie Klein eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant The Marital Deduction Trust of Erika Klein eric@ejolsonlaw.com

Eric J Olson
    on behalf of Defendant The Survivor's Trust of Leslie Klein eric@ejolsonlaw.com

Greg P Campbell
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

Jeffrey N Pomerantz
    on behalf of Trustee Bradley D. Sharp (TR) jpomerantz@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Plaintiff Bradley D. Sharp jnolan@pszjlaw.com

Jeffrey P Nolan
    on behalf of Trustee Bradley D. Sharp (TR) jnolan@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Trustee Bradley D. Sharp (TR) jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp jdulberg@pszjlaw.com

Jeffrey W Dulberg
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jdulberg@pszjlaw.com

John P. Ward
    on behalf of Creditor U.S. Bank  N.A., as Trustee for Velocity Commercial Capital Loan Trust 2018-2 jward@attleseyward.com,
    ephuong@attleseyward.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp  Chapter 11 Trustee jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Plaintiff Bradley D. Sharp jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Trustee Bradley D. Sharp (TR) jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Joshua L Scheer
    on behalf of Creditor Ajax Mortgage Loan Trust 2021-D  Mortgage-Backed Securities, Series 2021-D, by U.S. Bank National
    Association, as Indenture Trustee jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Kevin Ronk
    on behalf of Creditor Miracle Mile Properties  LP Kevin@portilloronk.com,
    eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law

Kevin Ronk
    on behalf of Creditor Franklin Menlo Kevin@portilloronk.com
    eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law

Kirsten Martinez
    on behalf of Creditor Toyota Lease Trust as serviced by Toyota Motor Credit Corporation Kirsten.Martinez@bonialpc.com
    Notices.Bonial@ecf.courtdrive.com

Kirsten Martinez
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for J.P. Morgan Mortgage Acquisition Corp
    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com

Krikor J Meshefejian
    on behalf of Interested Party Life Capital Group  LLC kjm@lnbyg.com

Lisa Patel
    on behalf of Defendant Shlomo Y. Rechnitz lpatel@lesnickprince.com
    jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com

Lisa Patel
    on behalf of Defendant Yisroel Zev Rechnitz lpatel@lesnickprince.com
    jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com

M. Jonathan Hayes
    on behalf of Defendant Chaim Manela jhayes@rhmfirm.com
    matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com

District/off: 0973-2                        User: admin                                    Page 4 of 6

Date Rcvd: Jul 09, 2026                     Form ID: pdf042                                Total Noticed: 1

Matthew A Lesnick
on behalf of Defendant Shlomo Y. Rechnitz matt@lesnickprince.com
matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

Matthew A Lesnick
on behalf of Defendant Yisroel Zev Rechnitz matt@lesnickprince.com
matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com

Matthew D. Resnik
on behalf of Defendant Chaim Manela matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
om;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com

Matthew D. Resnik
on behalf of Interested Party Courtesy NEF matt@rhmfirm.com
roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
om;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com

Michael G D'Alba
on behalf of Defendant Jonathan Polter mgd@lnbyg.com

Michael G D'Alba
on behalf of Interested Party Life Capital Group  LLC mgd@lnbyg.com

Michael G D'Alba
on behalf of Defendant Life Capital Group  LLC mgd@lnbyg.com

Michael I. Gottfried
on behalf of Creditor A. Gestetner Family Trust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
on behalf of Interested Party Courtesy NEF mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael I. Gottfried
on behalf of Creditor Gestetner Charitable Remainder Unitrust mgottfried@elkinskalt.com
lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com

Michael Jay Berger
on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Michael L Wachtell
on behalf of Interested Party Courtesy NEF mwachtell@buchalter.com  marias@buchalter.com;docket@buchalter.com

Michael S Kogan
on behalf of Interested Party Michael Kogan Law Firm  APC mkogan@koganlawfirm.com

Nikko Salvatore Stevens
on behalf of Creditor Franklin Menlo nikko@cym.law
eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law

Nikko Salvatore Stevens
on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
nikko@cym.law, eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law

Nikko Salvatore Stevens
on behalf of Interested Party Courtesy NEF nikko@cym.law
eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law

Paul P Young
on behalf of Plaintiff Franklin Menlo  co-trustee of the Franklin Menlo Irrevocable Trust established March 1, 1983
paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law

Paul P Young
on behalf of Interested Party Courtesy NEF paul@cym.law
eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law

Paul P Young
on behalf of Creditor Franklin Menlo paul@cym.law
eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law

Reem J Bello
on behalf of Plaintiff Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
on behalf of Interested Party Reem J Bello rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello
on behalf of Interested Party Goe Forsythe & Hodges LLP rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello

District/off: 0973-2    User: admin    Page 5 of 6

Date Rcvd: Jul 09, 2026    Form ID: pdf042    Total Noticed: 1

on behalf of Plaintiff Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello

on behalf of Interested Party Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello

on behalf of Defendant Erica Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reem J Bello

on behalf of Defendant Joseph Vago rbello@goeforlaw.com  kmurphy@goeforlaw.com

Reilly D Wilkinson

on behalf of Creditor Residential Credit Opportunities Trust IX-A rwilkinson@scheerlawgroup.com
rwilkinson@ecf.courtdrive.com

Richard P Steelman, Jr

on behalf of Interested Party Life Capital Group  LLC RPS@LNBYG.COM

Robert P Goe

on behalf of Creditor Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Plaintiff Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Robert P Goe rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Defendant Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Interested Party Goe Forsythe & Hodges LLP rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Creditor Erica Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe

on behalf of Plaintiff Joseph Vago rgoe@goeforlaw.com
kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Ron Bender

on behalf of Interested Party Life Capital Group  LLC rb@lnbyg.com

Ron Maroko

on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Roye Zur

on behalf of Interested Party Courtesy NEF rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Creditor Gestetner Charitable Remainder Unitrust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Roye Zur

on behalf of Creditor A. Gestetner Family Trust rzur@elkinskalt.com
lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

Simon Aron

on behalf of Defendant Kenneth Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Defendant Shoshana Shrifa Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Interested Party Shoshana Shifra Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

Simon Aron

on behalf of Interested Party Kenneth Kolev Klein saron@wrslawyers.com  moster@wrslawyers.com;jlee@wrslawyers.com

District/off: 0973-2                                   User: admin                                          Page 6 of 6

Date Rcvd: Jul 09, 2026                              Form ID: pdf042                                   Total Noticed: 1

Steven M Mayer
                    on behalf of Plaintiff Jeffrey Siegel smayer@mayerlawla.com

Steven M Mayer
                    on behalf of Interested Party Courtesy NEF smayer@mayerlawla.com

Theron S Covey
                    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trusteefor Pretium
                    Mortgage Acquisition Trust AttorneyTCovey@gmail.com

Thomas E Shuck
                    on behalf of Interested Party Thomas E. Shuck tshuck@pmcos.com  efilings@pmcos.com

Thomas M Geher
                    on behalf of Interested Party Bruce Cohen  Trustee of the Bruce Cohen Revocable Trust, and Mary Louise Cohen, Trustee of the
                    Mary Louise Cohen Revocable Trust tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Todd S. Garan
                    on behalf of Creditor JPMorgan Chase Bank  N.A. ch11ecf@aldridgepite.com,
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov


TOTAL: 109

Jeffrey W. Dulberg (State Bar No. 181200)
John W. Lucas (State Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310.277.6910
Facsimile: 310.201.0760
Los Angeles, California 90067-4003
E-mail:  jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation
Trustee of the Klein Creditors' Liquidation Trust*

**FILED & ENTERED**

**JUL 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ghaltchi   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:

LESLIE KLEIN,

      Debtor.

Case No.: 23-10990-NB

Chapter 11

**ORDER APPROVING JOINT STIPULATION BETWEEN BRADLEY D. SHARP, LIQUIDATION TRUSTEE, AND SOL MAJER, PARTNERSHIP REPRESENTATIVE OF BITTMAN PARTNERS LLC, RE THE LIQUIDATION TRUST'S INTEREST IN THE BITTMAN POLICY AND PROCEEDS THEREOF**

The Court, having read and considered the *Joint Stipulation Between Bradley D. Sharp, Liquidation Trustee, and Sol Majer, Partnership Representative of Bittman Partners LLC re the Liquidation Trust's Interest in the Bittman Policy and Proceeds* [Docket No. 1417] (the "**Stipulation**") filed by Bradley D. Sharp, as Liquidation Trustee for the Klein Creditors' Liquidation Trust; and for good cause shown,

//

//

//

4898-7028-8059.1 78512.001

**IT IS HEREBY ORDERED:**

1.      The Stipulation is approved.

2.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation.

# # #

Date: July 9, 2026

Neil W. Bason
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4898-7028-8059.1 78512.001                         2