LESLIE KLEIN
6454 Van Nuys Blvd., Suite 150
Van Nuys, California 91401
(818) 756-2000

LESLIE KLEIN, Trustee and Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

LESLIE KLEIN,

Debtor

) CASE NO. : 2:23-bk-01990-NB
)
)
) Chapter 11
)
) OBJECTION TO ATTORNEYS FEES
) CHARGED BY PACHULSKI, ET AL. FILED
) BY LESLIE KLEIN, TRUSTEE OF THE
) DAVID GREEN TRUST, TRUSTEE FOR THE
) JUDITH FRANKEL TRUST, [DAUGHTER
) OF SAM AND VERA MENLO] AND LESLIE
) KLEIN, DEBTOR

DATE:       August 4, 2026
TIME:       2:00 P.M.
PLACE:      Courtroom 1545
            255 E. Temple Street
            Los Angeles, CA 90012

HON. NEIL BASON
JUDGE PRESIDING

LESLIE KLEIN Declares:

1.    I am an attorney at law, duly licensed to practice in the State of California. I am the Trustee of the David Green Trust, Trustee for the Judith Frankel Trust, (daughter of Sam and Vera Menlo and the Debtor Herein I am the I have personal knowledge of all facts set forth in this declaration, and if called upon as a witness, I could and would testify competently thereto.

-1-

**OBJECTION TO ATTORNEYS FEES CHARGED BY PACHULSKY, ET AL.**

2. <u>Federal Review</u>. Federal authorities are conducting an active review of hospice operations and bankruptcy matters in the Los Angeles area. I have identified conduct attributable to the Pachulski Firm that warrants disclosure and I expect to meet with the relevant authorities shortly. The political contributions of Shlomo and Tamar Rechnitz, including to the Office of the Governor, are within the scope of that review.

3. I am still the Trustee of the David Green Trust and I am still the Trustee of the Judith Frankel Trust. The Beneficiary of the David Green Trust is Ofra Ojechovsky. The beneficiaries of the Judith Frankel Trust are her 3 children.

4. Frank Menlo lost in Probate Court. He resigned as Trustee of all of the trusts of his parents, Sam and Vera Menlo. He has absconded with $400,000,000 from his parents' Estate since 2005 by entering into a 30 year Lease with Shlomo Rechnitz. Since this Bankruptcy was filed in February, 2023, the Trustee and his attorneys have assisted Frank Menlo and Shlomo Rechnitz in misappropriating $60,000,000 due to the Bankruptcy Court's Stay.

5. In 2025, the U.S. Attorney filed a Petition with the Bankruptcy Court that the Trustee could not hire the Pachulski Firm because there is a conflict of interest. The Pachulski Firm still represents Shlomo Rechnitz. He recently paid them $2,250,000. The Court denied this Petition.

6. The U.S. Trustee filed another Petition that the Pachulski Firm should not be hired because they charge $3,500 per hour. The Court denied this Petition also.

7. I filed a Motion that this Matter should be converted from a Chapter 11 Petition to a Chapter 7 Petition. If this Motion had been granted, the fees of the Pachulski Firm would be much less.

8. The Trustee and his attorneys sold my Office Building at 14245 Ventura Boulevard, Sherman Oaks to Frank Menlo for $25,000. I did not own the Building. It was owned by Bay Area Development Company, California C Corporation. The stock of that Company was owned by Leslie Klein, the Estate of Erika Klein and her 4 children.

9. The Trust Estate of David Green has a Judgment for $2,500,000 on the June Street

-2-

**OBJECTION TO ATTORNEYS FEES CHARGED BY PACHULSKY, ET AL.**

Property. The B.A.R. Court ruled that the election by a surviving spouse as to what goes to the Marital Deduction Trust, Credit Trust and Q.T.I.P. Trust must be recorded to be valid. The Election was not recorded.

10. The Trustee, his Broker and his attorneys allowed the homeless people to enter the Property at 307 N. Martel. The value of the Property went from $2,500,000 to less than $1,000,000. In light of the foregoing I as the Debtor, Trustee for the David Green Trust and Trustee for the Judith Frankel Trust do not believe the Pachulski Firm should be allowed to charge $3,500,000 in fees.

Dated: July 16, 2026

/S/ Leslie Klein
LESLIE KLEIN, Debtor and Trustee
for the Trusts of David Green and Judith Frankel

-3-

**OBJECTION TO ATTORNEYS FEES CHARGED BY PACHULSKY, ET AL.**

| In re: LESLIE KLEIN | Chapter 11 |
| Debtor. | Case No.: 2:23-bk-10990-NB |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"Objection to Attorneys Fees Charged by Pachulski, et al. Filed by Leslie Klein, Trustee of the David Green Trust, Trustee for the Judith Frankel Trust, [Daughter of Sam and Vera Menlo] and Leslie Klein, Debtor"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On July 16, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

| In re: LESLIE KLEIN<br>Debtor. | Chapter 11<br>Case No.: 2:23-bk-10990-NB |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _07/16/2026_ | __Jasper Pantaleon__ | _/s/  Jasper Pantaleon__ |
|---|---|---|
| Date | Type Name | Signature |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman  dlslawcorp@aol.com
- Simon Aron  saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken  Kenneth.m.misken@usdoj.gov
- Reem J Bello  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan  jnolan@pszjlaw.com
- Ron Bender  rb@lnbyg.com
- Michael Jay Berger  Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz  jpomerantz@pszjlaw.com
- Greg P Campbell  ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel  bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer  jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen  bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR)  mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey  tcovey@raslg.com
- Bradley D Sharp (TR)  bsharp@dsi.biz

- Jeffrey W Dulberg  jdulberg@pszjlaw.com
- Dane W Exnowski  dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman  rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley  alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens  nikko@cym.law, mandi@cym.law
- Robert P Goe  kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie  alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- Gary Tokumori  gtokumori@pmcos.com
- Brandon J Iskander  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan  mkogan@koganlawfirm.com
- Michael L Wachtell  mwachtell@buchalter.com
- John P Ward  jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman  marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman  wasserman@smcounsel.com
- John W Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alex M Weingarten  aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian  armen@cym.law, jennifer@cym.law
- Beth Ann R Young  bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko  ron.maroko@usdoj.gov
- Clarisse Young  youngshumaker@smcounsel.com, levern@smcounsel.com

**PROOF OF SERVICE**

- Kirsten Martinez  Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young  paul@cym.law, jaclyn@cym.law
- Steven M Mayer  smayer@mayerlawla.com
- Roye Zur  rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott  ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian  kjm@lnbyg.com

## II. **SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple Street #1552
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Talei and Talei
16133 Ventura Boulevard, Suite 700
Encino, California 91436