LESLIE KLEIN
6454 Van Nuys Blvd., Suite 150
Van Nuys, California  91401
(818) 756-2000


LESLIE KLEIN, as Trustee of the Eugene Kohn Trust


**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| **In re:** | ) CASE NO. : 2:23-bk-10990-NB |
| | ) |
| | ) **Chapter 11** |
| **LESLIE KLEIN,** | ) |
| | ) **DECLARATION OF LESLIE KLEIN, AS** |
| **Debtor** | ) **TRUSTEE OF THE EUGENE KOHN TRUST** |
| | ) |
| _____ | ) |

**DATE:    August 4, 2026**
**TIME:    2:00 P.M.**
**PLACE:  Courtroom 1545**
                **255 E. Temple Street**
                **Los Angeles, CA 90012**


**HON.  NEIL  BASON,  JUDGE  OF  THE**
**UNITED STATES BANKRUPTCY COURT**

-1-

**DECLARATION OF LESLIE KLEIN, AS TRUSTEE OF THE EUGENE KOHN TRUST**

**LESLIE KLEIN Declares:**

1.  I have personal knowledge of all facts set forth in this declaration, and if called upon as a witness, I could and would testify competently thereto.

2.  I am the Trustee of the Eugene Kohn Trust. Eugene Kohn died in 2025.

3.  John Polter filed a claim with American General. Polter did not disclose he was fired as Manager of Life Capital, LLC in 2021. Therefore, his filed claim is fraudulent.

4.  Polter received a $4,000,000 check from American General. He sent a $1,500,000 check to Mr Sharp . I attempted to call Polter to ask where the balance of the money is. Polter refused to speak with me because Mr. Lucas stated there is a Bankruptcy Stay.

5.  This money is mis-appropriated by Polter because it belongs to the wife and children of Eugene Kohn, not to Leslie Klein or to Mr. Sharp. Mr. Sharp must return the money to American General.

I declare under penalty of perjury under the Laws of the State of California and of the United States that the foregoing is true and correct. Dated this 17th day of July, 2026 at Van Nuys, CA.

/S/ Leslie Klein_____
LESLIE KLEIN

-2-

**DECLARATION OF LESLIE KLEIN, AS TRUSTEE OF THE EUGENE KOHN TRUST**

| In re: LESLIE KLEIN | Chapter 11 |
| Debtor. | Case No.: 2:23-bk-10990-NB |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 301 East Colorado Boulevard, Suite 520, Pasadena, California 91101.

A true and correct copy of the foregoing document described as **"Declaration of Leslie Klein, as Trustee of the Eugene Kohn Trust"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 17, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[x] Service information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicated method for each person or entity served): On July 17, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[x] Service information continued on attached page.

**PROOF OF SERVICE**
**-1-**

| In re: LESLIE KLEIN<br>Debtor. | Chapter 11<br>Case No.: 2:23-bk-10990-NB |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 07/17/2026 | Jasper Pantaleon | /s/ Jasper Pantaleon |
|---|---|---|
| Date | Type Name | Signature |

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)":**

- Donald L. Saltzman dlslawcorp@aol.com
- Simon Aron saron@wrslawyers.com, moster@wrslawyers.com
- Kenneth Misken Kenneth.m.misken@usdoj.gov
- Reem J Bello rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Jeffrey Nolan jnolan@pszjlaw.com
- Ron Bender rb@lnbyg.com
- Michael Jay Berger Michael.berger@bankruptcypower.com, Yathida.nipha@bankruptcypower.com, Michael.berger@ecf.inforuptcy.com
- Jeffrey N Pomerantz jpomerantz@pszjlaw.com
- Greg P Campbell ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com, gcampbell@aldridgepite.com
- Brian A Procel bprocel@millerbarondess.com, rdankwa@millerbarondess.com, docket@millerondess.com
- Joshua L Scheer jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- Baruch C Cohen bcc@baruchcohenesq.com, paralegal@baruchcohenesq.com
- Mark M Sharf (TR) mark@sharflaw.com, c188@ecfcbis.com, sharf1000@gmail.com, 2180473420@filings.docketbird.com
- Theron S Covey tcovey@raslg.com
- Bradley D Sharp (TR) bsharp@dsi.biz

- Jeffrey W Dulberg  jdulberg@pszjlaw.com
- Dane W Exnowski  dane.exnowski@mccalla.com, bk.ca@mccalla.com, mccallaecf@ecf.courtdrive.com
- Richard P Steelman  rps@lnbyg.com, john@lnbyg.com
- Alan W Forsley  alan.forsley@flpllp.com, awf@fkllawfirm.com, awf@fl-lawyers.net, addy@flpllp.com
- Nikko Salvatore Stevens  nikko@cym.law, mandi@cym.law
- Robert P Goe  kmurphy@goeforlaw.com, rgoe@goeforlaw.com, goeforecf@gmail.com
- Alan G Tippie  alan.tippie@gmlaw.com, atippie@ecf.courtdrive.com, karen.files@gmlaw.com, patricia.dillamar@gmlaw.com, denise.walker@gmlaw.com
- Michael I Gottfried  mgottfried@elkinskalt.com, cavila@elkinskalt.com, lwageman@elkinskalt.com, docketing@elkinskalt.com
- Gary Tokumori  gtokumori@pmcos.com
- Brandon J Iskander  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov
- Michael S Kogan  mkogan@koganlawfirm.com
- Michael L Wachtell  mwachtell@buchalter.com
- John P Ward  jward@attleseyward.com, ezhang@attleseystorm.com
- Marc A Lieberman  marc.lieberman@flpllp.com, safa.saleem@flpllp.com, addy@flpllp.com
- Brett J Wasserman  wasserman@smcounsel.com
- John W Lucas  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Alex M Weingarten  aweingarten@willkie.com, lcarter@willkie.com
- Armen Manasserian  armen@cym.law, jennifer@cym.law
- Beth Ann R Young  bry@lnbyg.com, bry@lnbyb.com
- Ron Maroko  ron.maroko@usdoj.gov
- Clarisse Young  youngshumaker@smcounsel.com, levern@smcounsel.com

**PROOF OF SERVICE**
**- 3 -**

- Kirsten Martinez  Kirsten.martinez@bonialpc.com, notices.bonial@ecf.courtdrive.com
- Paul P Young  paul@cym.law, jaclyn@cym.law
- Steven M Mayer  smayer@mayerlawla.com
- Roye Zur  rzur@elkinskalt.com, tparizad@elkinskalt.com, lwageman@elkinskalt.com, 1648609420@filings.docketbird.com
- Christopher M McDermott  ch11ecf@aldridgepite.com, cmm@ecf.inforuptcy.com, cmcdermott@aldridgepite.com
- Krikor J Meshefejian  kjm@lnbyg.com

## II. **SERVED BY UNITED STATES MAIL:**

Hon. Neil W. Bason
U.S. Bankruptcy Court
255 East Temple Street #1552
Los Angeles, California 90012

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard Suite 1850
Los Angeles, California 90017

Nathan Talei
Talei and Talei
16133 Ventura Boulevard, Suite 700
Encino, California 91436