Jeffrey W. Dulberg (CA Bar No. 181200)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
Email: jdulberg@pszjlaw.com
         jlucas@pszjlaw.com

*Counsel to Bradley D. Sharp, Liquidation Trustee
of the Klein Creditors' Liquidation Trust, and former
Chapter 11 Trustee*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>LESLIE KLEIN,<br><br>          Debtor. | Case No. 2:23-bk-10990-NB<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTION TO DECLARATIONS OF LESLIE KLEIN IN OPPOSITION TO FINAL FEE APPLICATIONS OF BRADLEY D. SHARP, PACHULSKI STANG ZIEHL & JONES LLP, DEVELOPMENT SPECIALISTS, INC., GOLDFARB GROSS SELIGMAN & CO., AND KIECKHAFER SCHIFFER LLP**<br><br>**DATE:**   August 4, 2026<br>**TIME**:    2:00 p.m.<br>**PLACE:** 255 East Temple Street<br>          Los Angeles, California<br>**CTRM**:  1545 (*or via Zoom per posted procedures*)<br><br>[Relates to Dkt Nos. 1430 and 1432] |

Bradley D. Sharp, the liquidation trustee (the "**Liquidation Trustee**") of the Klein Creditors' Liquidation Trust,**[1]** hereby submits evidentiary objections to the *Objection to Attorneys*

---

**[1]** On April 28, 2026, the Court entered the *Order Confirming Third Amended Chapter 11 Plan* (the "**Plan**") [Docket No. 1366].  The Plan went effective on May 1, 2026 (the "**Plan Effective Date**"). *See Notice of Occurrence of Effective Date of Chapter 11 Plan of Liquidation* [Docket No. 1373].  Pursuant to the Plan, the Klein Creditors' Liquidation Trust became effective on the Plan Effective Date, with Bradley D. Sharp serving as the Liquidating Trustee.

LA:4912-1935-5327.1 78512.001

*Fees Charged By Pachulski, et al., Filed by Leslie Klein, Trustee of the David Green Trust, Trustee for the Judith Frankel Trust [Daughter of Sam and Vera Menlo] and Leslie Klein* (the "**Klein Declaration**") [Docket No. 1430] and the *Declaration of Leslie Klein, as Trustee of the Eugene Kohn Trust* (the "**Second Klein Declaration**") [Docket No. 1432] on the following grounds:

| Paragraph Numbers | **Klein Declaration [Dkt No. 1430]** | **Evidentiary Objection** |
|---|---|---|
| ¶1-10: | Pages 1 through 3. | Objection: Federal Rules of Evidence ("FRE") 401, 402, 403 –Wholly inadmissible due to lack of relevance, tending to cause delay and needless presentation of cumulative evidence and lack of standing. |
| **Paragraph Numbers** | **Second Klein Declaration [Dkt No. 1432]** | **Evidentiary Objection** |
| ¶1-5: | Pages 1 through 2. | Objection: FRE 401, 402, 403 –Wholly inadmissible due to lack of relevance, tending to cause delay and needless presentation of cumulative evidence and lack of standing. |

To the extent any portion of the Klein Declaration or the Second Klein Declaration is offered for the truth of the matters asserted therein, the Liquidation Trustee further objects on the following additional grounds:

**FRE 602 (Lack of Personal Knowledge):** Mr. Klein lacks personal knowledge of, among other things, the alleged federal investigation and related political contributions (Klein Decl. ¶ 2), the conduct of Frank Menlo and Shlomo Rechnitz (Klein Decl. ¶4), and the conduct of John Polter, American General, and the payments described in the Second Klein Declaration (Second Klein Decl. ¶¶ 3-5).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**FRE 802 (Hearsay):** Statements regarding an alleged "active review" by federal authorities (Klein Decl. ¶ 2) and characterizations of filings, statements, or conduct of third parties not before this Court on the present matter constitute inadmissible hearsay to the extent offered for their truth.

**FRE 701 (Improper Lay Opinion):** Characterizations of third-party conduct as "fraudulent" or "misappropriated" (see, e.g., Second Klein Decl. ¶¶ 3, 5) are impermissible legal conclusions that a lay witness is not competent to offer.

**FRE 901 (Lack of Authentication):** No documents are attached to either declaration to authenticate or support the factual assertions therein, including the alleged federal petition, lease, judgment, or insurance payments referenced.

These grounds are asserted in addition to, and not in lieu of, the objections under FRE 401, 402, and 403 as set forth above.

DATED: July 24, 2026                           PACHULSKI STANG ZIEHL & JONES LLP

                                      By      /s/ Jeffrey W. Dulberg
                                              Jeffrey W. Dulberg
                                              John W. Lucas

                                              *Attorneys for Bradley D. Sharp,*
                                              *Liquidation Trustee of the Klein Creditors'*
                                              *Liquidation Trust*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*)**: EVIDENTIARY OBJECTION TO DECLARATIONS OF LESLIE KLEIN IN OPPOSITION TO FINAL FEE APPLICATIONS OF BRADLEY D. SHARP, PACHULSKI STANG ZIEHL & JONES LLP, DEVELOPMENT SPECIALISTS, INC., GOLDFARB GROSS SELIGMAN & CO., AND KIECKHAFER SCHIFFER LLP** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 22, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **July 22, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 22, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Via Email:**<br>Eric J Olson:  eric@ejolsonlaw.com<br><br>Leslie Klein:  les.kleinlaw@gmail.com;<br>leskleinlaw@gmail.com; kleinlaw@earthlink.net | |

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  **Case 2:23-bk-10990-NB**

- **Simon Aron**    saron@wrslawyers.com, moster@wrslawyers.com;jlee@wrslawyers.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Ron Bender**    rb@lnbyg.com
- **Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Theron S Covey**    AttorneyTCovey@gmail.com
- **Daniel A Crawford**    dac@crawfordlawgroup.com
- **Michael G D'Alba**    mgd@lnbyg.com
- **Jeffrey W Dulberg**    jdulberg@pszjlaw.com
- **Craig A Edelman**    notice@bkcylaw.com
- **Dane W Exnowski**    dane.exnowski@mccalla.com, bk.ca@mccalla.com;mccallaecf@ecf.courtdrive.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Thomas M Geher**    tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **Robert P Goe**    rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, lwageman@elkinskalt.com,docketing@elkinskalt.com,lmasse@elkinskalt.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, matt@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;sloan@rhmfirm.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Matthew A Lesnick**    matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com;porpe@lesnickprince.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Armen Manasserian**    armen@ml-apc.com, jennifer@ml-apc.com,ruben@ml-apc.com
- **Ron Maroko**    ron.maroko@usdoj.gov
- **Kirsten Martinez**    Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
- **Steven M Mayer**    smayer@mayerlawla.com
- **Christopher M McDermott**    christophermcdermott@placer.ca.gov, CMM@ecf.inforuptcy.com;cmcdermott@aldridgepite.com
- **Krikor J Meshefejian**    kjm@lnbyg.com
- **Jeffrey P Nolan**    jnolan@pszjlaw.com
- **Eric J Olson**    eric@ejolsonlaw.com
- **Lisa Patel**    lpatel@lesnickprince.com, jmack@lesnickprince.com;porpe@lesnickprince.com;lpatel@ecf.courtdrive.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com
- **Brian A Procel**    brian@procel-law.com, rdankwa@millerbarondess.com;docket@millerbarondess.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com
- **Kevin Ronk**    Kevin@portilloronk.com, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **Bradley D. Sharp (TR)**    bsharp@dsi.biz
- **Thomas E Shuck**    tshuck@pmcos.com, efilings@pmcos.com
- **Richard P Steelman**    RPS@LNBYG.COM
- **Nikko Salvatore Stevens**    nikko@cym.law, eService@cym.law,karen@cym.law,sarah@cym.law,grace@cym.law,kate@cym.law
- **Alan G Tippie**    Alan.Tippie@gmlaw.com, atippie@ecf.courtdrive.com;Karen.Files@gmlaw.com,patricia.dillamar@gmlaw.com,denise.walker@gmlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael L Wachtell**    mwachtell@buchalter.com, marias@buchalter.com;docket@buchalter.com
- **John P. Ward**    jward@attleseyward.com, ephuong@attleseyward.com
- **Brett J. Wasserman**    wasserman@smcounsel.com
- **Alex M Weingarten**    aweingarten@willkie.com, lcarter@willkie.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Beth Ann R. Young**    bry@lnbyg.com, bry@lnbyb.com
- **Clarisse Young**    youngshumaker@smcounsel.com, levern@smcounsel.com
- **Paul P Young**    paul@cym.law, eService@cym.law,karen@cym.law,jodie@cym.law,aileen@cym.law,sarah@cym.law,grace@cym.law
- **Roye Zur**    rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

2. **SERVED BY UNITED STATES MAIL**:

Peter C. Anderson, U.S. Trustee
Michael Jones, Assistant U.S. Trustee
Office of the U.S. Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA  90017

Nathan Talei
Talei and Talei
16133 Ventura Boulevard, Suite 700
Encino, CA  91436

Leslie Klein & Associates, Inc.
c/o Leslie Klein
6454 Van Nuys Blvd., Suite 150
Van Nuys, CA  91401

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.